UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET S. SUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  05-1355 (JR) |
| | ) | |
| UNITED STATES | ) | |
| DEPARTMENT OF COMMERCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Heather Phillips as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
Heather R. Phillips
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4212
Washington, D.C.  20530
(202) 514-7139

Dated: August 31, 2005