UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE UNITED STATES OF AMERICA** )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1355 (JR) |

## SCHEDULING ORDER

Upon consideration of the pleadings in this matter to date, and following the initial Scheduling Conference on September 1, 2005, it is, by the Court, this 1st day of September, 2005, hereby ORDERED:

1. The parties shall make their Fed.R.Civ.P. 26(a)(1) initial disclosures on or before **September 15, 2005**.

2. The parties shall serve all post-Rule 26(a) Discovery Requests by **September 30, 2005**.

3. All fact discovery shall be completed by **December 16, 2005.** Each party shall be permitted to take ten (10) depositions and serve forty (40) Interrogatories on the other party.

4. Plaintiff shall file her Rule 26(a)(2) Statements and expert reports by **October 22, 2005**.

5. Defendant shall file its Rule 26(a)(2) Statements and expert reports by **November 22, 2005.**

1

2

    6. All expert depositions shall be completed by **December 16, 2005**.

    7. The parties shall participate in alternative dispute resolution, if appropriate, by **January 15, 2006**.

    8. All dispositive motions shall be filed by **January 15, 2006**.

    9. The Pretrial Conference shall be scheduled approximately 45 days after the close of discovery on December 16, 2005.

    10. All matters and disputes involving discovery shall _____ [Court to fill in].

_____
Judge, U.S. District Court for the District of Columbia

Copies to:

Peter C. Grenier, Esquire
BODE & GRENIER, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036

*Counsel for Plaintiff*

Heather R. Phillips, Esquire
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, N.W., Room E-4212
Washington, D.C.  20530

*Counsel for Defendant*