UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1355 (JR) |
| | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

### SCHEDULING ORDER

Upon consideration of the report pursuant to Local Rule 16.3(d) filed by the parties and after a scheduling conference held in chambers on September 1, 2005 it is

**ORDERED** that the parties' report is approved and the dates set forth therein so **ordered.** It is

**FURTHER ORDERED** that the final pretrial conference is set for **January 31, 2006 at 4:30 p.m.** and that trial is set for **9:30 a.m., February 21, 2006.** It is

**FURTHER ORDERED** that a status conference is set for **November 3, 2005 at 4:30 p.m**. Counsel are to come prepared to discuss the status of discovery, their respective settlement positions, and the theories of any-then contemplated dispositive motions. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly new LCvR 5.4. Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated. And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial). Do not file a motion for such a consented extension. Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468). Do not recite reasons. The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it. That party will be responsible for providing appropriate notice or service to all other parties. Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date(s) set forth in this scheduling order.**

                                              JAMES ROBERTSON
                                       United States District Judge