UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE** )<br>)<br>**Plaintiff,** )<br>) Civil Action No. 05-1355 (JR)<br>**v.** )<br>)<br>**THE UNITED STATES OF AMERICA** )<br>)<br>**Defendant.** )<br>) | |

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Margaret S. Sue, by undersigned counsel, provides the following Initial Disclosures, which she reserves the right to supplement and to amend as necessary:

(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

>   Margaret Sandra Sue
>   1504 McLean Corner Lane
>   McLean  Virginia  22101
>   (703) 288-1227
>   Plaintiff -- all aspects of her claims

>   Obami Cinge Wray
>   current address and telephone number unknown
>   Driver of vehicle striking Plaintiff's vehicle -- knowledge of facts surrounding incident

>   Judith Lettes
>   1504 McLean Corner Lane
>   McLean  Virginia  22101
>   (703) 288-1227
>   Plaintiff's partner -- impact of incident upon Plaintiff

Ana Lettes
1504 McLean Corner Lane
McLean  Virginia  22101
(703) 288-1227
Plaintiff's daughter -- impact of incident upon Plaintiff

Representatives of the D.C. Government,
Fire and Emergency Medical Services Department
Emergency Medical Services Bureau
(including G. Frank, Crew Member)
1923 Vermont Avenue, NW, Suite 102
Washington, D.C. 20001
(202) 673-3331
Information regarding EMS response to incident

Robert E. Rosenthal, M.D. and other employees of
The George Washington University Medical
Faculty Associates and G.W. Univ. Hospital
901 23rd Street, N.W.
Washington, D.C. 20037-2377
(202) 715-4000
E.R. health care providers post-incident

Bruce J. Ammerman, M.D.
Washington Neurosurgical Associates, P.C.
3301 New Mexico Avenue, N.W., #352
Washington, D.C. 20016
(202) 966-6300
Neurosurgeon who treated Plaintiff

Peter J. Delenick, M.D.
1715 N. George Mason Drive, Suite 201
Arlington, Virginia 22205
(703) 358-8222
Orthopedic Surgeon who treated Plaintiff

Louis Friloux, III, M.D.
IMI of Arlington
2310 S. Walter Reed Drive
Arlington, Virginia 22206
(703) 82-2775
Radiologist who performed MRIs on Plaintiff

Edward R. Lang, M.D., F.A.C.S.
Neurosurgery
1715 N. George Mason Drive, Suite 102
Arlington, Virginia 22205-3637
(703) 528-5100
Neurosurgeon who treated Plaintiff

Alexandra H. Rouse, PT
McLean Physical Therapy
1515 Chain Bridge Road
Suite 104
McLean, Virginia 22101
(703) 356-7801
Physical Therapist who treated Plaintiff

Dr. Richard Wirtanen, D.C.
Tysons Corner Chiropractic
8206 Leesburg Pike
Suite 304
Vienna, Virginia 22182
(703) 288-1702
Chiropractor who treated Plaintiff

Stephanie Lewy, MPT
Hand-N-Hand Therapy
933 North Kenmore Street
#408
Arlington, Virginia 22201
(703) 527-8446
Physical Therapist who treated Plaintiff

David W. Patterson, M.D.
2440 M. Street, N.W. #817
Washington, D.C. 20037-1475
(202) 833-5707
Medical doctor who treated Plaintiff

Ingrid L. Ott, M.D.
Washington Radiology Associates, P.C.
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
(703) 641-9133
Radiologist who performed MRIs on Plaintiff

Richard R. Drummond, M.D. (Attending radiologist)
Andrei Cernea, M.D. (Anesthesiologist/Pain management)
Other employees of Sibley Memorial Hospital
5255 Loughboro Rd., N.W.
Washington, D.C. 20016
(202) 537-4000
Health care providers for lumbar myelogram surgical studies on Plaintiff

Alexandros D. Powers, M.D.
Washington Brain & Spine Institute
Three Washington Circle, N.W.
Suite 306
Washington, D.C. 20037-2381
Neurosurgeon who treated Plaintiff

M. Theresa Carlini, M.D.
Physical Medicine and Rehabilitation
 And Electrodiagnostic Medicine
8136 Old Keene Mill Road, Suite A208
Springfield, Virginia 22152
(703) 866-3004
Pain Management Specialist who treated Plaintiff

Mary Knalls, PT
Back In Motion Physical Therapy PLC
8523 Oak Pointe Way
Fairfax Station, Virginia 22039
(703) 690-2650
Physical Therapist who treated Plaintiff

Denis Pauze, M.D. and other employees of
INOVA Fairfax Hospital
3300 Gallows Road, Dept. E.M.
Falls Church, Virginia 22042-3300
E.R. doctor who treated Plaintiff

