UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE**     )<br>)<br>Plaintiff,     )<br>)<br>v.     )<br>)<br>**THE UNITED STATES OF AMERICA**     )<br>)<br>Defendant.     )<br>)<br>_____) | **Civil Action No. 05-1355 (JR)** |

# NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that bulky exhibits to the Initial Disclosure have been filed in paper form and on CD ROM in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date: September 15, 2005