# JOHNS HOPKINS MEDICINE
## Department of Neurosurgery



**James N. Campbell, M.D.**
Professor of Neurosurgery
Director, Blaustein Pain Program
Co-Director, Peripheral Nerve Surgery Unit

Patient Care Office: (410) 955-2058
Administrative Office: (410) 614-3855
FAX: (410) 955-1032
E-mail: jcampbel@jhmi.edu

October 19, 2005

John A. Verdi, Esq.
Bode & Grenier, LLP
Ninth Floor, Connecticut Bldg.
1150 Connecticut Ave, NW
Washington, DC 20036-4129

RE:    Margaret Sandra Sue

Dear Mr. Verdi:

    I have been asked to give an opinion regarding the medical care of Margaret Sandra Sue and the relationship of her problems to an auto accident in April 2000. All my opinions in this report are to a reasonable degree of medical probability. My opinions are based upon my medical education and training, my knowledge and experience, my examination and treatment of Ms. Sue, and my review of Ms. Sue's medical records. I have documented that the patient had lumbar spine surgery at L5-S1 in 1991 consisting of a decompression and fusion. She had improvement of her symptoms after that surgery but continued to have some back pain that varied in severity. Prior to 2000 the patient may also have had neck pain, though the records are inconsistent about this. She did not seek medical care for either the neck or lumbar condition in the few years leading up to the April 2000 accident. More importantly, the patient reports to me that she was active in sports and worked full time immediately before the accident.

    I understand that the patient's car had substantial damages and was totaled in the April 2000 accident. She was taken to the emergency room at which time she complained of axial spine pain. Over time the patient did not get better despite extensive conservative care. She had numerous consultations and appeared to comply with vigorous efforts to get better.

    When I first saw her in March 2003 she complained of both neck and back pain which had been present to a severe degree from the point of the accident going forward. I enclose a map that the patient made of where her pain was located that she supplied to me in March 2003. The pain ratings indicated severe disabling pain.

October 19, 2005
Page 2


   I determined that the patient had signs of spinal cord compression (hyperreflexia) and presence of a left S1 radiculopathy. Imaging of the spine indicated moderately severe cervical spondylosis with involvement of C3 to C7 and significant lumbar stenosis with arthritic changes and nerve root compression. Over time I performed four operations on the patient (including operations on April 9, 2003, March 31, 2004, June 1, 2004, and December 7, 2004) and these are documented in the records.

   My opinion is that the patient had severe pain in multiple areas of the body due to injuries sustained in the accident of April 2000. Though there was some element of preexisting disease the need for the surgeries I performed were necessitated by the accident and if it had not been for the accident of April 2000, these operations would not have been necessary.

   The patient now has the segments C3-7 fused (most of the cervical spine) which in itself leads to a permanent and nontrivial disability. In addition, the lumbar spine is fused from L4-S1, which also leads to a permanent disability. The patient is still recovering from her operations and I do not feel that it is possible to give an opinion regarding the degree of permanent disability at the moment. In some cases it takes up to a year to recover from surgery. It is also possible that further surgery will be necessary as the patient continues to have some element of disease in the upper levels of the lumbar spine as well. The patient is currently unable to work and still requires medication for pain. There may well be an element of depression, which may be related to the pain stemming from the auto accident. Ms. Sue is also limited in various activities of daily living as a result of the accident.

   I have reviewed the treatments and the extensive medical records and bills that the patient has had from April 2000 up until now. I feel that these treatments have all been medically necessary, and reasonable. The fees for surgery and hospital costs are all reasonable and standard.

Sincerely,

James N. Campbell, M.D.

JNC:djc
Enclosure



Part I.   Where is your pain?

Please mark on the drawings below the areas were you feel pain. Put E if external, or I if internal, near the areas which you mark. Put EI if both external and internal.

(annotations on figure: "numbness under jaw", "Cool Feeling", "Numb", "NIGHT RIGHT SIDE BECOMES WORSE")

# Rate Your Pain

At its best: 

Average: 

c moder avg pain 7-10

At its worse: 

Part 2.    **What does your pain feel like?**

Some of the words below describe your **present** pain. Circle **ONLY** those words that best describe it. Leave out any category that is not suitable. Use only a single word in each appropriate category - the only that applies best.

**1**
Flickering
(Quivering) *fingers*
Pulsing
Throbbing
Beating
Pounding

**2**
Jumping
Flashing
(Shooting)

**3**
Pricking
Boring
Drilling
(Stabbing)
Lancinating

**4**
Sharp
Cutting
Lacerating

**5**
Pinching
Pressing
Gnawing
Cramping
Crushing

**6**
Tugging *Abdomen*
(Pulling)
Wrenching

**7**
Ear *neck back of head*
(Burning) *left arm*
Scalding
Searing

**8**
Tingling
Itchy
Smarting
Stinging

**9**
Dull
Sore
Hurting
Aching
Heavy

**10**
Tender
Taut
Rasping
Splitting

**11**
Tiring
Exhausting

**12**
Sickening
Suffocating

**13**
Fearful
Frightful
Terrifying

**14**
Punishing
Gruelling
Cruel
Vicious
Killing

**15**
Wretched
Blinding

**16**
Annoying
Troublesome
Miserable
(Intense)
(Unbearable)

**17**
Spreading
(Radiating)
Penetrating
Piercing

**18**
Tight
(Numb)
Drawing
Squeezing
Tearing

**19**
Cool
(Cold)
Freezing

**20**
Nagging
Nauseating
Agonizing
Dreadful
(Torturing)