**Curriculum Vitae for**
**James N. Campbell, M.D.**

## Table of Contents

|  | Page |
|---|---|
| Personal information | 2 |
| Current/Previous positions | 2 |
| Education | 2-3 |
| Awards, Honors, etc. | 3 |
| Patents granted | 3-4 |
| Professional memberships | 4 |
| Administrative activities | 4-5 |
| Editorial boards | 5 |
| Committee/Organizational activities | 5-7 |
| Selected invited lectures | 7-20 |
| Published abstracts | 21-29 |
| Published editorials, reviews, book chapters, etc. | 30-34 |
| Peer reviewed publications | 35-42 |

## CURRICULUM VITAE

**NAME:**                          James N. Campbell, M.D.

**OFFICE ADDRESS:**                Department of Neurological Surgery
The Johns Hopkins Hospital
600 North Wolfe Street, Meyer 5-109
Baltimore, Maryland 21287-7509

**CURRENT APPOINTMENTS:**          Professor & Vice Chairman of Neurosurgery
Department of Neurosurgery
The Johns Hopkins University
School of Medicine (Since 1988)

Director, Blaustein Pain Treatment Center
(Since 1991)

Principal Professional Staff
Applied Physics Laboratory
Johns Hopkins Road
Laurel, MD  (Since 1991)

**PREVIOUS POSITIONS:**            Assistant Professor, 1979-1982, Department of
Neurosurgery, Johns Hopkins University, School of
Medicine

Associate Professor, 1982-1988, Department of
Neurosurgery, Johns Hopkins University, School of
Medicine

## EDUCATION:

| | |
|---|---|
| 1969 | B.A. Degree with High Honors and High Distinction in Psychology from the University of Michigan, 1969 |
| 1973 | M.D. Degree from Yale University, School of Medicine |
| 1973 | Diplomate of the National Board of Medical Examiners |
| 1973-1974 | Surgical Internship, The Johns Hopkins Hospital |
| 1974-1979 | Residency in Neurosurgery, The Johns Hopkins Hospital |

| 1975-1977 | Postdoctoral Fellowship in Neurophysiology, Department of Physiology, The Johns Hopkins University, School of Medicine |
| 1982 | Diplomate of the American Board of Neurological Surgery |

**AWARDS, HONORS, ETC.:**

| 3/68, 3/69 | Class Honors, University of Michigan |
| 3/69 | James B. Angell Scholar, University of Michigan |
| 3/69 | Phi Beta Kappa |
| 1969 | Bachelor of Arts Degree from the University of Michigan with High Honors, and High Distinction |
| 1971 | Winternitz Award for Excellent Work in Pathology, Yale University |
| 1975-1977 | Research Fellowship Award from the National Institutes of Health |
| 1980-1985 | Teacher Investigator Award from the National Institutes of Health |
| 1988 | Javits Neuroscience Investigator Award |
| 1988 | Frederick W. L. Kerr Award from the American Pain Society for Research on Peripheral Afferent Mechanisms of Somatic Sensations |
| 1991 - present | The Best Doctors in America, Woodward/White, Inc. Publishers |
| 1992 | $250,000 unrestricted award for outstanding research in pain, Bristol-Myers Squibb Company |
| 1997 | Grass Award from the Society of Neurological Surgeons |
| 1999 | Distinguished Service Award, American Pain Society |
| 2001 | The John and Emma Bonica Public Service Award, American Pain Society |

**PATENTS GRANTED:**

**Treatment of sympathetically maintained pain**
Patent number:     5,070,084
Date of patent:     12/3/91

**Compositions and methods of treatment of sympathetically maintained pain**
Patent number:     5,447,947
Date of patent:     9/5/95

**Compositions and methods of treatment of sympathetically maintained pain (Japanese Patent)**
Patent number:        2,786,538
Date of patent:        5/29/98

**Therapeutic method with capsaicin and capsaicin analogues**
Patent number:        5,962,532
Date of patent:        10/5/99

**Compositions and methods of treatment of sympathetically maintained pain (USSN Patent)**
Patent number:        5,559,186
Date of patent:        5/6/03

**Compositions and methods of treatment of sympathetically maintained pain (European Patent)**
Patent number:        0 517 859
Date of patent:        11/12/03

**Compositions and methods of treatment of sympathetically maintained pain (Canadian Patent)**
Patent number:        2,076,028
Date of patent:        11/25/03

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS:

| | |
|---|---|
| 1975-present | American Association for the Advancement of Science |
| 1975-present | Society for Neuroscience |
| 1979-present | International Association for the Study of Pain |
| 1981-present | Research Society for Neurological Surgery |
| 1982-present | American Association of Neurological Surgery |
| 1983-present | American Pain Society |
| 1984-present | Sunderland Society |
| 1989-present | International Brain Research Organization (IBRO) |
| 1991-present | Neurosurgical Society of America |
| 1993-present | Society of Neurological Surgeons |
| 1993-present | American Society for Peripheral Nerve |
| 1996-present | American Academy of Pain Medicine |
| 1999-present | North American Spine Society |

## ADMINISTRATIVE ACTIVITIES:

| | |
|---|---|
| 1984-2000 | Director, Residency Training Program |

Department of Neurosurgery, Johns Hopkins Hospital

| | |
|---|---|
| 1988-2000 | Associate Director, Department of Neurosurgery<br>Johns Hopkins University School of Medicine |
| 1993-1994 | President-Elect, American Pain Society |
| 1994-1995 | President, American Pain Society |
| 1996-present | Founder and President, American Pain Foundation |
| 1997-present | Faculty, Graduate Program in Cellular and Molecular Medicine<br>Johns Hopkins University |

## EDITORIAL BOARDS

Editor:  Newsletter, Joint Section on Spinal and Peripheral Nerve Disorder, 1987.

Editorial Advisory Board, Pain Forum (formerly American Pain Society Journal), 1991-1998

Associate Editor, Pain Journal, 1993-1999

Editorial Board, Pain: Clinical Updates, published by the International Association for the Study of Pain (IASP), 1993-1996

Editorial Advisory Board, The Journal of Pain, 1999

Editorial Board, Pain Research and Clinical Management, 2002

## COMMITTEE/ORGANIZATIONAL ACTIVITIES

Member: Site Visit Committee for the National Cancer Institute, University of Washington, Seattle, 1982.

Member: Program Committee (for organization 1983 national meeting), American Pain Society, 1983.

Special Member:  "Sensory Disorders and Language Study Section", NIH, 1983 and 1984.

Member: Site Visit Team, National Institute of Health, University of California, San Francisco, 1984.

Member:  Nominating Committee, American Pain Society, 1984.

Member:  Research Committee, American Pain Society, 1984.

Member:  Nominating Committee, American Pain Society, 1985.

Ad Hoc Member:  Board of Scientific Counselors, Review of Neurobiology and Anesthesiology Branch, NIDR, May, 1985.

Member:  Marshals Committee, American Association of Neurological Surgeons, Atlanta, 1985.

Member:  Registration Sub-Committee, American Association of Neurological Surgeons, Atlanta, 1985.

Member:  Site Visit Team National Institute of Health, University of Texas Medical Branch, Galveston, Texas, July, 1985.

Member:  Special Review Committee for Orofacial Pain Research Centers, National Institute of Health, (Site Visits to UCLA, University of Washington, State University of New York-Buffalo, University of Virginia), 1985-1986.

Assistant Chairman Newsletter Committee for the Joint Section on Spinal Disorders of the AANS/CNS, May, 1986.

Member:  Fifth World Congress on Pain, Scientific Program Committee of the IASP, Germany, 1984, 1985, 1986,1987.

Member:  Sixth World Congress on Pain, Ad Hoc Subcommittee on Refresher Courses of the IASP, Adelaide, Australia, 1987, 1988, 1989, 1990.

Member:  Scientific Program Committee of the American Pain Society, 1987-1988.

