Davis, K.D., Meyer, R.A., Turnquist, J.L., Pappagallo, M., Filloon, T.G. and Campbell, J.N.: "Cutaneous injection of the capsaicin analog, NE-21610, produces analgesia to heat but not mechanical stimuli in man," <u>Society for Neuroscience Annual Meeting</u>, October 1992.

Pappagallo, M., Raja, S.N., and Campbell, J.N.: "Open label trial with opioids in the management of post herpetic neuralgia: Two and six month follow up results, <u>American Pain Society</u>, 1993.

Belzberg, A.J., Manning, D., Meleka, S., Campbell, J.N.: "Pitfalls in the diagnosis of sympathetically maintained pain (SMP), <u>Proceedings of the VIIth World Congress on Pain</u>, 1993.

Pappagallo, M., Raja, S.N. and Campbell, J.N.: "Efficacy of opioids in the long-term management of post herpetic neuralgia, <u>Proceedings of the VIIth World Congress on Pain</u>, 1993.

Campbell, J.N., Raja, S.N., Belzberg, A.J., Shir, Y., Meyer, R.A.: "Mechanisms, diagnosis, and therapy of sympathetically maintained pain," <u>Bristol-Myers Squibb Symposium (IV)</u>, 1993.

Slugg, R.M., Schneider, W., Meyer, R.A., and Campbell, J.N.: "Response of A- and C-fiber nociceptors in monkey to controlled mechanical stimuli: Initial results from a new mechanical stimulator," <u>Society for Neuroscience Annual Meeting</u>, November 1993.

Selig, D.K., Meyer, R.A., and Campbell, J.N.: "Noradrenergic excitation of cutaneous nociceptors two weeks after ligation of spinal nerve $L_7$ in monkey," <u>Society for Neuroscience Annual Meeting</u>, November 1993.

Belzberg, A.J., Meleka, S., Campbell, J.N.: "Sympathetically maintained pain: Establishing the diagnosis," <u>American Society for Peripheral Nerve</u>, May 1994.

Meleka, S.M., Raja, S.N., Turnquist, J.L., and Campbell, J.N.: "Placebo responses pose an infrequent problem in the phentolamine test for sympathetically maintained pain (SMP), <u>American Pain Society</u>, November 1994.

Slugg, R.M., Meyer, R.A., and Campbell, J.N.: "Suppression of response of cutaneous C- and A-fiber nociceptors in the monkey to repeated mechanical stimuli differs," <u>Society for Neuroscience Annual Meeting</u>, November 1994.

Wesselmann, U., Burnett, A.L., Campbell, J.N.: "The role of the sympathetic nervous system in chronic visceral pain," <u>Society for Neuroscience Annual Meeting</u>, November 1995.

Campbell, J.N. and Belzberg, A.J.: "Nerve fibers in the proximal end of the distal segment of a previously severed nerve in man: Evidence for side-to-end nerve sprouting," <u>American Society for Peripheral Nerve Annual Meeting</u>, May 1996.

Slugg, R.M., Meyer, R.A., and Campbell, J.N.: "Mechanical sensitization is localized to the region of a mechanical injury for cutaneous A-fiber nociceptors in the monkey," <u>Society for Neuroscience Annual Meeting</u>, November 1996.

Ali, Z., Ringkamp M., Chien, H.F., Campbell, J.N., Flavahan, N.A., and Meyer, R.A.: "Cutaneous C-fiber nociceptors develop alpha-1 adrenergic sensitivity following L6 spinal nerve ligation in monkey," Society of Neuroscience Annual Meeting, November 1996.

Treede, R.-D., Meyer, R.A., and Campbell, J.N.:  Fast and slow heat transduction mechanisms in A-fiber mechanically-insensitive afferents from monkey hairy skin.  Society of Neuroscience Annual Meeting, October 1997.

Peng, Y.B., Campbell, J.N., and Meyer R.A.:  Antidromic activation of C-fiber nociceptors in monkey produces a short-term suppression of the response to heat stimuli.  Society of Neuroscience Annual Meeting, October 1997.

Huang, J.H., Ali, Z., Campbell, J.N., and Meyer, R.A.:  Pain ratings to punctate mechanical stimuli are similar throughout the zone of secondary hyperalgesia.  Society of Neuroscience Annual Meeting, October 1997.

Campbell, J.N. and Meyer, R.A.:  Intradermal capsaicin produces a vigorous discharge in mechanically-insensitive A-fiber nociceptors of the monkey.  Society of Neuroscience Annual Meeting, October 1997.

Meyer, R.A., Peng, Y.B., and Campbell, J.N.:  Mechanical stimulation can lead to a short-term enhancement of the response to heat in C-fiber nociceptors of monkey.  Society of Neuroscience Annual Meeting, October 1997.

Oropeza, M., Fuchs, P.N., Bencherif, B., Li, S.T., Ravert, H., Musachio, J., Mathews, B., Campbell, J.N., Dannals, B., and Frost, J.J.: The effect of capsaicin-induced pain on human brain mu opioid receptor binding measured by PET.  Society of Nuclear Medicine Annual Meeting, June 1998.

Peng, Y.B., Ringkamp, M., Campbell, J.N., and Meyer, R.A.: Changes in excitability of cutaneous nociceptor terminals of monkey after antidromic action potential invasion.  Society of Neuroscience Annual Meeting, November 1998.

Ringkamp, M., Peng, Y.B., Campbell, J.N., and Meyer, R.A.: The peripheral branching structure of identified cutaneous nociceptors of the monkey.  Society of Neuroscience Meeting, November 1998.

Huang, J.H., Fuchs, P.N., Roza, C., Ali, Z., Campbell, J.N., and Meyer, R.A.: Pain ratings to punctate mechanical stimuli in secondary hyperalgesia zone produced by capsaicin injection are dose-dependent.  Society of Neuroscience Meeting, November 1998.

Meyer, R.A., Magerl, W., Campbell, J.N., Treede, R.-D., and Fuchs, P.N.: Normal punctate hyperalgesia in capsaicin desensitized skin.  Society of Neuroscience Meeting, November 1998.

Oropeza, M., Fuchs, P.N., Bencherif, B., Li, S.T., Ravert, H., Musachio, J., Mathews, B., Dannals, B., Campbell, J.N., Belzberg, A., and Frost, J.J.: "The effect of capsaicin-induced pain on human brain Mu opioid receptor binding measured by PET," Soc. Neurosci. Abstr., (1998).

Sheth, R.N., Lancelotta, M.P., Meyer, R.A., and Campbell, J.N.: "Behavioral signs of pain in rat are influenced by the technique of axotomy," American Society for Peripheral Nerve Annual

Meeting, June 1999.

