

# Kaplan Clinic

5275 Lee Highway • Suite 200
Arlington, Virginia 22207

703.532.4892
fax: 703.237.3105
www.kaplanclinic.com

October 19, 2005

John A. Verdi, Esq
Bode & Grenier
Ninth Floor
Connecticut Building
1150 Connecticut Ave NW
Washington, DC 20036-4129

RE: Margaret Sandra Sue

Gary Kaplan, DO

Kate Lemmerman, MD

Lisa Lilienfield, MD

John Reed, MD

Janet Nicholson, Ed.D

Leslie Evers, MSN

Duc Quang, PT

Jeanne Scheele, PT

Jessica Coleman, PT

Caroline Choppa, PT

Juliette Thompson, RN

Dear Mr. Verdi;

Ms. Sue is currently under my care. All of my opinions in this report are to a reasonable degree of medical probability. My opinions are based on my medical education, knowledge and experience as well as examination and treatment of Ms. Sue. My opinions are also based on of documents including: Ms. Sue's medical record, review of the complaint, review of all documents, disolosure statements and discovery produced in this matter, etc. Ms. Sue sustained multiple injuries from the automobile accident of April 10, 2000. She was first seen at Kaplan Clinic on January 28, 2003 with complaints of neck pain, head pain and low back pain. Diagnoses directly related to the accident of April 10, 2000 include: Cervical Strain with resulting Degenerative Joint Disease Cervical Spine and Degenerative Disc Disease Cervical Spine, Cervical Spinal Stenosis, Myofascial Pain and Craniofascial Pain. As you are aware Ms. Sue's medical history is complicated by a previous surgery on her lower back. It is my understanding that other health care practitioners will be providing expert testimony regarding Ms. Sue's lumbosacral condition.

As for the long-term impact of Ms. Sue's injuries this is a very complicated issue. Ms. Sue has significant limitations in function and activities of daily living. Ms. Sue is able to sit 5 minutes at a time then develops an increase in her pain. She can stand and walk for a very limited amount of time. Ms. Sue is unable to walk on an incline. Ms. Sue cannot carry objects, bend or stoop. I believe that Ms. Sue will suffer with chronic pain for the rest of her life unless there is a major breakthrough in medicine that can decrease pain in an impaired musculoskeletal system such as hers. Following her injury and subsequent surgeries her musculoskeletal system will be very fragile. Ms. Sue would be more likely to sustain major injuries from minor events since there is restricted movement in her spine. Ms. Sue will require pain medications and unfortunately over time she will develop resistance to these medications and will have to change medications or increase the dosage to obtain the same pain relief.

Ms. Sue is unable to work. To my knowledge Ms. Sue has been totally disabled from work since July of 2002. Ms. Sue is very limited to travel given her difficulty with sitting for any length of time. Ms. Sue is restricted on lifting anything over 5 lbs. Ms. Sue would be able to swim and use a stationary bike but I believe any other athletic activities would be out of the question.

I believe that Ms. Sue's injuries are permanent. I can with reasonable degree of medical probability tell you that I do not see her condition improving. I believe that Ms. Sue will remain disabled from employment. I believe that her restrictions will continue and will worsen but to what degree and when I cannot say.

Ms. Sue will require further treatment. She will require physical therapy and or massage therapy to decrease her pain and maintain the level of function that she currently has. Ms. Sue will need continued medical care which will include; Manipulative therapy, Trigger point injections,

Specializing in Chronic Pain Management and Family Practice

*Page 2 Sue, Margaret Sandra*

medications, laboratory monitoring, etc. She will require continued pharmacotherapy to manage her pain. The frequency of her visits to these practitioners will depend on when and how many flare ups she suffers with in any given year. However, an estimate of these services would include pain management visits every 1-3 months for the rest of her life. Medications would be ongoing but variable. Laboratory work will probably be needed once every six months to a year to monitor effects of the medications. However certain medications require more frequent monitoring of kidney and liver function so that can increase the frequency of laboratory work being performed. The physical therapy and massage therapy requirements are very dependent on pain. If she develops a flare in her pain then she will probably require 6-8 sessions to decrease the pain back to baseline levels. Swimming and water aerobics are also to be included in that physical therapy regime.

During Ms. Sue's future treatment she may suffer complications from medications, procedures, etc.

To my knowledge, Ms. Sue's current medications related to her injuries and pain condition include: Avinza, Oxycodone, Lidoderm, Lorazepam, Gabapentin, Skelaxin, Celebrex and Cymbalta. Ms. Sue suffers with a decrease in her cognitive abilities from taking narcotics to control her pain.

Of the course of treatment, Ms. Sue has received prescriptions for the following assistive or rehabilitative devices: stimulators, stationary bike, Lumbar Traction device and supports, Neck Traction device, Aquatic Therapy Equipment, Biofeedback software, Massage chair, and a Sport and Health Club Referral (for aquatic therapy). I believe all the above treatments were medically necessary for Ms. Sue's condition.

