# MID-ATLANTIC HEADACHE INSTITUTE
*A Center for Headache and Neurological Disorders*

*Marcia Ribeiro, M.D.*                                                *Maureen Moriarty-Sheehan, C.R.N.P*

Re: Margaret Sue                    Date: October 6, 2005
   DOB: 5/17/05
   SSN: 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

All opinion contained in this report are to a reasonable degree of medical probability, and related to the injuries suffered as a result of the April 10, 2000 accident. My opinion is based on my medical education and training, my knowledge and experience, my examination and treatment of Ms. Sue, and my review of her medical records.

The patient stated the initial symptoms occurred immediatly after being rearended by a vehicle on April 10, 2000. She describes the accident as serious and that both cars were totalled.

She denies loss of consciousness but acknowledged the immediate development of extreme pain radiating up her head and down into her neck and both shoulders and arms accompanied by constant burning into those areas as well as face, jaw and ears.

The pain has been present since and continues unremitting over the past five years and over time spread into most of her head becoming a band around the head and as previously mentioned into her shoulders and arms associated with tingling, numbness, stiffness of the neck and with superimposed stabbing and ice pick pain on and off. The pain was cause by the April 10, 2000 accident.

Over the course of the five years besides pain, she also developed difficulty concentrating and focusing, depression and anxiety, an abnormal sleep pattern. The combination of the different symptomatology rendered her incapable of continuing working which only aggravated her depression.

She states in this interview having tried numerous medications including tricyclic antidepressants, numerous opiate analgesics such as OxyContin, Duragesic patches, Morphine derivatives, anticonvulsants, and other combination analgesics. She states that she had multiple side effects with the different families of medications tried.

She was also seen by different specialists including Neurosurgery at Johns Hopkins, Dr. James Campbell. She was submitted to multiple tests which included cervical and lumbar MRIs and myelograms which are available today and show on the cervical test multilevel spondylotic disease including C4-C5, C5-C6, C6-C7. This was confirmed by the myelogram which also showed some ventral extradural filling defects at C3-C4 and C4-C5 levels with nerve roots appearing intact.

Re: Margaret Sue
Page 2

The lumbar tests revealed ventral extradural filling defects at the L3-L4 and L4-L5 levels. Nerve roots also appeared intact. There had been a previous fusion at L5-S1 vertebral bodies bilaterally (surgery done in 1991). The overall impression of the tests was bulging disks at L3-L4 and L4-L5.

The current surgical history of this patient is cervical surgeries from C3 to C7 in 2003 and 2004 and lumbar surgery at the level of L4-L5 in 2004 as well as coccyx surgery in 2004.

The patient was on Effexor, Celebrex, Skelaxin, Lorazepam, Avinza, Oxycodone as needed, and Neurontin when we first met and continues on these medications for the time being, except that Effexor has been replace by Cymbalta.

I recommended Botox which she has been using every three months applied to the forehead, temples, occipital regions and upper back with excellent results. This medication is not approved for the treatment of chronic daily headaches but is approved for cervical spasms, cervical dystonia and spasm of different muscles and I am using it with good results. This medication though has potential side effects such as muscle atrophy, injection site side effects, and possible development of immunity to the toxin when used for prolonged periods of time.

We have discussed other possible approaches such as occipital blocks leading to possible occipital stimulator placement which in my experience has had good results in patients with occipital neuralgia and cervicogenic headaches. This approach also has possible side effects such as local infections, lead displacement, and intolerance by the patient to the "pacemaker-like stimulator" among others.

Certainly this is a complex case that will require a multi-disciplinary approach which will include possible devices, possible Botox or other forms of local intervention and medications which pose possible side effects and the danger of physical and psychological addiction.

On my examination, the patient's neck and shoulder areas were tender. There was decreased range of motion with difficulty flexing and extending the neck and moving from side to side. There was bilateral occipital bundle tenderness, multiple trigger points, and multiple tender points. She had full bulk, tone and power in the motor system throughout. She was hyperreflexic throughout with a few beats of clonus in the right ankle and the left ankle jerk was absent likely due to cervical and lumbar surgeries.

Re: Margaret Sue
Page 3

The rest of the neurological examination was essentially intact.

The prognosis of post-traumatic cases such as this is always guarded, and Ms. Sue's pain may be reduced with treatment, however it will permanently exist to some degree. Ms. Sue will also require botox treatment for at least 2-5 years, every 3 months. Ms Sue will also require occipital block treatment, for duration and frequency of which is not known at this time. If such treatment is successful Ms Sue will require occipital stimulation placement. All treatment I provided to Ms Sue was medically necessary and the bills for such treatment are reasonable.

