**Steven S. Hughes, M.D.**                    **Independent Medical Evaluation**
      **The Anderson Orthopaedic Clinic** A Center of Excellence for Orthopaedics

---

2445 Army Navy Drive, Arlington, VA  22206 * (703) 769-8440, (703) 892-8920 (fax)

**ARLINGTON OFFICE**

**Patient Name:** Margaret Sue                **Date of Injury:** 04/10/2000
**Claim #:**                                  **Date of Exam:** 10/07/2005

**INDEPENDENT MEDICAL EVALUATION**

<u>**History of Injury :**</u>  This 51 year old left hand dominant female sales worker presents today with complaints of pain from the left shoulder down the waist to the belly button, with pain in the neck, head, face, left foot, abdomen, pelvis coccyx, bilateral thigh, and back after a motor vehicle accident where she alleges that she was rear-ended while she was driving. She states there was extensive damage done to the vehicle, her seat belt was on, and the airbags did not deploy. There was no loss of consciousness and she was not admitted to the hospital. The pain is rated 5-8/10 in severity. The symptoms have worsened since the injury. The symptoms are worse in the evening and night and they do awaken the patient during the night. Aquatic therapy, treading water, water aerobics, lap swimming and sitting in the hot tub best relieves the symptoms and sitting and lifting makes the symptoms worse. The patient is unable to do any housework, cook, shop, play sports, walk the dog, lift open heavy doors or care for her healthy 10 year old daughter because of the pain. Sexual functioning has been greatly affected by the condition. There are complaints of bowel or bladder problems including polyuria at night. She states she uses the restroom 4-5 times per night. Legal action is progressing. The treating physicians include Dr. Gary Kaplan, Dr. Lisa Lilienfield, Dr. James Campbell, Dr. Marcia Ribeiro, Dr. Sherif Meleka, Dr. Jan Nicholas, Dr. Barbara de Lateur, Dr. Bruce Ammerman, and the last date of treatment is unknown. She states she has also been seen by ER physicians for morphine shots. Tests to date include x-rays, MRI's, Myelogram/CT scan, an EMG/NCS, CT scans, discogram, median nerve evoked potential, and posterior tibial evoked response study, and treatment has been in the form of therapy, medication, injections, ER visits and hospitalization. Future treatment includes "neuro-modulation" for her neck and lower back. The patient has been released from work because pain prevents job completion. She has been out of work for 2 years and 3 months with no time on light duty.  Similar complaints or injuries have been reported including lumbar surgery in 1991, with no history of subsequent significant treatment for the back until the incident described above.  There is not any history of any prior motor vehicle accidents or any prior workers compensation claims.    There has not been a disability rating given to this injury. The patient reports she is not capable of working at this time.

<u>**Medical Records :**</u>  Documents available for review today include: Complaint for Money Damages, Margaret S. Sue vs. The United States of America and Civil Process Clerk; M. Sandra Sue Medical Records and Expenses Index, Volume 1, Volume 2, Volume 3; District of Colombia Fire and EMS Department Record; Ambulance Service Bill; ER Department Record from The George Washington University Hospital; Patient Account History from George Washington University Hospital;  Progress notes from Dr. Bruce Ammerman; CT of the cervical spine dated 08/28/02; Cervical Myelogram/CT scan dated 08/28/02; Lumbar Myelogram/CT scan dated 08/28/02; CT of the lumbar spine dated 08/28/02; X-rays of the lumbar spine dated 07/28/03; Lumbar Myelogram/CT scan dated 07/28/03; Patient Account History from Washington Neurological Associates;

Re: Margaret Sue
Date of Exam: 10/07/05
Date of Injury 04/10/00
Page 2

Progress notes from Paul Maginnis, PA-C, Dr. Peter Delenick; MRI of the cervical spine dated 05/02/00; MRI of the lumbar spine dated 05/02/00; Progress notes from Dr. Edward Lang; Patient Account History from Dr. Peter Delenick; Patient Account History from IMI of Arlington;  Progress notes/Cervical/Upper back Evaluation from Alexandra Rouse, PT; Patient Account History from McLean Physical Therapy; Progress notes from Tysons Corner Chiropractic/Tysons Corner Healing Centre, Richard Wirtanen, D.C.; MRI of the brain dated 07/28/02; MRI of the cervical spine dated 07/28/02; Operative Report from The Johns Hopkins Hospital, dated 04/09/03; Patient Account History from Richard Wirtanen, D.C.;  Patient Account History from Tysons Corner Healing Centre; Progress notes from Hand-N-Hand Therapy, Stephanie Lewy, MPT, Pamela Wood, PT, LLCC; Patient Account History from Hand-N-Hand Therapy; Patient Account History from Washington Radiology Associates; Hospital Records from Sibley Memorial Hospital, The Pain Medicine Center; ER Department Record from Sibley Memorial Hospital; Patient Account History from Sibley Memorial Hospital; Progress notes from Dr. Alexandros Powers; Patient Account History from the Washington Brain and Spine Institute; Progress notes from Dr. M. Theresa Carlini, Physical Ability Assessment; Progress notes from Dr. David Patterson; Progress notes from Dr. Gary Kaplan, D.O; Progress notes from Dr. James Campbell; Patient Account History from Dr, Theresa Carlini; Progress notes from The Kaplan Clinic, P.C, Dr. Gay Kaplan, Dr. Lisa Lilienfield, Lemmerman; Multiple, Lab reports, un-related; EKG, un-related; MRI of the lumbar spine dated 07/02/03; MRI of the cervical spine dated 12/02/03; X-rays of the lumbar spine dated 01/09/04; MRI of the lumbar spine dated 10/19/04; Thyroid sonogram, un-related; Trans-abdominal and trans-vaginal sonogram dated 11/09/04; Bilateral mammogram, un-related; X-ray of the chest dated 11/30/04, un-related; Patient Account History from Kaplan Clinic;  Progress notes from Back in Motion Physical Therapy, Mary Nalls, MPT; Patient Account History from Back in Motion Physical Therapy; ER Department Record from INOVA Fairfax Hospital; Patient Account History from INOVA Fairfax Hospital; Progress notes from Allan Joel Belzberg; Operative Report from Johns Hopkins Hospital, Dr. James Campbell, dated 12/07/04; Patient Account History from The Johns Hopkins University; Intraoperative X-rays of the cervical spine dated 04/09/03; Lumbar Discogram dated 09/08/03; CT of the cervical spine during facet injections; Cervical Discogram dated 02/02/04; X-rays of the cervical spine dated 06/01/04; Provocative cervical discography dated 02/02/04; Operative Report from Johns Hopkins Medicine, dated 03/31/04, Dr. James Campbell; Operative Report from Johns Hopkins Medicine, Dr. James Campbell; Patient Account History from Johns Hopkins Medicine; Progress notes from Dr. Sherif Meleka; Patient Account History from Ava Mina Pain Treatment Center; X-rays of the cervical spine dated 04/04/03; X-rays of the cervical spine dated 11/12/03; X-rays of the cervical spine dated 07/14/04; X-rays of the lumbar spine dated 11/02/04; X-rays of the lumbar spine dated 01/12/05; X-rays of the lumbar spine dated 06/14/05; Patient Account History from Tysons Corner Diagnostic Imaging Inc.; Progress notes from Dr. David Grass; MRI of the brain dated 01/08/04; Posterior Tibial Evokes Response Study dated 01/09/04; Median Nerve Evoked Potential dated 01/09/04; EMG/NCS dated 01/09/04; Progress notes from Dr. Thomas Wise; Patient Account History from Neurology Center of Fairfax; Patient Account History from Sibley Hospital; ER Department Record from Sibley Memorial Hospital; HICFA Claim Forms from Sibley Memorial Hospital; Progress notes from McLean Immediate Care; Superbills from McLean Immediate Care; Progress notes from Steven LeBeau, DDS; Patient Account History from Steven LeBeau, DDS; Progress notes from Dr. Marcia Ribeiro; Patient Account History from Mid-Atlantic Headache Institute; additional documents from Kaplan ClinicPolice Accident Report; Claim for Damage Injury or Death; Letter from Kenneth J. Annis & Associates; Letter from United

