Hughes SS, "Spinal Surgery and Return to Work Issues", NOVA Care Rehabilitation Industrial Workshop, Fairfax, VA., November 7, 2002

Hughes SS, "General Treatment Guidelines for Back Injuries from Auto Accidents" Corvel Corporation/Liberty Mutual Insurance Adjuster group, Fairfax, VA. December 18, 2002

Hughes, SS, "Avoiding the Pitfalls of Orthopaedic Injuries: The Medical and Claims Management Perspective on Bad Knees, Backs, Shoulders, Carpal Tunnel and More" The Virginia Workers' Comp Update, 2003, Arlington, VA. April 30, 2003.

Hughes SS, "Treatment Guidelines for Spine Injuries after Auto Accidents", Corvel Corporation/GEICO Corporation – Insurance Adjuster group, Fredericksburg, VA. May 13, 2003

## SCIENTIFIC EXHIBITS:

Hughes SS. Chondro-Osteoblast: A New Cell Phenotype in Fracture Callus Revealed by Collagen mRNA *In Situ* Hybridization. Poster Presented American Society, Bone and Mineral Research, April 1991, San Diego, California.

Hughes SS. *In Situ Hybridization Using* Digoxigenin Labeled Oligonucleotides Probes: Applications to Skeletal Tissues. Poster Presented American Society, Bone and Mineral Research, April 1991, San Diego, and the United States and Canadian Academy of Pathology, 1992, Atlanta, Georgia.

Hughes SS. A Comparison of Proximal Femoral Atrophy About the Stems of Ti and CoCr Prostheses Utilizing a DP-X Densitometer. Poster Presented American Orthopaedic Association, June, 1992, Toronto.

Hughes SS. Chondroblastoma: Immunocytochemical and *In Situ* Hybridization Evidence Supporting a Cartilaginous Origin. Poster Presented United States and Canadian Academy of Pathology, 1992, Atlanta, Georgia.

Hughes SS. Iliopsoas Bursitis as a Differential of Pain About the Prosthetic Hip. A case report and review. Poster presentation SOMOS, Washington, D.C., 1993.

Hughes SS. The Effect of Anterior Shoulder Reconstruction on Humeral Head Vascularity. Poster presentation AAOS, New Orleans, Louisiana. 1993.

Hughes SS. The Effect of Standard Total Knee Arthroplasty Surgical Procedures on Human Patellar Blood Flow *In Vivo*: A Technique Using Laser Doppler Flowmetry. Poster presentation AAOS, New Orleans, Louisiana, 1993, and SOMOS, Washington, D.C., Dec. 1993.

Hughes SS. A Comparison of the Effect of Standard Quadriceps Tenotomy Versus Subvastus Total Knee Arthroplasty Exposure on Human Patellar Bloodflow *In Vivo*. Poster Presentation Orlando, AAOS, 1995.

Hughes SS. The Structure and Function of the Coracoacromial Ligament. Poster

Presentation Orlando, AAOS, 1995.

**BIBLIOGRAPHY:**

**PEER REVIEWED JOURNAL ARTICLES:**

Zaloga G, Hughes SS. Scopolamine anisocoria (letter). Annals of Emergency Medicine, April 1989;19(4):423-4.

Zaloga G, Hughes SS. Oliguria in patients with normal renal function. Anesthesiology, April 1990;72(4):598-602.

Hughes SS, Voit G, Kates S. The role of computerized tomography in the diagnosis of an occult femoral neck fracture associated with an ipsilateral femoral shaft fracture: case report. The Journal of Trauma, February 1991;31(2):296-298.

Crabb ID, Hughes SS, Hicks DG, Puzas JE, et al. Nonradioactive *in situ* hybridization using digoxigenated oligonucleotide probes in tissues and isolated cells. Applications to Musculoskeletal Tissues. American Journal of Pathology, September 1992;141(3):579-589.

Pellegrini VD Jr., Hughes SS, Evarts CM. 5-Year minimum follow-up of a porous coated collarless femoral component. Journal Bone and Joint Surgery Br., November 1992;74-B:814-821.

Hughes SS, Goldstein MN, Hicks D, Pellegrini VD Jr. Extrapelvic compression of the sciatic nerve. An unusual cause of pain about the hip: Report of five cases. Journal of Bone and Joint Surgery, December 1992;74(10);1553-59.

Emery SE, Hughes SS, Junglas WA, Herrington SJ, Pathria MN. The fate of anterior vertebral bone grafts in patients irradiated for neoplasm. Clinical Orthopaedics and Related Research, March, 1993;(300):207-12.

Hicks DG, Krasinska M, Sickel JZ, Hughes SS, Puzas E, Moynes R, Rosier R. Chondroblastoma: immunocytochemical and *in situ* hybridization evidenced supporting a cartilaginous origin. International Journal of Surgical Pathology, 1994;1:153-162. Winner Whipple Pathology Prize.

Hughes SS, Furia JP, Smith P, Pellegrini VD Jr. Atrophy of the proximal part of the femur after total hip arthroplasty without cement: A quantitative comparison of cobalt-chromium and titanium femoral stems using dual energy x-ray absorptiometry. Journal of Bone and Joint Surgery, February 1995;77A(2):231-9. Winner AOA Zimmer Travel Award.

Hughes SS, Hicks DG, O'Keefe RJ, Hurwitz SR, et al. Shared phenotypic expression of osteoblasts and chondrocytes in fracture callus. Journal of Bone and Mineral Research, April 1995;10(4):533-44.

Hughes SS, Cammarata A. Iliopsoas bursitis as an etiology of pain about a prosthetic joint. Complications in Orthopaedics 1996;11(1):7-10.

