**Susan B. Trachman, M.D.**
**8301 Arlington Blvd. #505**
**Fairfax, VA 22031**
**Telephone (703) 573-8259**
**Fax (703) 573-5429**
**Tax ID: 071425242**

October 11, 2005

**Re:  M. Sandra Sue Independent Medical Evaluation**

John A. Verdi, Esq.
Bode and Grenier, LLP
1150 Connecticut Avenue, N.W.
Washington, D.C. 20036-4192

Dear Mr. Verdi,

   Thank you for asking me to evaluate your client, Ms. Sandra Sue who I saw in my office on October 6.
In preparation for this examination, I reviewed an abundance of documents that your office sent to me.  For the sake of brevity, I will summarize them as follows:

D.C. Fire and Emergency Medical Records
George Washington University Hospital Records
Washington Neurosurgical Associates Records
Peter Delenick, M.D. records
IMI of Arlington Records
McLean Physical Therapy Records
Tysons Corner Healing Center Records
Hand-N-Hand Therapy, LLC Records
Washington Radiology Records
Sibley Memorial Hospital Records
Washington Brain and Spine Institute Records
Physical Medicine and Rehabilitation, Dr. Carlini Records
Back-in-Motion Physical Therapy Records
Fairfax Hospital ER Records
James Campbell, M.D. Records

2

Johns Hopkins Pain Clinic Records
Tyson's Corner Diagnostic Imaging Records
Neurology Center of Fairfax Records
NES Emergency Physicians Records
McLean Immediate Care, Records
Steven Lebeau, Records
MidAtlantic Headache Institute, Records
Kaplan Clinic Records
Dr. Margaret Clancy, Records

**Summary of Case:**

Ms. Sandra Sue is a 51 year old woman who was the victim of a rear end collision in April of 2000. Since that time, she has developed a multitude of physical and psychological complaints that clearly were not in existence prior to her motor vehicle accident. This has been attested to by several of the practitioners that she has seen over the past five years. In response to her symptoms, she has sought help from a variety of medical sources and has undergone a series of surgical procedures, fortunately with good results. What is unfortunate, is that she has not been able to return to her level of functioning that existed prior to April of 2000.

**Social History:**

Ms. Sue was raised in Southern Maryland and is the eldest of four children. She says that there was "a lot of love" in her family, but not much communication. Her parents who are both deceased were nurses and stressed the importance of education. Ms. Sue's three siblings are all college educated. She is closest to her brother and his family who live in Fairfax. Ms. Sue graduated from the University of Maryland and has a graduate degree in information science from George Washington University. She had a series of successful jobs all in marketing and sales. Her most recent job was as a sales and marketing consultant for a company that collected health and pharmaceutical data bases. Aside from being successful in her career, she was a talented athlete who played softball, volleyball and biked. She told me that as a young adult, "my life was sports."

Ms. Sue is in a committed relationship with her partner of 17 years. They have a 10 year old adopted daughter who is her "number one priority." Ms. Sue's partner has a stressful job in software development that requires frequent travel to Canada. She told me that the relationship has been strained by the fact that she is unable to do many of the daily household chores and has difficulty driving for

more than a fifteen minute time span.  This has placed much of the burden of running the family on her partner.

**Past Psychiatric History:**

None prior to her accident.  After that time, she saw Margaret Clancy, M.D. for chronic pain and depression.  She was started on Effexor to help resolve her symptoms.  The dose was increase after Dr. Clancy referred her to Thomas Wise, M.D. for a consultation regarding chronic pain.  She has remained on Effexor until recently.  She is currently in the process of changing to Cymbalta.

**Medical History:**

Ms. Sue contracted Hepatitis A as a child.  In 1991, she suffered a herniated disc and underwent a spinal fusion with good results.  Since her accident, she has undergone four more spinal surgeries at Johns Hopkins Hospital.  Her surgeon, Dr. James Campbell noted that "the fact that the neck pain came on with the accident suggests that the accident was causally related to her problem."  During her surgery in 2003, he reported that "what we found were degenerative changes but the pain from the degenerative changes probably would not have come about had the accident not occurred.  Therefore, the accident is likely causally related to her problems."

