October 20, 2005

John Verdi, Esq.
Bode & Grenier, L.L.P.
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, N.W.
Washington, DC 20036-4129

Re:         Margaret Sandra Sue
DOB:        4-30-54
DOI:        4-10-00
LC File No: 5551

# LIFE CARE PLAN

**INTRODUCTION:**

Margaret Sandra Sue is a 51 year old single female referred for the purpose of developing a Life Care Plan to address the medical and disability related needs and associated costs secondary to the development of cervical and lumbar radiculopathy resulting in four spinal surgeries, neurological impairment and chronic pain. Prior to the motor vehicle accident which occurred on April 10, 2000, Sandra had laminectomy and fusion surgery at L5-S1 in 1991 and had subsequently returned to a physically active lifestyle including a full-time active working role. The purpose of this document is also to discuss the extent to which her disabilities and chronic pain impact her future medical care needs, rehabilitation, and activities of daily life.

A Life Care Plan is a comprehensive report which addresses the medical and non medical lifetime needs as a consequence of a catastrophic injury and which projects the costs of needed items and services over the person's anticipated life. These costs also include replacement schedules and frequency of treatments. This Life Care Plan is specific to the individual and is not generalized to a particular disability. This Life Care Plan is preventive plan intended to minimize complications and maximize functional potential. It is assumed that family members and friends will not be an individual's primary caregiver, as there is no guarantee that these persons will be available to provide these services throughout the life expectancy.

An in-person assessment interview took place on Saturday, September 24, 2005 at her home in McLean, Virginia. Margaret Sandra prefers to be called by her middle name

Sandra and throughout the report references will be made to Sandra or Ms. Sue. The purpose of this meeting was to gather information regarding her current medical care and to assess her functional limitations and determine its impact on her routine daily activities. The methodology for preparing this document has also included a review of the available medical records, a review of clinical practice guidelines when available, and communications with Dr. Lisa Lilienfield, Pain Management; Dr. Marcia Ribeiro, Neurologist; Dr. Sheerif Meleka, Neurologist with Pain Management Specialty; and Dr. James Campbell, Neurosurgeon, to elicit their input and recommendations for current and long-term care needs relevant to their medical areas of expertise and history of treatment with this patient.

Present during the assessment interview was Sandra's partner of seventeen years, Judy Lettes. On this Saturday visit, their ten year old daughter, Ana Sue Lettes, was home and later joined by two other young girls. The girls occupied themselves with activities in the living room during this visit. After approximately 20 minutes of discussion with Sandra, she excused herself to go lie down due to pain and fatigue. It was learned that this break in late morning or mid-day occurs routinely and usually lasts for about two hours. On this day, she returned to the visit after approximately 1 ¼ hours. During the interim, her extensive list of medications were reviewed and some discussion took place with Judy concerning the impact of Sandra's condition on their daily lives.

Sandra was wearing a vest-type garment[1] with numerous pockets. She explained that she usually wears such a vest so as to carry necessary items since she cannot tolerate the weight and pulling of a purse over her shoulder. She is 5'5 and weighs 168 lb. although pre-accident her customary weight was reported to be 135 lb. She is left hand dominant.

It was easy to discern that this woman maintained a stiff and rigid posture. During our conversation, she altered her positioning from standing to squatting while leaning her upper body against the table for support, to stretching against the chair with her leg positioned on the chair, to sitting for a short duration. While walking throughout her home, she walked stiffly, slowly and carefully. While walking through her bedroom, she stopped to position herself on the body cushion face rest chair.

**PERSONAL PROFILE:**

Sandra has been in a longstanding relationship with Judy for approximately seventeen years. Together they adopted Ana when she was just 3 months old. Ana is in the 5th grade and she attends a school which is about 2 ½ or 3 miles from their home. Also in the home residence is a 17 year old exchange student, Marlene, who has been with them since the end of August and who will continue living there until June 2006. However, Marlene does not provide any personal care assistance or household assistance to this family unit. They have previously participated in the exchange program with prior students from different countries. Since Ana is in the Emerson program in school learning math and science in French, it appears that these two women promote exposure to various cultures and intellectual pursuits in their daily lives.

---

[1] Similar to fisherman's vest garment.

At the time of the accident Sandra was employed as a Government Consultant by IMS Health Inc. where she was collecting statistical data for various government agencies. Following this accident she had been out of work for a time period but returned to her position for about two years working out of her home. She reported that she was unable to maintain a full work schedule due to pain. Periods of travel connected to her work declined and her productivity also declined until she eventually could not maintain a working status even while working from home. It is noted in the files that she was the # 2 designated sales award winner in the President's Council at IMS in 1999 with performance of 165.3%.[2]

Judy, who reports as very healthy, is employed full-time as a Consultant with Lockheed where her role is Manager of a Computer Software team and responsibilities connected to the Canadian census. In this demanding position, she is required to be out of state and away on business for one full week every other week.

