**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**

**Primary Disability: Spinal/Chronic Pain**

## PROJECTED EVALUATIONS

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Physical Therapy | To evaluate physical function and determine modalities which may be beneficial in maintaining level of function. Re-evaluate each year with functional decline or changes in pain status. | 2006/LE | 1x per year | $125.00 to $195.00 | $125.00 to $195.00 | Lisa Lilienfield, MD, specialist in Chronic Pain |

**APPENDIX: 1**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**LIFE CARE PLAN**

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Nutritional Evaluation by Registered Dietician | To assess overall nutritional status due to effects of medications and impact of pain on intake of nutrition. To evaluate and establish program for appropriate weight loss and maintenance due to sedentary lifestyle and change in appetite with chronic pain/medication usage. Establish a diet which does not antagonize pain problem. | 2006/LE | 1x evaluation in next 3 to 4 months and then evaluate every 3 to 5 years | $163.00 per evaluation | $163.00 in 2005 or early 2006 and then $32.60 to $54.33 per year | Lisa Lilienfield, MD |
| Psychiatric examination | To evaluate emotional well-being and determine needs for intervention, if indicated and as related to chronic pain. | 2005 evaluation | 1x – took place on 10/6/05 | N/A | N/A | Examination took place with Susan B. Trachman, MD |

**APPENDIX: 1**

**APPENDIX: 1**

# LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## PROJECTED THERAPEUTIC MODALITIES

| THERAPY | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---------|---------|---------------------------|-----------|-----------|-------------|----------------|
| Physical Therapy | Therapy modalities to promote optimal joint mobility, motor function, muscle performance, range of motion, and promote highest level of function in home, community, and leisure environments. | 2006/LE | 2 to 4x times per year allowance of 6 to 8 visits each occurrence. | $140.80 per visit[1] | $1,689.60 to $2,252.80 per two occurrences (12 to 16 sessions) each year TO $3,379.20 to $4,505.60 for four occurrences (24 to 32 sessions) | Lisa Lilienfield, MD |
| Health Club membership | Pool for water aerobics, water walking, as therapy modalities for pain relief and maintenance of function and alleviate depression due to chronic pain. | October 2005/LE | Daily use when needed. | $104.95 per month | $1,259.40 | Lisa Lilienfield, MD |

[1] As per average of 5 resources for therapy at home or locally outpatient.

APPENDIX: 2

**MARGARET SANDRA SUE**

**LIFE CARE PLAN**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability:  Spinal/Chronic Pain

| THERAPY | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Massage Therapy | Deep tissue massage for pain relief. | October 2005/LE | 2x per week | $80.00 per hour | $8,320.00 | Lisa Lilienfield, MD |
| Occupational Therapy | To facilitate independence in activities of daily living making recommendations for adaptive devices for ADL's of personal care, and instruction in ways to perform safely. | 2006/LE | 2 to 4 visits per year | $139.00 per visit | $278.00 to $556.00 | Lisa Lilienfield, MD |

APPENDIX: 2

# LIFE CARE PLAN

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
**Primary Disability: Spinal/Chronic Pain**

| THERAPY | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Nutrition Therapy via Registered Dietician | Oversee appropriate diet which does not deplete vital nutrients which can occur with chronic stress of pain. Oversee maintenance of appropriate weight due to changes in nutritional intake with chronic pain, sedentary lifestyle, side effects of medications, and weight changes with emotional state. | 2006/LE | Allowance of 4 to 6 visits per year | $105.00 per one hour visit | $420.00 to $630.00 | Lisa Lilienfield, MD, specialist in Chronic Pain |
| Psychotherapy | To treat major depression and oversee response to antidepressant medications. | 2006/indefinite | 50 to 70 visits per year | $150.00 per session | $7,500 to $10,000 per year for 3 to 5 years minimum. | Susan B. Trachman, MD |

**APPENDIX: 2**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**LIFE CARE PLAN**

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## FUTURE MEDICAL CARE ROUTINE

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Neurosurgeon | To evaluate spine, identify needs for diagnostics, and determine if additional surgery is indicated. | October 2005/LE | 1x per year and prn | $111.00 to $361.00 per visit[2] | $111.00 to $361.00 per visit. | Patient history |
| Physician with specialty in Pain Management | Manage and oversee chronic pain, pharmacotherapy needs and other modalities for pain management such as osteopathic manipulations. | October 2005/LE | 1x per month for one year, and then every 3 months over remaining LE. | $150.00 to $170.00 per visit | $1,800.00 to $2,040.00 for one year and then $600.00 to $680.00 per year thereafter. | Lisa Lilienfield, MD |

[2] Actual fee is dependent upon level of exam and dictated physician notes.

