*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

## SLEEPING/POSITIONING

| ITEM | PURPOSE | YEAR INITIATED/ SUSPENDED | REPLACEMENT | BASE COST | ANNUAL COST |
|---|---|---|---|---|---|
| Wireless control unit for operation of Tempur-Pedic Bed[10] | To allow for mattress positioning changes. | 2006/LE | Every 3 years | $80.00 | $26.66 |
| Tempur-Pedic Mattress Overlay (3" thick) | To use over Tempur-Pedic bed sleep system and to improve comfort. | 2009/LE | Every 5 years | $888.00[11] | $177.60 |
| | | | | | |

[10] To be used with bed purchased August 2003 –special bed for chronic pain and musculoskeletal disability. Bed has 20 year warranty and need not be replaced.
[11] Does not include shipping. Shipping is $75.00 additional.

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## TRANSPORTATION

| ITEM/SERVICE | PURPOSE | YEAR INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST |
|---|---|---|---|---|---|
| Transportation to doctors appointments when they exceed 30 minutes travel one way. | Provide round trip transportation via taxi to/from Drs. Ribeiro, Meleka, Campbell and DeLateur.[12] due to chronic pain and effects of medications on driving. | October 2005/LE | 6 round trips per year to Dr. Meleka, 4 round trips per year to Dr. Ribeiro (for 2-5 years total), and 2 visits year to Drs. Campbell/DeLateur. | $204.90 per round trip to Dr. Meleka, $192 per round trip to Dr. Ribeiro for 2-5 years, and $184 per round trip to Drs. Campbell or DeLateur. | $2,365.40 per year for 2 to 5 years, and then $1,597.40 per year thereafter. |
| Transportation to recreational events/outings to mall, park, friends/relatives homes, school functions with daughter, etc. | Recreation and socialization by self or with daughter to help improve mood, and maintain mother-daughter relationship via sharing in activities. | October 2005/LE | Allow for 1 long-distance round trip per week | $200.00 per round trip | $10,400.00 |
| | | | | | |

[12] One way only distance: Dr. Ribeiro's 59 minutes/53 mi./Dr. Meleka's 64 minutes/59 mi./Dr. Campbell-Dr.DeLateur 57 minutes/51 mi.

# LIFE CARE PLAN

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

**APPENDIX: 11**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## HOME MODIFICATIONS

| MODIFICATION | PURPOSE | FREQUENCY | BASE COST |
|---|---|---|---|
| Installation of stair chair, grab bars, kitchen and bathroom modifications. | To provide home modifications so as to enable some level of independence in daily activities and to provide a safe environment for ambulation and mobility. | 1x only | $78,000 to $85,000 as per evaluation and report of Environmental Rehabilitation Consultants |
| **Alternative Life Care Plan:** Wheelchair accessibility | To provide home modifications in the event that Ms. Sue is wheelchair dependent at some future life point. | 1x only, ***if needed*** in the future. | ***To be determined if needed*** $190.000 to $200,000 as per report of Environmental Rehabilitation Consultants. |
| | | | |

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

DOB: 4/30/54
DOI: 4/10/00
LC File: 5551
Primary Disability: Spinal/Chronic Pain

## HOME CARE

| SERVICE | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY/ SCHEDULING | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Homemaker | To provide services of homemaking including complex meal preparation, food shopping, laundry, light housekeeping, driving or accompanying patient to appointments, and walking dog. (Independent light meal preparation with adaptive devices/environment.) | October 2005/LE | 3 hours per day for 6 days per week | $16.70[13] per hour or $300.60 per week | $15,631.20 | D. Flannery, CLCP *Certified Life Care Planner* based upon assessment |

[13] Hourly fee based upon average of 5 agencies which service McLean, Va. – ComfortKeepers, Right at Home, At Home Assisted Living, Options for Seniors Home Health, and Human Touch Home Care.

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

| SERVICE | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY/ SCHEDULING | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| **Alternative Life Care Plan** – Live-in Home Health Aide | **For a non-functional ambulator**. To provide total assistance of all homemaker duties as above, **and** assist with personal care of dressing, bathing, and grooming and some assistance to standing, assist with transfers from bed to chair, and chair to toilet. Assist with exercise program. Provide assistance with all transportation. | Unknown/unknown | 10 to 12 hours per day for 7 days per week | $184.00 per day[14] | Potential cost – but cannot determine dollars at this time. | D. Flannery, CLCP<br>As per review of records and physician prognosis, and indication of potential future surgery and potential functional decline with disease process and aging. |

[14] Average daily rate of 5 agencies which service McLean, Virginia. If a live-in was needed, additional costs would be incurred for food for live-in.

