# Donna Flannery, MA, LRC, CRC, CDMS, CCM, CLCP
CURRICULUM VITAE

## VOCATIONAL REHABILITATION SPECIALIST & LIFE CARE PLANNER

### EDUCATION

| | |
|---|---|
| Rehabilitation Training Institute/ University of Florida Gainesville, FL | April 1998 **Post-Graduate Certificate, Life Care Planning for Advanced Catastrophic Case Management** |
| Seton Hall University South Orange, NJ | December 1977 **Master of Arts, Major: Rehabilitation Counseling & Special Services** |
| Upsala College East Orange, NJ | June 1975 **Bachelor of Arts, Major: Psychology** Cum Laude, Psi Chi Honor Society |

### LICENSURE/CERTIFICATIONS

| | |
|---|---|
| Commission on Health Care Certification Midlothian, Virginia | 2002 to Present **Certified Life Care Planner (CLCP)** Certificate No. 0507 |
| New Jersey, Department of Law & Public Safety Div. of Consumer Affairs | 1999 to Present **Licensed New Jersey Rehabilitation Counselor (LRC)** License No. RC 01548 |
| Commission on Case Management Certification Rolling Meadows, Illinois | 1993 to Present **Certified Case Manager (CCM)** Certificate No. M-07363 |
| Commission on Disability Management Certification Rolling Meadows, Illinois | 1984 to Present **Certified Disability Management Specialist (CDMS)** Certificate No. 00347 |
| U.S. Dept. of Labor, OWCP Programs | 1983 to Present **Certified Counselor** Certified to provide Vocational Rehabilitation Services to Federal Employees and individuals covered under the Longshore/Harbor Worker=s Act. Certificate No. 2-4 |

Curriculum Vitae, page 2

| | |
|---|---|
| Commission on<br>Rehabilitation Counselor<br>Certification<br>Rolling Meadows Illinois | 1978 to Present<br>**Certified Rehabilitation Counselor (CRC)**<br>Certificate No. 00001433 |

## PROFESSIONAL EXPERIENCE

Life Care Associates
Fairfield, NJ 07004

1989 – Present
**Co-Owner and Vice President**
Specializing in the preparation of Life Care Plans. Conduct assessments and outline the nature of lifetime Care Needs of the Severely Disabled Catastrophic. Identify the costs associated with the lifetime care. Conduct Vocational Employability Assessments and evaluation of Earning Capacity. Provide expert testimony as a Life Care Planner and Vocational Expert. Conduct interviews with families of deceased to assess the nature of loss of a caregiver to the surviving parents or spouses. Prepare reports addressing the nature and extent of caregiver services required by the surviving relatives. Provide expert testimony regarding costs associated with a loss of a caregiver.

AFG, Inc.
Fairfield, NJ 07004

1981 – Present
**Co-Owner and Vice President**
Specializing in medical case management and vocational rehabilitation. Responsibilities include: Administrative, managerial and service development as well as coordination of care of physically and emotionally disabled. Assess employability of disabled and non-disabled population, evaluating career options and earning capacity/potential. Vocational evaluation, client assessments, counseling, vocational testing, job analysis, résumé preparation and job placement services to individuals, displaced or disabled, seeking career changes. Function as a liaison between patient, physicians, therapists and employers. Provide expert vocational testimony in matrimonial, personal injury, liability and worker's compensation cases. Consultant to industry on the Americans with Disabilities Act/Title I.

Cheshire Home
Florham Park, NJ

1981 – 1982
**Counseling Services Manager**
Provided counseling services, assessments, and goal planning to severely disabled adults (spinal cord injury, TBI, cerebral palsy, spina bifida, multiple sclerosis, etc.) living in a home residence.

Crawford Rehabilitation
Services
West Caldwell, NJ

1979 – 1980
**Rehabilitation Counselor**
Responsible for assessments, counseling, vocational testing, job analysis and job placement for physically and/or emotionally disabled clients.

Damon House
New Brunswick, NJ

1978 – 1979
**Rehabilitation Counselor/Vocational Evaluation Unit Supervisor**
Responsible for assessments, individual and group counseling, vocational testing, job analysis and job placement for individuals with chemical dependency in a residential program. Supervised in-house vocational evaluation unit.

*Curriculum Vitae, page 3*

## PROFESSIONAL AFFILIATIONS/MEMBERSHIPS

**IALCP** *(International Academy of Life Care Planners)*

**New Jersey Chapter of IARP**
*(International Association for Rehabilitation Professionals in the Private Sector)*

**BIANJ** *(Brain Injury Association of New Jersey)*

**NRA** *(National Rehabilitation Association)*

**NRCA** *(National Rehabilitation Counseling Association)*

**REHABILITATION SPECIALISTS** Community Advisory Board (promoting interests of brain injury): *Past Member*

## PRESENTATIONS

| | |
|---|---|
| On-Going | *Vocational Rehabilitation Assessments and Services & Life Care Planning*<br>Employers, Insurers, Graduate Students in Rehabilitation Counseling, and Other Groups |
| 1996 | *Life Care Planning and Medical Cost Projections: Methodology, Purpose, Case Examples and Application*<br>Atlantic Mutual Insurance Co. |
| 1991 | *An In-Depth Look at Life Care Planning*<br>Kessler Institute—West Facility |
| 1988 | *Spinal Cord Injury: Management Cost Assessment and Increasing Independence*<br>East Hanover, NJ<br>Sponsor, Seminar Coordinator, and Speaker |
| 1986 | *New Interventions in Head Trauma Treatment*<br>Hasbrouck Heights, NJ<br>Sponsor and Seminar Coordinator |

