

October 17th 2005

John Verdi, Esquire
**Bode & Grenier**
1150 Connecticut Avenue NW
Washington, DC 20036-4129

Re:   **Margaret Sandra Sue**
      1501 McLean Corner Lane
      McLean, VA 22101-4342

Dear Mr. Verdi:

On September 30th 2005 an on site survey was conducted at the Sue residence at 1501 McLean Corner Lane, McLean, VA 22101-4342. The purpose of the survey was to identify the scope of work required to safely facilitate Ms. Sue with her activities of daily living. Present at the time of the survey was Ms. Sue and Kevin Kelly, CEAC, who performed the survey on behalf of ERC.

The house is a three story, 3,800 (+/-) square foot, four-bedroom, three and a half bath, wood frame, brick veneer, twin dwelling. It is occupied by Ms. Sue along with her life partner and their ten-year old daughter plus an exchange student. According to *Realtor.com*, houses with similar characteristics within the same area are currently listed for sale at about $1,200,000 (+/-).

Although there are three-floors, there are actually five different levels throughout the house. The ground floor has three levels within itself. The lowest level contains a bedroom, bathroom, and a family room that is currently used by Ms. Sue for physical therapy. This area is five-steps below the foyer. The foyer receives the staircase that connects the ground and first levels; it also receives foot traffic from the two-car garage which is eight-inches lower in elevation. Since the main entry of the house is about 54-inches above outside finished grade, the garage is Ms. Sue's main thoroughfare into and out of the house.

Ms. Sue will require the installation of a stair chair to convey her between the foyer and the physical therapy area. I also suggest installing a grab bar(s) next to the door that separates the garage from the foyer as well as installing grab bars in the bathroom on this level. A 90° stair lift will also need to be installed to convey her up to the first floor or main living area.

The first floor or main living area consists of a foyer, living Room, kitchen, dining room and a two-fixture powder room. I suggest retrofitting the kitchen with AD-AS Furniture

PO Box 1617, Burlington, NJ 08016
info@EnviroRehabConsultants.com
1-800 242 7707 (Nationwide) • 609 261 8437 (fax)

**John Verdi, Esquire**  
**Re: Margaret Sandra Sue**

October 17th 2005  
Page 2 of 3

Solutions of Universal Design, 2728 South Cole Road, Boise, ID 83709 (www.ad-as.com). The AD-AS adjustable system will give Ms. Sue the ability to automatically raise and lower the sink, cooking range and countertops from heights between 28 to 36 inches; there is also an automatic device for wall cabinets. These items will provide her with the ability to prepare meals and use most of the components of the kitchen. I also suggest installing grab bars in the powder room as well as installing a second 90° stair lift to convey her up to the second floor or bedroom area.

The second floor contains three bedrooms, two-full baths and a laundry room. The shower in the master bathroom is raised one step above the rest of the floor. I suggest removing the step so that the entire floor is even and on the same plane. I also suggest replacing the toilet with a higher one that will be easier for Ms. Sue to use. She will need grab bars installed around the tub and in the shower. She will also require a wall mounted, fold-up seat and a handheld shower head installed in the shower.

I recommend removing a portion of the base cabinet under one of the lavatories so that Ms. Sue can sit down while using it. I also suggest installing a built-in closet system in one of the walk-in closets to provide her access to the shelves and drawers.

In addition to the above, I also recommend installing a hydraulic cover lift to assist Ms. Sue to safely remove the spa cover that is located on the rear porch that she uses for therapy. I also suggest installing an intercom system throughout the house.

If Ms. Sue proceeds with the recommendations, the local Municipality, as well as the Commonwealth of Virginia will require that certain documents accompany an application for a building permit. These documents include, but are not limited to, sealed architectural drawings and specifications. She should also anticipate the need to employ a construction management company to assist Ms. Sue with

| Activity | Ambulation | WCA |
|---|---|---|
| Stair chair L1 to L3 | 4,800 | n/a |
| Grab bars @ garage | 165 | n/a |
| Stair chair L-3 to L-4 | 9,845 | n/a |
| Elevator shaft | n/a | 55,800 |
| 4 stop elevator | n/a | 32,500 |
| Back-up generator | n/a | 6,800 |
| Reconfigure/rebuild mstr bath | n/a | 28,500 |
| Widen doorways | n/a | 3,600 |
| AD-AS cook top | 4,665 | 4,665 |
| AD-AS kitchen sink | 4,665 | 4,665 |
| AD-AS wall cabinet | 3,280 | 3,280 |
| Grab bars powder room | 460 | n/a |
| Stair chair L4 to L5 | 15,500 | n/a |
| Remove step & platform | 14,835 | n/a |
| Replace toilet | 720 | n/a |
| Grab bars master bath | 495 | n/a |
| Fold-up shower seat | 780 | n/a |
| Handheld shower head | 165 | n/a |
| Retrofit base cabinet | 480 | n/a |
| Built-in closet system | 2,255 | 2,255 |
| Hydraulic spa cover lift | 485 | 485 |
| Spa patient lift | n/a | 7,250 |
| Site thoroughfare | n/a | 7,800 |
| Intercom | 3,800 | 3,800 |
| Construction documents | 4,500 | 16,850 |
| Contractor procurement | 2,150 | 4,865 |
| Construction management | 4,240 | 8,500 |
| **Total** | **$78,285** | **$191,615** |

