PLASTIC SURGERY ASSOCIATES, P.C.

B. SCOTT TEUNIS, M.D., F.A.C.S.

MEDICAL REPORT
OCTOBER 10, 2005

| | |
|---|---|
| PATIENT: | SANDRA SUE |
| ADDRESS: | 1501 McLean Corner Lane, McLean, VA 22101 |
| DATE OF BIRTH: | 04-30-1954 |
| DATE OF ACCIDENT: | April 10, 2000 |

**HISTORY:** This is a 51-year-old female who on April 10, 2000 was involved in an automobile accident when she was struck from behind on the Roosevelt Bridge in the District of Columbia. Apparently, her vehicle was moving. She was jerked around in her seat belt/shoulder belt harness and experienced immediate onset of pain up and down in the back and to the skull and neck area and right shoulder. She was taken by ambulance to George Washington University Hospital where x-rays were obtained and discharged to Dr. Delenick, an orthopedic surgeon in Northern Virginia. She was seen by multiple physicians over a period of several months and was referred to Johns Hopkins where she underwent 4 surgical procedures to include surgery on the cervical spine with fusion and plating, a coccygectomy, and additional surgery on the cervical spine.

She presents at this time for post surgical scar evaluation. She still has complaints of having discomfort to the head, neck and left shoulder, which is treated with a variety of different medications to include Botox, morphine, neurotonins, Cymbalta, Celebrex, and Skelaxin, as well as, oxycodone and lidocaine patches. She is unable to work, has fatigue, and is unable to lift objects and has trouble opening doors.

**EXAMINATION:** Examination reveals two surgical scars that are well healed at the present time. The first is a scar on the left aspect of the neck extending over the clavicle that measures some 10 cm in vertical length and an additional 6 cm in transverse length. The scar is noticeable. It is slightly depressed in its central portion but is fully mature.

Examination of the back reveals a long, linear surgical scar extending from the mid lower back to the coccyx and measures 17 cm in length. It is also fully mature and soft in most of the areas but with a few firm areas in the inferior portion of the scar.

**DIAGNOSIS:** Post surgical scar deformity of neck and back.

**RECOMMENDATIONS:** It is my opinion that these scars are of a permanent and enduring nature and that no surgical procedure is going to improve their appearance. Because of their location on the neck and back, they are of moderate cosmetic severity and will not change over the remainder of her lifetime. All opinions contained in this report are within a reasonable degree of medical certainty.

Sincerely,

Bernard Scott Teunis, M.D., F.A.C.S.
BST/ld

# PLASTIC SURGERY ASSOCIATES
## PLASTIC AND RECONSTRUCTIVE SURGERY   Case Number _____
Csaba L. Magassy, M.D.   and   B. Scott Teunis, M.D.

Patient's Name __Sandra Sue__   Date __10-10__, 19__05__.



SCAR 6cm
SCAR 10cm

FORM NO. 06

## PLASTIC SURGERY ASSOCIATES
### PLASTIC AND RECONSTRUCTIVE SURGERY
Csaba L. Magassy, M.D.   and   B. Scott Teunis, M.D.

CASE NO. _____ PATIENT'S NAME _Sandra Sue_  10-10-0_



HEIGHT _____

WEIGHT _____

FORM NO. 02

# CURRICULUM VITAE

NAME: Bernard Scott Teunis, M.D.

OFFICE ADDRESS: 1300 Chain Bridge Road @ Dolley Madison Blvd
McLean, VA 22101

PLACE OF BIRTH: Washington, D.C.

DATE OF BIRTH: September 17, 1936          CITIZENSHIP: USA

---

| **Licensed to Practice Medicine** | Name of State or City | Date License Issued | |
|---|---|---|---|
| | Washington, D.C. | November 30, | 1970 |
| | Maryland | August | 1972 |
| | Virginia | July 2, | 1962 |
| | Minnesota | April | 1970 |

---

| **Education** | College/University | Degree | Date of Graduation |
|---|---|---|---|
| Premedical | University of VA | B.A. | June 1958 |
| Medical | University of VA | M.D. | June 1962 |

---

| **Internships** | University of Virginia Hospital | July 1962 – June 1963 |
|---|---|---|

---

| **Residencies** | General Surgery<br>Washington Hospital Center<br>Washington, D.C. | July 1966 – June 1970 |
|---|---|---|
| | Plastic & Reconstructive Surgery<br>Mayo Clinic<br>Rochester, Minnesota | July 1970 – June 1972 |

---

| **Military** | Captain, U.S. Army Reserves<br>Chief, Berlin Army Hospital<br>Ear, Nose & Throat Department &<br>Department of Ophthalmology | 1963 -- 1966 |
|---|---|---|

