**VALUATION OF LOST INCOME, BENEFITS AND MEDICAL EXPENSES**
Ms. Margaret Sue


By

Dr. Richard B. Edelman
Professor Emeritus of Finance
The American University
Washington D.C. 20016


Prepared for


Mr. Peter Grenier
Attorney at Law
Bode & Grenier
Ninth Floor
1150 Connecticut Ave. NW
Washington, D.C.  20036-4129


October 2005

## VALUATION OF LOST INCOME, BENEFITS AND MEDICAL EXPENSES
### Ms. Margaret Sue

This analysis is a valuation of Ms. Sue's lost income, benefits and life-care/medical expenses. The report briefly reviews the background of the case, explains the methodology used and presents the loss. The total loss, expressed in October 2005 dollars and assuming no future employment, is **$4,664,502**[1].

## BACKGROUND

Ms. Sue is a white female resident of Virginia born on April 30, 1954. She holds a M.S. in Management Information Systems from George Washington University awarded in 1996 had been employed as a sales manager with IMS Health, Incorporated beginning in September 1995.

On April 10, 2000 at the age of forty-five years and eleven months, Ms. Sue was injured in a traffic accident. As a result of that accident, it is alleged that there is a loss of income and benefits. In addition, there are ongoing life-care and medical expenses.

It is the purpose of this paper to calculate the value of these items using conservative economic assumptions. Documentation provided is Ms. Flannery's October 6, 2005 life-care plan, Mr. Bilotta's October 17, 2005 home modification report, various documents describing Ms. Sue's pension plan and funding at IMS, 1997-2003 tax returns, the Complaint and answers to questions posed to Ms. Sue by this analyst.

---

[1]This total does not include past medical expenses.

## METHODOLOGY

The methodology to develop the value of the loss is in four parts. First, life and work life expectancy are discussed. Second, lost future monetary income through work life expectancy is calculated based on the earnings Ms. Sue experienced at IMS. All income figures include (1) fringe benefits, (2) cost-of-living adjustments and (3) are reduced by annual survival probabilities. Third, future medical and life-care expenses are valued.

Finally, the October 2005 present value of these items is calculated using a portfolio that contains no default or interest rate risk. That portfolio, reflecting current interest rates and consisting of short, intermediate and long-term securities, returns an amount sufficient to replace past and future losses *with absolute certainty* and pay taxes on earned interest[2]. The present values are totaled and the total is the loss in current dollars.

### 1. LIFE AND WORKLIFE EXPECTANCIES

A. Life Expectancy

The U.S. Department of Health and Human services reports in the U.S. Decennial Life Tables: Virginia that a forty-five to forty-six year old white female resident has a life expectancy of thirty-six years through age eighty-two in 2036 [6].

---

[2]Past losses are brought to present value using the historic rate of change in the Consumer Price Index (CPI).

2

Although age eighty-two was Ms. Sue's expected lifetime at the time of the incident, it is possible that she would not have survived to retirement or beyond because of unrelated accidents or illnesses. That is, the life expectancy figure is an average date of death and not the absolute age of death. For this reason, the appropriate treatment of life expectancy is to reduce all future figures by the probabilities of survival over her actuarial lifetime. The probabilities of survival for each year from the present forward are derived from the life tables and these probabilities are used to reduce all future values calculated in this analysis [6].

B. Worklife Expectancy

Although retirement is considered to always occur at age sixty-five, the number of years remaining in the work force may vary because of illness, desire to continue or discontinue working, periodic layoffs, economic cycles or a variety of other factors. For a forty-six year old female with a graduate degree and actively employed, seventeen years [2] remain in the work force.

## 2. LOST MONETARY INCOME

A. Monetary Income: No-Incident

In 1998 through 2001 (e.g., Ms. Sue's final year of full-time employment), her tax returns and W-2's report the following income:

| Year | Income |
|------|--------|
| 1998 | $75,467 |
| 1999 | $92,005 |
| 2000 | $100,661 |
| 2001 | $90,968 |

These income figures, converted to 2002 dollars using the rate of change in the CPI and averaged, are the basis for Ms. Sue's lost monetary income after 2002.  That average figure is $94,841[3].

B. Monetary Income: Post-Incident

It is indicated that Ms. Sue will be unable to work in the future and there will be no mitigating income.

C. Income Growth

Income grows over time in compensation for changes in cost of living and productivity.  During the 1980 through 2005 period, income for all workers in the private sector rose at an average annual compounded rate of 3.93 percent [8].  Income for workers with a technical specialty rose 4.27 percent per year or 1.089 times as fast as all workers.

Future increases in salary growth for all workers are forecasted by the Social Security Administration in its Annual Report to the Congress [4].  The forecast made in 2005 showed these past and projected annual wage increases:

---

[3]Ms. Sue began short-term disability income on July 23, 2002.  In that year, her reported income was $87,349 of which, $56,119 was earned prior to July 23 (e.g., $87,349 * ((7 + (22/31)/12)).  Counsel advises that all disability payments are a collateral source and, therefore, only the income that should have been earned after July 23, 2002 is considered lost.  That 2002 amount is $38,721 (e.g., $87,349 - $56,119).

4

| Year | Past and Projected Wage Increases |
|------|------------------------------------|
| 2003 | 2.6% |
| 2004 | 3.8% |
| 2005 | 4.2% |
| 2006 | 4.3% |
| 2007 | 4.4% |
| 2008 | 4.3% |
| 2009 | 4.1% |
| 2010 | 4.1% |
| 2011 | 4.1% |
| 2012 | 4.2% |
| 2013 | 4.0% |
| 2014 and Beyond | 3.9% |

Future growth in earnings is based on these projections modified by the 1.089 factor shown above.

D. Fringe Benefits

There are a wide variety of non-monetary fringe benefits that are diminished when income declines. The Statistical Abstract reports that these benefits typically include sick leave, annual leave, paid holidays, medical insurance, life insurance, pension contributions and various legally required items [5].

The U.S. Department of Labor [10] reports that fringe benefits for management workers in the service sector average 29.3 percent of income. Of that total, employers contribute an average of 4.9 percent of monetary income into pension funding and 8.0 percent of monetary income into insurance funding. These benefits total 12.9 percent of monetary income.

The IMS Savings Plan Confirmation Statement (SUE 0001330) shows that a six percent employee contribution to pension funding is matched by the company. The quarterly retirement plan

5



**Figure 1**

statements show that the company contributes one-quarter of the amount Ms. Sue contributed.  Therefore, the company's portion of retirement funding, 1.5 percent of monetary income (e.g., 6 % x .25), is considered lost.

The cost of health insurance for an individual averages $2,889 per year and employers typically contribute 82.7 of this amount[4].  This contribution represents 2.4 percent of Ms. Sue's

---

[4]Buckley and Glezen, "Federal Statistics on Healthcare Benefits and Cost Trends: An Overview", <u>Monthly Labor Review</u>, November 2004.

6

monetary income.  Lost fringe benefits (e.g., pension and insurance funding) are 3.9 percent of monetary income and are considered lost[5].

