# DOCUMENTATION REQUIRED FROM WITNESSES BY THE FEDERAL COURTS

## Dr. Richard B. Edelman

Attachments Include:

- A Listing of Testimony

- Education and Employment

- Publications

EXPERT WITNESS TESTIMONY
Dr. Richard B. Edelman

| Case | Type | Status |
|---|---|---|
| Lost Income - Small v Godbey | Wrongful Death | Deposed 10/05 Federal: D.C. 02-1503 J.C.K.K. |
| Lost Income - Harris v Wachovia Bank | Discrimination | Trial 9/05 DC Superior 03-CA-007705 |
| Lost Income - Murry v Bur. of Nat. Affairs | Discrimination | Deposed 8/05 DC Superior 04-008324 |
| Lost Income - Hakenson v Burgess | Personal Injury | Trial 8/05 Alexandria CL04001042 |
| Life Care Valuation - Deitsch INOVA | Personal Injury | Trial 8/05 Fairfax At Law 205187 |
| Lost Income - Hakenson v Burgess | Personal Injury | Deposed 8/05 Alexandria CL04001042 |
| Lost Income - Azdham v Leahy | Personal Injury | Trial (Video) 6/05 Montgomery 24599-V |
| Lost Income - Bharadwaja v City of Baltimore | Discrimination | Deposed 6/05 Federal: MD RDB 04-3826 |
| Lost Income - Vogel v Columbia Hospital | Personal Injury | Trial (Video) 6/05 DC Sup. CA 00-005637 |
| Lost Income - Jackson v Okie Dokie | Wrongful Death | Trial (Video) 6/05 DC Sup. CA 03-001471 |
| Lost Income - Larrimore v Bowen | Personal Injury | Deposed 6/05 Talbot 20-C04-005093 |
| Medical Expense Valuation - Jacqueline "R," v DC | Personal Injury | Trial 5/05 Federal: D.C. CA 03-1724 (RWR). |
| Lost Income - Hill v Kia Motors | Personal Injury | Deposed 5/05 Prince Georges CAL04-02511 |
| Lost Income - Kravitz v Holy Cross Hospital | Wrongful Discharge | Deposed 5/05 Montgomery CA252891 |
| Lost Income - Reynaud v Medstar Georgetown | Wrongful Death | Deposed 5/05 DC Superior 03CA005266 |
| Lost Income - Walker v Fiduciary Investment | Personal Injury | Deposed 5/05 DC Superior 04-003564 |

| | | |
|---|---|---|
| Lost Business Income - Claytor v Roanoke Housing Authority | Real Estate | Deposed 4/05 Roanoke CL02-186 |
| Lost Income - Miller, D. v Prince Security | Discrimination | Trial 4/05 Montgomery CA251370-V |
| Lost Support - Smith, K. v GEICO | Wrongful Death | Trial 4/05 Prince Georges CAL04-02898 |
| Lost Income - Massac v Howard University | Wrongful Discharge | Deposed 3/05 DC Superior 04CA-0003160 |
| Lost Income - Miller, D. v Prince Security | Discrimination | Deposed 3/05 Montgomery 251370-V |
| Lost Income - Coursey v Cronson | Personal Injury | Trial 3/05 Charles (MD) 08C0300084 |
| Lost Income - Melgar v Ramseur | Personal Injury | Deposed 2/05 Federal: S. MD AW-02-734 |
| Lost Business Income - James v Saks | Employment | Trial 1/05 Arlington Chancery 03-802 |
| Lost Income - Montgomery Anne Arundel County | Wrongful Death | Trial 1/05 Federal: N. MD MJG-02-CV-2621 |
| Lost Income - Wade v WMATA | Discrimination | Deposed 1/05 Federal: D.C. 01CCV00334TFH |
| Lost Income - Johnson, T. v Proctor | Personal Injury | Deposed 1/05 DC Superior 04CA0000239 |
| Lost Business Income - James v Saks | Employment | Deposed 12/04 Arlington 03-802 |
| Lost Income - Kalkunte v AP, DVI | Wrongful Discharge | Hearing 12/04 OHSA D.C. 2004 SOX 0056 |
| Lost Income - Helal v Radice | Deportation | Deposed 12/04 Montgomery 251293 |
| Lost Income - Hundley v District of Columbia | Wrongful Death | Trial 11/04 Federal: D.C. CA-02-0638 (HHK) |
| Lost Income - Whittaker v Brinks | Personal Injury | Trial (Video) 11/04 Arlington 03-717 |
| Lost Income - Whittaker v Brinks | Personal Injury | Deposed 11/04 Arlington 03-717 |

