Post-it® Fax Note 7671 Date 4/10/00 #of pages ▶ 2
To State Farm        From Margaret S. Sue
Co./Dept.            Co. #09-5022.683
Phone #              Phone # 202.234.4473
Fax # 888.613.3969   Fax # 202.265.9765

# TRAFFIC ACCIDENT REPORT
Metropolitan Police Department, Washington, D.C.

**Time:** 1455  **Day:** Mon  **Date:** 4-10-00

**Location:** Oswego Gr. S.E. East Bound

### Striking Object (1)
- OBANI, CINUE, OBAY — DOB 1-14-74
- 5010-Lee Hwy St, #4401, Capitol Heights MD
- 301-669-1358  W-COO656 116-090 NJ
- Make: Volv  Year: 87  Color: Grey  Tag: 317-289/DC
- VIN: 1A788943H124765
- Owner: MARVLYN THOMAS — 587-6376
- 3401 Bangor St S.E.

### Driver (2)
- Sue, Margaret S. — DOB 4-3-54
- 1725 Newton St NW
- 234-4423  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 DC
- 234-7522
- Make: Ford  Year: 72  S/W Mar  831/244/DC  ACP5542NA2727
- Owner: Sue, Margaret S. — 234-4423
- 1725 Newton St NW

**Non-Involved Witness:** NONE

### Persons Involved
| Name | Age | Sex | | | | | |
|---|---|---|---|---|---|---|---|
| Same as D-1 | 26 | M | 1 | 01 | 04 | 03 | 00 01 |
| Same as D-2 | 43 | F | 2 | 01 | 03 | 03 | 01 01 |

### Injured to Hospital
| Name | Where Taken | By Whom | Status |
|---|---|---|---|
| O-2 | G.W. Hosp. | Amb-2 | Released |

### Vehicles
**Vehicle No. 1:** West bound to Seveit. ABC. Towed to 1515 Half St SW.

**Vehicle No. 2:** West bound — Roosevelt Bridge. ABC-Towing. Towed to 1515 Half St SW.

**Diagram notes:** 25 mph, V-2, V-1, 30 mph, Theodore Roosevelt Bridge.

**Complaint No.** 045-322

| | | | | | |
|---|---|---|---|---|---|
| No. 1 | 9593876 2-3 | Full Time & Attention | | YES | NONE |

Complaint No. 045-322

**NARRATIVE:**

D-2 stated while traveling WEST on Roosevelt Bridge and attempting to take the exit D-1 struck her vehicle in the rear.

CONTINUATION SHEET