U.S. DEPARTMENT OF COMMERCE

# Report of Accident/Illness

SAFETY & HEALTH MANAGEMENT INFORMATION

Case: _____   Control: _____
Date Received: 4/20/00
Type/Source: 1
Org. Code: _____

## TO BE COMPLETED BY EMPLOYEE

non Recordable

1. Reason for Report:    [X] Accident    [ ] Illness
2. Name: Wray, Obami C.
   (Last, First, M.I.)
3. SSN: 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
4. Occupation: Automation Tech.
5. Phone: (301) 669-1958
6. Date of Birth: 01/14/74
7. Sex: [X] Male   [ ] Female
8. Date/Time of Accident/Illness: 04/10/00   Time: 2:45  [ ] AM  [X] PM
9. Duty Station Address: (2328)
   1110 Vermont Ave. Suite #701
   N.W. Washington D.C. 20005
10. Location of Incident:
    N.W. Washington D.C.
    Roosevelt Bridge (Route 66)
11. Description of Incident: I was in the exit lane about to take my exit. The car crossed in front of me to make the same exit. I tried to avoid hitting her in the back so I fraticly turned left to avoid hitting her but I was unsuccessful. I ended up hitting her in the back left end. I spoke with the lady, she appeared to be ok. Ten minutes later she was in a neck brace going to the hospital.

12. Extent of Injury or Illness and Body Parts Affected: None

Signature: Obami C. Wray    Date: 4/19/2000

## TO BE COMPLETED BY EMPLOYEE'S SUPERVISOR

13. Medical Treatment?  [ ] Yes  [X] No       14. Lost Time?  [ ] Yes  [X] No
15. Investigator's Name: WANDA G. WHITING    15. Investigation Date: __/__/__
16. Findings: no medical treatment, no lost time

RECEIVED BY:
MAY 0 8 2000
BUREAU OF CENSUS
SAFETY OFFICE

17. Amount of Property Damage: $ _____
18. Corrective Action:
19. Completion Date: __/__/__   [ ] Estimated  [X] Actual

Investigator's Signature: Wanda G. Whiting   Date: 4/21/00
Title: Adm Spec/RCC Safety Coord    Phone: (251) 597-4928

WHITE—Original    YELLOW—Employee Supervisor    PINK—Employee    GOLDENROD—Safety Representative