1

# KENNETH J. ANNIS & ASSOCIATES
### ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

January 9, 2002

Office of the General Counsel
Attn:  Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:    My Client:        Margaret Sandra Sue
        Your Employee:     Obami Cinge Wray
        Date of Occurrence:  April 10, 2000
                                  Federal Tort Claim – See Form 95

Dear Mr. Reed:

On April 10, 2000, at approximately 2:55 p.m., my client, Ms. Margaret Sandra Sue, was operating a motor vehicle westbound on the Roosevelt Bridge, in the District of Columbia.  At that time and place, Mr. Obami Cinge Wray, a Census Bureau employee, was also traveling westbound on the Roosevelt Bridge, directly behind.  Your employee failed to pay full time and attention and was otherwise following too closely to my client's vehicle, and thereby caused his vehicle to violently collide with the rear of Ms. Sue's vehicle.  Mr. Wray was the sole cause of this collision and was cited for failure to pay full time and attention (see a copy of the Police Report, enclosed).  Ms. Sue's vehicle was declared a total loss as a result of this collision.

Mr. Wray was driving his personal automobile at the time of this occurrence; however, his vehicle was being used for Federal Government business (the Census Bureau), which constituted an exclusion under his personal automobile insurance policy.  I have enclosed a copy of a denial letter from Mr. Wray's automobile liability carrier, USAA.  Therefore, I am hereby asserting a Federal Tort claim on behalf of my client Ms. Sue for injuries she sustained as a result of this collision. The Form 95 is attached hereto.

Ms. Sue suffered serious personal injuries as a result of this occurrence, specifically in the neck, back, shoulder and leg areas, and was

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

immediately transported to the George Washington University Hospital emergency room, where the treating physician noted, "MVA from behind... put pt in C-collar b/c c/o neck pain.  C/o L buttock/sacral pain...c-spine tenderness."  The attending physician reviewed X-rays of Ms. Sue's cervical spine, diagnosed, "Motor vehicle accident neck/shoulder muscle strain," prescribed Advil and Tylenol #3, and instructed Ms. Sue to obtain follow up medical care from her primary care physician.

Ms. Sue received massage therapy at Vienna Massage Therapy from April 15 through May 16, 2000, as well as acupuncture treatments on April 21 and 26, 2000, from Dr. Bob Shao, Licensed Acupuncturist.

On April 26, 2000, Ms. Sue was seen by Dr. Peter J. Delenick, who upon examination noted, "[Ms. Sue] presents complaining of neck pain and lower back pain for approximately two and a half weeks.  The patient states that on April 10, 2000, she was in a motor vehicle accident in which she was rear ended...[and] complain[s] of neck pain, shoulder pain and lower back pain.  She...feels some...tingling in her fingertips of her left hand...[and] her lower back pain radiating to her buttocks...X-rays were taken which revealed no abnormalities...There was tenderness to palpation at the area C6, C7... There was tenderness to palpation at the area L5 S1 area...The straight leg raise was positive for pain..."  Dr. Delenick prescribed Flexeril and ordered that Ms. Sue have an MRI of her cervical spine and lumbar spine, which she underwent on May 3, 2000, at IMI of Arlington.

Ms. Sue was re-evaluated by Dr. Delenick on May 8, 2000, who observed, "[Ms. Sue] returns for a follow-up after being referred to Dr. Edward Lang for...cervical strain, acute and cervical myofascial pain syndrome...[She] still appears to be holding the neck somewhat stiff...has a limited range of motion...[and] was told to continue with her follow-up with Dr. Lang."

On May 10, 2000, Ms. Sue examined by the neurologist Dr. Edward R. Lang, who noted, "[s]he had a sudden burning sensation in her head and neck...which radiated up into the temporal area as well.  Since then, the pain has settled primarily into her neck and has been a continued problem...the pain does go down the left arm with a feeling of hot and cold in the arm at times.... She appears to be holding her neck somewhat stiff.... Neck movements were...limited in rotation..."  Dr. Lang reviewed the MRI reports, diagnosed, "Cervical strain, acute; cervical myofascial pain syndrome," and prescribed Medrol, Dospak, a soft cervical collar, and Flexeril and Lortab as well as ultra sound and heat treatments through a physical therapist.

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

Ms. Sue began a course of physical therapy at McLean Physical Therapy on May 16, 2000, where the physical therapist noted, "After [Ms. Sue] was struck [by the other vehicle here], she felt pain in her neck and upper back. The pain has gotten progressively worse. At this time she rates her pain an 8/10. She describes her pain as a burning sensation…. The pain is constant …also disturbs her sleep…."

Ms. Sue was evaluated by Dr. Richard A. Wirtanen on January 19, 2001, who noted, " Constant…stiffness in the neck which is increased by backward movement. [p]ain rated at 9/10…with 10 being extreme pain. [p]ain is radiating into the head. Constant…headaches located in the back of the head…. [r]ated the pain 8/10…. [a]ggregated by any activity of daily living. Constant…pain in the upper mid back…. Constant…pain in the lower back, radiating down the right leg. All of the above] symptoms seem to be aggravated by any activity of daily living…. Orthopedic tests: Jackson's Comp. For nerve root compression positive bilateral…Max. Compression for cervical nerve root compression positive bilateral…Cervical Distraction for nerve root compression positive bilateral…Spurling's Comp. For nerve root irritation positive bilateral…Roland-Morris Low Back Pain and Disability Questionnaire…83% Rating = Severe Disability."

Dr. Wirtanen further noted that Ms. Sue's cervical and lumbosacral ranges of motion were significantly limited, reviewed the MRI and X -rays of her cervical spine, and diagnosed, "Late Effect of a motor vehicle accident… Cervical Sprain/Strain whiplash injury, nonallopathic lesion of thoracic region, wrist sprain, closed dislocation of multiple cervical vertebrae, knee sprain/strain, and radicular syndrome of lower limbs", started Ms. Sue on a course of chiropractic treatment and prescribed a back-saver recliner and a tempur-pedic mattress.

Dr. Wirtanen issued the following final prognosis regarding Ms. Sue on October 5, 2001, noting, "After seeing Ms. Sue for several months and monitoring her progress, I determined that she [has] reached maximum medical improvement [and] will have to receive care…for the rest of her life…she has an over 80-90% chance of long term residuals such as persistent muscle pain, neck stiffness, headaches, and paresthesia…[and] an altered ligamentous structure [as] it has healed [in a] less than optimal [manner]… The injury to the spine resulted in a stretching and tearing of the paraspinal ligaments… The resultant 'scarred' ligament does not have the same resiliency as a normal ligament…. [h]ad been a very active person…. The injuries she sustained, particularly in the neck region, certainly

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

reduced the quality of [her] lifestyle.... The positive neurological and orthopedic findings, along with the positive X-ray finding, and her loss of range of motion and symptomatology, point to a poor recovery."

Dr. Wirtanen concluded, "Ms. Sue has reached maximum medical improvement, however, she will require continued care for the rest of her life to maintain a satisfactory quality of life and to conduct her ADL's. At this point in time, it is with reasonable medical certainty that this injury is permanent in nature and that a permanent disability has been sustained by Ms. Sue."

Ms. Sue is employed by IMS Health Inc., as a Government Business Consultant. The collision caused by your employee caused Ms. Sue to miss work from May 30 through June 20, 2000, and she was allowed to work only half-time from June 20 through July 7, 2000. Ms. Sue missed a total of 288 hours @ $41.61 per hour for lost income of $11,983.68 (enclosed, please find a statement from Mr. Robert Plefka, Director, IMS Health Inc., regarding Ms. Sue's lost income).

The specials for Ms. Margaret Sandra Sue are as follows:

| | | |
|---|---|---|
| 1. | D.C. Ambulance............................................... | $      207.00 |
| 2. | George Washington University Hospital............ | 326.00 |
| 3. | G. W. University Medical Faculty Associates...... | 185.00 |
| 4. | Dr. Shao........................................................ | 120.00 |
| 5. | Vienna Massage Therapy................................. | 555.00 |
| 6. | Dr. Peter J. Delenick...................................... | 661.00 |
| 7. | IMI of Arlington, Inc....................................... | 1,880.00 |
| 8. | Dr. Edward R. Lang........................................ | 300.00 |
| 9. | McLean Physical Therapy................................ | 245.00 |
| 10. | Dr. Richard A. Wirtanen.................................. | 5,805.08 |
| 11. | Client's out-of-pocket expenses (recliner & bed)..... | 2,060.07 |
| 12. | Lost income................................................... | 11,983.68 |
| | TOTAL.......................................................... | $ 24,327.83 |

Enclosed, please find copies of all medical bills and reports, a copy of USAA's denial letter, a copy of the lost income statement, photographs of the damage to Ms. Sue's vehicle, and a copy of the Police Report.

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

I would appreciate hearing from you at your earliest convenience.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures


USAA ®

UNITED SERVICES AUTOMOBILE ASSOCIATION
P.O. Box 4525, Reston, VA 20195-1489


OBAMI C WRAY
5010 LEEJAY COURT
APT 101
CAPITOL HEIGHTS MD 20743


April 14, 2000

Policyholder:  Weldon G. Thomas
Reference Number:  4820992-7101-10-3215
Date Of Loss:  April 10, 2000
Loss Location:  Washington, District Of Columbia
Vehicle:  87 VOLVO 240          SED 4D
License Plate:  317289
VIN Number:  YV1AX8843H1247650

Dear Mr.Wray:

Thank you for your report regarding this loss.

The vehicle was used for government business which is an
exclusion under the policy.  You were operating the vehicle as an
employee of the federal government doing business for the
government at the time of the accident.

We regret we cannot be of assistance in this matter.  Should you
have any questions regarding your policy coverage, please call
me.

Sincerely,

Chris Hertel

Chris Hertel
Casualty Claims Adjuster
USAA Washington, D.C. Area Office
Phone:  703 453 2976
Fax Phone:  703-453-2314

cc:    WELDON THOMAS
       MARGERET SUE


4820992 - 10 - DC - 04/10/00 - 3215 - 2 - I220

## SUE v. WRAY

Re:  My Client:        Margaret Sandra Sue
     Your Insured:     Obami Cinge Wray
     Date of Occurrence:  April 10, 2000
                       Federal Tort Claim – See Form 95

### INDEX

1. DC Ambulance Bill and Records

2. George Washington University Hospital Bill and Records

3. George Washington University Physicians Bill

4. Dr. Shao Bill and Records

5. Vienna Massage Therapy Bill

6. Dr. Peter J. Delenick Bill and Records

7. IMI of Arlington Bill and Records

8. Dr. Edward R. Lang Bill and Records

9. McLean Physical Therapy Bill and Records

10. Tysons Corner Chiropractic Bill and Records

11. Miscellaneous Expenses

12. Lost Income Statement

13. Photographs of Property Damage

14. Police Report

FIRE AND EMERGENCY MEDICAL SERVICES DEPARTMENT
EMERGENCY MEDICAL SERVICES BUREAU
P.O. BOX 37433
WASHINGTON, D.C. 20013
(202) 209-2235

# ITEMIZED BILL

TIN : 53-6001131

PATIENT NAME : *MARGARET SUE*

ACCOUNT # : *0036137*

INCIDENT # : *036137*

ALARM DATE : *4-10-00*

AMBULANCE SERVICE RENDERED :

ORIGIN: *1725 NEWTON ST DC 20010* DESTINATION:

## CHARGE INFORMATION

| PROCEDURE CODE: | DESCRIPTION: | FLAT RATE FEE |
|---|---|---|
| A0302 | BASIC LIFE SUPPORT ( OR ) | $ 207.00 |
| A0310 | ADVANCED LIFE SUPPORT | $ 362.00 |

FLAT RATE FEES ARE ALL-INCLUSIVE CHARGES. THERE ARE NO ADDITIONAL
CHARGES FOR MILES TRANSPORTED, OXYGEN, OR MEDICAL SUPPLIES.

AMOUNT BILLED : $ *207.00*

PAYMENTS (-) : $ *207.00*

CREDITS (-) : $ *0*

BALANCE : $ *0*

IF YOU HAVE ANY QUESTIONS REGARDING THIS BILL, PLEASE CONTACT OUR
OFFICE AT (202) 756.5833.

THANK YOU .

INITIALS: *AR*    DATE: *6-19-01*

## DISCLAIMER

*THE INFORMATION CONTAINED ON THIS FORM IS VALID AS OF THE DATE FORM IS COMPLETED.
IF THIS TRANSPORT WAS A RESULT OF AN AUTO OR WORK-RELATED INJURY, REIMBURSEMENT
BY YOUR HEALTH INSURANCE CARRIER MAYBE SUBJECT TO LIEN OR SUBROGATION.*

Case 1:05-cv-01355-JR    Document 55    Filed 11/30/2008    Page 9 of 78

**WASHINGTON DC FIRE/EMS PATIENT CARE REPORT**

| CALL LOCATION | INCIDENT # | DISPATCH TIME | INSERVICE TIME |
|---|---|---|---|
| Roosevelt Bridge Northbound | 8637 | 04:18 | |

**PATIENT LAST NAME:** Gue
**FIRST:** Margaret
**MI:**
**SOCIAL SECURITY NUMBER:** 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
**DATE OF BIRTH:** 04331 154 04192001
**TODAY'S DATE:** 04192001

**STREET ADDRESS:** 1525 Newton St NW
**APT #:**
**HOME PHONE #:**
**BUSINESS PHONE #:**
**AGE:** 45
**GENDER:**

Washington   **STATE:** DC   **ZIP:** 20010
**EMPLOYED BY:**
**PATIENT WEIGHT:** 120 lbs

**BILL TO:** ☐ SAME AS ABOVE  ☐ FEMS or MPD POD
**MEDICARE #:**
☐ PDOA
☐ Interfacility Transfer
☐ RMA

**LEGAL GUARDIAN/NEXT OF KIN:**
**MEDICAID #:**
☐ Treat, No Transport
☐ OSALS
☐ OSBLS

**OTHER INSURANCE:**
☐ WORK RELATED?
**INSURANCE CO & POLICY #:** AmeriHealth
**GROUP #:** 089393

**ALLERGIES:** ☒ NONE KNOWN
**FAMILY PHYSICIAN:**

**MEDICAL HISTORY:** ☒ NONE KNOWN ☐ ANGINA ☐ ASTHMA ☐ BEHAVIORAL ☐ CANCER ☐ CARDIAC/CHF ☐ CHRON. RENAL FAIL. ☐ CHRON. RESP. FAIL. ☐ CVA/TIA ☐ DIABETES ☐ DRUG/ETOH ☐ EMPHYSEMA ☐ FAMILY VIOLENCE ☐ HYPERTENSION ☐ INFECT. DISEASE ☐ M.I. ☐ PULM. EMBOLISM ☐ SEIZURE ☐ SPECIAL HEALTH CARE ☐ TRACHEOSTOMY ☐ TB ☐ OTHER

**CURRENT MEDICATIONS:** ☐ NONE ☐ BROUGHT W/PT   Minicyclin, Effexor, Celebrex

**MEDICAL NECESSITY FOR TRANSPORT:** ☐ HOSPITAL ADMIT ☐ BED CONFINED BEFORE ☒ MOVED BY STRETCHER ☐ NON-AMBULATORY ☐ UNCONSCIOUS ☐ PHYSICAL RESTRAINTS ☐ VISIBLE HEMORRHAGE ☐ IMMOBILIZED ☐ OTHER MEDICAL EMERGENCY

**CHIEF COMPLAINT:** MVA
**TRANSPORT CATEGORY:** ☐ 1 ☐ 2 ☒
**PROVIDER IMPRESSION:** 9 5 9 1 0 0
**ICD-9 CODE:**

**Pain: First** ___/10  **Pain: Last** ___/10  **Time of Onset:** ___

**NARRATIVE:**
A-16 A01 to find E-23, wa 45, pt sitting after
car wrecked on sc. patient Rtw ended on Rosevelt
Bridge Nbrk. Abrasions + contusions to face + upper
extrem. No LOC. A+0x3 good auto through
no tib-fib bucking. No other complaints patient w/aticlw
+ brtl. Hx ∅. Hx isolation. Allr ∅. w/w
HR 78  Resp 16. A-16 move patient to backboard
fully immobilize. Transfer to cart + aunt A-16. No other
injuries found on exam. Evaluation. A-16 monitor patient other
to hosp ∅ ∅. A-16 experienced no complication
en route to hosp ∅.

**INJURY CODES**
1. Abrasion
2. Avulsion
3. Blunt Trauma
4. Burn (chemical)
5. Burn (thermal)
6. Fracture (Dis)
7. Laceration
8. Puncture-Stab
9. Amputate
10. Gunshot Wound
11. ___
12. ___

*If more space is required, continue on back. When complete, photocopy the back to leave with the hospital.*

| Time: | : | : | : | MED/ROUTE | TIME |
|---|---|---|---|---|---|
| Position: *Circle one per column* | | | | | |
| B/P: | 112/68 | / | 130/74 | | |
| Pulse Rate: | 80 | | 78 | | |
| Resp. Rate: | 16 | | 16 | | |
| Resp. Quality: | 1 | | 1 | | |
| 1–Normal  2–Labored  3–Increased  4–Absent | | | | | |
| Rhythm: | | | | | |
| Pulse Ox. | %on | %on | %on | | |
| Blood Glucose | mg/dl | mg/dl | mg/dl | | |

O2 ___ lpm  ☐ NC ☐ NRB  **AIRWAY:** ☐ Oral ☐ Nasal  **ET: Size** ___ ☐ Venturi ☐ BVM  Oral ☐ Nasal ☐  Oral ☐ Nasal ☐

**GCS**

| | Time | |
|---|---|---|
| **EYE OPEN** | | |
| Spontaneous | ④ | 4 |
| To Verbal | 3 | 3 |
| To Pain | 2 | 2 |
| None | 1 | 1 |
| **VERBAL RESP.** | | |
| Oriented | ⑤ | 5 |
| Confused | 4 | 4 |
| Inappropriate | 3 | 3 |
| Incomprehensible | 2 | 2 |
| None | 1 | 1 |
| **MOTOR RESP.** | | |
| Obeys | ⑥ | 6 |
| Localizes | 5 | 5 |
| Withdraws | 4 | 4 |
| Flexes | 3 | 3 |
| Extends | 2 | 2 |
| None | 1 | 1 |

**GCS TOTAL:** 15

**Skin**
Normal, Cool, Cold, Hot, Normal, Dry, Moist, Diaph, Normal, Pale, Mottled, Cyanotic, Flushed

**Pupils**
UA/Ref
Normal, Constrict, Dilated, Non-react   L R L R

**SIGNATURE AUTHORIZATION**

This constitutes my authorization for the provider of emergency medical services to me to file claims on my behalf. This authorization is for ...
Life time authorization effective _____ (Date)

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION AND WAIVER:**

I hereby authorize any holder of medical information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers, the Washington DC Fire and EMS Department or its authorized agent/agents, or any private insurance company, any information needed for this or a related medical claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the party who accepts assignment.

