## KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS

MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

February 28, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re: My Client:         Margaret Sandra Sue
    Your Employee:     Obami Cinge Wray
    Date of Occurrence: April 10, 2000
                       Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find Dr. David Patterson's report of February 12, 2002, regarding Ms. Sue current medical status.

Additional specials will be forwarded upon receipt.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosure

2002 MAR 21 PM 2:41

GENERAL LITIGATION
DIVISION, OGC

**DRS. ARLING & PATTERSON, P.C.**
*Internal Medicine*
*2440 M STREET, N.W., SUITE 817*
*WASHINGTON, D.C. 20037-1404*

BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.

Office (202) 833-5707
Facsimile (202) 833-5712

February 12, 2002

To Whom It May Concern:

Sandra Sue (DOB 4-30-54) was referred to me by Dr. Margaret Clancy for evaluation of chronic back pain and memory loss. The chronic back pain was a result of a motor vehicle accident in which the patient sustained significant musculoskeletal trauma. She had been on substantial doses of narcotic pain medications because of the persistent back pain. As a result of the medication, the patient had developed significant problems with memory loss. After careful evaluation here in my office, the patient, Dr. Clancy and I began on a tapering schedule to get her off the narcotic pain medications to help with her intermittent memory problems.

The patient was referred to physical therapy at Hand-N-Hand Therapy and I am happy to report that she is responding remarkably well to the physical therapy. As a result we have been able to continue to taper her pain medications and her memory is improving. The musculoskeletal discomfort that is a direct result of the motor vehicle accident is improving with the physical therapy.

I suspect that the patient will require at least another six months of physical therapy on a regular basis to get her symptoms under better control. We will continue to reevaluate and update Ms. Sue's condition on an as needed basis. If you have any further need for information please do not hesitate to contact me at the above number.

Sincerely,

David W. Patterson, M.D.
Associate Clinical Professor of Medicine
George Washington University Medical Center

DWP/kb