1

# KENNETH J. ANNIS & ASSOCIATES

ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

March 19, 2002

Office of the General Counsel
Attn:  Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

|  |  |  |
|---|---|---|
| Re: | My Client: | Margaret Sandra Sue |
|  | Your Employee: | Obami Cinge Wray |
|  | Date of Occurrence: | April 10, 2000 |
|  |  | Federal Tort Claim – See Form 95 |

Dear Mr. Reed:

Enclosed, please find the recent physical therapy records from Physical Medicine and Rehabilitation along with itemized bills, which total $750.00.

The total amount of specials for Ms. Sandra Sue to date is  $25,077.83.

Additional specials will be forwarded upon receipt.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures

2002 APR -2 AM 10: 38

# HEALTH INSURANCE CLAIM FORM

UNITED HEALTHCARE
P.O. BOX 740800
ATLANTA, GA 30374-0800

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 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 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

3. PATIENT'S BIRTH DATE: 04 30 54  SEX: M / F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

5. PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

CITY: MCLEAN   STATE: VA

8. PATIENT STATUS: Single / Married / Other
Employed / Full-Time Student / Part-Time Student

CITY: MCLEAN   STATE: VA

ZIP CODE: 22101   TELEPHONE (Include Area Code): (703) 288 1227

ZIP CODE: 22101   TELEPHONE (INCLUDE AREA CODE): (703) 288 1227

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
700459

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES / NO [X]

a. INSURED'S DATE OF BIRTH: 04 30 54  SEX: M / F [X]

b. OTHER INSURED'S DATE OF BIRTH: 04 30 54  SEX: M / F [X]

b. AUTO ACCIDENT? YES / NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES / NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED HEALTHCARE

d. INSURANCE PLAN NAME OR PROGRAM NAME
AUTO INSURANCE PLAN

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: on file   DATE: 1/16/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: on file

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 04 10 00   INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM / TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID PATTERSON

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM / TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES / NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. L739.1
2. L739.3
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 18 02 | 01 18 02 | 11 | | 97140 | | 1 2 | 30.00 | | | | | |
| 2 | 01 18 02 | 01 18 02 | 11 | | 97110 | | 1 2 | 30.00 | | | | | |
| 3 | 01 18 02 | 01 18 02 | 11 | | 97112 | | 1 2 | 30.00 | | | | | |
| 4 | 01 18 02 | 01 18 02 | 11 | | 97530 | | 1 2 | 30.00 | | | | | |
| 5 | 01 18 02 | 01 18 02 | 11 | | 97001 | | 1 2 | 30.00 | | | | | |
| 6 | 01 25 02 | 01 25 02 | 11 | | 97140 | | 1 2 | 30.00 | | | | | |

25. FEDERAL TAX I.D. NUMBER: 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   SSN / EIN

26. PATIENT'S ACCOUNT NO.: SUESA000  294

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES / NO

28. TOTAL CHARGE: $ 180.00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 180.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED: Pamela Wood   DATE: 3/8/02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PAMELA WOOD PT
933 N. KENMORE ST.  #408
ARLINGTON, VA 22201
PIN#   GRP#

P

**3**

# HEALTH INSURANCE CLAIM FORM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PICA | | | | | | | | PICA |

UNITED HEALTHCARE
PO BOX 740800
ATLANTA, GA 30374-0800

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE, M. SANDRA**

3. PATIENT'S BIRTH DATE: 04 30 54   SEX: M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, M. SANDRA**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED: Self [ ]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**   STATE **VA**

8. PATIENT STATUS: Single [ ]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY **MCLEAN**   STATE **VA**

ZIP CODE **22101**   TELEPHONE (Include Area Code) ( 703 ) 288 1227

ZIP CODE **22101**   TELEPHONE (INCLUDE AREA CODE) ( 703 ) 288 1227

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, M. SANDRA**

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH: 04 30 54   SEX: M [ ]  F [X]

b. OTHER INSURED'S DATE OF BIRTH: 04 30 54   SEX: M [ ]  F [X]

b. AUTO ACCIDENT?  YES [ ]  NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
**AUTO INSURANCE PLAN**

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X]  NO [ ]   *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED _on file_   DATE _1/25/02_

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED _on file_

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  04 10 00  INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM            TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
**DAVID PATTERSON**

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM            TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 739.1
2. 739.3
3. ___
4. ___

22. MEDICAID RESUBMISSION CODE            ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 01 | 25 | 02 | 01 | 25 | 02 | 11 | | 97110 | 1 2 | 30 00 | 1 | | | | |
| 01 | 25 | 02 | 01 | 25 | 02 | 11 | | 97112 | 1 2 | 30 00 | 1 | | | | |
| 01 | 25 | 02 | 01 | 25 | 02 | 11 | | 97530 | 1 2 | 30 00 | 1 | | | | |
| 02 | 01 | 02 | 02 | 01 | 02 | 11 | | 97140 | 1 2 | 30 00 | 1 | | | | |
| 02 | 01 | 02 | 02 | 01 | 02 | 11 | | 97112 | 1 2 | 30 00 | 1 | | | | |
| | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  **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**  SSN [ ] EIN [ ]

