# KENNETH J. ANNIS & ASSOCIATES
### ATTORNEYS AT LAW
### SUITE 800
### 1100 CONNECTICUT AVENUE, N.W.
### WASHINGTON, D.C. 20036

KENNETH J. ANNIS  
MAUREEN COSTIGAN

TEL (202) 785-2244  
FAX (202) 785-2051

April 5, 2002

Office of the General Counsel  
Attn: Donald Reed, Esquire  
Department of Commerce  
14th & Constitution Avenue, N.W.  
Room 5890  
Washington, DC 20230

Re:  My Client:           Margaret Sandra Sue  
     Your Employee:        Obami Cinge Wray  
     Date of Occurrence:   April 10, 2000  
                             Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find Dr. David Patterson's records and bill in the amount of $589.00 regarding Ms. Sue.

Therefore, the total amount of specials for Ms. Sue to date is $25,666.83.

Additional specials will be forwarded upon receipt.

                                        Sincerely,

                                        Kenneth J. Annis

KJA/mc  
Enclosures

# DRS. ARLING & PATTERSON, PC
## INTERNAL MEDICINE

_____ Arling, MD, F_CP UPIN# B93978
_____ Patterson, MD UPIN# C62781
D #_-1194473

2440 M STREET, NW #817
WASHINGTON, DC 20037-1404

OFFICE: (202) 833-570_
FAX: (202) 833-57_ _

| OFFICE VISITS | CODE | FEE |
|---|---|---|
| ESTABLISHED PATIENTS | | |
| Level I (No MD) | 99211 | |
| Level I | 99211 | |
| Level II | 99212 | |
| Level III | 99213 | |
| Level IV | 99214 | |
| Level V | 99215 | |
| NEW PATIENTS | | |
| Level I | 99201 | |
| Level II | 99202 | |
| Level III | 99203 | |
| Level IV | 99204 | 225 |
| Level V | 99205 | |
| OFFICE PROCEDURES | | |
| Flexible Sigmoidoscopy | 45330 | |
| 24-Hr Holter EKG | 93224 | |
| EKG & Interpretation | 93000 | 70 |
| Impacted Cerumen Removal | 69210 | |
| Phlebotomy | G0001 | 45 |
| Pulmonary Function Test | 94010 | |
| Post Bronchodilator | 94060 | |
| Audiometry | 92551 | 25 |
| Telephone Consultation, Est. Pat. | 99373 | |
| Memory Screening | 96100 | |
| INJECTIONS | | |
| Injection Administration | 90782 | |
| IM Injection | 90788 | |
| Diptheria-Tetanus Booster | 90718 | |
| TP Skin Test (Int. PPD) | 86580 | |
| A___ Shot | 95115 | |
| Measles, Mumps, Rubella Vaccine | 90707 | |
| Chicken Pox Vaccine | 90716 | |
| Polio | 90713 | |
| Typhoid Vaccination | 90691 | |
| Influenza Vaccination | 90658 | |
| Pneumococcal Vaccination | 90732 | |
| Hepatitis-A Vaccination | 90633 | |
| Hepatitis-B Vaccination | 90746 | |
| Hepatitis-A/B | 90636 | |
| B-12, Iron, Testosterone Inj. | 90782 | |
| Lyme Vaccination | 90665 | |
| Meningococcal Vaccine | 90733 | |

| LABORATORY | CODE | FEE |
|---|---|---|
| Stool Occult Blood 3 @ | 82270 | 30 |
| Stool for Ova & Parasites | 87177 | |
| Pap Smear (VCE) | 88150 | |
| Thin Prep PAP Test | 88142 | |
| Gram Stain | 87205 | |
| Trichomonas Wet Prep | 87210 | |
| Urine Analysis | 81000 | 10 |
| Urine Culture & Sensitivities | 87184 | |
| Bacterial Culture (Definitive) | 87076 | |
| Blood Culture & Sensitivities | 87040 | |
| Lyme IgG, IgM | 86317 | 74 |
| CBC w/Differential | 85025 | 24 |
| Blood Group & Rh Type | 86900 | |
| Sedimentation Rate | 85651 | |
| Reticulocyte Count | 85044 | |
| Serum Iron | 83540 | |
| Total Iron Binding Capacity | 83550 | |
| Ferritin | 82728 | |
| B-12 (RIA) | 82607 | |
| Prothrombin Time (PT) | 85610 | |
| Partial Thromboplastin Time (PTT) | 85730 | |
| Heterophile Ab Titer (Mono Spot) | 86308 | |
| Hepatitis A Antibody IgM | 86708 | |
| Hepatitis B Surface Antigen | 87340 | |
| Hepatitis B Core Antibody | 86704 | |
| Hepatitis B Surface Antibody | 86706 | |
| Hepatitis C Ab | 86803 | |
| Syphillis (RPR) Titer | 86592 | |
| Pregnancy (hCG-QL) | 84703 | |
| Free Thyroxine | 84439 | |
| T3 Total | 84480 | |
| Thyroxine (T4) | 84436 | |
| TSH | 84443 | 44 |
| Prolactin | 84146 | |
| Progesterone | 84144 | |
| Serum Estrogens | 82672 | |
| FSH | 83001 | |
| LH | 83002 | |
| Cortisol | 82533 | |
| FANA w/Titer & Pattern | 86256 | |
| Rheumatoid Factor & Titer | 86430 | |
| ASO Titer | 86060 | |
| C-Reactive Protein (Quantitative) | 86140 | |

