**KENNETH J. ANNIS & ASSOCIATES**
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS

MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

September 6, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

  Re: My Client:    Margaret Sandra Sue
    Your Employee:  Obami Cinge Wray
    Date of Occurrence: April 10, 2000
            Federal Tort Claim – See Form 95

Dear Mr. Reed:

  Enclosed, please find Dr. Bruce Ammerman's report of August 8, 2002, along with his bill in the amount of $375.00.

  As per Dr. Ammerman, Ms. Sue has "evidence of persistent post traumatic cervical and lumbar radiculopathy, as a result of the 4-10-00 motor vehicle accident." Dr. Ammerman referred Ms. Sue for a myelogram.

  The total amount of specials for Ms. Sue to date is $26,041.83.

  Additional specials will be forwarded upon receipt.

  I would appreciate hearing from you at your earliest convenience.

                Sincerely,

                Kenneth J. Annis

KJA/mc
Enclosures

```
                                          WASHINGTON NEUROSURGICAL ASSOC
                                          3301 NEW MEXICO AVE NW
                                          SUITE 352
     IRS #      521074671                  WASHINGTON, DC 20016
                                          Tel: 2029666300

     ANNIS ESQ,KENNETH                Acct: 10006407-1 /CM 220629009
     1100 CONNECTICUT AVE,NW          Pat : SUE,MARGARET SANDRA 04/30/54
     SUITE 800                        Tel: 202/785-2244
     WASHINGTON,DC 20036
                                         Ins1: UNITED HEALTHCARE 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
```

| Date | Diag | Ref | C.P.T | Qt | Procedure | Plc | Prv | Amt | Bal |
|------|------|-----|-------|----|-----------|----|-----|-----|-----|
| 08/08/02 | 722.4 | | 99243 | 1 | NEUROLOGICAL CONSULT | O | 01 | 375.00 | 375.00 |

                                        Regular Balance:  $        375.00

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. · 2300 NEW MEXICO AVE. N.W. · WASHINGTON, D.C. 20016

## NEUROSURGICAL CONSULTATION

<u>SUE, Margaret S.</u>                                                              August 8, 2002

Margaret S. Sue is a 48 year-old, left-handed, woman involved in sales who was involved in a motor vehicle accident on 4-10-00. The patient was the driver of a Ford Taurus, belted, proceeding in traffic when she was struck from behind by a Volvo. She was jerked about without loss of consciousness. The patient noted discomfort.

She was initially evaluated in the emergency room at George Washington University Hospital. X-rays were obtained. She came under the care of Dr. Delenick, orthopedic surgeon and she was also seen by Dr. Ed Lang.

She relates prior history, approximately ten years ago of lumbar laminectomy and fusion by Dr.'s Delenick and Dr. Bocur for back and left lower extremity symptoms. She's noted persistent aching in her neck and mid back, as well as lower back with numbness in her left foot and aching into her upper extremities and left anterior chest.

The patient has a history of Colitis and is under the care of Dr. Robert Fisher. She has no allergies. She has been taking Effexor, Neurontin, Lorazapam, as well as Hydrocodone, although somewhat less Hydrocodone more recently, as well as Minocycline for acne.

Cranial MRI performed 7-28-02 was normal. Cervical MRI performed 7-29-02 revealed "Straightening, degenerative changes were present within the cervical spine most pronounced at C5-C6 and C6-C7, where a diffuse disc bulge and posterior osseous ridging result in moderate spine canal stenosis. There is also bilateral neural foraminal narrowing at C4-C5 and C5-C6, as well as right sided neural foraminal narrowing at C3-C4, largely on the basis of uncovertebral joint and facet joint hypertrophy."

Lumbar MRI performed 5-2-00 revealed "At L5-S1 there is diffuse central minimal postoperative disc bulge. L2-L3 disc shows minimal degeneration. L4-L5 the right facet joint shows very minimal degeneration."

Neurologic examination reveals a pleasant, alert, woman who walks in an unremarkable gait. Speech and mental status testing are normal. There is a well-healed midline lower lumbar incision with mild restriction of motion with tenderness.

There is mild restriction of cervical motion with tenderness. No spasm. Motor examination is grossly intact. Reflexes are quite brisk. No Babinski. One to two beats of unsustained clonus on the right none on the left. Hoffman's negative bilaterally. There is hypalgesia on the median nerve distribution bilaterally with mildly positive Tinel's sign. No atrophy or tremor.

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. · 3301 NEW MEXICO AVE. N.W. · WASHINGTON, D.C. 20016    4

The patient has evidence of persistent post traumatic cervical and lumbar radiculopathy, as a result of the 4-10-00 motor vehicle accident. As she is continued symptomatic I've suggested myelography for further clarification. The procedure and side effects were reviewed. Her questions were answered. She wishes to proceed. Based upon the findings further recommendations can be made.

Bruce J. Ammerman, M.D.

BJA/sj