1

## KENNETH J. ANNIS & ASSOCIATES
### ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

February 20, 2003

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:    My Client:              Margaret Sandra Sue
       Your Employee:          Obami Cinge Wray
       Date of Occurrence:     April 10, 2000
                               Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find the following documents regarding Ms. Sue's recent medical treatment

1. Hand-N-Hand Physical therapy.1-18-02 through 9-10-02      $ 2,730.00
2. Washington Radiology Assoc.
      (MRI - brain, cervical spine 7/28/02)
3. Dr. Bruce Ammerman (reports of 9/21/02 and 11/6/02)         1,760.00
4. Sibley Memorial Hospital (myelograms 8/28/02)               3,602.00
5. Wash. Brain & Spine Inst. (Dr. A. Powers' Report 10/16/02)
6. Dr. M. Theresa Carlini's Report of 10/17/02
7. Pain Med. Ctr. at Sibley Mem. Hosp
8. Richard Wirtanen, C.B.S.S., D.C.
      (chiro treatment 1/18/02 – 10/7/02)                      3,505.00

The total amount of specials for Ms. Sue to date is $34,456.76.

Additional specials will be forwarded upon receipt.



KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

I would appreciate hearing from you at your earliest convenience.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures

HAND-N-HAND Therapy
# Patient Ledger
Sorted By: Chart Number;Date From

3

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| **SUESA000** | **M. Sandra Sue** | | | (703)288-1227 | | | | |
| | Last Payment: -420.00 | | | On: 08/13/2002 | | | | |
| 10084 | 01/18/2002 | 11 | | 186 | 97140 | 0201280000 | PW | 30.00 |
| 10085 | 01/18/200 | 11 | | 186 | 97110 | 0201280000 | PW | 30.00 |
| 10086 | 01/18/200 | 11 | | 186 | 97112 | 0201280000 | PW | 30.00 |
| 10087 | 01/18/200 | 11 | | 186 | 97530 | 0201280000 | PW | 30.00 |
| 10088 | 01/18/200 | 11 | | 186 | 97001 | 0201280000 | PW | 30.00 |
| 10220 | 01/18/200 | | V470187 | 186 | VISA | 0202040000 | PW | -150.00 |
| 10124 | 01/25/200 | 11 | | 186 | 97140 | 0201300000 | PW | 30.00 |
| 10125 | 01/25/200 | 11 | | 186 | 97110 | 0201300000 | PW | 30.00 |
| 10126 | 01/25/200 | 11 | | 186 | 97112 | 0201300000 | PW | 30.00 |
| 10127 | 01/25/200 | 11 | | 186 | 97530 | 0201300000 | PW | 30.00 |
| 10199 | 02/01/200 | 11 | | 186 | 97140 | 0202010000 | PW | 30.00 |
| 10200 | 02/01/200 | 11 | | 186 | 97110 | 0202010000 | PW | 30.00 |
| 10201 | 02/01/200 | 11 | | 186 | 97112 | 0202010000 | PW | 30.00 |
| 10202 | 02/01/200 | 11 | | 186 | 97530 | 0202010000 | PW | 30.00 |
| 10477 | 02/08/200 | 11 | | 186 | 97140 | 0202140000 | PW | 30.00 |
| 10478 | 02/08/200 | 11 | | 186 | 97110 | 0202140000 | PW | 30.00 |
| 10479 | 02/08/200 | 11 | | 186 | 97112 | 0202140000 | PW | 30.00 |
| 10480 | 02/08/200 | 11 | | 186 | 97530 | 0202140000 | PW | 30.00 |
| 10489 | 02/15/200 | 11 | | 186 | 97140 | 0202150000 | PW | 30.00 |
| 10490 | 02/15/200 | 11 | | 186 | 97110 | 0202150000 | PW | 30.00 |
| 10491 | 02/15/200 | 11 | | 186 | 97112 | 0202150000 | PW | 30.00 |
| 10492 | 02/15/200 | 11 | | 186 | 97530 | 0202150000 | PW | 30.00 |
| 10665 | 02/15/200 | | v472582 | 186 | VISA | 0202270000 | PW | -120.00 |
| 10716 | 02/21/200 | 11 | | 186 | CX | 0202270000 | PW | 0.00 |
| 10913 | 02/28/200 | | | 186 | 97140 | 0203070000 | PW | 30.00 |
| 10914 | 02/28/200 | | | 186 | 97110 | 0203070000 | PW | 30.00 |
| 10915 | 02/28/200 | 11 | | 186 | 97112 | 0203070000 | PW | 30.00 |
| 10916 | 02/28/200 | 11 | | 186 | 97530 | 0203070000 | PW | 30.00 |
| 10917 | 02/28/200 | | v465729 | 186 | VISA | 0203070000 | PW | -480.00 |
| 10957 | 03/07/200 | 11 | | 186 | 97140 | 0203110000 | PW | 30.00 |
| 10958 | 03/07/200 | 11 | | 186 | 97110 | 0203110000 | PW | 30.00 |
| 10959 | 03/07/200 | 11 | | 186 | 97112 | 0203110000 | PW | 30.00 |
| 10960 | 03/07/200 | 11 | | 186 | 97530 | 0203110000 | PW | 30.00 |
| 11197 | 03/07/200 | | v465757 | 186 | VISA | 0203210000 | PW | -120.00 |
| 11084 | 03/14/200 | 11 | | 186 | 97140 | 0203140000 | PW | 30.00 |
| 11085 | 03/14/200 | 11 | | 186 | 97110 | 0203140000 | PW | 30.00 |
| 11086 | 03/14/200 | 11 | | 186 | 97112 | 0203140000 | PW | 30.00 |
| 11087 | 03/14/200 | 11 | | 186 | 97530 | 0203140000 | PW | 30.00 |
| 11198 | 03/14/200 | | v465783 | 186 | VISA | 0203210000 | PW | -120.00 |
| 11234 | 03/21/200 | 11 | | 186 | 97140 | 0203270000 | PW | 30.00 |
| 11235 | 03/21/2002 | 11 | | 186 | 97110 | 0203270000 | PW | 30.00 |

HAND-N-HAND Therapy
## Patient Ledger
Sorted By: Chart Number;Date From

4

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 11236 | 03/21/200 | 11 | | 186 | 97112 | 0203270000 | PW | 30.00 |
| 11237 | 03/21/200 | 11 | | 186 | 97530 | 0203270000 | PW | 30.00 |
| 11437 | 03/21/200 | | | 186 | CHECK | 0204040000 | PW | -168.00 |
| 11591 | 04/04/200 | 11 | | 186 | NOSHOW | 0204110000 | PW | 0.00 |
| 12206 | 04/11/200 | | check payment | 186 | CHECK | 0205080000 | PW | -168.00 |
| 12804 | 06/04/200 | 11 | | 186 | 97140 | 0206050000 | PW | 30.00 |
| 12805 | 06/04/200 | 11 | | 186 | 97110 | 0206050000 | PW | 30.00 |
| 12806 | 06/04/200 | 11 | | 186 | 97112 | 0206050000 | PW | 30.00 |
| 12807 | 06/04/200 | 11 | | 186 | 97530 | 0206050000 | PW | 30.00 |
| 12928 | 06/04/200 | | v466234 | 186 | VISA | 0206130000 | PW | -120.00 |
| 12910 | 06/10/200 | 11 | | 186 | 97140 | 0206120000 | PW | 30.00 |
| 12911 | 06/10/200 | 11 | | 186 | 97110 | 0206120000 | PW | 30.00 |
| 12912 | 06/10/200 | 11 | | 186 | 97112 | 0206120000 | PW | 30.00 |
| 12913 | 06/10/200 | 11 | | 186 | 97530 | 0206120000 | PW | 30.00 |
| 13221 | 06/20/200 | 11 | | 186 | 97140 | 0206240000 | PW | 30.00 |
| 13222 | 06/20/200 | 11 | | 186 | 97110 | 0206240000 | PW | 30.00 |
| 13223 | 06/20/200 | 11 | | 186 | 97112 | 0206240000 | PW | 30.00 |
| 13224 | 06/20/200 | 11 | | 186 | 97530 | 0206240000 | PW | 30.00 |
| 13515 | 07/02/200 | 11 | | 186 | 97140 | 0207050000 | PW | 35.00 |
| 13516 | 07/02/200 | 11 | | 186 | 97110 | 0207050000 | PW | 35.00 |
| 13517 | 07/02/200 | 11 | | 186 | 97112 | 0207050000 | PW | 35.00 |
| 13518 | 07/02/200 | 11 | | 186 | 97530 | 0207050000 | PW | 35.00 |
| 13662 | 07/09/200 | 11 | | 186 | 97140 | 0207100000 | PW | 35.00 |
| 13663 | 07/09/200 | 11 | | 186 | 97110 | 0207100000 | PW | 35.00 |
| 13664 | 07/09/200 | 11 | | 186 | 97112 | 0207100000 | PW | 35.00 |
| 13665 | 07/09/200 | 11 | | 186 | 97530 | 0207100000 | PW | 35.00 |
| 14130 | 07/25/200 | 11 | | 186 | 97110 | 0207250000 | PW | 35.00 |
| 14131 | 07/25/200 | 11 | | 186 | 97112 | 0207250000 | PW | 35.00 |
| 14132 | 07/25/200 | 11 | | 186 | 97140 | 0207250000 | PW | 35.00 |
| 14133 | 07/25/200 | 11 | | 186 | 97530 | 0207250000 | PW | 35.00 |
| 14209 | 07/25/200 | | v471559 | 186 | VISA | 0207300000 | PW | -240.00 |
| 14245 | 07/30/200 | 11 | | 186 | 97110 | 0208010000 | PW | 35.00 |
| 14246 | 07/30/200 | 11 | | 186 | 97112 | 0208010000 | PW | 35.00 |
| 14247 | 07/30/200 | 11 | | 186 | 97140 | 0208010000 | PW | 35.00 |
| 14248 | 07/30/200 | 11 | | 186 | 97530 | 0208010000 | PW | 35.00 |
| 14409 | 08/06/200 | 11 | | 186 | 97110 | 0208080000 | PW | 35.00 |
| 14410 | 08/06/200 | 11 | | 186 | 97112 | 0208080000 | PW | 35.00 |
| 14411 | 08/06/200 | 11 | | 186 | 97140 | 0208080000 | PW | 35.00 |
| 14412 | 08/06/200 | 11 | | 186 | 97530 | 0208080000 | PW | 35.00 |
| 14588 | 08/13/200 | 11 | | 186 | 97110 | 0208140000 | PW | 35.00 |
| 14589 | 08/13/200 | 11 | | 186 | 97112 | 0208140000 | PW | 35.00 |
| 14590 | 08/13/200 | 11 | | 186 | 97140 | 0208140000 | PW | 35.00 |
| 14591 | 08/13/200 | 11 | | 186 | 97530 | 0208140000 | PW | 35.00 |

HAND-N-HAND Therapy
# Patient Ledger
Sorted By: Chart Number;Date From

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 14592 | 08/13/2002 | | v762125 | 186 | VISA | 0208140000 | PW | -420.00 |
| 14910 | 08/27/200 | 11 | | 186 | 97110 | 0208300000 | PW | 35.00 |
| 14911 | 08/27/200 | 11 | | 186 | 97112 | 0208300000 | PW | 35.00 |
| 14912 | 08/27/200 | 11 | | 186 | 97140 | 0208300000 | PW | 35.00 |
| 14913 | 08/27/200 | 11 | | 186 | 97530 | 0208300000 | PW | 35.00 |
| 14983 | 09/03/200 | 11 | | 186 | 97110 | 0209030000 | PW | 35.00 |
| 14984 | 09/03/200 | 11 | | 186 | 97112 | 0209030000 | PW | 35.00 |
| 14985 | 09/03/200 | 11 | | 186 | 97140 | 0209030000 | PW | 35.00 |
| 14986 | 09/03/200 | 11 | | 186 | 97530 | 0209030000 | PW | 35.00 |
| 15123 | 09/10/200 | 11 | | 186 | 97110 | 0209120000 | PW | 35.00 |
| 15124 | 09/10/200 | 11 | | 186 | 97112 | 0209120000 | PW | 35.00 |
| 15125 | 09/10/200 | 11 | | 186 | 97140 | 0209120000 | PW | 35.00 |
| 15126 | 09/10/2002 | 11 | | 186 | 97530 | 0209120000 | PW | 35.00 |
| | | | | | | | Patient Total | 624.00 |

Sandra Sue                    PT Notes

2-08-02                                                                6

S: •Pt notes she feels her neck and low back are feeling incrimentally improved. Still reports achiness in her low back.