James N. Campbell, M.D. (Neurosurgeon)
Alexander L. Coon (Surgical Assistant)
Binh Nguyen, M.D. (radiologist)
Allen Joel Belzberg, M.D. (Neurosurgeon)
And other Johns Hopkins employees
Johns Hopkins Medicine
Johns Hopkins Hospital
600 N. Wolfe Street
Baltimore, Maryland 21287-9275
(410) 955-5000
Neurosurgeon (Dr. Campbell) who performed four surgeries on Plaintiff; also expected to serve as causation/reasonableness and necessity of treatment/future treatment needs/impairment expert

Sherif M. Meleka, M.D.
Ava Mina Pain Treatment Clinic (Johns Hopkins)
Joppa Concourse, Suite 206
2360 West Joppa Road
Lutherville, Maryland 21093
(410) 583-2911
Pain Management specialist who treated Plaintiff

Cong Van Le, M.D.
John Long, Jr., M.D.
Louis P. Kirschner, M.D.
Nicholas Petronas, M.D.
Tysons Corner Diagnostic Imaging/Vienna Radiology/Vienna Diagnostic
8320 Old Courthouse Road
Suite 130
Vienna, Virginia 22182
(703) 356-4900
Radiologists who performed MRIs on Plaintiff

David Grass, M.D.
Neurology Center of Fairfax, Ltd.
3020 Hamaker Court
Suite 400
Fairfax, Virginia 22031
(703) 876-0800
Neurologist who treated Plaintiff

Mohammad Reza Didehvar
McLean Immediate Care
1340 Old Chain Bridge Road
McLean, Virginia 22101
(703) 893-3373
Radiologist who performed cervical spine x-rays on Plaintiff

Steven A. Lebeau, DDS, FAGD
6707 Old Dominion Drive, #240
McLean, Virginia 22101
(703) 734-2750
Dentist treating Plaintiff for pain in oral and cranial region

Marcia Ribeiro, M.D.
Mid-Atlantic Headache Institute
Commerce Center West
Suite 104
1777 Reisterstown Road
Pikesville, Maryland 21208
(410) 602-1999
Neurologist treating Plaintiff for pain management

Lisa Lilienfield, M.D.
Gary Kaplan, M.D.
Kaplan Clinic
5275 Lee Highway
Suite 200
Arlington, Virginia 22207
(703) 532-4892
Doctors treating Plaintiff for Pain Management

Harvey Ashman
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

Mary Fox
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

Ann-Marie Selinger
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

Judy Watson
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

Barry Broughton
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

Paul Wilson
Regional Headquarters IMS
Plymouth Meeting Executive Campus
660 W. Germantown Pike
P.O. Box 905
Plymouth Meeting PA 19462-0905
(610) 834-5000
Former co-worker of Plaintiff

(B)     A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

       Copies of the following documents are attached hereto:

1) photographs of Ms. Sue;
2) photographs of Ms. Sue's vehicle post-incident;
3) records of Ms. Sue's injuries arising from the incident giving rise to this litigation;
4) records of Ms. Sue's medical treatment for such injuries;
5) documents relating to the pain and suffering endured by Ms. Sue as a result of such injuries;
6) bills and other evidence of expenses for such medical treatment;
7) bills and other evidence of other expenses caused by Ms. Sue's injuries and the incident giving rise to this litigation;
8) documents relating to Ms. Sue's lost wages and other financial losses resulting from the incident giving rise to this litigation;
9) documents relating to the pain and suffering endured by Ms. Sue as a result of her injuries;
10) documents relating to Ms. Sue's future financial losses;
11) documents relating to Ms. Sue's future medical expenses and other expenses caused by the incident giving rise to this litigation;
12) Other documents supporting Ms. Sue's claims.

(C)     A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

| | |
|---|---|
| $ 375,000.00 | Current estimate of the approximate amount of Margaret S. Sue's past lost earnings (Plaintiff reserves the right to supplement this amount as further calculations are performed and further information is discovered) |
| $1,425,000.00 | Current estimate of the approximate present value of Margaret S. Sue's future lost earnings capacity (Plaintiff reserves the right to supplement this amount as further calculations are performed and further information is discovered) |

| | |
|---|---|
| $ 189,564.37 | Required medical treatment |
| $ 47,118.33 | Required prescription medication |
| $ 47,651.95 | Required rehabilitative, therapeutic, and assistive equipment |
| **$2,084,334.60** | **Total (excluding Non-Economic Damages and future treatment costs)** |
| **TBD** | **Non-economic damages, including pain and suffering** |

    (D)    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

        Not applicable.

        Respectfully submitted,

        MARGARET SANDRA SUE

By: _____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

Dated: September 15, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September 2005, I sent PLAINTIFF'S INITIAL DISCLOSURES by Federal Express, prepaid to:

> Heather R. Phillips, Esquire
> Assistant United States Attorney
> Judiciary Center Building
> Civil Division
> 555 4th Street, N.W., Room E-4212
> Washington, D.C. 20530
> (202) 514-7139
> (202) 514-8780 (fax)
> *Counsel for Defendant*

_____
Peter C. Grenier