Member:  Awards and Certificates Committee of the American Pain Society, 1987-1988.

Member:  Scientific Program Committee, American Pain Societies, Joint Meeting of the Canadian and American Pain Societies, Toronto, Canada, November, 1988.

Member:  Board of Councillors of "Section on Pain", The American Association of Neurological Surgeons, 1988 to present.

Member:  Site Visit Team, National Institute of Health, Chapel Hill, North Carolina, March, 1988.

Board of Directors, American Pain Society, October 1990-October 1993.

Member: Executive Council, American Pain Society, October 1990-present

Member Scientific Program Committee, American Pain Society, New Orleans, LA, November 1991

Member:  Institutional Research Grant Project Committee, Johns Hopkins University School of Medicine, 1992-93 and 1993-94

Member:  Research and Research Training Committee, Society of Neurological Surgeons, 1994-present

Member:  Pain Award Selection Committee, Bristol-Myers Squibb Company, 1994

Member:  Task Force on Governmental Issues, American Pain Society, 1994-95

Member:  Public Affairs Committee, American Pain Society, 1995-1996

Program Chair:  6th Annual American Society for Peripheral Nerve meeting, St. Louis, May 30-June 1, 1996

Member: Awards Committee, American Pain Society, 1996-1998

Member: Program Committee, Neurosurgical Society of America, 1998-1999

Member: Scientific Program Committee, 9th Annual meeting of the American Society for Peripheral Nerve, Los

Angeles, CA, June 19-21, 1999

Member: Bylaws Committee, American Society for Peripheral Nerve, 2002-2003

Member: Nominating Committee, Past President representative, American Pain Society, 2002-2003

## SELECTED INVITED LECTURES  [FROM 1981]

Invited Lecture:  "Peripheral Neural Mechanisms of Pain Sensation," University of Texas, 1981.

Invited Lecture:  "Peripheral Neural Mechanisms of Pain Sensation," University of Utah, 1981.

Invited Lecture:  "Mechanisms of Hyperalgesia," Neurology Grand Rounds, The Johns Hopkins University, 1982.

Invited Lecture:  "The Peripheral Nervous System and Pain," Hand Surgery Study Group, Union Memorial Hospital, 1982.

Invited Lecture:  "DCP., Dolorosa Cutanea Pathologica," Maryland State Dermatological Society, 1982.

Invited Lecture:  "Neural Mechanisms of Hyperalgesia," Cornell University, New York, NY, 1983.

Invited Lecture:  "Phantom Limb Pain," Neurology Grand Rounds, The Johns Hopkins University, 1983.

Invited Lecture:  "Effects of General Anesthetics on Nociceptor Function," Anesthesiology Grand Rounds.  The Johns Hopkins University, 1983.

Invited Lecture:  "Hyperalgesia as a Manifestation of Pain," The Fourth General Meeting, American Pain Society, Chicago, Illinois, 1983.

Chairman and Moderator of Symposium entitled "Neuromas," The Fourth General Meeting, American Pain Society, Chicago, Illinois, 1984.

Invited Lecture:  Special Plenary Session, "Hyperalgesia - New Insights," Fourth World Congress International Association for the Study of Pain, Seattle, Washington, 1984.

Invited Lecture:  Sponsored by the Cordis Corporation, "Current Clinical Perspectives on Neural Stimulation for the Control of Pain:  Surgery and Drugs," Miami, Florida, 1984.

Invited Lecture:  "Avulsion of the Brachial Plexus," Department of Surgery Grand Rounds, The Johns Hopkins University, 1984.

Invited Lecture:  "Mechanisms of Pain Sensation in Normal and Pathological States," Neuroscience Study Group, National Institutes of Health, 1984.

Invited Lecture:  "Entrapment Syndromes, How I Do It" Lecture Series.  Congress of Neurological Surgeons, New York, 1984.

Seminars and Invited Lectures:  "Pain and Affective Disorders," Biology of Disease Workshop, Society for Neuroscience, Boston, 1983, and Anaheim, California, 1984.

Invited Lecture:  "Neurophysiological Basis for Radicular Pain, and Salvage Surgery for Low Back Pain,"

University of Medicine and Dentistry of New Jersey, <u>Advances in Pain Management</u>, Atlantic City, 1984.

Invited Lecture: "Perception of Pain: Introduction of Nomenclature and Pathophysiology," (to First Year Medical School Class), School of Medicine, The Johns Hopkins University, 1984, 1985.

Invited Lecture: "Peripheral Nerve Surgery for Tumor and Trauma," American Association of Neurological Surgeons, Atlanta, 1985.

Invited Lecture: "Painful Sequelae of Peripheral Nerve Injury," Seminar, Dept. of Anesthesiology, Yale University School of Medicine, January 15, 1985.

Invited Lecture: "The Effects of General Anesthetics on the Peripheral Nervous System," Grand Rounds, Dept. of Anesthesiology, Yale University School of Medicine, January 16, 1985.

Invited Lecture: "Tumors and Trauma of the Peripheral Nervous System," Breakfast Seminar, American Association of Neurological Surgeons, Atlanta, 1985.

Presentation: "Mechanism of Primary and Secondary Hyperalgesia: An Update," Research Society of Neurological Surgeons, Chapel Hill, 1985.

Invited Lecture: "The Role of Primary Afferents in Pain and Hyperalgesia," Second Symposium on Pain, The Department of Anatomy, University of Minnesota, Minneapolis, May, 1985.

Invited Lecture: "Peripheral Neural Mechanisms of Pain," Neuroscience   Council Meeting, Johns Hopkins University, June 19, 1985.

Invited Lecture: "Brachial Plexus Injuries," Eighth International Congress of Neurological Surgery, Toronto, Canada, July, 1985.

Invited Lecture: (Chairman), "The Peripheral Pain Receptors," Breakfast Seminar, American Pain Society Fifth General Meeting, Dallas, Texas 1985.

Invited Lecture: "Peripheral Neural Substrates of Pain Sensation," Division of Nuclear Medicine and Radiation Health Science, The Johns Hopkins University, October, 1985.

Invited Lecture: "Adventures in the Treatment of Pain," Recorded for Audio-Digest, Mensana Clinic Symposium on Pain, October, 1985.

Presentation: "Physiology of Nociception: A Review," Baltimore College of Dental Surgery, Dental School, Baltimore, Maryland, December, 1985.

Invited Lecture: "Difficult Pain Syndromes," St. Catherine Hospital, East Chicago, Indiana, November, 1985.

Invited Lecture: "Brachial Plexus Injuries," Surgery Grand Rounds, St. Agnes Hospital, Baltimore, Maryland, January, 1986.

Invited Lecture: "Surgical Considerations in the Treatment of Pituitary Tumors," Symposium on Skull Base Tumors, jointly sponsored by the Departments of Otolaryngology and Neurosurgery, The Johns Hopkins Hospital, February, 1986.

Invited Lecture: "Preliminary Analysis of the Hopkins Experience with the Multiply Operated Lumbar Spine," The Second Annual Meeting of the Joint Section on Spinal Disorders, San Diego, California, February, 1986.

Invited Lecture: "Narcotics do not Affect the Response of Unmyelinated Afferents in Monkey," Eleventh Annual Scientific Meeting of The American Society of Regional Anesthesia, San Antonio, Texas, March 1986.

Invited Lecture: "Peripheral Nerve Surgery," Department of Neurosurgery, Georgetown University, May, 1986.

Invited Lecture: "Painful Sequelae after Nerve Injury," 15th Annual Meeting of the American Academy of Thermology, Johns Hopkins University, Baltimore, Maryland, June, 1986.

Invited Lecture: "Neural Mechanisms of Hyperalgesia Induced by Nerve Injury," Sunderland Society Meeting, Vienna, Austria, June, 1986.

Invited Lecture: "Effects of Injury on Somatosensory Systems," Satellite Symposium Of The International Union of Physiological Sciences, July, 1986.