Campbell, J.N., Ali, Z., Ringkamp, M., Hartke, T.V., Chien, H.F., Flavahan, N.A., and Meyer, R.A.: "Biological rationale for distal therapies for pain," Peripheral Nerve Society meeting, July 1999

Wu, G., Campbell, J.N., and Meyer, R.A.: "Baseline skin temperature does not greatly alter pain ratings to temperature-controlled head stimuli in humans," Society for Neuroscience Annual Meeting, October 1999

Sheth, R.N., Lancelotta, M.P., Meyer, R.A., Belzberg, A., Campbell, J.N.: "Duration and severity of hyperalgesia after nerve root section in rat is worse with cut and ligation compared with crush injury," AANS Annual Meeting, April 2000

Campbell, J.N., and Sheth, R.N.: "Transaxillary resection of the first rib is a better operation for thoracic outlet syndrome (TOS) than supraclavicular neuroplasty of the brachial plexus: Results of a randomized trial," AANS Annual Meeting, April 2000

Anderson, W.S., Sheth, R.N., Bencherif, B., Frost, J.J., and Campbell, J.N.: "Is acute pain modulated by endogenous opioid-mediated inhibition?" Society for Neuroscience Abstract, November 2000

Shir, Y., Anderson, W.S., Sheth, R.N., Raja, S.N., Belzberg, A.J., and Campbell, J.N.: "Soy enriched diets do not suppress hyperalgesia associated with inflammation in rats. Society for Neuroscience Abstract, November 2000

Bencherif, B., Fuchs, P.N., Sheth, R.N., Oropeza, M., Musachio, J.L., Mathews, B., Dannals, R.F., Campbell, J.N., and Frost, J.J.: "Acute pain activation of supraspinal opioid pathways shown with positron emission tomography in humans." Society for Neuroscience Abstract, November 2000

Ringkamp, M., Peng, Y.-B., Wu, G., Campbell, J.N., and Meyer, R.A.: "Nociceptors insensitive to heat may respond vigorously to capsaicin." Society for Neuroscience Abstract, November 2000

Meyer, R.A., Wu, G., Ringkamp, M., and Campbell, J.N.: "Activity-dependent slowing of conduction varies in the terminal arbors of nociceptors in the monkey skin." Society for Neuroscience Abstract, November 2000

Wu, G., Ringkamp, M., Campbell, J.N., and Meyer, R.A.: "The terminal arbor of cutaneous nociceptors in monkey follows high frequency electrical stimuli." Society for Neuroscience Abstract, November 2000

Wu, G., Ringkamp, M., Campbell, J.N., and Meyer, R.A.: "Spontaneous activity develops in C fibers from the L4 dorsal root after a lesion to the L5 spinal nerve in rat." American Pain Society, November 2000

Wu, G., Ringkamp, M., Hartke, T.V., Weerahandi, H.M., Campbell, J.N., Griffin, J.W., and Meyer, R.A.: "Ventral rhizotomy induces spontaneous activity in uninjured C-fiber afferents." Society for Neuroscience Abstract, November 2001

Pogatzki, E.M., Ringkamp, M., Wu, G., Campbell, J.N., and Meyer, R.A.: "Absolute supernormal conduction in mechano-insensitive C-fiber afferents in monkey." IASP 10th World Congress on Pain, August 2002

Chen, L., Dorsi, M.J., Meyer, R.A., Campbell, J.N., and Belzberg, A.J.: An animal model of neuroma pain." IASP 10[th] World Congress on Pain, August 2002

Zhao, C.S., Ringkamp, M., Tall, J.M., Hartke, T.V., Jann, A., Chun, L., Meyer, R.A., Campbell, J.N., and Raja, S.N.: "Capsaicin treatment of sciatic and saphenous nerves does not abolosh mechanical hyperalgesia after spared nerve injury." Society for Neuroscience Abstract, November 2002

Pogatzki, E.M., Ringkamp, M., Shim, B., Campbell, J.N., and Meyer, R.A.: "Electrophysiological assessment of the cutaneous arborization of C-fiber nociceptors in monkey." Society for Neuroscience Abstract, 2003

Ringkamp, M., Shim, B., Pogatzki, E.M., Campbell, J.N., and Meyer, R.A.: "Unmyelinated peripheral axonal segments of A- and C- mechano-insensitive afferents differ significantly in their conductive properties." Society for Neuroscience Abstract, 2003.

**PUBLISHED EDITORIALS, REVIEWS, BOOK CHAPTERS, ETC.**

1.  Campbell, J.N. and Nadelman, L.: Sex and age differences in target choice on an aggressive task, <u>Development Report Series #13</u>: University of Michigan, Ann Arbor, Michigan, 1972.

2.  Campbell, J.N.: Local analgesia from percutaneous electrical stimulation and a peripheral mechanism. A dissertation submitted in partial fulfillment of the requirements for the degree of Doctor of Medicine, Yale University School of Medicine, 1973.

3.  Long, D.M., Campbell, J.N. and Gücer, G.: Transcutaneous electrical stimulation for relief of chronic pain. In: <u>Advances in Pain Research and Therapy</u>. J.J. Bonica, et al (eds). Raven Press, New York, pp. 593-599, 1979.

4.  Campbell, J.N. and Long, D.M.: Transcutaneous electrical stimulation for pain: Efficacy and mechanism of action, In: <u>Diagnosis and Treatment of Chronic Pain</u>. Hendler, N., Long, D.M., Wise, T. (eds). John Wright-PSG., Inc., Littleton, Massachusetts, pp. 77-96, 1982.

5.  Campbell, J.N.: Causalgia, phantom pain, and related painful syndromes, In: <u>Current Therapy of Neurologic Diseases</u>. R.T. Johnson (ed.). B.C. Decker, Inc., Ontario, Canada, pp. 75-80, 1984.

6.  Meyer, R.A., Raja, S.N., and Campbell, J.N.: Communications between peripheral nerve fibers. In: <u>Developments in Science and Technology</u>, Applied Physics Lab, pp. 138-140, 1984.

7.  Meyer, R.A., Campbell, J.N. and Raja, S.N.: Peripheral neural mechanisms of cutaneous hyperalgesia. In: <u>Advances in Pain Research and Therapy 9</u>:53-71. H.L. Fields et al (eds.), Raven Press, New York, 1985.

8.  Campbell, J.N.: Painful peripheral nerve syndromes, In: <u>Current Therapy in Neurological Surgery</u>. D.M. Long (ed.), B.C. Decker, Inc., Ontario, Canada, pp. 231-235, 1985.

9.  Campbell, J.N.: Surgery as an alternative to neural stimulation in failed-back syndrome. In: <u>Proceedings of the Symposium on Current Clinical Perspectives on Neural Stimulation</u>, pp. 54-57, 1986.