Ms. Sue was referred to Dr. Stephen LeBeau. I believe his treatment was medically necessary for the treatment of Ms. Sue's condition.

I believe that all the treatment Ms. Sue received at the Kaplan Clinic was medically necessary to treat her conditions and that the charges for such treatment have been reasonable.

Sincerely,

*Lisa Lilienfield, MD*

Lisa Lilienfield, MD, DABFP
LL:jt

Sue, Margaret Sandra
Appendix 1
CV: Dr. Lisa Lilienfield

# LISA JOAN LILIENFIELD, M.D.

## PERSONAL INFORMATION:

**WORK ADDRESS:**
Kaplan Clinic
5275 Lee Highway #200
Arlington, Virginia 22207

**PLACE OF BIRTH:**
Washington, D.C., October 30, 1957
US Citizen

## CERTIFICATION:

Diplomat of the American Board of Family Practice 1985
    Recertified 1991-1998
    Recertified 1997-2004
    Recertified 2004-2011

## LICENSURE:

**MARYLAND**
    #D28977  1984

**WASHINGTON, D.C.**
    #14620 Category 753 Issued 1983

**VIRGINIA**
    0101058732  1999

## EDUCATION:

| | |
|---|---|
| 1974-1978 | University of Maryland |
| | Bachelor of Science |
| 1978-1982 | Georgetown University |
| | Medical Doctorate at the School of Medicine |
| 1982-1985 | Georgetown University |
| | Residency Family Medicine / Providence Hospital |
| 1984-1985 | Georgetown University |
| | Chief Resident / Providence Hospita |

LISA JOAN LILIENFIELD, M.D. page 2
EDUCATION Continued
    1999        UCLA Acupuncture Course

## AWARDS:

Awards in Excellence from Department of Family Medicine, Georgetown University School of Medicine for Family Medicine Education 1995, 1996, 1997

## RESEARCH:

1976-1978    Georgetown University
Research Assistant – Antihistamine and Anti-hypertensive Double-Blind Studies in the Department of Physiology

## PROFESSIONAL EXPERIENCE:

1985-1999    Self Employed
Full time Solo Family Practice

1985-1999    Providence Hospital
Attending Staff Physician in Family Medicine Department

1985-1997    Georgetown University
Clinical Instructor for Family Medicine Department

1997-Present    Georgetown University
Clinical Assistant Professor for Family Medicine Department

1997-1999    Whitman Walker Clinic, Langley Park, Maryland
Primary Care Physician for the Whitman Walker AIDS Clinic Of Suburban Maryland

1999-Present    Kaplan Clinic
Full Time Staff Physician

## PROFESSIONAL SOCIETY:

American Academy of Family Physicians
    National and DC Chapter 1985-Present
American Academy of Medical Acupuncture
    2000-Present

LISA JOAN LILIENFIELD, M.D. page 3

## TEACHING ACTIVITIES:

| | |
|---|---|
| 1985-Present | Georgetown University<br>Preceptor at Georgetown University for first through fourth year Medical Students |
| 1985-1999 | Georgetown University and Providence Hospital<br>Preceptor and Attending Physician Family Practice Residency |

Sue, Margaret Sandra
Appendix 2

Dr. Lisa Lilienfield Publications in preceding 10 years

None

Sue, Margaret Sandra
Appendix 3

Dr. Lisa Lilienfield Compensation

| Date | Description | Amount |
|---|---|---|
| 9-26-05 | Conference with Attorney | $ 450.00 |
| 10-04-05 | Conference with Case Worker | $ 450.00 |
| 10-19-05 | This Study | $ 1350.00 |

Any future costs would be according to the table below:

99074   Conference with Attorney (in our office or by phone)
        First hour or fraction thereof      $450.00
        Chart review prior to meeting (1-6 hours)      $150.00 (Per hour)

99075   Deposition (in our office)
        First hour or fraction thereof      $600.00
        Chart review prior to meeting (1-6 hours)      $150.00 (Per hour)

99075   Court Testimony / Testimony outside of our office
        First hour or fraction thereof      $850.00
        Each additional hour or fraction thereof      $400.00
        (There is a minimum charge of 4 hours.
        If you are unable to guarantee a morning
        Or afternoon block then the entire day
        will be charged)
        Chart review prior to testimony (1-6 hours)      $150.00 (Per hour)

Note: Time is calculated portal to portal, plus out of pocket expenses (i.e., airfare, hotel, etc)

**Sue, Margaret Sandra**
Appendix 4

Dr. Lisa Lilienfield provided testimony for the following case:

January 31, 2005
Lisa Habbeshaw vs. Ahmad Kabbaul
Superior Court of the District of Columbia
Case Number: 03CA-0000411