*Marcia C. Ribeiro, M.D.*
MCR/ni

*Commerce Center West, Suite 104, 1777 Reisterstown Road, Pikesville, MD 21208*
*Telephone: (410) 602-1999   Fax (410) 602-1966*

# MARCIA RIBEIRO, M.D.

1777 Reisterstown Road, Suite 104 West
Pikesville, MD 21208
Telephone: (410) 602-1999  Fax: (410) 602-1966  Pager: (410) 806-0622
e-mail: RibeiroNeuro@toadmail.com

## CURRENT APPOINTMENTS

| | |
|---|---|
| 2004 – Present: | **Mid-Atlantic Headache Institute, Inc.** – Director |
| 2002 – 2004: | **Mid Atlantic Neurosurgical Associates** – Staff Physician |
| 2000 – 2002: | **Baltimore Headache Institute** – Staff Physician |
| 1997 – Present: | **The Johns Hopkins University, Department of Neurology** - Assistant Professor |
| 1997 – Present: | **Sinai Hospital of Baltimore, Division of Neurology** – Staff Physician |
| 1997 – 2000 | **Sinai Headache and Treatment Center** – Director |
| 1997 – 2000 | **Sinai Hospital Epilepsy and Electrophysiology Lab** – Director |

## EDUCATION

**Universidade Gama Filho**, Rio de Janeiro, Brazil, 1982 – 1987
Medical Doctor Degree

## POST-DOCTORAL TRAINING

| | |
|---|---|
| 1995 – 1996: | **George Washington University**, Washington, D.C. Headache Center Coordinator (Clinical Trials Experience) |
| 1995 – 1996: | **George Washington University** Epilepsy/Sleep Fellowship (EEG, Evoked Potentials, Intra-Operative Monitoring, Sleep Studies) |
| 1992 - 1995: | **George Washington University** Neurology Residency |
| 1991 – 1992: | **Georgetown University – DC General Hospital** Internship in Internal Medicine |
| 1987: | **Hospital da Santa Casa do Rio De Janeiro (Brazil)** – Internship |

## PROFESSIONAL EXPERIENCE

1996 – 1997:   **The Neurology and Headache Treatment Center**, Arlington, VA
Private Practice Physician

1988 – 1989:   **Jati – Luhur Clinic** (Indonesia) – volunteer work

1987 – 1988:   **Etoudi Clinic** (Cameroon Republic) – volunteer work

## RESEARCH ACTIVITIES

Participates in research and clinical trials for new pharmaceutical agents used in the treatment of headache, stroke and epilepsy.

## PUBLICATIONS

Ribeiro, M., Niedermeyer, E., and Hertz, S. "Slow Sharp Waves." Poster Presentation at Electroencephalography and Clinical Neurophysiology Meeting, New Orleans, LA, Oct. 1998.

Niedermeyer, E., Ribeiro, M., and Hertz, S. "Mixed Type Encephalopathies." – Clinical Encephalography, 01/1999.

Ribeiro, M., Niedermeyer, E., and Hertz, S. "Slow Sharp Waves." Electroencephalography and Clinical Neurophysiology, Platform, New York, March 1999.

Niedermeyer, E., Ribeiro, M., and Hertz, S., Status Epilepticus and Cerebral Anoxia. Epilepsia, 1999.

Weiss, H.D., Ahn H.S., and Ribeiro, M.C., "Non-Invasive Diagnosis and Successful Treatment of Spontaneous Low Cerebrospinal Fluid Pressure Headache." Headache, 1999; 39(5): 385.

Ribeiro, M.C. and Niedermeyer, E. "Non-Convulsant Status Epilepticus of Old Age: Problems of Differential Diagnosis. Poster, American Clinical Neurophysiology Society Meeting, October 1999.

In addition to the above publications, Dr. Ribeiro does peer review for medical articles and books.

## EDUCATIONAL ACTIVITIES

**Teaching Responsibilities Include:**

Lectures in Clinical Neurology for students at Johns Hopkins University;

Teaching rounds with medical students and residents;

Neurology resident's clinic.

**Community Education Includes:**

Extensive lectures to professional groups on headache and related topics in neurology;

Patient education lectures in the Baltimore-Washington area.

## LICENSING AND CERTIFICATION

April 1998: Diplomate of the American Board of Psychiatry and Neurology, April 1998
March 1997: License, Maryland Board of Medicine
June 1996: License, Virginia Board of Medicine
July 1994: License, Washington D.C. Board of Medicine
June 1993: FLEX, Part I & II
April 1991: National Board of Medical Examiners, Part II
Jan. 1991: Foreign Medical Graduate Examination in the Medical Sciences, Part 1

**AFFILIATIONS**   American Academy of Neurology
American Association of Study of Headache

**AWARDS**   1995: Best Resident, GWU – Neurology – Mark Platt Award

**LANGUAGES**   Portuguese; Spanish; English; French; Italian

*Further information upon request*

# MID-ATLANTIC HEADACHE INSTITUTE
## A CENTER FOR HEADACHE AND NEUROLOGICAL DISORDERS

*MARCIA RIBEIRO, M.D.*
*MAUREEN MORIARTY-SHEEHAN, C.R.N.P.*

October 19, 2005

Case List

Charles Jones vs Baltimore county

Eugene Einoff vs Allstate Insurance

_____ vs Baltimore county Police

_____ vs Baltimore City Police

# MID-ATLANTIC HEADACHE INSTITUTE
## *A CENTER FOR HEADACHE AND NEUROLOGICAL DISORDERS*

*MARCIA RIBEIRO, M.D.*
*MAUREEN MORIARTY-SHEEHAN, C.R.N.P.*

October 21, 2005

Fee Schedule

Record Review: Billed on an hourly basis of $310.00 per hour

Testimony: $310 per hour, minimum of 4 hours