**Re: Margaret Sue**
**Date of Exam: 10/07/05**
**Date of Injury 04/10/00**
**Page 3**

Services Automobile Association; E-Mail regarding 1999 Results from Sandra Sue; US Individual Income Tax Return dated 1999; US Individual Income Tax Return dated 2000; US Individual Income Tax Return dated 2001; US Individual Income Tax Return dated 2002; US Individual Income Tax Return dated 2003; Quarterly Savings and Retirement Plan Statements; Savings Plan Contribution Rate Confirmation Statement; Retirement Plan Financial Statements; Story written by Margaret Sue's daughter; Pictures of Margaret Sue and her daughter; Pictures of damage to Margaret Sue's vehicle; Listings of Rehabilitative, Therapeutic and Assistive Devices purchased for Margaret Sue with total cost; Prescription Medication Listing/ prescription refills and total cost for Margaret Sue.

**Family History :** There is a negative family history of muscle or bone disease.

**Social History :** The patient's education is significant for completion of graduate school and she lives with her partner, her 10 year old daughter and a foreign exchange student. She denies tobacco use and rarely drinks alcohol.

**Past Medical History :** The patient's primary care physician is Dr. Lisa Lillienfield and she suffers from Mitral Valve Prolapse, Hypothyroidism, and allergy induced Asthma.

**Past Surgical History :** L5-S1 Lumbar Laminectomy with Fusion in 1991; Anterior Cervical Diskectomy with Fusion on 04/09/03; Lumbar Laminectomy and Non-instrumented fusion L4-5 in 12/04; Anterior Cervical Diskectomy with Fusion on 06/01/2004; Coccygectomy in 2004.

**Medications :** Morphine 120 mg qam; Neurontin; Lidocaine patches 3 qpm; Botox 1000 cc q3 months; Oxycodone 5 mg 4-6 QD; Armour Thyroid 45 mg qam; Lorazepam 2 mg qpm; Lidocaine and prilocaine; Methylphenidate 10 mg prn; Cortisone crème prn; Effexor 150 mg, Cymbalta 60 mg; Skelaxin 800 mg TID; Celebrex 100 mg 1 qam.

**Allergies :** Duragesic patch.

**Physical Examination :**
General Appearance: Height is 5'5" and weight is 165 pounds. Hair: Brown/grey. Eyes: brown.
Respirations: Normal.
Vascular: Age-appropriate varicosities and normal extremity temperatures.
Lymphatic: No lymphadenopathy palpated.
Neurological/Psychological: Mental status: Oriented to person, place and time. Appropriate affect.
Skin: Scars: neck, lower-mid back, and coccygeal area.
Left Upper Extremity:
    General: Moderate cape tenderness. No malalignment.
    Range of motion: Cape crepitation. ROM Pain in the shoulder.
    Muscular Strength/Tone: No evidence of atrophy, no fasciculations.
    Special Tests: Positive apprehension test. Positive Hawkin's and Neer's signs.
Right Upper Extremity:
    General: Moderate radial arm tenderness palpatory tenderness. No malalignment.
    Range of motion: Full active/passive range of motion.

**Re: Margaret Sue**
**Date of Exam: 10/07/05**
**Date of Injury 04/10/00**
**Page 4**

    Muscular Strength/Tone:  No evidence of atrophy, no fasciculations.
    Special Tests:  Negative apprehension test.  Negative Hawkin's and Neer's signs.  Mild positive
    Finkelstein's
Left Lower Extremity:
    General:  Moderate Tibial talar/ Subtalar tenderness.  No malalignment.
    Range of motion:  Patellofemoral Crepitation. ROM Pain in the ankle and mid-foot, 75% ST and TT
    motion active.
    Muscular Strength/Tone:  No evidence of atrophy, no fasciculations.
    Special Tests: Positive 45 degree straight-leg raising test.  Positive Sciatic Notch Tenderness.
    Negative crossed-leg raising.
Right Lower Extremity:
    General:  Without palpatory tenderness. No malalignment.
    Range of motion:  Full active/passive range of motion.
    Muscular Strength/Tone:  No evidence of atrophy, no fasciculations.
    Special Tests: Negative straight-leg raising test.  Negative crossed-leg raising.
Cervical Spine:
    General:  Moderate palpatory tenderness.  No malalignment.
    Range of motion:  Restricted 50% active ROM.  ROM Pain.
    Muscular Strength/Tone:  No evidence of atrophy, no fasciculations.
    Special Test:  Positive left Spurling's test. Positive left SAD sign.
Thoracolumbar Spine:
    General:  Moderate diffuse lower back palpatory tenderness.  No malalignment.
    Range of motion:  Restricted 50% active ROM.
    Muscular Strength/Tone:  No evidence of atrophy or fasciculations.
    Special Test:  Moderately positive lumbar extension test.
Neurologic:
    Gait:  Slight antalgic left gait and steady station.
    Sensory:  Upper extremities no dermatomal loss, lower extremities bilateral L4-S1 dermatomal loss.
    Motor:  C5  4/5 power bilaterally and L4-S1 4+/5 power bilaterally.
    Reflex:  Upper extremities 3+ bilateral BR and Triceps DTR's, lower extremities absent left ankle
    DTR's.
Non-Anatomic Signs:
    Modified Waddell's signs:  2/5
1. Simulation tests-pain reported during spurious provocation
2. Regional disturbances (weakness and/or sensory) which did not follow any consistent
    myotomal or dermatomal patterns

**Review of Diagnostic Reports:**  MRI of the cervical spine dated 05/02/00 demonstrates a diffuse
central, left greater than right, moderate to marked chronic disc bulge at C5-6 without spinal stenosis. At
C4-5, there is diffuse central moderate to marked chronic disc bulge. At C6-7, there is a diffuse central,