De Antoni DJ, Claro ML, Poehling GG, Hughes SS. Translaminar lumbar epidural

endoscopy. Anatomy, technique, and indications. Arthroscopy 1996;12(3):33

Zdeblick TA, Hughes SS, Riew DK, and Bohlman HH. Failed anterior cervical discectomy and arthrodesis analysis and treatment of 35 patients. Journal of Bone and Joint Surgery, April 1997:79-A:523-532.

Hughes SS, Orthopaedics on the Internet: Keeping It All Straight. Medicine on the Net, April 1998:80-83.

De Antoni DJ, Claro ML, Poehling GG, Hughes SS. Translaminar lumbar epidural endoscopy. Technique and clinical results. The Journal of the Southern Orthopaedic Association, Spring 1998;7(1):6-12.

Hughes SS, Steinman, SP, Cammarata, A, Pellegrini, VD Jr., The effect of standard total knee arthroplasty surgical dissection on human patellar blood flow in vivo. The Journal of the Southern Orthopaedic Association, Summer 1998, 7(2): 25-31.

Phillips FM, Carlson GD, Bohlman HH, Hughes SS   Results of surgery for spinal stenosis adjacent to previous lumbar fusion.   J Spinal Disord. 2000 Oct;13(5):432-7.

**TO BE SUBMITTED:**

Anderson PA, O"Leary P, Carlson GD, Yoo JU, Bohlman HH, Hughes SS. Epidural Hematoma Following Lumbar Surgery. Journal of Bone and Joint Surgery, American.

Hughes SS, Cammarata A, Steinmann SP, Thompson M. A Comparison of the Effect of Standard Quadriceps Tenotomy Versus Subvastus Total Knee Arthroplasty Exposure on Human Patellar Blood Flow *In Vivo*. The Journal of the Southern Orthopaedic Association.

Hughes SS, Pringle T, Phillips F, Emery S. Multilevel Cervical Corpectomy and Fibular Strut Grafting, Intermediate Clinical and Radiographic Followup. Spine.

**Abstracts:**

Hughes SS, Pelligrini VD Jr, Evarts CM. 5-Year minimum follow-up of a porous coated collarless femoral Component. Orthopaedic Transaction. 1991;15:6-7.

Hughes SS. TGF-$\beta$ causes a hyperplastic synovial response. Orthopaedic Transactions, 1991;15:627-28.

Hughes SS. *In situ* hybridization using digoxigenin labeled oligonucleotide probes: Applications to Skeletal Tissues. Laboratory Investigations, August 1992.

Hughes SS. Chondroblastoma: immunocytochemical and *in situ* hybridization evidence supporting a cartilaginous origin. International Journal of Surgical Pathology, 1994; 1(3) 155-162.

Hughes SS   Furia J, Smith P, Pellegrini VD Jr. Proximal femoral atrophy in uncemented THA: A comparison of Ti and CoCr with Dexa technology. Orthopaedic Transactions, 1992;16:329.

Cammarata A, Thompson M, Hughes SS, Steinmann S, Pelligrini VD Jr. Effects of standard

total knee arthroplasty surgical procedures on human patellar blood flow in vivo. Orthopaedic Transactions 1994;18:1019.

Hughes SS. A comparison of the effect of standard quadriceps tenotomy versus subvastus total knee arthroplasty exposure on human patellar blood flow in vivo. Orthopaedic Transactions 1995;19(2):473.

Hughes SS. Multilevel cervical corpectomy and fibular strut grafting: intermediate radiographic and clinical followup. Proceedings of the Cervical Spine Research Society 23rd Annual Meeting; November
29-December 2, 1995; Santa Fe, New Mexico, Rosemont, Illinois: Cervical Spine Research Society, 1995:18-19.

Emery SE, Hughes SS, Junglas W, Herrington S, Pathria M. The fate of anterior vertebral bone grafts in patients irradiated for neoplasms. Orthopaedic Transactions, 1995;18:1035.

Hughes SS, Pringle T, Phillips F, Emery SE. Multilevel Cervical Corpectomy and Fibular Strut Grafting: Intermediate Clinical and Radiographic Followup. Orthopaedic Transactions, 1996;20(1):27.

Hughes SS, Pringle T, Phillips FM, Bohlman H, Emery SE: Multilevel Cervical Corpectomy and Fibular Strut Grafting. Orthopaedic Transactions, 1996; 20(2):432.

**MISCELLANEOUS:**

Lindsey Ronald W., Miclau Theodore: Posterior Lateral Mass Plate Fixation of the Cervical Spine. Journal of the Southern Orthopaedic Association. Editorial by Hughes SS (In Press), May 1997.

Laborde JM: Complementary Medical Treatment of Chronic Low Back Pain. Journal of the Southern Orthopaedic Association. Editorial by Hughes SS.

Hughes SS: CME: Physicains Logging on for Education. AAOS Bulletin, December 1998; 53-54.

Hughes SS: Keeping it all Straight: Orthopaedics on the Internet: Medicine on the Net, June, 1998, 18-20.

Hughes SS: Medicine's New Image: Digital Photography. Medicine on the Net, January, 1999, 13-14.

# Steven S. Hughes, M.D.
C/O Carol Dodson        4627 28th Road South, Unit C, Arlington, Va. 22206

---

Legal fee schedule

Record review: $600.00 per hour

Medical Conference: $500.00 per hour

Deposition/Video Deposition: $1500.00 per hour for each hour or part of; 2 hour minimum
  **Location of deposition** is: 2445 Army Navy Drive, Arlington, Virginia 22206

Trial Appearance for local cases: $6000.00 per appearance, plus expenses

Trial appearance for out of town: $10,000.00 per appearance, plus expenses