**Family History:**

Ms Sue's mother suffered from what sounds like a paranoid disorder. It is also likely that one of her brothers suffers from the same disorder.

**Drug/Alcohol History:**

None.

**Current Complaints:**

Ms. Sue gave me a diagram recording all of her areas of pain and discomfort.  They are summarized as follows:  Pain on her buttocks, thorax and sacrum.  Sciatic shooting pain as well as clitoral numbness. Numbness in her left arm and shoulder and right arm numbness. Cervical pain, facial numbness and headache.  Left foot numbness and increased sensitivity of her teeth.

**Activities of Daily Living:**

Ms. Sue described a typical day as follows:  She arises at 7 and gets her daughter ready for school.  She cannot lift any pots or pans because it exacerbates her pain so she microwaves her daughter's breakfast.  Afterward she walks her a short distance to the bus.  She is

able to do this because it is a flat surface; she is not able to walk on an uneven pavement. She will try to do water aerobics or swim several times per week. Often she requires a nap in the afternoon. When her daughter returns from school, she is able to drive her short distances to her afternoon activities. She is unable to cook, clean, or do laundry. It is difficult for her to open doors even her refrigerator door.

## Current disabilities:

As mentioned previously, she cannot lift any degree of weight. It is difficult for her to walk longer than a short distance even on a flat surface. She can only drive for 15 minutes at a time. Clearly, she can no longer participate in the sports that she once loved. Her greatest regret is that she is limited in terms of the activities that she can participate in with her daughter. Ms. Sue and her partner had planned to adopt another child before she turned 50. This has been another loss for her. She also notes that due to some of her symptoms, her sexual relationship with her partner has suffered as has their general relationship since her physical disabilities limited the activities that they can participate in together.

In addition to her physical complaints, she also reported some perceived decline in her cognitive functioning. She told me that it is more difficult for her to organize her thoughts and feels as though her thought process is slow. She cannot prioritize a list of tasks and focuses on only one task at a time. She reverses numbers which causes difficulty in recalling telephone numbers. She noted several instances of what she called "impaired judgment". Specifically, she has forgotten on several occasions to pick her daughter up at the bus stop, and has difficulty with word finding.

She told me that she is "freaked out" about aging. She is concerned about the pain worsening and her ability to manage her own medications. She no longer thinks about growing old and believes that the only reason for living is for the sake of her daughter.

## Current Medications:

Morphine 120mg, Neurontin 2700mg, Effexor 300mg, Skelexin 2400mg, Celebrex 100mg, Lidocaine patch 3 per day, Botox, Oxycodone 20mg, Thyroid armour, Lorazepam 2mg, Lidocaine and prilocaine crème, Methylphenidate 10mg when driving.

## Mental Status Exam:

Ms. Sue is a pleasant attractive woman who looks her stated age.

5

She was unable to sit in one of my office chairs due to pain and instead chose to lay on the floor with some of the chair cushions. She was alert and oriented and appeared to be very articulate. Her memory was good for most details, although she forgot several names of medication. Her thought form was goal directed without any evidence of psychotic process. She was clearly of above average intelligence. Her judgment and insight appeared to be intact.

In terms of a mood disorder she reported the following: sleep is disturbed several times per night due to the need to use the bathroom. Appetite is good although she has gained weight in the past five years due to decreased physical activity. Energy is poor. Interests are minimal. She is often tearful and worries about the future. She rates her mood as only a 3 out of 10 with 10 being the best. She denies current suicidal ideation, but did feel suicidal in the past when she had an adverse reaction to a Duragesic patch. She reports frequent nightmares related to her accident and often is preoccupied with recall of the event, mostly at night. She does not avoid driving but is more cautious, and will avoid cars that are tailgating her. Her has, on occasion gone through stop lights when she is concerned that the driver behind her is too close. She does, however, avoid bridges. Since her accident on the Roosevelt Bridge she will take routes that avoid bridge travel even if it means going out of her way. Previously, she and her partner thought about purchasing a beach home. However, crossing the Bay Bridge is bothersome and she even considered canceling her vacation on Fenwick Island even though in the past it had been something she looked forward to.