Sandra's current income consists of Social Security Disability Income and monthly income from a Cigna disability policy.

**MEDICAL HISTORY**
The information contained within this medical history was taken directly from a review of the available medical records.

**Past Medical History:** L5-S1 Laminectomy and Fusion (about 1991), Colitis, Dyspnea, Asthma, Hepatitis at age 6.

**April 10, 2000:** Emergency Department Medical Record I, George Washington University Hospital. Patient complained of neck pain, as well as pain in the left buttock/sacral area. There were no other injuries noted. "Motor 5/5 throughout". **Diagnosis:** Neck/Shoulder Muscle Strain. **Disposition:** Patient was discharged to home with instructions to follow up with her private doctor within 1 week. Pain medication was also prescribed.

**Diagnostic Testing:**
1) **May 2, 2000:** Cervical Spine without contrast. **Impression:** At C5-6, there is diffuse central, left greater than right, moderate to marked chronic disc bulge without spinal stenosis. At C4-5, there is diffuse central moderate to marked chronic disc bulge. At C6-7, there is diffuse central, right greater than left, moderate chronic disc bulge.
2) **May 2, 2000:** Lumbar Spine with and without contrast. **Impression:** At L5-S1, there is diffuse central minimal postoperative disc bulge. At L2-3, the intervertebral disc shows minimal degeneration. At L4-5, the right facet joint shows very minimal degeneration.

---
[2] It appears that individuals qualify for award in President's Council with performance over 120%.

(May 2, 2000: Per Ammerman report, Lumbar MRI revealed "at L5-S1 there is diffuse central minimal postoperative bulge. L2-L3 disc shows minimal degeneration. L4-L5 the right facet joint shows very minimal degeneration).

**May 10, 2000:** Narrative Report by Edward Lang, MD, Neurosurgery. Patient complains of pain in her neck. She had some initial massage therapy. She states the pain goes down her left arm, with occasional feeling s of hot and cold. She has a normal gait. MRI indicates that she has definite cervical degenerative disk disease at C4 through C7. "I suspect that this is primarily secondary to osteophytes rather than soft disk herniation". **Impression:** Cervical spondylosis C4 through C7. Acute Cervical Strain. Cervical Myofascial Pain Syndrome. **Recommendations:** Conservative measures including C spine x-rays, medrol dose pack, soft collar, PT.

**May 31, 2000:** Narrative Report by Edward Lang, MD, Neurosurgery. X-rays showed that patient has extensive spondylosis and degenerative disk disease from C4 through C7. The disk spaces are extremely narrow and there are large osteophytes at each level   She has shown improvement after several PT sessions. She is taking very little medication and is working.

**October 22, 2001 – May 7, 2004:** Tysons Corner Healing Center. Patient received chiropractic care.

**Diagnostic Testing:**
1) **July 28, 2002:** MRI of the Brain. **Impression:** Normal non contrast MRI of the brain.
2) **July 28, 2002:** MRI of the Cervical Spine. **Impression:** Degenerative changes are present within the cervical spine. These findings are most pronounced at C6-C7., where diffuse disc bulges and posterior osseous ridging result in moderate spinal canal stenosis. There is also bilateral neural foraminal narrowing at C4-C5 and C5-C6, as well as right sided neural foraminal narrowing at C3-C4, largely on the basis of uncontrovertebral joint and facet joint hypertrophy. Additional milder degenerative changes are present.

**August 8, 2002:** Neurological Consultation Narrative Report by Bruce Ammerman, MD, Washington Neurological Associates. This report states that the patient was the driver in the MVA on 4/10/200. Patient has history of lumbar laminectomy and fusion about 10 years ago, for "back and left lower extremity symptoms". Patient currently complains of persistent aching in her neck and mid back, as well as lower back with numbness in the left foot and aching into her upper extremities and left anterior chest. She has an "unremarkable" gait. There is a well healed midline lower lumbar incision, with mild restriction of motion with tenderness. There is mold restriction of cervical motion with tenderness. Motor examination is grossly intact. The patient has evidence of persistent post traumatic cervical and lumbar radiculopathy, as a result of the 4/10/00 MVA. Because she is still symptomatic, myelography was suggested for "further clarification.

**Diagnostic Testing:**

1) **August 28, 2002:** Computerized axial tomography of the Cervical Spine without contrast, post Myelogram, Sibley Memorial Hospital. **Impression:** Bony osteophytes, C3-4, C5-6, and C6-7. Most pronounced at C6-7. Bulging midline disc, C4-5.
2) **August 28, 2002:** Computerized Axial tomography of the Lumbar Spine. **Impression:** Bulging L4-5 disc with borderline spinal stenosis.
3) **August 28, 2002:** Cervical and Lumbar Myelogram. **Impression:** <u>Cervical</u>: Bulging discs and/or osteophytes, C3-4 ad C4-5. <u>Lumbar</u>: Bulging discs, L3-4, L4-5. There has been fusion of the L5-S1 vertebral bodies bilaterally.