**APPENDIX: 3**

# LIFE CARE PLAN

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
Primary Disability: Spinal/Chronic Pain

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Neurologist | To provide botox treatments related to head and facial pain. To potentially provide additional treatments such as occipital blocks/occipital stimulator. | October 2005/LE | Every 3 months for 2 to 5 years.[3] | $200.00 to $400.00 per treatment visit[4] | $200.00 to $400.00 in 2005 and then $800.00 to $1,600.00 per year for 2 to 5 years. | Marcia Ribeiro, MD |
| Neurologist with specialty in pain management | To evaluate/diagnose and administer treatment modalities for pain relief such as denervation ablation, trigger point injections. | November 2005/indefinite | 6 to 12 visits per year | $50.00 to $250.00 per visit[5] | $300.00 to $3,000.00 per year | Sherif Meleka, MD |

[3] Dr. Ribeiro advises that she may need an extension of treatments beyond 5 years but she cannot predict this with medical certainty at this time.

[4] See Appendix 15 for costs of botox.

[5] Fee for follow-up will be higher if visit is to assess the outcome of a procedure or address problems following procedure.

**APPENDIX: 3**

**MARGARET SANDRA SUE**

## LIFE CARE PLAN

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**

**Primary Disability:  Spinal/Chronic Pain**

## MEDICATIONS

| ITEM | PURPOSE | USAGE | BASE COST | ANNUAL COST |
|---|---|---|---|---|
| Avinza SR 120 mg. (generic of morphine) | Narcotic analgesic for pain relief | 1 per day | $370.20 per 30 capsules | $4,442.40 |
| Celebrex 200 mg. | Non-narcotic analgesic | 1 per day | $113.30 per 30 | $1,360.80 |
| Cymbalta 30 mg. (generic of Duloxetine) | Treatment of depression and management of pain of peripheral neuropathy. | 2 capsules daily | $198.99 per 45 capsules | $3,226.60 |
| Desoximetasone 0.25% Cream, 30 gm | To diminish/treat skin burns from Lidoderm patches and/or TNS unit. | 1 tube every 10 days | $31.78 per 30 gram tube | $1,144.08 |
| Gabapentin 300 mg. (generic of Neurontin) | Pain management | 3, 300 mg. capsules per day | $337.50 per 270 capsules | $1,368.75 |
| Lidocaine 2.5%/Prilocaine 2.5%, 30 gm | Topical anesthesia of skin and accessible mucous membranes. | 1, 30 gram tube every 2 weeks **per prescription history from 7/15/05 – 9/2/05.** | $54.63 per 30 gram tube | $1,311.12 |
| Lidoderm 5% patch size 10 cm x 14 cm | Pain relief | 3 days per week application to low back, hips, and abdomen **or 80 patches per month based on prescription history from 3/9/05 – 6/8/05.** | $220.20 per 30 patches | $7,046.40 |
| Lorazepam 1 mg. (generic of Ativan) | Muscle relaxant and sedative properties. | 2 tabs per day at bedtime | $37.80 per 60 tabs | $453.60 |

**APPENDIX: 4**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

APPENDIX: 4

| ITEM | PURPOSE | USAGE | BASE COST | ANNUAL COST |
|---|---|---|---|---|
| Methylin 10 mg. (generic of Ritalin 10 mg.) | To provide CNS stimulant properties for times needed for alertness and focus (i.e., local driving activities) and to help balance the effects of other medications. | 1 tab per day | $24.60 per 30 tabs | $295.20 |
| Oxycodone 5 mg. | Pain management | 1 capsule every 6 hours and as needed (4, 5 mg. caps per day ) | Per 120 tablets @ .46 each | $671.60 |
| Skelaxin 800 mg. | Muscle relaxant | 1 tab every 8 hours (3 per day) | $298.80 per 90 tablets | $3,585.60 |
| | | | | |

NOTE: <u>Exact medication and dosage may change throughout lifetime.</u> The base price on each medication listed above is based upon an average of 3 pharmacy prices. See Resource list attached for pharmacies contacted for pricing. <u>Exception:</u> Skelaxin based on average of 4 prices. <u>Desoximetasone based on average of 4 prices.</u>

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**LIFE CARE PLAN**

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## SUPPLIES

| ITEM | PURPOSE | USAGE | BASE COST | ANNUAL COST |
|------|---------|-------|-----------|-------------|
| KY jelly | To diminish burns from TNS unit | 1 tube every 2 weeks | $4.87 per 4 oz. tube | $116.88 |
| Laxative (example: Senekot, Ducolax) | Natural laxative to relieve constipation due to medication usage. | 1 to 2 per day and as needed | $14.99 per 50 capsules | $109.43 to $218.85 |
| Colace 100 mg. capsules | Stool softener laxative to help diminish usage of laxatives and effects of peristalsis. | 1 to 2 per day and as needed | $24.74 per 60 capsules | $148.44 to $296.88 |
|  |  |  |  |  |