**MARGARET SANDRA SUE**

**LIFE CARE PLAN**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

## FACILITY CARE/LONG TERM CARE

| FACILITY | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | ANNUAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Not anticipated | | | | | | |
| | | | | | | |

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

## SURGICAL INTEVENTION/AGGRESSIVE TREATMENT PLAN

| SURGERY/ TREATMENT | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | TOTAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Botox Therapy | To relieve chronic headaches, facial/and teeth pain. | December 2005 to LE | 2 vials (100 units per vial) every 3 months **for 2 to 5 years**[15] | $500.00 to $600.00 per 100 unit vial | $4,000.00 to $4,800.00 | Marcia Ribeiro, MD |
| Occipital blocks | Pain relief | Unknown/to be determined | unknown | To be determined | To be determined | Possible future treatment as per Marcia Ribeiro, MD |
| Occipital stimulator | Pain relief | Unknown/to be determined | Unknown | To be determined | To be determined | Possible future treatment as per Marcia Ribeiro, MD |
| Denervation ablation | Following successful outcome with facet block, procedure performed to eliminate painful sensation from the facet joints. | 2006/indefinitely | 2 to 3 per year | $480.00 per denervation | $960.00 to $1,440.00 | Sheerif Meleka, MD |

[15] It is too soon to predict but Dr. Ribeiro indicates that she may require an extension of treatment beyond this time period.

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

| SURGERY/ TREATMENT | PURPOSE | AGE INITIATED/ SUSPENDED | FREQUENCY | BASE COST | TOTAL COST | RECOMMENDED BY |
|---|---|---|---|---|---|---|
| Trigger Point Injections | Adjunct treatment to facilitate participation in exercise program | Now/indefinitely | Every 2 months | $260.00 to $400.00 with fee variation dependent upon # of injections for each trigger point. | $1,560.00 to $2,400.00 | Sheerif Meleka, MD |

**MARGARET SANDRA SUE**

**LIFE CARE PLAN**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

## POTENTIAL COMPLICATIONS

- Increasing pain
- Worsening and Progression of Arthritis
- Deterioration above/below fusion levels and even more restricted range of motion
- Depression
- Prone to falls due to pain and restricted range of motion
- Kidney and liver damage due to high dosage of medications
- Respiratory complications and kidney stones due to inactivity as a result of continuous use of medications and decrease mobility from disease process.

NOTE: For Information Only. Frequency of occurrences cannot be predicted. The care projected in the life care plan should prevent or minimize complications.

**MARGARET SANDRA SUE**

*Life Care Associates*
Fairfield Commons, Ste. H-117
271 Route 46 West, Fairfield, NJ 07004
(973) 244-1998

# LIFE CARE PLAN

**DOB: 4/30/54**
**DOI: 4/10/00**
**LC File: 5551**
**Primary Disability: Spinal/Chronic Pain**

**APPENDIX: 17**



◆ Life Care Plans
◆ Valuation of Caregiver Services
◆ Medical and Vocational Case Management

Fairfield Commons, Suite H-117 • 271 Route 46 West, Fairfield, NJ 07004 • 973-244-1998 Fax 973-244-1955
www.afg-lca.com • experts@afg-lca.com

## Expert Testimony Fees

| | |
|---|---|
| Depositions (Two hour minimum) | $325 per hour |
| Expert Testimony | |
| • Four hours or less (portal to portal) | $1,600.00 |
| • Full day (over four hours portal to portal) | $2,000.00 |
| Trial Preparation | $190 per hour |

Travel Expenses: Full reimbursement of travel-related expenses such as airfare, car, hotel, meals