## CONTINUING EDUCATION

| | |
|---|---|
| 2005 | • International Conference on Life Care Planning-MEDIPRO Seminars, San Francisco, CA |
| 2004 | • New Research in Spinal Cord Injury, Steven Kirshblum, MD – Kessler Institute for Rehabilitation |
| | • International Conference on Life Care Planning – University of Florida/MEDIPRO |
| | • Elder Care Management Program – University of Florida/MEDIPRO, Module 1: Overview of Elder Care Management, Module 2: Philosophical, Ethical & Legal Issues, Module 3: Medical & Health Considerations |

*Curriculum Vitae, page 4*

## CONTINUING EDUCATION

| | |
|---|---|
| 2003 | • Counseling Ethics – **CMR Home Study Course, Agoura Hills, Ca.** |
| | • Brain Injury: Exploring New Horizons – **Brain Injury Association of NJ Inc., Edison, New Jersey** |
| 2002 | • The Painful Knee<br>**NovaCare – Hudson P.T., Manasquan, New Jersey** |
| | • Sixth Annual Northeastern Pennsylvania Spine Symposium<br>**Northeastern Rehabilitation Associates, PC** |
| | • 7th Annual Life Care Planning Conference<br>**Intelicus and the University of Florida** |
| 2001 | • Connections and Directions Conference<br>**NJ Division of Vocational Rehabilitation, Trenton, New Jersey** |
| | • Strategies for Improving Life in the Community after Brain Injury<br>• **Kessler Medical Rehabilitation**<br>• Medical Aspects (Home Study Course)<br>**CMR Home Study, CRCC, Rolling Meadows, IL** |
| 2000 | • Issues in Forensic Rehabilitation<br>**Elliott & Fitzpatrick** |
| | • 5th Annual Life Care Planning Conference<br>**Intelicus and the University of Florida** |
| | • Fourth Annual Northeastern PA Spine Symposium<br>**Northeastern Rehabilitation Associates** |
| | • Maximizing Participation in the Alternate Participant Program<br>**Project RSVP, Birch & Davis Associates, Inc.** |
| | • Trying the Catastrophic Lost Personal Injury Case<br>• The Rehabilitation of a Complex Upper Extremity Injury<br>**IARP** |
| 1999 | • Forensic Issues in Rehabilitation<br>**Elliott & Fitzpatrick** |
| | • Medical Advancements in the Treatment of Cerebral Palsy<br>**Kessler Institute for Rehabilitation** |
| | • "Pulling Together: Interdisciplinary Collaboration for a Continuum of Rehab Services"<br>• The State of the Art in Sexuality & Disability<br>**NJ NARPPS** |

## CONTINUING EDUCATION

|      | |
|------|---|
|      | - Mind Matters Seminars: Memory/ A Seminar for Health Professionals<br>**Stuart Zola, Ph.D, Professor of Neuroscience** |
| 1998 | - Life Care Planning for Advanced Catastrophic Case Management (Spinal Cord Injuries)<br>- Life Care Planning for Advanced Catastrophic Case Management (TBI & Pediatric Brain Damage)<br>**The Rehabilitation Training Institute**<br><br>- Evaluating and Treating Mild Traumatic Brain Injury<br>- Eighth Annual Spinal Cord Injury Retreat: Empowering Individuals to Live More Independently<br>**Kessler Institute for Rehabilitation**<br><br>- Medical Aspects of Disability, Functional Limitations and Employment<br>- Medications and Strategies for Addressing the Psychiatric Aspects of Brain Injuries—*Irwin W. Pollack, MD*<br>- Ninth Annual Fall Conference<br>- Auto No-Fault Reform: Life With or Without Personal Injury Protection<br>- Managed Disability: Strategies for Success<br>- Ethics: Effects on Life Care Planning, Litigation Options—*Roger Weed, Ph.D.*<br>**NJ NARPPS**<br><br>- New Funding Sources (Social Security Disability Reform, Psychological Funding Treatment<br>**NY NARPPS** |
| 1997 | - Non-Operative Management of Spinal Pain and Disorders<br>**Kessler Institute for Rehabilitation**<br><br>- Advanced Workers' Compensation in New Jersey<br>**National Business Institute**<br><br>- Transferable Skills and Related Legal Issues<br>- The Use of Ergonomics in Accelerating Case Management Outcomes<br>- NYS Managed Care Trends and Directions<br>**NY NARPPS** |
| 1996 | - ADA—The Employees Perspective<br>- JARPPS National Legislative Update<br>- How to Identify Abuse in PT Services<br>**JARPPS**<br><br>- Neuropsychiatry of Traumatic Brain Injury—*Jonathan Silver, MD*<br>- Acute vs. Sub-Acute Care<br>- Biofeedback and Chiropractic Care<br>**RING** |
| 1995 | - Life Care Planning for Advanced Catastrophic Case Management (Multiple Disabilities)<br>- Life Care Planning for Advanced Catastrophic Case Management and Vocational Assessment and Testing for all Disabilities<br>**The Rehabilitation Training Institute** |