**John Verdi, Esquire**  
**Re: Margaret Sandra Sue**

October 17th 2005  
Page 3 of 3

procuring a qualified general contractor and subsequently managing the related activities that will assure a successful project.

The existing house, plus the recommendations I have made, are best described as delineated on Drawing #05200, pages 1 of 4 thru 4 of 4. The cost associated with the recommendations will range between $78,000[1] to $85,000 and it will take about six-weeks to complete once work has commenced.

I must emphasize that the modifications suggested in this report will facilitate Ms. Sue as long as she remains ambulatory; however, they will not suffice if she becomes dependent on using a wheelchair. Providing wheelchair accessibility will necessitate the installation of an elevator that would require a shaft be retrofitted into the core of the house. The shaft will impact the floor plan configuration. For example, the garage, powder room and master bedroom suite would need to be reconfigured and/or decreased in size. The elevator will require an auxiliary energy source in the event of a power outage; a back-up generator would need to be installed. The kitchen would be the same as previously stated, however the master bathroom would need to be completely reconfigured and rebuilt to facilitate a wheel-in shower. Interior doorways throughout the house would need to widened and safe site thoroughfare such as paved service walks should also be considered. A patient lift will be required to convey Ms. Sue into the spa. The cost of the construction documents would be greater due to the structural requirements. It would cost between $190,000 and $200,000[1] to safely accommodate Ms. Sue while using a wheelchair.

This concludes my report; all of my opinions and recommendations are to a reasonable degree of professional certainty. My opinions are based upon my professional experience, my education and training, and my assessment of Ms. Sue and her residence. All recommendations are necessary, and are the necessitated by Ms. Sue's injuries and disabilities. The costs for all recommendations are reasonable.

Sincerely,

**E**nvironmental **R**ehabilitation **C**onsultants, Inc.

*[signature: John Bilotta]*

John Bilotta, *Certified Environmental Access Consultant*  
for the corporation

---

[1] Although the costs are representative of McLean, Virginia, the calculations are based upon my thirty years of experience in this field, as well as my previous assessment of more than fifty sites which required the installation of elevators, lifts, and other modifications. The calculations are based upon past cases with similar characteristics. However, detailed architectural drawings and specifications are required to establish an accurate "hard line" price.









Second Floor — Sue Residence, McLean, VA
Drawing #05200 • Page 4 of 4 • Sep 30th '05
Environmental Rehabilitation Consultants
1.800.242.7707



**Biography/Company Profile**

      **John Bilotta, C**ertified **E**nvironmental **A**ccessibility **C**ontractor/Consultant **(CEAC)**[1] - President, **E**nvironmental **R**ehabilitation **C**onsultants, Inc, **(ERC)** a Design Consultation and Construction Management company specializing in the environmental needs of the physically challenged. Since 1976 he has been successful combining his "hands-on" design/build experience with his understanding of working within a compensatory environment. He has assisted the commercial insurance and rehabilitation professions with floor plan design; injury related retrofits and construction feasibility. He has been a consultant to Medical Case Managers, Special Needs Trusts, Attorneys, Insurance Companies, Rehabilitation Hospitals, and Architects.

      He has been a faculty member at professional conferences as well as conducting workshops for insurance companies and rehabilitation facilities.

**Education:**
- Texas Western University, El Paso (US Army '66-'69)
- Spring Garden Institute, Philadelphia
- Journeyman Builder

**Professional Organizations:**
- Professional Resources in Management Education
- Individual Case Management Association
- NARPPS