---

| **Honors** | Ernest A. Gould Award for<br>Excellence in Surgery<br>Washington Hospital Center | 1969 |
|---|---|---|

| | | |
|---|---|---|
| **Certification By American Specialty Boards** | American Board of Surgery | April 22, 1971 |
| | American Board of Plastic & Reconstructive Surgery | June 23, 1973 |

| | | |
|---|---|---|
| **Medical Society Membership** | District of Columbia Medical Society | Associate |
| | Fairfax County Medical Society | Active |
| | American Society of Plastic & Reconstructive Surgeons | Member/Oct 1974 |
| | American College of Surgeons | Fellow/ Oct 1975 |
| | American Medical Association | |
| | Pan American Medical Association | |
| | Southeastern Society of Plastic & Reconstructive Surgeons | |
| | Montgomery County Medical Society | Associate |
| | National Capital Society of Plastic & Reconstructive Surgeons | President/1987 |
| | American Society of Aesthetic Plastic Surgeons | |
| | The Lipoplasty Society | |

| | |
|---|---|
| **Academic Appointments** | George Washington University Associate Clinical Professor of Surgery/May 1974 |
| | Georgetown University Hospital Assistant Clinical Professor/1988 |

| | | |
|---|---|---|
| **Hospital Affiliations** | Plastic & Reconstructive Surgery Plastic Section Chief and Attending Surgeon | Fairfax Hospital |
| | Attending Surgeon | Sibley Memorial Hospital |
| | Attending Surgeon | Arlington Hospital |

| | | |
|---|---|---|
| **Contributions To Medical and Surgical Literature** | Acute Methemoglobinemia and Hemolytic Anemia Due to Toluidine Blue | Archieves of Surgery/ Oct 1970 |
| | Restoration of Hand Function | American AORN Journal/ Jan 1975 |

| | |
|---|---|
| **Papers Presented** | Complications and Physiologic Considerations of Anal Disease (Co-Author J.J. Weinstein, M.D.) Presented to American Medical College of Gastroenterology --October 1967 |
| | Early Claw Deformity, Secondary to Entrapment in Elbow, Relieved by Decompression Symposium of Military Plastic Surgery - January 1973 |
| | Head and Neck Cancer Plastic & Reconstructive Residents' Meeting Toledo, Ohio--February 1972 |
| | Post-Irradiation Chest Wall Reconstruction Symposium of Military Plastic Surgery --January 1973 |
| | Treatment of Trigger Fingers and DeQuervain's Disease Georgetown Hand Symposium - April 1978/May 1979 |
| | Reconstructive Surgery of the Breast American Bicentennial Medical-Dental Society Vail, Colorado - 19681 |
| | Aesthetic Surgery of the Aging Face American Bicentennial Medical-Dental Society Vail, Colorado - 1982 |
| | Coping with Major Wounds American Bicentennial Medical-Dental Society Vail, Colorado - 1984 |
| | Ambulatory Outpatient Suction Lipectomy Combined Maryland National Capital Society Meeting - 1987 |
| | Liposculpturing Virginia Association of Nurse Anesthetists - 1988 |
| **Oral Presentations** | Achieving Aesthetic Excellence - 1992 to Present Public Education Seminars |
| | Controversies Concerning Silicone Breast Implants -- December 1992 |

## PLASTIC SURGERY ASSOCIATES, P.C.
Csaba L. Magassy, M.D., F.A.C.S.
B. Scott Teunis, M.D., F.A.C.S.
1300 Chain Bridge Rd at Dolley Madison Blvd.
McLean, VA 22101
703-790-5454

TO: Eric Mitchell
Bode & Grenier, LLP
1150 Connecticut Avenue, 9th Floor
Washington, D.C. 20036

## CHARGES FOR PROFESSIONAL SERVICES

| DESCRIPTION OF SERVICE | CHARGES |
|---|---|
| Sandra Sue<br>Medical Report (10/10/05) | $450.00 |

PLEASE PAY THIS AMOUNT:                $450.00

This statement is provided for your personal medical records. It should also be retained for your tax records. Make checks **PAYABLE TO: Plastic Surgery Associates, P.C.** Please return a copy of this statement with your remittance. Tax ID# 52-1101878 Thank You

PLASTIC SURGERY ASSOCIATES, P.C.

B. SCOTT TEUNIS, M.D., F.A.C.S.

# LEGAL FEE SCHEDULE
# B. SCOTT TEUNIS, M.D., F.A.C.S

1. Legal Report/Review of Records     $450-$500

2. Pre-Trial Conference     $250

3. Deposition (video/in office)     $1,000-$2,500

4. Court Appearance (half day)     $3,500

5. Court Appearance (full day)     $5,000+

NOTE: ALL FEES MUST BE PAID IN ADVANCE.

**PLASTIC SURGERY ASSOCIATES, P.C.**

B. SCOTT TEUNIS, M.D., F.A.C.S.

October 18, 2005

John Verdi
1150 Connecticut Ave, N.W.
Ninth Floor, Connecticut Building
Washington, D.C. 20036

Dear John:

Here is a list of court appearances in which Dr. B. Scott Teunis has served as an expert witness.

| | |
|---|---|
| May 11, 2005 | Rahman v. Bitar, M.D. |
| January 26, 2005 | Neely v. Sullivan & French, M.D. |
| June 9, 2004 | Christian v. Poindexter, M.D. |
| December 16, 2003 | Kelly v. King, M.D. |

Matters that did not go to trial are also included.

| | |
|---|---|
| January 10, 2005 | Parks v. Cameron |
| December 8-14, 2004 | Jung v. Suh, M.D. |
| October 6, 2003 | Vu v. Poindexter, M.D. |
| November 21-22, 2002 | Estes v. Matini, M.D. |
| January 18-22, 2001 | Carter v. Hall Jr., M.D. |

Please contact me at (703) 356-7803 ext. 212 with any further questions.

Sincerely,

*Allison Pellet*
Allison Pellet
Patient Care Coordinator