Figure 1 shows the lost income and benefits reduced by survival probabilities.

### 3. FUTURE MEDICAL AND LIFE-CARE EXPENSES

Future medical and life-care expenses are described in Ms. Flannery's October 6, 2005 and Mr. Bilotta's October 17, 2005 reports.  The amounts shown in these reports are not repeated here.

An important consideration with regard to these future expenses is the rate of cost increase.  The CPI Detailed Report shows that the cost of physician services, medicine, supplies and other professional services have experienced growth higher than the average annual increase in the consumer price index (CPI) [9].  These rates are shown below and in Figure 2:

| Year | CPI | Other Professional Services | Drugs | Physician Services | Medical Supplies |
|------|-----|------|------|------|------|
| 1985 | 3.48% | | 8.12% | 6.87% | 4.56% |
| 1986 | 1.59% | | 8.89% | 7.63% | 4.54% |
| 1987 | 3.59% | 5.00% | 8.09% | 6.45% | 2.89% |
| 1988 | 4.00% | 5.52% | 7.69% | 7.49% | 4.71% |
| 1989 | 6.50% | 5.78% | 9.50% | 7.24% | 7.19% |
| 1990 | 6.10% | 4.78% | 10.01% | 7.40% | 4.94% |
| 1991 | 2.80% | 5.21% | 9.42% | 5.50% | 5.69% |
| 1992 | 2.87% | 3.64% | 5.56% | 6.30% | 3.72% |
| 1993 | 2.50% | 3.14% | 3.16% | 5.01% | 2.75% |
| 1994 | 2.72% | 4.49% | 3.55% | 4.52% | 4.11% |

---

[5]This figure is extremely conservative relative to the Federal figure of 12.9 percent.

7



**Figure 2**

| Year | CPI | Other Professional Services | Drugs | Physician Services | Medical Supplies |
|---|---|---|---|---|---|
| 1995 | 2.51% | 1.73% | 1.97% | 4.37% | 2.51% |
| 1996 | 3.31% | 3.20% | 2.99% | 3.11% | 0.23% |
| 1997 | 1.48% | 3.50% | 2.49% | 2.83% | 1.98% |
| 1998 | 1.58% | 2.42% | 4.94% | 3.46% | 1.37% |
| 1999 | 2.74% | 1.74% | 6.19% | 2.62% | 0.90% |
| 2000 | 3.39% | 2.69% | 3.61% | 3.89% | 0.34% |
| 2001 | 1.29% | 3.40% | 5.97% | 3.62% | -0.33% |
| 2002 | 2.37% | 3.29% | 4.40% | 3.38% | -0.45% |
| 2003 | 1.64% | 2.40% | 2.43% | 2.22% | 0.51% |
| 2004 | 3.39% | 2.45% | 3.53% | 3.97% | 1.06% |
| **Average:** | **2.99%** | **3.58%** | **5.63%** | **4.89%** | **2.66%** |

These rates indicate that other professional care,

8

prescription drugs, physician services and medical supplies have
increased 1.20, 1.88, 1.64 and .89 times more rapidly than the
CPI growth respectively[6].

The Social Security Administration produces forecasted rates
of change in the consumer price index (CPI) and this forecast,
adjusted by the above factors, is used as the basis for future
medical expenses.  (Supplies, equipment and adaptive aids,
wheelchair items, aids for independent function,
sleeping/positioning items and transportation expenses are
increased at the projected growth in the CPI.  Home care is
increased at the projected growth in wages[7].)

[6]Although there has been some decline in the growth in some
elements of health care expenses (e.g., supplies) relative to the
CPI in recent years, there is still no Federal program in place
that will definitely limit future growth of the significant
elements of care such as drugs and physician services.  (This is
evidenced by the recent acceleration in health care costs.  For
an excellent discussion of these trends, see "Health Care's
Soaring Cost Takes a Toll", Washington Post, July 9, 2002, p.
A01.  Also see "Health-Care Spending Rises 8.7%, Fastest
Expansion in 10 Years, Wall Street Journal, January 8, 2003,
"Obesity Gets Part of Blame for Care Costs", Washington Post,
October 20, 2004 and "Health Care Costs, Spending Up: More in
Middle Class Could Join Ranks of the Uninsured, Washington Post,
June 21, 2005.

In addition, there is growing public sentiment for HMO's to
provide more comprehensive specialized care rather than a focus
on costs.  Given these longer run trends and an increasing demand
for medical services by an aging population, medical inflation is
expected to grow at a rate faster than the CPI.  Ewing, Payne and
Piette tested medical growth rates and found the series to be
stationary.  Hence, there is no indication that the rate of
growth in medical expenses will diminish.  (See "The Time Series
Behavior of the Medical Cost Net Discount Rate", Journal of
Forensic Economics, Winter 2001.)

[7]These rates, as shown by Social Security in March 2005 are
[4]:

(continued...)

9

Figure 3 shows Ms. Sue's survival-weighted undiscounted future medical and life-care expenses.

### 4. PRESENT VALUE CALCULATIONS

Since income and expenses are streams of payments over time, those streams must be discounted in order to find their value in October 2005.  The discounted value, usually called present value, is a lump sum amount that if invested in October 2005 would replace the past loss and earn the loss in future years. That is, the present value is an amount in October 2005 that is equivalent to the past and future loss[8].

A key factor in the discounting of future values is the

_____

[7](...continued)

| Year | Forecasted Wage Increase | Forecasted CPI Growth |
|------|--------------------------|------------------------|
| 2006 | 4.30% | 2.20% |
| 2007 | 4.40% | 2.60% |
| 2008 | 4.30% | 2.80% |
| 2009 | 4.10% | 2.80% |
| 2010 | 4.10% | 2.80% |
| 2011 | 4.10% | 2.80% |
| 2012 | 4.20% | 2.80% |
| 2013 | 4.00% | 2.80% |
| 2014 and After | 3.90% | 2.80% |

See "The 2005 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds", Communication from The Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds, March 2005.  Because this report is written in October 2005, no adjustments are made to the 2005 expenses.

[8]Past losses are brought to present value using the historic rate of CPI growth.  Those rates were 1.4, 2.2 and 2.6 percent in 2002 through 2004 respectively [4].

10



**Figure 3**

selection of the appropriate discount (or interest) rate [1].
The discount rate is based on current interest rates derived from
a portfolio of short, intermediate and long-term risk-free
securities that contains no default or interest rate risk.  That
is, if a maturity-matched portfolio of risk-free securities is
purchased that would return an amount each year sufficient to
replace future losses *with absolute certainty and* pay taxes on

earned interest, the rate of interest is 3.41 percent[9] [11].

## RESULTS

Table 1 shows the October 2005 present value of the lost income and benefits if Ms. Sue is unable to work in the future. That loss over Ms. Sue's work life is **$1,668,415**[10]. Tables 2 and 2A show the present value of the medical and life-care expenses. The total value of the those expenses is **$2,996,087**. The total loss is **$4,664,502** and is summarized below:

| Oct. 2005 Present Values | Through Oct. 15, 2005 | After Oct. 15, 2005 | Total |
|---|---|---|---|
| Lost Income and Benefits | $344,633 | $1,323,782 | **$1,668,415** |
| Future Medical Expenses.. | $0 | $2,996,087 | **$2,996,087** |
| **Total Loss...............** | **$344,633** | **$4,319,869** | **$4,664,502** |

---

[9]Business Week, "Investment Figures of the Week", October 24, 2005.