| Case | Type | Disposition |
|---|---|---|
| Lost Income - Pate et. al. v Pep Boys | Defamation | Hearing AAA 11/04 DC 16-160-300056-04 |
| Lost Income and Life-Care - Williams v Trenton Park | Personal Injury | Deposed 11/04 DC Superior CA03-0009826 |
| Lost Income - Leahy v NEASO | Wrongful Discharge | Deposed 10/04 DC Superior 04-ca000378 |
| Lost Income - Briggs (Derringer) v WMATA | Wrongful Death | Deposed 9/04 Federal: D.C. 01-CV-1876 (RCL/JMF) |
| Lost Income - Gooch v Direct Response | Wrongful Discharge | Deposed 8/04 Federal: E. VA 04-CV72 |
| Lost Value - Funes v Samons | Personal Injury | Deposed 8/04 Fairfax At Law 214144 |
| Lost Income - Jones v Value Village | Personal Injury | Trial (Video) Prince Georges CAL03-04909 |
| Lost Income - Persaud v Northstar BWI Management | Wrongful Discharge | Trial 8/04 Anne Arundel C-2003-87411 |
| Lost Income - Honesty v P & H Investment | Personal Injury | Trial 8/04 Fairfax 216307 |
| Lost Income - Sterling v Atlantic Automotive | Wrongful Discharge | Trial 7/04 Montgomery 235718-V |
| Lost Income - Reise v Damascus VFD | Wrongful Discharge | Deposed 7/04 Montgomery 246349-V |
| Lost Business Income - Audiotext v AT&T | Contract Dispute | Deposed 7/04 Federal: E. PA 00-CV-5010JF; 02-CV-6937JF |
| Lost Income - Betters v Passman | Legal Malpractice | Trial 7/04 D.C. Superior 02ca004366 |
| Lost Income - Naughton v Irey | Personal Injury | Trial 6/04 Fairfax 206021 |
| Lost Income - Vitikacs v American Legion | Wrongful Discharge | Deposed 6/04 D.C. Superior 02ca010202 |
| Lost Income - Pullen v American Legion | Wrongful Discharge | Deposed 6/04 DC. Hum. Rights 02-011-P(CN) |
| Lost Income - Harrison v Restaurant Associates | Personal Injury | Trial 6/04 Federal: D.C. 01-1766 |

| | | |
|---|---|---|
| Lost Income - Spellman v Owens | Personal Injury | Deposed 6/04 Cecil 07-C-00-000053 |
| Lost Income - Naughton v Irey | Personal Injury | Deposed 5/04 Fairfax 206021 |
| Lost Income - Ramsay v Home Depot | Personal Injury | Deposed 4/04 Montgomery C-03-1105 |
| Settlement Valuation - Ray v Queen | Wrongful Death | Trial 4/04 D.C. Superior 96-CA7437 |
| Lost Income - Montgomery/Ross v v U.S. Trans Logistics, Inc. | Wrongful Death | Deposed 3/04 D.C. Superior 03-0003774 |
| Lost Income - Collazo v v Schultz | Personal Injury | Deposed 3/04 Federal: MD JFM-03-CV-494 |
| Lost Income - Montgomery v Anne Arundel County | Wrongful Death | Deposed 3/04 Federal: MD MJG-02-CV-2621 |
| Lost Income - Conner v VA Dept. of Corrections | Wrongful Death | Deposed 2/04 Federal: E. VA. 3:03CV747 |
| Lost Income - Sherman v Transmed Industries | Wrongful Death | Trial 2/04 Arlington CA03-181 |
| Lost Income - West v Millar Elevator | Personal Injury | Deposed 2/04 Montgomery Civil 225146 |
| Lost Business Income - Specialized v 1750 K LLC | Contract Dispute | Deposed 1/04 D.C. Superior 02-CA-7731 |
| Lost Income - Sherman v Transmed Industries | Wrongful Death | Deposed 1/04 Arlington CA03-181 |
| Lost Income - Mabini v Vasquez | Wrongful Death | Trial 1/04 Fairfax 211935 |
| Lost Income - Jackson v Okie Dokie | Wrongful Death | Deposed 1/04 D.C. Superior 03-CA001471 |
| Lost Income - Pearson v Supervalue | Personal Injury | Trial 10/03 Prince Georges CAL02-25112 |
| Lost Income - Sterling v Atlantic Auto Group | Wrongful Discharge | Deposed 10/03 Montgomery 235718-V |
| Lost Income - Pearson v Supervalue | Personal Injury | Deposed 9/03 Prince Georges CAL02-25112 |