**ASSIGNMENT OF INSURANCE AND PAYMENT AGREEMENT**

I hereby authorize payment of all Insurance Benefits, including Major Medical, Title XVIII Medicare, Title XIX Medicaid, or any other private insurance company to the holder of this authorization. I also acknowledge that I am responsible for all co-insurance and deductibles.

X _____
Signature of Patient or Responsible Party          Date

**CREW MEMBER 1:** G Funk   614 **ID #**
**CREW MEMBER 2:** R Foh   623 **ID #**
**OTHER CREW MEMBER:** ___ **ID #**

*(Signatures should correspond with certification numbers on data sheet.)*

**MEDICAL CONSULT  NAME:** ___  **HOSP:** ___

TRANSFER OF CARE

X _____
**Signature of Person Receiving Patient**   **Date**

150207

```
------------------------------------------------------------------------
GEORGE WASHINGTON UNIV. HOSP.    PHONE 202-715-4905    SUMMARY PAGE:#  1  10
P.O. BOX 100507                 TID# 23-2896725               DATE: 06/26/01
ATLANTA,          GA  30384     FC:            PT:            ACCT TYPE: O
------------------------------------------------------------------------
PATIENT NAME: SUE ,MARGARET S           PATIENT NUMBER:   102962461
ADMIT DATE:  04/10/00  DISCHARGE DATE:          BIRTH DATE:  04/30/1954
------------------------------------------------------------------------
GUAR: SUE                MARGARET      |ACCOUNT BALANCE:        50.00
NAME  1501 MCLEAN CORNER LN            |---------------------------------
ADDR  MCLEAN                VA  22101  |PATIENT BALANCE:        50.00
------------------------------------------------------------------------
TOTAL CHARGES:      326.00   INS1: J57          .00  INS2:
                             INS3:                    INS4:
-----------------------------TOTAL AMT:------INSURANCE:---------PATIENT:---
      1        PAYMENTS          -194.50        -194.50           0.00
      2        ADJUSTMENTS        -81.50        -131.50          50.00
      3        RADIOLOGY          182.25         182.25           0.00
      4        EMERGENCY ROOM     143.75         143.75           0.00
```

```
------------------------------------------------------------------------
 GEORGE WASHINGTON UNIV. HOSP.      PHONE 202-715-4905            PG#   1
 P.O. BOX 100507                    TID# 23-2896725        DATE: 06/26/01
 ATLANTA,          GA 30384         FC:  U     PT:  T      ACCT TYPE: O
------------------------------------------------------------------------
 PATIENT NAME: SUE ,MARGARET S           PATIENT NUMBER:    102962461
 ADMIT DATE:  04/10/00  DISCHARGE DATE:           BIRTH DATE:  04/30/1954
------------------------------------------------------------------------
 GUAR: SUE                  MARGARET    |ACCOUNT BALANCE:        50.00
 NAME  1501 MCLEAN CORNER LN            |--------------------------------
 ADDR  MCLEAN                 VA  22101 |PATIENT BALANCE:        50.00
------------------------------------------------------------------------
 DATE   SERVICE DESC   SVC CD INS1: J57  INS2:      INS3:      PATIENT
        QUANTITY       BAL: |    .00                             50.00
------------------------------------------------------------------------
 041000   1 32      SPINE CE 26220400     182.25   0.00   0.00   0.00
 041000   1 45      BASE LEV 25092685     143.75   0.00   0.00   0.00
 011001  -1 1       AMERIHEA 99911695    -194.50   0.00   0.00   0.00
 011601   1 1       MULTI PL 88946892     -81.50   0.00   0.00   0.00
 012201   1 0       PT/INS T 88810254       0.00   0.00   0.00  50.00
 012201   1 1       PT/INS T 88810254     -50.00   0.00   0.00   0.00
```

```
PT NAME:   SUE , MARGARET S                                    04/10/00
NURS STA:              PT TYPE:     T          PT NO:      102962461
    BED:               HOSP SVC:   EMR         MED REC NO: 2036771
  STATUS:   ET         MARITAL STS: S          RACE:    1   REL: OTH
  SSN:      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  AGE: 45 SEX F         BIRTHDATE: 04/30/1954
PREV NAME:                                     INFANT AGE:
ADDRESS:   1725 NEWTON ST NW                   PHONE: 202 - 234-4423
                                               DISTRICT CD:   28
CITY:      WASHINGTON                  ST: DC ZIP:  20010-0000
EMPLOYER:  IMS AMERICA                  CHURCH: NO CHURCH SPECIFIED
ADDRESS:   660 WEST GERMANTOWN
CITY:      PLYMOUNTH MEETI             ST: PA   ZIP: 19462-
OCCUPATION: SALES MGR                  PHONE: 202-234-7523
GUARANTOR: SUE , MARGARET S
ADDRESS:   1725 NEWTON ST NW
CITY:      WASHINGTON                  ST: DC ZIP: 20010-    REL: S
OCCUPATION:                GUAR SSN: 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 PHONE: 202-234-4423
 GUAR EMPL: IMS AMERICA                 PHONE: 202-234-7523
 ADDRESS:   660 WEST GERMANTOWN
 CITY:      PLYMOUNTH                  ST: PA   ZIP: 19462-
EMER CONTACT: LETTES , JUDITH                          REL 4
 ADDRESS:   1725 NEWTON ST NW
 CITY:      WASHINGTON                 ST: DC  ZIP: 20010-
          HOME PHONE: 202-234-4423     WORK PHONE:   -   -
NEXT OF KIN:                                          REL:
 ADDRESS:
 CITY:                                ST:     ZIP:
          HOME PHONE:   -   -          WORK PHONE:   -   -
INSURANCE INFO: # OF PLANS: 1  FC:  A
    PL 1: T01 AMERIHEALTH       VERIFIED: N  POLICY #: 05117333TPA
    COB:   1 PAYOR ID:      GROUP #/NAME: 089373
    MAIL TO:  AMERIHEALTH                      PHONE: 800-480-5033
    ADDRESS:  PO BOX 57015                     UR PHONE:   -   -
    CITY:     IRVINE         ST: CA ZIP: 92619 SUBSCRIBER: SUE ,MARGARET
          AUTH #:                    AUTH BY:
INS PL 2:                    VERIFIED:  POLICY #:
    COB:    PAYOR ID:    GROUP #/NAME:
    MAIL TO:                              PHONE:    -   -
    ADDRESS:                              UR PHONE:   -   -
    CITY:            ST:    ZIP:   SUBSCRIBER:
          AUTH #:                    AUTH BY:
INS PL 3:                    VERIFIED:  POLICY #:
    COB:    PAYOR ID:    GROUP #/NAME:
    MAIL TO:                              PHONE:    -   -
    ADDRESS:                              UR PHONE:   -   -
    CITY:            ST:    ZIP:   SUBSCRIBER:
          AUTH #:                    AUTH BY:
ADM BY:      IP PREADM BY:      OP PREADM BY:      ER REG BY: RICHDO
REF SOURCE:                     FAM DR: FISHER
ACC IND: A  ACC DT/TM: 041000  14:00 JOB REL: N  ACC LOC:
ADMIT DT/TM: 04/10/00  15:31      ADM SOURCE:    EO   ADM PRI:  X
DSCH DT/TM:               DISP: AHR  ADM DR: 014316  ROSENTHAL ROBERT E.
REF DR:   014316  ROSENTHAL ROBERT E.  ATN DR: 014316  ROSENTHAL ROBERT E.
    PROCEDURE:                     DIAGNOSIS: MVC-NECK PA
    IN COMM:                       SURGERY DATE:
    PREV STAY:                     PREV ADM DTE:
PREV HOSP:                         PREV DSCH DTE:
MODE ARRIVAL: DCFD 16              REL OF INFO:  N  ISOL IND:
ORGAN DONOR:      LIV WILL/ADV DIR: U   LOCATION:
```

17840212



**The George Washington University** WASHINGTON DC
HOSPITAL

**EMERGENCY DEPARTMENT**
**MEDICAL RECORD II**

75366

13

E/R    INS  TO1
SUE .MARGARET
A#    102962461  MR 2030172
04-30-1954  DOS 04-30-00
1725 NEWTON ST NW    DC
WASHINGTON    200 00000
HOME :    Patient Information

## PHYSICIAN ORDERS

| TIME | | RN/SEC | TIME | | RN/SEC |
|---|---|---|---|---|---|
| 1530 | C-Spine serv | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | INIT. | SEC SIGNATURE | INIT. | NURSE'S SIGNATURE |
| | | | | | |

| INIT. | INIT. | INIT. | INIT. |
|---|---|---|---|
| ☐ CANE/CRUTCH & DEMO | ☐ CAST/SPLINT → | ☐ KNEE IMMOBILIZER | ☐ OTHER |

## INSTRUCTIONS

**DIAGNOSIS** Motor vehicle accident
Neck/shoulder muscle strain

**CO-MORBIDITY**

SYMPTOMS ►
MECH. OF INJURY ►
PROCEDURES ►

YOU WERE SEEN BY (PRINT CLEARLY)

1. **FOLLOW-UP:** with PMD
   DR.
   ☒ YOU SHOULD BE RE-EXAMINED IN __7__ DAYS. CALL AS SOON AS POSSIBLE FOR APPOINTMENT.
   ☒ IF NOT IMPROVING AFTER __2-3__ DAYS, CALL FOR THE NEXT AVAILABLE APPOINTMENT.
   ☐ ADDITIONAL FOLLOW-UP: _____

   DR.
   WORK RELATED? ☐ YES ☐ NO
   _____ DAYS FULL DISABILITY
   _____ DAYS LIGHT DUTY
   ☐ SICK CERTIFICATE GIVEN

2. **RETURN TO EMERGENCY UNIT IF:** Pain worsens, loss of sensation in neck or upper extremity, Abdominal pain

3. **ADDITIONAL INSTRUCTIONS** (e.g. activity, diet): _____

**PRESCRIPTIONS ►**
1 Advil 2-3 tabs every 6 hrs as needed  #Rx ►  #To Go ►
2 Tylenol #3 1-2 every 4-6 hrs as needed  #Rx ►  #To Go ►
3  #Rx ►  #To Go ►

**INSTRUCTION SHEETS ►**    **PENDING LABS**

I HAVE READ, UNDERSTOOD AND RECEIVED A COPY OF MY DISPOSITION RECORD.    X _Margaret Sue_  PATIENT'S SIGNATURE

## DIAGNOSTIC TESTS

| LAB | | | | | | RADIOLOGY STUDY | DEM PHYS. READING |
|---|---|---|---|---|---|---|---|
| ☐ CBC | ☐ SMA-6 | ☐ GLU | ☐ C.E.: | | | C-Spine | N Alignment |
| WBC___ | | ☐ ETOH | OTHER: | | | | |
| HCT___ | | ☐ AMY | | | | | |
| Plt___ | | ☐ HCG (URINE) | | | | | |

☐ EKG E.D. INTERPRETATION

D STICK _____ BREATHILIZER _____
U/A    C/+/S

CONDITION ON DISCHARGE:
☐ IMPROVED  ☐ UNCHANGED  ☐ OTHER ___

☐ CONSULT(S)

CASE DISCUSSED WITH ►

THIS PATIENT HAS _____ BEEN PERSONALLY SEEN AND EXAMINED BY ME

NURSE'S SIGNATURE ►    TIME OUT ►    HOUSESTAFF SIGNATURE ►    ATTENDING PHYSICIAN'S SIGNATURE ►

MEDICAL RECORD

The George
Washington
University
WASHINGTON DC
HOSPITAL

**EMERGENCY DEPARTMENT**
**MEDICAL RECORD I**



75368

E/R   INS  T01
SUE ,MARGARET
A#    102962461 MR 2036771
04-30-1954  DOS  04-10 00
725 NEWTON ST NW        DC
WASHIN....          200100000
HOME 20...4-4473    S.. F
Patient Information

## PHYSICIAN'S REPORT

| TIME | VITAL SIGNS |
|------|-------------|

45 y/o ♀ s/p MVA from behind
Restrained passenger. ✗LOC Did
not hit head. Paramedics put pt in
C-collar b/c c/o neck pain.
c/o ℗ Buttock/sacral pain. ✗ other
injuries

PERRLA

motor 5/5 throughout
Sensibility intact

C-spine tenderness, ✗ ℗ T-L spine
tenderness, ✗ abrasions,
Pelvis stable

RRR
CTAB
S₁, S₂, ~℗, NABS

ALLERGIES: NKDA

MEDICATIONS: Effexor, celebrex, niacin, statin

SOCIAL HX: ✗

FAMILY HX:

PMH: Rheumatism/fusion L5-S1
UC, Depression

R.O.S. CONSTITUTIONAL:

EYES/ENT: ✗

CV: ✗

RESP: ✗

GI: ✗

GU:

ENDOCRINE:

NEURO:

HEMA/ALLERGY:

MUSC/SKEL: As per HPI

SKIN: ✗

PSYCH:

| PHYSICIAN OBSERVATIONS | CASE ANALYSIS / REASON FOR ADMISSION |
|---|---|

TIME

ATTENDING PHYSICIAN NOTE:

PROCEDURES:

☐ CHART DICTATED   ☐ SEE ADDENDUM   ☐ CODOOVIX ADDENDUM

HOUSESTAFF SIGNATURE ▶

ATTENDING SIGNATURE ▶

MEDICAL RECORDS

# EMERGENCY DEPARTMENT
## NURSING RECORD

**The George Washington University HOSPITAL**
WASHINGTON DC

75082A

E/R    INS  T01
SUE ,MARGARET
A#    102962461  MR 20_____
04-30-1954  DOS  04-__-__
1725 NEWTON ST NW    DC
WASHING___    200100000
HOME ___  ___-442_
___ _____ ___ 1523  F/C  A
PATIENT IDENTIFICATION

15



**Accompanied by:** Self  Relative  Friend  Other _____
**Triage category:** I  II  III  IV    **Arrival Mode:** W.C.  ambulatory   Paramedic/BLS: rescue # _____
**Prehos:** spineboard  c-collar  splints       IV Solution _____  Amt _____    Site/Size _____
Oxygen:  Cannula _____ l/min  Mask _____ %  PMD _____  Meds ___  PTA _____

| | | | |
|---|---|---|---|
| **Allergies:** none Unknown | **Past Med Hx:** | **Med:** none Unknown | **Learning Barriers:** |
| | | Minocycline | Language |
| | | Clausc | Physical |
| **LNMP:** _____ | | Crucn | Cognitive |
| **Gravida/Para/Ab** _____ | | | Sensory: Visual/Auditory |
| **Last Tetanus:** _____ **Wt:** _____ kg | | **Other** _____ | Other _____ |

**Chief Complaints:**
Triage Time: __ /2345 y/o♀ S/P MVC — rear ended - Sign. Felan.xe to
c/c.  90 bac++ neck pain - burn (side of neck, pain down
back to leg.   ___ ⊕HA but no LOC. A+O×4. ___

Time Back: 1500     CLINICAL MAP/PATHWAYS:          NURSE SIGNATURE: ___

| Nursing Assessment | Time | BP | P | RR | Temp | GCS | PULSE OX |
|---|---|---|---|---|---|---|---|
| 1600 released + fum (50 mg) | 1500 | 137/74 | 82 | 18 | 37.3 | 15 | |
| xray pr DC. Robitan | 1700 | 131/5 | 84 | 16 | | 16 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Time | Medications | Int. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Time | IV fluids | Int. |
|---|---|---|
| | | |
| | | |
| | | |

| Time | Intake | Time | Output | DISPOSITION | | TIME |
|---|---|---|---|---|---|---|
| | | | | Discharge  Admitted  Transferred  Left AMA  AWOL  LWBS | | 1700 |
| | | | | Report given to _____ | | |
| | | | | ☐ Admit Room # _____ /Transfer IV _____ /Monitor _____ O₂ _____ | | |
| NURSING INTENSITY 1 2 3 4 5   CRITICAL CARE | | | | ☐ pt / family aware of need for admission / transfer and agree. | | |
| DISPOSITION CATEGORY I, II, III, IV | | | | Discharged via: ☐ Walk ☐ W.C. ☐ Carried ☐ Ambulance ☐ Police | | |
| OUTCOME | | | | ☐ DC'ed: IV   Foley   NG tube | | |
| INITIALS   NURSE SIGNATURE | | | | ☐ Aftercare Information sheet(s) provided: | | |
| | | | | ☐ Discharge teaching provided / interpreter ☐ Discharge instructions understood by patient / significant other / parent | | |
| | | | | ☐ Discharged/Admitted by: | | |

**George Washington University**
WASHINGTON DC
**HOSPITAL**

901 23RD STREET N.W.   WASHINGTON, DC 20037-2377

MED. REC. NO.
2036771

| PT NO | PATIENT NAME |
|---|---|
| 102962461 | SUE , MARGARET S |

ADDRESS
1725 NEWTON ST NW

| CITY | STATE | ZIP | PHONE | EXT. | SOCIAL SECURITY NO. | COUNTY |
|---|---|---|---|---|---|---|
| WASHINGTON | DC | 20010-0000 | 202-234-4423 | | 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 | 28 |

| AGE | DOB | SEX | RACE | MS | PREVIOUS NAME | RELIGION | RM/BED |
|---|---|---|---|---|---|---|---|
| 45 | 04/30/1954 | F | 1 | S | | OTH | |

| ADM DATE | TIME | SRC | PT TYPE | PRI | ACCIDENT INFO | VOLUNTARY ADM | ORGAN DNR | ISOL | INFANT AGE |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/00 | 15:31 | EO | T | X | A  04/10/00  14:00 | | | | |

| PT EMPLOYER | TELEPHONE | EXT | OCCUPATION |
|---|---|---|---|
| IMS AMERICA | 202-234-7523 | | SALES MGR |

EMPLOYER ADDRESS
660 WEST GERMANTOWN

| CITY | STATE | ZIP | RETIREMENT DATE |
|---|---|---|---|
| PLYMOUNTH MEETI | PA | 19462- | |

NEAREST RELATIVE NAME

| RLTN | ADDRESS |
|---|---|

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|

EMERGENCY CONTACT NAME
LETTES , JUDITH

| RLTN | ADDRESS |
|---|---|
| 4 | 1725 NEWTON ST NW |

| CITY | STATE | ZIP | PHONE | EXT |
|---|---|---|---|---|
| WASHINGTON | DC | 20010- | 202-234-4423 | |

| GUARANTOR NAME | RLTN | SOCIAL SECURITY NUMBER |
|---|---|---|
| SUE , MARGARET S | S | 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 |

| ADDRESS | PHONE |
|---|---|
| 1725 NEWTON ST NW | 202-234-4423 |

| CITY | STATE | ZIP | OCCUPATION | EXT |
|---|---|---|---|---|
| WASHINGTON | DC | 20010- | SALES MGR | |

| GUARANTOR EMPLOYER | PHONE | EXT |
|---|---|---|
| IMS AMERICA | 202-234-7523 | |

ADDRESS
660 WEST GERMANTOWN

| CITY | STATE | ZIP | FC |
|---|---|---|---|
| PLYMOUNTH | PA | 19462- | A |

| INSURANCE NAME | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|
| AMERIHEALTH | TO1 | O5117333TPA | 089373 | SUE , MARGAR S | | |

| INSURANCE NAME 2 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|

| INSURANCE NAME 3 | CODE | POLICY # | GROUP # | SUBSCRIBER | REL | AUTH # |
|---|---|---|---|---|---|---|

| ATTENDING PHYSICIAN | ATTENDING # | REF SRC | ADM BY | PREV ADM DATE | PREVIOUS FACILITY |
|---|---|---|---|---|---|
| ROSENTHAL ROBERT E. | 014316 | | RICHDO | | |

| ADM DIAGNOSIS | MED SVC | CODE | ALLERGIES | SURGERY DATE |
|---|---|---|---|---|
| MVC-NECK PA | EMR | | | |

| ADMITTING PHYSICIAN | ADMITTING # | AUTHORIZED BY |
|---|---|---|
| ROSENTHAL ROBERT E. | 014316 | |

| PROCEDURE | CLINICAL COMMENT | MODE OF ARRIVAL/ACCOMPANIED BY |
|---|---|---|
| | | DCFD 16 |

| REL OF INFO | ADV DIR | LIVING WILL | LOCATION OF WILL/DIRECTIVE | FAMILY DOCTOR |
|---|---|---|---|---|
| | U | | | FISHER |