26. PATIENT'S ACCOUNT NO. **SUESA000   294**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X]  NO [ ]

28. TOTAL CHARGE  $ 180 00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 180 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED _Pamela Wood PT_   DATE 3/8/02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**PAMELA WOOD PT**
**933 N. KENMORE ST.   #408**
**ARLINGTON, VA 22201**

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   To reorder call Grafek 800/848-2992

FORM HCFA-1500  (12-90)
FORM OWCP-1500
FORM RRB-1500

UNITED HEALTHCARE
PO BOX 740800
ATLANTA, GA 30374-0800

P

**4**

## HEALTH INSURANCE CLAIM FORM

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | X (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

3. PATIENT'S BIRTH DATE
MM 04 DD 30 YY 54    SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

5. PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

CITY  MCLEAN    STATE  VA

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐

CITY  MCLEAN    STATE  VA

ZIP CODE  22101    TELEPHONE (Include Area Code)  ( 703 ) 288 1227

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  22101    TELEPHONE (INCLUDE AREA CODE)  ( 703 ) 288 1227

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
700459

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH
MM 04 DD 30 YY 54    SEX  M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH
MM 04 DD 30 YY 54    SEX  M ☐  F ☒

b. AUTO ACCIDENT?
YES ☐  NO ☒    PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED HEALTHCARE

d. INSURANCE PLAN NAME OR PROGRAM NAME
AUTO INSURANCE PLAN

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒  NO ☐    If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  on file    DATE  1/25/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  on file

14. DATE OF CURRENT:  MM 04 DD 10 YY 00    ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)    INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY    TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID PATTERSON

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY    TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐  NO ☒    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 739.1
2. 739.3
3. 
4. 

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO

23. PRIOR AUTHORIZATION NUMBER

| 24. | A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM 02 | DD 01 | YY 02 | To MM 02 | DD 01 | YY 02 | 11 | | 97530 | | 1 2 | 30.00 | 1 | | | | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  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  SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.
SUESA000    294

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES ☐  NO ☐

28. TOTAL CHARGE
$ 30.00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 30.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  Pamela Wood PT    DATE  3/8/02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PAMELA WOOD PT
933 N. KENMORE ST.  #408
ARLINGTON, VA 22201
PIN#    GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    To reorder call Graftek 800/848-2992    FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

P

UNITED HEALTHCARE
PO BOX 740800
ATLANTA, GA 30374-0800

PICA

# HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 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 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

3. PATIENT'S BIRTH DATE
MM 04 DD 30 YY 54   SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

5. PATIENT'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
1501 MCLEAN CORNER LANE

CITY MCLEAN   STATE VA

8. PATIENT STATUS
Single [ ] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

CITY MCLEAN   STATE VA

ZIP CODE 22101   TELEPHONE (Include Area Code) ( 703 288 1227

ZIP CODE 22101   TELEPHONE (INCLUDE AREA CODE) ( 703 288 1227

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
700459

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH
MM 04 DD 30 YY 54   SEX M [ ] F [X]

b. OTHER INSURED'S DATE OF BIRTH
MM 04 DD 30 YY 54   SEX M [ ] F [X]

b. AUTO ACCIDENT?
YES [ ] NO [X]   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
AUTO INSURANCE PLAN

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO [ ]   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _Sandra Sue_   DATE 2/8/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Sandra Sue_

14. DATE OF CURRENT:
MM 04 DD 10 YY 00   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) INJURY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID PATTERSON

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES [ ] NO [ ]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 739.1   3.
2. 739.3   4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 02 | 08 | 02 | 02 | 08 | 02 | 11 | | 97140 | | 1 2 | 30 00 | 1 | | | | |
| 2 | 02 | 08 | 02 | 02 | 08 | 02 | 11 | | 97110 | | 1 2 | 30 00 | 1 | | | | |
| 3 | 02 | 08 | 02 | 02 | 08 | 02 | 11 | | 97112 | | 1 2 | 30 00 | 1 | | | | |
| 4 | 02 | 08 | 02 | 02 | 08 | 02 | 11 | | 97530 | | 1 2 | 30 00 | 1 | | | | |
| 5 | 02 | 15 | 02 | 02 | 15 | 02 | 11 | | 97140 | | 1 2 | 30 00 | 1 | | | | |
| 6 | 02 | 15 | 02 | 02 | 15 | 02 | 11 | | 97110 | | 1 2 | 30 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
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 [ ]

26. PATIENT'S ACCOUNT NO.
SUESA000  298

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
YES [ ] NO [ ]

28. TOTAL CHARGE
$ 180 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 180 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _Pamela Wood_   DATE 3/8/02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PAMELA WOOD PT
933 N. KENMORE ST.  #408
ARLINGTON, VA 22201

PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   To reorder call Graftek 800/848-2992