| LABORATORY (Cont'd) | CODE | FEE |
|---|---|---|
| Quantitative IgE (Immunoglobulin) | 82785 | |
| Quantitative IgG/A/M (Immunoglobulins) | 86329 | |
| Magnesium | 83735 | |
| Lithium | 80178 | |
| Dilantin Level | 80185 | |
| Tegretol Level | 80156 | |
| Lead (Blood) | 83655 | 30 |
| SMA-25 | 80053 | 30 |
| CPK | 82550 | |
| Amylase | 82150 | |
| Glucose | 82947 | |
| GTT ( Hour) | | |
| Lipid Panel Inc. HDL/LDL | 80061 | 60 |
| Glycohemoglobin (Hemoglobin A 1C) | 83036 | |
| Prostate Specific Antigen (RIA) | 84153 | |
| Free PSA | 84154 | |
| Carcinoembryonic Antigen (CEA) | 82378 | |
| HIV Antibody | 86701 | |
| Western Blot | 86689 | |
| T-Lymphocyte Panel | 88180 | |
| Helicobacter Pylori | 86677 | |
| HIV Viral Load | 83898 | |
| | 83890 | |
| Free Testosterone | 84402 | |
| Testosterone | 84403 | |
| DHEA | 82626 | |
| Homocysteine | 83090 | |
| Methylmalonic Acid | 82486 | |
| Valproic Acid (Depakote) | 80164 | |
| Thyroglobulin Ab | 86800 | |
| Microsomal Ab | 86376 | |

**DIAGNOSIS OR SYMPTOMS:** Lead Poisn; Memory Loss; Carotid Murmur; Colitis

Doctor's Signature: _[signed]_

| ACCOUNT NO. | DOCTOR | DATE OF SERVICE | PREVIOUS BALANCE | .00 |
|---|---|---|---|---|
| 15948 | DAVID W PATTERSON, M | 01/09/02 | | |
| PATIENT NAME | | BIRTH DATE | TODAY'S CHARGES | $589 - |
| M. SANDRA SUE | | 04/30/54 | | |
| ONSIBLE PARTY | | PHONE NUMBER | | |
| | | 288-1227 | | |
| ADDRESS | | | TODAY'S PAYMENT | 589 ck |
| 1501 MCLEAN CORNER LN | | | | |
| CITY | CITY | ZIP | NEW BALANCE | -0- |
| MCLEAN | VA | 22101 | | |

OFFICE COPY

098216

BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

3

| INTERNAL MEDICINE | | | PROGRESS NOTES |
|---|---|---|---|
| Name SUE,M,Sandra | DOB: 4-30-54 | Age: 47 | |

01-17-02 I spoke to Marge Clancy today in reference to Ms. Sue. I told her that I had sent her to physical therapy and that we would continue to try to taper her pain medicines and we will proceed according to her response.

3/25/02 pt informed to set up appt for FU after PT sessions   mw

DWP   David W. Patterson, M.D./kb
(Transcription date 01-17-02)

Hand-N-Hand Therapy
933 North Kenmore St. #408
Arlington, Va 22201

# Fax Cover Sheet

DATE: 18 JANUARY 2002      TIME: 10:30 AM

TO: DAVID PATTERSON, MD      PHONE: (202) 833-5707
                                     FAX: (202) 833-5712

FROM: STEPHANIE LEWY, MPT      PHONE:   703 527-8446
                                        FAX:      703 527-8446 *51

RE: M. SANDRA SUE

**Number of pages Including cover sheet:** ✗ 2
**If you have received this fax In error please contact Hand-N-Hand Therapy, 703 527-8446**

**Comments:** For your review

Dear Dr. Patterson:

Thank you for referring Sandra Sue to our physical therapy practice. Ms. Sue was seen for her initial evaluation on 18 January 2002 and has already scheduled subsequent visits.