O: Hip add: ®=6° Ⓛ=10°. ↓'d ® trunk/pelvic rotation in hooklying. •Hip ext: ®=7° Ⓛ=8°. Fascial restrictions noted inferiorly ® ITB's and also ↓'d fascial mobility over sternum. ®hip flex & ER = WFL. Min ↓ Ⓛc/s sidebend ®c/s rot = WFL p̄ P.P. ↓'d muscle play ® hip external rotators, iliopsoas & quadratus lumborum, also ® SCM, scalenes and trapezii. Rx: Manual STM, diaphragm techniques & fascial release, suboccipital release, neuro-re-ed, therex, P mvts for joint tracking. Addendum: L4|5 & L5S1 ® rotated; ↓'d m. play ® suboccipitals.

A: ↑d hip & pelvic/trunk mobility p̄ manual techniques. Lumbar vertebrae more neutral p̄ joint tracking. Level of irritability ↓ing.

P: Cont c̄ manual techniques & neuro re-ed.
                                    Stephanie Levy MPT——

_____

2-15-02

S: Pt notes her neck continues to improve — notes symptoms are primarily in her low back today.

O: Hip Ext: Ⓛ=8° ®=10° Minimal ↓ ®hip add (® > Ⓛ restriction) Min ↓ ®hip IR. ↓'d muscle play ® tibialis ant, gastroc soleus, hip external rotators, quadratus lumborum & lumbar paraspinals. ⊕®gastroc & rectus muscle tensile deficits. L4|5 & L5S1 continue in a ® rotated position. Rx: Neuro re-ed - Contract Relax, therex - slow lumbar rot c̄ abdominal work, manual STM & fascial release, lumbar tracking.

A: Hip extension remains limited. Segmental rotation lower lumbar spine improves c̄ joint tracking.

P: R/A ®shoulders next Rx.
                                    Stephanie Levy MPT
_____

Margaret Sandra Sue

2.28.02

S: Pt notes travelling to work New York 1½ weeks ago and that the prolonged sitting exacerbated pain. Reports that it has taken 1½ wks for symptoms in low back to diminish. Today, she indicates low back pain is greater than neck symptoms.

O: Hip aDD: Ⓡ = 4°. Ⓛ = 10°. Min ↓ Ⓑ hip flex. min ↓ Ⓑ hip aBd (Ⓛ > Ⓡ restriction). Ⓑ hip ER = WFL. ↓'d Ⓡ trunk/ pelvic rotation in hooklying. Ⓛ shoulder IR = min/mod ↓, Ⓡ shoulder IR. Ⓑ c/s rotation = WFL. ↓'d muscle play Ⓑ quadratus lumborum, hip external rotators, sartorius, gracilis, serratus, latissimus, scm, scalenes & thoraco-lumbar paraspinals. Ⓑ diaphragm restriction noted. Ⓛ lower ribcage more ant & outward rotation. Rx: manual STM, fascial release, neuro re-ed-breathwork, thorax-

A: ↑'d trunk/pelvic mobility ⊖ manual techniques. Good release of soft tissues ⊖ session.

P: Lumbar stabilization ex's next visit.            Stephanie Levy DPT —

3-7-02

S: Pt notes her mom's health is failing and the family is struggling ā care decisions. Low back pain has been predominately on Ⓛ c/s region.

O: ↑hip aDD: Ⓡ = min/mod ↓ Ⓛ min ↓; min ↓ Ⓑ hip flexion. Ⓡ hip aDD: Ⓡ = min/mod ↓ in hooklying. Ⓑ shoulder min ↓ Ⓑ trunk/pelvic rotation = min/mod ↓. Mod ↓ Ⓑ ankle ER = WFL; Ⓑ shoulder IR = min/mod ↓. Ⓑ suboccipital tightness. Ⓑ diaphragm dorsiflexion. Ⓡ > Ⓛ suboccipital. Ⓑ > Ⓛ scm, scalenes, restrictions. ↓'d muscle play Ⓑ > Ⓛ latissimus & tibialis ant. iliopsoas, serratus ant, latissimus & tibialis ant.

Rx: Thorax: level 7-lumbar stab ex's, neuro re-ed-contract relax, gentle c/s distraction, STM/fascial release, Addendum: ↓'d oblique abdominal & transversus recruitment during lumbar stab; Ⓑ hamstring length deficits.

A: Pt requires verbal & tactile cuing for appropriate oblique & transversus ab recruitment.

P: Cont lumbar stab next tx.            Stephanie Levy DPT —

Sandra Sue
3-14-02



THERAPY

① "Push / Pull" for
Pelvis.
Lie on your back with
knees bent up. Left leg slightly
more forward than right.
Left hand on top of left thigh,
Right hand on back of right
thigh. Push / pull x 3 sec.
Repeat 3-4x.

② Knee / thigh squeeze.
Squeeze thighs together -
hold 3 sec. Repeat 3-4x.

933 N. Kenmore St. #408            Phone: 703/527-8446
Arlington, VA 22201               Fax: 703/527-8446*51
                pwdspt@erols.com

M. Sandra Lee    PT NOTES

9

3-14-02

S: Pt notes pain is in lower L lt back as well as (L) lateral neck. Pain @ worst = 8/10. Avg pain = 5/10. Notes her symptoms worsen at night. States her mom has recently been admitted to hospital.

O: Standing: (L) PSIS is deeper & lower - ? (R) sacral rot (+)(B) squish test  (+)(R) seated forward bend test min ↓ (L) hip add, min/mod ↓ (R) hip add. min ↓ (R) hip ER. min/mod ↓ (L) shoulder IR. min ↓ (R) shoulder IR. ↓'d muscle play (B) adductors, sartorius, gracilis, serratus, latissimus, pecs & trapezii. Rx: MET, STM, fascial release, Neuro Re-ed, thera-ex - per sheet.

A: PSIS's more level p̄ muscle energy techniques. Continues c̄ ↑'d tone (B) trapezii.

P: R/A pelvic girdle position next Rx.    Stephanie Levy MPT

faxed

3-21-02

S: Pt notes she continues to care for her mother who is hospitalized. Reports low back and neck pain approximately the same as last week.

O: Standing Posture: (B) shoulder ↓, (L) iliac crest/ASIS/PSIS ↑'d, (B) thoracic rotation, (L) mid-lumbar rotation. Banding noted over mid lumbar section. ↓'d (B) unilateral stance; (+)(R) march test. min/mod ↓ (L) shoulder IR. min/mod ↓ (R) hip add, min ↓ (L) hip add. Men ↓ (R) hip flex. ↓'d muscle play (B) pec minor, serratus, teres & iliopsoas musculature. Rx: Neuro Re-Ed-Knee flex c̄ iliopsoas ↑'d activity, thera-ex - per sheet, STM, fascial release.

A: ↓'d static balance c̄ (R) > (L) unilateral stance. SI dysfunction persists as well as scattered soft tissue deficits in trunk & pelvis.

P: R/A HEP next Rx - continue Neuro Re-ed & lumbar stab.    Stephanie Levy MPT

Margaret Sandra Sue
3-21-02



HAND
N'
HAND
THERAPY

① Balance - practice balancing on one last (back asymptomatic)

② Lie on the floor on your back. Place legs ~~raised~~ up on a chair with ankles crossed. Relax × 3 minutes.

③ Lie on your back - legs straight out in front of you. Feel the weight in your heels. Keep your heels "glued" to the bed as you imagine a balloon inflating under your knee - allow knee to bend slightly. Feel them "glued". ONE side at a time. 3 - 5 × each side.

933 N. Kenmore St. #408
Arlington, VA 22201

Phone: 703/527-8446
Fax: 703/527-8446*51

pwd:pt@erols.com

06-04-02

S: Pt notes her mother has been quite ill and she has been helping organize her mom's care. Reports that over the past 2 mos she's had pain in (L) lateral neck. Continues c̄ mild low back symptoms. Has started taking neurontin per MD order. Rates pain as 4/10.

O: C/S AROM: FB = 52°  BB = 65°  (R)SB = 55°  (L)SB = 48°
Shoulder abd: (L) = 152°  (R) = 145°   ER: (L) = WFL  (R) = WFL
IR: (L) = 72°  (R) = 70°   Hip Flex: (R) = 105°  (L) = 100°
HipER: (R) = WFL  (L) = WFL   Hip IR: (R) = 35°  (L) = 30°
Hip ext: (R) = -10° from neutral  (L) = -11° from neutral. ↑'d tone (L) > (R) sartorius, gracilis & iliopsoas.
Rx: manual STM, fascial release, neuro re-ed, thrux - given TP gracilis release.

A: ↑'d hip mobility p̄ Tx. Will benefit from advancement of lumbar/trunk stab program.

P: Progress trunk stab next Rx.   Stephanie Lewy MPT

06-10-02

S: Pt notes burning sensation in (L) lateral neck & traps. Reports tingeing in proximal (R) lateral arm. Feels pain in (L) jaw.

O: (+) (R) radial and median adverse neural tension signs. (+)(L) radial adverse neural tension sign. (B) pectoralis muscle length deficits noted. (B) C/S rotation = WFL Shoulder IR: (L) = 67°  (R) = 63°   ER: (L) = WFL  (R) = WFL (shoulder measures taken ā Rx). ↑'d tone (L) pec minor, biceps, middle deltoid. ↑'d tone (R) biceps. ↓'d muscle play (B) teres, pec, trapezii & serratus musculature.  Rx: manual STM, c/s gentle traction, neuro re-ed, thrux - hip abd & add isometric, noodle c̄ pelvic tilt, alt arms, alt. LE's.

A: Adverse neural tension tests significant in (B) UE's. Requires min verbal cues for balance pelvis on noodle.

P: Nerve glides to HEP next visit.   Stephanie Lewy MPT

06-20-02

S: Pt notes having numbness/tingling one time this past week generally in dorsal forearms and ® hand. Reports "burning" feeling in Ⓛ lateral neck.

O: Min ↓ ® c/s rotation. ® c/s sidebend and Ⓛ c/s rotation = WFL. Min ↓ ® shoulder flex and IR. ® shoulder ER = WFL. Mod ↓ (Ⓛ > ®, restriction) Ⓡ ankle DF. Min ↓ Ⓛ hip flex. ↑'d tone ® SCM, scalenes, Ⓛ subscapularies, ® iliopsoas, tib ant, gastroc-soleus. ↓'d fascial mobility ® plantar fascia. Rx: manual STM, fascial release, neuro re-ed, & given nerve glides as HEP.

A: Notable soft tissue restrictions ® LE's.

P: Progress lumbar stab next Rx.
                                    Stephanie Lucy MPT

↑
•
07-02-02

S: Notes pain ant & dorsal neck. Reports feeling "pins & needles" sensation ® lateral forearms. Notes her mother passed away a little over a week ago. Prolonged sitting makes her back feel as though it's "locking up." Neck pain = 7/10  Low back pain = 6/10.

O: c/s AROM: Ⓛ SB = 33°  ® SB = 35°, FB & BB = WFL. ↑'d tone Ⓛ > ® scalenes, longus colli, pterygoids. Ⓛ LE long supine, LE's even in long sit. ↑'d tone ® iliopsoas, tib ant, gastroc soleus. ® hip flex, IR & ER = WFL. Rx: manual STM, fascial release, neuro re-ed, & flex. Add: ↑'d tone ® quadratus lumborum.

A: ↑'d c/s mobility p̄ manual techniques. Notable soft tissue restriction ant c-spine.

P: Pt to contact MD re: scheduling f/u appointment. R/A UE neural tension next Rx.
                                    Stephanie Lucy MPT

Margaret Sandra Sue
07-09-02

**HAND-N-HAND THERAPY**

① Latissimus Firming.
Stand or sit. Depress your
shoulders and allow lower
rib cage to expand outward.
Think of your lower ribs as "gills of a
fish." Hold 1-2 sec + count aloud +
Repeat 20 times, 1-2x/day

② Ball exercises. Sit with even
weight left to right, ball vs. heel of
foot & inner vs. outer edge of foot.
   a) rock forward ⟷ back
   b) rock side ⟷ side
   c) rock diagonally
+ maintain abdominal "scoop" of
belly button.
    x 5 min total    1x/day

933 N. Kenmore St. #408
Arlington, VA 22201
    pwdspt@erols.com

Phone: 703/527-8446
Fax: 703/527-8846

07-09-02   Re-Assess

S: Pt notes she has a follow-up visit c̄ MD on 7-22-02. Continues c̄ neck symptoms and altered sensation in her face. Continues c̄ "tingling" in Ⓛ UE.