Invited Lecture: "Hyperalgesia Following Peripheral Nerve Injury," Symposium on the Effects of Injury on the Somatosensory System, Mount Hood, Oregon, July 1986.

Invited Lecture: "Examination of Comatose Patient," (Second Year Medical Students), Johns Hopkins Hospital, Hurd Hall, March, 1984-1987.

Invited Lecture: "Mechanisms of Pain and Electrical Stimulation," Johns Hopkins Hospital, Department of Rehabilitation Medicine, March, 1987.

Invited Lecture: "Results of the DREZ Operation For Brachial Plexus Avulsion," Second International DREZ Symposium, Durham, N.C., April 1987.

Invited Lecture: "Basic and Clinical Research on Painful Sequelae of Nerve Injury," Society of Neurological Surgery, Baltimore, MD, May, 1987.

Invited Lecture: Plenary Session, "Painful Sequelae of Nerve Injury,"Fifth World Congress, International Association for the Study of Pain, Hamburg, Federal Republic of Germany, August, 1987

Invited Lecture: "Neuroablative Procedures for Pain", Fifth World Congress, International Association for the Study of Pain, August, 1987.

Invited Lecture: "Hyperalgesia", Fifth World Congress, International Association for the Study of Pain, August, 1987.

Invited Lecture: (Moderator), "Managing Brachial Plexus Lesions," Congress of Neurological Surgeons, Baltimore, MD., October 1987.

Invited Lecture: "Bradykinin and Pain", Good Samaritan Hospital, Division of Clinical Immunology, Good Samaritan Hospital, January, 1988.

Invited Lecture: "Sympathetic Nervous System and Nerve Injury Pain", Neurosurgical Society of America, Annual Meeting, April, 1988.

Invited Speaker: "Peripheral Nerve Injuries", American Association of Neurological Surgeons, Toronto, Ontario, Canada, April, 1988.

Invited Speaker: "The Pathophysiology of Nerve Injury in Relation to Low Back Pain, NIH Workshop on New Directions in Low Back Pain Research, May, 1988.

Invited Lecture: "Pharmacological Implications of Neural-Cutaneous Interactions", Skin Pharmacology Society, Paris, France, May, 1988.

Invited Lecture: Frederick W. L. Kerr Memorial Award Address, "Hyperalgesia and Neuropathic Pain: From Bedside to the Laboratory", American Pain Society, Toronto, Canada, 1988.

Invited Lecture: Plenary Address, "Perspectives on Mechanisms and Treatment of Sympathetically Maintained Pain", American Pain Society, Toronto, Canada, 1988.

Invited Lecture: Chairman and Speaker "The Painful Upper Extremity" Breakfast Seminar, American Pain Society, Toronto, Canada, 1988.

Invited Lecture: Space Telescope Science Institute, Baltimore, Maryland, April, 1989

Invited Lecture: "Hyperalgesia in Neurologic Diseases", Annual meeting of the American Academy of Neurology, Chicago, Illinois, April, 1989.

Instructor: Hands-On Neural Regeneration Workshop, Baltimore, Maryland, May 1989.

Invited Lecture: "The Mechanisms by Which Electrical Stimulation of Primary Afferents Relieve Pain", Neurosurgical Society of American meeting, Bermuda, May 1989.

Invited Lecture: "Plasticity of the Neural Events Related to Pain", Satellite Symposium on "Information Processing in the Somatosensory System", XXXI International Congress of Physiological Sciences, Stockholm, Sweden, July 1989.

Invited Lecture: "Pain Induced by Bradykinin Injection in Man is Not Mediated by Histamine Release", New Strategies in Pain Control Symposium, Princeton, NJ, July 1989.

Invited Speaker: "Injury to Brachial Plexus". Grand Round, Department of Neurosurgery, Johns Hopkins Hospital, September 1989.

Invited Speaker: "Ablative Procedures in Chronic Pain", Eighth Annual American Pain Society, Phoenix, Arizona, October 1989.

Invited Lecture: "Neuropathic and sympathetically mediated pain", Annual meeting of the Canadian Pain Society, Banff, Canada, October 1989.

Invited Speaker: "Sympathetic mediated pain", Annual meeting of the Canadian Pain Society, Banff, Canada, October 1989.

Invited Speaker: "Neurophysiology and psychophysiological studies of peptides and inflammatory mediators involved in pain, Annual meeting of the Canadian Pain Society, Banff, Canada, October 1989.

Invited Speaker: "Sympathetically maintained pain. New insights into mechanisms and treatment", Meeting of the American Academy of Physical Medicine and Rehabilitation Society, November 1989.

Participant: Dahlem Workshop on "Towards a new pharmacotherapy of pain: Beyond morphine," Berlin, West Germany, November 1989.

Invited Speaker: "Hunter's canal syndrome", Cincinnati Sportsmedicine and Orothpaedic Center, Cincinnati, OH, February 1990.
Invited Speaker: "Neuropathic Pain", Annual meeting of The Western USA Pain Society, Park

City Utah, February 1990.

Invited Speaker and Chairman: Topical Seminar, "Sympathetically Maintained Pain", VIth World Congress on Pain, Adelaide, Australia, April 1990.

Invited Speaker: Topical Seminar, "The Management of Peripheral Neuropathies, Radiculopathy and Causalgia," VIth World Congress on Pain, Adelaide, Australia, April 1990.

Invited Speaker: "The mechanism for the development of ectopic excitability to mechanical stimuli in neuromas," Neurobiology of nociception, Satellite meeting of the VIth World Congress on Pain, Kauai, Hawaii, April 1990.

Invited Speaker: "Peripheral nerve surgery," AANS Annual meeting, Nashville, TN, April 1990.

Invited Speaker: "Sympathetically maintained pain", Controversies in Pain Management, AANS Annual meeting, Nashville, TN, April 1990.

Invited Speaker: "Advances in Pain Research and Therapy," Meeting of the National Advisory Neurological Disorders and Stroke Council, NIH, Bethesda, MD, May 1990.

Invited Lecture: "Neuropathic Pain: A role for the sympathetic nervous system," Sixth William M. Witter Memorial Lecture on Pain, UCSF, San Francisco, CA, October 1990.

Invited Lecture: "The molecular pharmacology of sympathetically maintained pain," Neurology Grand Rounds, Johns Hopkins Hospital, October 1990.

Invited Lecture: "Thoracic Outlet Syndrome," Surgery Grand Rounds, Johns Hopkins Hospital, December 1990.

Invited Lecture: "Sympathetically maintained pain," 8th Annual Symposium on Advances in Pain Management: Sympathetically Maintained Pain Syndrome, Orlando, FL, February 1991.

Invited Lecture: CNS Research & Development, Searle, "New directions in treatment of sympathetically maintained pain", Chicago, IL, April 1991.

Invited Lecture: Treatment strategies for sympathetically maintained pain, Conference on Sympathetically Maintained Pain, Mensana Clinic, Baltimore, MD, April 1991.

Invited Lecture: Reflex sympathetic dystrophy and sympathetically maintained pain, Fifth Annual International Conference on Neuropathic and Musculoskeletal Pain, New York, NY, April 1991.

Invited Lecture: Central v. peripheral mechanisms in neuropathic pain, Fifth Annual International Conference on Neuropathic and Musculoskeletal Pain, New York, NY, April 1991.

Invited Speaker: "Syndromes and problems in surgery of the plexus regions and peripheral nerves," Annual meeting of the American Association of Neurological Surgeons, Breakfast Seminar, New Orleans, LA, April 1991.

Invited Speaker: "Hyperalgesia: Variations in expression in different disease states," Second

Bristol-Myers Squibb Symposium on Pain Research, Galveston, TX, May 1991.

Invited Speaker: "The role of alpha receptors in sympathetically maintained pain," Annual meeting of the Neurosurgical Society of America, San Destin, FL, May 1991.