10. Campbell, J.N.: Endorphin. In: <u>World Book Encyclopedia</u>, World Book Inc., Chicago, Ill., 1986.

11. Campbell, J.N. and Meyer, R.A.: Primary afferents and hyperalgesia, In: <u>Spinal Afferent Processing</u>. T.L. Yaksh (ed.), The Humana Press, Inc., Clifton, New Jersey, pp. 59-81, 1986.

12. Meyer, R.A., Campbell, J.N., Raja, S.N.: Hyperalgesia following peripheral nerve injury. In: <u>Effects of Injury on Trigeminal and Spinal Somatosensory Systems</u>, 383-388, L. M. Pubols, et al. (eds.), Alan R. Liss, Inc., New York, pp. 383-388, 1987.

13.  Campbell, J.N., Raja, S.N., and Meyer, R.A.:  Painful sequelae of nerve injury.  In: Proceedings of the Vth World Congress on Pain.  R. Dubner, et al (eds.), pp. 135-143, 1988.

14.  Frost, S.A., Raja, S.N., Campbell, J.N., Meyer, R.A., Khan, A.A.:  Does hyperalgesia to cooling stimuli characterize patients with sympathetically maintained pain (reflex sympathetic dystrophy)  In: Proceedings of the Vth World Congress on Pain. R. Dubner, et al (ed.), pp. 151-156, 1988.

15.  Campbell, J.N.: Ulnar nerve entrapment at the elbow and carpal tunnel syndrome.  In: Current Therapy in Neurological Surgery-2, B.C. Decker Inc., pp. 335-338, 1989.

16.  Campbell, J.N., Raja, S.N., Cohen, R.H., Manning, D.C., Khan, A.A., and Meyer, R.A.: Peripheral neural mechanisms of nociception, In: Textbook of Pain, 2nd Edition, Wall and Melzack (eds.), Churchill Livingstone, pp. 22-45, 1989.

17.  Campbell, J.N.:  Pain from peripheral nerve injury, In:  Current Therapy of Pain.  K. Foley and R. Payne (eds.),  B. C. Decker, Inc., Ontario, Canada, pp. 158-169, 1989.

18.  Contributor.  Towards a New Pharmacotherapy of Pain: Beyond Morphine. Dahlem Konferenzen 1989.  A. Basbaum, J.M. Besson, (eds). Chichester: John Wiley & Sons Ltd., 1990.

19.  Raja, S.N., Meyer, R.A., and Campbell, J.N.:  Hyperalgesia and sensitization of primary afferent fibers.  In:  Pain Syndromes in Neurologic Practice, Howard C. Field (ed.), Butterworth Publishers, pp. 19-45, 1990.

20.  Campbell, J.N. and Meyer, R.A.:  Plasticity of the neural events related to pain, In: Information Processing in the Somatosensory System.  O. Franzen (ed.), Macmillan Press Ltd, London, pp. 439-451, 1991.

21.  Treede, R.-D., Raja, S.N., Davis, K.D., Meyer, R.A., and Campbell, J.N.: Evidence that peripheral alpha-adrenergic receptors mediate sympathetically maintained pain. In: Proceedings of the VIth World Congress on Pain.  M.R. Bond, J.E. Charlton and C.J. Woolf (eds.). Elsevier Science Publishers BV, pp. 377-382, 1991.

22.  Meyer, R.A., Cohen, R.H., Davis, K.D., Treede, R.-D., and Campbell, J.N.: Evidence for cutaneous afferents that are insensitive to mechanical stimuli. In:  Proceedings of the VIth World Congress on Pain.  M.R. Bond, J.E. Charlton and C.J. Woolf, (eds.).  Elsevier Science Publishers BV, pp. 71-75, 1991.

23.  Janig, W., Blumberg, H., Boas, R.A., and Campbell, J.N.:  The reflex sympathetic dystrophy syndrome: Consensus statement and general recommendations for diagnosis and clinical research. In: Proceedings of the VIth World Congress on Pain, M.R. Bond, J.E. Charlton & C.F. Woolf (eds.), pp. 373-376, 1991.

24.  Meyer, R.A., Campbell, J.N. and Raja, S.N.:  The role of nociceptors and low-threshold mechanoreceptors in the pain to light touch observed in sympathetically-maintained pain. In:  Lesions of Primary Afferent Fibers as a Tool for the Study of Clinical Pain, J.M.

Besson and G. Guilbaud (eds). Elsevier Science Publishers BV, Amsterdam, pp. 307-314, 1991.

25.  Campbell, J.N., Raja, S.N., and Meyer, R.A.: How should sympathetically maintained pain be diagnosed: A case study. In: Lesions of Primary Afferent Fibers as a Tool for the Study of Clinical Pain, JM Besson and G Guilbaud (eds). Elsevier Science Publishers BV, Amsterdam, pp. 45-51, 1991.

26.  Meyer, R.A., Raja, S.N., Treede, R.-D., Davis, K.D., and Campbell, J.N.: Neural mechanisms of sympathetically maintained pain. In: Symposium Proceedings on Reflex Sympathetic Dystrophy: Pathophysiological Mechanisms and Clinical Implications. W. Janig, R.F. Schmidt (eds). Verlag Chemie, New York, pp. 57-66, 1992.

27.  Campbell, J.N., Meyer, R.A., Davis, K.D. and Raja, S.N.: Sympathetically maintained pain: A unifying hypothesis. In: Hyperalgesia and Allodynia. W.D. Willis, Jr. (ed.), Raven Press, New York, pp. 141-192, 1992.

28.  Treede, R.-D., Meyer, R.A., Raja, S.N. and Campbell, J.N.: Peripheral and central mechanisms of cutaneous hyperalgesia. Progress in Neurobiology 38:397-421, 1992.

29.  Campbell, J.N.: Diagnosis and treatment of pain associated with nerve injury. In: Practical Approaches to Peripheral Nerve Surgery, E.C. Benzel (ed.), AANS Publications Committee, Park Ridge, IL, pp. 185-195, 1992.

30.  Campbell, J.N., Raja, S.N., and Meyer R.A.: Pain and the sympathetic nervous system: Connecting the loop (Chapter 9). In: New Trends in Referred Pain and Hyperalgesia, L. Vecchiet, D. Albe-Fessard, U. Lindblom, and M.A. Giamberardino (Eds), Elsevier Science Publishers B.V., 1993, pp. 99-108.

31.  Belzberg, A.J. and Campbell, J.N.: Peripheral nerve injury. In: Current Therapy in Neurologic Disease, 4th edition. R. Johnson and J. Griffin (eds.), B.C. Decker, Mosby Yearbook, 1993, pp. 210-214.

32.  Belzberg, A.J. and Campbell, J.N.: Peripheral nerve repair. In: Neurosurgical Operative Atlas, Vol. 3. Williams & Wilkins, 1993, pp. 119-134, 1993.