**Re: Margaret Sue**
**Date of Exam: 10/07/05**
**Date of Injury 04/10/00**
**Page 5**

right greater than left, moderate chronic disc bulge. MRI of the lumbar spine dated 05/02/00 demonstrates a diffuse central minimal post-operative disc bulge. Plain films would be better to assess for vertebral body number to exclude a transitional spine. At L2-3, the intervertebral disc shows minimal degeneration. At L4-5 the right facet joint shows very minimal degeneration. MRI of the brain dated 07/28/02 demonstrates no evidence of intracranial mass or hemorrhage. Normal MRI. MRI of the cervical spine dated 07/28/02 demonstrates straightening of the normal cervical lordosis. Additionally, degenerative changes are present within the cervical spine, most pronounced at C5-6 and C6-7, where diffuse disc bulges and posterior osseous ridging result in moderate spinal canal stenosis. There is also bilateral neural foraminal narrowing at C4-5 and C5-6, as well as RIGHT sided neural foraminal narrowing at C3-4, largely on the basis of uncovertebral joint and facet joint hypertrophy. Additional milder degenerative changes are present. CT of the cervical spine dated 08/28/02 demonstrates bony osteophytes at C3-4, C5-6 and C6-7, most pronounced at C6-7. Bulging midline disc at C4-5. Cervical Myelogram/CT scan dated 08/28/02 demonstrates bulging discs and or osteophytes at C3-4 and C4-5. Lumbar Myelogram/CT scan dated 08/28/02 demonstrates bulging discs at L3-4 and L4-5. CT of the lumbar spine dated 08/28/02 demonstrates bulging L4-5 disc with borderline spinal stenosis. X-rays of the cervical spine dated 04/04/03 demonstrates lateral cervical spondylolysis without fracture. MRI of the lumbar spine dated 07/02/03 demonstrates a moderate degree of spinal canal stenosis at L4-5. This is caused by hypertrophic bone spurs originating from the facet joints and by hypertrophic ligamentum flavum. Mild nonfocal disc bulge at L4-5 contributes to the stenosis of the canal. Marked disc degeneration is noted at L5-S1 manifested by narrowing of the disc space and decrease in the signal intensity of this disc. Mild disc degeneration is noted at L2-3, L3-4 and L4-5. This is manifested by slight decrease in the signal intensity of these discs and mild nonfocal disc bulge. There is no evidence of disc herniation at any level. Degenerative arthritis is noted in the facet joints of the lower lumbar spine. This is more marked at L4-5. Additional images were obtained in the coccyx which fails to demonstrate a definite bony abnormality. X-rays of the lumbar spine dated 07/28/03 demonstrates degenerative disc disease at L5-S1. No evidence of spondylolisthesis. Lumbar Myelogram/CT scan dated 07/28/03 demonstrates spinal stenosis at L4-5 and small bulging discs at L2-3 and L4-5. X-rays of the cervical spine dated 11/12/03 demonstrates status post fusion of the C4, C5, C6 and C7 vertebral bodies in good position. MRI of the cervical spine dated 12/02/03 demonstrates spinal bone fusion changes are noted at C4-5, C5-6 and C6-. There is solid union of the fused vertebrae. There is no evidence of recurrent disc herniation at the surgical sites. Disc degeneration of a mild degree at C3-4 which is manifested by nonfocal posterior disc bulge and hypertrophic bone spur formation originating from adjacent aspects of eth bodies of C3 and C4. The above abnormalities produce mild lateral recess stenosis and neural foraminal stenosis at C3-4, bilaterally. Small hypertrophic bone changes are also noted in the posterior aspect of the fused vertebral bodies which compromise the lateral recesses of the spinal canal slightly. The bone anatomy, however, at the surgical site is obscured by metallic artifacts. No pathological enhancement is noted in the cervical cord or meninges of the cervical canal after intravenous administration of contrast material. X-rays of the lumbar spine dated 01/09/04 demonstrates sacralized 5th lumbar vertebrae. There are minimal degenerative changes of the lumbar spine. There appears to be spondylolysis present on the left at L5-S1. Posterior Tibial Evokes Response Study dated 01/09/04 demonstrates all absolute latencies and interpeak latencies are within normal limits. There is an interextremity absolute latency prolongation on the left. All interextremity interpeak latencies are asymmetric. Median Nerve Evokes Potential dated 04/09/04 demonstrates no abnormalities. EMG/NCS dated 01/09/04 demonstrates no abnormalities and no electrodiagnostic feature of myelopathy or motor

Re: Margaret Sue
Date of Exam: 10/07/05
Date of Injury 04/10/00
Page 6

neuron disease. Provocative cervical discography dated 02/02/04 demonstrates pain sensitive and concordant segment at C3-4. The level shows mild to moderate degree of degenerative changes. At C2-3, the segment is pain sensitive but less so than C3-4 and less concordant. Therefore, it appears that the L3-4 is the major pain sensitive segment for the patient. It is also noted that the patient's pain does appear to be consistent with an occipital neuralgia and it is questioned whether she would benefit from controlled C2-3 root blocks and or fact joint blocks. X-rays of the cervical spine dated 06/01/04 demonstrates anterior cervical fusion C3-4. Anterior fusion plates and screws from C4 through at least C7. Lower vertebrae not visualized below the C7 level. MRI of the brain dated 01/08/04 demonstrates no focal brain abnormality identified. The ventricles are normal in size and configuration and there is no shift of the midline structures or other signs of mass effect. The visualized intracranial vascular structures are unremarkable. After intravenous administration of contrast material, no pathological enhancement is noted in the brain parenchyma or the meninges. The remaining findings are also unremarkable. MRI of the lumbar spine dated 10/19/04 demonstrates post-operative changes at L5-S1. They involve the posterior elements of these two vertebrae. In addition there is evidence of atrophy of the paraspinal muscles posteriorly to the laminectomy site. The muscles in that area are partially replaced by fat. Evidence of marked disc degeneration is noted at L5-S1. Moderately severe disc degeneration is noted at L2-3 and mild disc degeneration is noted at L3-4 and L4-5. There is mild nonfocal disc bulge in the four discs from L2-S1. This abnormality is more prominent at L2-3 and is secondary to disc degeneration. The bulging discs do not appear to compromise the spinal canal significantly. Degenerative osteoarthritis is noted in the facet joints at L4-5. The right facet joint is more severely affected at that level. Less severe degenerative arthritis is noted in the facet joints at L5-S1. There is spinal canal stenosis at L4-5. This is of a mild to moderate severe degree and is caused by hypertrophic bone spurs that originate from the facet joints. The hypertrophic ligamentum flavum and the slight disc bulge of the disc at that level contribute to the stenosis of the spinal canal. There is no evidence of a disc herniation at any level. Incidentally there is a fluid-filled cystic lesion in the pelvic cavity measuring about 3.2 cms in diameter. The exact etiology of this finding is not known. An ovarian cyst is the primary diagnostic consideration. The pelvic cavity however is not thoroughly investigated in this examination of the lumbosacral spine. X-rays of the cervical spine dated 07/14/04 demonstrates postoperative fusion between C3-4, C5-6 and C6-7. Trans-abdominal and trans-vaginal sonogram dated 11/09/04 demonstrates multiple fibroids. Small nabothian cyst. Small right ovarian cyst. The left ovary is not visualized. X-rays of the lumbar spine dated 11/02/04 demonstrates sacralized transitional 5th lumbar vertebrae. Minimal degenerative changes of the lumbar spine. X-rays of the lumbar spine dated 01/12/05 demonstrates bone graft at L4 and L5 in good position. Osteoarthritic changes in the lumbar spine, most pronounced at the level of L5-S1. X-rays of the lumbar spine dated 06/14/05 demonstrates no fracture or subluxation. There is narrowing of the disc space at L5-S1 secondary to degenerative changes. Bone fusion at L4 and L5 cannot be demonstrated on this examination.