**Impression:**

   Sandra Sue is a pleasant 51 year old woman who was a healthy, well educated successful businesswoman who enjoyed being active until she was rear ended in a motor vehicle accident in April of 2000. Since that time she has suffered from physical and cognitive disabilities that were not in existence prior to that time and appear to be clearly related to the effects of the accident. These effects interfere with her functioning on a daily basis. She suffers from major depression that is the result of her ongoing pain and disability, a direct result of this incident. To help deal with these complaints her current physician is transitioning her to a different antidepressant medication, Cymbalta which has proven efficacy in treating pain and depression. Although an appropriate treatment, her previous antidepressant, Effexor was not sufficient but was deemed medically necessary to help her and its cost was appropriate.   I concur with the use of Cymbalta and believe its cost too is medically necessary. It is difficult to discern whether Ms.

Sue's perceived cognitive deficits are due to the mood disorder or to the side effects of her multiple medications. Specifically, she is on morphine and oxyodone, two narcotics which can impair memory and concentration. In addition she takes several medications prescribed by her neurologist, neurontin and skelexin as well as lorazepam which alone or in combination can cause mental confusion.

In general, 80% of patients with depression will return to their prior level of functioning with appropriate therapy and medication. Hopefully, Ms. Sue will respond well to her new medication. She will, however be left with impaired functioning due to her physical injuries which may continue to exacerbate her feelings of sadness and loss. In general, I believe that she will require long term treatment with an antidepressant and would generally benefit from ongoing psychotherapy. Hopefully, with continued treatment, some of her physical ability will return. She is fortunate in that she has excellent doctors and a supportive family to help her through this ordeal. It is unclear at this time how long she will remain on her multiple medications. She told me that she "could not function without them." If some of her cognitive impairment is due to medication side effects, then it would be expected that they will continue. It is difficult to determine the financial cost of ongoing treatment since she may require care indefinitely. In general, one would have to estimate the yearly cost of her medication as well as extrapolate that cost into the next three to five years at a minimum. Added to that cost would be psychotherapy which on a conservative basis would run at least $7500-10,000 per year. This assumes an average cost of $150.00 per session on a weekly basis. All of my opinions in this report are to a reasonable degree of medical probability.

**Diagnosis:**

I. Major Depression
II. None
III. Status post multiple spinal surgeries, history of hepatitis A
    Chronic pain due to injuries suffered from MVA
IV. Severe, chronic pain, history of MVA
V. GAF 60, highest GAF past year 60

7

Thank you for the opportunity to evaluate this courageous woman. Please feel free to contact me with any questions and/or concerns.

Sincerely,

Susan B. Trachman, M.D.
Clinical Associate Professor of Psychiatry, Georgetown University
Medical Center

*trigeminal neuralgia*
*5th cranial 3rd nerve*

## Health Questionnaire

Patient Name: MARGARET SANDRA SUE²

Please draw the location of your pain on the diagram below.  Mark painful areas as follows:

000 = pins and needles
xxx = sharp pain

/// = "lightning" or
"shooting" pain

TTT = throbbing pain
AAA = aching pain

Feel free to use other symbols or words as necessary.

P = Pulling



numbness

Right    Left        Left    Right

Teeth PAIN
mostly bottom
of the "eye"
teeth

become numb if I lift anything over ~1 gal of milk

freeze or cold drink may set off - occasionally hot drink horrible pain take oxycodone 10mg immediately

Penis
F below
pelvic bone
most painful

numbness

pain to top of "buttock" crack
right side most painful

right side "pop" "click" snap

Please rate the intensity of your pain by making a mark on this scale.