**Procedures:**
1) **October 4, 2002:** Lumbar Epidural Steroid Injection, Sibley Memorial Hospital.
2) **October 11, 2002:** Lumbar Epidural Steroid Injection, Sibley Memorial Hospital.
3) **October 29, 2002:** L4-L5, L5-S1 Nerve Root Block under Fluoroscopy, Operative Report by Andrei Cernea, MD, Sibley Memorial Hospital, for chronic left sided leg pain. There was slight paresthesia to advancing the needle at the L4-5 level, which abated when the needle was withdrawn slightly. After awaking from the procedure, the patient was numb in her left leg, "in that radicular area specifically", although she could bend and extend the leg fairly easily. She also had diminished strength. She was observed for 4 hours and discharged to home for follow up.

**October 16, 2002:** Narrative Report by Alexandros Powers, MD, Washington Brain & Spine Institute. Patient's chief complaint is neck, shoulder, and upper extremity sensory changes. The patient stated that she had previously had a lumbar laminectomy to address a 3 year history of lumbar disc problems. Postoperatively, there was a noted change is her symptoms. However, she was also left with atrophy of the musculature of her left leg, and residual discomfort. The residual sensory changes were successfully treated with Nortriptyline, which she had to stop due to side effects, including significant weight gain. Neck range of motion is slightly reduced due to pain. Motor strength in the upper and lower extremities is symmetric and full bilaterally. **Impression:** Mechanical neck pain with underlying disc changes. Residuals from previous lumbar spine surgery. **Recommendations:** "Although there is evidence of disc change in the cervical and lumbar spine, I would not recommend consideration of surgical interventions. It is my opinion that symptomatology of mechanical pain with underlying spondylosis is best treated through aggressive non-surgical modalities".

**October 17, 2002:** Narrative Report by M. Theresa Carlini, MD, Physical Medicine and Rehabilitation and Electrodiagnostic Medicine. Patient has had chronic neck and upper back pain for two and a half years and low back pain for 10 years. The patient stated that the lumbar steroid epidural blocks alleviated her right hip pain, but were ineffective in alleviating left sciatic symptoms. After her laminectomy in 1991 for disc herniation, she noted improvement but not resolution of left lumbar radiculopathy symptoms. She was treated with physical therapy for lumbar and left leg strengthening, and continues PT on a

weekly basis for myotherapy, deep tissue massage. **Impression:** Cervical degenerative disc disease/bulge. Cervical Myofascial pain. Occipital neuralgia. Left sciatica/residual left lumbar radiculopathy. Lumbar disc bulge, L4-5. Status Post L5-S1 laminectomy/Discectomy. Depression.

**October 21, 2002 – April 1, 2003:** Narrative Reports by M. Theresa Carlini, MD, Physical Medicine and Rehabilitation and Electrodiagnostic Medicine. Patient was seen every month or two for chronic pain. During these visits, it was noted that the patient used a TENS unit for pain relief, but the electrodes caused skin irritation. She also had myotherapy for deep tissue massage once a week. She had tender palpable trigger points involving the left upper trapezius, rhomboid, and levator scapulae muscles.
**10/31/2002**: **Procedure:** Left upper trapezius, rhomboid, levator scapulae trigger points were injected with Xylocaine. It was noted that patient was depressed.
**12/18/2002**: Patient is most symptomatic for coccyx pain, which has been present for several years. She stated that she had researched coccygodynia, and had found that Mayo Clinic has a treatment protocol for it. Patient also complained of headaches. **Procedure:** Right and left upper trapezius, left rhomboid, left cervical paraspinous trigger points were injected with Xylocaine.
**1/9/2003:** **Procedure:** Right and left C4 paraspinous, upper trapezius trigger points were injected with Xylocaine.
**1/16/2003:** Patient has noted improvement in neck and upper back pain following the trigger point injections. **Impression:** Cervical Myofascial pain. Muscle tension headaches. Occipital neuralgia. Coccygodynia/sacroiliac dysfunction. Cervical degenerative disease bulge.
**2/4/2003:** **Procedure:** Right and left upper trapezius, rhomboid trigger points were injected with Xylocaine. Patient signed informed consent for opioid treatment.
**4/1/2003:** Patient was diagnosed with cervical disc disease and cervical myelopathy, and had been unable to work since 10/17/2002. She now has weakness and decreased sensation in both hands secondary to cervical myelopathy and right carpal tunnel syndrome. She has been referred to Dr. Campbell, a neurosurgeon at Johns Hopkins University Hospital, for a cervical discectomy and fusion.

**November 6, 2002:** Follow Up Narrative Report by Bruce Ammerman, MD, Washington Neurosurgical Associates. Patient has had 3 epidural blocks with about a 20% improvement. She is now able to lie on her right side. "The patient continues disabled currently".