**APPENDIX: 5**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**LIFE CARE PLAN**

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## LAB/DIAGNOSTICS

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| CBC | Complete Blood Count to screen for various disease processes/infections. | 2006/LE | 1x per year | $35.00 | $35.00 | Lisa Lilienfield, MD |
| Metabolic profile with liver and kidney function | A battery of tests used to evaluate liver and kidney function and body's ability to metabolize toxic substances from the effects of medications on organ systems. | Now/LE | Every 3 months over LE | $45.50 | $182.00 | Lisa Lilienfield, MD |
| Facet nerve blocks | To evaluate effectiveness of potential denervation ablation procedures for pain relief. | 2006/indefinitely | 4 to 6 per year | $1,800.00 per block | $7,200.00 to $10,800.00 | Sheerif Meleka, MD |
| X-rays of cervical and lumbar spine[6] | To evaluate arthritic changes and degeneration. | 2006/LE | 1x per year and prn | $147.00 for cervical xray, $154.00 for lumbar xray | $150.00 per year allowance | Medical history and patient condition. Dr. Campbell has |

[6] The full extent of diagnostic needs are to be determined and are subject to amendment dependent upon physician recommendation. Dr. Campbell has indicated patient has not fully recovered from operations and that further surgery may be indicated at some future point.

**APPENDIX: 6**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551

Primary Disability: Spinal/Chronic Pain

| TYPE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|---------------------------|-----------|-----------|-------------|----------------|
| MRI of cervical and lumbar spine | Diagnostic for changes in spine | 2006/unknown | To be determined | $1,609.24 per lumbar MRI and $1,668.92 for cervical MRI | <u>To be determined</u> | Potential future cost as per report of James N. Campbell, MD dated 10/19/05. |
| Lumbar discogram | To evaluate structural damage of spinal discs. Test done prior to surgery to identify location of problem and help identify nature of operation. | Unknown | Unknown | $450.00 <u>per</u> spinal interspace level plus $120.00 for interpretation. | <u>To be determined</u> $570.00 minimal cost (cost can exceed this if additional levels need to be evaluated via discogram) | Potential cost as per report of James N. Campbell, MD, dated 10/19/05. |

APPENDIX: 6

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

## LIFE CARE PLAN

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## MEDICAL EQUIPMENT/ADAPTIVE AIDS

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Cervical Hometrac Deluxe with adjustable neck wedges and with pump | Pressure relief via adjustable push button for cervical pain. | 2014/LE | Every 10 years | $479.00 | $47.90 | Dr. Lisa Lilienfield |
| Electrode pads (8) for RS-4 stimulator | Necessary supply to be used with stimulator and applied | October 2005/LE | 8, 2" round electrodes purchased per month | $80.00 per 8 | $960.00 | Current and daily usage |
| Alpha-Stim 100[7] Stimulator (Pack of 4 AS-Trode V self-adhesive electrodes) | Necessary component for pain relief stimulator | October 2005/LE | Two packs of 4 electrodes per month (8 electrodes per mo.) | $24.00 for pack of 4 electrodes | $576.00 | Current and daily usage |
| Pack of 200 felt electrode pads for use with probes and clip electrodes | Necessary component of Alpha Stim 100 | October 2006/LE | 1 pack per year | $15.00 for 1 pack of 200 | $15.00 | Current and daily usage |
| Alpha Conducting Solution, 15 ml bottle | Necessary component | October 2005/LE | 1, 15 ml bottle month | $10.00 per 15 ml bottle | $120.00 | Current and daily usage |

[7] Alpha Stim 100 purchased for $895.00 in May 2005.