RECORDS REVIEWED

1) DC Fire & Emergency Medical Services Department Records
2) DC Fire & Emergency Medical Services Department Expenses
3) George Washington University Hospital Records
4) George Washington University Hospital Expenses
5) Washington Neurosurgical Associates (Dr. Ammerman) Records
6) Washington Neurosurgical Associates (Dr. Ammerman) Expenses
7) Peter Delenick, MD – Records
8) Peter Delenick, MD - Expenses
9) IMI of Arlington Records
10) IMI of Arlington Expenses
11) McLean Physical Therapy (Alexandra H. Rouse, PT) – Records
12) McLean Physical Therapy (Alexandra H. Rouse, PT) – Expenses
13) Tysons Corner Chiropratic/Tysons Corner Healing Centre (Dr. Richard A. Wirtanen, D.C.) – Records
14) Tysons Corner Chiropractic/Tysons Corner Healing Centra (Dr. Richard A. Wirtanen, D.C.) – Expenses
15) Hand-N-Hand Therapy, LLC - Records
16) Hand-N-Hand Therapy, LLC – Expenses
17) Washington Radiology Associates – Records
18) Washington Radiology Associates – Expenses
19) Sibley Memorial Hospital – Records
20) Sibley Memorial Hospital – Expenses
21) Washington Brain & Spine Institute (Alexandros D. Powers, MD) – Records
22) Washington Brain & Spine Institute (Alexandros D. Powers, MD) – Expenses
23) Rehabilitation and Electrodiagnostic Medicine (M. Theresa Carlini, MD) – Records
24) Physical Medicine and Rehabilitation and Elecrodiagnostic Medicine (M, Theresa Carlini, MD) – Expenses
25) Back in Motion Physical Therapy (Mary Knalls, PT) – Records
26) Back in Motion Physical Therapy (Mary Knalls, PT) – Expenses
27) INOVA Fairfax Hospital (ER) – Records
28) INOVA Fairfax Hospital (ER) – Expenses
29) James Campbell, MD (John Hopkins) – Records
30) James Campbell, MD (Johns Hopkins) – Expenses
31) Johns Hopkins – Records
32) Johns Hopkins – Expenses
33) Johns Hopkins Ava Mina Pain Clinic
34) John Hopkins Ava Mina Pain Clinic – Expenses
35) Tyson's Corner Diagnostic Imaging, Vienna Radiology, Vienna Diagnostic – Records

36) Tyson's Corner Diagnostic Imaging, Vienna Radiology, Vienna Diagnostic – Expenses
37) Neurology Center of Fairfax – Records
38) Neurology Center of Fairfax – Expenses
39) Drs. Groover & Christi Meritt – Expenses
40) NES DC Emergency Physicians – Records
41) NES DC Emergency Physicians – Expenses
42) McLean Immediate Cr. – Records
43) McLean Immediate Cr. – Expenses
44) Steven LeBeau – Records
45) Steven LeBeau – Expenses
46) MidAtlantic Headache Institute (Marcy Ribeiro) – Records
47) MidAtlantic Headache Institute (Marcy Ribeiro) – Expenses
48) Kaplan Clinic (Dr. Gary Kaplan & Dr. Lisa Lilienfield, Lemmerman) – Records
49) Kaplan Clinic (Dr. Gary Kaplan & Dr. Lisa Lilienfield, Lemmerman) – Expenses
50) Records of current Rehabilitative, Therapeautic & Assistive Devices
51) Records of current Prescription Medication
52) Traffic Accident Report, 4/10/00
53) Income Tax Returns, 1999, 2000, 2001, 2002, 2003
54) Letter to Office of the General Counsel, Attn: Donald Reed, Esq., from Kenneth J. Annis & Associates dated 1/09/02
55) Letter to Mr. Obami C. Wray from Chris Hertel, Casualty Claims Adjuster, United Services Automobile Associates
56) Independent Medical Evaluation (Psychiatric) Report of Susan B. Trachman, MD, October 11, 2005
57) Letter of opinion from James N. Campbell, M.D., John Hopkins Medicine, Department of Neurosurgery, dated 10/19/05
58) Survey Report from Environmental Rehabilitation Consultants, John Bilotta, dated 10/17/05