## CONTINUING EDUCATION

|  |  |
|---|---|
|  | - TMJ (Tempo-Mandibular Joint Syndrome)<br>**Capital District Rehabilitation Professionals** |
| 1995 | - Approaches to Treatment in Behavioral Brain Disease<br>- Fifth Annual Spinal Cord Injury Retreat<br>- Spinal Cord Injury 101<br>**Kessler Institute for Rehabilitation** |
|  | - NARPPS Legislative Affairs Conference<br>- Post-traumatic Stress Disorder and Other Responses to Extreme Stress<br>**NARPPS** |
|  | - Treatment of Medical Addictions<br>**RING** |
| 1994 | - Adapting to Managed Care<br>**JARPPS** |
|  | - Common Orthopedic Injuries<br>- Using Drugs in the Management of Chronic Pain Syndrome: Controversial Trends<br>**Kessler Institute for Rehabilitation** |
|  | - Initial Management of Trauma<br>**RING** |
| 1993 | - Third Annual Spinal Cord Retreat for Professionals<br>**Kessler Institute for Rehabilitation** |
|  | - Using Behavioral Aspects to Determine the Prognosis in Low Back and Leg Pain<br>**NARPPS** |
|  | - Head Injury: Its Myths<br>- Non-Union Fractures<br>- Advances in Worker Rehabilitation<br>**RING** |
| 1992 | - Title I, The American with Disabilities Act, P.L. 101-336<br>**ADA Consulting Group** |
|  | - Impact of Acute Illness on the Older Adult<br>**College of Nursing, Rutgers, The State University** |
|  | - Rebuilding Shattered Lives of the Head Injured<br>**JFK Rehabilitation Institute** |
|  | - Public and Reasonable Accommodation, P.L. 101-336<br>- Managed Care—Future Trends in Health Care<br>**RING** |
| 1991 | - Concerns of the Aging Parent and Others Who Care for Aging Developmentally Disabled Persons<br>**Bergen County Department of Human Services, Division on Aging** |
|  | - Yesterday's Children, Nursing Concerns of the Elderly<br>**Hackensack Medical Center** |

## CONTINUING EDUCATION

1990
- Life Care Planning for Head Injury and Spinal Cord Injury
  **Rehabilitation Training Institute**

- Estimating Employability and Estimating Lost Earnings
  **Elliott & Fitzpatrick**

- Burn Management
  **Johnson Rehabilitation Institute**

- Work Injury Management: Addressing the Needs of the Injured Worker
  **Kessler Institute for Rehabilitation**

- Diagnostic, Treatment and Practical Applications of Rehabilitation Optometry
  **NARPPS**

- The Latest Advancements in Urology Applied to the Disabled
- Post Traumatic Stress Disorder: An Overview
  **RING**

# EXPERT TESTIMONY OF DONNA FLANNERY (9/01 to current)

| Date | Case | Jurisdiction | Judge |
|---|---|---|---|
| 9/18/01 | Nasso v. Valley National Bank | Bergen County, NJ | Yannotti |
| 1/22/02 | Scarpello v. Consolidated RailCorp | deposition | |
| 2/25/02 | Scarpello v. Consolidated Rail Corp. | Hudson County, NJ | |
| 5/8/02 | Bjorkback v. Federal Express | Bergen County, NJ | Yannotti |
| 6/24/02 | Victoria Rischer | Bridgeton Superior | Bowen |
| 7/10/02 | Charmello v. Rose Degirolamo, et al. | video testimony | |
| 10/8/02 | NLRB v. St. George Warehouse Inc. | NLRB, Newark, NJ | |
| 12/10/02 | Lance v. Christie | deposition | |
| 1/23/03 | Lance v. Christie | Essex County, NJ | Honnigfeld |
| 4/4/03 | Gonzalez v. Ashoke Angarwal, MD | deposition | |
| 12/2/03 | Gonzalez v. Ashoke Angarwal, MD | Middlesex County, NJ | Gelade |
| 1/15/04 | Arrington v. Sands Hotel Casino | Atlantic City | |
| 2/11/04 | Babeu v. NACCO Materials Handling Handling Corp. | Middlesex County, NJ | Rinces |
| 7/15/04 | Travisano v. Blumenthal | deposition | |
| 12/13/04 | Kross v. Ellenville Hospital et al. | Ulster County, NY | Cavanaugh |
| 5/6/05 | Pindilli v. Pocmont | Middlesex County, NJ | Leblon |