**Faculty Member:**
- Invited participant "Think Tank" of Assembled Thought Leaders in Independent Living & Environmental Access, Atlanta Georgia, October 2002.
- PRISM 2001 Annual Convention, Las Vegas, Nevada, April 2001.
- Insurance Rehabilitation Study Group, Developing Home Modification Design Standards for Worker's Compensation Claims. Annual Conference, Weehawkin, New Jersey, March 1993.
- Medical Case Management Conference IV. Nashville, Tennessee. Architectural Modifications for the Physically Challenged. National Conference, September 1992.
- Daniel Freeman Memorial Rehabilitation Hospital, Inglewood, California. Home Modifications for the Physically Challenged. September 1991.
- Casa Colina Centers for Rehabilitation, Pomona, California. Insurance Advisory Council, Annual Meeting, January 1991.
- North American REinsurance Corporation - The Rehabilitation Institute at Santa Barbara, Santa Barbara, California, 1990 Rehabilitation Claims Conference, September 1990.
- Saint Judes Rehabilitation Center, Fullerton, California. Wheelchair Accessibility Seminar, April 1990.
- National Association of Rehabilitation Professionals in the Private Sector (NARPPS), New Orleans, Louisiana. National Conference, March 1990.
- United States Automobile Association, San Antonio, Texas. Medical Case Management Seminar, November 1989.
- PMA Group, Valley Forge, Pennsylvania. Medical Case Management Meeting, August 1989.

**National Client Base** 35 percent Special Needs Trust and other fiduciaries; 25 percent Worker's Compensation Insurance Claims; 20 percent agency funded 15 percent private sector; 5 percent other.

---

[1] CEAC is a recognized credential for working professionals engaged in environmental access, including Occupational Therapists, Physical Therapists, Remodeling Contractors and Builders, Interior Designers, Engineers, Rehabilitation Specialists, Case Managers, Public Health Nurses, Assistive Technology Specialists, Life Care Planners, and other professionals creating accessibility or working in the environmental access field.

CEAC is administered by Professional Resources In Management Education, Inc. PRIME has been an approved provider of continuing education through the Florida Construction Industry Licensing Board (CILB), the national Certification of Disability Management Specialists Commission (CDMSC), the national Certification of Rehabilitation Counselors Commission (CRCC), the Commission for Case Manager Certification (CCMC), the Oncology Nursing Society (ONS), the California Board of Registered Nursing, the Florida Board of Nursing, and the American Council of Pharmaceutical Education (ACPE).

PO Box 1617, Burlington, NJ 08016
jbilotta@EnviroRehabConsultants.com
1-800 242 7707 (Nationwide) • 609 261 8437 (fax)

**Expert Testimony – John Bilotta** CEAC

---

September 13th 2003 - In person testimony on behalf of the Estate of Megan Hamlin, Montgomery County Orphans Court.

Margaret E. W. Sager, Esquire
**Heckscher Teillon Terrill & Sager**
100 Four Falls Corp Center
West Conshohocken, PA 19428
610 940 2600
mewsager@htts.com

February 4th 2003 – Telephonic depositions, Freeman Jean-Baptiste v. AIG Insurance Co

Esther Z. Ruderman, Esquire
**Conroy, Simberg, Ganon, Krevans & Abel, P.A.**
1801 Centrepark Drive, East Suite 200
West Palm Beach, FL 33401
561 697 8088
eruderman@conroysimberg.com

July 22nd 2002 – In person testimony on behalf of the Estate of Gretchen Macholl, Philadelphia County Orphans Court.

J. William Widing, III
Stevens & Lee, PC
111 North Sixth Street
P.O. Box 679
Reading, PA 19603-0679
610 478 2080
jww@stevenslee.com

October 17th 2005

**Environmental Rehabilitation Consultants, Inc.**
PO Box 1617
Burlington, NJ 08016
800 242 7707

John Verdi, Esquire
**Bode & Grenier**
1150 Connecticut Ave NW
Washington, DC 20036-4129

Re:   Margaret Sandra Sue
      1501 McLean Corner Lane
      McLean, VA 22101-4342

## Invoice #05200.01

*Services Rendered 43.2 hours @ $110.00* ..................................................................$4,752.00

- Site survey 09/30/05
- Telephone & email correspondence
- Internet research
- Evaluation report
- Floor plans & photos
- Computer aided design (CAD)

*Expenses (mileage and tolls)* ..........................................................................................$163.20

*Total* ..............................................................................................................................$4,915.20

Please remit upon receipt to: Environmental Rehabilitation Consultants, Inc.
                              PO Box 1617
                              Burlington, NJ 08016

**Tax ID 22 3382198**

Additional testimony is billed as follows. Telephonic depositions: $250 for the first hour and $110 per hour thereafter, billed in quarter hour increments when applicable. (notary and/or court stenographer arrangements by others)

In-person testimony: One thousand dollars ($1,000.00) per day or any portion thereof. Expenses are billed separately and include, but are not limited to,
a) travel expenses including mileage [$0.45 per mile] and tolls; b) postage and delivery; c) copying and reproduction.

PO Box 1617, Burlington, NJ 08016
jbilotta@EnviroRehabConsultants.com
1-800 242 7707 (Nationwide) • 609 261 8437 (fax)