[10]The lost income, less Federal, State and FICA taxes, is $1,146,956.

12

TABLE 1

PRESENT VALUE OF LOST INCOME AND BENEFITS:
NO FUTURE EMPLOYMENT
Reduced by Survival Probabilities


<---------- October 2005 Present Values ---------->

| Year | Age | No Incident Income | Post-Incident Income | Lost Income | Cumulative Lost Income |
|------|-----|--------------------|----------------------|-------------|------------------------|
| 2002 | 48  | $42,797            | $0                   | $42,797     | $42,797                |
| 2003 | 49  | $106,308           | $0                   | $106,308    | $149,105               |
| 2004 | 50  | $108,333           | $0                   | $108,333    | $257,438               |
| 2005 | 51  | $110,141           | $0                   | $110,141    | $367,579               |
| 2006 | 52  | $111,184           | $0                   | $111,184    | $478,763               |
| 2007 | 53  | $112,310           | $0                   | $112,310    | $591,074               |
| 2008 | 54  | $113,284           | $0                   | $113,284    | $704,358               |
| 2009 | 55  | $113,980           | $0                   | $113,980    | $818,337               |
| 2010 | 56  | $114,631           | $0                   | $114,631    | $932,968               |
| 2011 | 57  | $115,233           | $0                   | $115,233    | $1,048,201             |
| 2012 | 58  | $115,900           | $0                   | $115,900    | $1,164,100             |
| 2013 | 59  | $116,256           | $0                   | $116,256    | $1,280,357             |
| 2014 | 60  | $116,408           | $0                   | $116,408    | $1,396,764             |
| 2015 | 61  | $116,465           | $0                   | $116,465    | $1,513,229             |
| 2016 | 62  | $116,424           | $0                   | $116,424    | $1,629,653             |
| 2017 | 63  | $38,762            | $0                   | $38,762     | $1,668,415             |
| Totals: | | 1,668,415        | $0                   | $1,668,415  |                        |

13

TABLE 2

PRESENT VALUE OF LIFE CARE EXPENSES
Evaluations Through Aids to Independent Functions;
Survival Weighted

-------------------------------- October 2005 Present Value --------------------------------

| Year | Age | Projected Evaluations | Therapeutic Modalities | Future Medical Care | Medications | Supplies | Lab/ Diagnostics | Medical Equipment & Adaptive Aids | Wheelchair/ Mobility | Orthotics/ Prosthetics | Aids for Independent Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 51 | $323 | $2,100 | $1,041 | $5,632 | $105 | $45 | $2,334 | $15 | $0 | $0 |
| 2006 | 52 | $201 | $16,221 | $4,487 | $27,146 | $495 | $9,183 | $2,036 | $0 | $335 | $37 |
| 2007 | 53 | $200 | $16,119 | $4,492 | $27,120 | $495 | $9,222 | $2,159 | $0 | $332 | $36 |
| 2008 | 54 | $199 | $16,045 | $3,514 | $27,753 | $485 | $9,281 | $2,089 | $0 | $331 | $36 |
| 2009 | 55 | $198 | $15,962 | $3,532 | $28,050 | $480 | $9,329 | $2,240 | $0 | $329 | $36 |
| 2010 | 56 | $197 | $15,870 | $3,532 | $28,311 | $475 | $9,368 | $2,147 | $14 | $327 | $35 |
| 2011 | 57 | $196 | $15,769 | $2,335 | $28,535 | $470 | $9,397 | $2,100 | $0 | $325 | $35 |
| 2012 | 58 | $195 | $15,659 | $2,339 | $28,723 | $465 | $9,415 | $1,993 | $0 | $323 | $35 |
| 2013 | 59 | $194 | $15,537 | $2,341 | $28,870 | $459 | $9,423 | $2,032 | $0 | $320 | $34 |
| 2014 | 60 | $192 | $15,404 | $2,340 | $28,976 | $453 | $9,420 | $2,491 | $0 | $318 | $34 |
| 2015 | 61 | $190 | $15,257 | $2,337 | $29,039 | $447 | $9,404 | $2,422 | $13 | $315 | $33 |
| 2016 | 62 | $189 | $15,097 | $2,330 | $29,058 | $441 | $9,376 | $1,991 | $0 | $311 | $33 |
| 2017 | 63 | $187 | $14,925 | $2,320 | $29,034 | $434 | $9,337 | $1,914 | $0 | $308 | $32 |
| 2018 | 64 | $184 | $14,739 | $2,307 | $29,067 | $427 | $9,285 | $1,840 | $0 | $304 | $32 |
| 2019 | 65 | $182 | $14,540 | $2,291 | $28,855 | $420 | $9,221 | $1,959 | $12 | $300 | $31 |
| 2020 | 66 | $180 | $14,327 | $2,272 | $28,700 | $412 | $9,144 | $1,695 | $0 | $296 | $31 |
| 2021 | 67 | $177 | $14,101 | $2,250 | $28,500 | $404 | $9,055 | $1,711 | $0 | $291 | $30 |
| 2022 | 68 | $174 | $13,862 | $2,225 | $28,258 | $398 | $8,954 | $1,861 | $0 | $286 | $30 |
| 2023 | 69 | $171 | $13,609 | $2,197 | $27,972 | $388 | $8,841 | $1,717 | $0 | $281 | $29 |
| 2024 | 70 | $168 | $13,542 | $2,165 | $27,640 | $378 | $8,715 | $2,535 | $0 | $275 | $28 |
| 2025 | 71 | $165 | $13,060 | $2,151 | $27,261 | $370 | $8,576 | $2,445 | $11 | $269 | $28 |
| 2026 | 72 | $161 | $12,760 | $2,092 | $26,829 | $360 | $8,421 | $1,911 | $0 | $263 | $27 |
| 2027 | 73 | $157 | $12,441 | $2,050 | $26,341 | $350 | $8,251 | $1,963 | $0 | $257 | $26 |
| 2028 | 74 | $154 | $12,101 | $2,003 | $25,793 | $340 | $8,063 | $2,008 | $0 | $250 | $25 |
| 2029 | 75 | $149 | $11,740 | $1,952 | $25,184 | $329 | $7,857 | $1,927 | $9 | $242 | $24 |
| 2030 | 76 | $145 | $11,357 | $1,897 | $24,514 | $317 | $7,634 | $1,683 | $9 | $234 | $24 |
| 2031 | 77 | $140 | $10,954 | $1,897 | $23,786 | $305 | $7,394 | $1,656 | $0 | $226 | $23 |
| 2032 | 78 | $135 | $10,531 | $1,773 | $22,999 | $293 | $7,138 | $1,606 | $0 | $217 | $22 |
| 2033 | 79 | $130 | $10,087 | $1,705 | $22,150 | $280 | $6,863 | $1,573 | $0 | $208 | $21 |
| 2034 | 80 | $124 | $10,087 | $1,654 | $21,236 | $266 | $6,570 | $1,953 | $8 | $198 | $20 |
| 2035 | 81 | $119 | $9,619 | $1,554 | $20,252 | $252 | $6,256 | $1,667 | $8 | $188 | $19 |
| 2036 | 82 | $113 | $9,127 | $1,472 | $19,203 | $237 | $5,923 | $1,259 | $0 | $178 | $18 |
| 2037 | 83 | $106 | $8,611 | $1,385 | $18,095 | $222 | $5,574 | $1,245 | $0 | $167 | $17 |
| 2038 | 84 | $100 | $8,076 | $1,294 | $16,936 | $207 | $5,210 | $1,136 | $0 | $155 | $15 |
| 2039 | 85 | $93 | $7,524 | $1,201 | $15,737 | $191 | $4,835 | $1,117 | $0 | $144 | $14 |