| | | |
|---|---|---|
| Lost Income - Yanes v Kleinerman | Wrongful Death | Trial 9/03 D.C. Superior 98-CA005106 |
| Life Care Valuation - Yanes v Kleinerman | Personal Injury | Trial 9/03 D.C. Superior 98-CA005106 |
| Lost Income - Dyson v Pharmacia | Wrongful Death | Trial 9/03 Federal: D.C. 1:97CV01666 |
| Lost Income - Skinner v WMATA | Personal Injury | Deposed 9/03 Federal: E. VA. CA-03-285-A |
| Lost Income - Cobb v Howard Univ. Hospital | Wrongful Death | Trial 9/03 D.C. Superior 01-0002465 |
| Lost Income - Bourne v Rivers | Personal Injury | Trial 9/03 Alexandria At Law No. CL020386 |
| Lost Income - Rizkallah v Garland | Personal Injury | Trial 8/03 Montgomery 230458 |
| Lost Income - Rizkallah v Garland | Personal Injury | Deposed 8/03 Montgomery 230458 |
| Lost Income - Vogel v Columbia Hospital | Personal Injury | Deposed 7/03 D.C. Superior 00ca005637 |
| Lost Income - Johnson v Wash. Convention Center | Discrimination | Trial 7/03 D.C. Superior 01-0004677 |
| Lost Income - McKelvy v Bailey | Personal Injury | Deposed 7/03 Prince Georges CAL-02-2477 |
| Lost Income - Graham, V. v Belfast Valley Contractors | Wrongful Death | Deposed 6/03 Federal: N. MD L021627 |
| Lost Income - Graham, J. v Belfast Valley Contractors | Wrongful Death | Deposed 6/03 Federal: N. MD L021628 |
| Lost Income - Vasquez v National Academy of Sciences | Wrongful Discharge | Deposed 6/03 D.C. Superior 02ca004722 |
| Lost Income - Garner v Finzi | Medical Mal. | Deposed 6/03 Prince Georges CAL02-08462 |
| Lost Income - Leigh v Adventist Healthcare | Wrongful Death | Trial 5/03 Prince Georges CAL00-25086 |
| Investment Valuation Ball-Heine v J. Heine | Investment | Deposed 4/03 Montgomery 235075V |

| | | |
|---|---|---|
| Lost Income - Tyree v Howard | Wrongful Death | Trial 4/03 D.C. Superior 01-ca-009341 |
| Lost Income - Jones v Dyncorp | Wrongful Discharge | Deposed 4/03 Federal: D.C. 01-2622 |
| Lost Income - Kopf v Smithkline Beecham | Wrongful Death | Deposed 3/03 Federal: E. VA 02-1597-A |
| Lost Income - Ghante v United Rentals | Wrongful Death | Deposed 3/03 Prince Georges CAL01-28566 |
| Cash Flow Valuation - Picis v Park Place Investors | Contract Dispute | Deposed 2/03 Arlington Chancery 02-304 |
| Lost Income - Zoerb v F Street Real Estate et. al. | Personal Injury | Trial 1/03 D.C. Superior CA-99-006827 |
| Lost Income - Mahoney v Richardson | Personal Injury | Arbitration 1/03 Prince Georges CAL 97-08103 |
| Life Care Valuation - Miller v Owens Group | Personal Injury | Deposed 1/03 D.C. Superior 01-ca006913 |
| Life Care Valuation - Esposito v Quickie Wheelchair | Personal Injury | Deposed 1/03 Federal: N. Dist. of MD JFM-02-CV-589 |
| Lost Income - Bushek v WSSC | Wrongful Discharge | Deposed 12/01 Federal: S. Dist. of MD JFM-00-2515 |
| Lost Income - Bailey v Medlantic Healthcare | Personal Injury | Deposed 12/02 D.C. Superor 01-ca004390 |
| Lost Business Income - Visions v Dembo, Inc. | Business Dispute | Deposed 11/02 Baltimore City 24-C-00-001387 OC |
| Cash Flow Valuation - Smoot v Cotten | Malpractice | Deposed 11/02 Montgomery 228533-V |
| Lost Income - Duval v City of Rochester et. al. | Imprisonment | Trial 11/02 New York Supreme Court (Rochester) 7449/00 |
| Lost Income - Woods v Bradley | Personal Injury | Trial 10/02 Fairfax At Law 192191 |
| Lost Income - Mahoney v Richardson | Personal Injury | Trial 9/02 Prince Georges CAL 97-08103 |
| Lost Income - Proffitt v Secretary of Agriculture | Discrimination | Trial 9/02 Federal: W. Dist. of VA 5:01CV00067 |