**FINAL DIAGNOSES** (FIRST DIAGNOSIS PRINCIPAL UNLESS NOTED)       CODE

**PROCEDURES**

**CONSULTING PHYSICIANS**

DRG

LOS

| TRANS TO: | ACUTE | SNF | REHAB | HOSPICE | HOME HEALTH | HOME IV | AGAINST MED ADV | HOME |
|---|---|---|---|---|---|---|---|---|

| DISCHARGE DATE | TIME | OTHER |
|---|---|---|

| EXPIRED | TIME | , <48HRS | >48HRS | CORONER | AUTOPSY  YES | NO |
|---|---|---|---|---|---|---|

ATTENDING PHYSICIAN SIGNATURE & DATE





**The George Washington University**
WASHINGTON DC
**HOSPITAL**

80010

PATIENT IDENTIFICATION

**GENERAL POLICY:** All patients shall be treated, admitted and assigned accommodation without distinction to race, religion, color, national origin, sexual orientation, age or handicapping condition.

**CONSENT TO TREATMENT:** I have come to The George Washington University Hospital for medical treatment. I ask the health care professionals at the Hospital to provide care and treatment for me that they feel is necessary. The undersigned consents to the procedures, which may be performed during this hospitalization, or on an outpatient basis including emergency treatment or services. I consent to undergo routine tests and treatment as part of this care. These may include but are not limited to laboratory, radiology, medical or surgical tests, treatments, anesthesia or procedures as directed under the general and special instruction of the physician or surgeon. I understand that I am free to ask a member of my health care team questions about any care, treatment or medicine I am to receive. Because The George Washington University Hospital is a teaching hospital, I understand that my health care team will be made up of hospital personnel (to include nurses, technicians, and ancillary staff) under the direction of my attending physician and his/her assistants and designees (to include interns, residents, fellows and medical students). I am aware that the practice of medicine is not an exact science and admit that no one has given me any promises or guarantees about the result of any care or treatment I am to receive or examinations I am to undergo.

PHYSICIANS **NOT AS EMPLOYEES:** I acknowledge that all physicians furnishing services including but not limited to radiologists, pathologists, anesthesiologists, emergency department physicians, consultants and assistants to the physician are not employees of the Hospital. I understand that I may receive separate billing from each of these providers for services rendered.

**RELEASE OF INFORMATION:** The George Washington University Hospital is authorized to release any information necessary, including copies of my hospital and medical records, to process payment claims for health care services which have been provided, and to duly authorized local and federal regulatory agencies and accrediting bodies as required or permitted by law. Such records may include information of a psychological or psychiatric nature, pertaining to my mental condition or treatment for conditions relating to the use of alcohol or drugs. In addition, I authorize my insurance carrier, employer or person otherwise responsible for payment to provide The George Washington University Hospital information necessary to determine benefits or process a claim. This release will be valid for the period of time to process the claim or until consent is revoked by myself. I release and forever discharge The George Washington University Hospital, its employees and agents, and my attending physician from any liability resulting from the release of my medical records or information from them for payment purposes. I understand that my name will be displayed in the signage system outside my hospital room.

**PERSONAL VALUABLES: THE GEORGE WASHINGTON UNIVERSITY HOSPITAL WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE TO CLOTHES, PERSONAL PROPERTY OR VALUABLES. MONEY AND OR VALUABLES MAY BE SECURED IN THE CASHIER'S OFFICE.**

**NON-SMOKING POLICY:** In accordance with regulatory agency standards, the Hospital is a non-smoking facility.

**FINANCIAL AGREEMENT/ASSIGNMENT OF BENEFITS:** I assign any and all insurance benefits payable to me to The George Washington University Hospital. I understand that I am responsible for payment for services rendered at the Hospital including excluded services from my insurance either because the plan deems such services not medically necessary, or for any other reason including pre-certification requirements, second opinions or preexisting conditions. Should the account be referred to any attorney or collection agency for collection, I understand that I will be responsible for attorney or collection expenses. I give permission to my insurance provider(s), including Medicare and Medicaid, to directly pay The George Washington University Hospital for my care instead of paying me. I understand that I am responsible for any health insurance deductibles and co-insurance and non-covered services.

I, the undersigned, state that the information that I have provided The George Washington University Hospital is correct to the best of my knowledge. I acknowledge by my signature that I have read and received a copy of this statement. I understand that by signing it, I am agreeing to it.

X _____
  Signature of patient or responsible party

Unable to sign
( ) Serious Condition
( ) _____

_____        _____                    _____            _____
Date        Witness                                      Hospital Representative                          Date

**ADVANCE DIRECTIVE (Only If Inpatient, Day Surgery, or Emergency Room Visits)**
Do you have an Advance Directive
 (Living Will/Health Care Power of Attorney)?                    __ Yes __ No
If yes, did you bring it with you?                                       __ Yes __ No
If you did not bring it with you, is there
someone we can contact to obtain a copy?              __ Yes __ No
Name _____ Tel. _____
Your Advanced Directive wishes must be on your chart.

By my signature below, I consent to laboratory studies (HIV, HBV, HCV) in the event a health care worker is exposed to my blood or body fluids. I also agree to the disposal or use of any tissue or part removed from my body and/or to the taking of photographs during my treatment for research, teaching, or scientific purposes as long as my identity is not disclosed.

Signature _____ Date _____

80-010 (3/99)

**MEDICAL RECORDS**

University
**MEDICAL FACULTY ASSOCIATES** 8260 WILLOW OAKS CO. DR. STE. 500 FAIRFAX, VA 22031

ADDRESS SERVICE REQUESTED

Telephone Inquiries:   703-846-9364

ADDRESSEE:

MARGARET S SUE         2036771
1501 MCLEAN CORNER LANE
MC LEAN, VA 22101

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**INFORMATION STATEMENT**

OUR RECORDS INDICATE YOU ARE COVERED BY A HEALTH IN
ANCE POLICY FOR PHYSICIAN SERVICES.  A CLAIM HAS B
SUBMITTED TO THE PLAN INDICATED BELOW.  IF THE INS
ANCE INFORMATION IS NOT CORRECT, PLEASE CONTACT O
OFFICE IMMEDIATELY.  OTHERWISE, IF YOUR INSURANCE
NOT PROCESSED THE CLAIM AFTER SIXTY (60) DAYS, PAYM
MAY BE REQUESTED FROM YOU.

PLEASE ASSIST US BY CONTACTING YOUR INSURANCE  FOR
STATUS.  INFORM THEM THAT YOU ARE AWARE  A CLAIM  H.
BEEN  FILED  AND  PROMPT  PAYMENT  IS  EXPECTED.
ADDITIONAL INFORMATION IS REQUIRED FROM YOU TO PROC
THE CLAIM, AN IMMEDIATE RESPONSE FROM YOU WILL PREVI
DELAYS.

ONCE YOUR INSURANCE HAS MADE PAYMENT, THEY  WILL SEI
YOU AN EXPLANATION OF  BENEFITS INDICATING IF YOU H.
A BALANCE DUE TO THE PROVIDER.  AT THIS TIME, THE B.
ANCE  WILL  BECOME  DUE  IN  FULL.

THANK YOU FOR  CHOOSING GEORGE  WASHINGTON UNIVERSI
MEDICAL FACULTY ASSOCIATES.

86-Art-1

| DATE OF SERVICE/ TRANSACTION | INVOICE | DESCRIPTION OF SERVICES | CHARGES/ PAYMENTS/ ALLOWANCES |
|---|---|---|---|
| | 4858093 | SERV BY R ROSENTHAL MD | |
| | | DEM EMERGENCY ME | |
| 04/10/00 | 72040 | RAD. EVAL.-C-SPINE | 25.00 |
| 04/10/00 | 99283 | INTERMEDIATE (LEVEL III) | 160.00 |

| BILL DATE: | PATIENT NAME: | ACCOUNT #: |
|---|---|---|
| 06/23/00 | MARGARET S SUE | 2036771 |

NSURANCE:  AMERIHEALTH 191 220629009

02339638 0521

# THIS IS NOT A BILL

Name: M. Sandra Sue

Page No._____ Side No._____

Dx. code:

| date | 4/21/01 | | | tx.# | | | type of tx. | | disposable needles |
|------|---------|--|--|------|--|--|-------------|--|--|
| pulse | | | LU | | SI | | HT | | |

Fee: $66

4/10/01 had car accident. Neck & shoulder
pain & stiff
Acupuncture: BL points. SI points

---

Dx. code:

| date | 4/26/01 | | | tx.# | | | type of tx. | | disposable needles |
|------|---------|--|--|------|--|--|-------------|--|--|
| pulse | | | LU | | SI | | HT | | |

Fee $60

follow up treatment. patient feel
some progressive.

---

Dx. code:

| date | | | | tx.# | | | type of tx. | | disposable needles |
|------|--|--|--|------|--|--|-------------|--|--|
| pulse | | | LU | | SI | | HT | | |

---

Dx. code:

| date | | | | tx.# | | | type of tx. | | disposable needles |
|------|--|--|--|------|--|--|-------------|--|--|
| pulse | | | LU | | SI | | HT | | |

---

Dx. code:

| date | | | | tx.# | | | type of tx. | | disposable needles |
|------|--|--|--|------|--|--|-------------|--|--|
| pulse | | | LU | | SI | | HT | | |

# The Information of Patient

No:

| Name | M. SANDRA SUE | Sex | F |
| Date of Birth | 4/30/54 | Marital Status | S |

| Occupation | sales | | | | |
| Education | years Elementary | years High School | years College | 6 |
| Address | 1551 McKean Corner Lane McLean VA 22101 | | | |

| Telephone | 202.257.7725    703.288.1227 |
| SSN | 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 |

Name of referring physician: Barbara Maclin
Phone number:
Insurance company: AmeriHealth
Policy number:
List your allergic medicines: None known
If emergence, whom we should call: (Name) Judy Kites   (Phone) 301.352.6439

## Agreement

I voluntarily release all personal information to the provider and authorize the provider give me treatment by Acupuncture, Herbs, Massage, Physical therapy, and Qi Gong. I would like to give up the right of a lawsuit against the provider for any liabilities.
Signature: _____   Date: 4/21/00

## The part of Provider Using

| Diagnosis Code (ICD-9CM) | | Traditional Acupuncture D-Code | |
| --- | --- | --- | --- |
| 1. | 4. | C: | S: |
| 2. | 5. | O: | E: |
| 3. | 6. | Level: | CF: |

## The Type of Treatment

FE- Five Elements Tx: ID, AE, ED, UB, H/W, E/E, CV/GV, AK, CF, DN, MoX.
TM-TCM Tx: BLSF, BTSF, BCSF, LC, MT, ST, BH, YY, QBF, ZF, MSA.
HS- Herb Supplements: Wa, Wo, Fir, Ba, Me, ZF, St, Mt, Qi, BL, Fl, D13.
EX-Examination: TD, Ex, Ak, La, Co, QGT.

Provider: _____   Date: 4/21/00

*M. Sandra Sue*

# First Visit Questionnaire

| Please rate how healthy you consider yourself |
|---|
| (Please circle the number) |

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Much healthier than most | Healthier than most | Average health | Less healthy than most | Much less healthy than most |

| What Prescription drugs do you take regularly? | |
|---|---|
| The Name of Drug | Frequency |
| | |
| | |
| | |

Briefly Complain

| 1 *Car Accident* | 2 *Shoulder stiff* |
|---|---|
| 3 *Neck pain* | 4 |

Why have you come for acupuncture?

1. general well being (please describe briefly):
2. mood and emotions care: stress anxiety fatigue depression other:
3. head and neck: headache (neck pain) other:
4. face, eyes, ears, nose, mouth, jaw, other:
5. throat and respiratory system: asthma sore throat other:
6. heart and circulatory system: high blood pressure chest pains edema anemia other:
7. Addictions: drugs alcohol other:
8. infections: hepatitis HIV frequent bronchitis frequent colds other:
9. cancers: chemotherapy radiotherapy location:
10. allergies: (please list):
11. musculoskeletal problems: bones joins muscles location:
12. skin: (please specify):
13. digestive system: pain hemorrhoids other:
14. urinary system: (please specify):
15. female reproductive system: cramps PMS menopause infertility other:
16. male reproductive system: prostrate infertility impotence other:
17. autoimmune disorder: MS Lupus other:
18. endocrine disorder: thyroid psychiatric disorder other:
19. nerves and brain: numbness psychiatric disorder other:
20. other disorders: sleep problems weight problems other:

Specific complain beside above categories

| 1. *CAR ACCIDENT - 4/10/00* |
|---|
| 2. |
| 3. |

## Treatment Sheet

| Name | M. Sandra Sue | | Time Of TX | |
|---|---|---|---|---|

| Date | 4/30/00 | Season | | Time | | M·H | | M·L | |
|---|---|---|---|---|---|---|---|---|---|

### Patient's Report

1. last Monday had accident 4/10/2000 car
2. Neck (L) stiff. had headach (big) now bett...
3. low back pain
4. (L) leg, hip achin
5. had back operaten 8 years ago. (L)leg numb
6. neck C+S
7.

### Observation

| C: yellow | S: Sims | O: | E: pain. | L: |
|---|---|---|---|---|

### Asking and Examine

| Sleep | tratle discult | Warmth | |
|---|---|---|---|
| Appetite | less | Alabane | |
| Bowels | | Menstrual Cycle | |
| Water | | Umbilicus | |
| Perspiration | some sweating | 3 Chiao | / / / |

| Before Tx | | During Tx | | After Tx | |
|---|---|---|---|---|---|
| II -2 I -2   IX -2 X-2 | II    I | IX    X | II    I | IX    X |
| VII-2 VIII-2   XII-2 XI-2 | VII  VIII | XII   XI | VII  VIII | XII   XI |
| III -2½ IV-2½   V-2½ VI-2½ | III   IV | V    VI | III   IV | V    VI |

### Treatment

| Tx Principle | Points |
|---|---|
| 1. 132 | 1. |
| 2. S I | 2. |
| 3. | 3. |
| 4. | 4. |

### Herbs

### Remark:

Provider: _____ Date: 4/2?/00

# Vienna Massage Therapy

**P.O. Box 303, Vienna, VA  22183**
**(703) 938-3737**

## Receipt for professional services rendered

Received from: _Sandra Sue_          Date: _May 16 2000_

Number of one-hour myotherapy sessions: _10½_    Amt. Received: _$555.00_

Dates services rendered _4/15/00 – 5/00_    Check #/Cash: _$555.00_

**Mary Wilkerson, State & Nationally Certified Massage Therapist**
**State Certificate #0019000472**
**Nationally Certified, NCTMB#01945100**
**Vienna Business License #01293**
**AMTA #37242-4**

Case 1:05-cv-01355-JR    Document 9-5C/Filed 11/30/2005    Page 24 of 78

DO NOT
STAPLE
IN THIS
AREA

AMERIHEALTH ADMINISTRATORS
P.O. BOX 57015
IRVINE, CA 92619-7015

| | PICA | | | | | **HEALTH INSURANCE CLAIM FORM** | PICA | |

1

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 05117333TPA | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, MARGARET S.

3. PATIENT'S BIRTH DATE   MM 04 DD 30 YY 1954   SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
SAME

CITY MCLEAN   STATE VA

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY   STATE

ZIP CODE 22101   TELEPHONE (Include Area Code) (703) 288-1227

ZIP CODE   TELEPHONE (INCLUDE AREA CODE) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NONE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
089373

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [X] NO [ ]

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX M [ ] F [ ]

b. AUTO ACCIDENT?   PLACE (State)
YES [ ] NO [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
AMERIHEALTH ADMINISTRATORS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ] NO [X]   *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE   DATE 8 03 2000

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT:   ILLNESS (First symptom) OR   MM 1 DD 10 YY 2000   INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.
GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY   FROM   TO   MM DD YY

NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ] NO [ ]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722.0   HERN. NUC. PULPOSU
2. 722.10   HERN. NUC. PULPOSU
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 04 | 26 | 2000 | | | | 3 | 3 | 99243 | 12 | 220.00 | 1 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ] EIN [X]
54-1513186

26. PATIENT'S ACCOUNT NO.
8570-001-0001

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [ ] NO [ ]

28. TOTAL CHARGE
$ 220.00

29. AMOUNT PAID
$ 10.00

30. BALANCE DUE
$ 210.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PETER J. DELENICK M.D.   8 03 2000
SIGNED   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
DELENICK M.D. P.C., PETER J.
1715 N GEORGE MASON DR #201
ARLINGTON, VA 22205
(703) 358-9232
PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPI)

DO NOT
STAPLE
IN THIS
AREA

AMERIHEALTH ADMINISTRATORS
P.O. BOX 57015
IRVINE, CA 92619-7015

**HEALTH INSURANCE CLAIM FORM**

| | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|

1. ☐ MEDICARE (Medicare #)  ☐ MEDICAID (Medicaid #)  ☐ CHAMPUS (Sponsor's SSN)  ☐ CHAMPVA (VA File #)  ☐ GROUP HEALTH PLAN (SSN or ID)  ☐ FECA BLK LUNG (SSN)  ☐ OTHER (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
051173331PA

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, MARGARET S.