FORM HCFA-1500  (12-90)
FORM OWCP-1500   FORM RRB-1500

UNITED HEALTHCARE
ATLANTA, GA 30374-0800

6

P

## HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

**1. MEDICARE** (Medicare #)  **MEDICAID** (Medicaid #)  **CHAMPUS** (Sponsor's SSN)  **CHAMPVA** (VA File #)  **GROUP HEALTH PLAN** (SSN or ID)  **FECA BLK LUNG** (SSN)  **OTHER** (ID) ☑

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
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

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

**3. PATIENT'S BIRTH DATE** MM 04 DD 30 YY 54   **SEX** M ☑ F ☑

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

**5. PATIENT'S ADDRESS** (No., Street)
1501 MCLEAN CORNER LANE

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☑  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)
1501 MCLEAN CORNER LANE

**CITY** MCLEAN  **STATE** VA

**8. PATIENT STATUS**
Single ☐  Married ☐  Other ☐

**CITY** MCLEAN  **STATE** VA

**ZIP CODE** 22101  **TELEPHONE** (Include Area Code) ( 703 ) 288 1227

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

**ZIP CODE** 22101  **TELEPHONE** (INCLUDE AREA CODE) ( 703 ) 288 1227

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)
SUE, M. SANDRA

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
700459

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES ☐  NO ☑

**a. INSURED'S DATE OF BIRTH** MM 04 DD 30 YY 54  **SEX** M ☐ F ☑

**b. OTHER INSURED'S DATE OF BIRTH** MM 04 DD 30 YY 54  **SEX** M ☐ F ☑

**b. AUTO ACCIDENT?**  **PLACE (State)**
YES ☑  NO ☐

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐  NO ☑

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
UNITED HEALTHCARE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
AUTO INSURANCE PLAN

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☑  NO ☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED on file  DATE 2/5/02

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED on file

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM 04 DD 10 YY 00  INJURY

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**
DAVID PATTERSON

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM MM DD YY  TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**  **$ CHARGES**
YES ☐  NO ☑

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 739.1
2. 739.3
3. 
4.

**22. MEDICAID RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A DATE(S) OF SERVICE | | | | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | | |
| 02 | 15 | 02 | 02 | 15 | 02 | 11 | | 97112 | | 1 2 | 30 | 00 | 1 | | | | |
| 02 | 15 | 02 | 02 | 15 | 02 | 11 | | 97530 | | 1 2 | 30 | 00 | 1 | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ☐ EIN ☐
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

**26. PATIENT'S ACCOUNT NO.**
SUESA000  298

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☐  NO ☐

**28. TOTAL CHARGE**
$ 60 00

**29. AMOUNT PAID**
$

**30. BALANCE DUE**
$ 60 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED Pamela W. Wood  DATE 2/5/02

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
PAMELA WOOD PT
933 N. KENMORE ST.  #408
ARLINGTON, VA 22201

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  **PLEASE PRINT OR TYPE**  To reorder call Graftek 800/848-2992  FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

UNITED HEALTHCARE
ATLANTA, GA 30374-0800

**7**

P

## HEALTH INSURANCE CLAIM FORM

PICA | | | | | | | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | ☒ (ID) | 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 | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| SUE, M. SANDRA | 04 30 54  M☐ F☒ | SUE, M. SANDRA |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 1501 MCLEAN CORNER LANE | Self ☒ Spouse ☐ Child ☐ Other ☐ | 1501 MCLEAN CORNER LANE |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| MCLEAN | VA | Single ☐ Married ☐ Other ☐ | MCLEAN | VA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (INCLUDE AREA CODE) |
|---|---|---|---|---|
| 22101 | (703) 288 1227 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 22101 | (703) 288 1227 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| SUE, M. SANDRA | | 700459 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | ☐ YES ☒ NO | 04 30 54  M☐ F☒ |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|
| 04 30 54  M☐ F☒ | ☒ YES ☐ NO | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES ☒ NO | UNITED HEALTHCARE |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| AUTO INSURANCE PLAN | | ☒ YES ☐ NO  If yes, return to and complete item 9 a-d. |

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _On file_   DATE 2/28/02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _On file_

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 04 10 00  INJURY | | FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| DAVID PATTERSON | | FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐ YES ☐ NO | $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. |_739.1_  3. |___
2. |_739.3_  4. |___

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 02 | 28 | 02 | 02 | 28 | 02 | | | 97140 | 1 2 | 30 00 | 1 | | | | |
| 02 | 28 | 02 | 02 | 28 | 02 | 11 | | 97110 | 1 2 | 30 00 | 1 | | | | |
| 02 | 28 | 02 | 02 | 28 | 02 | 11 | | 97112 | 1 2 | 30 00 | 1 | | | | |
| 02 | 28 | 02 | 02 | 28 | 02 | 11 | | 97530 | 1 2 | 30 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 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 | ☐ | SUESA000  305 | ☐ YES ☐ NO | $ 120 00 | $ | $ 120 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # |
|---|---|---|
| SIGNED _Pamela Wood_  DATE 3/8/02 | | PAMELA WOOD PT  933 N. KENMORE ST.  #408  ARLINGTON, VA 22201  PIN#  GRP# |

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    **PLEASE PRINT OR TYPE**    To reorder call Graftek 800/848-2992