Subjectively, Ms. Sue reports involvement in a rear-end motor vehicle accident in 10 April 2000 at which point she felt immediate onset of neck and low back symptoms. Currently, she reports feeling "tingling/coldness" in her left distal forearm and left fourth and fifth digits, and numbness in bilateral buttocks and her left toes. She indicates the average intensity of her neck and low back pain to be 7/10 on a 0 to 10 pain scale, and notes that at times her pain reaches a level of 10/10 intensity. She states driving, prolonged sitting, and lifting all exacerbate her neck symptoms, while supine to sit and car transfers increase her low back pain. She states that before buying a new bed, she was only able to sleep in a recliner.

Objective examination yields the following results. Postural scan reveals forward head and rounded shoulder posturing, depression of the left shoulder, increased lumbar lordosis, and elevation of the left iliac crest, ASIS, and PSIS. Ms. Sue also has a well-healed lumbar incision from a previous laminectomy, however marked "puckering"/indentation is noted in the skin over the scar. Cervical active range of motion (ROM) measures: forward bend=58°, backward bend=within functional limits, right and left sidebend both are 50°. Right shoulder ROM (flexion, abduction and external rotation) is within functional limits except right shoulder internal rotation=60°. Left shoulder flexion and external rotation are within functional limits; left abduction is limited to 118° (with the patient indicating radicular symptoms); left internal rotation=50°. Hip ROM measures are as follows: abduction: left=32°, right=26°; adduction: left=3°, right=6°; extension: left=-5° from neutral, right=-2° from neutral; external rotation: left=37°, right=45°; and bilateral hip flexion and internal rotation measures are within functional limits. It is notable that both hips track medially with passive supine hip flexion. Moderate restrictions are observed in bilateral ankle dorsiflexion, and increased tone is noted with left ankle dorsiflexion. Bilateral upper and lower extremity myotome strength testing yields 5/5 results for gross muscle strength. Decreased muscle pliability is palpable over bilateral sternocleidomastoid, scalene, trapezii, subclavius, pectoralis and suboccipital musculature, as well as bilateral hip external rotators, quadratus lumborum and iliotibial bands. Finally, bilateral hamstring and pectoralis muscle length deficits are noted.

Diane T. Stroud, PT                                                  Pamela A. Wood, PT
co-owner Hand-N-Hand Therapy                          co-owner Hand-N-Hand Therapy

5

Ms. Sue's plan of care will incorporate manual techniques to address the aforementioned musculoskeletal deficits with an emphasis on decreasing muscular and soft tissue restriction and restoring proper joint alignment and mechanics. Neuromuscular re-education will be utilized to promote precision and efficiency with functional movement patterns. Additionally, she will receive instruction in therapeutic exercise for increased upper and lower extremity strength and flexibility as well as pelvic and lumbar stabilization. Please feel welcome to call with any comments or questions

Sincerely,

*Stephanie Lewy MPT*
Stephanie Lewy, MPT

February 12, 2002

To Whom It May Concern:

Sandra Sue (DOB 4-30-54) was referred to me by Dr. Margaret Clancy for evaluation of chronic back pain and memory loss. The chronic back pain was a result of a motor vehicle accident in which the patient sustained significant musculoskeletal trauma. She had been on substantial doses of narcotic pain medications because of the persistent back pain. As a result of the medication, the patient had developed significant problems with memory loss. After careful evaluation here in my office, the patient, Dr. Clancy and I began on a tapering schedule to get her off the narcotic pain medications to help with her intermittent memory problems.

The patient was referred to physical therapy at Hand-N-Hand Therapy and I am happy to report that she is responding remarkably well to the physical therapy. As a result we have been able to continue to taper her pain medications and her memory is improving. The musculoskeletal discomfort that is a direct result of the motor vehicle accident is improving with the physical therapy.

I suspect that the patient will require at least another six months of physical therapy on a regular basis to get her symptoms under better control. We will continue to reevaluate and update Ms. Sue's condition on an as needed basis. If you have any further need for information please do not hesitate to contact me at the above number.