O: Shoulder ROM: Flex: Ⓛ = 162° Ⓡ = 165°   ABD: Ⓛ = 145° Ⓡ = 155° ER: Ⓛ = 95° Ⓡ = 97° IR: Ⓛ = 60° Ⓡ = 75° CSRot: Ⓛ = 60° Ⓡ = 65° ⊕ Ⓛ median and radial adverse neural tension signs. ⊕ Ⓡ median, radial & ulnar adverse neural tension. ↑'d difficulty c̄ Ⓛ ant / Ⓡ post diagonal on thiraball - ↓'d excursion of movement. Hip ROM: ER: Ⓡ = 31° Ⓛ = 40° Ⓑ hip flex and IR = WFL; ↑'d tone noted in cervical musculature c̄ latissimus contraction. ↓'d muscle play noted Ⓑ SCM, suboccipitals, teres, trapezii, thoracic paraspinals. Rx: Manual STM, fascial release, neuro re-ed c̄ thiraball, thivex - per sheet.

A: ↑'d shoulder mobility following manual techniques. Notable adverse neural tension signs Ⓑ UE's. Tends to use c-spine musculature when performing thiraball - pelvic girdle translations.

P: Prepare progress note for MD.                    —Stephanie Luoy MPT—

07-25-02

S: Pt notes travelling to beach last week. Also reports seeing Dr. Patterson and that MD recommended an MRI of neck & brain. Notes she continues c̄ neck symptoms.

O: Supine - isolated hip abd in hooklying - overflow into contralateral hip add. Breathing pattern - ↓'d posterior ribcage movement as well as ↓'d lateral rib excursion. ↓'d muscle play Ⓑ SCM, scalenes, trapezii, serratus & latissimus. Rx: Manual STM, fascial release, Neuro re-ed - mat work, thivex

A: ↑'d scapular protract/retract c̄ mat work. ↑'d tissue mobility c̄ Rx.

P: Cont PT.                    —Stephanie Luoy MPT—

Margaret Sandra Sue

PT NOTES

07-30-02

S: Pt notes decreasing the doses of her pain medication - states she's becoming more aware of some of her symptoms. Reports feeling tingling (B) arms and shoulders.

O: Shoulder IR: (L) = 60° (R) = 59°. Min ↓ (B) hip IR. Wall press away - ↓'d utilization of (B) latissimus musculature. Prone knee flex - min ↓ (B). Prone knee flex - (R) LE - ↑'d overflow into lumbar extensors. ↓'d muscle play (B) hamstrings, ITB, pec minor, latissimus, triceps, SCM, scalenes. Rx: Neuro Re-ed, therex, manual STM, fascial release.

A: ↑'d shoulder mobility p̄ Rx. Notable deficit in prone knee flex.

P: R/A Rectus femoris muscle length next visit.
                                              Stephanie Levy MPT

initial

08-06-02

S: Pt notes that Dr. Patterson recommended she see a neurosurgeon and Ms. Sue notes she has appts to see 2 neurosurgeons in the near future. Pt notes she is continuing to work on decreasing pain med. and is feeling mild symptoms in head, neck & shoulders.

O: Min ↓ (B) C/S rotation. ↑'d tone (L) > (R) SCM, scalenes, levator scapulae. Shoulder IR: (L) = 65° (R) = 66°. Prone knee flex (rectus length) (L) = 114° (R) = 124°. ↓'d muscle play (B) SCM, scalenes, (B) hamstrings, popliteus, thoracic paraspinals and trapezii. Rx: Manual STM, fascial release, neuro Re-ed, therex.

A: ↑'d tissue pliability p̄ Rx. Notable (L) rectus femoris muscle length deficit.

P: Cont PT.
                                              Stephanie Levy MPT

Hand-N-Hand Therapy
933 North Kenmore St. #408
Arlington, Va 22201

# Fax Cover Sheet

DATE: 30 JULY 2002                    TIME: 8:30 AM

TO: DAVID PATTERSON, MD               PHONE: (202) 833-5707
                                      FAX:  (202) 833-5712

FROM: STEPHANIE LEWY, MPT             PHONE:    703 527-8446
                                      FAX:      703 527-8446 *51

RE: M. SANDRA SUE

**Number of pages including cover sheet: 3**
**If you have received this fax in error please contact Hand-N-Hand Therapy, 703 527-8446**

**Comments: For your review**

Dear Dr. Patterson:

Thank you for referring Margaret Sandra Sue to our physical therapy practice. We continue regular therapeutic interventions and wanted to provide you with an update on her current neuromusculoskeletal findings.

Subjectively, Ms. Sue reports she continues to feel both neck and back symptoms. Additionally, she notes that she experiences "tingling" down bilateral proximal lateral arms and shoulders. She indicates that prolonged sitting continues to be an activity that exacerbates her symptoms.

Objective re-examination yields the following results. Ms. Sue's range of motion (ROM) measures are as follows: cervical ROM: right rotation=65°, left rotation=60°. Shoulder ROM is limited to the following: flexion (left=162°, right=165°), abduction (left=145°, right=155°), internal rotation (left=60°, right=59°), and external rotation (bilaterally=within functional limits). Bilateral hip external rotation is also limited (left=40°, right=31°). Additionally, Ms. Sue presents with several positive upper extremity adverse neural tension signs (right median, ulnar and radial adverse tension, as well as left median and radial adverse tension). Examination of movement patterns reveals overuse of cervical spine musculature with attempts at isolated trunk muscle action (latissimus dorsi isometric contraction). Prone right knee flexion reveals overflow into ipsilateral lumbar extensors. Additionally, decreased posterior and lateral ribcage excursion is noted bilaterally with inhalation. Finally, scattered soft tissue deficits persist throughout the trunk, cervical and lumbar spine, as well as bilateral shoulders and hips.

Ms. Sue's plan of care has included manual techniques to address the aforementioned musculoskeletal deficits with an emphasis on decreasing muscular and soft tissue restriction and restoring proper joint alignment and mechanics. Neuromuscular re-education has been utilized to increase efficiency and precision with functional movement patterns. Finally, Ms. Sue has received therapeutic exercises for increased cervical and trunk stabilization and increased upper and lower extremity as well as neck flexibility.

Diane T. Stroud, PT                              Pamela A. Wood, PT
co-owner Hand-N-Hand Therapy                     co-owner Hand-N-Hand Therapy

M. Sandra Sue                        PT Notes                               page 2

We feel Ms. Sue continues with significant objective findings, namely mechanical and soft tissue restrictions of the cervical spine, low back and bilateral lower extremities. Additionally, she demonstrates adverse neural tension signs in bilateral upper extremities, as well as dysfunctional isolated movement patterns of the trunk and lower extremities. We would like to continue with our current interventions to progress Ms. Sue to a higher a level of functions. Please fax and return the attached prescription to the above number. Additionally, for legal purposes, we require a hard copy of the prescription to be mailed to the above address. Please feel welcome to call with any comments or questions.

Sincerely,

Stephanie Lewy, MPT

Diane T. Stroud, PT                                 Pamela A. Wood, PT
co-owner Hand-N-Hand Therapy                       co-owner Hand-N-Hand Therapy

Co-owners: DIANE STROUD, PT
PAMELA WOOD, PT

Staff: SCOTT WAGNER, MSPT
STEPHANIE LEWY, MPT

## Hand - N - Hand Therapy
933 N. Kenmore St., #408 — Arlington, VA 22204

(O) 703-527-8448          (F) 703-527-8446 x61          www.hand-n-hand.net

Name __M·SANDRA SUE__          Date 8/5/02

Diagnosis _____

℞      ☒ Evaluate & Treat

☐ Other:

CERVICAL RADICULOPATHY

Drs. Arling & Patterson, P.C.
Bryan J. Arling, M.D., F.A.C.P.
David W. Patterson, M.D.
2440 M Street, NW, #817
Washington, D.C. 20037

Margaret Sandra Su

Pt Flows

08.13.02

S: Pt notes she continues c̄ symptoms in neck, head &
Ⓛ arm. Reports symptoms are greater in Ⓛ re Ⓡ UE.
Rates intensity of pain as 7/10 today.

O: Min ↓ Ⓛ C/S sidebend. ↑'d tone Ⓑ SCM and anterior
scalene. T6 → T10 PA joint mobility = ⅔/6 1° SP's.
↓'d Ⓛ medial tibial torsion. ⊕ Ⓛ rectus femoris
muscle length deficit. ↓'d Ⓡ medial tibial torsion.
Fascial restriction inferiorly Ⓑ ITB's. Rx: joint
mob to T/S, gentle manual C/S traction, STM/fascial
release, C/S, TRUNK & LE's, therex, Neuro Re-ed.

A: ↓'d spasm Ⓛ SCM p̄ Rx. Notable hypomobility
in mid thoracic spine.

P: R1A Ⓑ UE neural tension next Rx.

Stephanie Levy MPT

08.27.02

S: Pt notes returning from beach vacation. Notes feeling
slight ease of symptoms last week. Today feels ↑'d tension
in central region of lumbar spine.

O: lumbar SB: Ⓡ = 30% ↓, Ⓛ = 50% ↓; ⊕ Ⓑ sciatic
neural tension. Rx: CST-10 step. P restricted Ⓡ frontal,
Ⓛ sphenoid, Ⓡ parietal. Pelvic diaphragm pulls
Ⓡ & inf.

A: Pt c̄ ↓'d level of irritability p̄ Rx. ↑'d tissue pliability
in pelvic diaphragm p̄ Rx.

P: Assess Ⓑ sciatic neural tension & assess response
to CST.

Stephanie Levy MPT

9/3/02   S — minor dosages of hydrocodone ; sitting @ computer
↑ neck/head + LBP.

O — mind Ⓛ hip Add   restir Ⓡ 2°   Shoulder IR Ⓡ 60°
                              2°                Ⓛ 45°

Rx: STM @ pelvic floor + scapulae   , Ⓛ C/S, Ⓡ Thorax, Ⓡ T/S.

A: Good release Thoracic inlet & improved C/s mechanics p̄ Rx.

P: Cont. PT.

09-10-02

S: Pt notes the "tingling" in Ⓑ UE's has been slightly less pronounced and less frequent in occurrence. Reports feeling ↑'d symptom in lumbar spine & Ⓡ buttock.

O: Fascial restriction superiorly & to the Ⓡ ant abdominal region. Ⓛ>Ⓡ OA forward nod restriction. Ⓛ frontal, temporal and sphenoid restriction. Ⓑ hip flex - WNL. ↓'d muscle play Ⓑ hamstrings, hip external rotators and iliopsoas musculature. Tx: STM, fascial release, neuro re-ed, thorax.

A: ↑'d OA mobility p̄ Tx. Continues c̄ ↑'d iliopsoas tone.

P: Continue c̄ lumbosacral decompression & OA release techniques. ——————→     Stephanie Levy OP7



**WASHINGTON RADIOLOGY ASSOCIATES, P.C.**
www.washingtonradiology.com

BOARD CERTIFIED PHYSICIANS
SUB-SPECIALIZING IN:

- MRI & CT
- ULTRASOUND
- RADIOGRAPHY
- MAMMOGRAPHY
- NEEDLE BIOPSIES
- NEURORADIOLOGY
- BONE DENSITOMETRY
- NUCLEAR MEDICINE & P.E.T.