Invited Lecture: "What is the role of bradykinin in pain of inflammatory origin?", Sterling Drug, Inc., Rensselaer, NY, May 1991

Invited Lecture: "The molecular basis of interactions between the sympathetic nervous system and nociceptors," ANPP Sponsored Research Symposium, Alsace, France, June 1991

Invited Lecture: "Sympathetic maintained pain mechanisms," Mechanisms and Management of Somatosensory Disorders of the Facial Region, University of Maryland School of Medicine, Baltimore, MD, September 1991

Invited Lecture: "Current understanding of the pathogenesis and treatment of central and peripheral pain," Annual meeting of the American Academy of Physical Medicine and Rehabilitation, Washington, DC, October 1991

Invited Lecture: "Management of brachial plexus injuries," Congress of Neurological Surgeons Annual Meeting, Orlando, FL, October 1991

Invited Lecture: "Upper-extremity pain," American Pain Society Annual meeting, New Orleans, LA, November 1991

Invited Lecture: "The role of the sympathetic nerve system in pain," Massachusetts General Hospital Neurosurgery Grand Rounds, Boston, MA, December 1991

Invited Lecture: "The role of the sympathetic nerve system in pain," New England Pain Associate "Kasdin" Lecture, St. Elizabeth's Hospital, Boston, MA, December, 1991

Invited Lecture: "The role of the sympathetic nerve system in pain," Spaulding Rehabilitation Hospital Grand Rounds, Boston, MA, December, 1991

Invited Lecture: "Hyperalgesia and sensitization: An overview of neural mechanisms," Symposium: What Do Nociceptors Tell the Brain?, Madrid, Spain, February, 1992

Chairman, Session on Sensitization & Hyperalgesia, Part I, Symposium: What Do Nociceptors Tell the Brain?, Madrid, Spain, February, 1992

Invited Lecture: "Mechanisms of Pain", Undergraduate course: Introduction to the Human Brain, Johns Hopkins University, Baltimore, MD, March, 1992

Invited Lecture: "Hyperalgesia and the sympathetic nervous system," Symposium: New Trends in Referred Pain and Hyperalgesia, Chieti, Italy, March, 1992

Panelist: "Peripheral nerves: Tumors and entrapment," AANS, San Francisco, CA, April 1992

Invited Participant: "Practical Clinic VIII: Anatomy and surgery of the nerves of upper and lower extremities," AANS, San Francisco, CA, April 1992

Invited Participant:  "Reflex sympathetic dystrophy," Controversies and Consensus in Neurology course for the American Academy of Neurology, San Diego, CA, May 1992

Invited Lecture:  "The molecular basis of the 'Tinel' sign," The Sunderland Society meeting, Malmö, Sweden, May 1992

Invited Lecture:  "Neural mechanisms of neuropathic pain: Implications for Treatment II", Peripheral and Central Pain Mechanisms Symposium, Bethesda, MD, July 1992

Invited Participant: Co-Chairman, "Postoperative Pain 1," 5th International Congress, The Pain Clinic, sponsored by The World Society of Pain Clinicians, Jerusalem, Israel, September 1992

Invited Lecturer:  "Neuropathic Pain," 5th International Congress, The Pain Clinic, sponsored by The World Society of Pain Clinicians, Jerusalem, Israel, September 1992

Invited Panelist: "Sympathetic related pain" 5th International Congress, The Pain Clinic, sponsored by The World Society of Pain Clinicians, Jerusalem, Israel, September 1992

Invited Panelist: "Update on Sympathetically Maintained Pain", 11th Annual Scientific meeting of the American Pain Society, San Diego, CA, October 1992

Invited Speaker: "Relief of Clinical and Experimental Pain in Man by Implanted Stimulation Devices," Breakfast Seminar, 11th Annual Scientific meeting of the American Pain Society, San Diego, CA, October 1992

Invited Lecturer: "Pain and the sympathetic nervous system: A role for the alpha-1 adrenergic receptor," Eastern Virginia Medical School, Microsurgical Research Center, Norfolk, VA, October 1992

Invited Lecturer: "A model of neuropathic pain," 8th Marshall Memorial Lecture, University of Toronto, Division of Neurosurgery, Toronto, Ontario, Canada, December 1992

Invited Lecturer: "Management of pain in neurosurgery," University of Toronto, Division of Neurosurgery, Toronto, Ontario, Canada, December 1992

Invited Panelist: "Thoracic outlet syndrome - Who has it, What to do about it," Joint Section of the Spine and Peripheral Nerves meeting, Tucson, AZ, February 1993

Invited Lecture: "Neurosurgical evaluation in pain," Anesthesia Pain Grand Rounds, Johns Hopkins Hospital, Baltimore, MD, March 1993

Invited Speaker: "Consensus Conference on Neurosurgical Management of Pain," AANS meeting, Boston, MA, April 1993

Invited Speaker: "Surgical Procedures for Pain of Peripheral Nerve Origin", AANS meeting, Boston, MA, April 1993

Invited Participant: "Varicella-Zoster Virus Infection and Post-Herpetic Neuralgia: New Ingiths into Pathogenesis and Pain Management," Varicella-Zoster (VZV) Foundation, Bethesda, MD,

May 1993

Invited Lecture: "Diagnosis and therapy of sympathetically maintained pain," Fourth Annual Bristol-Myers Squibb Symposium on Pain Research - Pharmacological Approaches to the Treatment of Chronic Pain: New Concepts and Critical Issues, Monterey, CA, June 1993

Invited Participant: Topical Seminar, "Capsaicin receptors and antagonists", 7th World Congress on Pain, Paris, France, August 1993

Chairman, "Windows into Brain Functions", Satellite Symposium of the 7th World Congress on Pain, Beaune, Paris, August 1993

Invited Speaker: "Pain mediated by non-nociceptive systems," Satellite Symposium of the 7th World Congress on Pain, Session entitled Normal and Abnormal Pain Mechanisms, Beaune, Paris, August 1993

Invited Lecture: "Nerve injury associated with inguinal herniorrhaphy", Surgical Grand Rounds, Johns Hopkins Hospital, Baltimore, MD, January 1994

Invited Speaker: Breakfast seminar, "Management of peripheral nerve lesions and entrapment syndromes," American Association of Neurological Surgeons Annual meeting, San Diego, CA, April 1994

Invited Lecture: "Cellular components necessary for mechanoelectrical transduction are conveyed to primary afferent terminals by fast axonal transport," American Society for Peripheral Nerve, Rye Brook, NY, May 1994

Invited Guest Speaker: "Sympathetically maintained pain," Japan Society of Pain Clinicians, Jokkaichi City, Japan, July 1994

Invited Guest Speaker: "Properties of peripheral nociceptors," The Neurobiology of Pain, Universidad Complutense Summer Course, Madrid, Spain, July 1994

Invited Guest Speaker: "Chronic pain in the clinic: mechanistic and therapeutic advances," Session on Pathophysiology and Pharmacology of Chronic Pain at the XII International Congress of Pharmacology, Montreal, Canada, July 1994

Invited Lecture: "The Pain Management Approach: Who Should be Referred? What Should be Our Expectations?", Total Knee Review Course, The Knee Society, Stouffer Harborplace Hotel, Baltimore, MD, October 1994

Invited Guest Speaker:  "Nerve Injury Pain: A comprehensive approach," The Pain Rehabilitation Center at Good Samaritan Hospital, Cincinnati, OH, November 1994

Invited Guest Speaker:  "The Use of Opiates in the Treatment of Neuropathic Pain," The Pain Rehabilitation Center at Good Samaritan Hospital, Cincinnati, OH, November 1994

Invited Lecture: "Transposition is the preferred treatment for ulnar nerve entrapment," Joint Section on Disorders of the Spine and Peripheral Nerves meeting,  Phoenix, AZ, February 1995

Panel Discussant: "Treatment of peripheral nerve emergencies," Joint Section on Disorders of the Spine and Peripheral Nerves meeting, Phoenix, AZ, February 1995