33.  Belzberg, A.J. and Campbell, J.N.: Acute nerve injuries. In: Principles of Neurosurgery, Rengachary & Wilkins (eds), Wolfe Press, 1994.

34.  Meyer, R.A., Campbell, J.N. and Raja, S.N.: Peripheral neural mechanisms of nociception. In: Textbook of Pain, 3rd edition, PD Wall and R Melzack (eds.), Churchill Livingstone, London, pp. 13-44, 1994.

35.  Campbell, J.N., Raja, S.N., Selig, D.K., Belzberg, A.J., and Meyer, R.A.: Diagnosis and management of sympathetically maintained pain. In: Pharmacological Approaches to the Treatment of Chronic Pain: New Concepts and Critical Issues (Progress in Pain Research and Management, Vol. 1). H.L. Fields and J.C. Liebeskind (eds), IASP Press, Seattle, WA, pp. 85-100, 1994.

36.  Campbell, J.N., Raja, S.N., Belzberg, A.J. and Meyer, R.: Hyperalgesia and the

sympathetic nervous system, In: <u>Touch, Temperature and Pain in Health and Disease, Progress in Pain Research and Management</u>, Vol. 3, J. Boivie, P. Hansson and U. Lindblom (eds.), IASP Press, pp. 249-265, 1994.

37.   Cervero, F., Meyer, R.A., and Campbell, J.N.:  Evidence that secondary hyperalgesia involves increased pain to input from nociceptors.  In: <u>Advances in Pain Research and Therapy, Vol. 22, Pain and the Brain. From Nociception to Cognition</u>, B. Bromm (ed.), Raven Press, New York, pp. 357-366, 1995.

38.   Wesselmann, U., Raja, S.N., and Campbell, J.N.:  Sympathetically maintained pain.  In: <u>The Autonomic Nervous System.  Physical Medicine and Rehabilitation: State of the Art Reviews</u>.  R.W. Teasell (ed.), Hanley & Belfus, Inc., Philadelphia, PA, pp. 137-151, 1996.

39.   Campbell, J.N.:  Pain Treatment Centers: A surgeon's perspective.  In: <u>Pain Treatments Centers at a Crossroads: A Practical and Conceptual Reappraisal</u>, Progress in Pain Research & Management, Vol. 7, M.J. Cohen & J.N. Campbell (eds), IASP Press, Seattle, pp. 29-37, 1996.

40.   Campbell, J.N.:  A consensus panel looks at TMD.  <u>Cranio</u> 14:173-174, 1996.

41.   Campbell, J.N.:  Diseases of the spine and spinal cord.  In: <u>The Principles and Practice of Medicine</u>, 23rd edition.  Stobo, J.D., Hellmann, D.B., Ladenson, P.W., Petty, B.G., and Traill, T.A. (eds.), Appleton & Lange, pp. 871-880, 1996.

42.   Campbell, J.N. and Meyer, R.A.: Cutaneous nociceptors.  In: <u>Neurobiology of Nociceptors</u>, Belmonte & Cervero (eds.), Oxford University Press, Oxford, pp. 117-145, 1996.

43.   Meyer, R.A., Raja, S.N., and Campbell, J.N.:  Neural mechanisms of primary hyperalgesia.  In: <u>Neurobiology of Nociceptors</u>, Belmonte & Cervero (eds.), Oxford University Press, Oxford, pp. 370-389, 1996.

44.   Campbell, J.N.:  Complex regional pain syndrome and the sympathetic nervous system.  In: <u>Pain 1996-An updated Review: Refresher Course Syllabus</u>. Campbell, J.N. (ed), Seattle, IASP Press, pp. 89-96, 1996.

45.   Campbell, J.N.:  Thoracic outlet syndrome (Chapter 64). In:  <u>The Adult Spine: Principles and Practice</u>, 2nd edition, Drs. Frymoyer, Ducker, Hadler, Kostuik, Weinstein and Whitecloud (eds.), Lippencott-Raven Publishers, pp. 1349-1355, 1997.

46.   Pappagallo, M. and Campbell, J.N.:  The pharmacologic management of chronic back pain (Chapter 18).  In: <u>The Adult Spine: Principles and Practice</u>, 2nd edition, Drs. Frymoyer, Ducker, Hadler, Kostuik, Weinstein and Whitecloud (eds.), Lippincott-Raven Press, Philadelphia, pp. 275-285, 1997.

47.   Campbell, J.N.:  Peripheral nerve injury and sympathetically maintained pain: Mechanisms and surgical approach.  In: <u>The Neurosurgical Management of Pain</u>, R. North, R. Levy (eds.), Springer-Verlag, Inc., New York, pp. 75-82, 1997.

48.    Belzberg, A.J. and Campbell, J.N.: Neoplasms of peripheral nerves.  In: <u>Neurosurgery, 2nd edition</u>, R.H. Wilkins & S.S. Rengachary (eds.), McGraw-Hill, pp. 3217-3223, 1996.

49.    Silvers, J. and Campbell, J.N.:  Neurostimulatory and neuroablative procedures, In: <u>Pain Management Secrets</u>, R. Kanner (ed), Hanley & Belfus, Inc., Philadelphia, pp. 216-219, 1997.

50.    Raja, S.N., Meyer, R.A., Campbell, J.N.:  Transduction properties of sensory afferent fibers.  In: <u>Anesthesia: Biologic Foundation</u>, J. Biebuyck, C. Lynch, M. Made, L. Saidman, T.L. Yaksh, Zabol (eds.),  Lippincott-Raven Publishers, Philadelphia, pp. 515-530, 1997.

51.    Pappagallo, M., and Campbell, J.N.:  The medical treatment of chronic back pain: The role of opioid therapy and the use of non-opioid analgesics.  In: <u>Spine: State of the Art Reviews</u>, Kostuik, J.P. (ed), Hanley & Belfus, Inc., pp. 559-571, 1997.

52.    Silvers, J., Campbell, J.N. and North, R.B.:  Neurosurgical modalities for pain management, In: <u>The Management of Pain</u>, M.A. Ashburn and L.J. Rice (eds), Churchill Livingstone, New York, pp. 519-525, 1998.

53.    Bencherif, B., Oropeza, M., Fuchs, P.N., Sheth, R., Li, S.T., Ravert, H., Musachio, J., Mathews, B., Dannals, B., Campbell, J.N., and Frost, J.J.: Regional mu opioid receptor binding changess in healthy controls following capsaicin-induced pain and their relationships to pain intensity.  <u>J Cerebral Blood Flow & Mechanism</u> 19:S317, 1999.

54.    Raja, S.N., Meyer, R.A., Ringkamp, M., and Campbell, J.N.: Peripheral neural mechanisms of nociception.  In: <u>Textbook of Pain</u>, 4th edition, P. D. Wall, R. Melzack (eds.), Churchill Livingstone, London, pp. 11-57, 1999.