**Review of Diagnostic Studies:** No films were available for review today.

**Diagnosis/Opinion:** (722.83) Post Laminectomy, Lumbar; (722.81) Post-Laminectomy Syndrome, Cervical; (304.91) Prescription Narcotics Dependency; Hyper-reflexia.

Re: Margaret Sue
Date of Exam: 10/07/05
Date of Injury 04/10/00
Page 7

The patient qualifies for a permanent partial disability rating of 25% for the cervical spine with 5% apportionment for her preexisting condition of cervical spondylosis. With respect to her low back she qualifies for a 28% disability rating with 10% apportioned to her preexisting Postlaminectomy syndrome and spondylosis changes. With respect to the complaint of Coccygodynia and the subsequent surgery she underwent she rates a 15% impairment with no apportionment possible. These impairments would include sexual dysfunction, her response to chronic narcotics usage, her radicular changes and include impaired activities of daily living. If one chooses to represent the orthopaedic impairment as a 'whole body percentage' then conversion as below would yield a whole body orthopaedic impairment of 19%. This would be a conversion using the 4/10/2000 apportioned impairments only.

The five factors of pain, loss of function, loss of endurance, weakness and atrophy have been considered. This report has been prepared according to *The Guides to Evaluation of Permanent Impairment*, Fourth Edition, published by the *American Medical Association*.

The purpose of an Independent Medical Evaluation was explained to the patient. She agreed to the history and physical examination. All opinions rendered in this report are within a reasonable degree of medical certainty/probability and are relative to the injury of 04/10/00. The opinion does not constitute per se a recommendation for specific claims or administrative functions to be made or enforced.

Steven S. Hughes, M.D.

cc:    Bode & Grenier, LLP          Fax: 202-828-4130
       John Verdi


SSH/ jbshhycdshhyshshcd

Re: Margaret Sue
Date of Exam: 10/07/05
Addendum: 10/20/05
Date of Injury 04/10/00
Page 7

The patient qualifies for a permanent partial disability rating of 25% for the cervical spine with 5% apportionment for her preexisting condition of cervical spondylosis. With respect to her low back she qualifies for a 28% disability rating with 10% apportioned to her preexisting Postlaminectomy syndrome and spondylosis changes. With respect to the complaint of Coccygodynia and the subsequent surgery she underwent she rates a 15% impairment with no apportionment possible. These impairments would include sexual dysfunction, her response to chronic narcotics usage, her radicular changes and include impaired activities of daily living. If one chooses to represent the orthopaedic impairment as a 'whole body percentage' then conversion as below would yield a whole body orthopaedic impairment of 19%. This would be a conversion using the 4/10/2000 apportioned impairments only.

The five factors of pain, loss of function, loss of endurance, weakness and atrophy have been considered. This report has been prepared according to *The Guides to Evaluation of Permanent Impairment*, Fourth Edition, published by the *American Medical Association*.

The purpose of an Independent Medical Evaluation was explained to the patient. She agreed to the history and physical examination. All opinions rendered in this report are within a reasonable degree of medical certainty/probability and are relative to the injury of 04/10/00. The opinion does not constitute per se a recommendation for specific claims or administrative functions to be made or enforced.

Steven S. Hughes, M.D.

cc:    Bode & Grenier, LLP        Fax: 202-828-4130
       John Verdi

SSH/ jbshhycdshhyshshed

*Addendum request: 10/20/05*
*I last questioned and examined this patient on 10-7-05. I have been asked to address whether or not the past treatment was reasonable and appropriate and if the past charges for this are reasonable and appropriate.*
   *I would opine that the treatment and charges for this treatment were reasonable and appropriate as follows. Cervical spine from accident until 12/30/2004, Lumbar spine from accident until 6/30/2005, and Coccyx from accident until 6 months post surgical Coccygectomy.*

*Steven S. Hughes, M.D.*

*SSH/cdsh*

October 18, 2005

DEPOSITIONS AND TRIAL TESTIMONY FOR STEVEN S. HUGHES, M.D.
2001-2005
**This list was created de novo today and is as complete and accurate
as we can make it.  We do not have access to legal data bases and
further information may be found there regarding this requirement.**

| | |
|---|---|
| Horner v Hinkley | 11/01 |
| Michel Smith | 11/01 |
| J. Toy | 11/01 |
| | |
| Soto v Hinkley | 1/02 |
| Cummings v Klara | 1/02 |
| S.Gunn | 4/02 |
| Buchanan v Patel | 6/02 |
| Glover v Hinkley | 7/02 |
| Ney v Carroll Osgood | 7/02 |
| Glover v Hinkley | 7/02 |
| Cox | 7/02 |
| Knight v Hayes | 9/02 |
| Epstein v Dawes | 10/02 |
| Pompliano | 10/02 |
| Burnett v Perdue | 10/02 |
| Krieger | 11/02 |
| | |
| Anderson v BonSecours | 2/03 |
| Michel v Ghosh | 2/03 |
| Ryan v Holy Cross | 2/03 |
| Buchanan v Patel | 5/03 |
| Humes v Hinkley | 6/03 |
| McCampbell | 7/03 |
| D. Johnson | 12/03 |
| Kasson v Hinkley | 11/03 |
| | |
| VanDuzer | 1/04 |
| M. Ball | 2/04 |
| Wilds | 2/04 |
| Cartledge | 2/04 |
| Petrucelli v Ryan | 2/04 |
| Lacy v Cabell Huntington Hosp. | 3/04 |
| B. Brown | 4/04 |
| Henderson | 5/04 |