NO PAIN ——————————————————————— WORST PAIN
                                                                            IMAGINABLE

waking                evening/night

without narcotics, I would be here

World Wide Web: http://www.hopkinsmedicine.org/rehab/

I am charging $300.00 per hour for my work in the current case. The total number of hours that I have worked on this case so far is 12. I am in receipt of a $3000.00 retainer fee. If I am called to testify at either deposition or trial I will continue to charge my hourly rate without any additional fee.

S. Trachman, M.D.

**I have not testified at trial in the past four years.**
**List of cases in which I was deposed in the past four years:**
Byrdsong v. Forest Hill Manor et al.
Williamson and Lavecchia, L.C.
Richmond, VA  Plaintiff

Gregory L. Miller, Administrator of the Estate of Theresa M. Miller (deceased) v. John Hendrickson M.D. et al Woods, Rogers and Hazelgrove PLC Roanoke, VA  Defense

Kirkendall et al v. Cassidy M.D. et al
Littlepage and Associates
Towson, MD  Plaintiff

Constance Ann Hylton v. Matthew Hamilton Edward Wayland, Esq.
Charlottesville Circuit Court  Plaintiff

SUSAN B.TRACHMAN,MD
8301 Arlington Blvd. Suite#505
Fairfax,Va. 22030
Telephone(703)573-8259
Fax (703)573-5429
Email: TrachmanM@aol.com
Tax ID:071425242

**PERSONAL**
Date of Birth: August 21,1955
Place of Birth: New York
Marital Status: Married

**EDUCATION**
1977 B.A. Magna Cum Laude State University of New York at Albany
1979 M.S.W. (Honors) University of Maryland School of Social Work and Community Planning
1986 M.D.(Honors) University of Texas Health Science Center at Houston

**PROFESSIONAL TRAINING**
1997-1998 Fellow in Forensic Psychiatry, University of Pennsylvania Medical Center. Robert L. Sadoff, Director
1990-1991 Fellow in Consultation Liaison Psychiatry, Georgetown University Medical Center/Fairfax Hospital. Thomas N. Wise,Director
1989-1990 Chief Resident and Inpatient Attending Psychiatrist, Department of Psychiatry, George Washington University Medical Center.
1987-1989 Resident in Psychiatry, George Washington University Medical Center
1986-1987 Categorical Internship, George Washington University Medical Center.

**PROFESSIONAL POSITIONS/APPOINTMENTS**
1991-Present Private Practice in Psychiatry Fairfax,Virginia
1992-1999 Senior Psychiatric Consultant George Mason UniversityCounseling Center.
1991-Present Clinical Supervisor and attending physician fellowship program in consultation liaison psychiatry,Georgetown University/Fairfax Hospital
2001-Present Associate Clinical Professor of Psychiatry, Georgetown University Medical Center
1990-2001 Assistant Clinical Professor of Psychiatry, Georgetown University Medical Center

1988-1990  Instructor in Psychiatry, George Washington
University Medical Center
1988-1990 Emergency Psychiatrist, Northwest Center for
Community Mental Health
1979-1982 Social Worker, Plainview-Old Bethpage Public School
System

## ADDITIONAL PROFESSIONAL ACTIVITIES
1993-Present Consultant, Depression After Delivery: National
    Association for Postpartum Disorders.
1990-1991 Consultation Liaison Psychiatry Supervisor of PGY-1
    Residents, Georgetown University Medical Center
1990-1991 Clinical Supervisor for Medical Oncology Social
    Work Staff, Fairfax Hospital
1989-1990 Clinical Supervisor for PGY-2 Residents, George
    Washington University Medical Center, Department of
    Psychiatry
1989-1990 Seminar Leader, Psychopathology course for second
    year medical students, George Washington University
    Medical Center
1989-1990 Seminar Leader, Interviewing course for second year
    medical students, George Washington University Medical
    Center.
1988-1990 Member, Residency Training Committee, Department of
    Psychiatry, George Washington University Medical Center