**January 28, 2003 – August 19, 2005:** Kaplan Pain Clinic, P.C. Patient had physical therapy for pain in her neck and low back. She also complained of weakness in her left shoulder

**March 6, 2003:** Nerve Conduction Study and EMG. (NOTE: page is missing from report. Impression is missing).

**March 7, 2003:** Narrative Report by James Campbell, MD, Johns Hopkins Medical Clinic Note. Patient has complaints of neck pain and low back pain, as well as pain in the

back of her thighs. **Assessment:** Patient has, on MR scan, multilevel spondylotic disease involving principally C4-C5, C5-C6, and C6-C7. The patient has significant cervical spondylotic disease, and there is evidence of a myelopathy. The patient should undergo an anterior cervical discectomy and fusion at the involved levels.

**Diagnostic Testing:**
1) **April 4, 2003:** Routine cervical spine examination. **Conclusions:** Lateral cervical spondylosis without fracture.

**April 9, 2003 – April 10, 2003:** Discharge Summary by James Campbell. MD, The Johns Hopkins Hospital. **Diagnosis:** Cervical Radiculomyelopathy.
**Procedures:**
1) **April 9, 2003:** Operative Report by James Campbell, MD, The Johns Hopkins Hospital. **Pre and Post Operative Diagnoses:** Cervical radiculomyelopathy. Cervical deformity with loss of cervical lordosis. **Procedure:** Anterior discectomy and fusion at C4-5, C506, C6-7. Use of tricortical allograft bone. Application of cervical locking plates (C4-7).
**Plan:** Patient was discharged to home, and was go to physical therapy. Pain meds were prescribed. She was to follow up with Dr. Campbell.

**May 1, 2003:** Clinic Note by James Campbell, MD, The Johns Hopkins Hospital. "What we found were degenerative changes, but the pain from the degenerative changes probably would not have come about had the accident not occurred. Therefore, the accident is likely causally related to her problems".

**Diagnostic Testing:**
1) **July 2, 2003:** MRI of the Lumbosacral Spine, Tyson's Corner Diagnostic Imaging. **Impression:** Moderate degree of spinal canal stenosis at L4-L5. This is caused by Hypertrophic bone spurs originating from the facet joints and by Hypertrophic ligamentum flavum. Mild non-focal disc bulge at L4-L5 contributes to the stenosis of the canal. Marked disc degeneration at L5-S1. Mild disc degeneration at L2-L3, L3-L4, and L4-L5. No evidence of disc herniation at any level. Degenerative arthritis is noted in the facet joints of the lower lumbar spine, which is more marked at L4-L5. Coccyx images fail to demonstrate a definite bone abnormality.

**Diagnostic Testing:** Sibley Memorial Hospital.
1) **July 28, 2003:** Lateral lumbar spine done in neutral, flexion, and extension positions. **Impression:** Degenerative disc disease L5-S1. No evidence of spondylolisthesis.
2) **July 28, 2003:** Lumbar Myelogram. **Impression:** Spinal Stenosis l4-5. Small bulging discs L2-3 and L4-5.
3) **July 28, 2003:** Computerized axial tomography of the lumbar spine following a water soluble Myelogram. **Impression:** Spinal stenosis L4-5.There is only a small remnant of the L5-S1 disc. There is hypertrophy of the ligamentum flavum at L4-5, and facet hypertrophy resulting in spinal stenosis at L4-5.

**August 9, 2003:** Per the Emergency Department Medical Record, patient was evaluated in the Emergency Department at Inova Fairfax Hospital for "spasms in my entire body". Patient had stopped Oxycontin the prior week and started on Duragesic Patch. **Diagnosis:** Narcotic Withdrawal.

**Procedures:**
1) **September 8, 2003:** Operative Report by Allan Belzberg, MD, The Johns Hopkins Hospital. Patient continues to have low back pain, coccygeal pain, and leg pain. **Pre and Post Operative Diagnosis:** Degenerative Disc Disease. **Procedure:** Provocative lumbar discography/discometrics, L3-L4, L4-L5, and L5-S1. **Summary:** The patient demonstrated very mild degenerative changes at the 3-4 and 4-5 levels. Neither segment reproduced any significant pain with injection. The 5-1 level could not be studies due to the presence of the spinal fusion mass.

**October 15, 2003:** Narrative Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine. Patient has had chronic low back pain sine 1988. Patient states that the low back pain is constant. It is sharp on the right side, and a stabbing pain and burning on the left buttock, and radiates down the posterior aspect of both thighs. Pain increases with sitting for a long period of time. She also stated the she has diminished sensitivity in the genital area and the inner aspect of the thighs, with intermittent numbness on the left side, "and the bottom of the left". "Previous Procedures for Pain: Lumbar Epidural Blocks x6 (two sets of three) with marginal relief". She ambulates with an antalgic gait. **Assessment:** Lumbar spondylosis at L2-3, L3-4, L4-5, L5-S1. Lumbar spinal stenosis at L4-5. Reactive depression. Status post L5-S1 laminectomy. Cervical spondylosis status post C4 through C7 ACF. **Plan:** Schedule diagnostic lumbar facet blocks at L3-4, L4-5, and L5-S1. Gradually taper Fentanyl (under the supervision of pain specialist, Dr. Kaplan).