APPENDIX: 7

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

## LIFE CARE PLAN

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551

Primary Disability: Spinal/Chronic Pain

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| BodyBow Spinal Exerciser, Pivotal Therapy Set, and Sully Hip Support | To maintain spinal flexibility, strength, and stability. | Mid 2009 to 2011/LE | Every 5 to 7 years | $160 to $250 | $26.67 to $41.67 based on midpoint of every 6 years. | Dr. Lisa Lilienfield |
| STX Saunders Lumbar Traction Device – replacement of parts | Device for pain relief and replacement of parts to maintain operation. | 2007/LE | Every 2 years | $40.00 for pelvic belt *or* thoracic belt and $80.00 for pump | $20.00 to $40.00 | Dr. Lisa Lilienfield |
| Revive DX Comfort Bike extended warranty | To allow for safe exercise with ergonomic body positioning in neutral position to diminish pressure off back, neck, buttocks. | 2007/LE | Every 5 years | $89.99 | $17.99 | Current usage and quality of life |

APPENDIX: 7

# LIFE CARE PLAN

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability:  Spinal/Chronic Pain

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Pro Services Millennium Pillow, Support Pillow, and Leg Spacer | Support and positioning | 2006/LE | Every 3 years anticipated purchase of 12 to 15 pillows/supports. | Price ranges from nominal to $250.00 per item | $200.00 per year allowance | Current patient usage due to chronic pain |
| Equipment Items for aquatic therapy, physical therapy and tempurpedic and travel pillows/wedges – cervical – lumbar-sacroiliac supports. | | | | | | |
| Pisces Dolphin II Massage Chair with sternum pad[8] | Provide pain relief. | 2015/LE | Every 10 years | $598.00 | $59.80 | Dr. Lisa Lilienfield |
| Body Cushion Face Rest, Torso Support, Pelvic Support Split Bolster | Relieve pressure in cervical area | 2008/LE | Every 5 years to replace either body cushion face rest, torso support, pelvic support, or leg bolster | $59.00 to $139.00 per separate vinyl parts (total 4 parts) | $11.80 to $27.80 | Current and daily usage |

---

[8] Purchased 6/14/05

**APPENDIX: 7**

# LIFE CARE PLAN

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability:  Spinal/Chronic Pain

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| LaFuma Reflexology Chair (item TCLRB) | Adjusts from upright to fully reclined position for indoor/outdoor use. | 2008 to 2010/LE | Every 5 to 7 years | $169.00 | $28.17 per every 6 year midpoint | Current usage and quality of life |
| Precor 9.35 Treadmill[9]. motor or belt and deck | Exercise via equipment with patented impact control system for optimum shock absorption and minimal pressure to body. | 2024/LE | Every year allowance starting in year 2024 | $600.00 for motor or $600.00 for belt and deck | $600.00 per year allowance starting in 2024 | Current usage – Dr. Lisa Lilienfield |
| Savage Treadmill/EFX Mat | Aides in cushioning base on floor for pressure absorption and for safety with static electricity. | 2008/LE | Every 5 years with wear and tear | $50.00 | $5.00 | Current usage |
| The Back Seat | To reduce lower back pain while sitting at home or in vehicle. Reduces load on lower spine. | 2008 to 2013 | 1 to 2 replacements in lifetime | $119.95 | $119.95 to $239.90 | Patient usage especially with travel. |

[9] Replacement of treadmill not anticipated with a 10 year warranty. Purchased 3/14/03.  Current price of treadmill is $4,199.00.

APPENDIX: 7

# LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability:  Spinal/Chronic Pain**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**APPENDIX: 7**

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

## LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
Primary Disability: Spinal/Chronic Pain

## WHEELCHAIR/MOBILITY

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Straight cane | Ambulation assist when needed outdoors for safety. | 2006/LE | 1 every 5 years | $15 | $3.00 | Current usage |
| **Alternative 1** Power Wheelchair (anticipate she may lack upper body strength due to numbness/chronic pain to operate a manual wheelchair). | Ambulation assist if needed in future | Unknown | Every 5 years | To be determined | To be determined | D. Flannery, CLCP based upon prognosis of physicians, potential need for future surgery and functional changes with aging. |

**APPENDIX: 8**

MARGARET SANDRA SUE

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**LIFE CARE PLAN**

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## ORTHOTICS/PROSTHETICS

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST |
|---|---|---|---|---|---|
| Orthotic Shoes with Metatarsal supports | To provide support and pain relief with ambulation. | 2006/LE | 1 pair per year | $269.00 | $269.00 |
| Back support by Saunders attached to athletic shorts | Provides lumbar and sacroiliac support | 2006/LE | 1 every 3 months average | $69.99 | $23.33 |

APPENDIX: 9

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
Primary Disability:  Spinal/Chronic Pain

## AIDS FOR INDEPENDENT FUNCTION

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST | RECOMMENDED BY |
|------|---------|---------------------------|-------------|-----------|-------------|----------------|
| Various small adaptive devices to assist with meal preparation, or dressing, bathing, and grooming. | To assist with maintenance of self-function when possible. | 2006/LE | Annual allowance | $25.00 to $50.00 | $25.00 to $50.00 | D. Flannery, *Certified Life Care Planner* |
| | | | | | | |
| | | | | | | |

**APPENDIX: 10**