## COST RESOURCES

1) **Physician Specializing in Pain Management:**
   - Lisa Lilienfield, MD, (Family Practitioner)Kaplan Pain Clinic, Arlington, Va.
   - Geeti Gohari, MD, (Physiatrist) National Pain Management & Rehabilitation Center, Alexandria, VA, (703) 578-1070
   - Virgil A. Balint, MD, (Physiatrist) Capital Spine & Pain Centers, 150 Eldon St., Herndon, VA (703) 914-8000
   - Marcia Ribeiro, MD, (Neurologist/Psychiatry), Mid-Atlantic Headache Institute, Pikesville, MD, (410) 602-1999 **cost of Botox treatments**
   - Sheerif Meleka, MD (Neurologist), Avarnina Pain Treatment Clinic, Luterville, MD **cost of Denervation/Trigger Points/Facet Blocks**
2) **Neurosurgeon:**
   - James Campbell, MD, John Hopkins Medical Center, Baltimore, Maryland
3) **Family Practitioner / Pain Management**
   - Lisa Lilienfield, MD, Kaplan Pain Clinic, Arlington, VA
4) **Psychiatry:**
   - Susan B. Trachman, M.D.
5) **Lab Work:**
   - Lab Corp, Fairfax, VA, (800) 222-7566
   - Quest Labs, Herndon, VA, (800) 225-7483
6) **Medications:**
   - Giant Pharmacy, McLean, VA, (703) 893-8593
   - Care Pharmacy, Chevy Chase, MD, (301) 657-3388
   - Rite Aid Pharmacy, McLean, VA, (703) 356-5822
   - CVS, McLean, VA, (703) 883-0156
7) **Miscellaneous Evaluations & Therapies:**
   - Sport & Health Clubs, McLean, VA, (703) 566-6550
   - Laura Deisz, *Certified Massage Therapist*, McLean, VA, deiszfam@verizon.net
8) **Physical & Occupational Therapy:**
   - Home Call of Northern Virginia, Leesburg, VA, (800) 444-0096
   - Human Touch Home Care, Falls Church, VA (703) 379-2526
   - Right at Home, Falls Church, VA, (703) 538-4584
9) **Nutritional Therapy:**
   - 2005 Physician's Fee Reference, Medical Publishers, LTD, Milwaukee, Wisconsin, 22nd Edition
10) **Homemaker and Live-In Home Health Aide:**
    - Comfort Keepers, Fairfax, VA, (703) 591-7117
    - Right at Home, Falls Church, VA, (703) 538-4584
    - At Home Assisted Living, McLean, VA, (866) 300-6589
    - Options for Seniors – Home Health, Falls Church, VA, (703) 442-9700
    - Human Touch Home Care, Falls Church, VA, (703) 379-2526

11) **Bladder & Bowel Supplies:**
   - Walgreens, www.walgreens.com
   - CVS Pharmacy, www.cvs.com

12) **Sleeping & Positioning Equipment:**
   - Tempur-Pedic, Inc., www.tempurpedic.com, (877) 777-6009

13) **Medical Equipment:**
   - Electromedical Products International, Inc., www.alpha-stim@epil.com, (940) 328-0788
   - RS Medical, (866) 832-4406
   - The Saunders Group, Inc., www.thesaundersgroup.com, (800) 778-1864
   - The Back Seat, www.thebackseat.com
   - The Comfort Store, (888) 867-2225
   - Giant Bikes, www.giantbicycles.com/us
   - Promed Products, http://promedproducts.com, (800) 542-9297
   - Gotyourback.com, www.gotyourback.com/products, (800) 677-9830
   - Tempur-Pedic, www.tempurpedic.com, (888) 818-4039
   - Leisure Fitness, (888) 222-3119

14) **Transportation Services:**
   - A Washington Dulles Taxi, McLean, VA, (703) 288-3331
   - Dulles Sedan & Taxi, Vienna, VA, (703) 471-1919

15) **Home Modifications:**
   - Environmental Rehabilitation Consultants, Burlington, NJ (800-242-7707)

16) **Lumbar Discogram:**
   - James Campbell, MD, Neurosurgeon, John Hopkins Medicine Dept. of Neurosurgery, Baltimore, Maryland

17) **X-rays/MRI fees:**
   - 2005 Physicians' Fee Reference, Yale Wasserman, D.M.D., Medical Publishers, Ltd., 22nd edition, Milwaukee, Wisconsin.