14

TABLE 2 (Continued)

PRESENT VALUE OF LIFE CARE EXPENSES
Evaluations Through Aids to Independent Functions;
Survival Weighted

-------------------------------- October 2005 Present Value -------------------------------->

| Year | Age | Projected Evaluations | Therapeutic Modalities | Future Medical Care | Medications | Supplies | Lab/ Diagnostics | Medical Equipment & Adaptive Aids | Wheelchair/ Mobility | Orthotics/ Prosthetics | Aids for Independent Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2040 | 86 | $86 | $6,387 | $1,106 | $14,502 | $175 | $4,450 | $998 | $5 | $132 | $13 |
| 2041 | 87 | $79 | $5,807 | $1,008 | $13,240 | $159 | $4,058 | $860 | $0 | $120 | $12 |
| 2042 | 88 | $72 | $5,225 | $910 | $11,959 | $142 | $3,661 | $781 | $0 | $108 | $11 |
| 2043 | 89 | $64 | $4,647 | $811 | $10,677 | $126 | $3,265 | $710 | $0 | $96 | $9 |
| 2044 | 90 | $57 | $4,084 | $715 | $9,419 | $111 | $2,877 | $742 | $0 | $84 | $8 |
| 2045 | 91 | $50 | $3,544 | $622 | $8,203 | $96 | $2,503 | $635 | $3 | $73 | $7 |
| 2046 | 92 | $44 | $3,031 | $533 | $7,040 | $82 | $2,146 | $469 | $0 | $63 | $6 |
| 2047 | 93 | $37 | $2,548 | $449 | $5,939 | $69 | $1,809 | $386 | $0 | $53 | $5 |
| 2048 | 94 | $31 | $2,104 | $372 | $4,920 | $57 | $1,497 | $312 | $0 | $43 | $4 |
| 2049 | 95 | $26 | $1,706 | $302 | $4,002 | $46 | $1,217 | $269 | $1 | $35 | $3 |
| 2050 | 96 | $21 | $1,357 | $241 | $3,192 | $37 | $970 | $194 | $0 | $28 | $3 |
| 2051 | 97 | $17 | $1,057 | $188 | $2,494 | $28 | $757 | $154 | $1 | $22 | $2 |
| 2052 | 98 | $13 | $806 | $144 | $1,906 | $22 | $578 | $127 | $0 | $17 | $2 |
| 2053 | 99 | $10 | $601 | $107 | $1,425 | $16 | $432 | $91 | $0 | $12 | $1 |
| 2054 | 100 | $7 | $438 | $78 | $1,042 | $12 | $316 | $79 | $0 | $9 | $1 |
| 2055 | 101 | $5 | $313 | $56 | $746 | $8 | $226 | $55 | $0 | $6 | $1 |
| 2056 | 102 | $4 | $218 | $39 | $521 | $6 | $158 | $31 | $0 | $4 | $0 |
| 2057 | 103 | $3 | $148 | $27 | $354 | $4 | $107 | $22 | $0 | $3 | $0 |
| 2058 | 104 | $2 | $97 | $18 | $234 | $3 | $71 | $15 | $0 | $2 | $0 |
| 2059 | 105 | $1 | $62 | $11 | $150 | $2 | $45 | $10 | $0 | $1 | $0 |
| 2060 | 106 | $1 | $39 | $7 | $93 | $1 | $28 | $5 | $0 | $1 | $0 |
| 2061 | 107 | $0 | $23 | $4 | $55 | $1 | $17 | $3 | $0 | $0 | $0 |
| 2062 | 108 | $0 | $13 | $2 | $32 | $0 | $10 | $2 | $0 | $0 | $0 |
| 2063 | 109 | $0 | $7 | $1 | $17 | $0 | $5 | $1 | $0 | $0 | $0 |
| 2064 | 110 | $0 | $4 | $1 | $9 | $0 | $3 | $1 | $0 | $0 | $0 |
| Totals: | | $6,520 | $487,698 | $86,174 | $985,929 | $14,047 | $311,185 | $73,366 | $92 | $10,016 | $1,038 |

15

TABLE 2A

PRESENT VALUE OF LIFE CARE EXPENSES
Sleeping/Positioning through Surgical Intervention;
Survival Weighted