| | | |
|---|---|---|
| Lost Income - Elston v Fleming | Personal Injury | Trial 9/02 Anne Arundel C-2000-6278 MT |
| Investment Valuation - Budd v Deposit Guaranty National | Investment | Trial 9/02 Warren MS 99,0180-CI |
| Lost Income - Thompson v Feinberg | Personal Injury | Trial 8/02 Prince Georges CAL01-20757 |
| Lost Income - Lockett v Alexandria Emergency Physicians | Wrongful Death | Trial 8/02 Alexandria Law No. CL010654 |
| Lost Income - Maryland Construction v Robey | Business Dispute | Deposed 7/02 Howard 13-C-00-047006-OC |
| Lost Income - Chevy Chase Leasing v Steven Solomon | Business Dispute | Deposed 7/02 Montgomery 221624-V |
| Lost Income - Friend v W. Tenn. Express, Inc. | Personal Injury | Trial 7/02 Prince William No. 52485 |
| Business Valuation - Crider v Crider (Apple Value Scale) | Divorce | Trial 6/02: Frederick, VA No. 99-386 |
| Lost Income - Gearhart v Chesapeake Family Practice | Wrongful Death | Deposed 6/02: MD Health Claims Arbitration Office |
| Life Care Valuation - Laine v Georgetown Hospital | Personal Injury | Deposed 6/02 D.C. Superior 01CA006870 |
| Lost Income - Proffitt v Veneman | Discrimination | Deposed 6/02 Federal: W. VA 5:01CV0067 |
| Lost Income - Leone v Physical Medicine | Personal Injury | Deposed 5/02 Alexandria CL010512 |
| Lost Income - Kwang Dong v Han (D) | Wrongful Discharge | Deposed 5/02 Federal: DC DKC01-CV-2453 |
| Lost Income - Baccous & Crank v Medlantic et. al. | Wrongful Death | Deposed 5/02 D.C. Superior CA No. 00ca003709 |
| Lost Income - Rudy v Gunn | Personal Injury | Trial (Video) 4/02 Pr Georges CA00-25046 |
| Lost Income - Pinder v O'Donnell et. al. | Wrongful Death | Deposed 4/02 Federal: N. MD. WMN-00CV3400 |
| Option Valuation - Migliara v Whittle (D) | Wrongful Discharge | Trial 4/02 Baltimore County C-00-9861 |

| | | |
|---|---|---|
| Lost Income - Rachel-Smith v FTData | Wrongful Discharge | Deposed 4/02 Prince Georges DKC01-CV-3707 |
| Lost Income - Ross v UPS et. al. | Wrongful Death | Deposed 4/02 Prince Georges CAL01-08690 |
| Lost Income - Irvin v Emsellem | Personal Injury | Trial 2/02 Montgomery 213118V |
| Business Valuation - Block v Block (D) | Divorce | Deposed 2/02 Loudoun 20706 |
| Business Valuation - Mann v Merit Behavioral Care | Contract Dispute | Deposed 2/02 Chittenden VT S1522-98 CnC |
| Lost Income - Henderson, J. v Thomas | Personal Injury | Trial 1/02 Calvert C-01-119 |
| Lost Income - Geasey v Morgan | Personal Injury | Trial (Video) 1/02 Howard 13-C-01-048047 |
| Lost Income - Johnson v George Washington Hospital | Personal Injury | Trial (Video) 12/01 D.C. Sup. 99CA000696 |
| Lost Income - Clarkson v Stormont Trice | Discrimination | Deposed 12/01 Federal: N. FL. 5:00 CF 291 |
| Lost Income - Di-Verse Medical v Mallinckrodt et. al. | Contract Dispute | Deposed 12/01 Prince Georges CAL00-20891 |
| Lost Income - Henderson, G. v S.S. Enterprises | Personal Injury | Trial 12/01 Fairfax 192825 |
| Lost Income - Rudy v Gunn | Personal Injury | Deposed 11/01 Charles Cty MD CA00-25046 |
| Investment Valuation - Alsbrooks v Friedrichs | Divorce | Trial 11/01 Montgomery FL 14603 |
| Business Valuation - Landi v Internet Information Services | Wrongful Discharge | Deposed 10/01 Montgomery 212745 |
| Lost Income - Hermanson v Cuomo | Discrimination | Deposed 10/01 Federal: CO. 97-S-943 |
| Investment Valuation - Hammond v Pacific Mutual Life | Business Dispute | Deposed 10/01 Federal: E. VA. 01-386-A |
| Lost Income - Lazaroff v Lucent Technologies | Wrongful Discharge | Deposed 9/01 Federal: N. MD. MJG-00-1883 |