3. PATIENT'S BIRTH DATE  04 30 1954   SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

5. PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
SAME

CITY  MCLEAN   STATE  VA

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY   STATE

ZIP CODE  22101   TELEPHONE (Include Area Code)  703 288-1227

ZIP CODE   TELEPHONE (INCLUDE AREA CODE)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NONE

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
089373

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT?  ☐ YES  ☒ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
AMERIHEALTH ADMINISTRATORS

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO  *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  8 03 2000

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722.0  HERN. NUC. PULPOSU
2. 722.10  HERN. NUC. PULPOSU
3. 
4. 

22. MEDICAID RESUBMISSION  CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 08 03 00 | | | | | | | | 99213  OFFICE VISIT, ESTAB PA | | | 135 00 | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
54-1513186

26. PATIENT'S ACCOUNT NO.
8570-001-0002

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☐ YES  ☐ NO

28. TOTAL CHARGE  $ 135.00

29. AMOUNT PAID  $ 10.00

30. BALANCE DUE  $ 125.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
PETER J. DELENICK M.D.
8 03 2000

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
DELENICK M.D. P.C., PETER J.
1715 N GEORGE MASON DR #201
ARLINGTON, VA  22205
PIN#   GRP#

SIGNED   DATE

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90),   FORM RRB-1500, APPROVED OMB-1215-0055 FORM OWCP-1500,   APPROVED OMB-0720-0001 (CHAMPUS)

PLEASE
DO NOT
STAPLE
IN THIS
AREA

AMERIHEALTH ADMINISTRATORS
C/O BEECH STREET CORPORATION
P.O. BOX 57015
IRVINE, CA 92619-7015

26

| PICA | | **HEALTH INSURANCE CLAIM FORM** | | 1 | PICA |

**1.** MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☒ (ID)

**1a.** INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
05117333TPA

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, MARGARET S.

**3.** PATIENT'S BIRTH DATE  04 30 1954  SEX  M ☐  F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)
SAME

**5.** PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

**6.** PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)
SAME

CITY MCLEAN  STATE VA

**8.** PATIENT STATUS
Single ☐  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY  STATE

ZIP CODE 22101  TELEPHONE (Include Area Code) (703) 288-1227

ZIP CODE  TELEPHONE (INCLUDE AREA CODE) ( )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
NONE

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER
089373

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (CURRENT OR PREVIOUS)  YES ☐  NO ☒

**a.** INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐  F ☐

**b.** OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐  F ☐

**b.** AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State)

**b.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** EMPLOYER'S NAME OR SCHOOL NAME

**c.** OTHER ACCIDENT?  YES ☐  NO ☒

**c.** INSURANCE PLAN NAME OR PROGRAM NAME
AMERIHEALTH ADMINISTRATORS

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** RESERVED FOR LOCAL USE

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, return to and complete item 9 a-d.

**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  8 03 2000

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14.** DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
1 10 2000

**15.** IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

**17.** NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

**17a.** I.D. NUMBER OF REFERRING PHYSICIAN

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

**19.** RESERVED FOR LOCAL USE

**20.** OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 722.0  HERN. NUC. PULPOSU
2. 722.10  HERN. NUC. PULPOSU
3. 
4. 

**22.** MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05232000 | | | | 99213 00 | | 1 | 135.00 | | | | | |
| | | | | OFFICE VISIT, ESTAB PA | | | | | | | | |
| 05252000 | | 3 | 4 | 72052 00 | | 12 | 171.00 | 1 | | | | |

**25.** FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
54-1513186

**26.** PATIENT'S ACCOUNT NO.
8570-001-0003

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☐  NO ☐

**28.** TOTAL CHARGE  $ 306.00

**29.** AMOUNT PAID  $ 10.00

**30.** BALANCE DUE  $ 296.00

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  PETER J. DELENICK M.D.  DATE  8 03 2000

**32.** NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

**33.** PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # (703)358-8323
DELENICK M.D. P.C., PETER J.
1715 N GEORGE MASON DR #201
ARLINGTON, VA 22205

PIN#  GRP#

REPORT ON:                                 MARGARET, SUE


DATE OF EXAMINATION:                       April 26, 2000


SUBJECTIVE:       A 45 year old female presents complaining of neck pain and lower
back pain for approximately two and a half weeks.  The patient states that on April 10,
2000 she was in a motor vehicle accident in which she was rear ended.  She presents
complaining of neck pain, shoulder pain and lower back pain.  She does states that she
feels some mild tingling in her fingertips of her left hand.  She denies any bowel or
bladder problems.  She does admit to her lower back pain radiating to her buttocks.  She
has tried acupuncture and ice for the relief of pain.


PAST MEDICAL HISTORY:        She states in '91 she had surgery with Dr. Delenick
for her lower back.


MEDICATIONS:        Flaxen, Loratab, Ifexer, Celebrax


ALLERGIES:        No known drug allergies.


PHYSICAL EXAMINATION:        X-rays were taken which revealed no abnormalities.
Neck was symmetrical without ecchyomosis or swelling.  There was tenderness to
palpation at the area C6, C7. ~~~~~~~~and tricep reflexes intact bilateral.
Sensation intact at fingertips.  Lumbar spine was symmetrical without ecchyomosis or
swelling.  There was tenderness to palpation at the area of the L5 S1 area.  Patella and
ankle reflexes are intact.  The straight leg raise was positive for pain, negative for
radiculopathy.


PLAN:       The patient is going to have an MRI ordered of her cervical spine and
lumbar spine.  She was told to report back on completion of that test or earlier of she is
having any problems or complications.  She was also given a prescription for Flexural 10
mg, 1 tab TID for 10 days, #40, no refills.


                                           Paul T. Maginnis, PA-C

                                           for Dr. Delenick


PTM/mlb

Zurich US
P.O. Box 28777
Baltimore, MD 21240
DOI: 4/10/2000
Claim # 266 011 7761

REPORT ON:                          SUE, MARGARET


DATE OF EXAMINATION:               May 8, 2000


SUBJECTIVE:        The patient returns for a follow-up after being referred to Dr.
Edward Lang for cervical spondalosis C-4 through C-7, cervical strain, acute and cervical
myofascial pain syndrome. The patient states that they're taking conservative measures.
She is currently on a Medrol Dosepak and soft cervical collar, Flexoril, and Lortab as
well as ultra sound and heat through a physical therapist. She is to follow up back with
him in three weeks to reassess the situation. Surgical intervention does seem likely to be
avoided. The patient is without complaints. She states that the Medrol Dosepak is
providing mild relief.


PHYSICAL EXAMINATION:        The patient still appears to be holding the neck
somewhat stiff. She has limited range of motion. Triceps and biceps reflexes are intact.


PLAN:        The patient was told to continue with her follow-up with Dr. Lang. She
was told to call immediately if she is having any problems or complications. She was
asked to follow-up with us in two weeks.


                          Paul T. Maginnis, PA-C

                          for Dr. Delenick


PTM/mlb

REPORT ON:                          SUE, MARGARET SANDRA


DATE OF EXAMINATION:                May 23, 2000


SUBJECTIVE:      A 45 year old female presents for a two week follow-up after being
referred by Dr. Lang for a chronic disc bulge at C-5, C-6, C-4 to C-5 and C-6 to C-7. The
patient states that she has been started on Medrol Dosepak and is now under his care for
the cervical spine. X-rays were taken for the cervical spine per Dr. Lang. He has written
out a prescription for that.


PLAN:        The patient was told to report back in four weeks or earlier if she is having
any problems or complications.


                                    Paul T. Maginnis, PA-C

                                    for Dr. Delenick


PTM/mlb

## PATIENT UNABLE TO RETURN TO WORK OR SCHOOL

## PETER J. DELENICK, M.D.

1715 N. George Mason Drive, Suite 201
Arlington, VA  22205

Telephone: (703) 358-8222

Date  *5/8/00*

This is to certify that

*Margaret Sul*

Has been under my care for the following:

*Herniated disc - Cervical Spine*

and is unable to return to work/school on  *5/8/00 - 5/23/00*

Remarks:

*(signature)*

(SIGNATURE)

PLEASE MAKE CHECKS PAYABLE TO:

IMI OF ARLINGTON, INC.
2310 SOUTH WALTER REED DR
ARLINGTON VA 22206
(703) 820-2775

STATEMENT DATE:   06/18/01

ACCOUNT NUMBER:      24191

ZURICH INS WC          2660117761
SELF PAY PATIENT

PAY THIS AMOUNT   $ 0.00

YOU NOW HAVE THE OPTION
OF USING A VISA/MASTERCARD
TO PAY YOUR BALANCE.
PLEASE CALL OUR OFFICE,
AT THE TELEPHONE NUMBER
LISTED ABOVE FOR DETAILS.

MARGARET S SUE
1501 MCLEAN CORNER
LANE
MCLEAN VA 22101

* = CLAIM FILED

| DATE | DESCRIPTION | * | AMOUNT |
|------|-------------|---|--------|
| 05/03/00 | MRI CERVICAL SPINE | * | 940.00 |
| 05/03/00 | MRI LUMBAR W/O CONTRAST | * | 940.00 |

ACCOUNT BALANCE     $    1880.00



**IMI OF ARLINGTON**

2310 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART#:  27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201
Arlington, VA 22205

PHONE #:
(703) 358-8222

FAX #:
(703) 358-9494

PROCEDURE:    LUMBAR SPINE WITH AND WITHOUT CONTRAST

CLINICAL INDICATION:        Low back pain.  Surgery nine years ago.

TECHNIQUE:      A sagittal T2-weighted sequence was performed with 4.0 mm slice thickness.  Transverse T1-weighted sequence was performed with 4.0 mm slice thickness.  Pre- and post contrast sagittal T1-weighted sequences were performed with 4.0 mm slice thickness.

FINDINGS:       At L5-S1 there is evidence for left hemilaminotomy with attenuation of the left ligamentum flavum.  There is diffuse central minimal postoperative disc bulge with minimal enhancing granulation tissue in the posterior annulus and very minimal scar tissue around the left S1 nerve.  The intervertebral disc shows mild to moderate degeneration.  Plain films would be best to assess for vertebral body number to exclude a transitional spine.

At L4-5 there is mild to moderate hypertrophy of the ligamentum flavum bilaterally with very minimal degeneration of the right facet joint.  The foramina are patent.

The L3-4 level is unremarkable.  At L2-3 the intervertebral disc shows minimal degeneration with diffuse central very minimal disc bulge and an anterior minimal disc bulge with minimal tear.

The remaining levels are unremarkable.  There is no evidence for acute disc herniations, retained fragments, spinal stenosis or foraminal impingement.  The vertebral bodies show no spondylolisthesis, fractures or bone marrow abnormality.  The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.    AT L5-S1 THERE IS DIFFUSE CENTRAL MINIMAL POSTOPERATIVE DISC BULGE.  PLAIN FILMS WOULD BE BETTER TO ASSESS FOR VERTEBRAL BODY NUMBER TO EXCLUDE A TRANSITIONAL SPINE.
2.    AT L2-3 THE INTERVERTEBRAL DISC SHOWS MINIMAL DEGENERATION.
3.    AT L4-5 THE RIGHT FACET JOINT SHOWS VERY MINIMAL DEGENERATION.

Thank you for referring this patient.

Louis Frillex, III, M.D./cg



**IMI OF ARLINGTON**

2310 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART #: 27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201
Arlington, VA 22205

PHONE #:
(703) 358-8222

FAX #:
(703) 358-9494

PROCEDURE:    CERVICAL SPINE WITHOUT CONTRAST

CLINICAL INDICATION:    Neck and left shoulder pain.

TECHNIQUE:    Sagittal and sagittal oblique T1-weighted sequences were performed at 4.0 mm slice thickness and sagittal and transverse T1-weighted sequences were performed at 4.0 mm slice thickness. There is minimal motion artifact on sagittal T2-weighted scans. Otherwise, the study is considered diagnostic.

FINDINGS:    At C3-4 there is diffuse central minimal disc bulge.

At C4-5 there is diffuse central moderate to marked chronic disc bulge with the intervertebral disc showing moderate degeneration, especially anteriorly, with decreased disc space height.

At C5-6 there is diffuse central, left greater than right, moderate to marked chronic disc bulge indenting the thecal sac, without spinal stenosis. The intervertebral disc shows mild to moderate degeneration.

At C6-7 there is diffuse central, right greater than left, moderate chronic disc bulge. The intervertebral disc shows mild degeneration.

There is no evidence for left-sided acute disc herniation, spinal stenosis or foraminal impingement. The vertebral bodies show a relative straightening which would be better assessed on plain films. Otherwise, the vertebral bodies show no fractures or bone marrow abnormalities. There is a minimal Schmorl's node involving the inferior end-plate of C5 on the left. The cervical cord is normal in configuration. The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.    AT C5-6 THERE IS DIFFUSE CENTRAL, LEFT GREATER THAN RIGHT, MODERATE TO MARKED CHRONIC DISC BULGE WITHOUT SPINAL STENOSIS.
2.    AT C4-5 THERE IS DIFFUSE CENTRAL MODERATE TO MARKED CHRONIC DISC BULGE.
3.    AT C6-7 THERE IS DIFFUSE CENTRAL, RIGHT GREATER THAN LEFT, MODERATE CHRONIC DISC BULGE.

Thank you for referring this patient.

Louis Frilouk M, M.D./eg

**EDWARD R. LANG, MD, FACS**
1715 N. GEORGE MASON DR. #102
ARLINGTON, VIRGINIA 22205-3637

MARGARET S SUE
1501 MCLEAN CORNER LANE
MCLEAN, VA 22101

| | |
|---|---|
| Account No: | Amount Due: |
| 2508 | $ 300.00 |

*Please return this portion with your payment.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Patient Bill

| DATE | Description | CPTCode | AMOUNT |
|---|---|---|---|
| | Opening Balance as of 1/ 1/00 | | **$0.00** |
| 5/10/00 | Activities since Opening Balance Date.<br>WC/IME COMPLEX CONSULT | 99273 | 300.00 |

| Current | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|
| $ 300.00 | $ 0.00 | $ 0.00 | $ 0.00 | $300.00 |

EDWARD R. LANG, MD, FACS            Tel:  703-528-5100            1715 N. GEORGE MASON DR. #102
FED. ID#:  54-1723145                                        ARLINGTON, VIRGINIA 22205-3637

# EDWARD R. LANG, M.D., F.A.C.S.
## Neurosurgery

1715 North George Mason Drive, Suite 102
Arlington, Virginia 22205-3637
Telephone (703) 528-5100
FAX (703) 528-5102

May 10, 2000

Peter J. Delenick, M.D.
1715 N. George Mason Drive
Suite 201
Arlington, VA 22205

RE: Margaret Sue

Dear Peter:

Thank you very much for your kind referral of Ms. Margaret Sue, whom I examined in the office on 5-10-00. As you recall, Ms. Sue is a 46-year-old lady who was involved in an automobile accident on 4-10-00. Apparently, she was the driver of a vehicle traveling around 35 miles an hour, which was struck from the rear by another, faster-moving vehicle. She tells me that both cars were considered total wrecks. She believes that the other car accelerated while trying to pass her, resulting in the accident. She did go to George Washington University Emergency Room for initial evaluation, since the accident occurred on the Roosevelt Bridge. Initially, she had sudden burning sensation in her head and neck. The pain did radiate up into the temporal area as well. Since then, the pain has settled primarily into her neck and has been a continued problem. She had some initial massage therapy and saw her primary physician. An appointment was scheduled with you and, in fact, I believe she was examined by your physician assistant who ordered the MRI scan.

The patient states that the pain does go down the left arm and also that she has a feeling of hot and cold in the arm at times. The patient is in general good health. She has had a problem with colitis which has been under good control for an extended period of time. The only regular medication which she takes is Celebrex on a daily basis. Previous surgery is restricted to a laminectomy and fusion which you performed nine years ago.

On examination, the patient has a normal gait and station. She moves about the office satisfactorily, however appears to be holding her neck somewhat stiff. She has normal strength and tone in the upper extremities. Reflexes and sensation were also intact. Neck movements were mildly limited in rotation, however she can put her chin on her chest and extends her neck rather well.

Review of the MRI scan indicates that she has definite cervical degenerative disk disease at C4 through C7. I suspect that this is primarily secondary to osteophytes rather than soft disk herniation.

Peter J. Delenick, M.D.
RE: Margaret Sue
May 10, 2000
Page Two

IMPRESSION: Cervical spondylosis, C4 through C7; cervical strain, acute; cervical myofascial pain syndrome.

RECOMMENDATION:  At this time I advised conservative measures to include the following:

1. Plain x-rays with obliques of the C-spine.
2. A Medrol Dose Pak.
3. A soft cervical collar.
4. Renewal of her prescription for Flexeril and Lortabs.
5. Further short course of ultrasound and heat through a physical therapist.

She was to return here in several weeks to reassess the situation.  At this point, it seems relatively likely that the patient will be able to avoid surgical intervention.

Very truly yours,

Edward R. Lang, M.D.

ERL/ajs

Post-it® Fax Note   7671

| To | KEN ANNIS | From | SANDRA SUE |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | 202.785.2051 | Fax # | |

Date _____  # of pages ▶ 2

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-5100

NAME *Margaret Sue*   DATE 5/31/00

ADDRESS _____

℞ (PLEASE PRINT)

*Please continue
heat, massage
ultrasound
2x weekly
for 4 weeks*

☐ LABEL
REFILL _____ TIMES  PRN  NR
☐ DISPENSE AS WRITTEN
☐ VOLUNTARY FORMULARY PERMITTED

*Edward Lang* M.D.

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED.

---

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-5100

NAME *Re: Margaret Sue*   DATE 5/31/00

ADDRESS _____

℞ (PLEASE PRINT)

*I reccomend
that Ms Margaret Sue
have flexible
working hours
each week for
the present time*

☐ LABEL
☐ DISPENSE AS WRITTEN
☐ VOLUNTARY FORMULARY PERMITTED

*Edward Lang* M.D.
(neurosurgeon)

IF NEITHER BOX IS MARKED, A VOLUNTARY FORMULARY PRODUCT MUST BE DISPENSED.

---

*Please advise ASAP re following
PIP.*

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-6100

Name Margaret Sue

Address _____ Date 5/10/00

Rx (PLEASE PRINT)

Plain X Ray
C Spine
with oblique VIEWS

Dx Cervical disc disease
post Trauma.

☐ Label
Refill _____ times _____ prn _____ nr
☐ Dispense As Written
☐ Voluntary Formulary Permitted

Edward Lang M.D.