FORM HCFA-1500 (12-90)
FORM OWCP-1500
FORM RRB-1500

# DRS. ARLING & PATTERSON, PC

## Internal Medicine
### 2440 M Street, NW, Suite 817
### Washington, DC 20037-1404

8

**Office:** (202)833-5707                          **Fax:** (202) 833-5712

TO: _Physical Therapist_

COMPANY: _____

FAX NUMBER: _703-527-8446 # 5_

TOTAL PAGES: _1_        DATE: _1/15/02_        TIME _____

************************************************************
The information contained in this fax transmittal is intended only for the use of the individual
or entity named above. It may be subject to the doctor/patient privilege and is CONFIDENTIAL. If
the reader of this message is not the intended recipient, you are hereby notified that any
distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify us by telephone and destroy this fax. Thank you
************************************************************

## ADDITIONAL INSTRUCTIONS:

Tel.: (202) 833-5707            Medicaid Provider #0474100            AA 5(75354
                                                                      /BP 0168944

### DRS. ARLING & PATTERSON, P.C.
BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.

2440 M Street, N.W., Suite 817                    Washington, DC 20037

Name _M. Sandra Sue_            Date _1/15/02_

Address _____

R: _Dr. Neck Pain_
     _Lumbar Pain_

    _Evaluate & treat for PT_

Label As To Contents

Refill · 0 · 1 · 2 · 3 · 4 · 5 · PRN            _D.W. Patt_            M.D.

## IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (202) 833-5707



**IMI OF ARLINGTON**

2300 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART#: 27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201          PHONE #:          FAX #:
Arlington, VA 22205                        (703) 358-8222     (703) 358-9494

PROCEDURE:    LUMBAR SPINE WITH AND WITHOUT CONTRAST

CLINICAL INDICATION:        Low back pain. Surgery nine years ago.

TECHNIQUE:    A sagittal T2-weighted sequence was performed with 4.0 mm slice thickness. Transverse T1-weighted sequence was performed with 4.0 mm slice thickness. Pre- and post contrast sagittal T1-weighted sequences were performed with 4.0 mm slice thickness.

FINDINGS:    At L5-S1 there is evidence for left hemilaminotomy with attenuation of the left ligamentum flavum. There is diffuse central minimal postoperative disc bulge with minimal enhancing granulation tissue in the posterior annulus and very minimal scar tissue around the left S1 nerve. The intervertebral disc shows mild to moderate degeneration. Plain films would be best to assess for vertebral body number to exclude a transitional spine.

At L4-5 there is mild to moderate hypertrophy of the ligamentum flavum bilaterally with very minimal degeneration of the right facet joint. The foramina are patent.

The L3-4 level is unremarkable. At L2-3 the intervertebral disc shows minimal degeneration with diffuse central very minimal disc bulge and an anterior minimal disc bulge with minimal tear.

The remaining levels are unremarkable. There is no evidence for acute disc herniations, retained fragments, spinal stenosis or foraminal impingement. The vertebral bodies show no spondylolisthesis, fractures or bone marrow abnormality. The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.    AT L5-S1 THERE IS DIFFUSE CENTRAL MINIMAL POSTOPERATIVE DISC BULGE. PLAIN FILMS WOULD BE BETTER TO ASSESS FOR VERTEBRAL BODY NUMBER TO EXCLUDE A TRANSITIONAL SPINE.
2.    AT L2-3 THE INTERVERTEBRAL DISC SHOWS MINIMAL DEGENERATION
3.    AT L4-5 THE RIGHT FACET JOINT SHOWS VERY MINIMAL DEGENERATION.

Thank you for referring this patient.

Louis Frillox, III, M.D./eg



**IMI OF ARLINGTON**

2300 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART #:  27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201                    PHONE #:            FAX #:
Arlington, VA 22205                                 (703) 358-8222      (703) 358-9494

PROCEDURE:    CERVICAL SPINE WITHOUT CONTRAST

CLINICAL INDICATION:        Neck and left shoulder pain.

TECHNIQUE:    Sagittal and sagittal oblique T1-weighted sequences were performed at 4.0 mm slice thickness
and sagittal and transverse T1-weighted sequences were performed at 4.0 mm slice thickness. There is minimal
motion artifact on sagittal T2-weighted scans. Otherwise, the study is considered diagnostic.

FINDINGS:     At C3-4 there is diffuse central minimal disc bulge.

At C4-5 there is diffuse central moderate to marked chronic disc bulge with the intervertebral disc showing
moderate degeneration, especially anteriorly, with decreased disc space height.

At C5-6 there is diffuse central, left greater than right, moderate to marked chronic disc bulge indenting the thecal
sac, without spinal stenosis. The intervertebral disc shows mild to moderate degeneration.

At C6-7 there is diffuse central, right greater than left, moderate chronic disc bulge. The intervertebral disc shows
mild degeneration.