Sincerely,


David W. Patterson, M.D.
Associate Clinical Professor of Medicine
George Washington University Medical Center

DWP/kb

BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.
2440 M St., NW, Suite 801
Washington, D.C. 20037-1404

| INTERNAL MEDICINE | | PROGRESS NOTES 7 |
|---|---|---|
| Name: SUE, Margaret S. | DOB: 4-30-54 | Age: 47 |

01-09-02  M. Sandra Sue is a 47-year-old WF who presents for follow-up examination. She was referred by her psychiatrist, Dr. Marge Clancy. She has been having problems with chronic back pain and memory changes. She has a long history of upper and lower back pain and in fact had surgery on L5-S1 approximately 10 years ago. She had a laminectomy and fusion. At the time of the surgery she already had nerve damage and lost the Achilles reflex on the left side. She has continued to have at least a low level of pain since then. She was told that she would have the pain and she works hard with physical activity and staying slim to try to keep the pain at bay. However, in April of 2000 she was in a motor vehicle accident. She was rear-ended and both cars were totaled. She did not pass out. She did not hit her head but she did sustain a lot of musculoskeletal trauma. Her neck hurt the worst after the accident. She was seen by another physician and started on **HYDROCODONE** for pain. She has gotten up to about 6 per day just to keep the pain at bay and now is trying to taper off. She had gotten up to as many as 6 or 8 and two weeks ago she started to taper with the hopes of getting off completely. Dr. Clancy has been helping her to decrease this. She notes that she is beginning to have intermittent memory problems and there is a concern that it might be from medications. One afternoon she actually forgot to pick up her 6-year-old daughter at the bus stop, which is unusual for her. Her memory is better with the decrease in the pain meds but she still is having some forgetfulness so she is trying to put more structure and order in her day so that she does not have so much to remember. There is no family history of Alzheimer's or memory loss.

**REVIEW OF SYSTEMS**  She notes that she gets allergy shots. She is allergic to pollen, grasses and tress. She has been getting shots for some time. There is a family history of high cholesterol, therefore, she follows a strict diet and exercise.

**PAST MEDICAL HISTORY**  The patient had back surgery with Dr. Peter Delenick, an orthopedic surgeon, along with a neurosurgeon who assisted. Her daughter is adopted at the age of 3 months. Her name is Anna. The patient is very athletic having participated most of her life in gymnastics and sports. She swims to work out at least an hour per day. She mixes it up with water aerobics, rowing, weight lifting, etc. It very much helps her back. She had an accident in April of 2001 as mentioned but did not have any head trauma. She had mumps, measles and chicken pox as a child. She had hepatitis at the age of 6. She denies a recent tetanus booster. She rarely travels internationally. Her GYN is Dr. McCant, whom she sees once a year. Pap smears have been normal except for one where she required cryosurgery. Last year she had a mammogram, which showed some fibrocystic changes but nothing serious. She is taking **HYDROCODONE, NEURONTIN** 100 mg 2 tablets b.i.d.; **EFFEXOR XR** 75 mg 2 tablets in the morning and one in the evening, **LORAZEPAM** 1 mg ½ in the morning and one at night and **MINOCIN** 100 mg per day for acne. She has no known drug allergies. She does

DAVID W. PATTERSON, M.D.
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

8

INTERNAL MEDICINE                                                    PROGRESS NOTES

Name SUE, Margaret S.            DOB: 4-30-54            Age: 47

01-09-02 (cont.) not smoke. She drinks occasional alcohol. Her dentist is Dr. Dewitt, whom she sees every six months. Her eye doctor is Dr. Snively, whom she sees once a year. She does wear her safety belts when she is in the car and there are smoke detectors in the home. She works in sales out of her home specializing in health care data. She is a graduate of University of Maryland undergraduate and has an MIS degree from GW. She is orignally from Maryland. She is single. She has been with the same partner for 13 years. Her father died at the age of 70 from emphysema. He had smoked until his early thirties and quit. Her mother is in her seventies and is very athletic and healthy but has some psychiatric issues. Her mother had colon cancer 10 years ago but has done well. The patient has had a colonoscopy several times because she has a history of proctitis. Her gastroenterologist is Bob Fisher. She has 2 older brothers one of whom has colitis and one younger sister.

**PHYSICAL EXAM** Pleasant WF, weight 138 lb, height 5'5", BP 110/70, pulse 80. There are no worrisome skin lesions and no adenopathy. HEENT exam is unremarkable. The neck is supple full range of motion without thyromegaly. Carotid pulses are 2+ bilaterally without bruits. The lungs are clear. PMI is nondisplaced with a normal S1 and S2 with a normal S1 and S2. She has a ½ out of 6 systolic ejection murmur heard best at the left lower sternal border without radiation. There are no associated gallops, clicks or rubs. Breasts are without lesions. Abdomen is benign. She has tenderness of the lower spine and of the neck but good range of motion and no changes whatsoever on her neurological examination except for the absence of a left ankle jerk. Strength is excellence. Memory tested at 5 minutes and long-term memory seems to be normal.