PHYSICIAN OWNED & MANAGED:

2141 K Street, NW
Suites 200 & 900
Washington, DC 20037
202-223-9722
202-659-2819 Fax

MRI
2141 K Street, NW
Suite 111
Washington, DC 20037
202-785-4MRI
202-785-2305 Fax

2021 K Street, NW
Suite T-120
Washington, DC 20006
202-466-2033
202-463-0700 Fax

3022 Williams Drive
Suites 104 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suite 100
Sterling, Virginia 20166
571-434-0140
571-434-0144 Fax

10215 Fernwood Road
Suites 50 & 103
Bethesda, Maryland 20817
301-564-1053
301-493-8522 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133
703-280-5098 Fax

PATIENT: SUE MARGARET                    445049-08
DOB: 04/30/54  AGE:  48                   07/29/02

REFERRING PHYSICIAN:     DAVID PATTERSON MD
                         2440 M ST NW
                         STE 817
                         WASHINGTON       DC 20037

SERVICES PERFORMED AT:   WRA - MRI  2141 K ST

EXAMINATION:   MRI OF THE BRAIN
               MRI OF THE CERVICAL SPINE
DATE OF EXAM:  07/28/02

CLINICAL HISTORY:  NECK, SHOULDER, AND ARM PAIN WITH
BILATERAL HAND PARESTHESIAS.

TECHNIQUE:  Sagittal and coronal spin echo short TR,
short TE images were acquired through the brain.
Additionally, axial fast spin echo long TR, long and
short TE images were acquired.  No gadolinium was
administered.  All images were acquired on a high field
(1.5 tesla) imaging system.

MRI OF THE BRAIN:  No prior studies are available for
comparison.

MRI of the brain demonstrates no evidence of intracranial
hemorrhage, extracerebral fluid collection, midline shift
or mass effect.  The basilar cisterns and ventricles are
patent.  No mass lesions are seen on this noncontrast
MRI.

IMPRESSION:    Normal noncontrast MRI of the brain.  No
evidence of intracranial mass or hemorrhage.

TECHNIQUE:  Sagittal spin echo short TR, short TE images
were acquired through the cervical spine.  Additionally,
sagittal fast spin echo long TR, long TE images were
obtained.  A stacked axial sequence was also acquired,
extending from C2-C3 through C7-T1.  All images were
acquired on a high field (1.5 tesla) imaging system.

MRI OF THE CERVICAL SPINE:  MRI of the cervical spine
demonstrates straightening of the normal cervical
lordosis.  The vertebral bodies are noted to be normal in
height and signal intensity.  No compression deformities
are seen.  The cervical spinal cord is normal in course
and caliber, and the cervicomedullary junction is
unremarkable.

Degenerative changes are present within the cervical
spine.  Specifically, at the C3-C4 level, a mild diffuse
disc bulge is noted, with posterior osseous ridging.
Bilateral uncovertebral joint and facet joint hypertrophy
are present.  The RIGHT neural foramen is mildly
narrowed; the LEFT neural foramen is patent.
Page 1 of 2

WASHINGTON NEUROSURGICAL ASSOC P
3301 NEW MEXICO AVE NW
SUITE 352
WASHINGTON, DC 20016
Tel: 2029666300

IRS #      521074671

ANNIS ESQ,KENNETH                Acct: 10006407-1 /CM 220629009
1100 CONNECTICUT AVE,NW          Pat : SUE,MARGARET SANDRA 04/30/54
SUITE 800                        Tel: 202/785-2244
WASHINGTON,DC 20036

Ins1: UNITED HEALTHCARE 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

| Date | Diag | Ref | C.P.T | Qt | Procedure | Plc | Prv | Amt | Bal |
|------|------|-----|-------|-----|-----------|-----|-----|-----|-----|
| 08/08/02 | 722.4 | | 99243 | 1 | NEUROLOGICAL CONSULT | O | 01 | 375.00 | 375.00 |
| 08/28/02 | 722.4 | | 62284 | 1 | INJECT PROCED MYELOGRAP | OH | 01 | 750.00 | 750.00 |
| 08/28/02 | 722.4 | | 7224026 | 1 | MYELO CX SUPER & INTERP | OH | 01 | 230.00 | 230.00 |
| 08/28/02 | 722.4 | | 7226526 | 1 | MYELO LUMB SUPER & INTE | OH | 01 | 230.00 | 230.00 |
| 09/12/02 | 722.4 | | 99214 | 1 | ESTAB PATIENT FOLLOW UP | O | 01 | 175.00 | 175.00 |

Regular Balance: $      1760.00

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. · 3301 NEW MEXICO AVE. N.W. · WASHINGTON, D.C. 20016

### FOLLOW-UP NOTE

SUE, Margaret S.                                    September 12, 2002

The patient returns for follow-up discussion, having undergone myelogram and post myelogram CT scan, 8/28/02, Sibley Memorial Hospital revealing, "Bony osteophytes, C3-C4, C5-C6, and C6-C7. Most pronounced at C6-C7. Bulging midline disc, C4-C5. Bulging, L4-L5 disc with borderline spinal stenosis."

I have discussed with the patient various alternatives, including surgical intervention, which I would rather not proceed with at this time, as well as the possibility of outpatient lumbar epidural blocks, which I believe would be quite helpful. She is familiar with these from a number of years ago. A prescription and brochure were given for Sibley Memorial Hospital. She will return after the blocks.

She has also noted difficulty sleeping at night. I have given her a prescription for Amitriptyline 10 mg. Side effects were discussed.

Bruce J. Ammerman, M.D.

BJA/cls

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. · 2101 NEW MEXICO AVE. N.W. · WASHINGTON, D.C. 20016

<u>FOLLOW-UP NOTE</u>

<u>SUE, Margaret</u>                                          November 6, 2002

The patient returns having had three epidural blocks with as she believes 20% improvement.  She now able to lie on her right side.  The possibility of a caudal block has been recommended by Dr. Cernea and I think this is reasonable.

She has seen Dr. Theresa Carlini and I believe continued conservative care including possibly acupuncture or biofeedback may be helpful.  The patient continues disabled currently.


Bruce J. Ammerman, M.D.


BJA/sp

# Sibley Memorial Hospital

5255 LOUGHBORO ROAD N.W.
WASHINGTON, DC 20016

| | | |
|---|---|---|
| **PATIENT NAME** | **ADMITTED:** | **PAGE** |
| SUE,MARGARET | 09/33/2003 | 3 |
| | | Rec by: JEM |
| **BILL TO** | **DISCHARGED:** | **BILL DATE** |
| SUE,MARGARET | 09/33/2003 | 09/13/2003 |
| 1501 MCLEAN CORNER LN | | |
| MCLEAN, VA 22101 | **PATIENT NUMBER** | |
| | 17774613 | |

AMOUNT OF
PAYMENT  $ _____

FOR PROPER CREDIT DETACH AND RETURN WITH PAYMENT

| POSTING DATE | DESCRIPTION OF SERVICE | CODE | CHARGES CREDITS | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|
| | CHARGE SUMMARY | | | | |
| | CODE   REVENUE DESCRIPTION | | | | |
| | 251   DRUGS/GENERIC | | 1.50 | | |
| | 255   DRUGS/INCIDENT RAD | | 77.50 | | |
| | 272   STERILE SUPPLY | | 84.50 | | |
| | 301   LAB/CHEMISTRY | | 37.50 | | |
| | 309   LAB/OTHER | | 80.00 | | |
| | 320   DX X-RAY | | 663.00 | | |
| | 352   CT SCAN/BODY | | 1575.00 | | |
| | 361   OR/MINOR | | 355.00 | | |
| | 710   RECOVERY ROOM | | 530.00 | | |
| | TOTAL CHARGES | | 3603.00 | | |
| | TOTAL PAYMENTS | | | | |
| | TOTAL ADJUSTMENTS | | | | |

**NOTICE TO PATIENT/GUARANTOR:**   **TOTALS**

Posting date represents the date charge was added to this account and not necessarily the date
service was rendered. Additional billing may be necessary for any charges not posted when this bill
was prepared or if insurance does not pay the estimated insurance shown above.

Invoices are payable upon receipt. A finance charge of 1% per month on the unpaid balance equal
to 12.65% per year will be imposed beginning 45 days from the original due date.

3603.00    DUE BY PATIENT WITHIN 30 DAYS

 

**SIBLEY MEMORIAL HOSPITAL**
FORM (02-344)              (202) 537-4055              TAX ID NO. 53-0196602

THESE CREDIT CARDS MAY BE USED
TO PAY THIS ACCOUNT

Case 1:13-cv-20000 Document 1-10 Filed 11/30/2006 Page 26 of 50



# Sibley Memorial Hospital

5255 LOUGHBORO ROAD N.W.
WASHINGTON, DC 20016

26

| PATIENT NAME | ADMITTED: | PAGE |
|---|---|---|
| SUE,MARGARET | 08/28/2002 | 1 |
| | | Req by: JEM |

| BILL TO | DISCHARGED: | BILL DATE |
|---|---|---|
| SUE,MARGARET | 08/28/2002 | 09/18/2002 |
| 1501 MCLEAN CORNER LN | PATIENT NUMBER | |
| MCLEAN, VA 22101 | 17774615 | |

AMOUNT OF PAYMENT $ _____

FOR PROPER CREDIT DETACH AND RETURN WITH PAYMENT

| POSTING DATE | DESCRIPTION OF SERVICE | CODE | CHARGES CREDITS | ESTIMATED INSURANCE | PATIENT BALANCE |
|---|---|---|---|---|---|
| 08/28/02 | ATROPINE 1MG/1ML VIAL | 40105180 | 1.50 | | |
| | SUBTOTAL - 251 | | 1.50 | | |
| 08/28/02 | ISOVUE M 300, 1500 | 47700100 | 77.50 | | |
| | SUBTOTAL - 255 | | 77.50 | | |
| 08/28/02 | MYELOGRAM TRAY | 70802270 | 24.50 | | |
| | SUBTOTAL - 272 | | 24.50 | | |
| 08/28/02 | PROTEIN, TOTAL 84155 | 41227330 | 37.50 | | |
| | SUBTOTAL - 301 | | 37.50 | | |
| 08/28/02 | WBC & DIFF-CSF 89051 | 41451370 | 35.00 | | |
| | SUBTOTAL - 309 | | 35.00 | | |
| 08/28/02 | MYELOGRAM TOTAL S&I | 30578830 | 663.00 | | |
| | SUBTOTAL - 320 | | 663.00 | | |
| 08/28/02 | CT L-SPIN WO/CON W/ADD'L SERV | 31079050 | 1020.00 | | |
| 08/28/02 | CT C-SPINE W/O CONTRAST | 31078010 | 858.00 | | |
| | SUBTOTAL - 352 | | 1878.00 | | |
| 08/28/02 | INJ MYELOGRAM/CT | 30499050 | 355.00 | | |
| | SUBTOTAL - 361 | | 355.00 | | |
| 08/28/02 | PRE-OP CARE, MINOR SURG | 18170010 | 117.00 | | |
| 08/28/02 | POST-OP, GEN'L ANES, 2.0 HR | 18040300 | 413.00 | | |
| | SUBTOTAL - 710 | | 530.00 | | |

| | TOTALS | | | | |

**NOTICE TO PATIENT/GUARANTOR:**

Posting date represents the date charge was added to this account and not necessarily the date service was rendered. Additional billing may be necessary for any charges not posted when this bill was prepared or if insurance does not pay the estimated insurance shown above.

Invoices are payable upon receipt. A finance charge of 1% per month on the unpaid balance equal to 12.65% per year will be imposed beginning 45 days from the original due date.

DUE BY PATIENT WITHIN 30 DAYS

**SIBLEY MEMORIAL HOSPITAL**
(202) 537-4055

FORM (02-344)

TAX ID NO. 53-0196602




THESE CREDIT CARDS MAY BE USED TO PAY THIS ACCOUNT

Case 1:05-cv-01355-JR    Document...    Filed...    05    Page 27 of 50

27

# Sibley Memorial Hospital
## Department of Radiology



Professional Services in Diagnostic Radiology,
Nuclear Medicine & Interventional Radiology
Provided by Drs. Groover, Christie & Merritt, P.C.
Quality Radiology in Washington, D.C. since 1916.
Chairman: Richard D. Newman, M.D.

5255 Loughboro Road, N.W.
Washington, D.C. 20016
Main Department: 202-537-4781
Radiology Scheduling: 202-537-4795
Radiologist: 202-537-4791

### SIBLEY MEMORIAL HOSPITAL

### Radiology Report

Patient: **SUE,MARGARET**

MRUN: 563-905
DOB: 04/30/1954   48Y
SDS Pt Home Phone: 703-288-1227
Acct#: 17774613

Admit Phys: AMMERMAN,BRUCE J
Order #: X738430-1
Status: FINAL

---

**EXAM: CERVICAL SPINE CT W/O CONTRAST      08/28/2002**
**REASON FOR EXAM: POST MYELOGRAN**

COMPUTERIZED AXIAL TOMOGRAPHY OF THE CERVICAL SPINE:

The examination includes the interspaces from C3 through C7.