Invited Guest Lecturer: "Pain Management," University of Maryland Division of Neurosurgery, VA Outpatient Center, Baltimore, MD, April 1995

Keynote address: "The interface between RSD and SMP: Evolving concepts," Southern Pain Society meeting, Occidental Grand Hotel, Atlanta, GA, May 1995

Invited Lecture: "Diagnosis of difficult pain problems in patients with non-malignant pain," 1st Annual Multidisciplinary Pain Update, Baltimore, MD, August 1995

Invited Lecture: "Sympathetically maintained pain," 2nd East-West International Conference on Pain Management, Beijing, China, August 1995

Invited Lecture: "Neuropathic pain," 2nd East-West International Conference on Pain Management, Beijing, China, August 1995

Presidential Address at American Pain Society meeting, Los Angeles, CA, November 1995

Invited Lecture: "Link of RSD to sympathetic nervous system,", RSD, An Update Conference, Lake Buena Vista, FL, December 1995

Invited Lecture: "Clinical implications," RSD, An Update Conference, Lake Buena Vista, FL, December 1995

Invited Participant: Interagency Chronic Pain Task Force meeting, sponsored by National Institute of Dental Research, NIH, Bethesda, MD, December 1995

Invited Speaker: "Nociceptors and their relationship to the sympathetic nervous system," Multidisciplinary Autonomic Seminar, Department of Neurology, Johns Hopkins Hospital, January 1996

Invited Speaker: "Thoracic outlet syndrome: Operative management," Joint Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February 1996

Invited Panelist: "Technology Assessment Conference on Management of Temporomandibular Disorders," NIH, NIDR, Bethesda, MD, April 1996

Invited Speaker: "Anatomy of the Brachial Plexus and Upper Extremity," 8th Annual International Spine Workshop, Uniformed Services University of the Health Sciences, Bethesda, MD, June 1996

Refresher Course Chair: "Complex Regional Pain Syndrome and the Sympathetic Nervous System," 8th World Congress on Pain (IASP), Vancouver, Canada, August 1996

Visiting Professor: "Thoracic Outlet Syndrome", University of Michigan, Ann Arbor, MI, September 1996

Guest Participant: "Symposium on Molecular Aspects of the Neurobiology of Pain Conference,

Boston, MA, October 1996

Guest Speaker: "Clinical Overview of Pain Syndromes and Treatments (Nociceptive v. Neuropathic Pain)", Symposium on Pain Syndromes and Mechanisms: Where does Gabapentin Fit In?", Parke-Davis, Ann Arbor, MI, October 1996

Invited Lecture: "Neurosurgical Approaches to Treatment of Chronic Pain", Israeli Chapter IASP meeting, Tel Aviv, Israel, December 1996

Invited Lecture: "Role of the Sympathetic Nervous System in Neuropathic Pain", Israeli Chapter IASP meeting, Tel Aviv, Israel, December 1996

Invited Panelist: "Entrapment Neuropathies: Thoracic outlet syndrome," Joint Spine Section of the AANS, Newport Beach, CA, February 1997

Member:  Residency Review Committee, Society of Neurological Surgeons, Pittsburgh, PA, May 1997

Invited Speaker:  "Rethinking Neurosurgical Education: Institution-based training," Society of Neurological Surgeons, Pittsburgh, PA, May 1997

Grass Award Lecture: "From nociceptor to the bedside: Studies of neuropathic pain," Society of Neurological Surgeons, Pittsburgh, PA, May 1997

Invited Speaker:  "Painful sequelae of nerve injury," American Society for Peripheral Nerve, Williamsburg, VA, June 1997

Keynote Address: "Relevance of the basic sciences to clinical medicine," Jefferson Medical College, 1997 White Coat Ceremony for the Class of 2001, Philadelphia, PA, September 1997

Invited Speaker: "Peripheral pain: Mechanisms and therapies," American Neurological Association Annual meeting, San Diego, CA, October 1997

Invited Speaker: "Capsaicin revisited as a treatment for neuropathic pain," Novel Targets in the Treatment of Pain sponsored by IBC, Washington, DC, October 1997

Symposium participant: "Chronic Pain Management: My Way is the Correct Way," American Pain Society Annual meeting, New Orleans, LA, October 1997

Keynote Speaker: "Novel approaches to pain management," Conference on Designing, Developing and Testing New Approaches to the Management of Cancer Pain, Johns Hopkins University, Baltimore, MD, November 1997

Invited Panelist: "Reflex Sympathetic Dystrophy/Sympathetically Maintained Pain," New Directions in Pain Research sponsored by NIH, Bethesda, MD, November 1997

Visiting Professor: "Advances in understanding neuropathic pain," Duke University Medical Center, Durham, NC, November 1997

Visiting Professor: "Neuropathic pain: Basic science considerations," University of Oklahoma,

OCNS Neurohour, Oklahoma City, OK, January 1998

Visiting Professor: "Neuropathic pain: Clinical considerations," University of Oklahoma, Neurosurgery Grand Rounds, Oklahoma City, OK, January 1998

Invited Panelist: "Symposium on Peripheral Nerves," Joint Section on Disorders of the Spine and Peripheral Nerves, Rancho Mirage, CA, February 1998

Invited Panelist: "Peripheral Nerve Injury and Entrapment: Case presentation of nerve patients with pain problems," AANS Annual Meeting, Philadelphia, PA, April 1998

Invited Speaker: "Repair of the Brachial Plexus in Cases of Avulsion Injury," Neurosurgical Society of America, Quebec City, Quebec, CN, May 1998

Moderator: Session on Complex Regional Pain Syndrome, American Society for Peripheral Nerve, Vancouver, BC, Canada, May 1998

Invited Speaker: "Influences of Nerve Root Injury on the Behavior of Afferents that Belong to Adjacent Roots in Monkey," American Society for Peripheral Nerve, Vancouver, BC, Canada, May 1998

Invited Participant: "International Conference on Mechanisms and Treatment of Neuropathic Pain: Progress and Prospects", Rochester, NY, June 1998

Invited Speaker: "Mechanisms of Hyperalgesia: Lessons from Clinical and Experimental Models," Clinical Neuroscience Series, Johns Hopkins Hospital, Baltimore, MD, November 1998

Visiting Professor: "Neuropathic Pain: From the Neuron to the Clinic," Ralph H. and Freda E. Ojemann Lecture, University of Iowa, Iowa City, IA, November 1998

Moderator: The Neurobiology of Pain, National Academy of Sciences Colloquium, Irvine, CA, December 1998

Invited Speaker: Practical Clinic, "Minimally Invasive Procedures for Spinal Pain Syndromes: Sympathetic blocks, sympathectomy", American Association of Neurological Surgeons Annual meeting, New Orleans, LA, April 1999

Invited Speaker: "Current Treatment of Neuropathic Pain: Neuroablative and Neuroaugmentative Approaches," 2nd International Conference on Mechanisms and Treatment of Neuropathic Pain, Washington, DC, June 1999

Invited Instructor: Current Concepts in Interbody Fusion: A symposium and practical workshop for biological implants. Sponsored by Synthes Spine, Washington, DC, June 1999

Invited Speaker: "Biological rationale for distal therapies for pain," Peripheral Nerve Society meeting, LaJolla, CA, July 1999

Panel Discussant: "Diagnostic Criteria of CRPS and SMP,"Pain and the Sympathetic Nervous System Symposium, Budapest, Hungary, August 1999

Invited Participant: "Pain: New Targets-New Treatments," Boca Raton, FL, October 1999

Invited Speaker: Practical Course entitled Grants: Getting Started, Applications, Funding, "What reviewers look for–the inside view," Congress of Neurological Surgeons annual meeting, Boston, MA, October 1999

Invited Speaker: Special Course on Practical Approaches to Selected Peripheral Nerve Injuries: "Thoracic Outlet Syndrome," AANS/CNS Section on Disorders of the Spine and Peripheral Nerves, Indian Wells, CA, February 2000