55.    Shir, Y., Campbell, J.N., Raja, S.N., and Zeltzer, S.: Pre- but not postoperative consumption of soy suppresses pain behavior following partial sciatic ligation in rats.  In: <u>Proceedings of the 9th World Congress on Pain, Progress in Pain Research and Management</u>, M. Devor, M.C. Rowbotham and Z. Wiesenfeld-Hallin (eds.), IASP Press, Seattle, pp. 477-483, 2000.

56.    Patil, P.G. and Campbell, J.N.: Lesions of primary afferents and sympathetic efferents as treatments for pain. In: <u>Management of Pain</u>, 3rd edition, Chapter 105,  J.D. Loeser, C.R. Chapman and W.E. Fordyce (eds.), Lea & Febiger, Philadelphia, p. 2011-2022, 2000.

57.    Silvers, J. and Campbell, J.N.:  Neurostimulatory and neuroablative procedures, In: <u>Pain Management Secrets, 2nd edition</u>, R. Kanner (ed), Hanley & Belfus, Inc., Philadelphia, pp. 262-265, 2002.

## PEER REVIEWED PUBLICATIONS

1.  Campbell, J.N. and Taub, A.:  Local analgesia from percutaneous electrical stimulation: A peripheral mechanism,  Arch Neurol 28: 347-350, 1973.

2.  Taub, A. and Campbell, J.N.:  Percutaneous local electrical analgesia: Peripheral mechanism, In Advances in Neurology 4, International Symposium on Pain, Editor, J.J. Bonica, Raven Press, New York, 1974.

3.  Campbell, J.N. and Long, D.:  Peripheral nerve stimulation in the treatment of intractable pain, J Neurosurg 45: 692-699, 1976.

4.  Campbell, J.N., Black, P. and Ostrow, P.T.:  Sarcoid of the cauda equina, J Neurosurg 47: 109-112, 1977.

5.  LaMotte, R.H. and Campbell, J.N.:  Comparison of responses of warm and nociceptive C-fiber afferents in monkey with human judgments of thermal pain, J Neurophysiol 41: 509-528, 1978.

6.  Campbell, J.N., Meyer, R.A., and LaMotte, R.H.:  Sensitization of myelinated nociceptive afferents that innervate monkey hand, J Neurophysiol 42: 1669-1679, 1979.

7.  Campbell, J.N.:  Examination of possible mechanisms by which stimulation of the spinal cord in man relieves pain, Appl Neurophysiol 44: 181-186, 1981.

8.  Meyer, R.A. and Campbell, J.N.:  Myelinated nociceptive afferents account for the hyperalgesia that follows a burn to the hand.  Science 213: 1527-1529, 1981.

9.  Meyer, R.A., Campbell, J.N.:  Peripheral neural coding of pain sensation, Johns Hopkins APL Technical Digest 2: 164-171, 1981.

10. Meyer, R.A., Campbell, J.N.:  Evidence for two distinct classes of unmyelinated nociceptive afferents in monkey.  Brain Research 224: 149-152, 1981.

11. Long, D.M., Erickson, D., Campbell, J.N., and North, R.:  Electrical stimulation of the spinal cord and peripheral nerves for pain control,  Appl Neurophysiol 44: 207-217, New York, 1981.

12. Toung, T.J.K., Donham, R.T., Campbell, J.N.:  Prevention of tension pneumocephalus. Anesthesiology 57:65-66, 1982.

13. Campbell, J.N. and Meyer, R.A.:  Sensitization of unmyelinated nociceptive afferents in monkey varies with skin type.  J Neurophysiol 49:98-110, 1983.

14. Toung, T., Donham, R.T., Lehner, A., Alano, J. and Campbell, J.N.: Tension pneumocephalus after posterior fossa craniotomy:  Report of four additional cases and review of postoperative pneumocephalus, Neurosurg 12:164-168, 1983.

15. Campbell, J.N. and LaMotte, R.H.:  Latency to detection of first pain. Brain Research 266:203-208, 1983.

16. Freeman, T.B., Campbell, J.N. and Long, D.M.: Naloxone does not affect pain relief induced by electrical stimulation in man. Pain 17:189-195, 1983.

17. Davis, R.J., North, R.B., Campbell, J.N., Suss, R.A.: Multiple cerebral hemorrhages following chymopapain chemonucleolysis: Case report. J Neurosurg 61:169-171, 1984.

18. Campbell, J.N., Raja, S.N. and Meyer, R.A.: Halothane sensitizes cutaneous nociceptors in monkey. J Neurophysiol 52:762-770, 1984.

19. Raja, S.N., Campbell, J.N. and Meyer, R.A.: Evidence for different mechanisms of primary and secondary hyperalgesia following heat injury to the glabrous skin. Brain 107: 1179-1188, 1984.

20. Meyer, R.A., Raja, S.N., Campbell, J.N., Mackinnon, S.E. and Dellon, A.L.: Neural activity originating from a neuroma in the baboon. Brain Research 325: 255-260, 1985.

21. Meyer, R.A., Raja, S.N., Campbell, J.N.: Coupling of action potential activity between unmyelinated fibers in the peripheral nerve of monkey. Science 227:184-187, 1985.

22. Raja, S.N., Meyer, R.A., Campbell, J.N. and Khan, A.A.: Narcotics do not alter the heat response of unmyelinated primary afferents in monkeys. Anesthesiol 65:468-473, 1986.

23. Meyer, R.A. and Campbell, J.N.: Coupling between unmyelinated peripheral nerve fibers does not involve sympathetic efferent fibers. Brain Research 437:181-182, 1987.

24. Campbell, J.N., Solomon, C.T., James, C.S.: The Hopkins experience with lesions of the dorsal horn (Nashold's Operation) for pain from avulsion of the brachial plexus. Appl Neurophysiol 51:170-174, 1988.

25. Raja, S.N., Meyer, R.A., and Campbell, J.N.: Peripheral mechanisms of somatic pain. Anesthesiology 68:571-590, 1988.

26. Campbell, J.N., Raja, S.N., Meyer, R.A., and Mackinnon, S.E.: Myelinated afferents signal the hyperalgesia associated with nerve injury. Pain 32:89-94, 1988.

27. Meyer, R.A., Campbell, J.N., and Raja, S.N.: Antidromic nerve stimulation in monkey does not sensitize unmyelinated nociceptors to heat. Brain Research 441:168-172, 1988.

28. Meyer, R.A. and Campbell, J.N.: A novel electrophysiological technique for locating cutaneous nociceptive and chemospecific receptors. Brain Research 441:81-86, 1988.

29. Campbell, J.N., Khan, A.A., Meyer, R.A., and Raja, S.N.: Responses to heat of C-fiber nociceptors in monkey are altered by injury in the receptive field but not by adjacent injury. Pain 32: 327-332, 1988.