October 18, 2005

DEPOSITIONS AND TRIAL TESTIMONY FOR STEVEN S. HUGHES, M.D.
2001-2005
Page 2
**This list was created de novo today and is as complete and accurate
as we can make it. We do not have access to legal data bases and
further information may be found there regarding this requirement.**

| | |
|---|---|
| Snowden (arbitration) | 5/04 |
| M. Bowers | 6/04 |
| Kasson | 8/04 |
| Vona Mead | 9/04 |
| Stangel | 9/04 |
| R. Slater | 10/04 |
| Shethi | 11/04 |
| Bailergon | 12/04 |
| Cartledge v North | 12/04 |
| | |
| Cummings V Klara | 1/05 |
| Waldon | 2/05 |
| A. Holloway | 2/05 |
| Michael Ball | 2/05 |
| Wilds | 2/05 |
| Cartledge | 4/05 |
| Zubeida Abdullah | 4/05 |
| L. Schwartz | 4/05 |
| Jourdan | 5/05 |
| K. Walters | 5/05 |
| Hunter | 6/05 |
| T. Gilbert | 6/05 |
| Gedris | 6/05 |
| Hahn | 7/05 |
| Gyamfi | 7/05 |
| Pierce | 8/05 |
| Luis Roldol | 8/05 |

# CURRICULUM VITAE

NAME:                    **Steven Samuel Hughes, M.D.**

ADDRESS:

BUSINESS:                **2445 Army Navy Drive,**
                         **Arlington, Virginia  22206**
                         **Phone: (703)769-8440        Fax: (703-892-8920)**
                         **Email: sshughes1@verizon.net**

**PERSONAL INFORMATION:**

BIRTHPLACE:   Brockport, New York

BIRTH DATE:   October 26, 1959

CITIZENSHIP:   U.S.A.

**EDUCATION:**

1981             University of Rochester
                 Rochester, New York
                 B.A. in Biology, **Summa Cum Laude**

May 1985         University of Rochester School of Medicine and Dentistry
                 Rochester, New York
                 Doctor of Medicine
                 **(Graduated with Honors for Scholastic Achievement)**

**POSTDOCTORAL TRAINING:**

1985-86          Surgical Intern, Bethesda Naval Hospital, Bethesda, Maryland

1988-92          Resident in Orthopaedics
                 Strong Memorial Hospital
                 Rochester, New York

1994-95          Fellow in Spinal Surgery
                 Case Western Reserve Hospital
                 Cleveland, Ohio

**UNIFORMED SERVICE:**

Branch:        United States Navy

Dates served: May, 1981 - August, 1997

Rank held:    Commander

## PROFESSIONAL LICENSURE:

Maryland (Active) #D439889
Washington, DC (Active) #22157
Virginia (Active) #0101-039862
North Carolina (Active) #95-00947
Florida (Active) #ME-0072039
Ohio (Inactive) #66837
New York (Inactive) #177140

## SPECIALTY CERTIFICATION:

Certified Diplomat American Board of Orthopaedic Surgery
Recertified, April-2003
Diplomat National Board of Medicine
Fellow American Academy of Orthopaedic Surgeons (#65600)
Credentialed Reviewer Medical Care Ombudsman Program/Medical
Review Institute

## EMPLOYMENT/APPOINTMENTS:

| | |
|---|---|
| 2000- | Private Practice with The Anderson Cllinic, Arlington, VA. Assistant Clinical Professor Georgetown University School of Medicine |
| 1998-2000 | Director of Spinal Surgery Services for Metropolitan Washington Orth. Assn. & Allied Subspecialties Oxon Hill, Maryland; Assistant Clinical Professor Georgetown University School of Medicine Chief Greater Southeast Spinal Surgery Section |
| 1995-1998 | Assistant Professor of Orthopaedic Surgery Bowman-Gray School of Medicine Winston-Salem, North Carolina Specializing in Spine Surgery/Total Joint Replacement July, 1997 - Full Practice Partner, Wake Forest University |
| 1994-1995 | Spinal Surgery Fellow Case Western Reserve University Cleveland, Ohio |
| 1993-1994 | Assistant Professor in Orthopaedic Surgery Uniformed Health Sciences Center Bethesda, Maryland |

| | |
|---|---|
| 1992-1994 | Director Adult Reconstructive Service<br>Bethesda Naval Hospital<br>   -Orthopaedic Quality Assurance Director<br>   -Research Committee Director<br>Bethesda, Maryland |
| 1992-1993 | Clinical Instructor in Orthopaedic Surgery<br>Bethesda Naval Hospital<br>Bethesda, Maryland |
| 1991-1992 | Chief Resident Orthopaedics<br>Strong Memorial Hospital<br>Rochester, New York |
| 1986-1988 | General Medical Officer<br>Aboard USS Seattle, AOE-3<br>Norfolk, Virginia |
| 1982 | Tutor for Human Anatomy<br>University of Rochester<br>Rochester, New York |
| 1981 | Teaching Assistant Organic Chemistry<br>University of Rochester<br>Rochester, New York |
| 1980 | Teaching Assistant Vertebrate Biology<br>University of Rochester<br>Rochester, New York |
| 1979 | Teaching Assistant Organic Chemistry<br>University of Rochester<br>Rochester, New York |

**PROFESSIONAL INTERESTS**:

Alterations of In Vivo Human Patellar Blood Flow During the Subvastus Surgical Procedures: A Technique Using Laser Doppler Flowmetry. National Naval Medical Center.

The Measurement of Proximal Femoral Bone Blood Flow After Press Fit Versus Cemented Total Hip Arthroplasty: A Technique Using Laser Doppler Flowmetry. The Effect of Synovial Resection on Peri-operative Blood Loss and Clinical Outcome After Total Knee Arthroplasty. National Naval Medical Center.

**GRANTS/PROJECT DIRECTORATE**:

Young Investigator Grant  1989 - Upjohn - Fracture Callus Model.

Orthopaedic Research Grant 1991-University Orthopaedic Associates, Strong Memorial Hospital- Osteochondroblast Model.

Clinical Study of the Examination of the Lower Back and Extremities Using the Computerized Thermal Imaging System.  Providence Hospital 2000

**PROFESSIONAL MEMBERSHIPS:**

Member, American Motorcyclist Association, 1974
Member, Eastern New York Sports Committee, 1974
Member, Candidate Member Services Committee, AAOS 1991
Member, Washington Orthopaedic Society, 1993
Member, Orthopaedic Research Society, 1994
Member, Cleveland Orthopaedic Society, 1994
Member, Society of Military Orthopaedic Surgeons, 1994
Member, North Carolina Medical Society, 1995
Member, Southern Orthopaedic Association, 1995
Member, Forsyth-Stokes-Davie County Medical Society, 1995
Member, American Academy of Orthopaedic Surgeons, 1996
Member, North American Spine Society, 1996
Member, Cervical Spine Research Society, 1996
Member, Eastern Orthopaedic Association, 1998

**HONORS AND AWARDS**:

Who's Who Among High School Students

Who's Who Among College Students

National Dean's List; Dean's list for 8 semesters as an undergraduate.

Regents Scholarship winner, 1976

American Legion Boys State Delegate, 1976

Bausch and Lomb Science Award, 1977

Honor Society inductee, 1977

Number 1 ranked expert in New York State American Motorcyclist Association Dirt Track Racing; 2 separate titles, 1978

Phi Beta Kappa, 1980; inducted as a junior, at earliest eligibility.