## RESEARCH ACTIVITIES
1989-1990 "Evaluating Predictors of Post-Partum Depression,
    Departments of Psychiatry and Obstetrics and Gynecology,
    The George Washington University Medical Center
1982-1983 Research Elective, "Cognitive Performance in
    Pediatric Patients after Intrathecal Methotrexate,"
    University of Texas Medical School and M.D. Anderson
    Tumor Institute
1976-1977 Senior Research Elective, SUNY at Albany "Motive to
    Avoid Success in College Women," Presented at the
    Annual Meeting of the Eastern Psychological Association

## PUBLICATIONS
Trachman, S.B., Begun, D.L., and Kirsch, D.G.: Carcinomatosis
Presenting as  Delirium: A Case Report. **Psychosomatics** Vol
32:4, pp.455-457. 1992

Trachman S.B.: Buspirone Induced Psychosis in an HIV Positive
Man. **Psychosomatics** Vol 33:3, pp.332 -335. 1992

Trachman, Susan B., M.D.  The Dual Role Dilemma: **Fairfax Bar Journal**, Vol.XXVI, No.3, March 1999.

Trachman, Susan B., M.D.  The Dual Role Dilemma: **Journal of the Arlington Bar Association**, January 1999.

## LICENSURE
1998 Diplomate, American Board of Psychiatry and Neurology, Subspecialty in Forensic Psychiatry
1991 Diplomate, American Board of Psychiatry and Neurology, General Psychiatry
1988 Medicine and Surgery, Commonwealth of Virginia, #0101042663
1987 Diplomate, American Board of Medical Examiners, #320697

## PRESENTATIONS
May 2003 " Treatment of Depression in the Medically Ill" Grand Rounds Presentation at Hagerstown Medical Center Hagerstown, Maryland

March 2003 "Mood Disorders Throughout the Female Life Cycle" Presentation for Pfizer sponsored CME Tysons Corner Virginia

December 2002 "Treatment of Depression" Guest Speaker for the Northern Virginia Epilepsy Foundation Burke, Virginia

September 2002 "Somatoform Disorders" Presentation for the Fairfax Women's Psychiatric Journal Club Tysons Corner Virginia

March 2001 "Sleep Disorders" Presentation for Life with Cancer INOVA Fairfax Hospital, Fairfax Virginia

October 2001 "Depression in the Medically Ill" Presentation for Life with Cancer Program, INOVA Fairfax Hospital, Fairfax, Virginia

October 2000 "Women and Depression" Presentation at Women's Health Conference Fairfax Hospital, Fairfax Virginia

May 1998 "Predicting Workplace Violence". Presentation to Employee Assistance Staff, United States Pentagon

May 1998  "Premenstrual Syndrome."Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1997  "Eating Disorders".  Presentation for the Women's Health Resource, Fairfax Hospital Fairfax Virginia

Nov 1996 "Depression and Medical Illness". Presentation to the Department of Oncology, Fairfax Hospital Fairfax Virginia

May 1992 "Depression and Medical Illness". Presentation to the Endometriosis Alliance of Greater Washington, Columbia Hospital for Women Washington D.C.

Mar 1992 "Women and Depression: Facts and Myths". Presentation for Clinical Conversations, Dominion Hospital Falls Church Virginia

Jan 1992  "Physical Illness and Depression".  Presentation to the Mental Health Association of Northern Virginia Fairfax Virginia

Apr 1988  "Multiple Personality Disorder". Grand Rounds Presentation, Department of Psychiatry, George Washington University Medical Center Washington D.C.

## PROFESSIONAL MEMBERSHIPS
Virginia Medical Society
Virginia Psychiatric Society
American Academy of Psychiatry and the Law
Academy of Occupational and Organizational Psychiatry