**Procedures:**
1) **October 17, 2003:** Consultation Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. **Procedure:** Bilateral Facet Block at L3-4, L4-5 under CT guidance. **Assessment:** There was a complete relief of ongoing pain.
2) **October 24, 2003:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. . **Procedure:** Bilateral L3-4, L4-5 Facet Rhizolysis under fluoroscopic guidance. **Assessment:** Complete pain relief frequently occurs several weeks after the procedure.
3) **November 17, 2003:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. . **Procedure:** Bilateral L3-4, L4-5 Facet Rhizolysis under fluoroscopic guidance. **Assessment:** Complete pain relief frequently occurs several weeks after the procedure.
4) **November 24, 2003:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain

    Treatment Clinic. . **Procedure:** Cervical Facet Block at C2-3, C3-4 under CT guidance. **Assessment:** Complete relief of ongoing pain.

5) **December 15, 2003:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. . **Procedure:** Bilateral C2-3 and C3-4 Cervical Rhizolysis under CT guidance. **Assessment:** Complete pain relief frequently occurs several weeks after the procedure.

**November 13, 2003:** Clinic Note by James Campbell, MD, The Johns Hopkins Hospital. It is noted that the plain x-rays of the cervical spine showed some arthritic changes at C3-C4.

**Diagnostic Testing:** Tyson's Corner Diagnostic Imaging.
1) **December 2, 2003:** MRI of the Cervical Spine. **Impression:** Spinal bone fusion changes are noted at C4-C5, C5-C6, and C6-C7. There is solid union of the fused vertebrae. There is no evidence of recurrent herniation at the surgical sites. Mild disc degeneration at C3-C4. Small hypertrophic bone changes on the posterior aspect of the fused vertebral bodies which slightly compromise the lateral recessed of the spinal canal.

**December 29, 2003:** Neurological Consultation Narrative Report by David Grass, MD, Neurology Center of Fairfax, LTD, regarding evaluation done on 12/24/2003. The patient's chief complaint was hyperreflexia. Patient is left handed. She also complains of refractory pain primarily in the back of the head and neck. The pain is slightly more prominent on the left. She continues to have low back pain as well. She is in weekly supportive counseling to help manage pain and reactive depression. She has clonus in her right foot. She can't remember if the findings of hyperreflexia were before or after her surgery. She has intermittent tremulousness. She also complains of persistent pain at the base of her spine. **Impression:** Patient does have diffuse hyperreflexia, which also includes the jaw jerk. This may be due in part to previous injury to the cervical spinal cord. The associated brisk jaw jerk may be due to her medications. She does not have the signs or symptoms of fully manifested serotonin syndrome, but hyperreflexia could be a limited consequence. She does not have any other clinical signs to indicate myelopathy or other upper motor neuron symptoms. **Plan:** Additional testing.

**Diagnostic Testing:** Vienna Radiology –
1) **January 9, 2004:** Lumbar Spine. **Impression:** Sacralized 5th lumbar vertebra. Minimal degenerative changes of the lumbar spine. There appears to be spondylolysis present on the left at L5-S11.

**January 15, 2004:** Clinic Note by James Campbell, MD, The Johns Hopkins Hospital. It is noted that the patient "basically has three problems. She can't sit because of coccygeal area pain. She has leg pain associated with back pain. She had lumbar stenosis at L4-L5". Cervical spine revealed that she had a 3 level fusion at C4-C7. This was helpful at that time, but she now has pain that is new and different in distribution with pain radiating up the back of her head.

**Procedures:**
1) **February 2, 2004:** Operative Report by Allan Belzberg, MD, The Johns Hopkins Hospital. Patient has persistent pain high in the cervical area. **Pre and Post Operative Diagnosis:** Degenerative Disc Disease. **Procedure:** Provocative Cervical Discography, discometrics, C2-3, C3-4. **Impression:** The patient clearly demonstrates pain sensitive and concordant segment at C3-4. This level shows mild to moderate degenerative changes. It is also noted that the patient's pain does appear to be consistent with an occipital neuralgia. (NOTE: see report for more detail).
2) **March 31, 2004:** Operative Report by James Campbell, MD, The Johns Hopkins Hospital. **Pre and Post Operative Diagnosis:** Coccydynia. **Procedure:** Coccygectomy.
3) **June 1, 2004:** Operative Report by James Campbell, MD, The Johns Hopkins Hospital. **Pre and Post Operative Diagnosis:** Cervical Spondylosis C3-4. **Procedure:** Anterior cervical discectomy and fusion at C3-4 of unusual difficulty secondary to prior surgery at C4-7. Application of cervical locking plate C3-4. Application of allograft bone. The patient had severe spondylotic disease at 3-4 associated with neck pain.