◆ Life Care Plans
◆ Valuation of Caregiver Services ◆ Medical and Vocational Case Management

Fairfield Commons, Suite H-117 • 271 Route 46 West, Fairfield, NJ 07004 • 973-244-1998 Fax 973-244-1955
www.afg-lca.com • experts@afg-lca.com

# Bill For Professional Services

**Tax ID No.: 22-3483375**

Date: Wednesday, October 19, 2005

Inv. No.: 8097
Page: 1

To: John Verdi, Esq.
Bode & Grenier, L.L.P.
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 828-4100

Re: Margaret Sandra Sue
DOI: 4/10/2000
DOB: 4/30/1954
LCA No.: 5551

| Date | Description of Services | Prof. Hours | Non-Prof. Hours | Mileage | Other |
|---|---|---|---|---|---|
| 09/23/05 | Retainer (Check no. 15508) Received | | | | ($4,200.00) |
| 09/23/05 | Contact Ms. Sue/schedule visit | 0.2 | | | |
| 09/23/05 | Review records / medical history | 2.0 | | | |
| 09/24/05 | Home Assessment Visit | 3.6 | | | |
| 09/24/05 | Round-trip Travel from Hillsdale, NJ to McLean, Va. | | 8.5 | 504.0 | |
| 09/24/05 | Meals | | | | $15.00 |
| 09/26/05 | Medical history / records reviewed | 3.5 | | | |
| 09/27/05 | Outline research - prepare appendices for medical equipment & meds | 3.5 | | | |
| 09/28/05 | Consult J. Bilotta / Environmental Rehab | 0.4 | | | |
| 09/28/05 | Calls to physician offices x 5 | 0.5 | | | |
| 09/28/05 | Medication calculations / averaging | 2.3 | | | |
| 09/28/05 | Letters of questions to Surgeon & Doctors | 0.8 | | | |
| 09/28/05 | Report preparation | 3.5 | | | |
| 09/28/05 | Review Life Care Plan & Revisions | 1.0 | | | |
| 09/29/05 | Research Homemaker costs | 1.5 | | | |
| 09/29/05 | Letter of questions to Dr. Ribiero | 0.3 | | | |
| 09/29/05 | Calls to/from Dr. DeLateur x 3 | 0.2 | | | |
| 9/29 - 10/5 | Call to Dr. Maleka x 3 | 0.3 | | | |
| 09/30/05 | Letter & Call to Dr. Maleka | 0.4 | | | |
| 09/30/05 | Phone consult Dr. Lillanfield | 0.6 | | | |
| 10/03/05 | Call & refax to Dr. Maleka | 0.2 | | | |
| 10/3, 10/20 | Call to Dr. Campbell's secretary | 0.3 | | | |
| 10/04/05 | Phone consults Drs. Llianfield & Ribiero | 0.6 | | | |
| 10/04/05 | Call & letter to Dr. Lilienfield | 0.6 | | | |
| 10/04/05 | Follow-up letter Dr. Ribiero | 0.3 | | | |
| 10/05/05 | Call to J. Bilotta | 0.1 | | | |
| 10/05/05 | Call to Dr. DeLateur | 0.1 | | | |
| 10/05/05 | Call to/ from Ms. Sue | 0.3 | | | |
| 10/05/05 | Call to / from economist | 0.2 | | | |
| 10/05/05 | Follow-up letter to Dr. Maleka | 0.2 | | | |
| 10/05/05 | Phone consult Dr. DeLateur | 0.2 | | | |
| 10/5 - 10/7 | Prepare LCP & Appendices | 9.0 | | | |
| 9/28 - 10/20 | Cost Research | 14.0 | | | |
| 10/18/05 | Review Psych report & amend LCP | 0.4 | | | |
| 10/20/05 | Review Surgeon report & finalize LCP | 2.5 | | | |
| | *RUSH FEE* | | | | $500.00 |

*Payment due upon receipt!*
*Please make check payable to Life Care Associates.*

Date: Wednesday, October 19, 2005

Inv. No.: 8097
Page: 2

To: John Verdi, Esq.
Bode & Grenier, L.L.P.
Ninth Floor, Connecticut Building
1150 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 828-4100

Re: Margaret Sandra Sue
DOI: 4/10/2000
DOB: 4/30/1954
LCA No.: 5551

| Date | Description of Services | Prof. Hours | Non-Prof. Hours | Mileage | Other |
|---|---|---|---|---|---|
| | Item Totals: | 53.6 | 8.5 | 504.0 | ($3,685.00) |
| | Fees: | $190.00 | $150.00 | $0.48 | |
| | Sub Totals: | $10,184.00 | $1,275.00 | $241.92 | $11,700.92 |

TOTAL DUE: $8,015.92

*Payment due upon receipt!*
*Please make check payable to Life Care Associates.*