---------- October 2005 Present Value ----------

| Year | Age | Sleeping/ Positioning | Transportation | Home Modifications | Home Care | Surgical Intervention | Total Present Value | Cumulative Present Value |
|------|-----|-----------------------|----------------|--------------------|-----------|-----------------------|---------------------|--------------------------|
| 2005 | 51 | $0 | $2,653 | $0 | $3,248 | $914 | $18,410 | $18,410 |
| 2006 | 52 | $79 | $12,547 | $80,104 | $15,679 | $5,579 | $174,129 | $192,539 |
| 2007 | 53 | $0 | $12,408 | $0 | $15,777 | $5,603 | $93,258 | $285,797 |
| 2008 | 54 | $0 | $12,289 | $0 | $15,854 | $5,639 | $93,515 | $379,312 |
| 2009 | 55 | $994 | $11,434 | $0 | $15,895 | $5,668 | $94,148 | $473,460 |
| 2010 | 56 | $0 | $11,315 | $0 | $15,928 | $5,220 | $87,535 | $560,995 |
| 2011 | 57 | $0 | $11,192 | $0 | $15,954 | $1,223 | $87,532 | $648,528 |
| 2012 | 58 | $74 | $11,065 | $0 | $15,988 | $1,226 | $87,499 | $736,027 |
| 2013 | 59 | $0 | $10,933 | $0 | $15,981 | $1,227 | $87,353 | $823,380 |
| 2014 | 60 | $866 | $10,794 | $0 | $15,947 | $1,226 | $88,463 | $911,843 |
| 2015 | 61 | $71 | $10,649 | $0 | $15,901 | $1,224 | $87,302 | $999,145 |
| 2016 | 62 | $0 | $10,496 | $0 | $15,841 | $1,221 | $86,383 | $1,085,528 |
| 2017 | 63 | $0 | $10,337 | $0 | $15,768 | $1,216 | $85,810 | $1,171,338 |
| 2018 | 64 | $68 | $10,172 | $0 | $15,681 | $1,209 | $85,213 | $1,256,551 |
| 2019 | 65 | $803 | $9,999 | $0 | $15,580 | $1,200 | $85,380 | $1,341,931 |
| 2020 | 66 | $0 | $9,819 | $0 | $15,463 | $1,191 | $83,540 | $1,425,471 |
| 2021 | 67 | $64 | $9,632 | $0 | $15,331 | $1,179 | $82,725 | $1,508,196 |
| 2022 | 68 | $0 | $9,438 | $0 | $15,183 | $1,166 | $81,832 | $1,590,028 |
| 2023 | 69 | $0 | $9,237 | $0 | $15,033 | $1,151 | $80,626 | $1,670,654 |
| 2024 | 70 | $785 | $9,029 | $0 | $14,852 | $1,135 | $81,050 | $1,751,703 |
| 2025 | 71 | $0 | $8,812 | $0 | $14,636 | $1,117 | $78,879 | $1,830,582 |
| 2026 | 72 | $0 | $8,585 | $0 | $14,398 | $1,096 | $76,904 | $1,907,486 |
| 2027 | 73 | $56 | $8,347 | $0 | $14,149 | $1,074 | $75,462 | $1,982,949 |
| 2028 | 74 | $0 | $8,098 | $0 | $13,886 | $1,050 | $73,770 | $2,056,719 |
| 2029 | 75 | $629 | $7,835 | $0 | $13,580 | $1,023 | $72,471 | $2,129,190 |
| 2030 | 76 | $50 | $7,561 | $0 | $13,251 | $994 | $69,652 | $2,198,842 |
| 2031 | 77 | $0 | $7,275 | $0 | $12,855 | $963 | $67,413 | $2,266,255 |
| 2032 | 78 | $0 | $6,977 | $0 | $12,461 | $929 | $65,081 | $2,331,336 |
| 2033 | 79 | $44 | $6,668 | $0 | $12,047 | $894 | $62,669 | $2,394,005 |
| 2034 | 80 | $509 | $6,344 | $0 | $11,585 | $855 | $60,913 | $2,454,918 |
| 2035 | 81 | $0 | $6,006 | $0 | $11,086 | $814 | $57,348 | $2,512,266 |
| 2036 | 82 | $38 | $5,655 | $0 | $10,549 | $771 | $54,026 | $2,566,292 |
| 2037 | 83 | $0 | $5,293 | $0 | $9,979 | $726 | $50,882 | $2,617,174 |
| 2038 | 84 | $0 | $4,922 | $0 | $9,378 | $678 | $47,556 | $2,664,730 |
| 2039 | 85 | $395 | $4,544 | $0 | $8,751 | $629 | $44,611 | $2,709,341 |

16

TABLE 2A (Continued)

PRESENT VALUE OF LIFE CARE EXPENSES
Sleeping/Positioning through Surgical Intervention;
Survival Weighted

-------- October 2005 Present Value -------->

| Year | Age | Sleeping/ Positioning | Transportation | Home Modifications | Home Care | Surgical Intervention | Total Present Value | Cumulative Present Value |
|------|-----|------------------------|----------------|---------------------|-----------|------------------------|----------------------|---------------------------|
| 2040 | 86 | $0 | $4,162 | $0 | $8,101 | $579 | $40,695 | $2,750,036 |
| 2041 | 87 | $0 | $3,777 | $0 | $7,431 | $528 | $37,079 | $2,787,115 |
| 2042 | 88 | $23 | $3,392 | $0 | $6,745 | $477 | $33,505 | $2,820,620 |
| 2043 | 89 | $0 | $3,012 | $0 | $6,053 | $425 | $29,897 | $2,850,517 |
| 2044 | 90 | $212 | $2,643 | $0 | $5,367 | $375 | $26,694 | $2,877,210 |
| 2045 | 91 | $15 | $2,290 | $0 | $4,700 | $326 | $23,069 | $2,900,279 |
| 2046 | 92 | $0 | $1,955 | $0 | $4,057 | $279 | $19,704 | $2,919,984 |
| 2047 | 93 | $0 | $1,641 | $0 | $3,442 | $236 | $16,615 | $2,936,598 |
| 2048 | 94 | $9 | $1,353 | $0 | $2,869 | $195 | $13,768 | $2,950,367 |
| 2049 | 95 | $88 | $1,096 | $0 | $2,347 | $158 | $11,296 | $2,961,663 |
| 2050 | 96 | $0 | $870 | $0 | $1,884 | $126 | $8,923 | $2,970,586 |
| 2051 | 97 | $5 | $677 | $0 | $1,482 | $99 | $6,981 | $2,977,568 |
| 2052 | 98 | $0 | $515 | $0 | $1,140 | $75 | $5,345 | $2,982,912 |
| 2053 | 99 | $0 | $384 | $0 | $858 | $56 | $3,994 | $2,986,906 |
| 2054 | 100 | $24 | $280 | $0 | $652 | $41 | $2,959 | $2,989,865 |
| 2055 | 101 | $0 | $199 | $0 | $455 | $29 | $2,100 | $2,991,965 |
| 2056 | 102 | $0 | $139 | $0 | $320 | $21 | $1,460 | $2,993,425 |
| 2057 | 103 | $1 | $94 | $0 | $219 | $14 | $995 | $2,994,421 |
| 2058 | 104 | $0 | $62 | $0 | $146 | $9 | $659 | $2,995,080 |
| 2059 | 105 | $3 | $40 | $0 | $94 | $6 | $425 | $2,995,505 |
| 2060 | 106 | $0 | $24 | $0 | $59 | $4 | $262 | $2,995,767 |
| 2061 | 107 | $0 | $14 | $0 | $35 | $2 | $156 | $2,995,923 |
| 2062 | 108 | $0 | $8 | $0 | $20 | $1 | $90 | $2,996,013 |
| 2063 | 109 | $0 | $4 | $0 | $11 | $1 | $49 | $2,996,061 |
| 2064 | 110 | $0 | $2 | $0 | $6 | $0 | $26 | $2,996,087 |
| Totals: | | $5,905 | $336,995 | $80,104 | $541,926 | $59,093 | $2,996,087 | |

17

# REFERENCES

1.  Eugene F. Brigham, <u>Financial Management: Theory and Practice</u>, Dryden Press, 2001.

2. Gary Skoog and James Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation and Probability Intervals, <u>Journal of Legal Economics</u>, Spring/Summer 2001.

3. <u>Stocks, Bonds, Bills and Inflation</u>, Ibbotson Associates, Chicago: 2005.

4. "The 2005 Annual Report of the Boards of Trustees of the Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds", <u>Communication from The Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds</u>, March 2005.

5. U.S. Department of Commerce, <u>Statistical Abstract of the United States</u>.

6. U.S. Department of Health and Human Services, <u>U.S. Decennial Life Tables: Virginia</u>, 1998.

7. U.S. Department of Labor, <u>Employment and Earnings</u>, July 2005.

8. U.S. Department of Labor, <u>Compensation and Working Conditions</u>, ring 1997 and BLS website: http://stats.bls.gov/3ecthome.htm: Employment Cost Index-June 2005.