28

| | | |
|---|---|---|
| Life Care Plan Valuation - Olcese v Murphy | Personal Injury | Trial 9/01 Talbot, MD 20-C-00-004006 |
| Lost Income - Conte v Towson University | Wrongful Discharge | Trial 9/01 Baltimore County 03-C-0067 |
| Lost Income - Figg v Cook | Wrongful Death | Trial 9/01 Federal: E. VA. 3:00CV698 |
| Lost Income - Ruckle/Rogosin v Mayor and City of Baltimore (D) | Wrongful Discharge | Deposed 9/01 Federal: N. MD. WMN 00CV3474 |
| Valuation of Lost Options - Zeller v AOL | Wrongful Discharge | Deposed 8/01 Federal: E. VA. CA No. 00-1603-A |
| Cost to Raise a Child - Vandervort v Willow Tree Inn | Wrongful Death | Deposed 8/01 Montgomery 199623 |

**RICHARD BRUCE EDELMAN**
8515 Whittier Boulevard
West Bethesda, Maryland 20817-6816


**TELEPHONE/EMAIL:**

**Bethesda Office**: 301-469-9575; 1-800-257-8626; (FAX: 301-469-9598)
**E-Mail**:        Richard@economic-analysis.com


**EMPLOYMENT**

   Professor Emeritus, Department of Finance and Real Estate, The American University, January 2004 - Present.

   Professor of Finance, Department of Finance and Real Estate, The American University, September 1983 - December 2003. (Chairman 1985 - 1987; Tenure granted in 1987.)

   Director of Economic and Regulatory Research, Communications Satellite Corporation, Washington, D.C., 1980 - 1983.

   Associate Professor of Finance, Department of Finance, University of Hawaii, 1978 - 1980. (Tenure granted in 1980.)

   Assistant Professor of Finance, Department of Finance, University of Hawaii, 1975 - 1977.

   Instructor of Finance, University of Maryland, 1970 - 1975.


**EDUCATION**

   Doctor of Business Administration, 1975, University of Maryland.
      Major Area: Financial Economics.  Dissertation Area: Public Utility Financial Economics.

   Master of Business Administration, 1970, University of Maryland.
      Major Area: Finance.

   Bachelor of Science with High Honors, 1968,  University of Maryland.
      Major: Business Administration - Finance.

**RESUME
RICHARD BRUCE EDELMAN**


**PUBLICATIONS**

   The Effect of Announcements of Corporate Misconduct and Insider Trading on Shareholder Returns, <u>Business and Professional Ethics</u>, Spring 1999.

   The Market Reaction to Discontinuing Regular Stock Dividends, <u>The Financial Review</u>, November 1997.

   The Impact of Implementing the Airline Deregulation Act on Stock Returns, <u>Journal of Economics and Finance</u>, Spring 1996.

   Competition Versus Consolidation of Order Flow: Common Stock Listing on Dual Domestic Exchanges, <u>Quarterly Journal of Business and Economics</u>, Autumn 1995.

   The Post-Dual Listing Anomaly, <u>Journal of Economics and Business</u>, October 1994.

   The Post-Listing Returns Anomaly Revisited, <u>Quarterly Journal of Business and Economics</u>, Spring 1994.