If neither box is marked, a Voluntary Formulary Product must be dispensed.

---

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-6100

Name Margaret Sue

Address _____ Date 5/10/00

Rx (PLEASE PRINT)

Soft Cervical
Collar

Dx  Cervical disc problem
p Trauma

☐ Label
Refill _____ times _____ prn _____ nr
☐ Dispense As Written
☑ Voluntary Formulary Permitted

Edward Lang M.D.

If neither box is marked, a Voluntary Formulary Product must be dispensed.

---

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-6100

Name Margaret Sue

Address _____ Date 5/10/00

Rx (PLEASE PRINT)

Please do heat
& ultrasound
to C-Spine
3 × weekly
for 3 weeks

☐ Label
Refill _____ times _____ prn _____ nr
☐ Dispense As Written
☐ Voluntary Formulary Permitted

Edward Lang M.D.

If neither box is marked, a Voluntary Formulary Product must be dispensed.

McLEAN PHYSICAL THERAPY
1515 CHAIN BRIDGE RD.  SUITE 104
McLEAN, VA  22101
(703) 356-7801
FED TAX ID# 54-1916968


ANNE-MARIE DECKX, PT

STATEMENT DATE: 04/10/2001
PATIENT: MARGARET SUE
INJURED: 04/10/2000
PHYSICIAN: EDWARD LANG
ID NO: 05117333TPA
EMPLOYER: IMS HEALTH

MARGARET SUE
1501 MCLEAN CORNER LANE
MCLEAN            VA 22101


ACCT 100055 01 AH 01 DIAGNOSIS: CERVICAL SPRAIN/STRAIN
                         NECK PAIN


| DATE | DESCRIPTION | CHARGES | PAID | ADJUSTS | BALANCE |
|------|-------------|---------|------|---------|---------|
| | BALANCE FORWARD | | | | 0.00 |
| 05/16/00 | EVALUATION | 70.00 | | | 70.00 |
| 05/18/00 | ELECTRIC STIMULATION UNATTENDED | 35.00 | | | 105.00 |
| 06/06/00 | ELECTRIC STIMULATION UNATTENDED | 35.00 | | | 140.00 |
| 06/08/00 | ELECTRIC STIMULATION UNATTENDED | 35.00 | | | 175.00 |
| 06/16/00 | ELECTRIC STIMULATION UNATTENDED | 35.00 | | | 210.00 |
| 06/23/00 | ELECTRIC STIMULATION UNATTENDED | 35.00 | | | 245.00 |

|  | | TOTALS | 245.00 | 0.00 | 0.00 | |
|--|--|--------|--------|------|------|--|

| CURRENT | OVER 30 | OVER 60 | OVER 90 | OVER 120 | PLEASE PAY | |
|---------|---------|---------|---------|----------|------------|--|
| 70.00 | 175.00 | 0.00 | 0.00 | 0.00 | | 245.00 |

May 22, 2000

Edward Lang, MD
1715 N. George Mason Drive, #102
Arlington, VA 22205

Re: Sue, M. Sandra

Dear Dr. Lang:

This 46-year-old female who presents with cervical strain was initially seen for physical therapy on May 16, 2000.

## HISTORY

On April 10, Ms. Sue was rear ended in her vehicle as she was driving. She states that she was going 35 mph at the time she was struck from behind. She was taken to the hospital where they found no fractures. An MRI was ordered and the patient was given pain killers and a referral to a neurosurgeon. After she was struck, she felt pain in her neck and upper back. The pain has gotten progressively worse. At this time she rates her pain an 8/10. She describes her pain as a burning sensation with the left side being worse than the right. The pain is constant. Ice and recumbency seem to improve how she feels whereas movement and lifting aggravate symptoms. She complains of disturbed sleep but states the medicines given to her permit her to sleep. She is currently taking Lortab, hydrocordone, and Flexeril. Upon awakening in the morning she feels pain immediately. She has tried massage therapy since the accident and it seems to have helped. As of now, Ms. Sue is unable to lift things, clean, or sit for periods of time in front of her computer. Aside from this problem, the patient normally enjoys good health. However, she does have history of lower back surgery 9 year ago.

## ASSESSMENT

Ms. Sue is currently wearing a cervical collar. Her standing and sitting posture is militaristic in style due to guarding of pain.

Cervical range of motion:
Forward flexion: 4 fingers breadth
Extension: 25%
Cervical rotation: Right is 40 degrees, Left is 45 degrees
Side bending: Right is 28 degrees, Left is 32 degrees

Sue, M. Sandra

| Shoulder range of motion: | Right | Left |
|---|---|---|
| Flexion | 115 | 110 |
| Abduction | 87 | 90 |
| Hand to scapula | Reaches T10 bilaterally | |
| Hand to mouth | Reaches right ear | Reaches crown |

Compression, distraction, dermatomes, hypermobility factor were not tested at this time due to the acute condition of the patient. Sensation is expressed as either hot or cold. Tingling is present in the left arm and shoulder. Grip strength on the left is 25kgs and on the right is 40kgs. Testing grip strength caused pain in the neck. On palpation there is tenderness over the SCM, scalene, upper trapezius, supraspinatus, and infraspinatus. Though tender, the patient states it is not painful.

TREATMENT PLAN

Ms. Sue will be treated per your orders of ultrasound and heat to the cervical area twice weekly for the next 3 weeks.

Thank you very much for the referral of this pleasant patient. If you have any questions please do not hesitate to contact me.

Kindest regards,

Alexandra H. Rouse, PT

Sue, Sandra

5/18/00 S: Pt states her neck is feeling a little less stiff
O: ē US over C-spine pvts. MHP around neck.
A: Tender to cervical palpation.
P: Cont POC
Amouse PT

06/06/00 S: " The pain meds (hydrocodone ; flexerall) help with pain, side exist when I'm not taking medicine. It usually takes me to about 2 or 3AM to fall asleep and then I sleep through night. Today (L) > (R) neck pain."
O: pUS over C-sp PVT's X 8 min
MH to C-T sp x 20'.
A: Tenderness (L) > (R) cervical, sp c palpation.
P: Continue per P.O.C.
Rhonda Watling, LPTA

6/08/00 S: Pt. reports some neck stiffness this am. Paddled around in water some ā daughter yesterday s̄ ↑ sxs.
O: Ex same as above.
A/P: Continue per P.O.C. Rhonda Watling, LPTA

06/16/00 S: "I'm really feeling much better. I'm going to see an orthopedist pretty soon"
O: as above above
A: no muscle tightness present over cerv. pvts
P: Cont POC
Amouse PT

06/23/00 S: "Feeling about the same. I've been doing more walking ; swimming s̄ complications."
O: as above.
A: Mild tenderness (B) C-sp PVTs c̄ palpation.
P: Continue per P.O.C. Rhonda Watling, LPTA

# Tysons Corner Chiropractic
8206 Leesburg Pike
Vienna, VA 22182-2614
(703)288-1702

Page: 1                                                                      10/3/2001

| Patient: | Margaret S. Sue | Diagnosis: | 1. | E929.0 | Late effect of motor vehicle acc |
| | 1501 McLean Corner Lane | | 2. | 847.0 | Sprains and Strains of Neck-wh |
| | McLean, VA 22101 | | 3. | 839.08 | Displacement of Cervical Vertet |
| | | | 4. | 722.83 | Postlaninectomy syndrome luml |

Chart #:  SUEMA000
Case #:   32

Instructions:    Complete the patient information portion of your own insurance claim form.  Attach this bill, signed and
dated, and all other bills pertaining to the claim.  If you have a deductible policy, hold your claim forms
until you have met your deductible.  Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 1/19/2001 | X-Ray Cervical Spine 7 Views | 72052 | | 1 2 3 4 | 1 | 210.00 |
| 1/19/2001 | NP OV Comprehensive | 99205 | | 1 2 3 4 | 1 | 125.00 |
| 1/22/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/23/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/23/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 1/24/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/24/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 1/27/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/27/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 1/29/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/29/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/3/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/3/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/3/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 2/3/2001 | Therapeutic Activity | 97530 | | 1 2 3 4 | 3 | 109.50 |
| 2/9/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/9/2001 | Extraspinal, One or More Regions | 98943 | | 1 2 3 4 | 1 | 30.00 |
| 2/9/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 2/9/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/9/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 1 | 36.00 |
| 2/10/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/10/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 2/10/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/10/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 72.00 |
| 2/13/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/13/2001 | Extraspinal, One or More Regions | 98943 | | 1 2 3 4 | 1 | 30.00 |
| 2/13/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |

Provider Information
Provider Name:   Richard A. Wirtanen D.C.
License:   0104555736
Commercial PIN:
SSN or EIN:   541970739

| | |
|---|---|
| Total Charges: | $ 1337.50 |
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 1337.50 |
| Total Account Balance: | $ 5,805.08 |

Assign and Release:    I hereby authorize payment of medical benefits to this physician for the services described
above.  I also authorize the release of any information necessary to process this claim.

Patient Signature: _____        Date: _____

**Tysons Corner Chiropractic**
8206 Leesburg Pike
Vienna, VA 22182-2614
(703)288-1702

| Page: 2 | 10/3/2001 |
|---|---|

| Patient: | Margaret S. Sue | Diagnosis: | 1. E929.0 Late effect of motor vehicle acc |
|---|---|---|---|
| | 1501 McLean Corner Lane | | 2. 847.0 Sprains and Strains of Neck-wh |
| | McLean, VA 22101 | | 3. 839.08 Displacement of Cervical Vertel |
| | | | 4. 722.83 Postlaminectomy syndrome lumi |

Chart #: SUEMA000
Case #: 32

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 2/13/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/15/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/15/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/15/2001 | Massage therapy - 15 min units | 97124 | | 1 2 3 4 | 4 | 100.00 |
| 2/17/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/17/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 2/17/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/17/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 3 | 108.00 |
| 2/19/2001 | EP OV Intermediate | 99213 | | 1 2 3 4 | 1 | 65.00 |
| 2/23/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/23/2001 | EMS | 97014 | | 1 2 3 4 | 1 | 30.00 |
| 2/23/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 2/24/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/24/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 72.00 |
| 2/24/2001 | Extraspinal, One or More Regions | 98943 | | 1 2 3 4 | 1 | 30.00 |
| 2/24/2001 | Cervical plastic collar | L0140 | | 1 2 3 4 | 1 | 60.68 |
| 2/26/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 2/26/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 3 | 108.00 |
| 2/26/2001 | MRI neck PC component | 70540-26 | | 1 2 3 4 | 2 | 244.00 |
| 2/26/2001 | X-Ray - Lumbosacral, A&P and lateral -PC | 72100-26 | | 1 2 3 4 | 1 | 20.00 |
| 3/2/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/2/2001 | Posture Pump | E0850 | | 1 2 3 4 | 1 | 180.00 |
| 3/3/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/5/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/7/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/7/2001 | X-Ray - Spine, One View | 72020 | | 1 2 3 4 | 1 | 40.25 |
| 3/10/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |

Provider Information

| Provider Name: | Richard A. Wirtanen D.C. |
|---|---|
| License: | 0104555736 |
| Commercial PIN: | |
| SSN or EIN: | 541970739 |

| Total Charges: | $ 3017.43 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 1679.93 |
| Total Account Balance: | $ 5,805.08 |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____    Date: _____

**Tysons Corner Chiropractic**
8206 Leesburg Pike
Vienna, VA 22182-2614
(703)288-1702

Page: 3                                                                 10/3/2001

| Patient: | Margaret S. Sue | Diagnosis: | 1. | E929.0 | Late effect of motor vehicle acc |
|---|---|---|---|---|---|
| | 1501 McLean Corner Lane | | 2. | 847.0 | Sprains and Strains of Neck-wh |
| | McLean, VA 22101 | | 3. | 839.08 | Displacement of Cervical Vertet |
| | | | 4. | 722.83 | Postlaminectomy syndrome luml |

Chart #:   SUEMA000
Case #:    32

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and
dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms
until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 3/10/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 72.00 |
| 3/14/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/16/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/17/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/18/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/20/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/22/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/24/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/26/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/28/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/29/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 3/30/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/2/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/4/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/12/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/12/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 1 | 36.00 |
| 4/12/2001 | X-Ray - Spine, One View | 72020 | | 1 2 3 4 | 1 | 40.25 |
| 4/14/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/16/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/19/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 5/14/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 5/14/2001 | TENS supplies | A4595 | | 1 2 3 4 | 1 | 27.48 |
| 4/2/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/23/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/21/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/22/2001 | TENS supplies | A4595 | | 1 2 3 4 | 1 | 27.48 |
| 2/3/2001 | TENS supplies | A4595 | | 1 2 3 4 | 1 | 27.48 |

**Provider Information**

| Provider Name: | Richard A. Wirtanen D.C. |
|---|---|
| License: | 0104555736 |
| Commercial PIN: | |
| SSN or EIN: | 541970739 |

| Total Charges: | $ 4148.60 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 1131.17 |
| Total Account Balance: | $ 5,805.08 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described
above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

**Tysens Corner Chiropractic**
8206 Leesburg Pike
Vienna, VA 22182-2614
(703)288-1702

Page: 4                                                                    10/3/2001

| Patient: | Margaret S. Sue<br>1501 McLean Corner Lane<br>McLean, VA 22101 |
|---|---|

Diagnosis:
1. E929.0 Late effect of motor vehicle acc
2. 847.0 Sprains and Strains of Neck-wh
3. 839.08 Displacement of Cervical Vertel
4. 722.83 Postlaminectomy syndrome luml

Chart #: SUEMA000
Case #: 32

Instructions:   Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|---|---|---|---|---|---|---|
| 3/16/2001 | TENS supplies | A4595 | | 1 2 3 4 | 1 | 27.48 |
| 4/12/2001 | TENS supplies | A4595 | | 1 2 3 4 | 1 | 27.48 |
| 5/17/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/23/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 3 | 108.00 |
| 4/25/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 4/25/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 3 | 108.00 |
| 5/21/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 5/21/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 3 | 108.00 |
| 5/29/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 5/29/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 72.00 |
| 6/1/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 1/29/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 1 | 36.00 |
| 1/29/2001 | Massage therapy - 15 min units | 97124 | | 1 2 3 4 | 3 | 75.00 |
| 6/18/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/11/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/2/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/9/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/11/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/18/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 7/18/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 72.00 |
| 8/11/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 45.00 |
| 9/14/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 50.00 |
| 9/14/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 2 | 100.00 |
| 9/21/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 50.00 |
| 9/21/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 1/23/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 1/24/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |

Provider Information

| Provider Name: | Richard A. Wirtanen D.C. |
|---|---|
| License: | 0104555736 |
| Commercial PIN: | |
| SSN or EIN: | 541970739 |

| Total Charges: | $ 5575.08 |
|---|---|
| Total Payments: | $ 0.00 |
| Total Adjustments: | $ 0.00 |
| Total Due This Visit: | $ 1426.48 |
| Total Account Balance: | $ 5,805.08 |

Assign and Release:   I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____   Date: _____

**Tysons Corner Chiropractic**
8206 Leesburg Pike
Vienna, VA 22182-2614
(703)288-1702

Page: 5                                                                                              10/3/2001

| Patient: | Margaret S. Sue | Diagnosis: | 1. | E929.0 | Late effect of motor vehicle acc |
| | 1501 McLean Corner Lane | | 2. | 847.0 | Sprains and Strains of Neck-wh |
| | McLean, VA 22101 | | 3. | 839.08 | Displacement of Cervical Vertet |
| | | | 4. | 722.83 | Postlaminectomy syndrome luml |
| Chart #: | SUEMA000 | | | | |
| Case #: | 32 | | | | |

Instructions: Complete the patient information portion of your own insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

| Date | Description | Procedure | Modify | DX | Units | Charge |
|------|-------------|-----------|--------|-----|-------|--------|
| 1/27/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 1/29/2001 | Moist Heat Therapy | 97010 | | 1 2 3 4 | 1 | 20.00 |
| 8/21/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 50.00 |
| 8/21/2001 | Therapeutic exercises | 97110 | | 1 2 3 4 | 1 | 45.00 |
| 10/2/2001 | Spinal; Three or Four Regions | 98941 | | 1 2 3 4 | 1 | 50.00 |
| 10/2/2001 | EP OV Intermediate | 99213 | | 1 2 3 4 | 1 | 65.00 |

| Provider Information | | Total Charges: | $ 5805.08 |
|---|---|---|---|
| Provider Name: | Richard A. Wirtanen D.C. | Total Payments: | $ 0.00 |
| License: | 0104555736 | Total Adjustments: | $ 0.00 |
| Commercial PIN: | | Total Due This Visit: | $ 230.00 |
| SSN or EIN: | 541970739 | Total Account Balance: | $ 5,805.08 |

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____    Date: _____

# TYSONS CORNER CHIROPRACTIC

October 11, 2001

## AUTO ACCIDENT FINAL REPORT ON MARGARET S. SUE

Following is a report on the above-named patient with regard to an automobile accident sustained on 4/10/00. Due to acute symptomotology, this patient sought care at this office on the 1/19/2001. The following is the information I have on file relative to her condition.

An initial examination was conducted on 1/19/2001. The following information is a result of that examination:

History of Injury:
Ms. Margaret S. Sue was injured in an automobile accident on the date described above. The patient denies any other injuries sustained since the accident.

Subjective Complaints:
Ms. Sue stated that she is experiencing:
1: Constant (76 to 100% of awake time) stiffness in the neck which is increased by backward movement. She rated the pain 9/10 using a visual analog scale with 10 being extreme pain. The symptoms seem to be aggregated by any activity of daily living. The patient stated that the pain is radiating into the head.

2: Constant (76 to 100% of awake time) dull headaches located in the back of the head and forehead. She rated the pain 8/10. The symptoms seem to be aggregated by any activity of daily living. The quality of the pain is aching, burning and stabbing.

3: Constant (76 to 100% of awake time) pain in the upper mid back. She rated the pain 2/10. The symptoms seem to be aggregated by any activity of daily living. The quality of the pain is aching, burning and stabbing.

4: Constant (76 to 100% of awake time) pain in the lower mid back., radiating down the right leg. She rated the pain on a visual analog scale rating of 4/10. The symptoms seem to be aggravated by any activity of daily living.

5: Increased irritability and abnormal fatigue and depression and loss of normal sleep

and increased tension throughout the body. She rated the symptomotology a 6/10.

Visual Evaluation:
The patient appeared to have an mesomorphic-Balanced body type. Her carriage and gait displayed noticeable difficulty. The patient's movements seem to be guarded. Visual evaluation noted an antalgic position at Ms. Sue's mid back and neck forward. Minor's Sign was found to be negative.

Postural Evaluation:
Visual evaluation of the patient's posture revealed a head tilt to the right.