There is no evidence for left-sided acute disc herniation, spinal stenosis or foraminal impingement. The vertebral
bodies show a relative straightening which would be better assessed on plain films. Otherwise, the vertebral bodies
show no fractures or bone marrow abnormalities. There is a minimal Schmorl's node involving the inferior end-
plate of C5 on the left. The cervical cord is normal in configuration. The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.    AT C5-6 THERE IS DIFFUSE CENTRAL, LEFT GREATER THAN RIGHT, MODERATE TO
      MARKED CHRONIC DISC BULGE WITHOUT SPINAL STENOSIS.
2.    AT C4-5 THERE IS DIFFUSE CENTRAL MODERATE TO MARKED CHRONIC DISC BULGE.
3.    AT C6-7 THERE IS DIFFUSE CENTRAL, RIGHT GREATER THAN LEFT, MODERATE CHRONIC
      DISC BULGE.

Thank you for referring this patient.

Louis Friedes, M.D./eg

**Hand N Hand Therapy**
**933 N. Kenmore Street #408**
**Arlington, VA  22201**

Date: _11 0 03_

## Patient Information

Name _MARCHREE_    _SANDRY Suc_    Date of Birth _4/30/_

Street _1501 McJean Corner Lane_

City _McJean_    State _VA_    Zip _22101_

Social Security # _220.62.9009_    Occupation _Sales_

Home phone _703. 288.1277_    E-mail _ssue@imshealth.com_    Work phone _703 355 1232_

In case of emergency, contact _Judy Lettes_    Phone _703 407 3100_

Referred by _Dr Phleyson_    How did you hear about us? _____

## Insurance Information-- Do you have Tricare?    YES    NO

Plan name _____    ID # _____

Insurance address _____

Phone _____    Group name or number _____

Policy holder _____    Relationship to patient _____

Employer _____    Social Security Number _____

## Medical History

Primary physical problem _Pain   Neck,  Low  Back_

Date of onset _04 10 00_

## Is this a workers compensation case?    yes    no

Do you have or have you previously had:

| | | | Comments: |
|---|---|---|---|
| Arthritis | yes | no | |
| Broken bones | yes | no | |
| Joint pain | yes | no | — arthres knee/shoulders |
| Osteoporosis | yes | no | |
| Severe sprains | yes | no | — gained 30lbs & need 2 |
| Recent weight loss/gain | yes | no | currently dieting |
| Radiating pain in limbs | yes | no | |
| Numbness or tinging | yes | no | |
| Changes in bowel/bladder | yes | no | |

Page 1 of 2

Pamela A. Wood, P.T.
VA License #2036

S. Lewy, M.P.T.
staff therapist

S. Wagner, M.S.P.T.
staff therapist

Diane T. Strond, P.T.
VA License #2734

Name: Sandy Sue

*slight to murmur*

| | | | |
|---|---|---|---|
| Heart condition | | (yes) | no |
| High blood pressure | | yes | (no) |
| Hemophilia | | yes | (no) |
| Pneumonia or other respiratory problem | | yes | (no) |
| Diabetes | | yes | (no) |
| Cancer | | yes | (no) |
| Cysts or tumors | | yes | (no) |
| Anxiety/panic attacks | anx | (yes) | no |
| Loss of breath on exertion | | (yes) | no |
| Palpitations/racing heart | | yes | (no) |
| | | | |
| Concussions | | yes | (no) |  — Ø falls reported |
| Periods of dizziness | | (yes) | no |  staus dizzy (x id) |
| Surgery | | (yes) | no |
| (hernia, gall bladder, gyno......) | | | |
| Other: | laminectomy + fusion | | |
| | | | |
| Are you on medication? | | (yes) | no |
| Do you use contact lenses? | | yes | (no) |
| Are you pregnant? | | yes | (no) |
| Are you allergic to latex? | | yes | (no) |
| Are you allergic to bee stings? | | yes | (no) |
| Do you have night pain? | | (yes) | no |

Please list your current medications: Effexor, Imazipam, hydrocodone, MSM, CoQ..

What other health practitioners have addressed your problem? Did this provide you any relief?
Chiropractic — some

Please describe your general diet, water and supplement intake: Lots of fruit, minimal meat, Multivitamin, E, Calcium, some vegetables, C w/ rosehips, lots of water

What techniques do you use for relaxation: meditation, exercise, include supplement

*Patient Authorization*

I, M. Sandy Sue _____ understand that, although I might be covered under a medical insurance policy, I am primarily responsible for payment of any charges for services rendered. I also understand this office is not a certified Medicare provider and I am responsible for full payment of charges for services rendered. I understand that H-N-H must do the paperwork for ALL primary TRICARE referrals.

I certify that the information provided on this sheet is correct, and I further authorize the release of any necessary information, including medical information, for this or any related claim. I permit a copy of this authorization to be used in place of the original. This authorization may be revoked by me, in writing, at any time.

Signature of patient or parent/guardian ___M. Sylvia Sue___ Date 1/18/07

Page 1 of 2

Pamela A. Wood, P.T.
VA License #2036

S. Lewy, M.P.T.
staff therapist

S. Wagner, M.S.P.T.
staff therapist

Diane T. Stroud, P.T.
VA License #2714

**UnitedHealthcare**
myuhc.com
Rx Bin 610014-UNEALTH
MARGARET S. SUE
Member #    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
IMS HEALTH INCORPORATED

UnitedHealthcare
POS

700-478-0009

Group #   700459
COPAY: Office Visit $10 ER $50
   Urgent Care Center $10

Electronic Claims Payer ID 87726                    MTH

Call toll-free 888-478-4756 for Member Services

This card does not prove membership nor guarantee coverage.
For verification of benefits, please call Member Services.