**IMPRESSION** 1. Memory loss 2. Back pain

**PLAN** We will complete the exam with an SMA6-12, CBC, urinalysis, lipid profile, thyroid function test, EKG, spirometry, audiometry and TB skin test. I will discuss her work up further with Dr. Clancy. I also think she will do well with a good physical therapist and I will try to get her in to see Pam Woods in northern Virginia.

DWP  David W. Patterson, M.D./kb
(Transcription date 01-09-02)

01-11-02   M. Sandra Sue was informed of her labs and encouraged to go ahead and make an appointment with either Pam Wood or Diane Stroud the physical therapists in Northern Virginia. I will also speak more with Dr. Clancy in reference to her work up.       DWP  David W. Patterson, M.D./kb
(Transcription Date 01-11-02)

## Quest Diagnostics Incorporated — Laboratory Report

Baltimore Laboratory, 1 Sulphur Spring Road, Baltimore, Maryland 21227
Balt. Area - (410)536-1510
D.C. Area - (301)621-5800
U.S.A - (800) LAB - XCEL
C.L.I.A. #: 21D0218877
Medical Director: Robert R.L. Smith, M.D.

PAGE# [ 1 ]
Complete Report

| Field | Value |
|---|---|
| Patient Name | SUE, M S. |
| Sex | F |
| D.O.B. | 04/30/1954 |
| Age | 47 |
| Patient I.D. | 15948 |
| Ordering Physician | DAVID PATTERSON |
| Address | DRS ARLING & PATTERSON, 2440 M ST NW, STE 817, WASHINGTON, DC 20037 |
| Date Drawn | 01/09/2002 |
| Time Drawn | 12:23pm |
| Date Received | 01/09/2002 |
| Date of Report | 01/10/2002 |
| Hospital/ID # | MMM |
| Account Number | 80900 |
| SS # | |
| Specimen Number | AA2068806 |

| Test Name | Results | Units | Reference Range | Site |
|---|---|---|---|---|
| 97178 CS,HLVC*,CBC*,TSH* | | | | |
| WHITE BLOOD CELL COUNT | 5.1 | THOUS/MCL | 3.8- 10.8 | |
| RED BLOOD CELL COUNT | 3.93 | MILL/MCL | 3.80- 5.10 | |
| HEMOGLOBIN | 12.3 | G/DL | 11.7- 15.5 | |
| HEMATOCRIT | 35.9 | % | 35.0- 45.0 | |
| MCV | 91 | FL | 80- 100 | |
| MCH | 31.4 | PG | 27- 33 | |
| MCHC | 34.4 | G/DL | 32- 36 | |
| PLATELET COUNT | 286 | THOUS/MCL | 140- 400 | |
| RDW | 12.5 | % | 11.0- 15.0 | |
| MPV | 8.7 | FL | 7.5- 11.5 | |
| ABSOLUTE NEUTROPHILS | 3014 | CELLS/MCL | 1500- 7800 | |
| ABSOLUTE LYMPHOCYTES | 1663 | CELLS/MCL | 850- 3900 | |
| ABSOLUTE MONOCYTES | 306 | CELLS/MCL | 200- 950 | |
| ABSOLUTE EOSINOPHILS | 82 | CELLS/MCL | 50- 550 | |
| ABSOLUTE BASOPHILS | 36 | CELLS/MCL | 0- 200 | |
| NEUTROPHILS | 59.1 | | | |
| LYMPHOCYTES | 32.6 | | | |
| MONOCYTES | 6.0 | | | |
| EOSINOPHILS | 1.6 | | | |
| BASOPHILS | 0.7 | | | |
| COMMENT | | CBC Reference Range Changes effective 12/10/2001 Platelets appear adequate. | | |
| SODIUM | 138 | mmol/L | 135- 146 | |
| POTASSIUM | 4.9 | mmol/L | 3.5- 5.3 | |
| CHLORIDE | 102 | mmol/L | 98- 110 | |
| CARBON DIOXIDE | 30 | mmol/L | 21- 33 | |
| GLUCOSE | 83 | MG/DL | 65- 109 | |
| UREA NITROGEN | 13 | MG/DL | 7- 25 | |
| CREATININE | 0.9 | MG/DL | 0.5- 1.2 | |
| BUN/CREATININE RATIO | 14.4 | | 6- 25 | |
| CALCIUM | 9.8 | MG/DL | 8.5- 10.4 | |
| PHOSPHATE | 3.9 | MG/DL | 2.5- 4.5 | |
| URIC ACID | 2.8 | MG/DL | 1.7- 7.5 | |