The C3-4 disc is normal.

There is slight bulging of the C4-5 disc in the midline.  No focal herniation is identified.

The C5-6 disc is normal.

The C6-7 disc is normal.

There is a large posterior osteophyte at C6-7 centrally and there are slightly smaller osteophytes at C5-6 posteriorly to the right, and C3-4 posteriorly to the right.

IMPRESSION:

    1.   BONY OSTEOPHYTES, C3-4, C5-6 AND C6-7, MOST PRONOUNCED AT
C6-7.
    2.   BULGING MIDLINE DISC, C4-5.

RD/sb

DRUMMOND,RICHARD R
Attending Radiologist

PRINTED: Fri Sep 6, 2002 9:56 AM

02-288MR

## Department of Radiology

Professional Services in Diagnostic Radiology,
Nuclear Medicine & Interventional Radiology
Provided by Drs. Groover, Christie & Merritt, P.C.
Quality Radiology in Washington, D.C. since 1916
Chairman: Richard D. Newman, M.D.



5255 Loughboro Road, N.W.
Washington, D.C. 20016
Main Department 202-537-4781
Radiology Scheduling 202-537-4795
Radiologists 202-537-4791

SIBLEY MEMORIAL HOSPITAL

Radiology Report

Patient: **SUE,MARGARET**

MRUN: 563-905
DOB: 04/30/1954   48Y
SDS Pt Home Phone: 703-288-1227
Acct#: 17774613

Admit Phys: AMMERMAN,BRUCE J
Order #: X738413-1
Status: FINAL

---

**EXAM: MYELOGRAM TOTAL NEURO LP**      08/28/2002
REASON FOR EXAM: R/O DISC

CERVICAL AND LUMBAR MYELOGRAM:

A needle was placed at the L2-3 level and 12 cc of water soluble
contrast were instilled into the subarachnoid space by Dr. Bruce
Ammerman.  The contrast column was advanced to the level of the foramen
magnum.

CERVICAL MYELOGRAM:  There are small ventral extradural filling defects
at the C3-4 and 4-5 levels.  The nerve roots appear intact.

IMPRESSION:  BULGING DISCS AND/OR OSTEOPHYTES, C3-4 AND C4-5.

LUMBAR MYELOGRAM:  There are ventral extradural filling defects at the
L3-4 and L4-5 levels.  The nerve roots appear intact.  There has been
fusion of the L5-S1 vertebral bodies bilaterally.

IMPRESSION:  BULGING DISCS, L3-4 AND L4-5.

RD/sb

DRUMMOND,RICHARD R
Attending Radiologist

---

RD/ slb
Dictated: 08/28/2002
Electronic Signature: RD

Radiologic Technologist: LC

PRINTED: Fri Sep 6, 2002 9:56 AM

02-288MR

SibleyMemorialHospital

# Department of Radiology



Professional Services in Diagnostic Radiology,
Nuclear Medicine & Interventional Radiology
Provided by Drs. Groover, Christie & Merritt, P.C.
Quality Radiology in Washington, D.C. since 1916
Chairman: Richard D. Newman, M.D.

5255 Loughboro Road, N.W.
Washington, D.C. 20016
Main Department: 202-537-4781
Radiology Scheduling: 202-537-4795
Radiologists: 202-537-4791

## SIBLEY MEMORIAL HOSPITAL

### Radiology Report

Patient: **SUE,MARGARET**

MRUN: 563-905
DOB: 04/30/1954   48Y
SDS Pt Home Phone: 703-288-1227
Acct#: 17774613

Admit Phys: AMMERMAN,BRUCE J
Order #: X738431-1
Status: FINAL

---

**EXAM: LUMBAR SPN CT W/O CONT ADDTL**      08/28/2002
REASON FOR EXAM: POST MYELOGGRAM

COMPUTERIZED AXIAL TOMOGRAPHY OF THE LUMBAR SPINE:

The examination includes the interspaces from L2 through S1.

The L2-3 disc is normal.

The L3-4 disc is normal.

There is slight bulging of the L4-5 disc.  No focal herniation is identified.  There is hypertrophy of the ligamentum flavum at this level causing borderline spinal stenosis.

The L5-S1 disc is markedly narrowed.  No significant bulge or herniation is identified.

IMPRESSION: BULGING L4-5 DISC WITH BORDERLINE SPINAL STENOSIS .

RD/sb

<u>DRUMMOND,RICHARD R</u>
Attending Radiologist

---

RD/ slb
Dictated: 08/28/2002
Electronic Signature: RD

Radiologic Technologist: EJ

PRINTED: Fri Sep 6, 2002 9:56 AM

00-286MR

# Tysons Corner Chiropractic

19 November 2002

Kenneth Annis
Suite 800
1100
Connecticut Avenue N.W.

Mr. Annis

Enclosed is a listing of chiropractic services performed on Ms. Sandra Sue and bills for services rendered for follow up care for this calendar year.

The total so far for this year is $3505.00. As we progress in treating Ms. Sue for follow up care due to the car accident, I will send you updated bills.

Best regards,

Richard A. Wirtanen M.A., C.B.S.S., D.C.

8206 Leesburg Pike, # 304
Vienna, VA 22182
703-288-1702
703-288-1704 FAX
www.yourbackdoc.com

PLEASE
DO NOT
STAPLE
IN THIS
AREA

UNITEDHEALTHCARE
P.O. BOX 740800
ATLANTA, GA 30374-0800

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) [X] | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 220629009 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) SUE, MARGARET S | 3. PATIENT'S BIRTH DATE MM 04 DD 30 YY 1954  SEX M [ ] F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SUE, MARGARET S |

| 5. PATIENT'S ADDRESS (No., Street) 1501 MCLEAN CORNER LANE | 6. PATIENT RELATIONSHIP TO INSURED Self [X] Spouse [ ] Child [ ] Other [ ] | 7. INSURED'S ADDRESS (No., Street) 1501 MCLEAN CORNER LANE |

| CITY MCLEAN | STATE VA | 8. PATIENT STATUS Single [ ] Married [ ] Other [ ] | CITY MCLEAN | STATE VA |

| ZIP CODE 22101 | TELEPHONE (Include Area Code) (703) 288 1227 | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | ZIP CODE 22101 | TELEPHONE (INCLUDE AREA CODE) (703) 288 1227 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 700459 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES [ ] NO [X] | a. INSURED'S DATE OF BIRTH MM 04 DD 30 YY 54  SEX M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M [ ] F [ ] | b. AUTO ACCIDENT? PLACE (State) YES [ ] NO [X] | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [X] | c. INSURANCE PLAN NAME OR PROGRAM NAME UNITEDHEALTHCARE |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  01182001

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY  TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) 1. 721.1   3. 2. 722.73   4. | 22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO. |
|  | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 18 02 01 18 02 | 11 | 9 | 98941 | | 1 2 | 50.00 | 1 | | | | WIRTANEN |
| 02 23 02 02 23 02 | 11 | 9 | 98941 | | 1 2 | 50.00 | 1 | | | | WIRTANEN |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| 25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X] 541970739 | 26. PATIENT'S ACCOUNT NO. SUEMA000  672 | 27. ACCEPT ASSIGNMENT? (For govt. claims see back) YES [ ] NO [ ] | 28. TOTAL CHARGE $ 100.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 100.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) SIGNED  SIGNATURE ON FILE    DATE  02/29/2000 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # RICHARD A. WIRTANEN D.C. 8206 LEESBURG PIKE, #304 VIENNA, VA 22182-2614  PIN#  GRP# |

PLEASE
DO NOT
STAPLE
IN THIS
AREA

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

| | PICA | | | | | | | | | **HEALTH INSURANCE CLAIM FORM** | | PICA | |

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) X | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) 220629009 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) SUE MARGARET | 3. PATIENT'S BIRTH DATE MM 04 DD 30 YY 1954 SEX M ☐ X | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) SUE, MARGARET |

| 5. PATIENT'S ADDRESS (No., Street) 1501 MCLEAN CORNER LANE | 6. PATIENT RELATIONSHIP TO INSURED Self ☐ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) 1501 MCLEAN CORNER LANE |

| CITY MCLEAN | STATE VA | 8. PATIENT STATUS Single ☐ Married ☐ Other ☐ | CITY MCLEAN | STATE VA |

| ZIP CODE 22101 | TELEPHONE (Include Area Code) ( 703 ) 288-1227 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | ZIP CODE 22101 | TELEPHONE (INCLUDE AREA CODE) ( 703 ) 288-1227 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER 700459 |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ X NO ☐ | a. INSURED'S DATE OF BIRTH MM 04 DD 30 YY 1954 SEX M ☐ F X |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐ | b. AUTO ACCIDENT? YES ☐ X NO ☐ PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES ☐ X NO ☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME UNITED HEALTH CARE |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ X NO ☐ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE 11 / 13 / 2002

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |

| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a. I.D. NUMBER OF REFERRING PHYSICIAN | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES ☐ NO ☐ X | $ CHARGES 0.00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE) 1. 7211   3. 2. 72273   4. | 22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO. |
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 23 | 2002 | 04 | 23 | 2002 | 11 | 01 | 97010 | | 1,2 | 20 00 | 1 | | | | |
| 04 | 23 | 2002 | 04 | 23 | 2002 | 11 | 09 | 97110 | | 1,2 | 176 00 | 4 | | | | |
| 04 | 23 | 2002 | 04 | 23 | 2002 | 11 | 01 | 98941 | | 1,2 | 60 00 | 1 | | | | |
| 04 | 23 | 2002 | 04 | 23 | 2002 | 11 | 09 | 98943 | | 1,2 | 47 00 | 1 | | | | |
| 06 | 04 | 2002 | 06 | 04 | 2002 | 11 | 01 | 98941 | | 1 | 60 00 | 1 | | | | |
| 06 | 04 | 2002 | 06 | 04 | 2002 | 11 | 01 | 97012 | | 1,2 | 25 00 | 1 | | | | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 541970739 ☐ X | 26. PATIENT'S ACCOUNT NO. 00000015 | 27. ACCEPT ASSIGNMENT? (For govt. claims see back) YES ☐ NO ☐ | 28. TOTAL CHARGE $ 388.00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 388.00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) RICHARD A WIRTANEN SIGNED DC DATE 11/13/2002 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office) | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE # RICHARD WIRTANEN DC 8206 LEESBURG STE #304 VIENNA VA 22182    703 288-1702 PIN#    GRP# |

PLEASE PRINT OR TYPE    TO REORDER, CALL TOLL-FREE 1-800-445-5875 ASK FOR FORM # 1500-129    APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500 APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS) (APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PROFESSIONAL HEALTH CARE SYSTEMS

OCT-27-2002 02:28 PM   TGT,INC                       540 288 0459           P.01

## M. THERESA CARLINI, M.D.

PHYSICAL MEDICINE AND REHABILITATION                    8136 Old Keene Mill Road,
AND ELECTRODIAGNOSTIC MEDICINE                                      Suite A208
                                                           Springfield, VA 22152

                                                           phone: (703) 866-3004
                                                             fax: (703) 866-3610

October 17, 2002

Margaret M. Clancy, M.D.
1015 33rd Street, NW
Washington, DC 20007-3523

Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002

Dear Dr. Clancy:

Margaret Sue is a 48-year-old woman who is seen in consultation for evaluation of chronic neck and low back pain. She has been symptomatic for neck and upper back pain for the past two and one half years and low back pain for the past ten years. She relates onset of neck pain to a motor-vehicle accident in April 2000. She notes that the motor-vehicle accident exacerbated low back pain. According to the patient, impact was to the rear of her vehicle. Both vehicles were "totaled."

Neck and low back pain is described as a constant deep ache with intermittent sharp severe pain. Neck pain is associated with numbness and tingling involving both arms and hands. Neck pain radiates to the trapezius muscles and intrascapularly. She also complains of pain which radiates to the posterior occipital region bilaterally. Low back pain is associated with radicular pain to the left buttock, posterior thigh, and calf and intermittent pain radiating to the lateral aspect of the right hip. She denies lower extremity weakness and paresthesias. She denies bowel/bladder dysfunction.