Invited Speaker: "Transaxillary Resection of the First Rib Is a Better Operation for Thoracic Outlet Syndrome Than Supraclavicular Neuroplasty of the Brachial Plexus - Results of a Randomized Trial," AANS Annual Meeting, San Francisco, CA, April 2000

Invited Speaker: "Overview of Pain and Clinical Needs," The MRL (Merck) Pain & Headache Research Retreat, Princeton, NJ, May 2000

Invited Speaker: Section on Chronic Pain Management: "Pathophysiology of Pain", Failures of Spinal Surgery: A Tribute, Baltimore, MD, May 2000

Invited Speaker: Section on Chronic Pain Management: "Drug Management", Failures of Spinal Surgery: A Tribute, Baltimore, MD, May 2000

Moderator: Session on "Neurosurgical Leadership," Neurosurgical Society of America Annual meeting, Durango, CO, June 2000

Invited Speaker: "Session on Chronic Pain: Update on Neuropathic Pain," World Congress of Anaesthesiology, Montreal, Canada, June 2000

Invited Presenter. "Problem-Based, Case-Oriented, Active Learning Discussions on Chronic Pain Management," Breakfast Roundtable Discussion at the American Pain Society Annual meeting, Atlanta, GA, November 2000

Invited Speaker. "Thoracic Outlet Syndrome: Surgical Treatment is Superior," AANS/CNS Section on Disorders of the Spine and Peripheral Nerve Annual meeting, Phoenix, AZ, February 2001

Invited Speaker. "Review Session: Neurosurgical Techniques," American Academy of Pain Medicine Annual meeting, Miami Beach, FL, February 2001

Invited Speaker. "Anatomy of the Peripheral and Sympathetic Nervous System," American Academy of Pain Medicine Annual meeting, Miami Beach, FL, February 2001

Invited Speaker. "Principles of Pain Management: General Aspects of Pharmacological, Anesthesiologic, Neurosurgical and Physiotherapeutic Approaches to the Treatment of Pain," Neurology Student Course, Johns Hopkins University, Baltimore, MD, February 2001

Invited Speaker. Scientific Session: Controversies in Peripheral Nerve Disorders, "Thoracic Outlet Syndrome: Surgical Treatment is Superior," AANS/CNS Section on Disorders of the Spine and Peripheral Nerves Annual Meeting, Miami Beach, FL, February 2001

Invited Speaker. "Neurosurgical Techniques," American Academy of Pain Medicine Annual meeting, Miami Beach, FL, February 2001

Invited Speaker. "Anatomy of the Peripheral an Sympathetic Nervous System," American Academy of Pain Medicine Annual meeting, Miami Beach, FL, February 2001

Invited Speaker. "Failed Back Surgery Syndrome," American Academy of Pain Medicine Annual meeting, Miami Beach, FL, February 2001

Invited Speaker. "Enhancing Opioid Analgesia: Emerging Mechanisms and Treatment Strategies," American Pain Society Annual Meeting, April 2001

Invited Speaker. "Gender and Pain Session. Medicating Chronic Pain: What Works in Women," 9th Annual Congress on Women's Health and Gender-Based Medicine, Washington, DC, June 2001

Invited Speaker. "Surgical Management of Brachial Plexus Pathology: How to Select TOS patients for Operation," Congress of Neurological Surgeons Annual meeting, San Diego, CA, September 2001

Invited Speaker. Pain: Neuroanatomy, Pathophysiology and Treatment: "Treatment options and considerations for musculocutaneous pain syndromes," American Academy of Orthopaedic Surgeons, Dallas, TX, February 2002

Invited Speaker. "Principles of Pain Neurophysiology and Anatomy," AANS Pain Section Satellite Symposium, Chicago, IL, April 2002

Invited Speaker. "New Insights into the Basis of Pain Resulting from Nerve Injury," 3rd International Congress on Genetics and Regeneration in Neuroscience, Terni, Italy, June 2002

Invited Speaker: "Is there a role for sympathectomy in the treatment of sympathetically maintained pain?", Topical Workshop, 10th World Congress on Pain, San Diego, CA, August 2002

Invited Speaker. "Minimally Invasive Procedures for Spinal Pain Syndromes," Practical Course at the Congress of Neurological Surgeons Annual meeting, Philadelphia, PA, September 2002

Visiting Professor. "Clinical Aspects of Neuropathic Pain," Grand Rounds presentation for the Department of Anesthesiology & Critical Care, Beth Israel Deaconess Medical Center, Boston, MA, October 2002

Invited Speaker. "Placebo Response and Pain," Complimentary and Alternative Medicine Division, Johns Hopkins Hospital, Baltimore, MD, October 22, 2002

Invited Speaker. "Primary Afferent Mechanisms of Neuropathic Pain," 5th International Conference on Mechanisms and Treatment of Neuropathic Pain, Bermuda, November 2002

Invited Speaker. "Neuroaugmentative and Neuroablative Approaches," 6th International Conference on Mechanisms and Treatment of Neuropathic Pain, San Francisco, CA,

September 2003

Invited Speaker: "Neuropathic Pain and Its Management," Resident Lecture Series, Good Samaritan Hospital, Baltimore, MD, December 9, 2003

Invited Speaker. "Management of Neuropathic Pain: 77 y.o. woman presents with complaints of left chest wall pain," Medical Grand Rounds, Johns Hopkins Hospital, February 24, 2004

Invited Speaker. "Management of Neuropathic Pain, Part 2," Medical Grand Rounds, Johns Hopkins Hospital, April 23, 2004

## PUBLISHED ABSTRACTS:

Campbell, J.N., LaMotte, R.H.: "Response latency to first pain in human subjects," Seventh Annual Neuroscience Meeting, Anaheim, California, 1977.

Campbell, J.N., LaMotte, R.H.: "Peripheral neural mechanisms sub-serving pain: Comparison of human psychophysical judgments with unitary responses of primary afferents in monkeys," Presented to the Twelfth International Congress of Physiological Sciences, Paris, France, 1977.

Meyer, R.A., Campbell, J.N., LaMotte, R.H.: "Sensitization of A-delta nociceptive afferents to noxious radiant heat delivered to the monkey hand," Seventh Annual Neuroscience Meeting, Anaheim, California, November, 1977.

Long, D.M., Campbell, J.N., Gucer, G.: "Electrical stimulation in a comprehensive pain treatment program," Presented to the Second World Congress on Pain, August, 1978, Montreal, Canada.

Campbell, J.N., R.H. LaMotte, and R.A. Meyer, "Comparison of the properties of heat sensitive A and C afferents that innervate the glabrous skin of the monkey hand," Second World Congress on Pain, August, 1978, Montreal, Canada.

Campbell, J.N., Meyer, R.A.: "Correlational analysis of hyperalgesia in humans with the responses of nociceptive primary afferents in the    monkey," The Tenth Annual Neuroscience Meeting, Cincinnati, Ohio, November, 1980.

Campbell, J.N., Meyer, R.A., Jaffe, S.R.: "Comparison of the neural mechanisms of hyperalgesia in glabrous and hairy skin," Third World Congress on Pain, Edinburgh, Scotland, September, 1981.

Campbell, J.N., Meyer, R.A., Jaffe, S.R.: "Evidence for two distinct classes of unmyelinated nociceptive afferents responsive to mechanical and thermal stimuli in the monkey," Eleventh Annual Neuroscience Meeting, Los Angeles, California, October, 1981.

Long, D.M., Campbell, J.N., Freeman, T.: "Failure of naloxone to affect chronic pain or stimulation induced pain relief in man," Third World Congress on Pain, Edinburgh, Scotland, September, 1981.

Meyer, R.A., Campbell, J.N., Raja, S.N., Mackinnon, S.E., Burke, R., and Dellon, A.L., "Neural

activity originating from a neuroma in the baboon," <u>Society for Neuroscience Abstracts</u>, Vol. 8, p. 855, 1982.