30. Merle, M., Dellon, A.L., Campbell, J.N., Chang, P.S.: Complications from silicon-polymer intubulation of nerves. Microsurgery 10:130-133, 1989.

31.  Dellon, A.L., Campbell, J.N., Cornblath, D.:  Stretch palsy of the spinal accessory nerve:  Case report.  J Neurosurg 72:500-502, 1990.

32.  Treede, R.-D., Meyer, R.A., Campbell, J.N.:  Comparison of heat and mechanical receptive fields of cutaneous C-fiber nociceptors in monkey.  J Neurophysiol 64:1502-1513, 1990.

33.  Treede, R.-D., Meyer, R.A., Davis, K.D., and Campbell, J.N.: Intradermal injections of bradykinin or histamine cause a flare-like vasodilatation in monkey.  Evidence from laser-doppler studies.  Neuroscience Letters 115:201-206, 1990.

34.  Griffin, J.W., Cornblath, D.R., Alexander, E., Campbell, J., Low, P.A., Bird, S., and Feldman, E.L.:  Ataxic sensory neuropathy and dorsal root ganglionitis associated with Sjogren's syndrome.  Ann Neurol 27:304-315, 1990.

35.  Koschorke, G.M., Meyer, R.A., Tillman, D.B., and Campbell, J.N.: Ectopic excitability of injured nerves in monkey: Entrained responses to vibratory stimuli.  J Neurophysiol 65:693-701, 1991.

36.  Raja, S.N., Treede, R.-D., Davis, K.D., and Campbell, J.N.:  Systemic alpha-adrenergic blockade with phentolamine: A diagnostic test for sympathetically maintained pain.  Anesthesiology 74:691-698, 1991.

37.  Campbell, J.N., Naff, N.J., and Dellon, A.L.:  Thoracic outlet syndrome. Neurosurgical Perspective.  Neurosurg Clin North America 2:227-233, 1991.

38.  North, R.B., Kidd, D.H., Campbell, J.N., and Long, D.M.:  Dorsal root ganglionectomy for failed back surgery syndrome: a 5-year follow-up study.  J Neurosurg 74:236-242, 1991.

39.  Francel, T.J., Dellon, A.L., and Campbell, J.N.:  Quadrilateral space syndrome: Diagnosis and operative decompression technique.  Plastic Reconstruc Surg 87:911-916, 1991.

40.  Manning, D.C., Raja, S.N., Meyer, R.A. and Campbell, J.N.:  Pain and hyperalgesia after intradermal injection of bradykinin in humans.  Clin Pharmacol Ther 50:721-729, 1991.

41.  Meyer, R.A., Davis, K.D., Cohen, R.H., Treede, R.-D. and Campbell, J.N.:  Mechanically insensitive afferents (MIAs) in cutaneous nerves of monkey.  Brain Research 561:252-261, 1991.

42.  Meyer, R.A., Koschorke, G.M., Tillman, D.B., and Campbell, J.N.:  Neural mechanisms of abnormal sensations after nerve injury, APL Tech Dig 12:129-136, 1991.

43.  Fishman, E.K., Campbell, J.N., Kuhlman, J.E., Kawashima, A., Ney, D.R., and Friedman, N.B.:  Multiplanar CT evaluation of brachial plexopathy in breast cancer.  J Computer Assisted Tomography 15:790-795, 1991.

44.  Davis, K.D., Treede, R.-D., Raja, S.N., Meyer, R.A., and Campbell, J.N.: Topical application of clonidine relieves hyperalgesia in patients with sympathetically-maintained pain.  Pain 47:309-317, 1991.

45.   Raja, S.N., Campbell, J.N., Meyer, R.A., Colman, R.W.:  Role of kinins in pain and hyperalgesia: Psychophysical studies in a patient with kininogen deficiency.  Clin Sci 83:337-341, 1992.

46.   Treede, R.-D., Davis, K.D., Campbell, J.N. and Raja, S.N.:  The plasticity of cutaneous hyperalgesia during sympathetic ganglion blockade in patients with neuropathic pain.  Brain 115:607-621, 1992.

47.   Raja, S.N., Davis, K.D., Campbell, J.N.:  The adrenergic pharmacology of sympathetically-maintained pain.  J Reconstructive Microsurg 8:63-69, 1992.

48.   Campbell, J.N., Meyer, R.A., and Raja, S.N.:  Is nociceptor activation by alpha-1 adrenergic receptors the culprit in sympathetically maintained pain?  Am Pain Society J 1:3-11, 1992.

49.   Khan, A.A., Raja, S.N., Manning, D.C., Campbell, J.N., and Meyer, R.A.:  The effects of bradykinin and sequence-related analogs on the response properties of cutaneous nociceptors in monkey.  Somatosensory and Motor Research 9:97-106, 1992.

50.   Meyer, R.A., Treede, R.-D., Raja, S.N., and Campbell, J.N.:  Peripheral versus central mechanisms for secondary hyperalgesia: Is the controversy resolved?  Am Pain Society J 1:127-131, 1992.

51.   Meyer, R.A., Davis, K.D., Raja, S.N., and Campbell, J.N.:  Sympathectomy does not abolish bradykinin-induced hyperalgesia in man.  Pain 51:323-327, 1992.

52.   Davis, K.D., Meyer, R.A., and Campbell, J.N.:  Chemosensitivity and sensitization of nociceptive afferents that innervate the hairy skin of monkey.  J Neurophysiology 69:1071-1081, 1993.

53.   Campbell, J.N.:  Cervical Spondylosis.  Current Opinion in Orthopedics 4:49-53, 1993.

54.   Scott, W.W. Jr., Hruban, R.H., Campbell, J.N., Fishman, E.K.:  Angioleiomyoma involving the sciatic nerve--CT demonstration.  Case report.  Clin Imaging 17:260-262, 1993.

55.   Cervero, F., Meyer, R.A., and Campbell, J.N.:  A psychophysical study of secondary hyperalgesia: Evidence for increased pain to input from nociceptors.  Pain 58:21-28, 1994.

56.   Koschorke, G.-M., Meyer, R.A., and Campbell, J.N.:  Cellular components necessary for mechanoelectrical transduction are conveyed to primary afferent terminals by fast axonal transport Brain Research 641:99-104, 1994.

57.   Pappagallo, M. and Campbell, J.N.:  Chronic opioid therapy as alternate treatment for post-herpetic neuralgia.  Annals of Neurology 35 (Suppl):54-56, 1994.

58.   Campbell, J.N. and Belzberg, A.J.:  Use of disk distension to diagnose pain of spinal origin.  American Pain Society Journal 3:157-159, 1994.

59.    Pappagallo, M., Raja, S.N., Haythornthwaite, J.A., Clark, M., and Campbell, J.N.: Oral opioids in the management of postherpetic neuralgia: A prospective study.  Analgesia 1:51-55, 1994.