Wolf Vishniac Scholarship in Biology   1980-1981

Alpha Omega Alpha, Zeta Chapter of New York, inducted at earliest eligibility,

President/Treasurer, 1984

Executive Committee Letters of Commendation; University of Rochester School of Medicine and Dentistry; for outstanding scholastic work. All 4 years of medical school.

Awarded a full Naval Medical School Scholarship; inducted as an officer, 1981 Summa Cum Laude Honors with G.P.A. of 3.93/4.00 at Commencement in 1981 from the University of Rochester.

1982 Officer Indoctrination Training at Newport, Rhode Island; G.P.A. of 3.8/4.0 in a class of 350 Naval Reserve Officers.

Navy Achievement and Sea Service Ribbon, USS Seattle AOE-3 1988

J.D. States Orthopaedic Research Prize Rochester General Hospital **1991 & 1990** first consecutive winner

Orthopaedic Research Grant, Strong Memorial Hospital, 1991

Winner American Orthopaedic Association Zimmer Travel Award 1992

Elected AAOS Candidate Member Services Council 1992-1997

Founder's Award, Co-winner; Cammarata A, Hughes SS. *A Study of an In Vivo Study of the Altered Patellar Blood Flow as a Result of Standard Total Knee Arthroplasty (TKA).* Presented Society of Military Orthopaedic Surgeons Meeting, Vail, Colorado, December, 1995.

Norman T. Kirk Award, Co-winner; Best Scientific Presentation. Patellar Vascularity with the Subvastus Approach vs. Quadriceps Tenotomy Approach for Total Knee Arthroplasties. Presented at the Society of Military Surgeons, Colorado by Angelo Cammarata, M.D. December, 1995.

Elected Member **Cervical Spine Research Society** 1996

Appointed Legal Services Committee North American Spine Society 1999

## PERSONAL INTERESTS:

FAA certified private pilot
Computers/Digital Imaging
Golf
PADI/NAUI advanced scuba diver
Underwater Photography
Medico-legal research

## CONTINUING EDUCATION COURSES/MEETINGS ATTENDED:

March, 1986          Armed Forces Combat Casualty Care Course
                     Fort Sam Houston, Texas, CME 53 hrs

| | |
|---|---|
| May, 1988 | Advanced Cardiac Life Support Refresher Course<br>Department of the Navy<br>Naval Hospital, Bethesda, CME 12 hrs |
| April, 1989 | Orthopaedic Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 100 hrs |
| May, 1989 | 1988 Sports Medicine Self-Assessment Examination<br><br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| May, 1989 | 1988 Pediatric Orthopaedic Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| May, 1989 | 1988 Adult Reconstructive Surgery of the Hip and Knee<br>Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| May, 1989 | 1987 AAOS Orthopaedic Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 100 hrs |
| 1990 | Orthopaedic Knowledge Update<br>American Academy of Orthopaedic Surgeons, CME 100 hrs |
| July, 1991 | Musculoskeletal Trauma Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| July, 1991 | 1991 Foot and Ankle Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| July, 1991 | Adult Spine Self-Assessment Examination<br>American Academy of Orthopaedic Surgeons, CME 10 hrs |
| February, 1992 | AO/ASIF Basic Fracture Course<br>Toronto, Ontario, Canada, CME 31 hrs |
| September, 1992 | Issues in Total Shoulder Arthroplasty Course<br>Naval Health Sciences Education and Training Command<br>National Naval Medical Center, Bethesda, CME 3.5 hrs |
| December, 1992 | Revision Hip & Fixed Bearing Knee Course<br>Joint Implant Surgery and Research Foundation, CME 14 hrs |
| March, 1993 | Revision Total Hip Replacement Course<br>Joint Implant Surgery and Research Foundation, CME 7 hrs |
| July, 1993 | Advanced Applications of Ilizarov Technique<br>University of Maryland at Baltimore<br>Baltimore, Maryland, CME 18 hrs |

September, 1993    St. Mary"s Hip & Knee Symposium
                   Williamsburg, Virginia, CME 15.75 hrs

February, 1994     Federation of Spine Associations
                   Specialty Day, New Orleans, LA, CME 7 hrs

February, 1994     The Hip Society Specialty Day, New Orleans, LA, CME 7 hrs

February, 1994     American Academy of Orthopaedic Surgeons
                   Annual Meeting, New Orleans, LA, CME 30.50 hrs

August, 1995       Arthritis/Cartilage Research Group Meeting
                   University of North Carolina
                   Chapel Hill, North Carolina, CME 1 hr

December, 1995     Orthopaedic Grand Rounds
                   Bowman Gray School of Medicine
                   Winston-Salem, North Carolina, CME 2 hrs

October, 1995      North American Spine Society
                   10th Annual Conference
                   Washington, DC, CME 18 hrs

November 1995      Current Concepts in Spinal Endoscopy
                   Sofamor Danek
                   Memphis, Tennessee, CME 1 hr

November 1995      Cervical Spine Research Society
                   23rd Annual Meeting
                   Santa Fe, New Mexico, CME 16.5 hrs

February 1996      American Academy of Orthopaedic Surgeons
                   Professionals/NCARPPS Combined Annual Conference
                   Atlanta, Georgia, CME 28.50 hrs

March 1996         North Carolina Association of Rehabilitation and Insurance
                   63rd Annual Meeting
                   Atlanta, Georgia, CME 1 hr

April 1996         North Carolina Chiropractors Association
                   Monthly Meeting
                   Greensboro, North Carolina, CME 1 hr

October 1996       Florida Medical Association, Inc.
                   Correspondence Course, CME 3 hrs

November 1996      Florida Medical Association, Inc.
                   Correspondence Course, CME 1 hr

| | |
|---|---|
| December 1996 | Cervical Spine Research Society<br>24th Annual Meeting<br>Palm Beach, Florida, CME 14 hrs |
| December 1996 | Cervical Spine Research Society<br>5th Instructional Course<br>Palm Beach, Florida, CME 16 hrs |
| December 1996 | Orthopaedic Grand Rounds/Conferences<br>Bowman Gray School of Medicine, North Carolina, CME 9 hrs |
| January 1997 | Anderson Clinic Learning Center<br>Concepts & Techniques Total Knee Arthroplasty<br>Analysis & Observation Revision Total Hip<br>Arlington, VA   , CME 2 |
| February 1997 | Health Care Professional Course on Alcoholism<br>Naval Hospital<br>Bethesda, Maryland, CME 10 hrs |
| February 1997 | Total Spine: Advanced Concepts and Constructs<br>Cancun, Mexico, CME 15.5 hrs |
| February 1997 | American Academy of Orthopaedic Surgeons<br>Annual Meeting<br>San Francisco, CA, CME 29.50 hrs |
| February 1997 | Federation of Spine Associations Specialty Day<br>San Francisco, CA, CME 8 hrs |
| June 1997 | Ray Threaded Fusion Cage Satellite Teleconference<br>Greensboro, NC, CME 1 hr |
| July 1997 | BAK Interbody Cage System<br>South Tech<br>Winston-Salem, NC, CME 1 hr |
| July 1997 | Microvascular Surgery Technique<br>BGSM<br>Winston-Salem, NC, CME 3 hrs |
| September 1997 | Spine Study Group 11th Symposium<br>Palm Beach, FL, CME 21 hrs |
| December 1997 | Cervical Spine Research Society<br>25th Annual Meeting,Rancho Mirage, CA, CME 23 hrs |
| January 1998 | Risk Prevention Skills<br>Temple University School of Medicine<br>Philadelphia, PA 19140, CME 6 hrs. |