**Procedures:**
1) **March 26, 2004:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. . **Procedure:** Bilateral L3-4, L4-5 Facet Rhizolysis under fluoroscopic guidance. **Assessment:** Complete pain relief frequently occurs several weeks after the procedure.
2) **March 29, 2004:** Procedure Report by Sherif Meleka, MD, Medical Director, Assistant Professor, Johns Hopkins School of Medicine, Ava Mina Pain Treatment Clinic. . **Procedure:** Bilateral C2-3 and C3-4 Cervical Rhizolysis under fluoroscopic guidance. **Assessment:** Complete pain relief frequently occurs several weeks after the procedure.

**July 15, 2004:** Clinic Note by James Campbell. MD, The Johns Hopkins Hospital. The patient is now fused form C3-7. She stated that she's had excellent relief of symptoms. She had continued complaints of lumbar pain.

**Diagnostic Testing:** Tyson's Corner Diagnostic Imaging -
1) **October 19, 2004:** MRI of the Lumbosacral Spine. **Impression:** Post operative changes are noted at L5-S1.There is evidence of atrophy of the paraspinal muscles posteriorly to the laminectomy site. The muscles in that area are partially replaced by fat. Marked disc degeneration is noted at L5-S1. Moderately severe disc degeneration at L2-L3 and mild disc degeneration at L3-L4 and L4-L5. Degenerative osteoarthritis is noted in the facet joints at L4-L5. Less severe degenerative arthritis is noted in the facet joints of L5-S1. There is spinal cord stenosis at L4-L5, which is caused by hypertrophic bone spurs that originate from the facet joints. There is no evidence of disc herniation at any level. Incidentally, there is also a fluid filled cystic lesion in the pelvic cavity.

**November 11, 2004:** Clinic Note by James Campbell. MD, The Johns Hopkins Hospital. The patient has "done beautifully" after Coccygectomy and ACDF (Anterior Cervical Discectomy and Fusion). She is pleased with how her cervical spine is doing, and she feels she's recovering in all regards. The remaining problem relates to her low back area. She has low back pain and "pain in the upper buttocks going down on the left side to the area just above the knee in the back of the leg". She takes 90 mg of morphine each day for this pain. Imaging studies show that she has had prior solid fusion at L5-S1 with decompression. L4-L5 is stenosed. There is severe facet disease at L4-L5. There is also disc disease at the L2-L3 level. L3-L4 id "relatively spared".

**Procedures:**
1) **December 7, 2004:** Operative Report by James Campbell, MD, The Johns Hopkins Hospital. **Pre and Post Operative Diagnosis:** Lumbar stenosis and instability of L4-5. **Procedure:** Laminectomy of L4-5. Posterior lateral fusion at L4-5.

**June 16, 2005:** Clinic Note by James Campbell, MD, The Johns Hopkins Hospital. "The patient has made substantial progress. She is reporting head, neck, and shoulder pain are at a level 3, but the lumbar problem had basically disappeared as an important clinical issue". She is exercising and feels more "full engaged" and the quality of her life is quite good compared to what it has been in the past. Her spine films show a maturing fusion at the 4-5 level with arthrodesis at L5-S1. Consider decreasing some medications.

**October 11, 2005:** Independent Medical Evaluation by Susan B. Trachman, MD. This psychiatrist has indicated that Ms. Sue suffers "from major depression that is the result of her ongoing pain and disability, a direct result of this incident." She outlined her current transition off of Effexor and on to Cymbalta for further efficacy of treating her depression. Dr. Trachman reports that she is hopeful that she will respond to this new medication. She states further, "She will, however be left with impaired functioning due to her physical injuries which may continue to exacerbate her feelings of sadness and loss." Dr. Trachman opined she would require long term treatment with an antidepressant and ongoing psychotherapy. It was anticipated that she may require such care indefinitely.


**CURRENT STATUS: HOME ENVIRONMENT & SOCIAL:**

Sandra, Judy and Ana live in a three-story, multilevel, four bedroom row house. A separate report by Environmental Rehab Consultants will describe the living environment in more detail in relation to mobility considerations. The members of this family all sleep on the upper level. In various rooms of the house, especially in the master bedroom, living room, and den, there are massage chairs, or specialized therapeutic equipment which Sandra uses as she goes from room to room. In the rear of the house at the lower level there is a patio with a hot tub which Sandra uses throughout the year for pain relief.

Sandra has always maintained a physically active lifestyle. She was on a softball team and played volleyball, did bodybuilding, and especially enjoyed biking as a recreational activity. She has purchased a Revive comfort bike so that she can sometimes, weather and pain level permitting, go biking with Ana and Judy.