9. U.S. Department of Labor, <u>CPI Detailed Report</u>, June 2005.

10. U.S. Department of Labor, www.bls.gov/news.release/ecec.t9.htm, December 2004.

11. U.S. Treasury, Internal Revenue Service, SOI Bulletin, Spring 2003.  See http://ftp.fedworld.gov/pub/irs-soi/00-index.txt and www.taxfoundation.org/individualincometaxrates.html.

**Signature Page**

All of my opinions in this report are to a reasonable degreee of professional certainty.  Future analysis and testimony will be billed at $300 per hour.

_____     10/21/05
Richard B. Edelman                          Date

# Richard B. Edelman, Ph.D.
Economic Analysis for Litigation Support • www.economic-analysis.com

8515 Whittier Boulevard
Bethesda, MD 20817-6816
(301) 469-9575 • (800) 257-8626
Fax (301) 469-9598
E-Mail Richard@economic-analysis.com

October 20, 2005

Mr. Peter Grenier
Attorney at Law
Bode & Grenier
Ninth Floor
1150 Connecticut Ave. NW
Washington, D.C.  20036-4129

re: Margaret Sue

Dear Mr. Grenier:

Per your request, I have updated my October 19, 2005 report to reflect changes in fact received since that date. Specifically, those changes involve the life-care plan and are as follows:

1. Replace Effexor with "Cymbalta 30 mg." The annual cost is $3,226.60. The "Medications" category has been modified to reflect this change.

2. Ms. Sue will require one spinal X-ray each year from 2006 though her life expectancy. The annual cost is $150.00. The "Lab/Diagnostics" category has been modified to reflect this change.

3. Based upon Susan Trachman M.D.'s recommendation, psychotherapy will extend from 2006 for a minimum of 3-5 years. Fifty to seventy visits per year are anticipated at $150.00 per session. The annual cost is $7,500 to $10,000. The "Projected Evaluations" category has been modified to reflect this change.

4. A yearly evaluation by a neurosurgeon will begin in 2005, and continue through Ms. Sue's life expectancy. The annual cost is between $111.00 and $361.00. The "Future Medical Care" category has been modified to reflect this change.

All other expenses and the methodology described in the October 19, 2005 report are unchanged.

Richard B. Edelman
Page 2


    Based on these changes, the total loss in October 2005 dollars is **$4,718,962** and is summarized below:


| Oct. 2005 Present Values | Through Oct. 15, 2005 | After Oct. 15, 2005 | Total |
|---|---|---|---|
| Lost Income and Benefits | $344,633 | $1,323,782 | **$1,668,415** |
| Future Medical Expenses.. | $0 | $3,050,547 | **$3,050,547** |
| **Total Loss..............** | **$344,633** | **$4,374,328** | **$4,718,962** |


    Revised Tables 2 and 2A are attached.

    Thank you.


Sincerely,

Dr. Richard B. Edelman

TABLE 2 Revised

PRESENT VALUE OF LIFE CARE EXPENSES
Evaluations Through Aids to Independent Functions;
Survival Weighted

-------- October 2005 Present Value --------

| Year | Age | Projected Evaluations | Therapeutic Modalities | Future Medical Care | Medications | Supplies | Lab/ Diagnostics | Medical Equipment & Adaptive Aids | Wheelchair/ Mobility | Orthotics/ Prosthetics | Aids for Independent Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 51 | $323 | $2,100 | $1,276 | $5,671 | $105 | $45 | $2,334 | $15 | $0 | $0 |
| 2006 | 52 | $8,865 | $16,221 | $4,721 | $27,335 | $495 | $9,333 | $2,156 | $0 | $335 | $37 |
| 2007 | 53 | $8,810 | $16,119 | $1,728 | $27,610 | $490 | $9,372 | $2,159 | $0 | $332 | $36 |
| 2008 | 54 | $8,773 | $16,045 | $3,751 | $27,966 | $485 | $9,432 | $2,089 | $0 | $334 | $36 |
| 2009 | 55 | $8,732 | $15,962 | $3,771 | $28,245 | $480 | $9,481 | $2,240 | $0 | $329 | $36 |
| 2010 | 56 | $197 | $15,870 | $2,567 | $28,508 | $475 | $9,520 | $2,147 | $14 | $327 | $35 |
| 2011 | 57 | $196 | $15,769 | $2,575 | $28,734 | $470 | $9,549 | $2,100 | $0 | $325 | $35 |
| 2012 | 58 | $195 | $15,659 | $2,580 | $28,922 | $465 | $9,569 | $1,993 | $0 | $323 | $35 |
| 2013 | 59 | $194 | $15,537 | $2,582 | $29,071 | $459 | $9,577 | $2,032 | $0 | $320 | $34 |
| 2014 | 60 | $192 | $15,404 | $2,581 | $29,178 | $453 | $9,573 | $2,491 | $0 | $318 | $34 |
| 2015 | 61 | $190 | $15,257 | $2,577 | $29,240 | $447 | $9,557 | $2,422 | $13 | $315 | $33 |
| 2016 | 62 | $189 | $15,097 | $2,569 | $29,259 | $441 | $9,529 | $1,991 | $0 | $311 | $33 |
| 2017 | 63 | $187 | $14,925 | $2,558 | $29,235 | $434 | $9,489 | $1,914 | $0 | $308 | $32 |
| 2018 | 64 | $184 | $14,739 | $2,544 | $29,168 | $427 | $9,436 | $1,840 | $0 | $304 | $32 |
| 2019 | 65 | $182 | $14,540 | $2,526 | $29,056 | $420 | $9,371 | $1,959 | $0 | $300 | $31 |
| 2020 | 66 | $180 | $14,327 | $2,506 | $28,899 | $412 | $9,293 | $1,695 | $12 | $296 | $31 |
| 2021 | 67 | $177 | $14,101 | $2,481 | $28,698 | $404 | $9,202 | $1,711 | $0 | $291 | $30 |
| 2022 | 68 | $174 | $13,862 | $2,453 | $28,454 | $396 | $9,100 | $1,861 | $0 | $286 | $30 |
| 2023 | 69 | $171 | $13,609 | $2,423 | $28,166 | $388 | $8,985 | $1,777 | $0 | $281 | $29 |
| 2024 | 70 | $168 | $13,342 | $2,388 | $27,832 | $380 | $8,857 | $2,535 | $0 | $275 | $28 |
| 2025 | 71 | $165 | $13,060 | $2,350 | $27,450 | $370 | $8,715 | $1,911 | $11 | $269 | $28 |
| 2026 | 72 | $161 | $12,760 | $2,307 | $27,015 | $360 | $8,558 | $1,911 | $0 | $265 | $27 |
| 2027 | 73 | $157 | $12,441 | $2,261 | $26,524 | $350 | $8,385 | $1,963 | $0 | $257 | $26 |
| 2028 | 74 | $154 | $12,101 | $2,209 | $25,972 | $340 | $8,194 | $2,008 | $0 | $250 | $25 |
| 2029 | 75 | $149 | $11,740 | $2,153 | $25,359 | $329 | $7,985 | $1,927 | $0 | $242 | $24 |
| 2030 | 76 | $145 | $11,357 | $2,092 | $24,684 | $317 | $7,759 | $1,683 | $9 | $234 | $24 |
| 2031 | 77 | $140 | $10,954 | $2,026 | $23,951 | $305 | $7,515 | $1,656 | $0 | $226 | $23 |
| 2032 | 78 | $135 | $10,531 | $1,956 | $23,158 | $293 | $7,254 | $1,606 | $0 | $217 | $22 |
| 2033 | 79 | $130 | $10,087 | $1,881 | $22,304 | $280 | $6,975 | $1,573 | $0 | $208 | $21 |
| 2034 | 80 | $124 | $9,619 | $1,800 | $21,383 | $266 | $6,676 | $1,953 | $8 | $198 | $20 |
| 2035 | 81 | $119 | $9,127 | $1,714 | $20,393 | $252 | $6,358 | $1,667 | $0 | $188 | $19 |
| 2036 | 82 | $113 | $8,611 | $1,623 | $19,336 | $237 | $6,020 | $1,259 | $0 | $178 | $18 |
| 2037 | 83 | $106 | $8,076 | $1,527 | $18,220 | $222 | $5,664 | $1,245 | $0 | $167 | $17 |
| 2038 | 84 | $100 | $7,524 | $1,428 | $17,054 | $207 | $5,295 | $1,136 | $0 | $155 | $15 |
| 2039 | 85 | $93 | $6,960 | $1,325 | $15,846 | $191 | $4,913 | $1,017 | $0 | $144 | $14 |
| 2040 | 86 | $86 | $6,387 | $1,219 | $14,603 | $175 | $4,522 | $998 | $5 | $132 | $13 |
| 2041 | 87 | $79 | $5,807 | $1,112 | $13,332 | $159 | $4,124 | $860 | $0 | $120 | $12 |
| 2042 | 88 | $72 | $5,225 | $1,003 | $12,042 | $142 | $3,721 | $781 | $0 | $108 | $11 |