   Listing Effects on Short Sales, <u>Southern Business Review</u>, Fall 1993.

   The Impact of Company Pre-Listing Attributes on the Market Reaction to New York Stock Exchange Listing, <u>Financial Review</u>, August 1993.

   AMEX-to-NYSE Transfers: Market Microstructure and Shareholder Wealth, <u>Financial Management</u>, Winter 1992. Abstracted in <u>The CFA Digest</u>, Summer 1993.

   The Decision to Change a Stock's Listing from AMEX to NYSE: Impact on Price and Volume, <u>Western Decision Sciences Institute Proceedings</u>, Spring 1992.

   The Effect on Bid-Ask Spreads of Switching to the NASDAQ National Market System, <u>The Financial Analysts Journal</u>, January/February 1992. Abstracted in <u>Bowne's Review for CFO's and Investment Bankers</u>, June 1992.

   The Signaling Effects of AMEX Listing, <u>Akron Business and Economic Review</u>, Summer 1991. Abstracted in <u>Bowne's Review for CFO's and Investment Bankers</u>, September 1991.

31

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

OTC Market Switching and Stock Returns: Some Empirical Evidence, <u>Journal of Financial Research</u>, Winter 1990.

Valuation Implications of AMEX Listings: A Joint Test of the Liquidity and Managerial Signalling Hypothesis, <u>Quarterly Journal of Business and Economics</u>, Winter 1990.

Liquidity and Stock Exchange Listing, <u>Financial Review</u>, May 1990.

The Relationship Between Inclusion on the National Market System and Stock Returns: An Empirical Investigation (Abstract), Proceedings:

The Relationship Between Inclusion on the National Market System and Stock Returns: An Empirical Investigation (Abstract), Proceedings: <u>Washington Consortium Schools of Business Annual Forum</u>, May 1990.

Delisting Effects on Common Stock Prices, <u>Southern Business Review</u>, Spring 1989.

The Market Reaction to AMEX Listings: A Test of the Informational Value Hypothesis, (Abstract), Proceedings: <u>Washington Consortium Schools of Business Annual Forum</u>, May 1989.

Merger, Disinvestment and the Limit to Diversification: An Empirical Study of Mergers, (Abstract), Proceedings: <u>Washington Consortium Schools of Business Annual Forum</u>, May 1989.

A Survey of Management Views on Dividend Policy, <u>Advances in Business Financial Management: A Collection of Readings</u>, Dryden Press, 1989.

The Dynamics of Neglect and Return (Abstract), <u>The CFA Digest</u>, Spring 1988.

Reply: The Dynamics of Neglect and Return, <u>The Journal of Portfolio Management</u>, Winter 1988.

The Dynamics of Neglect and Return, <u>The Journal of Portfolio Management</u>, Fall 1987.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

 Corporate Dividends: Views of the Policymakers, <u>Akron Business and Economic Review</u>, Winter 1986.

 A Survey of Management Views on Dividend Policy (Abstract), <u>The CFA Digest</u>, Spring 1986.

 Properties of Utility Company Betas, <u>Akron Business and Economic Review</u>, Spring 1986.

 A Survey Of Management's Views on Dividend Policy, <u>Financial Management</u>, Fall/Winter, 1985.

 An Analysis of Public Utility Dividend Policy in the Changing Regulatory Environment (Abstract), <u>The Financial Review</u>, August 1985.

 Public Utility Dividend Policy: A Survey and Recommendations for Change, <u>Public Utilities Fortnightly</u>, February 21, 1985.

 An Analysis of Issues Involving Corporate Dividend Policy (Abstract with H. Kent Baker and Gail Farrelly), <u>The Financial Review</u>, June 1984.

 Telecommunications Betas: Are They Stable and Unique?, <u>The Journal of Portfolio Management</u>, Fall 1983.

 Rate Base Valuation and Its Effect on the Rate-of-Return in the Electric Utility Industry, <u>Public Utility Fortnightly</u>, September 2, 1982.

 A Note on the Use of Beta in Regulatory Proceedings: An Empirical Examination, <u>Proceedings of the Eastern Finance Association</u>, July 1982.

 A Note on Using Principle Component Analysis to Rate Bonds, <u>Review of Business and Economic Research</u>, Spring 1982.

 Rate Base Valuation and Its Effect on the Rate-of-Return, <u>Proceedings: Pacific Telecommunications Conference</u>, Spring 1981.