Deep Tendon Reflex Testing:
Right Biceps- +1-hypo; Left Biceps- +1-hypo; Right Triceps- +2-normal; Left Triceps- +2-normal; Right Brachioradialis- +2-normal; Left Brachioradialis- +2-normal; Right Patellar- +2-normal; Left Patellar- +2-normal; Right Achilles- +2-normal; Left Achilles- +2-normal.

Pathological Reflex Testing:
Pathological Reflexes were tested and indicated Upper Extremity Hoffman's is not present. Lower Extremity Babinski's is not present. Chaddock's is not present.

Coordination Testing (Proprioceptive System):
Rhomberg test was performed normal. Finger to nose test was performed normal. Finger to finger test was performed normal. Heel walking was performed normal. Toe Walking test was performed normal.

Cranial Nerve Testing:
Examination of the cranial nerves revealed the following: A normal sense of smell. There was a normal response to both direct and indirect light as well as accommodation reflexes. All extraoccular movements, including superior and inferior recti, the two oblique muscles and the medial and lateral recti, were intact with no evidence of any diplopia or scotomata. The fifth cranial nerve (trigeminal) revealed no abnormalities. The patient was able to perform the normal range of facial movements, no asymmetry or other abnormalities were noted. The tuning fork test showed the eighth cranial nerve (acoustic) to be normal. Examination of the throat revealed no abnormality of the pharyngeal musculature. Examination of the throat revealed the laryngeal musculature to be normal. The shoulder shrug was poorly performed indicating a possible involvement of the eleventh cranial nerve. Examination of the throat revealed no deviation, atrophy or asymmetry of the tongue.

Orthopedic Tests:
Jackson's Comp. for nerve root compression positive bilateral.

[This test is conducted while the patient is seated. The patient is directed to flex the cervical spine laterally toward the shoulder as far as tolerable. The examiner then exerts downward, axial pressure over the cranium. The test is repeated to the opposite side. A test result is positive if pain/discomfort, and/or radiation along a nerve pathway occurs on the side being compressed. The distribution of pain and altered sensation can give some indication as to which nerve root is involved. It is not uncommon to have a positive test on the side being compressed and pain "finding" on the opposite side.] {Significance of Jackson Compression Test:} [Nerve root compression.]

Max. Compression for cervical nerve root compression positive bilateral.
[This test is performed with the patient seated. The patient is then instructed to first laterally flex the cervical spine (maximally) and then simultaneously rotate the head ipsilaterally to the shoulder. Eliciting radicular pain constitutes a positive test. (This test can be performed passively).] {Significance of Maximum Cervical Compression Test:} [Root compression secondary to narrowing of the IVF.]

Cervical Distraction for nerve root compression positive bilateral decreases the patient's pain.
[This test is performed while the patient is seated. Upward pressure is exerted to the cervical spine by pulling firmly upwards on the cranium. Relief of upper extremity pain is a positive finding.] {Significance of Cervical Distraction:} [Foraminal stenosis or nerve root compression.]

Spurling's Comp. for nerve root irritation positive bilateral.
[This test is conducted with the patient seated. The patient maximally rotates and laterally flexes the head ipsilaterally. The examiner then delivers a firm blow to the back of his hand that he had previously placed on the patient's cranium. A positive test is indicated when a significant increase of neck-shoulder-arm pain is experienced by the patient. Caution should be used not to employ too heavy of a blow.  Reviewing oblique x-rays prior to performing this test may be advisable.] {Significance of Spurling's Test:} [This test should stimulate any pain provocative tissues of spondylitic or discal material.]

Valsalva for disk occlusion negative.
[The Valsalva test is conducted by requesting the patient to bear down as if straining at stool by way of forcible exhalation against a closed glottis. If this action caused increase of spinal pain and radicular neuralgia, the test is positive.]

Costoclavicular Man. negative.
[Procedure: The patient stands, arms at right angles to the body and forearms at right angles to the arms (hostage position) with the hands in same coronal plane as the head. The patient is then directed to externally rotate the arms to maximal backward p
Thoracic outlet syndrome, Costoclavicular type. The above procedure narrows the

space between the clavicle and the first rib (the costoclavicular space or interval) thus compressing unduly the neurovascular tissues of the Subclavian artery and vein and th

Hibb's Test for sacroiliac lesion negative.
[The Hibb's test is performed with the patient prone. The examiner stabilizes the pelvis nearest him/her with one hand and with the other; the opposite leg is flexed to 90° and then externally rotated. In the absence of hip involvement, this test is positive when pelvic pain develops and suggests a sacroiliac lesion.]

Palpation:
Tenderness: C1 moderate; T1 moderate; T12, L1 moderate. Trigger Points: Posterior cervical active with radiation into head. Rhomboids active with radiation into upper back. Subluxations were found at: C1 ASLA; T1 PRI; T3-T9 multiple subluxations. Muscle Tone: Posterior cervical spasticity (grade +4); Suboccipital grade +3. Non-spinal Tend.: Posterior cervical revealed mild tenderness, revealed mild edema; Neck flexors revealed mild tenderness. Muscle Strength: Trapezius normal (grade +5); Rhomboids poor (grade +2).

Muscle Testing:
Ms. Sue was tested for bilateral muscular symmetry and strengths. It is apparent from the tests performed that Ms. Sue exhibits neurological motor deficits in her left side, as opposed to her right side. Simple tests, such as toe walk and heal walk failed on the left side. In addition, a multitude of tests revealed the left side was always weaker than the right side.

X-ray report: See attached.

Roland –Morris Low Back Pain and Disability Questionnaire:
1/19/2001        83%    Rating = Severe Disability
2/19/2001        79%    Rating = Severe Disability

Cervical R.O.M. testing:
Flexion: (Normal = 50°)            50 due to muscle spasm at neck.
Extension: (Normal = 60°)          35 due to sharp pain at neck.
Left lat. flex: (Normal = 45°)     15 due to muscle spasm at neck.
Right lat. flex: (Normal = 45°)    20 due to muscle spasm at neck.
Left Rotation: (Normal = 80°)      25 due to sharp pain at neck.
Right Rotation: (Normal = 80°)     25 due to sharp pain at neck.

Lumbosacral R.O.M. Testing:
Flexion: (Normal = 60°)            35 due to muscle spasm.
Extension: (Normal = 25°)          10 due to muscle spasm.
Left lat. flex: (Normal = 25°)     10 due to muscle spasm.

| | |
|---|---|
| Right lat. flex: (Normal = 25°) | 10 due to muscle spasm. |
| Left Rotation: (Normal = 30°) | 15 due to muscle spasm. |
| Right Rotation: (Normal = 30°) | 15 due to muscle spasm. |

Diagnosis:
E 929.9 Late Effect of a motor vehicle accident, 847.0 Cervical Sprain / Strain whiplash injury, 739.2, 842.09, 839.08, 844.8, 839.08, 724.2.

The patient's condition as a result of the bony/soft tissue injury has resulted in an impairment. The patient is unable to perform many activities of daily living such as exercising, sitting, and driving without pain. With time and treatment, as measured by current objective standards, it will be determined if this impairment can be resolved or is permanent.

Treatment Plan:
After completing an initial examination and evaluation of Ms. Sue, I selected an aggressive plan of treatment designed to return this patient to a pre-injury status and minimize the possibility of future residuals.

The patient will be seen daily for a period of 2 weeks. The patient's treatment program will include a Gonstead adjustive technique at C1 T1 L1, sacrum. Therapy will include E.M.S. on the neck region to reduce pain. Additional therapy will include hot packs on the neck region to reduce pain, massage and physical therapy.

---

Final Evaluation:  Dated 5 October 2001

After seeing Ms. Sue for several months and monitoring her progress, I determined that she reached maximum medical improvement, although she will have to receive care to maintain her pain levels, for the rest of her life.

## FINAL PROGNOSIS

**OBJECTIVE SCALES OF PROGNOSIS:** Foreman and Croft are two researchers who have compiled a system of rating the prognosis or degrees of injury with regards to future pain and suffering as a result of the Cervical Acceleration/Deceleration (C.A.D.) injury.

Foreman and Croft have developed a number system, in the form of a scale, which is used to objectively quantify and classify mechanisms of the whiplash trauma resulting in the injuries. The examiner utilizes his findings to ascertain the information which allows the patients to be classified into these categories.

The explanation of a rating system based on "Scales" (Scales of Objective Data), or "Prognosis Scales", utilizes a numerical point value classification system, along with modifiers from objective date based on: radiographic findings, patient history and examination findings. The purpose is to accurately assess the probability of long term residuals and the need for medication or surgery.

The reference of the Norris and Watt study from 1983 can be found on pages 608 through 611 in the British Journal of Bone and Joint Surgery (1983), copies of which may be obtained at the Rutgers or Harvard Medical Schools, Med-line Computer Systems, local libraries or Universities Medical Libraries.

Cervical acceleration/deceleration injuries are classified by these authors as belonging to one of three initial groups. These groups are termed "Major Injury Categories" or MIC's.

**MIC 1 Major Injury Category 1**: patients sustain only subjective symptoms. No objective findings found upon physical examination. (10 points)

**MIC 2 Major Injury Category 2**: patients experience subjective signs and present a loss in range of motion (cervical). (50 points)

**MIC 3 Major Injury Category 3**: patients bear subjective signs and symptoms, a loss in the range of motion and objective neurological deficit seen as sensory or motor impairment. (90 points)

These Major Injury Categories are modified by the following conditions, which present a statistically poorer prognosis:

1. Canal size 10-12mm: Narrowed spinal canals have been shown to heighten neurological involvement. Larger canal size offers the spinal cord component of the Central Nervous System more protection, in light of it's increased diameter. (20 points)
2. Canal size 13-15mm: These parameters offer more space, however degenerative changes may lead to future stenosis and additional problems. (15 points)
3. Straight Cervical Spine: Whether a result of spasm, muscular or ligamentous damage, or both, researchers Norris and Watt found this to be aligned with a poorer prognosis. (10 points)
4. Kyphotic Cervical Curve: Affiliated with residual pain, increased degenerative changes, a poor prognosis often accompanies this. (15 points)
5. Fixated Segments: Whether a corollary affect due to congenital blocks or degenerative changes, these consequences impart a poorer clinical recovery and a significantly higher incidence of degenerative changes after the accident. (15 points)
6. Pre-existing Degenerative Changes: As visualized upon inspection of radiographic views. Due to eminent arthropathy of the joints and associated laxity of ligaments, this pre-existing condition may amplify the consequences of the injury. It has been

shown that "no matter how slight," these changes adversely affect the prognosis. (10 points)

7. Loss of Consciousness: As an aftermath of he ad injury, this represents a separate additional form of injury. Patients who suffer this state statistically yield a far greater incidence of future degenerative changes. (15 points)

In their study published on the Journal of Bone and Joint Surgery, pages 608 through 611, researchers Norris and Watt found a significant relationship between the Major Injury Category (MIC) and the presence of residual pain. They further related:

   ξ   MIC #1 = 56% of injured patients
   ξ   MIC #2 = 81 % of injured patients
   ξ   MIC #3 = 90% of injured patients

**Prognosis Group 1 (10-30 points):** This is an excellent prognosis. This means that there is little or no chance of a need for long term medication or surgery. However, there is a 50/50 chance of long term residuals such as mild muscle pain, neck stiffness, headaches and paresthesia.

**Prognosis Group 2 (35-70 points):** The prognosis is considered to be GOOD. This means that there is a slight chance of need for long term medication or surgery. However, there is a 50 to 80% chance of long term residuals such as mild to moderate muscle pain, neck stiffness, headaches and paresthesia.

**Prognosis Group 3 (75-100 points):** The prognosis is considered to be POOR. This means that there is a moderate chance of a need for long term medication or surgery. However, there is 50-80% chance of long term residuals such as moderate muscle pain, neck stiffness, headaches and paresthesia.

**Prognosis Group 4 (105-125 points):** The prognosis is considered to be GUARDED. This means that there is a marked chance of a need for long term medication or surgery. However, there is an 80-90% chance of long term residuals such as persistent muscle pain, neck stiffness, headaches and paresthesia.

**Prognosis Group 5** (130-165 points): The prognosis is considered to be CLINICALLY UNSTABLE. The probability of future surgery and persistent neurological deficits are indicated.

In Ms. Sue, the typical residual pain presented primarily as neck and thoracic pain, headaches, lower back pain, muscle weakness unilaterally, and paresthesia. In regard to the above named patient, they fit the following categories:

Major Injury Category #3          (90 points)
Kyphotic Cervical Spine:          (15 points)
Pre-existing Degeneration          (10 points)
Fixated Segments          (15 points)

TOTAL POINTS 130

PROGNOSIS GROUP <u>CLINICALLY UNSTABLE</u>

## IMPAIRMENT RATING SECTION AND RESIDUALS:

Ms. Sue has reached a medical stationary condition. Statistically, she has over an 80-90% chance of long term residuals such as persistent muscle pain, neck stiffness, headaches, and paresthesia. As a result of the previously mentioned accident the patient has an altered ligamentous structure in that although it has healed it is less than optimal. When ligaments are torn, the body replaces a rather neat, organized network of a combination of yellow elastic, and dense white non-elastic collagen fibers, with a rather haphazard array of dense white connective scar tissue. This scar tissue helps hold bones together, but doesn't have the resiliency that the original connective tissue had. It causes a loss of range of motion at the joint level and therefore increases the stress upon that joint. The joints above and below that joint are also stressed to a greater degree since they must compensate for the loss of motion of the injured joint.

The injury to the spine resulted in a stretching and tearing of the paraspinal ligaments. These ligaments are a combination of white and yellow fibers. The yellow fibers are more specialized a fiber and are more elastic, and allow more flexibility than the white. Since the white is produced at a greater rate than the yellow the normal yellow/white ratio is thrown off resulting in a less than optimum ligament. The increased amount of white fibers results in a scar formation within the ligament.

The resultant "scarred" ligament does not have the same resiliency as a normal ligament and results in a greater amount of stress at the level of the injured joints and at the level of the joints above and below the injury, because those joints must now compensate for the loss of function of the involved joints.

The trauma to her spine has caused a general weakening of the soft tissue structure. The ligaments involved have become over stretched and torn giving rise to, even in its healed state, spinal instability. This unstable condition allows the vertebral motor units to be somewhat hypermobile. They are more prone to re-injury, even slight trauma, which otherwise would have caused no incident, may cause muscular splinting to occur.

Muscular splinting is a term given to muscles which have gone into spasm to act as a restrictive agent, like a natural cast. This natural cast is formed to restrict motion of the spine and to protect the spine from further injury. Chronic muscular splinting or spasming may lead to myofibrositis. This was evidenced during Ms. Sue's treatment when myofacial release treatments were provided to reduce spasms.

Myofibrositis has occurred in the above mentioned areas in this patient. The long-term effects of myofibrositis may include calcification of the damaged muscular tissue. This would obviously cause a loss of function in the muscle and would result in pain and discomfort.

### Arthritis

Major arthritic changes are expected as a result of these injuries. According to Wolf's law, the above described joints are likely to become arthritic since calcium infiltrates areas of stress.

It is well documented that strain and sprain type injuries to the spine cause post-traumatic osteoarthritis. In view of this, the degree of post-traumatic pathology will be more severe in this particular patient. Ms. Sue will, therefore, continue to have occasional flare-ups of her symptomatology and this will be proportionate to her activity.

### Exacerbations:

While the treatment has been remarkably effective in the treatment of this patient there are some residuals which will undoubtedly give Ms. Sue periodic grief. Through Chiropractic manipulation and treatment of this patient an attempt was made to restore normal function to the involved joints, and I feel we have succeeded fairly well in this endeavor, especially considering the initial amount of injury. However, I can say with certainty that the involved ligaments are not "as good as new and that Ms. Sue may expect to have periods of exacerbations of pain and stiffness in the involved joints. This has been evident during her periodic flair ups.

This patient has made sporadic improvement, obtaining progressive general relief of symptoms. However, these type injuries are subject to episodes of remission and exacerbations caused by various aggravations usually caused by ADL. Although pain and discomfort ease after each visit, they recur necessitating the use of lengthy and intense chiropractic treatment.

It is felt, considering the patient's symptomatology, results of comparative tests and examinations, and past experience with similar cases, that this weakness will predispose the patient to further problems in the injured area from aggravation or trauma which might not have otherwise bothered her prior to the accident. Of particular concern is the unilateral weakening of her left side.

Due to the nature of the injuries traumatically induced and the reduced functional capacity manifested as a result. It is likely that the areas of injury may remain areas of greater risk of future trouble from aggravation and trauma which may not have had the same effect prior to the accident.

It is a common observation in cases such as these to see remissions and exacerbations for no apparent external reason. Due to a structural weakening of the spinal column, traumatically induced, Ms. Sue can anticipate future recurrence of the pain and discomfort from time to time, especially prevalent at times of stress, fatigue or emotional upset. There is little anyone can do to prevent this and these issues were seen in Ms. Sue during her course of treatment.

Remissions and exacerbations of complaints on an alternate basis are quite prevalent following injuries of this nature. Symptoms may remain dormant for some period of time only to resume through insidious onset.

Ms. Sue responded well to treatment. However, due to the nature of the injuries traumatically induced and the reduced functional capacity manifested as a result, it is likely that the areas of injury may remain areas of greater risk of future injury. This weakness will predispose those areas to further trouble from aggravation and trauma, which may not have had the same effect prior to the accident.

Muscle spasms

Muscle spasms are a recurrent problem for Ms. Sue. Treatment has been effective in reducing the severity of the spasms, and the number of muscle fibers involved, but the fact that they persist, indicates the injuries are of a permanent nature.

Muscle spasms and persistent trigger points point to a poorer long term recovery for Ms. Sue. Muscle spasms affect her activities and lifestyle and she has had to alter the way she does things so as not to aggravate her pain and symptoms. In Ms. Sue's case, nerve root compression caused radicular pain. The subsequent pain causes muscles supporting the injured area to go into spasm and to splint in an effort to immobilize the area and relieve pain, in addition to acting as a protective mechanism to keep the area from further possible aggravation and re-injury.

Activities of Daily Living

This patient had been a very active person. The injuries she sustained, particularly in the neck region certainly reduced the quality of his lifestyle. Exacerbation and remissions are common and may be provoked by ordinary activities of daily living. Precipitating factors are muscular exertion and/or increased muscular activity.

Ortho neuro ROM etc...

The positive neurological and orthopedic findings, along with the positive X-ray findings, and her loss of range of motion and symptomatology, point to a poor recovery.

The persistence of motion and mobility alteration of the (cervical and/or lumbar) spine indicates the relative permanency of the residual kinetic disturbance. This is characteristic of actual sprain-type injuries if the ligamentous tissues have been torn, as is apparent in this case.