IMPORTANT MEMBER INFORMATION
If you need health care services, call your primary physician
(PCP). For out of network services that require
authorization, call Member Services at the number on the
front of this card. If you have an emergency and are admitted
to a hospital, call your primary physician within 24 hours.

Claim Address: PO BOX 740800, Atlanta, GA 30374-0800

United HealthCare Insurance Company                Issued:07/16/01

Hand-N-Hand Therapy    **14**
933 North Kenmore S    #408
Arlington, VA 22201

# Fax Cover Sheet

DATE: 18 JANUARY 2002              TIME: 10:30 AM

TO: DAVID PATTERSON, MD            PHONE: (202) 833-5707
                                   FAX: (202) 833-5712

FROM: STEPHANIE LEWY, MPT          PHONE:    703 527-8446
                                   FAX:      703 527-8446 *51

RE: M. SANDRA SUE

Number of pages including cover sheet: 1 2
if you have received this fax in error please contact Hand-N-Hand Therapy, 703 527-8446

Comments: For your review


Dear Dr. Patterson:

Thank you for referring Sandra Sue to our physical therapy practice. Ms. Sue was seen for her initial evaluation on 18 January 2002 and has already scheduled subsequent visits.

Subjectively, Ms. Sue reports involvement in a rear-end motor vehicle accident in 10 April 2000 at which point she felt immediate onset of neck and low back symptoms. Currently, she reports feeling "tingling/coldness" in her left distal forearm and left fourth and fifth digits, and numbness in bilateral buttocks and her left toes. She indicates the average intensity of her neck and low back pain to be 7/10 on a 0 to 10 pain scale, and notes that at times her pain reaches a level of 10/10 intensity. She states driving, prolonged sitting, and lifting all exacerbate her neck symptoms, while supine to sit and car transfers increase her low back pain. She states that before buying a new bed, she was only able to sleep in a recliner.

Objective examination yields the following results. Postural scan reveals forward head and rounded shoulder posturing, depression of the left shoulder, increased lumbar lordosis, and elevation of the left iliac crest, ASIS, and PSIS. Ms. Sue also has a well-healed lumbar incision from a previous laminectomy, however marked "puckering"/indentation is noted in the skin over the scar. Cervical active range of motion (ROM) measures: forward bend=58°, backward bend=within functional limits, right and left sidebend both are 50°. Right shoulder ROM (flexion, abduction and external rotation) is within functional limits except right shoulder internal rotation=60°. Left shoulder flexion and external rotation are within functional limits; left abduction is limited to 118° (with the patient indicating radicular symptoms); left internal rotation=50°. Hip ROM measures are as follows: abduction: left=32°, right=26°; adduction: left=5°, right=6°; extension: left=-5° from neutral, right=-2° from neutral; external rotation: left=37°, right=45°; and bilateral hip flexion and internal rotation measures are within functional limits. It is notable that both hips track medially with passive supine hip flexion. Moderate restrictions are observed in bilateral ankle dorsiflexion, and increased tone is noted with left ankle dorsiflexion. Bilateral upper and lower extremity myotome strength testing yields 5/5 results for gross muscle strength. Decreased muscle pliability is palpable over bilateral sternocleidomastoid, scalene, trapezii, subclavius, pectoralis and suboccipital musculature, as well as bilateral hip external rotators, quadratus lumborum and iliotibial bands. Finally, bilateral hamstring and pectoralis muscle length deficits are noted.


Diane T. Stroud, PT                          Pamela A. Wood, PT
co-owner Hand-N-Hand Therapy                 co-owner Hand-N-Hand Therapy

Ms. Sue's plan of care will incorporate manual techniques to address the aforementioned musculoskeletal deficits with an emphasis on decreasing muscular and soft tissue restriction and restoring proper joint alignment and mechanics. Neuromuscular re-education will be utilized to promote precision and efficiency with functional movement patterns. Additionally, she will receive instruction in therapeutic exercise for increased upper and lower extremity strength and flexibility as well as pelvic and lumbar stabilization.  Please feel welcome to call with any comments or questions

Sincerely,

Stephanie Lewy, MPT

Stephanie Lewy, MPT

Diane T. Stroud, PT
co-owner Hand-N-Hand Therapy

Pamela A. Wood, PT
co-owner Hand-N-Hand Therapy

1-18-02

Hx: Pt reports L5/S1 laminectomy 10 yrs ago. States it has been pretty consistent since then. Reports MVA 4-11-00 which was severe - "totaled my car." Was hit from... Went via ambulance to GW Hospital - had x-rays of neck which were "not serious". Reports neck pain began immediately ⨍ MVA & that low back pain was exacerbated. Pts notes feeling "tingling/coolness" ℗ distal forearm L4th & 5th digits which has been consistent since injury. 4th pain ē driving, prolonged sitting, lifting, problems ē memory/concentration. Neck pain now = 7/10 worst = 1/10 low back pain = 7/10, worst = 10/10. Sitting > 2 min ↑'s LBP, ↑ P! ē sustain ⟷ sit, car transfers. ___ reports "numbness" Pt notes pain ↑'s ē coughing, sneeze, strain - reports ⊥ᵖᵉᵈ & worse ē ℗ buttocks & ℗ toes. Back & neck - better ē ___ & ___ - Reports sometimes having to sleep in chair or temporarily ē bed. Occ: Sales & Marketing.  Fam: 2 yrs. & 6 yrs. daughter