Legend:  High   Low   Abnormal   Corrected   Incomplete  P Preliminary

Printed on 01/10/2002 at 07:08:00 Site# B15494
AutoPrint                          ARLING & PATTERSON

# Quest Diagnostics Incorporated — Laboratory Report
Case 1:05-cv-01255-JR Document 129-8 Filed 11/30/2005 Page 10 of 16 PAGE# [ 2 ]

Baltimore Laboratory
1 Sulphur Spring Road
Baltimore, Maryland 21229-8
Balt. Area - (410)536-1510
D.C. Area - (301)621-5800
U.S.A - (800) LAB - XCEL
C.L.I.A. #: 21D0218877
Medical Director: Robert R.L. Smith, M.D.

Complete Report
10

| Field | Value |
|---|---|
| Patient Name | SUE, M S. |
| Sex | F |
| D.O.B. | 04/30/1954 |
| Age | 47 |
| Patient I.D. | 15948 |
| Ordering Physician | DAVID PATTERSON |
| Date Drawn | 01/09/2002 |
| Time Drawn | 12:23pm |
| Date Received | 01/09/2002 |
| Date of Report | 01/10/2002 |
| Hospital/ID # | MMM |
| Account Number | 80900 |
| SS # | |
| Specimen Number | AA2068806 |

DRS ARLING & PATTERSON
2440 M ST NW
STE 817
WASHINGTON, DC 20037

| Test Name | Results | Units | Reference Range |
|---|---|---|---|
| ↑ CHOLESTEROL | 231 | MG/DL | <200 |
| TRIGLYCERIDES | 67 | MG/DL | <150 |
| PROTEIN, TOTAL | 7.1 | G/DL | 6.0- 8.3 |
| ALBUMIN | 4.3 | G/DL | 3.5- 4.9 |
| GLOBULIN, CALCULATED | 2.8 | G/DL | 2.2- 4.2 |
| A/G RATIO | 1.5 | | 0.8- 2.0 |
| BILIRUBIN, TOTAL | 0.5 | MG/DL | 0.2- 1.3 |
| BILIRUBIN, DIRECT | 0.1 | MG/DL | 0.0- 0.3 |
| AST | 16 | U/L | 2- 35 |
| ALT | 13 | U/L | 2- 40 |
| LDH | 149 | U/L | 100- 250 |
| ALKALINE PHOSPHATASE | 35 | U/L | 20- 125 |
| GGT | 19 | U/L | 2- 60 |
| IRON | 69 | UG/DL | 35- 175 |
| TSH | 3.3 | uIU/mL | 0.4- 5.5 |
| HDL CHOLESTEROL | 93 | MG/DL | 40- 100 |
| HDL/CHOLESTEROL % | 40 | % | 15- 75 |
| LDL CHOLESTEROL, CALCULATED | 125 | MG/DL | 0- 100 |
| VLDL CHOLESTEROL, CALCULATED | 13 | MG/DL | 4- 33 |
| CHOLESTEROL/HDL RATIO | 2.48 | | |
| LDL/HDL RATIO | 1.34 | | <1.47 |

```
(              ** Reference Values **                    )
(                     Chol       Trig       LDL          )
( Desirable/Optimal:  <200       <150       <100         )
( Near Optimal/Above Optimal:                100-129     )
( Borderline High:    200-239    150-199    130-159      )
( High:               >239       200-499    160-189      )
( Very High:                     >=500      >=190        )

(              ** Interpretation Guidelines **           )
( Relative Risk       HDL        Chol/HDL   LDL/HDL      )
(                                Ratio      Ratio        )
( Desirable/Low:      >=60       <3.27      <1.47        )
( Below Average:                 3.27-4.43  1.47-3.21    )
( Average:                       4.44       3.22         )
( Above Average:                 4.45-7.05  3.23-5.03    )
( High/Major:         <40        >7.05      >5.03        )
```

*** END OF REPORT ***

DWP

Legend: ↑ High  ↓ Low  * Abnormal  C Corrected  I Incomplete  P Preliminary

Printed on 01/10/2002 at 07:08:04  Site# B15494
AutoPrint                          ARLING & PATTERSON