Current medication regimen for pain management includes hydrocodone 5/500 mg t.i.d., Neurontin 100 mg b.i.d., and Gabitril 4 mg q.h.s. She is also treated with Effexor 75 mg 2 q.a.m. and 1 at h.s. and lorazepam 1 mg three to four times a day. Following the motor-vehicle accident she was taking up to eight hydrocodone per day. She has decreased the dosage to three per day over the past four months. She has increased the dosage of hydrocodone for occasional flare-ups of pain.

Pain symptoms are fairly well controlled with the current regimen. However, she feels that recent additions of Gabitril and Neurontin have not significantly enhanced pain relief. Prior treatment with Pamelor was most beneficial in alleviating pain. However, she complained of side effect of 30-pound weight gain.

She is status post two lumbar steroid epidural blocks, October 4th and October 11th. She notes that epidural blocks alleviated right hip pain but have been ineffective in alleviating left sciatic symptoms. She is scheduled for nerve root block under fluoroscopy.

(Continued)

P. 1                          703.356.1269                        Sandra Sue

Letter to Margaret M. Clancy, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002
Page Two

She is status post left lumbar laminectomy/discectomy in 1991 for disc herniation. Postoperatively she noted improvement but not resolution of left lumbar radiculopathy symptoms. She was treated with physical therapy for lumbar and left leg strengthening postoperatively. She continues physical therapy on a weekly basis for myotherapy, deep tissue massage.

She exercises routinely. Her exercise regimen includes strengthening, swimming, water aerobics, and stretching.

She has been evaluated by Dr. Bruce Ammerman and Dr. Alex Powers (neurosurgeons). She has been referred for a cervical and lumbar MRI and a cervical and lumbar myelogram. Cervical MRI July 2002 is reviewed with the patient. Multiple-level degenerative disc disease is noted at C4-5 through C6-7. Disc bulge is noted at C4-5, C5-6, and C6-7. There is no evidence of cord impingement. Lumbar MRI 05/30/2000 demonstrates postoperative changes at L5/S1 with markedly decreased disc space. Disc bulge is noted at L5-S1. Facet arthritis is noted at L4-S.

REVIEW OF SYMPTOMS: As above. Complains of disturbed sleep pattern, colitis symptoms. Denies fever, chills, rash, chest pain, palpitations, dyspnea, abdominal pain, diffuse joint pain, joint redness/swelling.

PAST MEDICAL HISTORY: Hypercholesterolemia, hepatitis, asthma, colitis, depression.

PREVIOUS SURGERIES: L5/S1 laminectomy/discectomy 1991.

FAMILY HISTORY: Cancer.

SOCIAL HISTORY: The patient is employed in sales. She is single with one child. Tobacco negative. ETOH moderate.

MEDICATIONS: Hydrocodone 5/500 mg t.i.d. p.r.n. pain, lorazepam 1 mg t.i.d. to q.i.d., Neurontin 100 mg b.i.d., Gabitril 4 mg q.h.s., Effexor 75 mg 2 p.o. q.a.m., 1 p.o. q.h.s., Rowasa, Asacol.

ALLERGIES:

PHYSICAL EXAMINATION: On physical exam, generally she is a well-developed female alert, oriented x3 in no acute distress. Cervical range of motion is within normal limits for flexion and extension, limited 20 to 30 percent lateral bending to the left and right, 30 to 40 percent lateral rotation to the left and right. Spurling's and Lhermitte's are negative. Lumbar range of motion is painful at 40 degrees' flexion. There is increase in lumbar discomfort with 15 degrees' extension and lateral bending to the left and right. There is tenderness involving the cervical, lumbar paraspinous and periscapular muscles with diffuse palpable tender trigger points in the periscapular muscles. Straight leg raising is negative bilaterally. Motor strength is 5/5. Deep tendon reflexes are 2+ at the biceps, triceps, brachioradialis, patellar, right Achilles, 0-1+ at the left Achilles tendons. Sensory examination is diminished in the left S1 dermatome, otherwise intact throughout. Gait is intact.

(Continued)

Letter to Margaret M. Clancy, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002
Page Three

IMPRESSION:

1. Cervical degenerative disc disease/bulge.
2. Cervical myofascial pain.
3. Occipital neuralgia.
4. Left sciatica/residual left lumbar radiculopathy.
5. Lumbar disc bulge, L4/5.
6. Status post left L5/S1 laminectomy/discectomy.
7. Depression.

PLAN:

1. Reviewed current treatment regimen. Recommend continuing exercise regimen, range of motion /stretching, strengthening, aquatic exercises, aerobic/cardiovascular.
2. Follow up for scheduled transforaminal nerve root block for left sciatic pain.
3. Trial of Pamelor 10 mg 1-3 at h.s. Rx #90, five refills. Monitor weight weekly. Effexor may counteract effect of weight gain with Pamelor. If not, consider trial of Wellbutrin 150 mg SR b.i.d. with Pamelor.
4. Continue myotherapy for deep tissue massage.
5. Follow up for trigger point injections for myofascial pain symptoms.
6. She may also be a candidate for occipital nerve blocks.

Thank you for the opportunity to participate in the care of your patient.

Sincerely,

M. Theresa Carlini, M.D.

MTC/imj

cc: David W. Patterson, M.D.

SUE, MARGARET          48Y/F
563-905  ITC    ANE ITC
17925140 CERNEA, ANDREI
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    10/04/2002
04/30/1954

Sibley Memorial Hospital
## THE PAIN MEDICINE CENTER
Epidural Evaluation Form

*MVA 4/10/00*
*Constant pain since MVA*

*VAS: 8-9*

REFERRING PHYSICIAN: _D. Zimmerman_
PRIMARY CARE PHYSICIAN: _D. Peterson_

Patient is referred with a DIAGNOSIS of: _Bulging L4-5 disc_

HISTORY: ( First Visit)
Pain Pattern: Constant Intermittent , Numeric Scale: _LBP radiating thru bilat. buttocks_
_a posterior thighs ending above knees_
Past Medical History: _H/O Colitis_

*Pain Med*
*Hydrocodone*
*- 40 mg*
*10 mg*
*QD*

Past Surgical History: _no_ _Laminectomy & Fusion L5-S₁_
ROS: (Bowel or Urinary Incontinence? Yes No)
Medications:  ASA in last 7 days? Yes (No), NSAIDS in the last 24 hrs.? Yes (No)
Blood Thinners ? Yes  No (Coumadin  Plavix)
List of Medications: _Effexor, Lorazepam, Asacol, Neurontin 200mg QD_
_Tegretol - for pain_
Allergies and Reactions:  (Betadine  OK?) _NKDA_
MRI findings: _____

Epidural:      Number 1    Pre-BP _112-88 74_    Post-BP _129/61_    Date: _10/4/02_
Sedation? Yes  No                              Peripheral IV:  Left  Right  Arm
✓ The risk vs. benefit explained prior to the procedure       IV Medications: _____
✓ Verbal/Written consent obtained                             Epidural Needle: _#17/Tuohy_

Procedure:  ___L2-3    ___L3-4    ✓L4-5    ___L5-S1   Cervical Level: ____
DESCRIPTION OF LOCATION: _____
Position:   ___RLD    ___LLD    ___Sitting    ___Prone    ___Fluoroscopy
Medications: ✓ 40 mg or __ 80 mg or __ 120 mg methylprednisolone
             ___ mg Kenalog          Other: _____
             ✓ cc of preservative free normal saline;  _____ cc Isovue 300
             ✓ cc of local anesthetic, type: _____

Post Procedure site checked:
✓ Band-Aid applied  ✓ (site unremarkable)  ✓ Discharged condition stable
Follow up discussed:

Completed by: _P. Bromell_ RN/Tech    _____ MD

↳ pt states p̄ last one (Fri 10/4) had facial flushing on Sat 10/5

**Epidural:**   Number 2   Pre-BP 12/86   Post-BP 117/7   Date: 10/11/02
**DIAGNOSIS:**
**Progress:** #1 helped (R)side - 20% better, s/10 pain currently, (L) 8-9/10, states "didn't notice appreciable relief"

Sedation? Yes (No)
___ The risk vs. benefit explained prior to the procedure    Peripheral IV: Left  Right  Arm
✓ Verbal/Written consent obtained    IV Medications: _____
    Needle: #1.5 - T12/(R)L1

**Procedure:** ___ L2-3 ___ L3-4 ___ L4-5 ___ L5-S1  Cervical Level: _____
**DESCRIPTION OF LOCATION:** _____
**Position:** ___ RLD ___ LLD ___ Sitting ___ Prone ___ Fluoroscopy
**Medications:** ___ 40 mg or ___ 80 mg or ___ 120 mg methylprednisolone
    ___ cc of preservative free normal saline; _____ cc Isovue 300
    80 mg Kenalog    Other: _____
    ___ cc of local anesthetic, type: _____

Post Procedure site checked:
___ Band-Aid applied  ___ (site unremarkable) ___ Discharged condition stable
Follow up discussed: _____

**Completed by:** Cheisel _____ RN/Tech _____ MD

---

Fluoro

**Epidural:**   Number 3   Pre-BP 122/64   -90   Post-BP _____   Date: 10/23/02
**DIAGNOSIS:**
**Progress:** 20% improve overall, still has great difficulty standing/sitting  po
Sedation ? Yes No
___ The risk vs. benefit explained prior to the procedure    Peripheral IV: Left  Right  Arm
___ Verbal/Written consent obtained    IV Medications: _____
    Needle: _____

**Procedure:** ___ L2-3 ___ L3-4 ___ L4-5 ___ L5-S1  Cervical Level: _____
**DESCRIPTION OF LOCATION:** _____
**Position:** ___ RLD ___ LLD ___ Sitting ___ Prone ___ Fluoroscopy
**Medications:** ___ 40 mg or ___ 80 mg or ___ 120 mg methylprednisolone
    ___ cc of preservative free normal saline; _____ cc Isovue 300
    ___ mg Kenalog    Other: _____
    ___ cc of local anesthetic, type: _____

Post Procedure site checked:
___ Band-Aid applied  ___ (site unremarkable) ___ Discharged condition stable
Follow up discussed: _____

**Completed by:** P. Brown _____ RN/Tech _____ MD

DEA # AA5918923

BRUCE J. AMMERMAN, M.D.

WASHINGTON NEUROSURGICAL ASSOCIATES, P.C.
FOXHALL SQUARE
SUITE 352
3301 NEW MEXICO AVENUE, N.W.
WASHINGTON, DC 20016
202-966-6300

NAME _Margaret Sae_

ADDRESS _____  DATE _9/3/02_

℞

_Lumbar Epidural Block_

☐ LABEL

REFILL ___ TIMES    PRN    NR

_____ M.D.

TO INSURE BRAND NAME DISPENSING, PRESCRIBER MUST WRITE DISPENSE AS WRITTEN
ON THE PRESCRIPTION.

SIBLEY MEMORIAL HOSPITAL
Printed: Thu Oct 31, 2002 10:51 AM

CHART Copy
39

```
Name=SUE,MARGARET                                    MRUN=563-905
  DOB=04/30/1954      Age=48Y        Sex=F           Acct #=17999145
  Loc/Svc=/ITC                                       Admit Date=10/29/2002
FINAL REPORT                                         Discharge Date=10/29/2002
```
=======================================================================

SIBLEY MEMORIAL HOSPITAL
OPERATIVE SUMMARY

```
PATIENT NAME:              MARGARET, SUE*                    ITC
MEDICAL RECORD NUMBER:     563-905
ACCOUNT NUMBER:            17999145
```

```
DATE OF PROCEDURE:
SURGEON:                   ANDREI CERNEA, M.D.
ASSISTANT:
PREOPERATIVE DIAGNOSIS:
POSTOPERATIVE DIAGNOSIS:
PROCEDURE PERFORMED:
ANESTHESIA:
```

HISTORY:            The patient is a 48-year-old female who comes to our clinic chronic left-sided leg pain and is status post a lumbar laminectomy.  She has exceptional pain while sitting which improves when standing and the pain is basically continuous.  She is in good physical shape and has eschewed medical management for her pain in the past.  She had 2 lumbar epidural steroids which had minimal effect.  I counseled her that her last attempt at an injection type procedure should probably be a selective nerve root block since her pain is limited to one side and since she has pathology on the MRI, specifically at the L4-5 level, that may be amenable to addressing in this fashion.