Campbell, J.N., Meyer, R.A., Raja, S.N., Burke, R., and Aryanpur, J.J.: "Neural mechanisms of hyperalgesia:  Effects of partial injury to the receptive field of nociceptive afferents," <u>Society for Neuroscience Abstracts</u>, Vol. 8, p. 854, 1982.

Raja, S.N., Meyer, R.A., Campbell, J.N. and Burke, R.:  "General anesthetic affect the response of primary nociceptive afferents  in primates," <u>Society for Neuroscience Abstracts</u>, Vol. 8, 855, 1982.

Meyer, R.A., Raja, S.N., Campbell, J.N. and Burke, R.:  "Evidence for emphatic conduction between unmyelinated fibers in the peripheral nerve of primates," <u>Society for Neuroscience Abstracts</u>, Vol.9, 1983.

Raja, S.N., Meyer, R.A., Campbell, J.N. and Burke, R.: "Sensitization of unmyelinated nociceptive afferents by halothane," <u>Society for  Neuroscience Abstracts</u>, Vol. 9, 1983.

Raja, S.N., Meyer, R.A., Campbell, J.N., Burke, R.: "Halothane sensitizes cutaneous nociceptors in monkey," <u>Annual Meeting American Society of Anesthesiologists</u>, Atlanta, Georgia, October, 1983.

Campbell, J.N.: "Neurophysiological mechanisms of hyperalgesia,"  Invited symposium session, <u>Fourth Annual Meeting of the American Pain Society</u>, Chicago, Ill., November, 1983.

Raja, S.N., Meyer, R.A.,Campbell, J.N., Burke, R.: "The response of nociceptive afferents in the peripheral nerve to cutaneous heat stimuli is altered by general anesthetics," <u>Fifty-seventh Congress of International Anesthesia Research Society</u>, New Orleans, 1983.

Raja, S.N., Campbell, J.N., and Meyer, R.A.: "Evidence for different mechanisms for primary and secondary hyperalgesia," <u>Fourth Annual American Pain Society Meeting</u>, Chicago, Illinois, November, 1983.

Raja, S.N., Campbell, J.N. and Meyer, R.A., "Effects of general anesthetics on response of nociceptive primary afferents in monkey," <u>Third International Conference on Molecular and Cellular Mechanisms of Anesthesia</u>, Calgary, Canada, June 1984.

Meyer, R.A., Campbell, J.N. and Raja, S.N.: "Coupling of action potential activity between unmyelinated fibers," <u>Fourth World Congress on Pain</u>,  Seattle, Washington, August, 1984.

Raja, S.N., Campbell, J.N., Meyer, R.A., and Mackinnon, S.E.: "Hyperalgesia following peripheral nerve injury is signaled by myelinated fibers," <u>Fourth World Congress on Pain</u>, Seattle, Washington, September 1984.

Meyer, R.A., Raja, S.N., Campbell, J.N.:  Coupling of action potential activity between unmyelinated fibers in the peripheral nerve of        monkey,  Presented at the <u>IVth World Congress on Pain</u>, Seattle, 1984.

Meyer, R.A., Campbell, J.N., Raja, S.N.:  "Characteristics of primary and secondary hyperalgesia differ," <u>Society for Neuroscience Abstracts</u>, Vol. 10, 1984.

Raja, S.N., Campbell, J.N., Meyer, R.A., Mackinnon, S.E.: "Myelinated fibers in peripheral nerves signal the hyperalgesia that follows nerve injury. <u>Anesthesiology: 61:A199</u>, 1984.

Campbell, J.N., Meyer, R.A., Khan, A.A., Raja, S.N.: "Hyperalgesia to heat in human subjects and sensitization of C-nociceptors in monkeys do not occur adjacent to a mechanical injury of the hairy skin," <u>Society for Neuroscience Abstracts</u>, 1985.

Meyer, R.A., Campbell, J.N., Raja, S.N.: "Antidromic nerve stimulation in monkey does not sensitize C-fiber nociceptors to heat," <u>Society for Neuroscience Abstracts</u>, 1985.

Raja, S.N., Meyer, R.A., Campbell, J.N., Khan, A.A.: "Narcotics do not alter the response of C-fiber nociceptive afferents in monkeys," <u>Society for Neuroscience Abstracts</u>, 1985.

Campbell, J.N.: "Lesions in the region of dorsal root entry zone (DREZ) relieve pain from avulsion of the brachial plexus," <u>Fifth Annual Meeting of the American Pain Society</u>, Dallas, Texas, October, 1985.

Raja, S.N., Manning, D.C., Campbell, J.N. and Meyer, R.A.: "Bradykinin sensitizes nociceptors to heat," <u>Substance P and Neurokinin</u>, Montreal, 1986.

Koschorke, G.M., Meyer, R.A. and Campbell, J.N.: "Response of myelinated afferents in monkey neuroma to vibratory stimuli," <u>Society for Neuroscience Abstracts</u>, 1986.

Meyer, R.A. and Campbell, J.N.: "Coupling between unmyelinated primary afferents does not involve sympathetics," <u>Society For Neuroscience Abstracts</u>, 1986.

Khan, A.A., Raja, S.N., Campbell, J.N., Hartke, T.V. and Meyer, R.A.: "Bradykinin sensitizes nociceptors to heat stimuli," <u>Society For Neuroscience Abstracts</u>, 1986.

Campbell, J.N., Khan, A.A., Meyer, R.A. and Raja, S.N.: "The wide dynamic range response of primary afferent nociceptors that innervate hairy skin in monkey," <u>Society For Neuroscience Abstracts</u>, 1986.

Raja, S.N., Meyer, R. A., Khan, A.A. and Campbell, J.N.: "Effects of general anesthetics on response of low-threshold, slowly - adapting mechanoreceptors," <u>Society For Neuroscience Abstracts</u>, 1986.

Raja, S.N., Campbell, J.N., Meyer, R.A., Frost, S.A. and Khan, A.A.: "Sensory testing in patients with Causalgia or Reflex Sympathetic Dystrophy," <u>American Pain Society, Sixth Annual Meeting</u>, Washington, D. C., November, 1986.

Khan, A.A., Meyer, R.A., and Campbell, J.N.: "Responses of unmyelinated nociceptive afferents to histamine," <u>Society For Neuroscience Abstracts</u>, 1987.

Meyer, R.A., Campbell, J.N., and Hartke, T.V.: "A novel technique to search for nociceptors," <u>Fifth World Congress on Pain</u>, Hamburg, West Germany, August, 1987.

Manning, D.C., Khan, A.A., Campbell, J.N., Meyer, R.A. and Raja, S.N.: "Bradykinin induced cutaneous pain is independent of wheal and flare," <u>Fifth World Congress on Pain</u>, Hamburg,

West Germany, August, 1987.

Oakland, D.B., Koschorke, G.M., Meyer, R.A. and Campbell, J.N.: "Myelinated afferents that innervate neuromas in monkey display marked sensitivity to vibratory stimuli," Fifth World Congress on Pain, Hamburg, West Germany, August, 1987.

Raja, S.N., Campbell, J.N., Meyer, R.A., Frost, S.A. and Khan, A.A.: "Does hyperalgesia to cold stimuli characterize patients with sympathetically maintained pain (Reflex Sympathetic Dystrophy)," Fifth World Congress on Pain, Hamburg, West Germany, August, 1987.

Campbell, J.N., Raja, S.N., and Meyer, R.A.: "Sympathetic nervous system and nerve injury pain," Neurosurgical Society of America, Hot Springs, Virginia, April, 1988.

Koschorke, G.M., Meyer, R.A., and Campbell, J.N.: "Myelinated afferents in an acutely injured nerve develop a response to vibratory stimuli", Society for Neuroscience, Toronto, Ontario, Canada, November, 1988.