60.    Campbell, J.: Sympathetically maintained pain.  J Japan Society Pain Clinicians 1:381-390, 1994.

61.    Campbell, J.N. and Raja, S.N.:  Reflex sympathetic dystrophy.  Neurology 45:1235-1236, 1995.

62.    Treede, R.-D., Meyer, R.A., Raja, S.N., and Campbell, J.N.: Evidence for two different heat transduction mechanisms in nociceptive primary afferents innervating monkey skin. J Physiol 483:747-758, 1995.

63.    Davis, K.D., Meyer, R.A., Turnquist, J.L., Filloon, T.G., Pappagallo, M., and Campbell, J.N.:  Cutaneous pretreatment with the capsaicin analog, NE-21610, prevents the pain to a burn and subsequent hyperalgesia.  Pain 62:373-378, 1995.

64.    Davis, K.D., Meyer, R.A., Turnquist, J.L., Filloon, T.G., Pappagallo, M., and Campbell, J.N.:  Cutaneous injection of the capsaicin analog, NE-21610, produces analgesia to heat but not to mechanical stimuli in man.  Pain 61:17-26, 1995.

65.    Tillman, D.-B., Treede, R.-D., Meyer, R.A., and Campbell, J.N.:  Response of C fibre nociceptors in the anaesthetized monkey to heat stimuli: Estimates of receptor depth and threshold.  J Physiol 485.3:753-765, 1995.

66.    Tillman, D.-B., Treede, R.-D., Meyer, R.A., and Campbell, J.N.:  Responses of C fibre nociceptors in the anaesthetized monkey to heat stimuli: Correlation with pain threshold in humans.  J Physiol 485.3:767-774, 1995.

67.    Schneider, W., Slugg, R.M., Turnquist, B.P., Meyer, R.A., and Campbell, J.N.:  An electromechanical stimulator system for neurophysiological and psychophysical studies of pain.  J Neurosci Methods 60:61-68, 1995.

68.    Sampath, P., Yeo, C.J., and Campbell, J.N.:  Nerve injury associated with laparoscopic inguinal herniorrhaphy.  Surgery 118:829-833, 1995.

69.    Raja, S.N., Turnquist, J.L., Meleka, S., and Campbell, J.N.:  Monitoring adequacy of alpha-adrenoceptor blockade following systemic phentolamine administration.  Pain 64:197-204, 1996.

70.    Campbell, J.N.: The incongruent relation between noxious and painful stimuli.  Pain Forum 5:165-166, 1996.

71.    Ali, Z., Meyer, R.A., and Campbell, J.N.:  Secondary hyperalgesia to mechanical but not heat stimuli following a capsaicin injection in hairy skin.  Pain 68:401-411, 1996.

72.    Campbell, J.: APS 1995 Presidential Address. Pain Forum 5:85-88, 1996.

73.    Campbell, J.N.: The medical model and low back pain. Pain Forum 6:243-244, 1997.

74.    Shir, Y., Ratner, A., Raja, S.N., Campbell, J.N., and Seltzer, Z.: Neuropathic pain following partial nerve injury in rats is suppressed by dietary soy. Neurosci Lett 240:73-76, 1998.

75.    Robbins, W.R., Staats, P.S., Levine, J., Fields, H.L., Allen, R.W., Campbell, J.N., and Pappagallo, M.: Treatment of intractable pain with topical large-dose capsaicin: Preliminary report. Anesthesia & Analgesia 86:579-583, 1998.

76.    Treede, R.-D., Meyer, R.A., and Campbell, J.N.: Myelinated mechanically-insensitive afferents from monkey hairy skin: Heat response properties. J Neurophys 80:1082-1093, 1998.

77.    Belzberg, A.J. and Campbell, J.N.: Evidence for end-to-side sensory nerve regeneration in a human. Case report. J Neurosurg 89:1055-1057, 1998.

78.    Ali, Z., Ringkamp, M., Hartke, T.V., Chien, H.F., Flavahan, N.A., Campbell, J.N. and Meyer, R.A.: Uninjured C-fiber nociceptors develop spontaneous activity and alpha-adrenergic sensitivity following L6 spinal nerve ligation in the monkey. J Neurophys 81:455-466, 1999.

79.    Peng, Y.N., Ringkamp, M., Campbell, J.N., and Meyer, R.A.: Electrophysiological assessment of the cutaneous arborization of A••fiber nociceptors. J Neurophysiol 82:1164-1177, 1999.

80.    Fuchs, P.N., Campbell, J.N., and Meyer, R.A.: Secondary hyperalgesia persists in capsaicin desensitized skin. Pain 84:141-149, 2000.

81.    Slugg, R.M., Meyer, R.A., and Campbell, J.N.: Response of cutaneous A- and C-fiber nociceptors in the monkey to controlled force stimuli. J Neurophysiol 83:2179-2191, 2000.

82.    Huang, J.H., Ali, Z., Travison, T.G., Campbell, J.N., and Meyer, R.A.: Spatial mapping of the zone of secondary hyperalgesia reveals a gradual decline of pain with distance but not sharp borders. Pain 86:33-42, 2000.

83.    Ali, Z., Raja, S.N., Wesselmann, U., Fuchs, P., Meyer, R.A., and Campbell, J.N.: Intradermal injection of norepinephrine evokes pain in patients with sympathetically maintained pain. Pain 88:161-168, 2000.

84.    Raja, S.N. and Campbell, J.N.: Risk-benefit ratio for surgical sympathectomy: Dilemmas in clinical decision making. Commentary on: Furlan, A., et al.: Are we paying a high price for surgical sympathectomy: A systematic literature review of late complications. J of Pain 1(4):261-264, 2000.

85.    Wu, G., Campbell, J.N., and Meyer, R.A.: Effects of baseline skin temperature on pain ratings to suprathreshold temperature-controlled stimuli. Pain 90:151-156, 2001.

86.    Wu, G., Ringkamp, M., Hartke, T.V., Murinson, B.B., Campbell, J.N., Griffin, J.W., and Meyer, R.A.: Early onset of spontaneous activity in uninjured C-fiber nociceptors after injury to neighboring nerve fibers.  J Neurosci 21:RC140 (1-5), 2001.

87.    Ringkamp, M., Peng, Y.B., Wu, G., Hartke, T.V., Campbell, J.N., Meyer, R.A.: Capsaicin responses in heat-sensitive and heat-insensitive A-fiber nociceptors.  J Neurosci 21:4460-4468, 2001.

88.    Campbell, J.N.: Nerve lesions and the generation of pain.  Muscle and Nerve 24:1261-1273, 2001.

89.    Shir, Y., Sheth, R., Campbell, J.N., Raja, S.N., Seltzer, Z.: Soy-containing diet suppresses chronic neuropathic sensory disorders in rats.  Anesth Analg 92:1029-1034, 2001.