| | |
|---|---|
| March 1999 | Total Spine: Advanced Concepts and Constructs<br>Cancun, Mexico, CME 16 hrs |
| April 2000 | Spinal Surgery Review  36 hours |
| July 2000 | Orthopaedic Knowledge Update American Academy of Orthopaedic Surgeons, CME 100 hrs |
| November 2000 | Cervical Spine Research Society<br>27th Annual Meeting,Charleston, SC, CME 23 hrs |
| April 2001 | Maryland Board of Quality Assurance Case Review,<br>CME 1 hr |
| June 2001 | American Orthopaedic Society<br>West Palm Beach, Florida, CME 15 hours |
| July 2001 | Intradiscal Electrothermal Therapy of the Spine Training<br>Baltimore, Maryland, Certified training |
| December 2002 | Cervical Spine Research Society 29th Annual Meeting<br>Miami, Florida        CME 23 hours |
| April, 2003 | Medical-Dental Legal Update 2002-2003<br>Grand Cayman        CME  20 hours |
| December, 2003 | Medical-Dental-Legal Update 2003-2004<br>Keystone, Colorado     CME 20 hours |
| December, 2004 | Medical-Dental Legal Update 2004-2005<br>Park City, Utah  CME 20 hours |
| February 2005 | AAOS Annual Meeting<br>Washington DC- 35.5 CME hours |
| July 2005 | Contemporary Spine Surgery Reviews<br>6 CME Hours Category 1 |
| September 2005 | Emerging Technologies in Spine Surgery<br>Washington, DC<br>14 CME Category I AMA |

## LECTURES, SPEECHES, EXHIBITS, FILMS:

### NATIONAL ORAL SCIENTIFIC PRESENTATIONS:

Hughes SS.  Surgical Treatment of Metastatic Pathologic Fractures.  Presented AOA Resident's Conference, Rochester, New York, March 1989.

Hughes SS.  5-Year Minimum Follow-up of a Porous Coated Collarless Femoral Component.  Presented AOA Resident Conference, Anaheim, California, March 1990.

Hughes SS. TGF-β Causes a Hyperplastic Synovial Response. Presented AOA Resident's Conference, Kansas City, Kansas, April 1990.

Winner of the John D. States, M.D. Award for Research Paper, AThe Role of Computerized Tomography and the Diagnosis of an Occult Femoral Neck Fracture Associated with an Ipsilateral Femoral Shaft Fracture@, Rochester General Hospital, June 1990.

Pellegrini VD Jr., Hughes SS. 5-Year Minimum Follow-up of a Porous Coated Collarless Femoral Component. Presented AOA Meeting, West Palm Beach, Florida, March 1991.

Hughes SS, Crabb I. Digoxigenin *In Situ* Hybridization: Applications to Musculoskeletal Tissues. Presented AOA Resident's Conference, Kansas City, Kansas. April 1991.

Emery S, Hughes SS. Irradiation and Anterior Vertebral Bone Grafts for Neoplasms - Do They Heal? Oral presentation NASS, 1991.

Hughes SS. Extrapelvic Sciatic Nerve Compression: A Differential in the Cause of Hip Pain. Presented AAOS, Washington, D.C., Feb. 1992.

Hughes SS. A Comparison of Proximal Femoral Atrophy About the Stems of Ti and CoCr Prosthesis Utilizing a Dexa Densitometer. Presented American Orthopaedic Residents Conference, Michigan, March, 1992.

Crabb I, Hughes SS. *In Situ* Hybridization, Techniques and Applications to Archival Specimens. Presented at the Plato Schwartz Memorial Conference, Rochester, New York. June 1992.

Hughes SS. The Effect of Standard Total Knee Arthroplasty Surgical Procedures on Human Patellar Blood Flow *In Vivo*: A Technique Using Laser Doppler Flowmetry. Presented AAOS, New Orleans, LA, 1993.

Hughes SS. Irradiation and Anterior Vertebral Bone Grafts For Neoplasms - Do They Heal? Presented AAOS, New Orleans, LA, 1993.

Steinmann S, Hughes SS. The Effect of Anterior Shoulder Reconstruction on Humeral Head Vascularity. Presented AAOS, New Orleans, LA. 1993.

Hughes SS. A Comparison of the Effect of Standard Quadriceps Tenotomy Versus Subvastus Total Knee Arthroplasty Exposure on Human Patellar Bloodflow *In Vivo*. Presented AAOS, Orlando, 1995.

Phillips FM, Hughes SS. Surgery for Stenosis Adjacent to Previous Lumbar Fusion. Presented North American Spine Society, Washington, D.C., 1995.
Hughes SS. Multilevel Cervical Corpectomy and Fibular Strut Grafting. Intermediate Radiographic and Clinical Outcome. Presented North American Spine Society, Washington, D.C., October 1995.

Hughes SS. Multilevel Cervical Corpectomy and Fibular Strut Grafting: Intermediate Radiographic and Clinical Followup. Presented Cervical Spine Research Society, Santa Fe, New Mexico, November 1995.

Subvastus Approach vs. Standard Approach for Total Knee Arthroplasties. Presented at the Society of Military Surgeons in Colorado by Angelo Cammarata, M.D.. December 3-8, 1995.

Hughes SS, Pringle T, Phillips F, Emery S. Multilevel Cervical Corpectomy and Fibular Strut Grafting: Clinical Radiographic Follow-up. Presented American Academy of Orthopaedic Surgeons Annual Meeting, Atlanta, Georgia, February 1996.

## REGIONAL/LOCAL SCIENTIFIC PRESENTATIONS:

Hughes SS. Transcaphoid/Translunate Fracture Dislocation: A case report and review. Presented Hand Conference, University of Rochester, May, 1989.

Hughes SS. Extrapelvic Sciatic Nerve Compression: A Differential in the Cause of Hip Pain. Presented Plato Shwartz Memorial Conference, Rochester, New York, March, 1991.

Hughes SS. Metastatic Pathologic Fractures. Presented Orthopedic Grand Rounds University of Rochester, April 1991.

Hughes SS. Osteochondroblast: A New Cell Phenotype in Fracture Callus Revealed by Collagen mRNA *In Situ* Hybridization. Presented University of Rochester Hand Symposium, May, 1992.

Hughes SS. Leg Length Discrepancy and Templating in Total Hip Arthroplasty. Orthopaedic Service Rounds, Bethesda Naval Hospital, July, 1992.

Hughes SS. Moderator Revision Total Knee Arthroplasty Course UHSHS, September, 1992.