**CURRENT MEDICAL STATUS:**

Sandra's primary physician who oversees her medications and overall physical status is Dr. Lisa Lilienfield of the Kaplan Pain Clinic who she usually sees monthly. Dr. Lilienfield anticipates that the frequency of Sandra's follow-up visits can diminish in a year or so as she has been fairly consistent with her pain medications. Prior to her fourth surgery, Sandra was treated by Pain Management Specialist, Dr. Sheerif Meleka, at the Avarmina Pain Treatment Clinic with denervation ablation treatments to the cervical and lumbar areas for a reduction of pain. Dr. Meleka has now indicated an ongoing treatment plan to include facet blocks, denervation ablation, trigger point injections and medications.

Sandra has been more recently treated by Dr. Marcia Ribiero at the Mid-Atlantic Headache Institute for botox injections for relief of head and facial pain. Dr. Ribiero advised that these treatments can also be beneficial for lumbar pain.

Sandra also continues to see her neurosurgeon, Dr. James Campbell of John Hopkins Medical Center, each year. She is scheduled to see Dr. Campbell again in January 2006. Sandra has also consulted with a Physiatrist, Dr. Barbara DeLateur, at the Orthopedic Clinic at Bayview Medical Center who has recommended the benefits of Pilates which Sandra looks forward to incorporating into her pain management routine.

Following her initial period of conservative treatment measures post accident, Sandra has periodically been referred to various physicians for consultation and potential modalites for her chronic pain. For example, she more recently has been referred to an Oral Surgeon for complaints of facial and teeth pain, Urologist for problems of frequent urination, Psychologist for emotional stress, and Anesthesiologist for further evaluation of pain complaints and exploration of potential treatment modalities.

**CHIEF COMPLAINTS:**

Sandra has significant pain and discomfort performing all activities of daily living. Due to her pre-accident athletic physical condition, she has the mindset and motivation to exercise through her pain. She reported, "I want to maintain my strength as much as possible." However, in spite of her ongoing outlook to incorporate activity and exercise into her daily regimen, she cannot perform these activities for long durations and she must continuously readjust her exercise program so as to foster optimal results while not depleting her energy. Her need to constantly cope with fatigue is a major challenge she faces each day. In order to replenish her energy, she must take a daily two hour nap.

Sandra has pain throughout her body which increases as her day progresses. Her pain is most bearable in the morning after she wakes up from a six hour per night sleep. Prior to the accident and onset of cervical and lumbar problems, she was accustomed to sleeping eight or nine hours per night. She has numbness or tingling in her left hand and arm which extends into a throbbing and pulling sensation in the front of her left shoulder/chest area and throbbing pain in the rear of her left upper arm, shoulder and mid-back area. She has numbness or tingling of her right arm and hand. She has shooting pain in her head and sharp pain in her jaw and teeth, especially on the left side. The botox injections received to date have proven helpful in diminishing the intensity and frequency of her teeth pain. Sandra has aching and throbbing pain by her stomach and buttocks. Her pain is most intense in her pelvis and below the pelvic bone. She has significant numbness on the bottom of her right buttock. She has numbness or tingling of her left foot. She complained of sores on her back and in her nose for which ointments has been prescribed.

Sandra advised that she has more acute pain on average twice per week and three times per week in the winter months. She tries to relieve her pain these days with meditation and using her special massage bed. On these bad days she is unable to get to the health club to participate in water aerobics.

Sandra has significant difficulty sitting and she must stand and alternate her positions frequently in an effort to find relief.

Another daily occurrence in her life includes the side effects of her medications. She reports that she sweats profusely and requires a lower temperature in the home at all times. During the course of the assessment, I observed profuse sweating of her brow and she used a small, hand held fan for relief.[3]

Sandra described her difficulties in performing basic tasks of daily living such as meal preparation, washing dishes, inability to lift pots and pans, and walking the dog as "scary". She was desirous of recommendations to adapt their kitchen so that she might prepare some meals for herself and Ana instead of having to order delivered meals.

Sandra expressed concern over the impact her chronic pain has had on her relationship with her partner and Judy acknowledged stress from not having enough time to both maintain an orderly household with her work schedule. They have had to hire a woman to help with housekeeping and laundry. Judy was especially worried about Sandra's overall nutritional status and weight gain due to the impact of medications, and her inability to cook and prepare healthy meals for herself and their daughter.

Sandra verbalized frustration with a change in her sexual function due to pain. She reports feeling depressed due to the impact of pain on her daily life and the extent that it has caused stress within the family unit.

---

[3] A physician opinion is indicated concerning these symptoms as related to medication usage and/or menopause.

**ACTIVITIES OF DAILY LIVING:**

Sandra can lift only very light weights. If she attempts to lift a gallon of milk, she experiences increased pain in her arm, neck and head. She cannot perform simple twisting or turning motions to open cans or jars with her diminished strength and numbness of the upper extremities. Turning faucets or opening the refrigerator door is difficult and challenging. She cannot bend to get into cabinets. She can squat for brief periods with support. She needs to alternate her activities of standing, walking, sitting, and lying down.