TABLE 2 Revised (Continued)

PRESENT VALUE OF LIFE CARE EXPENSES
Evaluations Through Aids to Independent Functions;
Survival Weighted

--------------------- October 2005 Present Value ---------------------

| Year | Age | Projected Evaluations | Therapeutic Modalities | Future Medical Care | Medications | Supplies | Lab/ Diagnostics | Medical Equipment & Adaptive Aids | Wheelchair/ Mobility | Orthotics/ Prosthetics | Aids for Independent Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2043 | 89 | $64 | $4,647 | $895 | $10,752 | $126 | $3,318 | $710 | $0 | $96 | $9 |
| 2044 | 90 | $57 | $4,084 | $788 | $9,484 | $111 | $2,924 | $742 | $0 | $84 | $8 |
| 2045 | 91 | $50 | $3,544 | $686 | $8,260 | $96 | $2,564 | $635 | $3 | $73 | $7 |
| 2046 | 92 | $44 | $3,031 | $588 | $7,089 | $82 | $2,181 | $469 | $0 | $63 | $6 |
| 2047 | 93 | $37 | $2,548 | $498 | $5,980 | $69 | $1,838 | $386 | $0 | $53 | $5 |
| 2048 | 94 | $31 | $2,104 | $410 | $4,954 | $57 | $1,522 | $312 | $0 | $43 | $4 |
| 2049 | 95 | $26 | $1,706 | $333 | $4,029 | $46 | $1,256 | $269 | $1 | $35 | $3 |
| 2050 | 96 | $21 | $1,357 | $266 | $3,214 | $37 | $986 | $194 | $0 | $28 | $3 |
| 2051 | 97 | $17 | $1,057 | $207 | $2,512 | $28 | $769 | $154 | $0 | $22 | $2 |
| 2052 | 98 | $13 | $806 | $158 | $1,920 | $22 | $588 | $127 | $0 | $17 | $2 |
| 2053 | 99 | $10 | $601 | $118 | $1,435 | $16 | $439 | $91 | $0 | $12 | $1 |
| 2054 | 100 | $7 | $438 | $87 | $1,050 | $12 | $321 | $79 | $0 | $9 | $1 |
| 2055 | 101 | $5 | $313 | $62 | $751 | $8 | $229 | $55 | $0 | $6 | $1 |
| 2056 | 102 | $4 | $218 | $43 | $524 | $6 | $160 | $31 | $0 | $4 | $1 |
| 2057 | 103 | $3 | $148 | $29 | $357 | $4 | $109 | $22 | $0 | $3 | $0 |
| 2058 | 104 | $2 | $97 | $19 | $236 | $3 | $72 | $15 | $0 | $2 | $0 |
| 2059 | 105 | $1 | $62 | $12 | $151 | $2 | $46 | $10 | $0 | $1 | $0 |
| 2060 | 106 | $1 | $39 | $8 | $94 | $1 | $29 | $5 | $0 | $1 | $0 |
| 2061 | 107 | $0 | $23 | $5 | $56 | $1 | $17 | $3 | $0 | $0 | $0 |
| 2062 | 108 | $0 | $13 | $3 | $32 | $0 | $10 | $2 | $0 | $0 | $0 |
| 2063 | 109 | $0 | $7 | $1 | $17 | $0 | $5 | $1 | $0 | $0 | $0 |
| 2064 | 110 | $0 | $4 | $1 | $9 | $0 | $3 | $1 | $0 | $0 | $0 |
| Totals: | | $40,899 | $487,698 | $92,358 | $990,760 | $14,047 | $316,249 | $75,366 | $92 | $10,016 | $1,038 |