 A New Approach to Ratings on Utility Bonds: Reply, <u>The Journal of Portfolio Management</u>, Summer 1980.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

A Numerical Rating System for Eurobonds Issued by U.S. Firms (Abstract), <u>Eastern Finance Association Proceedings</u>, April 1979.

A New Approach to Ratings on Utility Bonds, <u>The Theory and Practice of Bond Portfolio Management</u>, Volume II, Institutional Investor Books: New York, 1980.

A New Approach to Ratings on Utility Bonds, <u>The Journal of Portfolio Management</u>, Spring 1979.

The Impact on Electric Utility Bond Ratings When Substituting Debt for Preferred Stock, <u>Financial Management</u>, Spring 1979.

Handbook of Wealth Management (Review), <u>Journal of Finance</u>, May 1978.

An Objective Technique to Score Publicly Issued Bonds (Abstract), <u>Eastern Finance Association Proceedings</u>, April 1978.

A Filter Rule Program for the Undergraduate Investment Course, <u>Journal of Financial Education</u>, Fall 1977.

Predicting Common Stock Price Appreciation in Efficient Markets: Cross Section Screening Tests of Historical and Perfectly Predicted Accounting Information, <u>Southern Business Review</u>, Fall 1977

Using Statistical Models to Rate Municipal Bonds, <u>Proceedings: Creating Investor Confidence for Municipal Bonds</u>, Lincoln Institute of Land Policy, June 1977.

Underwriters' Commissions on Utility Securities from 1970 to 1976, <u>Public Utilities Fortnightly</u>, March 3, 1977.

Hawaiian Electric Company: A Rate of Return Case Study, <u>Intercollegiate Case Clearing House</u>, February 1977.

The Relationship Between Bond Ratings and Preferred Stock Financing in the Electric Utility Industry, <u>American Institute of Decision Sciences Proceedings</u>, November 1976.

# Richard B. Edelman, Ph.D.
Economic Analysis for Litigation Support • www.economic-analysis.com

8515 Whittier Boulevard
Bethesda, MD 20817-6816
(301) 469-9575 • (800) 257-8626
Fax (301) 469-9598
E-Mail Richard@economic-analysis.com

Invoice
submitted to:

Mr. Peter Grenier, Esq.
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Avenue N.W.
Washington DC 20036-4192

October 20, 2005

Professional Services

|  | Hours | Amount |
|---|---|---|
| 10/20/05 Value Ms. Flannery's life care plan for Ms. Sue. Adjust for medical inflation and reduce for survival probabilities. Convert to present value using a riskless portfolio. Make adjustments to the original lost income analysis regarding fringe benefits.<br><br>Write a comprhensive report showing the lost income and valuation of the life care plan. FEDEX to Mr. Verdi. | 6.00 | 1,800.00 |

**PREVIOUSLY BILLED AND OUTSTANDING:**

|  | Hours | Amount |
|---|---|---|
| 9/15/05 Examine the Sue documentation. Calculate a preliminary value of Ms. Sue's lost income and benefits. Adjust for cost of living and reduce for survival probabilities. Convert to present value using a riskless portfolio. Report preliminary results to Mr. Verdi by telephone. | 3.50 | 1,050.00 |

Balance due (Sue)                                                                $2,850.00

**FEDERAL ID #94-3011767;**
**VISA/MASTERCARD ACCEPTED**

# Richard B. Edelman, Ph.D.
Economic Analysis for Litigation Support • www.economic-analysis.com

8515 Whittier Boulevard
Bethesda, MD 20817-6816
(301) 469-9575 • (800) 257-8626
Fax (301) 469-9598
E-Mail Richard@economic-analysis.com

Invoice
submitted to:

Mr. Peter Grenier, Esq.
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Avenue N.W.
Washington DC 20036-4192

October 20, 2005

Professional Services

| | Hours | Amount |
|---|---|---|
| 10/20/05 Modify the October 19, 2005 Sue report to reflect changes in the Flannery life care plan. Revise Tables 2 and 2A. Write a summary of the changes and new results. FAX and courier to Mr. Verdi. | 2.00 | 600.00 |
| Previous balance (Sue reports) | | $2,850.00 |
| **Balance due (Sue)** | | **$3,450.00** |

FEDERAL ID #94-3011767;
VISA/MASTERCARD ACCEPTED