CONCLUSION:

Ms. Sue responded very well to chiropractic care. When she first arrived at the office, she was in a constant state of pain and decreased mobility. Her ADL were greatly affected by her injury. Although she had experienced lower back pain in the past due to surgery, this traumatic injury, due to the accident, undoubtedly exacerbated pre-existing conditions and are the causal factor in accelerating of the degeneration of her cervical spine.

Although her extensive care allowed her to be pain free for short periods of time, her relief from pain and discomfort is only temporary and will reoccur whenever she is stressed, fatigued or during normal ADL's.

Ms. Sue has reached maximum medical improvement, however, she will require continued care for the rest of her life to maintain a satisfactory quality of life and to conduct her ADL's.

At this point in time, it is with reasonable medical certainty that this injury is permanent in nature and that a permanent disability has been sustained by Ms. Sue.

Sincerely,

Dr. Richard A. Wirtanen D.C.

**The Roland-Morris Low Back Pain and Disability Questionnaire**

Patient name: M. SANDRA Sue _____ File # _____ Date: 1/19/01

**Please read instructions:** When your back hurts, you may find it difficult to do some of the things you normally do. Mark only the sentences that describe you today.

- ☒ I stay at home most of the time because of my back.
- ☒ I change position frequently to try to get my back comfortable.
- ☒ I walk more slowly than usual because of my back.
- ☒ Because of my back, I am not doing any jobs that I usually do around the house.
- ☒ Because of my back, I use a handrail to get upstairs.
- ☒ Because of my back, I lie down to rest more often.
- ☒ Because of my back, I have to hold on to something to get out of an easy chair.
- ☒ Because of my back, I try to get other people to do things for me.     ——————— Can not sit
- ☒ I get dressed more slowly than usual because of my back.
- ☐ I only stand up for short periods of time because of my back.
- ☒ Because of my back, I try not to bend or kneel down.
- ☒ I find it difficult to get out of a chair because of my back.
- ☒ My back is painful almost all of the time.
- ☒ I find it difficult to turn over in bed because of my back.
- ☒ My appetite is not very good because of my back.
- ☒ I have trouble putting on my sock (or stockings) because of the pain in my back.
- ☒ I can only walk short distances because of my back pain.
- ☒ I sleep less well because of my back.
- ☒ Because of my back pain, I get dressed with the help of someone else.
- ☐ I sit down for most of the day because of my back.
- ☐ I avoid heavy jobs around the house because of my back.
- ☒ Because of back pain, I am more irritable and bad tempered with people than usual.
- ☒ Because of my back, I go upstairs more slowly than usual.
- ☐ I stay in bed most of the time because of my back.

*(handwritten left margin)* N A

*(handwritten left margin)* me prior to medication I lost 20 lbs but I gained with Effexor →

*(handwritten)* N A

**Instructions:**

1. The patient is instructed to put a mark next to each appropriate statement.

2. The total number of marked statements are added by the clinician. Unlike the authors of the Oswestry Disability Questionnaire, Roland and Morris did not provide descriptions of the varying degrees of disability (e.g., 40%-60% is severe disability).

3. Clinical improvement over time can be graded based on the analysis of serial questionnaire scores. If, for example, at the beginning of treatment, a patient's score was 12 and, at the conclusion of treatment, her score was 2 (10 points of improvement), we would calculate an 83% (10/12 x100) improvement.

$$20/24 = 83\%$$

## The Roland-Morris Low Back Pain and Disability Questionnaire

Patient name: _Sandra Sue_ _____ File # _____ Date: _2/19/01_

**Please read instructions:** When your back hurts, you may find it difficult to do some of the things you normally do. Mark only the sentences that describe you today.

- ☒ I stay at home most of the time because of my back.
- ☒ I change position frequently to try to get my back comfortable.
- ☒ I walk more slowly than usual because of my back.
- ☒ Because of my back, I am not doing any jobs that I usually do around the house.
- ☒ Because of my back, I use a handrail to get upstairs.
- ☒ Because of my back, I lie down to rest more often.
- ☒ Because of my back, I have to hold on to something to get out of an easy chair.
- ☒ Because of my back, I try to get other people to do things for me.
- ☒ I get dressed more slowly than usual because of my back.
- ☐ I only stand up for short periods of time because of my back.
- ☒ Because of my back, I try not to bend or kneel down.
- ☒ I find it difficult to get out of a chair because of my back.
- ☒ My back is painful almost all of the time.
- ☒ I find it difficult to turn over in bed because of my back.
- ☐ My appetite is not very good because of my back.
- ☐ I have trouble putting on my sock (or stockings) because of the pain in my back.
- ☒ I can only walk short distances because of my back pain.
- ☒ I sleep less well because of my back.
- ☐ Because of my back pain, I get dressed with the help of someone else.
- ☐ I sit down for most of the day because of my back.
- ☐ I avoid heavy jobs around the house because of my back.
- ☒ Because of back pain, I am more irritable and bad tempered with people than usual.
- ☒ Because of my back, I go upstairs more slowly than usual.
- ☐ I stay in bed most of the time because of my back.

sitting causes extreme pain, me prior to medication     NA?     NA?

sitting is extremely painful

### Instructions:

1. The patient is instructed to put a mark next to each appropriate statement.

2. The total number of marked statements are added by the clinician. Unlike the authors of the Oswestry Disability Questionnaire, Roland and Morris did not provide descriptions of the varying degrees of disability (e.g., 40%-60% is severe disability).

3. Clinical improvement over time can be graded based on the analysis of serial questionnaire scores. If, for example, at the beginning of treatment, a patient's score was 12 and, at the conclusion of treatment, her score was 2 (10 points of improvement), we would calculate an 83% (10/12 x 100) improvement.

19/24 = 79%

## The Revised Oswestry Disability Index (for low back pain/dysfunction)

Patient name: M. Sandra Sue        File #_____        Date: 1/19/01

This questionnaire has been designed to give the doctor information as to how your back pain has affected your ability to manage everyday life. Please answer every section and mark in each section only the ONE box that applies to you. We realize that you may consider that two of the statements in any one section relate to you, but please just mark the box that most closely describes your problem.

### SECTION 1 - PAIN INTENSITY

- ☐ The pain comes and goes and is very mild.
- ☐ The pain is mild and does not vary much.
- ☐ The pain comes and goes and is moderate.
- ☐ The pain is moderate and does not vary much.
- ☐ The pain comes and goes and is very severe.
- ☒ The pain is severe and does not vary much.

### SECTION 2 - PERSONAL CARE

- ☐ I would not have to change my way of washing or dressing in order to avoid pain.
- ☐ I do not normally change my way of washing or dressing even though it causes some pain.
- ☐ Washing and dressing increases the pain, but I manage not to change my way of doing it.
- ☐ Washing and dressing increases the pain and I find it necessary to change my way of doing it.
- ☒ Because of the pain, I am unable to do some washing and dressing without help.
- ☐ Because of the pain, I am unable to do any washing and dressing without help.

### SECTION 3 - LIFTING

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights, but it causes extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I manage if they are conveniently positioned (e.g., on a table).
- ☐ Pain prevents me from lifting heavy weights off the floor.
- ☐ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
- ☒ I can only lift very light weights at the most.

### SECTION 4 - WALKING

- ☐ I have no pain on walking.
- ☐ I have some pain on walking, but it does not increase with distance.
- ☐ I cannot walk more than one mile without increasing pain.
- ☐ I cannot walk more than 1/2 mile without increasing pain.
- ☒ I cannot walk more than 1/4 mile without increasing pain.
- ☐ I cannot walk at all without increasing pain.

### SECTION 5 - SITTING

- ☐ I can sit in any chair as long as I like.
- ☐ I can only sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting more than one hour.
- ☐ Pain prevents me from sitting more than 1/2 hour.
- ☐ Pain prevents me from sitting more 10 minutes.
- ☒ I avoid sitting because it increases pain right away.

### SECTION 6 - STANDING

- ☐ I can stand as long as I want without pain.
- ☐ I have some pain on standing, but it does not increase with time.
- ☐ I cannot stand for longer than one hour without increasing pain.
- ☐ I cannot stand for longer than 1/2 hour without increasing pain.
- ☒ I cannot stand for longer than 10 minutes without increasing pain.
- ☐ I avoid standing because it increases the pain right away.

### SECTION 7 - SLEEPING

- ☐ I get no pain in bed.
- ☐ I get pain in bed, but it does not prevent me from sleeping well.
- ☐ Because of pain, my normal night's sleep is reduced by less than 1/4.
- ☐ Because of pain, my normal night's sleep is reduced by less than 1/2.
- ☒ Because of pain, my normal night's sleep is reduced by less than 3/4.
- ☐ Pain prevents me from sleeping at all.

### SECTION 8 - SOCIAL LIFE

- ☐ My social life is normal and gives me no pain.
- ☐ My social life is normal, but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
- ☐ Pain has restricted my social life and I do not go out very often.
- ☐ Pain has restricted my social life to my home.
- ☒ I have hardly any social life because of the pain.

### SECTION 9 - TRAVELLING

- ☐ I get no pain while travelling.
- ☐ I get some pain while travelling, but none of my usual forms of travel makes it any worse.
- ☐ I get extra pain while travelling, but it does not compel me to seek alternative forms of travel.
- ☒ I get extra pain while travelling, which compels me to seek alternative forms of travel.
- ☐ Pain restricts all forms of travel.
- ☐ Pain prevents all forms of travel except that done lying down.

### SECTION 10 - CHANGING DEGREE OF PAIN

- ☐ My pain is rapidly getting better.
- ☐ My pain fluctuates, but is definitively getting better.
- ☐ My pain seems to be getting better, but improvement is slow at present.
- ☐ My pain is neither getting better nor worse.
- ☒ My pain is gradually worsening.
- ☐ My pain is rapidly worsening.

*(handwritten in margins)* 5, 4, 4, 5, 4, 4, 5, 3, 5

*(handwritten right margin)* taking general meds. muscle relaxers, SRRI - Effex, Lorazepam, Hydrocodein. This does increase ability without meds I would be able to do very little.

43/50 = 86%

*veral Rx's increasing*
*ability/masks*
*(partially) pain*

**62**

# Neck Disability Index

Patient Name: _Sandra  Sue_          Date: _1/19/01_

Please read instructions:  This questionnaire has been designed to give the doctor information as to how your neck pain has affected your ability to manage everyday life. Please answer every section and mark in each section only the ONE box that applies to you. We realize that you may consider that two of the statements in any on section may relate to you, but please just mark the box that most closely describes your problem.

## SECTION 1 – PAIN INTENSITY

☐  I have no pain at the moment.
☐  The pain is very mild at the moment.
☐  The pain is moderate at the moment.
☐  The pain is fairly severe at the moment.
☐  The pain is very severe at the momemt.
☒  The pain is worst imaginable at the moment.

*5*

## SECTION 2 – PERSONAL CARE (WASHING, DRESSING, ETC,.)

☐  I can look after myself, normally, without causing extra pain.
☐  I can look after myself, normally, but it causes extra pain.
☐  It is painful to look after myself and I am slow and careful.
☒  I need some help, but manage most of my personal care.
☐  I need help every day in most aspects of self care.
☐  I do not get dressed; I wash with difficulty and stay in bed.

*3*

## SECTION 3 – LIFTING

☐  I can lift heavy weights without extra pain.
☐  I can lift heavy weights, but it gives extra pain.
☐  Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, for example, on a table.
☐  Pain prevents me from lifting heavy weights off the floor, but I can manage light to medium weights, if they are conveniently positioned.
☒  I can lift very light weights.
☐  I can not lift or carry anything.

*4*

12
12
15
39/50 = 78%

i 2

several Rx's increasing
ability to mask
(partially) pain

# Neck Disability Index

Patient Name: _Sandra Sue_          Date: _1/19/01_

Please read instructions:  This questionnaire has been designed to give the doctor information as to how your neck pain has affected your ability to manage everyday life. Please answer every section and mark in each section only the ONE box that applies to you. We realize that you may consider that two of the statements in any on section may relate to you, but please just mark the box that most closely describes your problem.

## SECTION 1 – PAIN INTENSITY

5

- ☐ I have no pain at the moment.
- ☐ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the momemt.
- ☒ The pain is worst imaginable at the moment.

## SECTION 2 – PERSONAL CARE (WASHING, DRESSING, ETC,.)

3

- ☐ I can look after myself, normally, without causing extra pain.
- ☐ I can look after myself, normally, but it causes extra pain.
- ☐ It is painful to look after myself and I am slow and careful.
- ☒ I need some help, but manage most of my personal care.
- ☐ I need help every day in most aspects of self care.
- ☐ I do not get dressed; I wash with difficulty and stay in bed.

## SECTION 3 – LIFTING

4

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights, but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned, for example, on a table.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage light to medium weights, if they are conveniently positioned.
- ☒ I can lift very light weights.
- ☐ I can not lift or carry anything.

1 2
1 2
15

39/50 = 78%

## SECTION 4 – READING

- ☐ I can read as much as I want to, with no pain in my neck.
- ☐ I can read as much as I want to, with slight pain in my neck.
- ☐ I can read as much as I want to, with moderate pain in my neck.
- ☒ I can't read as much as I want, because of moderate pain in my neck.
- ☐ I can hardly read at all, because of severe pain in my neck.
- ☐ I cannot read at all.

## SECTION 5 – HEADACHES

- ☐ I have no headaches at all.
- ☐ I have slight headaches that come infrequently.
- ☐ I have moderate headaches that come infrequently.
- ☒ I have moderate headaches that come frequently.
- ☐ I have severe headaches that come frequently.
- ☐ I have headaches almost all of the time.

## SECTION 6 – CONCENTRATION

- ☐ I can concentrate fully when I want to with no difficulty.
- ☐ I can concentrate fully when I want to with slight difficulty.
- ☐ I have a fair degree of difficulty in concentrating when I want to.
- ☒ I have a lot of difficulty in concentrating when I want to
- ☐ I have a great deal of difficulty in concentrating when I want to.
- ☐ I cannot concentrate at all.

## SECTION 7 – WORK

- ☐ I can do as much work as I want to.
- ☐ I can do my usual work, but no more.
- ☒ I can do most of my usual work, but no more.
- ☒ I cannot do my usual work.
- ☐ I can hardly do any work at all.
- ☐ I can't do any work at all.

## SECTION 8 – DRIVING

- ☐   I can drive my car without any neck pain.
- ☐   I can drive my car as long as I want, with slight pain in my neck.
- ☐   I can drive my car as long as I want, with moderate pain in my neck.
- ☒   I can't drive my car as long as I want, because of moderate pain in my neck.
- ☐   I can hardly drive at all, because of severe pain in my neck.
- ☐   I can't drive my car at all.

## SECTION 9 – SLEEPING

- ☐   I have no trouble sleeping.
- ☐   My sleep is slightly disturbed (less than 1 hour sleepless).
- ☐   My sleep is mildly disturbed ( 1-2 hours sleepless).
- ☐   My sleep is moderately disturbed (2-3 hours sleepless).
- ☒   My sleep is greatly disturbed ( 3-5 hours sleepless).
- ☐   My sleep is completely disturbed (5-7 hours sleepless).

## SECTION 10 – RECREATION

- ☐   I am able to engage in all my recreational activities, with no neck pain at all.
- ☐   I am able to engage in all my recreational activities, with some neck pain at all.
- ☐   I am able to engage in most, but not all of my usual recreational activities, because of pain in my neck.
- ☒   I am able to engage in few of my recreational activities, because of pain in my neck.
- ☐   I can hardly do any recreational activities, because of pain in my neck.
- ☐   I can't do any recreational activities at all.

## The Revised Oswestry Disability Index (for low back pain/dysfunction)

Patient name: M. Sandra Sul     File # _____     Date: 02/19/01

This questionnaire has been designed to give the doctor information as to how your back pain has affected your ability to manage everyday life. Please answer every section and mark in each section only the ONE box that applies to you. We realize that you may consider that two of the statements in any one section relate to you, but please just mark the box that most closely describes your problem.

### SECTION 1-PAIN INTENSITY

- ☐ The pain comes and goes and is very mild.
- ☐ The pain is mild and does not vary much.
- ☐ The pain comes and goes and is moderate.
- ☐ The pain is moderate and does not vary much.
- ☐ The pain comes and goes and is very severe.
- ☒ The pain is severe and does not vary much.

*5*

### SECTION 2-PERSONAL CARE

- ☐ I would not have to change my way of washing or dressing in order to avoid pain.
- ☐ I do not normally change my way of washing or dressing even though it causes some pain.
- ☐ Washing and dressing increases the pain, but I manage not to change my way of doing it.
- ☒ Washing and dressing increases the pain and I find it necessary to change my way of doing it.
- ☐ Because of the pain, I am unable to do some washing and dressing without help.
- ☐ Because of the pain, I am unable to do any washing and dressing without help.

*3*

### SECTION 3-LIFTING

- ☐ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights, but it causes extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I manage if they are conveniently positioned (e.g., on a table).
- ☒ Pain prevents me from lifting heavy weights off the floor.
- ☒ Pain prevents me from lifting heavy weights, but I can manage light to medium weights if they are conveniently positioned.
- ☐ I can only lift very light weights at the most.

*4*

### SECTION 4-WALKING

- ☐ I have no pain on walking.
- ☐ I have some pain on walking, but it does not increase with distance.
- ☐ I cannot walk more than one mile without increasing pain.
- ☒ I cannot walk more than 1/2 mile without increasing pain.
- ☒ I cannot walk more than 1/4 mile without increasing pain.
- ☐ I cannot walk at all without increasing pain.

*4*

### SECTION 5-SITTING

- ☐ I can sit in any chair as long as I like.
- ☐ I can only sit in my favorite chair as long as I like.
- ☐ Pain prevents me from sitting more than one hour.
- ☐ Pain prevents me from sitting more than 1/2 hour.
- ☐ Pain prevents me from sitting more than 10 minutes.
- ☒ I avoid sitting because it increases pain right away.

*5*

### SECTION 6-STANDING

- ☐ I can stand as long as I want without pain.
- ☐ I have some pain on standing, but it does not increase with time.
- ☐ I cannot stand for longer than one hour without increasing pain.
- ☐ I cannot stand for longer than 1/2 hour without increasing pain.
- ☒ I cannot stand for longer than 10 minutes without increasing pain.
- ☐ I avoid standing because it increases the pain right away.

*4*

### SECTION 7-SLEEPING

- ☐ I get no pain in bed.
- ☐ I get pain in bed, but it does not prevent me from sleeping well.
- ☐ Because of pain, my normal night's sleep is reduced by less than 1/4.
- ☒ Because of pain, my normal night's sleep is reduced by less than 1/2.
- ☐ Because of pain, my normal night's sleep is reduced by less than 3/4.
- ☐ Pain prevents me from sleeping at all.