## Posture

℗ FH ⊕ PS  ℗ Quincre cast, ASIS & PSIS ↑'d, 4th lumbar ___ ℗ shoulder depressed  ℗ shoulder/___ more external ℗
℗ shoulder forearm more internal than ℗  well-healed lumbar incision - however mid. lumbar skin ē marked induration

## Neuro

℗ UE's & LE's grossly intact to light touch
↓ Pt notes ↓↑'d ℗ achilles DTR - N/T today
Shoulder ROM

℗ = WFL √! ABD, ER; IR = 60° @ 90° abd
℗ = abd = 118° ē radicular complaint
      flex = WFL
      ER = WFL
      IR = 50°

## Hips

|       | ℗     | ℗    |
|-------|-------|------|
| abd   | 32°   | 26°  |
| add   | 3°    | 6°   |
| flex  | WFL   | WFL  |
| ext   | -5°   | -2°  |
| IR    | WFL   | WFL  |
| ER    | 37    | 15°  |

★ ℗ hips track medially

## C/S ROM

FB = 58
℗ SB = 50
BB = WNL

mod ↓ ℗ ankle dorsiflex
↑'d tone ↑TP's of ē ℗ ankle DF

## Palpation

↑'d muscle play ℗ SM, scalenes, trapezii, sub-cranius, pecs, hip internal rotators, ITB/TFL's, quadratus lumborum, suboccipital.

## Strength

℗ UE & LE myotomes grossly 5/5
for muscle strength

℗ hamstring & pec muscle length deficits

Initial Evaluation 1-18-02 (cont'd)                    17

<u>Assessment</u>: Problem list: ① Postural deviations ② ↓'d
ROM ⑧ shoulders, hips, ankles ③ ↓'d pectoral and ham-
string muscle length ④ ↓'d muscle play cervical soft-
tissues

<u>Short Term Goals</u> (x 0-4 wks)
① Pt to be Ⓘ in HEP to ↑ shoulder/hip flexibility & lumbar
        stability
② Pt to sit x 30 min while dining c̄ ≤ 5/10 back & neck pain
③ Pt to perform supine ⟷ sit c̄ abs bracing & proper technique
        c̄ ≤ 5/10 pain

<u>Long Term Goals</u> (x 4-8 wks)
① Pt to perform car transfers c̄ ≤ 3-4/10 pain.
② Pt to demonstrate proper body/lifting mechanics when
        carrying 5-10# bag.
③ Pt to drive x 30 min c̄ ≤ 3/10 pain.

<u>Plan</u>
    Pt to receive manual therapy including STM, fascial
and tender point releases, LDT and joint mobs. to
address aforementioned restriction. Neuro Reed will
be utilized to ↑ efficiency & precision of movement
patterns. Pt to receive HEP pt ↑'d shoulder, hip &
ankle flexibility as well as ↑ core strength/stability
                                Stephanie Ueng, PT



THERAPY

① Shoulder Circles
up - back and down
SLOWLY. Repeat
10-20x.

② Rhomboid Stretch. Keeping
Shoulders down - bring one
arm across your chest. Hold
30 sec - 2-3x on each side.

③ Breathing w/ balloon' image.
Think of the balloon in your
Ribcage expanding   a) up ⟷ down
                    b) front ⟷ back
                    c) side ⟷ side

* determine if we need to send bills
to auto insurance, United
Health care or both

933 N. Kenmore St. #408            Phone: 703/527-8446
Arlington, VA 22201               Fax: 703/527-8446'51
                pw:lspt@erols.com

M Sandra Sue

1-25-02

S: Pt notes she continues to experience neck and low back pain c̄ for the first 1-2 minutes of sitting. She states her neck was most symptomatic yesterday and the intensity of her pain was 9/10. c̄ Rx today, rated neck pain as 2/10.

O: Min ↓ (Ⓛ > Ⓡ restriction) for cervical sidebend. Min ↓ (ℝ Ⓛ restrict) for c/s rot. Min ↓ (Ⓡ > Ⓛ) for hip abd. Mod ↓ (Ⓡ > Ⓛ restrict) for hip adduction. Min/mod ↓ Ⓛ shoulder IR, min ↓ Ⓡ shoulder IR. Ⓡ diaphragm restriction noted. Alt muscle play Ⓛ > Ⓡ trapezii, suboccipitals, pectoralis, SCM, biceps; Ⓡ > Ⓛ serratus ant, latissimus dorsi, iliopsoas. Rx: Manual STM, fascial release, neuro re-ed, contract relax & breathwork, thorax-per sheet.