**DRS. ARLING & PATTERSON, P.C.**
Bryan J. Arling, M.D., F.A.C.P.
David W. Patterson, M.D.

Name: Sue, Sandra     DATE: 1/9/02     DR: P

(KM)  KB

~~URINALYSIS~~     URINE CULTURE:

Glucose: ✓         Organism: _____
Bilirub: ✓         Sensitive:  AM  CF  FM  TE  SXT  CIP  TMP  MET
Ketone: ✓
Sp. Gr.: 1.010
Blood: ✓           GRAM STAIN:
pH: 6              _____
Protein: ✓
Urobili: ✓         TRICHOMONAS WET PREP:
Nitrate: ✓         _____
Leukocy: ✓

                   THROAT CULTURE: _____ GC CULT: _____

MICROSCOPIC: _____

Sue, S[...]
1/9/02
DWP

NSR 60-60bpm
PR .17 QS .40
AXIS ⊕30°
WNL



1/9/02 DWP

Patient Name: Sue, Sandra
Patient ID: 043054          Age: 47    Height (in): 65   Weight (lbs): 138   Sex: Female
Race Correction: No    Smoker: No
Barometric Pressure (mmHg): 760       Temp (deg F): 32   BTPS Correction: 1.206
Sensor: FS200   Insp Code: None

FVC TEST DATA - Clinical Format                BEST TEST SUMMARY
         Knudson Adult Predicted Normals

| Measurement | | PreMed | QC | Pred | %Pred | PostMed | QC | %Pred | % Change |
|---|---|---|---|---|---|---|---|---|---|
| FVC | (L) | 4.33 | D | 3.34 | 130% | | | | |
| FEV1 | (L) | 3.20 | B | 2.77 | 116% | | | | |
| %FEV1 | (%) | 73.90 | | 81.99 | 90% | | | | |
| FEF25%-75% | (L/S) | 2.35 | | 3.09 | 76% | | | | |
| PEF | (L/S) | 8.81 | | 6.18 | 143% | | | | |
| FEV3 | (L) | 3.95 | | 3.06 | 129% | | | | |
| FET | (S) | 10.12 | | | | | | | |

Variability:    PreMed:   FVC = 17.8%   FEV1 = 3.6%   PEF = 9.5%



Interpretations:

PREMED: Testing indicates normal spirometry.
Comments:

AudioScope™ Screening Results
☐ 20db HL    ☐ 25db HL    ☐ 40db HL

Patient Sue, Sandra
Tested by ___   Date 1/9/02

Y = Response    N = No Response

| | | | | |
|---|---|---|---|---|
| Right Ear | 25 | 25 | 25 | 25 |
| Left Ear | 25 | 25 | 25 | 25 |
| | 500 | 1000 | 2000 | 4000 |

Frequency (Hz)

Welch Allyn
4341 State Street Road
P.O. Box 220
Skaneateles Falls, NY 13153-0220
USA

Form 55230 Rev. D



**IMI OF ARLINGTON**
2300 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART#: 27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201         PHONE #:              FAX #:
Arlington, VA 22205                      (703) 358-8222        (703) 358-9494

PROCEDURE:    CERVICAL SPINE WITHOUT CONTRAST

CLINICAL INDICATION:    Neck and left shoulder pain.

TECHNIQUE:    Sagittal and sagittal oblique T1-weighted sequences were performed at 4.0 mm slice thickness and sagittal and transverse T1-weighted sequences were performed at 4.0 mm slice thickness. There is minimal motion artifact on sagittal T2-weighted scans. Otherwise, the study is considered diagnostic.

FINDINGS:    At C3-4 there is diffuse central minimal disc bulge.

At C4-5 there is diffuse central moderate to marked chronic disc bulge with the intervertebral disc showing moderate degeneration, especially anteriorly, with decreased disc space height.

At C5-6 there is diffuse central, left greater than right, moderate to marked chronic disc bulge indenting the thecal sac, without spinal stenosis. The intervertebral disc shows mild to moderate degeneration.

At C6-7 there is diffuse central, right greater than left, moderate chronic disc bulge. The intervertebral disc shows mild degeneration.