Today, she was brought to the fluoroscopy room where she was placed prone on the fluoroscopy table and a #24 gauge IV was started.  Five milligrams of Versed were used prior to the procedure and then the anatomic landmarks were localized using the fluoroscope.

Under direct fluoroscopic guidance, a #20 spinal gauge needle was placed at the L5-S1 left-sided foramen and a dye injection confirmed the placement.  This was followed by an injection of 40mg of Kenalog and 5cc of 0.25%Marcaine.  The procedure was then repeated under sterile conditions at the L4-5 left-sided neural foramen.  There was a slight paresthesia to advancing the needle at that level and the needle was then withdrawn 0.5mm.  The paresthesia abated.  Dye injection again confirmed appropriate placement of the needle tip and the same amount of Kenalog (40mg) in 5cc of 0.25%Marcaine was injected.

The patient was then taken to the recovery room where she dozed off for a while.  Upon waking, she was numb in her left leg in that radicular area specifically, although she could bend and extend the leg fairly easily.  She had diminished

SIBLEY MEMORIAL HOSPITAL

**CHART Copy**

Name=**SUE,MARGARET**                                              MRUN=563-905
 DOB=04/30/1954        Age=48Y            Sex=F        Acct #=17999145
Loc/Svc=/ITC                                        Admit Date=10/29/2002
**FINAL REPORT**                                     Discharge Date=10/29/2002
================================================================

strength.  She was observed for 4hours during which she sat without

any pain and she had no pain again while getting up.  She was
discharged home in the care of her friend and she will follow up with
me to apprise me of her progress in approximately 1week.

                    Thank you, again, Dr.Ammerman, for
sending the patient to our clinic.


Caution: Reports not manually signed may have additional changes
        Please refer to the chart copy
================================================================
   Dictated By=CERNEA,ANDREI (MD)            D/T=10/29/2002 0000
   Text Status=**FINAL**
    Signed By= _____       D/T= _____
                   CERNEA, ANDREI (MD)
  Transcribed By=MEDQ,USER                    D/T=10/29/2002 0000

# Tysons Corner Chiropractic

19 November 2002

Kenneth Annis
Suite 800
1100
Connecticut Avenue N.W.

Mr. Annis

Enclosed is a listing of chiropractic services performed on Ms. Sandra Sue and bills for services rendered for follow up care for this calendar year.

The total so far for this year is $3505.00. As we progress in treating Ms. Sue for follow up care due to the car accident, I will send you updated bills.

Best regards,

Richard A. Wirtanen M.A., C.B.S.S., D.C.

PLEASE
DO NOT
STAPLE
IN THIS
AREA

UNITEDHEALTHCARE
P.O. BOX 740800
ATLANTA, GA 30374-0800

**42**

## HEALTH INSURANCE CLAIM FORM

PICA |||| PICA

| 1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | CHAMPUS (Sponsor's SSN) | CHAMPVA (VA File #) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER X (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: **220629009**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET S**

3. PATIENT'S BIRTH DATE  MM **04** DD **30** YY **1954**  SEX M  F **X**

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET S**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self **X**  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**  STATE **VA**

8. PATIENT STATUS
Single  Married  Other

CITY **MCLEAN**  STATE **VA**

ZIP CODE **22101**  TELEPHONE (Include Area Code) **(703) 288 1227**

Employed  Full-Time Student  Part-Time Student

ZIP CODE **22101**  TELEPHONE (INCLUDE AREA CODE) **(703) 288 1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO **X**

a. INSURED'S DATE OF BIRTH  MM **04** DD **30** YY **54**  SEX M  F **X**

b. OTHER INSURED'S DATE OF BIRTH  MM  DD  YY  SEX M  F

b. AUTO ACCIDENT?  YES  NO **X**  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO **X**

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITEDHEALTHCARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO **X**  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **01182001**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT:  MM  DD  YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM  DD  YY  TO  MM  DD  YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM  DD  YY  TO  MM  DD  YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO **X**  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **721.1**
2. **722.73**
3.
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY / To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 18 02  01 18 02 | 11 | 9 | 98941 | 1 2 | 50.00 | 1 | | | | WIRTANEN |
| 02 23 02  02 23 02 | 11 | 9 | 98941 | 1 2 | 50.00 | 1 | | | | WIRTANEN |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  **541970739**  SSN  EIN **X**

26. PATIENT'S ACCOUNT NO.  **SUEMA000  672**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES **X**  NO

28. TOTAL CHARGE  $ **100.00**

29. AMOUNT PAID  $

30. BALANCE DUE  $ **100.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**SIGNATURE ON FILE**

SIGNED  DATE **02/29/2000**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD A. WIRTANEN D.C.**
**8206 LEESBURG PIKE, #304**
**VIENNA, VA 22182-2614**

PIN#  GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5675
ASK FOR FORM # 1500-129

Professional Health Care Systems

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

**UNITED HEALTH CARE**
PO BOX 740800
ATLANTA GA 30374-0800

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

| | PICA | | | | | | PICA | |

| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) X | (SSN or ID) | (SSN) | (ID) | 220629009 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE MARGARET**

3. PATIENT'S BIRTH DATE: 04 30 1954  SEX: F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED: Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY: **MCLEAN**  STATE: **VA**

8. PATIENT STATUS: Single  Married  Other

CITY: **MCLEAN**  STATE: **VA**

ZIP CODE: **22101**  TELEPHONE (Include Area Code): **( 703 288-1227**

Employed  Full-Time Student  Part-Time Student

ZIP CODE: **22101**  TELEPHONE (INCLUDE AREA CODE): **( 703 288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  NO X

a. INSURED'S DATE OF BIRTH: 04 30 1954  SEX: M  F X

b. OTHER INSURED'S DATE OF BIRTH  SEX M  F

b. AUTO ACCIDENT?  YES  NO X  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO X  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO  $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 7211
2. 72273
3.
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 23 2002 | 04 23 2002 | 11 | 01 | 97010 | 1,2 | 20.00 | 1 | | | | |
| 04 23 2002 | 04 23 2002 | 11 | 09 | 97110 | 1,2 | 176.00 | 4 | | | | |
| 04 23 2002 | 04 23 2002 | 11 | 01 | 98941 | 1,2 | 60.00 | 1 | | | | |
| 04 23 2002 | 04 23 2002 | 11 | 09 | 98943 | 1,2 | 47.00 | 1 | | | | |
| 06 04 2002 | 06 04 2002 | 11 | 01 | 98941 | 1 | 60.00 | 1 | | | | |
| 06 04 2002 | 06 04 2002 | 11 | 01 | 97012 | 1 | 25.00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER: **541970739**  SSN  EIN X

26. PATIENT'S ACCOUNT NO. **00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES X  NO

28. TOTAL CHARGE **$ 388.00**

29. AMOUNT PAID **$**

30. BALANCE DUE **$388.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **RICHARD A WIRTANEN** DC  DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**   703 288-1702

PIN#  GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129
PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE DO NOT STAPLE IN THIS AREA

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

| | PICA | | | | | **HEALTH INSURANCE CLAIM FORM** | PICA | |

## HEALTH INSURANCE CLAIM FORM

1. MEDICARE ☐ (Medicare #)   MEDICAID ☐ (Medicaid #)   CHAMPUS ☐ (Sponsor's SSN)   CHAMPVA ☐ (VA File #)   GROUP HEALTH PLAN ☐ (SSN or ID)   FECA BLK LUNG ☐ (SSN)   OTHER ☒ (ID)   
1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1): **220629009**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **SUE  MARGARET**

3. PATIENT'S BIRTH DATE: MM **04** DD **30** YY **1954**  SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): **SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street): **1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): **1501 MCLEAN CORNER LANE**

CITY: **MCLEAN**   STATE: **VA**

8. PATIENT STATUS: Single ☐ Married ☒ Other ☐

CITY: **MCLEAN**   STATE: **VA**

ZIP CODE: **22101**   TELEPHONE (Include Area Code): ( **703** ) **288-1227**

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: **22101**   TELEPHONE (INCLUDE AREA CODE): ( **703** ) **288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: **700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (CURRENT OR PREVIOUS) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH: MM **04** DD **30** YY **1954**  SEX M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME: **UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☒ NO ☐ If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:

17a. I.D. NUMBER OF REFERRING PHYSICIAN:

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE:

20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **7211**
2. **72273**
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 06 | 04 | 2002 | 06 | 04 | 2002 | 11 | 09 | 97110 | | 1,2 | 176.00 | 4 | | | | |
| 06 | 04 | 2002 | 06 | 04 | 2002 | 11 | 01 | 97010 | | 1,2 | 20.00 | 1 | | | | |
| 06 | 04 | 2002 | 06 | 04 | 2002 | 11 | 09 | 99070 | | 1 | 80.00 | 1 | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER: **541970739**  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.: **00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back) YES ☒ NO ☐

28. TOTAL CHARGE $ **276.00**

29. AMOUNT PAID $

30. BALANCE DUE $ **$276.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **RICHARD A WIRTANEN  DC**   DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #: **RICHARD WIRTANEN DC  8206 LEESBURG STE #304  VIENNA VA 22182**   **703 288-1702**

PIN#   GRP#

PLEASE PRINT OR TYPE   TO REORDER, CALL TOLL-FREE 1-800-445-5875 ASK FOR FORM # 1500-129

PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

UNITED HEALTH CARE
PO BOX 30800
ATLANTA GA 30374-0800

DO NOT STAPLE IN THIS AREA

PICA

## HEALTH INSURANCE CLAIM FORM

PICA

| 1. | MEDICARE _(Medicare #)_ | MEDICAID _(Medicaid #)_ | CHAMPUS _(Sponsor's SSN)_ | CHAMPVA _(VA File #)_ | GROUP HEALTH PLAN _(SSN or ID)_ X | FECA BLK LUNG _(SSN)_ | OTHER _(ID)_ | 1a. INSURED'S I.D. NUMBER 220629009 | (FOR PROGRAM IN ITEM 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE MARGARET**

3. PATIENT'S BIRTH DATE **04 30 1954** SEX M X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**   STATE **VA**

8. PATIENT STATUS
Single   Married X   Other

CITY **MCLEAN**   STATE **VA**

ZIP CODE **22101**   TELEPHONE (Include Area Code) **(703 288-1227**

Employed   Full-Time Student   Part-Time Student

ZIP CODE **22101**   TELEPHONE (INCLUDE AREA CODE) **(703 288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES   NO X

a. INSURED'S DATE OF BIRTH **04 30 1954** SEX M X

b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M   F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO X

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   NO X   _If yes, return to and complete item 9 a-d._

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES   NO X   $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **7211**
2. **72273**
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | DATE(S) OF SERVICE | | | | | B | C | PROCEDURES, SERVICES, OR SUPPLIES | | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | Place of Service | Type of Service | (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
| 1 | 08 05 2002 | | 08 05 | 2002 | | 11 | 01 | 97010 | | 1,2 | 20.00 | 1 | | | | |
| 2 | 08 05 2002 | | 08 05 | 2002 | | 11 | 09 | 97110 | | 1,2 | 180.00 | 4 | | | | |
| 3 | 08 05 2002 | | 08 05 | 2002 | | 11 | 01 | 98941 | | 1,2 | 60.00 | 1 | | | | |
| 4 | 08 05 2002 | | 08 05 | 2002 | | 11 | 09 | 98943 | | 1,2 | 47.00 | 1 | | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER **541970739** SSN   EIN X

26. PATIENT'S ACCOUNT NO. **00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES X   NO

28. TOTAL CHARGE **$ 307.00**

29. AMOUNT PAID **$**

30. BALANCE DUE **$307.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **RICHARD A WIRTANEN DC**   DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**   **703 288-1702**

PIN#   GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129
PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

DO NOT
STAPLE
IN THIS
AREA

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

# HEALTH INSURANCE CLAIM FORM

| PICA | | PICA |
|---|---|---|

1. MEDICARE (Medicare #) ☐   MEDICAID (Medicaid #) ☐   CHAMPUS (Sponsor's SSN) ☐   CHAMPVA (VA File #) ☒   GROUP HEALTH PLAN (SSN or ID) ☐   FECA BLK LUNG (SSN) ☐   OTHER (ID) ☐

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
220629009

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE  MARGARET**

3. PATIENT'S BIRTH DATE  04 30 1954   SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**   STATE **VA**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY **MCLEAN**   STATE **VA**

ZIP CODE **22101**   TELEPHONE (Include Area Code) **( 703 288-1227**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **22101**   TELEPHONE (INCLUDE AREA CODE) **( 703 288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  04 30 1954   SEX  M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX  M ☐  F ☐

b. AUTO ACCIDENT?  YES ☐  NO ☒   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☐  NO ☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT:  MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM     TO  MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM     TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **7211**      3.
2. **72273**    4.