Khan, A.A., Raja, S.N., Meyer, R.A., Campbell, J.N., and Manning, D.C.: "C-fiber nociceptors in monkey are sensitized by bradykinin antagonists", Society for Neuroscience, Toronto, Ontario, Canada, November, 1988.

Cohen, R.H., Campbell, J.N., Khan, A.A., and Meyer, R.A.: "The deactivation of C-fiber nociceptive receptors following intradermal injection of capsaicin analogue NE-21610", Society for Neuroscience, Toronto, Ontario, Canada, November, 1988.

Koschorke, G.M., Meyer, R.A., and Campbell, J.N.: "A conditioning lesion enhances the rate of development of mechanosensitivity in an acutely cut nerve," Society of Neuroscience Abstracts 15:878, 1989.

Kozak, S.L., Meyer, R.A., Raja, S.N., Manning, D.C., and Campbell, J.N.: "Evidence that bradykinin induced cutaneous pain is not mediated by histamine release," Society of Neuroscience Abstracts 15:439, 1989.

Koschorke, G.-M., Meyer, R.A., and Campbell, J.N.: "Evidence that axonal transport is involved in the development of mechanosensitivity in an acutely injured nerve". Eighth Annual American Pain Society Meeting, Phoenix, Arizona, October, 1989.

Treede, R.-D., Meyer, R.A., and Campbell, J.N.: "Mechanical and heat receptive fields of cutaneous C-fiber nociceptors coincide". Society of Neuroscience, Phoenix, Arizona, October-November, 1989.

Raja, S.N., Treede, R.-D., Davis, K.D., Campbell, J.N., Tewes, P.A. and Empting-Koschorke, L.D.: "Systemic alpha adrenergic antagonist relieves sympathetically maintained pain". Eighth Annual American Pain Society Meeting, Phoenix, Arizona, October, 1989.

Treede, R.-D., Meyer, R.A., and Campbell, J.N.: "A subclass of A-fiber nociceptors may signal first pain". Eighth Annual American Pain Society Meeting, Phoenix, Arizona, October, 1989.

Treede, R.-D., Raja, S.N., Davis, K.D., Tewes, P.A., and Campbell, J.N.: "Pain relief during sympathetic blockade is not secondary to skin temperature change". Eighth Annual American

Pain Society Meeting, Phoenix, Arizona, October 1989.

Campbell, J.N.: "Neurophysiology and psychophysiological studies of peptides and inflammatory mediators involved in pain." Canadian Pain Society Annual Meeting, Banff, Canada, October 1989.

Campbell, J.N.: "Neuropathic and sympathetically mediated pain." Canadian Pain Society Annual Meeting, Banff, Canada, October 1989.

Lynch, M., Campbell, J., Purkis, I.: "Sympathetic mediated pain." Canadian Pain Society Annual Meeting, Banff, Canada, October 1989.

Treede, R.-D., Meyer, R.A., Campbell, J.N.: "Primary nociceptive afferents in monkey that may signal first pain". Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Treede, R.-D., Raja, S.N., Davis, K.D., Meyer, R.A., Campbell, J.N.: Evidence that alpha-adrenergic receptors mediate sympathetically maintained pain (reflex sympathetic dystrophy). Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Koschorke, G.M., Meyer, R.A. and Campbell, J.N.: The development of neural responsiveness to mechanical stimuli at the location of nerve injury requires axonal transport. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Campbell, J.N., Davis, K.D., Meyer, R.A., North, R.B.: The mechanism by which dorsal column stimulation affects pain: Evidence for a new hypothesis. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Cohen, R.H., Meyer, R.A., Davis, K.D., Treede, R.-D., Campbell, J.N.: Mechanically insensitive afferents (MIAs) in cutaneous nerves of monkey. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Lin, C., Cohen, R.H., Rosenberg, A., Meyer, R.A., Campbell, J.N.: Capsaicin fails to block conduction in the intact primate nerve. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Davis, K.D., Campbell, J.N., Raja, S.N., Treede, R.D., Lin, C., and Meyer, R.A.: Topical application of an .2-adrenergic agonist relieves hyperalgesia in sympathetically-maintained pain: A case study. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Raja, S.N., Kozak, S.L., Manning, D.C., Meyer, R.A., Campbell, J.N.: Intradermal bradykinin induces hyperalgesia to heat stimuli in man. Proceedings of the VIth World Congress on Pain, Adelaide, Australia, April 1990.

Campbell, J.N., Raja, S., Davis, K., Treede, R.-D., and Meyer, R.A.: The molecular pharmacology of sympathetically maintained pain, Sunderland Society, September 1990.

Oakland, D.B., Meyer, R.A., and Campbell, J.N.: Stimulus history affects the heat response of C-nociceptors, Society for Neurosciences, October 1990.

Raja, S.N., Mitzel, E.L., and Campbell, J.N.: Prostaglandin $E_1$ sensitizes cutaneous nociceptors in monkey, <u>Society for Neurosciences</u>, October 1990.

Cohen, R.H. and Campbell, J.N.: Capsaicin, or the analogue NE-21610, applied to the transected primate nerve markedly inhibits heat sensitivity of the developing neuroma, <u>Society for Neurosciences</u>, October 1990.

Treede, R.D., Oakland, B.D., Meyer, R.A., and Campbell, J.N.: The apparent head threshold of a C-fiber nociceptor is dependent on stimulus parameters, <u>Society for Neurosciences</u>, October 1990.

Koschorke, G.M., Meyer, R.A., and Campbell, J.N.: Evidence that fast axonal transport is involved in the development of mechanosensitivity in an acutely cut nerve, <u>Society for Neurosciences</u>, October 1990.

Davis, K.D., Meyer, R.A., Treede, R.D., Cohen, R.H., and Campbell, J.N.: Chemo-sensitivity and sensitization of mechanically insensitive afferents in the primate, <u>Society for Neurosciences</u>, October 1990.

Koschorke, G.M., Meyer, R.A., and Campbell, J.N.: The development of mechano-sensitivity requires fast axonal transport, <u>American Pain Society</u>, St. Louis, October 1990.

Davis, K.D., Raja, S.N., Treede, R.D., Meyer, R.A., and Campbell, J.N.: Topical application of clonidine eliminates hyperalgesia at site of administration in patients with sympathetically maintained pain, <u>American Pain Society</u>, St. Louis, October 1990.

Campbell, J., Raja, S., Davis, K., Treede, R.-D., and Meyer, R.: "The role of alpha receptors in sympathetically maintained pain," <u>Neurosurgical Society of America</u>, San Destin, FL, May 1991. Campbell, J.: "Hyperalgesia: Variations in expression in different disease states," <u>Second Bristol-Myers Squibb Symposium on Pain Research</u>, Galveston, TX, May 1991.

Treede, R.-D., Meyer, R.A., and Campbell, J.N.: "A-fiber nociceptors with a fast response to heat are absent in monkey glabrous skin," <u>Society for Neuroscience Annual meeting</u>, November 1991.

Cervero, F., Meyer, R.A., and Campbell, J.N.: "Prickle and pain in normal hyperalgesic skin: Evidence that low threshold mechanoreceptors are responsible for the pain of secondary hyperalgesia," <u>Society for Neuroscience Annual meeting</u>, November 1991.

Meyer, R.A., Davis, K.D., Raja, S.N., and Campbell, J.N.: "Sympathectomy does not abolish bradykinin-induced hyperalgesia to heat in human," <u>Society for Neuroscience Annual meeting</u>, November 1991.

Pappagallo, M., Belzberg, A.J., and Campbell, J.N.: "Successful treatment to erythromelalgia with high does cyproheptadine," <u>Society for Neuroscience Annual meeting</u>, November 1991.

Meyer R.A., Davis, K.D., Turnquist, J.L., Filloon, T.G., Pappagallo, M. and Campbell, J.N.: "Intradermal injection of the capsaicin analog, NE-21610, prevents the development of hyperalgesia following a burn," <u>Society for Neuroscience Annual meeting</u>, October 1992.