90.    Solomon, S.B., Semih Dogan, A., Nicol, T.J., Campbell, J.N., Pomper, M.G.: Positron emission tomography in the detection and management of sarcomatous transformation in neurofibromatosis.  Clin Nucl Med 26:525-528, 2001.

91.    Apfel, S.C., Asbury, A.K., Bril, V., Burns, T.M., Campbell, J.N., Chalk, C.H., Dyck, P.J., Feldman, E.L., Fields, H.J., Grant, I.A., Griffin, J.W., Klein, C.J., Lindblom, U., Litchy, W.J., Low, P.A., Melanson, M., Mendell, J.R., Merren, M.D., O'Brien, P.C., Rendell, M., Rizza, R.A., Service, F.J., Thomas, P.K., Walk, D., Wang, A.K., Wessel, J., Windebank, A.J., Ziegler, D., Zochodne, D.W.: Positive neuropathic sensory symptoms as endpoints in diabetic neuropathy trials.  J Neurol Sci 189:3-5, 2001.

92.    Shir, Y., Raja, S.N., Weissman, C.S., Campbell, J.N., Seltzer, Z.: Consumption of soy diet before nerve injury preempts the development of neuropathic pain in rats.  Anesthesiology 95:1238-1244, 2001.

93.    Shir, Y., Campbell, J.N., Raja, S.N., Seltzer, Z.: The correlation between dietary soy phytoestrogens and neuropathic pain behavior in rats after partial denervation.  Anesth Analg 94:421-426, 2002.

94.    Wu, G., Ringkamp, M., Murinson, B.B., Hartke, T.V., Weerahandi, H.M., Campbell, J.N., Griffin, J.W., and Meyer, R.A.: Degeneration of myelinated efferent fibers induces spontaneous activity in uninjured C-fiber afferents.  J Neurosci 22:7746-7753, 2002.

95.    Bencherif, B., Fuchs, P.N., Sheth, R., Dannals, R.F., Campbell, J.N., and Frost, J.J.: Pain activation of human supraspinal opioid pathways as demonstrated by [$^{11}$C] carfentanil and positron emission tomography (PET).  Pain 99:589-598, 2002.

96.    Anderson, W.S., Sheth, R.N., Bencherif, B., Frost, J.J. and Campbell, J.N.: Naloxone increases pain induced by topical capsaicin in healthy human volunteers.  Pain 99:207-216, 2002.

97.    Anderson, W.S., Sheth, R.N., Bencherif, B., Frost, J.J. and Campbell, J.N.: Naloxone increases pain induced by topical capsaicin in healthy human volunteers.  Pain 99:207-216, 2002.

98.   Peng Y.B., Ringkamp M., Meyer, R.A., and Campbell, J.N.: Fatigue and paradoxical enhancement of heat response in C-fiber nociceptors from cross-modal excitation.  J Neurosci 23:4766-4774, 2003.

99.   Lancelotta, M.P., Sheth, R.N., Meyer, R.A., Belzberg, A.J., Griffin, J.W., and Campbell, J.N.: Severity and duration of hyperalgesia in rat varies with type of nerve lesion.  Neurosurgery 53:1200-1209, 2003.

100.  Slugg, R.M., Campbell, J.N., and Meyer, R.A.: The population response of A- and C-fiber nociceptors in monkey encodes high intensity mechanical stimuli.  J Neurosci 24:4649-4656, 2004.

# LEGAL FEE SCHEDULE

## for

## James N. Campbell, M.D.

**Medical records review and consultations**

$700.00 per hour (3 hour retainer required at time of initial review)

**Telephone conference**

$700.00 per hour (prorated)

**Independent medical evaluations**

$700.00 for review of medical records. Examination performed in Neurosurgery Clinic and charge based on extent of evaluation ($180-$675)

**Depositions**

$1,500.00 per hour paid at least 2 weeks in advance

**Court appearances**

$5,000 plus expenses for half day (local) including a $1,000 non-refundable deposit to hold date on the calendar

$10,000 plus expenses non-local including a $2,000 non-refundable deposit to hold date on the calendar. First class air fare required for travel over 600 miles

**REFUND POLICY**

Monies received for depositions are 100% refundable up to 5 days prior; 50% refundable 2-4 days prior and non-refundable thereafter

**Please make checks payable to:**

James N. Campbell, M.D.
SS # 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

Campbell, James N
List of Depositions & Trial Testimonies
2001-2005

| PT/LEGAL CASE | SERVICE PROVIDED | DATE |
|---|---|---|
| John Carrico | Deposition | 1/15/01 |
| Richard Lutz | Deposition | 3/5/01, 7/27/05 |
| Sandra Vail | Deposition | 3/7/01 |
| Molock v Dorchester Gen Hosp | Deposition | 10/8/01 |
| Sue Hart | Deposition<br>Trial testimony | 10/22/01<br>9/17/03 |
| Tina Threlkeld | Deposition | 1/21/02 |
| Dottie Arfaa | Deposition | 1/16/02 |
| Mae Byers | Trial testimony | 1/30/02 |
| Daniel Sibears | Deposition | 2/11/02, 3/20/02 |
| Merle Porter | Deposition | 2/18/02 |
| Hoda Hedda | Deposition | 5/8/02 |
| George Foster | Deposition<br>Trial testimony | 6/17/02<br>3/26/03 |
| Glenn Thornburg | Deposition | 7/17/02 |
| Larry Walters | Deposition | 7/24/02 |

| | | |
|---|---|---|
| Jean Ames | Deposition | 10/21/02, 7/2/04 |
| Genine Williams | Deposition | 10/23/02 |
| Terry Brisebois | Deposition | 1/8/03 |
| Richard Weishorn | Deposition | 3/31/03 |
| David Gerhart | Deposition | 5/21/03 |
| Harold Holbrook | Deposition | 7/9/03 |
| Noel Sansoni | Deposition | 9/15/03 |
| Teresa Bloodsworth | Deposition | 11/19/03 |
| Mark Fischer | Deposition | 11/14/03 |
| Michelle Place | Deposition | 4/7/04 |
| Mary Lyons | Deposition | 5/21/04 |
| Mark Smith | Trial testimony | 6/18/04 |
| Claire Sumner | Deposition | 11/15/04 |
| Perlich v Norberg | Deposition | 1/3/05 |
| Ronald Rothman | Deposition | 1/21/05 |
| Charles Bowles | Deposition | 5/27/05 |
| Martin Grennan | Deposition | 5/4/05 |
| Carl Belin | Deposition | 7/1/05 |
| Williamson v Fisher | Deposition | 6/29/05 |

| Magira Ross | Deposition | 8/22/05 | |