Hughes SS. Total Knee Arthroplasty: Assessment and Planning. Orthopaedic Service Rounds, Bethesda Naval Hospital, November, 1992.

Hughes SS. Total Knee Arthroplasty: Surgical Approach and Technique. Orthopaedic Service Rounds, Bethesda Naval Hospital, February, 1993.

Hughes SS. Secondary Osteoarthritis: Etiology and Diagnosis. Orthopaedic Service Rounds, Bethesda Naval Hospital, April, 1993.

Hughes SS. Proximal Femoral Osteotomy: Indications and Technique. Orthopaedic Service Rounds, Bethesda Naval Hospital, September, 1993.

Hughes SS. Patellar Complications After Total Knee Arthroplasty. Orthopaedic Service Rounds, Bethesda Naval Hospital, February, 1994.

Hughes SS. Patellar Vascularity During Total Knee Arthroplasty.

- 	Grand Rounds, Hershey, Pennsylvania, September, 1994.
- 	Grand Rounds, Rochester, New York, March, 1994.
- 	Grand Rounds, Charlottesville, Virginia, April, 1994.

Hughes SS.  Acute Cervical Spine Trauma.  Spine Conference, Bowman Gray School of Medicine, July 27, 1995.

Hughes SS.  Cervical Radiculopathy and Myelopathy.  Presented Family Medicine Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, September 7, 1995.

Hughes SS.  Primary Tumors of the Spine.  Presented Hematology/Oncology Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, September 15, 1995.

Hughes SS.  Clinical Assessment of Neck and Arm Pain.  Cervical Spine Anatomy & Physical Exam.  Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, September 28, 1995.

Hughes SS. Rheumatoid Cervical Spine.  Arthritis Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, November 7, 1995.

Hughes SS.  Cervical Myelopathy.  Internal Medicine Core Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, November 8, 1995.

Hughes SS.  Athletic Injuries of the Cervical Spine.  Presented Sports/Reconstructive Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 1, 1996.

Hughes SS.  Minimally Invasive Endoscopic Spine Surgery.  Course Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 3, 1996.

Hughes SS.  Arthroscopic Anatomy.  Presented Minimally Invasive Endoscopic Spine Surgery, Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 3, 1996.

Hughes SS.  Differential Diagnosis of Neck and Arm Pain.  North Carolina Rehabilitation Insurance Professionals/NCARPPS Combined Conference, Greensboro, North Carolina, March 31, 1966.

Hughes SS.  Degenerative Conditions of the Cervical Spine.  North Carolina Chiropractic Association Meeting, April 16, 1996, Greensboro, North Carolina.

Hughes SS. Rheumatoid Disease of the Spine.  Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, April 25, 1996.

Hughes SS.  Basic Science IV:  Cartilage.  Orthopaedic Core Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, May 4, 1996.

Hughes SS.  Herniated Thoracic Disc.  Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, May 4, 1996.
Hughes SS.  Differential Diagnosis of Cervical and Shoulder Pain.  Inservice Presentation to Outpatient Physical Therapy and Outpatient Hand Center Therapists, Bowman Gray School of Medicine, Winston-Salem, North Carolina, May 30, 1996.

Hughes SS. Cervical Spine Trauma. Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, August 22, 1996.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, September 13, 1996.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, September 27, 1996.

Hughes SS, Medicine As A Profession, Small Group Facilitator, Bowman Gray School of Medicine, Winston-Salem, North Carolina, 1996-1997.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, October 11, 1996.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, October 18, 1996.

Hughes SS.   Failed Lumbar Surgery: Diagnosis and Treatment, Rehab/Insurance Professional Society Mtg.,  Embassy Suites, Greensboro, North Carolina, November 13, 1996.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, November 15, 1996.

Hughes SS, Failed Lumbar Surgery: Diagnosis and Treatment, Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, December 12, 1996.

Hughes SS, Thoracic Disc Herniation, Spine Conference, Bowman Gray School of Medicine, Winston-Salem,North Carolina, January 23, 1997.

Hughes SS, Failed Lumbar Surgery:Diagnosis and Treatment, Rehab/Insurance Professional Society Mtg. Foothills Chapter, Lake Hickory Country Club, Hickory, North Carolina, January 23, 1997.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, January 24, 1997.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 6, 1997.

Hughes SS, Rheumatoid Diseases of the Spine, Spine Conference Bowman Gray School of Medicine, Winston-Salem, North Carolina, February 27, 1997.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, March 6, 1997.

Hughes SS, Basic Science: Cartilage, Orthopaedic Core Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, March 8, 1997.

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of

Medicine, Winston-Salem, North Carolina, April 3, 1997.

Hughes SS, Nursing Consideration of Cervical Fractures, National Assn. Of Orthopaedic Nurses, Local Chapter , Bowman Gray School of Medicine, Winston-Salem, North Carolina, April 15, 1997

Hughes SS, Doctor/Patient Relationship Course, Instructor, Bowman Gray School of Medicine, Winston-Salem, North Carolina, April 17, 1997.

Hughes SS, Treatment of Low Back & Leg Pain in the Elderly, Spine Conference Bowman Gray School of Medicine, Winston-Salem, North Carolina, April 24, 1997.

Hughes SS, Orthopaedic Spine Care, Inservice, Staff Nurses 8 Reynolds, North Carolina Baptist Hospital, Winston-Salem, North Carolina, June 2, 1997.

Hughes SS, Surgical Management of Spinal Disease, Presented Neurology Grand Rounds, Bowman Gray School of Medicine, Winston-Salem, North Carolina, June 10, 1997.

Hughes SS, Clinical Assessment of Low Back/Leg Pain, Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, November 11, 1997.

Hughes SS, Cervical Radiculopathy, Spine Conference, Bowman Gray School of Medicine, Winston-Salem, North Carolina, December 9, 1997.

Hughes SS, Subaxial Cervical Spine Trauma, 1998 Southeastern Fracture Symposium, Greensboro Marriott, Greensboro, North Carolina, January 22, 1998

Hughes SS, Upper Cervical Spine Injuries and Fractures, 1998 Southeastern Fracture Symposium, Greensboro Marriott, Greensboro, North Carolina, January 22, 1998

Hughes SS, Cervical Radiculopathy, Diagnosis and Pathogenesis, Providence Hospital, Washington, DC, December 13, 1998

Hughes SS, Pan-Cervical Trauma, Georgetown University, Washington, DC, January 12, 1999

Hughes SS, Low Back Pain: Diagnostic Clues and Case Studies, Providence Hospital, Washington DC, February 8, 1999

Hughes SS, Understanding Low Back Pain, Providence Hospital, Washington DC, April 8, 1999

Hughes SS, Cervical Radiculopathy, Treatment Options, Providence Hospital, Washington, DC, May 10, 1999

Hughes SS, Lumbar Laminectomy, diagnosis and treatment, Providence Hospital, Washington, DC, November 1, 2000

Hughes SS, "State of the Art", Spinal Surgery 2001, International Association of Rehabilitation Professionals, Arlington, VA, April 16, 2001