Her daily routine consists of supervising her daughter getting ready for school in the morning, going to the gym for water aerobics and water walking, napping, attending doctor visits, exercising as tolerated, and sedentary activities of reading and paper work. She drives locally to pick up Ana after school and drives her to her after school activities four days per week. When they return home from these activities, she orders food for their dinner, checks her daughter's homework, and supervises her daughter's nighttime activities, and watches television.

The following activities of self-maintenance (ADL's) are performed as follows:
- Toileting    Able to care for self. One time per month average, she may require assistance getting onto toilet.
- Feeding     Able to feed self without assistance
- Dressing    Dresses/undresses self with minor assistance. Occasionally requires help with pulling off a blouse or help with socks.
- Grooming    Able to manage independently.
- Ambulation  Ambulates within residence without a device – uses cane in crowds and especially in cold weather.
- Bathing     Bathes self standing in shower. For tub bathing 2-3 x per week Requires assistance of daughter in getting in and out of tub.

The following instrumental activities of daily living (IADL's) are performed as follows:
- Housekeeping Cannot perform any duties.
- Food Shop    Cannot perform except for picking up one or two light items at store.
- Laundry      Cannot perform
- Meal Prep    Cannot perform except for use of microwave.
- Errands      Cannot walk the dog due to pulling motion.

**SUMMARY/LIFETIME CARE NEEDS:**

Margaret Sandra Sue has suffered a considerable change in her lifestyle as a result of chronic pain. She has been unable to maintain her career and she is no longer able to participate in body building, playing softball, or enjoying long bike rides. She struggles daily to incorporate as much exercise into her daily routine to maintain her strength and current function. Her physicians have recognized that this woman has limitations in her

activities of daily living related to her chronic and permanent spinal pain and dysfunction. A psychiatrist has indicated a diagnosis of major depression which requires treatment via antidepressant medication and psychotherapy. This doctor has recognized cognitive deficits although she could not ascertain if such deficits were due to the mood disorder or to the multiple effects of her multiple medications. Should some of these cognitive deficits be attributed to side effects of her multiple medications, Dr. Trachman as reported that these deficits will then be expected to continue.

In addition to the medical treatments and therapies recommended by her physicians, a homemaker has been included in her Life Care Plan to provide assistance with all of the daily household functions which she cannot perform due to her chronic pain. Due to the extent and nature of her functional limitations and chronic pain, she will always require assistance for household chores and homemaking activities and some assistance with personal care on days when her pain is heightened or during times of illness.

Ms. Sue has been determined to be permanently disabled by her surgeon and primary care physician. Dr. Campbell has stated in his report of October 19, 2005, "The patient now has the segments C3-7 fused (most of the cervical spine) which in itself leads to a permanent and nontrivial disability. In addition, the lumbar spine is fused from L4-S1, which also leads to a permanent disability." Dr. Campbell has not been able to determine the degree of permanent disability since she is still recovering from her operations and he has further indicated the possibility of future surgery related to disease in the upper levels of her lumbar spine. This Life Care Planner reserves the right to amend this Life Care Plan as further medical information becomes available.

This Life Care Plan and its attached cost appendices has also included within its body an **Alternative Life Care Plan** to address the nature and degree of care assistance she may potentially require based upon functional decline and greater disability. At this time of Life Care Plan preparation, her prognosis is not medically clear, however, it has been clearly documented that her condition is permanent. She is not anticipated to improve however she has the potential to have a greater degree of chronic pain due to progression of spinal disease and arthritic symptoms with aging. These factors may potentially lead to a greater degree of disability which translates into dependency on others for physical self-care needs. This Alternative Life Care Plan has been based upon the potential that she may require a wheelchair for daily mobility. This increasing need for greater assistance has been considered in the valuation of caregiver assistance which she could potentially require at a later point in her life.

The appendices which follow outline the anticipated lifetime care and costs for Margaret Sandra Sue. Within these appendices explanations are provided as to the purpose of each service, treatment, or item she will require. Please note, however, all costs within the appendices reflect current market prices and do not include sales tax, shipping, or handling.

It is anticipated that Ms. Sue, who is 51 years old, will have a normal life expectancy. This Life Care Planner refers to the economist for present value information.

All opinions have been stated with a reasonable degree of professional certainty. Should further information become available, I request the opportunity to amend this report.

Very truly yours,

*[signature: Donna Flannery]*

Donna Flannery, MA, LRC, CRC, CDMS, CCM, CLCP
*Certified Life Care Planner*
*Certified & Licensed Vocational Rehabilitation Specialist*
*Certified Disability Management Specialist*
*Certified Case Manager*

Attachments:  Appendices
              Records Reviewed
              Resources for Costs