## TABLE 2A Revised

### PRESENT VALUE OF LIFE CARE EXPENSES
#### Sleeping/Positioning through Surgical Intervention; Survival Weighted

<------- October 2005 Present Value ------->

| Year | Age | Sleeping/ Positioning | Transportation | Home Modifications | Home Care | Surgical Intervention | Total Present Value | Cumulative Present Value |
|---|---|---|---|---|---|---|---|---|
| 2005 | 51 | $0 | $2,653 | $0 | $3,248 | $914 | $18,684 | $18,684 |
| 2006 | 52 | $79 | $12,547 | $80,104 | $15,679 | $5,579 | $185,363 | $202,047 |
| 2007 | 53 | $0 | $12,408 | $0 | $15,777 | $5,603 | $102,620 | $304,492 |
| 2008 | 54 | $0 | $12,289 | $0 | $15,854 | $5,639 | $102,670 | $407,162 |
| 2009 | 55 | $994 | $11,434 | $0 | $15,895 | $5,668 | $103,266 | $510,428 |
| 2010 | 56 | $0 | $11,315 | $0 | $15,928 | $1,220 | $88,124 | $598,552 |
| 2011 | 57 | $0 | $11,192 | $0 | $15,954 | $1,223 | $88,124 | $686,675 |
| 2012 | 58 | $74 | $11,065 | $0 | $15,988 | $1,226 | $88,092 | $774,768 |
| 2013 | 59 | $0 | $10,933 | $0 | $15,981 | $1,227 | $87,947 | $862,715 |
| 2014 | 60 | $866 | $10,794 | $0 | $15,947 | $1,226 | $89,058 | $951,773 |
| 2015 | 61 | $71 | $10,649 | $0 | $15,901 | $1,224 | $87,897 | $1,039,670 |
| 2016 | 62 | $0 | $10,496 | $0 | $15,841 | $1,221 | $86,977 | $1,126,647 |
| 2017 | 63 | $0 | $10,337 | $0 | $15,768 | $1,216 | $86,402 | $1,213,049 |
| 2018 | 64 | $68 | $10,172 | $0 | $15,681 | $1,209 | $85,803 | $1,298,852 |
| 2019 | 65 | $803 | $9,999 | $0 | $15,580 | $1,200 | $85,966 | $1,384,817 |
| 2020 | 66 | $0 | $9,819 | $0 | $15,463 | $1,191 | $84,122 | $1,468,939 |
| 2021 | 67 | $64 | $9,632 | $0 | $15,331 | $1,179 | $83,301 | $1,552,241 |
| 2022 | 68 | $0 | $9,438 | $0 | $15,183 | $1,166 | $82,403 | $1,634,644 |
| 2023 | 69 | $0 | $9,237 | $0 | $15,033 | $1,151 | $81,190 | $1,715,834 |
| 2024 | 70 | $785 | $9,029 | $0 | $14,852 | $1,135 | $81,606 | $1,797,440 |
| 2025 | 71 | $0 | $8,812 | $0 | $14,636 | $1,117 | $79,427 | $1,876,866 |
| 2026 | 72 | $0 | $8,585 | $0 | $14,398 | $1,096 | $77,443 | $1,954,309 |
| 2027 | 73 | $56 | $8,347 | $0 | $14,149 | $1,074 | $75,990 | $2,030,299 |
| 2028 | 74 | $0 | $8,098 | $0 | $13,886 | $1,050 | $74,287 | $2,104,586 |
| 2029 | 75 | $0 | $7,835 | $0 | $13,580 | $1,023 | $72,975 | $2,177,560 |
| 2030 | 76 | $50 | $7,561 | $0 | $13,231 | $994 | $70,141 | $2,247,701 |
| 2031 | 77 | $0 | $7,275 | $0 | $12,855 | $965 | $67,887 | $2,315,589 |
| 2032 | 78 | $0 | $6,977 | $0 | $12,461 | $929 | $65,539 | $2,381,128 |
| 2033 | 79 | $44 | $6,668 | $0 | $12,047 | $894 | $63,110 | $2,444,258 |
| 2034 | 80 | $509 | $6,344 | $0 | $11,585 | $855 | $61,335 | $2,505,573 |
| 2035 | 81 | $0 | $6,006 | $0 | $11,086 | $814 | $57,750 | $2,563,324 |
| 2036 | 82 | $38 | $5,655 | $0 | $10,549 | $771 | $54,407 | $2,617,731 |
| 2037 | 83 | $0 | $5,293 | $0 | $9,979 | $726 | $51,241 | $2,668,972 |
| 2038 | 84 | $0 | $4,922 | $0 | $9,378 | $678 | $47,891 | $2,716,863 |
| 2039 | 85 | $395 | $4,544 | $0 | $8,751 | $629 | $44,922 | $2,761,785 |
| 2040 | 86 | $0 | $4,162 | $0 | $8,101 | $579 | $40,982 | $2,802,767 |
| 2041 | 87 | $0 | $3,777 | $0 | $7,431 | $528 | $37,341 | $2,840,108 |
| 2042 | 88 | $23 | $3,392 | $0 | $6,745 | $477 | $33,741 | $2,873,849 |

TABLE 2A Revised (Continued)

PRESENT VALUE OF LIFE CARE EXPENSES
Sleeping/Positioning through Surgical Intervention;
Survival Weighted

<---------------------- October 2005 Present Value ---------------------->

| Year | Age | Sleeping/ Positioning | Transportation | Home Modifications | Home Care | Surgical Intervention | Total Present Value | Cumulative Present Value |
|------|-----|----------------------|----------------|--------------------|-----------|-----------------------|---------------------|--------------------------|
| 2043 | 89 | $0 | $3,012 | $0 | $6,053 | $425 | $30,108 | $2,903,957 |
| 2044 | 90 | $212 | $2,643 | $0 | $5,367 | $375 | $26,880 | $2,930,836 |
| 2045 | 91 | $15 | $2,290 | $0 | $4,700 | $326 | $23,231 | $2,954,067 |
| 2046 | 92 | $0 | $1,955 | $0 | $4,057 | $279 | $19,843 | $2,973,910 |
| 2047 | 93 | $0 | $1,661 | $0 | $3,442 | $236 | $16,732 | $2,990,641 |
| 2048 | 94 | $0 | $1,353 | $0 | $2,869 | $195 | $13,865 | $3,004,506 |
| 2049 | 95 | $88 | $1,096 | $0 | $2,347 | $158 | $11,375 | $3,015,881 |
| 2050 | 96 | $0 | $870 | $0 | $1,884 | $126 | $8,986 | $3,024,867 |
| 2051 | 97 | $5 | $677 | $0 | $1,482 | $99 | $7,030 | $3,031,898 |
| 2052 | 98 | $0 | $515 | $0 | $1,140 | $75 | $5,382 | $3,037,280 |
| 2053 | 99 | $0 | $384 | $0 | $858 | $56 | $4,022 | $3,041,301 |
| 2054 | 100 | $24 | $280 | $0 | $632 | $41 | $2,980 | $3,044,281 |
| 2055 | 101 | $0 | $199 | $0 | $455 | $29 | $2,115 | $3,046,396 |
| 2056 | 102 | $0 | $139 | $0 | $320 | $21 | $1,470 | $3,047,866 |
| 2057 | 103 | $1 | $94 | $0 | $219 | $14 | $1,002 | $3,048,868 |
| 2058 | 104 | $0 | $62 | $0 | $146 | $9 | $664 | $3,049,532 |
| 2059 | 105 | $3 | $40 | $0 | $94 | $6 | $428 | $3,049,960 |
| 2060 | 106 | $0 | $24 | $0 | $59 | $4 | $264 | $3,050,224 |
| 2061 | 107 | $0 | $14 | $0 | $35 | $2 | $157 | $3,050,381 |
| 2062 | 108 | $0 | $8 | $0 | $20 | $1 | $90 | $3,050,471 |
| 2063 | 109 | $0 | $4 | $0 | $11 | $1 | $49 | $3,050,520 |
| 2064 | 110 | $0 | $2 | $0 | $6 | $0 | $26 | $3,050,547 |
| Totals: | | $5,905 | $336,995 | $80,104 | $541,926 | $59,093 | $3,050,547 | |

**Signature Page**

All of my opinions in this report are to a reasonable degreee of professional certainty. Future analysis and testimony will be billed at $300 per hour.

_Richard B. Edelman_                    12/21/05

Richard B. Edelman                              Date