*3*

### SECTION 8-SOCIAL LIFE

- ☐ My social life is normal and gives me no pain.
- ☐ My social life is normal, but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g., dancing, etc.
- ☐ Pain has restricted my social life and I do not go out very often.
- ☒ Pain has restricted my social life to my home.
- ☐ I have hardly any social life because of the pain.

*4*

### SECTION 9-TRAVELLING

- ☐ I get no pain while travelling.
- ☐ I get some pain while travelling, but none of my usual forms of travel makes it any worse.
- ☐ I get extra pain while travelling, but it does not compel me to seek alternative forms of travel.
- ☒ I get extra pain while travelling, which compels me to seek alternative forms of travel.
- ☐ Pain restricts all forms of travel.
- ☐ Pain prevents all forms of travel except that done lying down.

*3*

### SECTION 10-CHANGING DEGREE OF PAIN

- ☐ My pain is rapidly getting better.
- ☐ My pain fluctuates, but is definitely getting better.
- ☐ My pain seems to be getting better, but improvement is slow at present.
- ☒ My pain is neither getting better nor worse.
- ☐ My pain is gradually worsening.
- ☐ My pain is rapidly worsening.

*3*

*without medication I could not travel and other patient work reflect increased in inhi* (handwritten, partly illegible)

38/50 = 76%

RADIOLOGY CONSULTANTS/MIDWE
P. O. Box 7747
Chesterfield, MO  63006-7747
(636)256-7779

67

Radiologist - D.C., D.A.C.B.R.

DATE:          Mar 2, 2001

REFERRING DOCTOR:          WIRTANEN
PATIENT:                    SUE, MARGARET        (04-30-54)
DATE OF FILMS:              05-03-00

Cervical MRI from IMI of Arlington.

CERVICAL MRI:

Sagittal views are presented only.  There is a reversal of the sagittal curve.  There is narrowing of the disc spaces at the C4, C5, and C6 segment levels.  There is a slight posterior deviation of the spinal cord at this same segment level.  However, the cord does not appear to be touching any of the bodies or disc material.  Axial views would provide much more information as to the cord possible changes.

IMPRESSIONS:
1).     Narrowing of the mid cervical spine disc spaces.
2).     Reversed sagittal curve, same region.
3).     Posterior deviation of the spinal cord at this level but no evidence of direct cord encroachment.  Axial views would provide more information for the cord.

Gary P. Casper, DC, DACBR
Radiologist
GPC:vaz

RADIOLOGY CONSULTANTS/MIDWEST
201 Enchanted Parkway
Ballwin, MO 63021
(636)256-7779

Radiologist - D.C., D.A.C.B.R.

DATE:          February 5, 2001

REFERRING DOCTOR:       WIRTANEN
PATIENT:                SUE, SANDRA (4-30-54)
DATE OF FILMS:          2-1-01

CERVICAL SPINE:

APOM, APLC, and lateral views of the cervical spine are submitted with lateral views, flexed and extended. There is a right tower associated with compensatory head tilt. There is atlantoaxial rotation. There is a flattening of the lordosis affecting the mid to lower region. This produces minimal anterior shift in weight bearing. There is loss of disc spacing from C4-C7 with various degrees of osteophyte formation demonstrated. There is associated uncovertebral and facet arthrosis at those levels. Kinematic views demonstrate the ADI to be intact. There is adequate overall flexion with great reduction in overall extension.

IMPRESSIONS:
1).     No evidence of acute fracture or dislocation.
2).     Atlantoaxial rotation.
3).     ADI is intact.
4).     Reduced overall extension.
5).     Spondylosis.
6).     Uncovertebral and facet arthrosis.
7).     Reduced lordosis.
8).     Right tower with compensatory head tilt.


D. Robert Kuhn, DC, DACBR
Radiologist
DRK:dsl

# Chiropractic Reports and Doctor's Lien

I do hereby authorize the doctor named below to furnish you, my attorney, with a full report of the examination, care, etc., I received in regard to the accident in which I was involved.

I hereby authorize and direct you, my attorney, to pay directly to said doctor such sums as may be due and owing him/her for chiropractic service rendered me both by reason of this accident and by reason of any other bills that are due his/her office and to withhold such sums from any settlement, judgement, or verdict as may be necessary to adequately protect said doctor.

And I hereby further give a lien on my case to you, my attorney, or myself as the result of the injuries for which I have received care of injuries in connection therewith.

I fully understand that I am directly and fully responsible to said doctor for all chiropractic bills submitted by said doctor for service rendered me and that this agreement is made solely for said doctor's additional protection and in consideration of the doctor's awaiting payment.

I understand that such payment is not contingent on any settlement, judgement, or verdict by which I may eventually recover said fee.

Please acknowledge this letter by signing below and returning to the doctor's office. I have been advised that if you, my attorney, do not wish to cooperate in protecting the doctor's interest, the doctor agrees to wait for payment but will require me to pay on my account and keep it on a current basis. In the event that a revenue recovery action must be taken by the doctor, there will be a 28% additional collection fee for this service and will pay interest at the rate of 21% per annum after the bill is 120 days old.

*The undersigned, being attorney of record for the above patient, does hereby agree to observe all the terms of the above and agrees to withhold such sums from any settlement, judgement or verdict as may be necessary to adequately protect the above named doctor.*

_M. SANDRA SUE_____
Patient's Name (print)

_____
Attorney s Name (print)

_____
Patient's Signature

_____
Attorney's Signature

_____
Date

_____
Date

Please date, sign, and return one copy to the office of the doctor named below. Keep one copy for your records. A photocopy of this form shall be considered as valid as the original.

_____  _11 oct 0_/
Doctor's Name
Tysons Corner Chiropractic

Nelson Estrada
703.442.2319

8272225

#1854

THE **HealthyBack** STORE
1-800-4MY-BACK
(703) 779-...

NAME  SANDRA SUE           DATE 9MAR01

ADDRESS

Rx  tempur-ped

REDISCOVER COMFORT. GUARANTEED.

Fitted by Nelson          Store # 0002      Trans # 28487

SANDRA SUE                        SHIP TO:
1501 MCLEAN CORNER LN

MCLEAN, VA
22101
703+288+1227      703+356+1232

| Item Description | Qty | | Price | | Ext. | |
|---|---|---|---|---|---|---|
| Tempur-Pedic Mattress | | | | | | |
| 3100010    60X80 | 1 | x | 1499.00 | = | 1499.00 | T |
| | | | Item Discount | | 224.85- | |
| Tempur-Pedic Foundation | | | | | | |
| 3500010    60X80 | 1 | x | 205.00 | = | 205.00 | T |
| | | | Item Discount | | 80.00- | |
| Delivery - Local | | | | | | |
| 9100100 | 1 | x | 50.00 | = | 50.00N | T |

        PM J.B.B.S
        ETA 2-3 WEEKS

*Thank you!*

Thank you for shopping with us. Our goal is to          1754.00
be your trusted source for a wide variety of ergo-       304.85-
nomic and comfort products. To this end, we offer    Sub Total   1449.15
the reassurance of a 90 day money back guarantee     Tax         62.96
on most of the items we carry -- details are posted
at our check out.                                    Total       1512.11
    We sincerely hope that our products help you live
more comfortably and productively.
    Again, thank you for your patronage. And please
tell your friends about us!
002212700
Customer Signature_____          Balance      0.00

Special Order          The Healthy Back Store

# JOANNE'S
## BED & BACK SHOPS

*Back-friendly Products for Office, Home, Car and Travel*

Tysons Corner Store
8032 Leesburg Pike
Tysons Corner, VA 22182
(703) 356-0800

PAGE 1

ORDER : 141547   DATE : 04-08-01
DATE PRINTED : 04-10-01
DELIVER/SHIP TO :

SOLD TO :

SANDRA SUE
1501 MCLEAN CORNER LA.
MCLEAN, VA  22101

SANDRA SUE
1501 MCLEAN CORNER LA.
MCLEAN, VA  22101

| QTY | TAKEN | DELV | INV # | F/F CODE | DESCRIPTION | UNIT PRICE | TX | EXT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | | | LBRL | WAL/BLA | BackSaver WOOD FINISH:_____ # LEATHER COLOR:_____ | 899.99 | T | 1799.98 |
| | | | | | Recliner with headrest. IF WOOD/LEATHER COMBINATION IS NOT IN | | | |
| | | | | | STOCK, CHAIR IS CONSIDERED A SPECIAL ORDER. **** CLEARANCE | | | |
| | | | | | ITEM, NON-RETURNABLE, FINAL SALE, FLOOR MODEL SOLD AS IS | | | |
| | | | | | ****TAKE 1 FROM 05 AND 1 FROM Clrbase | | | |
| 1 | | | DRE | | Back Rest with E-foam, with Cover, "Contoured". Made out of | 129.99 | T | 104.99 |
| | | | | | E-foam. Custom contours to the body. Relieves lower back pain. | | | |
| | | | | | Personal Use Item. | | | |
| 1 | 1 | | PROMO | | PROMOTION ALLOWANCE: (Type___ 20% OPENED PACKAGE) | -25.00 | T | -25.00 |
| 1 | 1 | | KWEN | | Foam Knee Wedge, made exclusively for JoAnne's Bed & Back | 79.99 | T | 79.99 |
| | | | | | Special Angle to allow for proper pelvic tilt to reduce back | | | |
| | | | | | pain. This product is made out of E-foam which takes the | | | |
| | | | | | pressure and stress out of your legs as they are resting on this | | | |
| | | | | | wedge. Personal Use Item. MEDIUM SIZE. ** PEOPLE | | | |
| | | | | | 5'6-5'11 ********* | | | |
| 1 | 1 | | PROMO | | PROMOTION ALLOWANCE: (Type____ 20% OPENED PACKAGE | -15.99 | T | -15.99 |
| 1 | | | 18X | 984 | Sacro-Ease Car SEAT Only. Model RCS-R3, Foster Cut Out, Black, | 99.99 | T | 99.99 |
| | | | | | BURgundy, GRAy, 99 | | | |
| 1 | 1 | | PROMO | | PROMOTION ALLOWANCE: (Type_____) | -15.99 | T | -15.99 |

DELIVER VIA : **SET ON ORDER PER YOU 04-04-01
HOME PHONE : 703-392-1027
REQUESTED DELIVERY DATE : 04-03-00
DELIVERY INSTRUCTIONS : 123 AT ON GREAT FALLS RD, 1 ON MCLEAN COMMONS LANE, INRED'T: 1 ON MCLEAN CORNER LANE.

SALESPERSON : Scott
OTHER PHONE :
CUSTOMER PO :

CUSTOMER SIGNATURE : _____

SALESPERSON SIGNATURE : _____

**CUSTOMER SIGNATURE HERE INDICATES THAT YOU HAVE READ AND UNDERSTAND THE POLICIES STATED BELOW:  X**

**TITLE:** Merchandise shall remain the property of, and the title shall remain with, JoAnne's until all payments are made in full. **PERSONAL USE PRODUCTS:** To ensure that all of our products are being sold in a sanitary condition, personal use products (pillows, sheets, mattress pads, mattress toppers, beds, or any product which comes in contact with the skin) may not be returned once the original package is opened. **SPECIAL ORDERS:** Orders with fabric of choice, special sizes, custom made items, and other non-stock orders are Non-Cancelable, Non-Refundable, and Non-Exchangeable. **CLEARANCE ITEMS:** All clearance items are sold "as-is" and are Non-Returnable. **MATTRESS/BEDS COMFORT EXCHANGES:** Customers may exchange one JoAnne's mattress/bed for another only as follows: (1) Your new bed or mattress is a lot like a new pair of shoes. Just as you need time to "break-in" new shoes, it takes some time to get used to a new mattress. Therefore, requests must be made no earlier than 14 days and no later than 30 days after delivery, (2) the customer must pay a 10% restocking fee (not to exceed $500) on the exchanged mattress/bed and (3) if the customer selects a mattress/bed priced higher than the original, the difference must be paid. (4) Any staining or soiling of your bed or mattress will void all manufacturer's warranties and will not be eligible for comfort exchange or warranty service. (5) Any fabric protection (or other special service, such as the original delivery fee) paid at the time of original purchase will be forfeited. A re-delivery fee to pick up the returned or exchanged item will also be charged. ALL OTHER ITEMS are returnable within 30 days of delivery in Resalable Condition. **DELIVERY CHARGES:** Charges for completed labor and delivery are Non-Refundable. Any additional moving, handling, storage, or disposal needs that you have should be contracted with, and paid directly to, the delivery service.

**FOR MARYLAND RESIDENTS ONLY**                                                           **ESTIMATED DELIVERY DATE:**

**MARYLAND MERCHANDISE DELIVERY LAW** --- Estimated Delivery Date: If JoAnne's fails to provide you, the buyer, with an estimated delivery date or fails to deliver the ordered household goods within 2 weeks of the estimated delivery date, you may (1) cancel this contract and receive a full refund or credit equal to your deposit. (2) modify this contract by selecting another household good sold by JoAnne's or (3) negotiate with JoAnne's a new delivery date. JoAnne's is not required to allow you to exercise these rights if JoAnne's cannot cancel the order with the supplier.

# IMS HEALTH ⊕

IMS Health Incorporated
660 West Germantown Pike
Plymouth Meeting, PA 19462-1048
Telephone 610/834-5000
http://www.imshealth.com

December 7, 2001

Kenneth J. Annis
Suite 800
1100 Connecticut Ave., NW
Washington, DC 20036

Dear Mr. Annis;

Sandra Sue was involved in a car accident on April 10, 2000. Ms. Sue was absent from work due to related injuries, from 5/8/00 through 6/19/00. She then worked half time from 6/20/00 through 7/7/00. Sandra returned to work on a full time basis on 7/10/00.

The total time absent from work follows:

| | | | |
|---|---|---|---|
| 5/8/00 through 6/19/00 | 30 days | 240 hours | (excludes 1 holiday) |
| 6/20/00 through 7/7/00 | 12 days | 48 hours | (half time, ex. 2 holidays) |

Total 288 hours at hourly rate of $41.61.

Sincerely,

Robert Plefka
Director, IMS HEALTH Inc.

| To KEN AVNIS | From SANDRE SUE | pages |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # 202.785.2051 | Fax # | |

**N TO WORK OR SCHOOL**

**ENICK, M.D.**

1715 N. George Mason Drive, Suite 201
Arlington, VA  22205

Telephone: (703) 358-8222

Date  5/8/00

This is to certify that

_Margaret Sue_

Has been under my care for the following:

_Herniated disc - Cervical Spine_

and is unable to return to work/school on  5/8/00 - 5/23/00

Remarks:

_____

(SIGNATURE)

## PATIENT UNABLE TO RETURN TO WORK OR SCHOOL

## PETER J. DELENICK, M.D.

1715 N. George Mason Drive, Suite 201
Arlington, VA  22205

Telephone: (703) 358-8222

Date _05-23-00_

This is to certify that

_Margret Sue_

Has been under my care for the following:

_Hern. Disc — Cervical Spine_

and is unable to return to school on _5/23/00 - 5/31/00_

DEA# AL2357603

Edward R. Lang, M.D.
1715 North George Mason Drive
Suite 102
Arlington, VA 22205
703-528-5100

NAME _Re: Margaret Sue_

ADDRESS _____ DATE _5/31/00_

℞ (PLEASE PRINT)

_I reccomend
That Ms Margaret Sue
have flexible
working hours
each week for
the present time_

_____ MD/PA
(SIGNATURE)

☐ LABEL
REFILL _____ TIMES   PRN   OR
☐ DISPENSE AS WRITTEN
☐ VOLUNTARY FORMULARY PERMITTED

_Edward Lang_ ____ M.D.

IF NEITHER BOX IS MARKED, A VOLUNTARY PRODUCT MUST BE DISPENSED.

_(neurosurgeon)_





**TRAFFIC ACCIDENT REPORT** — Metropolitan Police Department, Washington, D.C.

PD 10 Rev. 7/86   Prescribing Directive G.O 401.3

4-10-00   1455   NEWITT BRIDGE EAST BOUND   20   3   1   Vol: 101-2012

Driver 1: ABONT CINIE - RAY   1-18-79
5510 - LEE JAY ST - #201 CAPITAL HGTS M/D
301-669-1958   W-600-650-116-090 M/D   738-806
290   VOLU   87   40 GREY   87-269/01 JA28893 M 174760
MARSHUN - THOMAS   385-276
3401 - BONDER ST S.E   20

Driver 2: ESCOBAR MARGRET S.   4-3-54
1725 MENTON ST N/W
214822   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 DC   234-7522
FORD F2   S/W MBL   831-244 DC   RP5542NB3 2727
SUE MARGARET   234-6123
1725 - NEWTON ST N.W

Passenger/Witness: NONE

Persons Involved:
SAME   AS-0-1   26 M  1  01 04 03 00 01
SAME   AS-0-2   43 F  2  01  03 03 01 01

Forwarded to Hospital:
0-2   G W HOSP   AMB-2   Released

VEHICLE NO. 1
Direction: WEST bound to 3 EVEIT   Bridge
Trade: ABC
Location: 1515 BONF ST SW

VEHICLE NO. 2
Direction: WEST bound to BRIDGE   FOOTBAT
Towed by: ABC - TOWING
Location: 1515 HALF ST SW



30 MPH
THEODORE ROOSEVELT BRIDGE

Complaint No.   045-322

NOTE: This report is used for statistical analysis of vehicular accidents and the prevention thereof. The data given represent the opinion and conclusions of the reporting officer based on his/her judgment after completing all of the facts disclosed through his/her investigation of the accident.

Case 1:05-cv-01355-JR   Document 9-9   Filed 11/30/2005   Page 78 of 78

Complaint No. 045-322

| No. 1 | 959389623 | EXIT TIME + WIENDON | YES, NONE |

**NARRATIVE:** Give a concise statement, in your own words, of the facts that are not charged in this report, to clearly any items that are not satisfactorily explained. Use the Continuation Sheet of report for additional space. If statements are taken, use P13 (no title) (Suspect Statement), or P13 13v (Small Witness Statement). If section occurred as a continuation turn, describe type of continuation.

D-2 STATED WHILE TRAVELING WEST on ROOSEVELT BRIDGE AND ATTEMPTING TO TAKE THE EXIT V-1 STRUCK HER VEHICLE IN THE REAR.

| SIGNATURE OF REPORTING OFFICER | BADGE NO. | SIGNATURE OF APPROVING OFFICIAL | BADGE NO. | DATE REVIEWED | DISTRIBUTION |
| --- | --- | --- | --- | --- | --- |
| Offina Middle | 2606 20 | HSGT Hill fin | 265? 24 | | |

**CONTINUATION SHEET** (List item number of section continued with required information.)    Complaint No.