A: Continues c̄ notable soft tissue restrictions throughout the thorax. Shoulder & neck mobility ↑'d c̄ manual techniques.

P: Neuro re-ed 1st sitting & sit⟹ stand next visit. Cont manual.
————————— Stephanie Levy MPT —————

2-01-02

S: Pt notes she has had a rough week. Reports her mother had been in hospital and she has been caring for her mother and therefore missing time to do exercises. She notes ↑'s in both neck & low back symptoms.

O: ↓ lying hip ext: Ⓛ = 4° Ⓡ: 8°  Hip add: Ⓡ = 7° Ⓛ: 10°. Min Ⓑ hip flexion. Min ↓ (Ⓡ > Ⓛ restrict) hip IR. Min ↓ (Ⓛ > Ⓡ) cervical sidebend. Shoulder IR Ⓡ: 12° Ⓛ: 55°. Mod ↓ Ⓑ ankle dorsiflex (Ⓛ > Ⓡ restriction). Alt muscle & fascial mobility Ⓑ plantar fascia. ↓'d muscle play Ⓑ quadratus lumborum, iliopsoas, tibialis ant, SCM, scalenes, pecs, serratus & lats. Rx: Manual STM, fascial release, neuro re-ed, thorax- added superball, long/sit calf stretch, hip hinge.

A: ↑'d hip mobility compared to initial eval. Appropriate to cont techniques to open Ⓑ foot/ankle complexes.

P: RTA Ⓑ ankles/feet next Rx.
————————— Stephanie Levy MPT —————

Emailed United

Sandra Sue

2-08-02

S: Pt notes she feels her neck and low back are feeling
incrementally improved. Still reports achiness in the
low back.

O: Hip add: Ⓑ = 6°  Ⓛ = 10°. √d Ⓑ trunk/pelvic rotation in
hooklying. Hip ext: Ⓑ = 7°  Ⓛ = 8°. Fascial restriction
noted inferiorly Ⓑ ITB's and also √d fascial molecule of
the sternum. Ⓑ hip flex & ER = WFL. Min ↓ Ⓛ CIS & fascial
Ⓑ CIS ROT = WFL p̄ P.P. √d muscle play Ⓑ hip external
Ⓑ rotators, iliopsoas & quadratus lumborum, also Ⓑ BLN,
psoases and rapitis. Rx: Manual STM, diaphragm
techniques & fascial release, suboccipital release, Neuro
re-ed, thorx   P NMES for joint tracking, √d m. play Ⓑ
Addendum: L4/5 & L5/S1 Ⓑ rotated; √d m. play Ⓑ
suboccipitals.

A: ↑'d hip & pelvic/trunk mobility p̄ manual techniques.
lumbar vertebrae more neutral p̄ joint tracking.
Level of variability ↑ing.

P: Cont c̄ manual techniques & neuro re-ed.
                         Stephanie Lewy MPT ————

2-15-02

S: Pt notes her neck continues to improve — notes symptoms
are primarily in her low back today.

O: Hip Ext: Ⓛ = 8°  Ⓑ = 10°. Minimal ↓ Ⓑ hip add (Ⓔ v Ⓕ Trunk rotation)
Min ↓ Ⓑ hip IR. √d muscle play Ⓑ tibialis ant, gastroc &
soleus, hip external rotators, quadratus lumborum &
lumbar paraspinals. Ⓑ Ⓑ gastroc & rectus muscle length
deficits. L4/5 & L5/S1 continue in a Ⓑ rotated position.
Rx: Neuro Re-ed - Contract Relax, therex - stab lumbar c̄
ROT c̄ abdominal work, manual STM & fascial release
lumbar tracking.

A: ↓ hip extension remains limited. Segmental Rotation
lower lumbar spine improves c̄ joint tracking.

P: 2/A Ⓑ shoulders next Rx.
                         Stephanie Lewy MPT

2.28.02

S: Pt notes travelling to ~~work~~ New York 1½ weeks ago and that the prolonged sitting exacerbated pain. Reports that it has taken 1½ wks for symptoms in low back to diminish. Today, she indicates low back pain is greater than neck symptoms.

O: Hip aDd: (R) = 4, (L) = 10, ↓min ↓ (B)hip IVR, ↓min ↓ (B)hip aBd ((L) > (R) restriction). (B) hip ER = WFL. ↓'d (R) trunk/pelvic rotation in hooklying. (L) shoulder IR = minimal ↓, (R) shoulder IR. (B) C/S rotation = WFL. ↓'d muscle play (B) quadratus lumborum, hip external rotators, sartorius, gracilis, serratus, latissimus, SCM, scalenes & thoraco-lumbar paraspinals. (B) diaphragm restriction noted. (L) lower ribcage more ant & outward rotation. Px: manual STM, fascial release, neuro re-ed - breathwork, thorax.

A: ↑'d trunk/pelvic mobility p̄ manual techniques. Good release of soft tissues p̄ session.

P: Lumbar stabilization ex's next visit.

_____ Stephanie Leary dpt?_____