There is no evidence for left-sided acute disc herniation, spinal stenosis or foraminal impingement. The vertebral bodies show a relative straightening which would be better assessed on plain films. Otherwise, the vertebral bodies show no fractures or bone marrow abnormalities. There is a minimal Schmorl's node involving the inferior endplate of C5 on the left. The cervical cord is normal in configuration. The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.    AT C5-6 THERE IS DIFFUSE CENTRAL, LEFT GREATER THAN RIGHT, MODERATE TO MARKED CHRONIC DISC BULGE WITHOUT SPINAL STENOSIS.
2.    AT C4-5 THERE IS DIFFUSE CENTRAL MODERATE TO MARKED CHRONIC DISC BULGE.
3.    AT C6-7 THERE IS DIFFUSE CENTRAL, RIGHT GREATER THAN LEFT, MODERATE CHRONIC DISC BULGE.

Thank you for referring this patient.

                                                    Louis Friloux, M.D./eg



**IMI OF ARLINGTON**
2010 S. Walter Reed Drive, Arlington, Virginia 22206
(703) 820-2775 • Fax (703) 820-1018

CHART#: 27477
SUE, MARGARET
D.O.B. 04/30/54
DATE: 05/02/2000

Peter Delenick, M.D.
1718 N. George Mason Drive, #201           PHONE #:          FAX #:
Arlington, VA 22205                        (703) 358-8222    (703) 358-9494

PROCEDURE:   LUMBAR SPINE WITH AND WITHOUT CONTRAST

CLINICAL INDICATION:   Low back pain. Surgery nine years ago.

TECHNIQUE:   A sagittal T2-weighted sequence was performed with 4.0 mm slice thickness. Transverse T1-weighted sequence was performed with 4.0 mm slice thickness. Pre- and post contrast sagittal T1-weighted sequences were performed with 4.0 mm slice thickness.

FINDINGS:   At L5-S1 there is evidence for left hemilaminotomy with attenuation of the left ligamentum flavum. There is diffuse central minimal postoperative disc bulge with minimal enhancing granulation tissue in the posterior annulus and very minimal scar tissue around the left S1 nerve. The intervertebral disc shows mild to moderate degeneration. Plain films would be best to assess for vertebral body number to exclude a transitional spine.

At L4-5 there is mild to moderate hypertrophy of the ligamentum flavum bilaterally with very minimal degeneration of the right facet joint. The foramina are patent.

The L3-4 level is unremarkable. At L2-3 the intervertebral disc shows minimal degeneration with diffuse central very minimal disc bulge and an anterior minimal disc bulge with minimal tear.

The remaining levels are unremarkable. There is no evidence for acute disc herniations, retained fragments, spinal stenosis or foraminal impingement. The vertebral bodies show no spondylolisthesis, fractures or bone marrow abnormality. The paraspinal soft tissues are unremarkable.

IMPRESSION:
1.   AT L5-S1 THERE IS DIFFUSE CENTRAL MINIMAL POSTOPERATIVE DISC BULGE. PLAIN FILMS WOULD BE BETTER TO ASSESS FOR VERTEBRAL BODY NUMBER TO EXCLUDE A TRANSITIONAL SPINE.
2.   AT L2-3 THE INTERVERTEBRAL DISC SHOWS MINIMAL DEGENERATION.
3.   AT L4-5 THE RIGHT FACET JOINT SHOWS VERY MINIMAL DEGENERATION.

Thank you for referring this patient.

Louis Prilloux, III, M.D./eg



## DRS. ARLING & PATTERSON, PC
Internal Medicine
2440 M Street, NW, Suite 817
Washington, DC 20037-1404

Office: (202)833-5707                                          Fax: (202)833-5712

TO: __Physical Therapist__

COMPANY: _____

FAX NUMBER: __703-527-8446 * 51__

TOTAL PAGES: __1__        DATE: __1/15/02__        TIME: _____

************************************************************

The information contained in this fax transmittal is intended only for the use of the individual or entity named above. It may be subject to the doctor/patient privilege and is CONFIDENTIAL. If the reader of this message is not the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and destroy this fax. Thank you.
************************************************************

ADDITIONAL INSTRUCTIONS:

Tel.: (202) 833-5707     Medicaid Provider #0474100     #AA 5075355
                                                        #BP 0958946

### DRS. ARLING & PATTERSON, P.C.
BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.

2440 M Street, N.W., Suite 817                   Washington, DC 20037

Name __M. Sandra Sue__                Date __1/15/02__

Address _____

℞   Dx: Neck Pain
       Lumbar Pain

    Evaluate & Treat for PT

Label As To Contents
Refill · 0 · 1 · 2 · 3 · 4 · 5 · PRN     __D.W. Patt__ , M.D.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL (202) 833-5707

JAN 15 FAX'D

_mls_
Faxed by