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 08 07 2002 | | 08 07 2002 | | | 11 | 01 | 97010 | | 1,2 | 20.00 | | | | | |
| 08 07 2002 | | 08 07 2002 | | | 11 | 09 | 97110 | | 1,2 | 180.00 | 4 | | | | |
| 08 07 2002 | | 08 07 2002 | | | 11 | 01 | 98941 | | 1,2 | 60.00 | | | | | |
| 08 07 2002 | | 08 07 2002 | | | 11 | 09 | 98943 | | 1,2 | 47.00 | | | | | |
| 08 09 2002 | | 08 09 2002 | | | 11 | 01 | 97010 | | 1,2 | 20.00 | | | | | |
| 08 09 2002 | | 08 09 2002 | | | 11 | 09 | 97110 | | 1,2 | 180.00 | 4 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
**541970739**

26. PATIENT'S ACCOUNT NO.
**00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $ **507.00**

29. AMOUNT PAID  $

30. BALANCE DUE  $ **$507.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**RICHARD A WIRTANEN**
SIGNED **DC**   DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**
**703 288-1702**

PIN#     GRP#

**PLEASE PRINT OR TYPE**

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129

PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA | |

**1.** MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (VA File #) GROUP HEALTH PLAN ☐ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☒ (ID)

**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
220629009

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
SUE MARGARET

**3. PATIENT'S BIRTH DATE** 04 30 1954 SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
SUE, MARGARET

**5. PATIENT'S ADDRESS** (No., Street)
1501 MCLEAN CORNER LANE

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)
1501 MCLEAN CORNER LANE

CITY
MCLEAN

STATE
VA

**8. PATIENT STATUS**
Single ☐ Married ☒ Other ☐

CITY
MCLEAN

STATE
VA

ZIP CODE
22101

TELEPHONE (Include Area Code)
(703 288-1227

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE
22101

TELEPHONE (INCLUDE AREA CODE)
(703 288-1227

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
700459

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (CURRENT OR PREVIOUS)
YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** 04 30 1954 M ☐ SEX F ☒

**b. OTHER INSURED'S DATE OF BIRTH** MM DD YY M ☐ SEX F ☐

**b. AUTO ACCIDENT?** PLACE (State)
YES ☐ NO ☒

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**c. OTHER ACCIDENT?**
YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
UNITED HEALTH CARE

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☒ NO ☐ If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE   DATE 11 / 13 / 2002

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT:** MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY FROM TO MM DD YY

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE**

**17a. I.D. NUMBER OF REFERRING PHYSICIAN**

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY FROM TO MM DD YY

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
YES ☐ NO ☒

$ CHARGES
$0.00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 7211
2. 72273
3.
4.

**22. MEDICAID RESUBMISSION**
CODE         ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

**24.**

| A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 09 2002 | 08 09 2002 | 11 | 01 | 98941 | | 1,2 | 60.00 | 1 | | | | |
| 09 18 2002 | 09 18 2002 | 11 | 01 | 97010 | | 1,2 | 20.00 | 1 | | | | |
| 09 18 2002 | 09 18 2002 | 11 | 09 | 97110 | | 1,2 | 180.00 | 4 | | | | |
| 09 18 2002 | 09 18 2002 | 11 | 01 | 98941 | | 1,2 | 60.00 | 1 | | | | |
| 09 20 2002 | 09 20 2002 | 11 | 01 | 97010 | | 1,2 | 20.00 | 1 | | | | |
| 09 20 2002 | 09 20 2002 | 11 | 09 | 97110 | | 1,2 | 180.00 | 4 | | | | |

**25. FEDERAL TAX I.D. NUMBER** SSN ☐ EIN ☒
541970739

**26. PATIENT'S ACCOUNT NO.**
00000015

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☒ NO ☐

**28. TOTAL CHARGE**
$ 520.00

**29. AMOUNT PAID**
$

**30. BALANCE DUE**
$ 520.00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RICHARD A WIRTANEN
DC   11/13/2002
SIGNED   DATE

**32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED** (If other than home or office)

**33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #**
RICHARD WIRTANEN DC
8206 LEESBURG STE #304
VIENNA VA 22182   703 288-1702
PIN#   GRP#

**PLEASE PRINT OR TYPE**

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129
PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

## HEALTH INSURANCE CLAIM FORM

| | | | | | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare #)  MEDICAID (Medicaid #)  CHAMPUS (Sponsor's SSN)  CHAMPVA (VA File #)  GROUP HEALTH PLAN (SSN or ID)  FECA BLK LUNG (SSN)  OTHER (ID) ☒

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**220629009**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE  MARGARET**

3. PATIENT'S BIRTH DATE  04 30 1954  SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**  STATE **VA**

8. PATIENT STATUS
Single ☐  Married ☐  Other ☐

CITY **MCLEAN**  STATE **VA**

ZIP CODE **22101**  TELEPHONE (Include Area Code) ( **703 288-1227**

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE **22101**  TELEPHONE (INCLUDE AREA CODE) ( **703 288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES ☐  NO ☐

a. INSURED'S DATE OF BIRTH  04 30 1954  SEX  M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY  SEX  M ☐  F ☐

b. AUTO ACCIDENT?  YES ☐  NO ☐  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒  NO ☐  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**  DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT:  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP)  MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES ☐  NO ☐  $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **7211**   3.
2. **72273**   4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 20 2002 | 09 20 2002 | 11 | 01 | 98941 | 1,2 | 60.00 | 1 | | | | |
| 09 23 2002 | 09 23 2002 | 11 | 01 | 97010 | 1,2 | 20.00 | 1 | | | | |
| 09 23 2002 | 09 23 2002 | 11 | 09 | 97110 | 1,2 | 180.00 | 1 | | | | |
| 09 23 2002 | 09 23 2002 | 11 | 01 | 98941 | 1,2 | 60.00 | 1 | | | | |
| 09 28 2002 | 09 28 2002 | 11 | 01 | 97010 | 1,2 | 20.00 | 1 | | | | |
| 09 28 2002 | 09 28 2002 | 11 | 09 | 97110 | 1,2 | 180.00 | 4 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐  EIN ☒
**541970739**

26. PATIENT'S ACCOUNT NO.
**00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $ **520.00**

29. AMOUNT PAID  $

30. BALANCE DUE  $ **$520.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED **RICHARD A WIRTANEN  DC**  DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**
**703 288-1702**

PIN#   GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129
PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

# HEALTH INSURANCE CLAIM FORM

PICA | | | | PICA

1. MEDICARE  MEDICAID  CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER
(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (VA File #) X  (SSN or ID)  (SSN)  (ID)

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1)
**220629009**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE MARGARET**

3. PATIENT'S BIRTH DATE  **04 30 1954**  SEX  M  F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY  **MCLEAN**  STATE  **VA**

8. PATIENT STATUS
Single  Married  Other

CITY  **MCLEAN**  STATE  **VA**

ZIP CODE  **22101**  TELEPHONE (Include Area Code)  ( **703** ) **288-1227**

Employed  Full-Time Student  Part-Time Student

ZIP CODE  **22101**  TELEPHONE (INCLUDE AREA CODE)  ( **703** ) **288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  NO

a. INSURED'S DATE OF BIRTH  **04 30 1954**  SEX  M  F X

b. OTHER INSURED'S DATE OF BIRTH
MM  DD  YY  M  F

b. AUTO ACCIDENT?  PLACE (State)
YES  NO X

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  NO X

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**  DATE  **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

14. DATE OF CURRENT:  MM  DD  YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM  DD  YY  MM  DD  YY
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM  DD  YY  MM  DD  YY
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO X  $ CHARGES  **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. **7211**
2. **72273**
3.
4.

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 28 2002 | 09 28 2002 | 11 | 01 | 98941 | | 1,2 | 60 00 | 1 | | | | |
| 09 30 2002 | 09 30 2002 | 11 | 01 | 97010 | | 1,2 | 20 00 | 1 | | | | |
| 09 30 2002 | 09 30 2002 | 11 | 09 | 97110 | | 1,2 | 180 00 | 4 | | | | |
| 09 30 2002 | 09 30 2002 | 11 | 01 | 98941 | | 1,2 | 60 00 | 1 | | | | |
| 09 30 2002 | 09 30 2002 | 11 | 09 | 98943 | | 1,2 | 47 00 | 1 | | | | |
| 10 04 2002 | 10 04 2002 | 11 | 01 | 97010 | | 1,2 | 20 00 | 1 | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN
**541970739**  X

26. PATIENT'S ACCOUNT NO.
**00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES X  NO

28. TOTAL CHARGE
$ **387.00**

29. AMOUNT PAID
$

30. BALANCE DUE
$ **$387.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**RICHARD A WIRTANEN**
DC  **11/13/2002**
SIGNED  DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**  **703 288-1702**

PIN#  GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129

PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008  FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055  FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)

PLEASE DO NOT STAPLE IN THIS AREA

PLEASE
DO NOT
STAPLE
IN THIS
AREA

UNITED HEALTH CARE
PO BOX 740800
ATLANTA GA 30374-0800

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | PICA | |

1. MEDICARE ☐ (Medicare #) MEDICAID ☐ (Medicaid #) CHAMPUS ☐ (Sponsor's SSN) CHAMPVA ☐ (VA File #) GROUP HEALTH PLAN ☒ (SSN or ID) FECA BLK LUNG ☐ (SSN) OTHER ☐ (ID)
**1a. INSURED'S I.D. NUMBER** (FOR PROGRAM IN ITEM 1)
**220629009**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**SUE MARGARET**

3. PATIENT'S BIRTH DATE
MM **04** DD **30** YY **1954**  SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
**SUE, MARGARET**

5. PATIENT'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
**1501 MCLEAN CORNER LANE**

CITY **MCLEAN**   STATE **VA**

8. PATIENT STATUS
Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY **MCLEAN**   STATE **VA**

ZIP CODE **22101**   TELEPHONE (Include Area Code) ( **703** ) **288-1227**

ZIP CODE **22101**   TELEPHONE (INCLUDE AREA CODE) ( **703** ) **288-1227**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
**700459**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH
MM **04** DD **30** YY **1954**  M ☐ SEX F ☒

b. OTHER INSURED'S DATE OF BIRTH
MM DD YY   M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
YES ☐ NO ☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME
**UNITED HEALTH CARE**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES ☒ NO ☐   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **11 / 13 / 2002**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
YES ☐ NO ☐   $ CHARGES **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. **7211**
2. **72273**
3. 
4. 

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 04 2002 | 10 04 2002 | 11 | 09 | 97110 | 1 | 180 00 | 4 | | | | |
| 10 04 2002 | 10 04 2002 | 11 | 01 | 98941 | 1,2 | 60 00 | 1 | | | | |
| 10 07 2002 | 10 07 2002 | 11 | 01 | 97010 | 1,2 | 20 00 | 1 | | | | |
| 10 07 2002 | 10 07 2002 | 11 | 09 | 97110 | 1,2 | 180 00 | 4 | | | | |
| 10 07 2002 | 10 07 2002 | 11 | 01 | 98941 | 1,2 | 60 00 | 1 | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
**541970739**

26. PATIENT'S ACCOUNT NO.
**00000015**

27. ACCEPT ASSIGNMENT? (For govt. claims see back)
YES ☒ NO ☐

28. TOTAL CHARGE
$ **500.00**

29. AMOUNT PAID
$

30. BALANCE DUE
$ **$500.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**RICHARD A WIRTANEN**
SIGNED **DC**   DATE **11/13/2002**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
**RICHARD WIRTANEN DC**
**8206 LEESBURG STE #304**
**VIENNA VA 22182**   **703 288-1702**
PIN#   GRP#

PLEASE PRINT OR TYPE

TO REORDER, CALL TOLL-FREE 1-800-445-5875
ASK FOR FORM # 1500-129

PROFESSIONAL HEALTH CARE SYSTEMS

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)
(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)