1

# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS                                    TEL (202) 785-2244
MAUREEN COSTIGAN                                    FAX (202) 785-2051

April 7, 2003

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

| Re: | My Client: | Margaret Sandra Sue |
| | Your Employee: | Obami Cinge Wray |
| | Date of Occurrence: | April 10, 2000 |
| | | Federal Tort Claim – See Form 95 |

Dear Mr. Reed:

Enclosed, please find the following documents regarding Ms. Sue's recent medical treatment:

1. Dr. Gary Kalplan (Pain Management Clinic 1-28-03 to 3-4-03)  $1,220.00
2. Dr. James Campbell report of March 7, 2003

Please be advised that as per Dr. Campbell, report of March 7, 2003, Ms. Sue has "significant spondylotic disease involving principally C4-C5, C5-C6 and C6-C7." Dr. Campbell has recommended that Ms. Sue undergo an anterior cervical disectomy and fusion at the involved levels. Ms. Sue's surgery is scheduled for May 14, 2003.

The total amount of specials for Ms. Sue to date is $35,676.76.

Additional specials will be forwarded upon receipt.

**KENNETH J. ANNIS & ASSOCIATES**
ATTORNEYS AT LAW

I would appreciate it if you would telephone me upon receipt and review of the foregoing.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures

03/10/05                    PATIENT FINANCIAL HISTORY BY DT SERVICE

                                      KAPLAN CLINIC

                            Accounts 3820 - 3820   All Dates                           3

| Acct | Date | Dep # | Name | Dr# | Procedure | Ref Dt | Diag | Units | Amount |
|------|------|-------|------|-----|-----------|--------|------|-------|--------|
| 3820 | | | SUE,MARGARET | | | Previous Balance : | | | 0.00 |
| | 01/28/03 | 0 | SUE,MARGARET | 1 | 99204 OFFICE VISIT- NEW CM | | 723.4 | 1.00 | 265.00 |
| | 01/28/03 | | Check Payment | 16 | Patient | 01/28/03 | | | -265.00 |
| | 02/06/03 | 0 | SUE,MARGARET | 14 | 97140 MANUAL THERAPY | | 722.52 | 1.00 | 50.00 |
| | 02/06/03 | 0 | SUE,MARGARET | 14 | 97001 PHYSICAL THERAPY EVA | | 722.52 | 1.00 | 85.00 |
| | 02/06/03 | 0 | SUE,MARGARET | 11 | 99213-25 OFFICE VISIT- ESTAB | | 722.4 | 1.00 | 65.00 |
| | 02/06/03 | 0 | SUE,MARGARET | 11 | 98926 OSTEOPATHIC MANIPULA | | 722.4 | 1.00 | 75.00 |
| | 02/06/03 | 0 | SUE,MARGARET | 11 | 97781 ACUPUNCTURE WITH STI | | 722.4 | 1.00 | 40.00 |
| | 02/06/03 | | Check Payment | 014 | Patient | 02/06/03 | | | -315.00 |
| | 02/11/03 | 0 | SUE,MARGARET | 14 | 97140 MANUAL THERAPY | | 722.4 | 1.00 | 50.00 |
| | 02/11/03 | 0 | SUE,MARGARET | 14 | 97110 THERAPEUTIC EXERCISE | | 722.4 | 1.00 | 30.00 |
| | 02/11/03 | 0 | SUE,MARGARET | 14 | 97112 NEUROMUSCULAR RE-EDU | | 722.4 | 1.00 | 35.00 |
| | 02/11/03 | | Check Payment | 502 | Patient | 02/11/03 | | | -115.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 11 | 99213-25 OFFICE VISIT- ESTAB | | 739.1 | 1.00 | 65.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 11 | 98926 OSTEOPATHIC MANIPULA | | 739.1 | 1.00 | 75.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 11 | 97781 ACUPUNCTURE WITH STI | | 739.1 | 1.00 | 40.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 14 | 97140 MANUAL THERAPY | | 722.4 | 1.00 | 50.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 14 | 97110 THERAPEUTIC EXERCISE | | 722.4 | 1.00 | 30.00 |
| | 02/14/03 | 0 | SUE,MARGARET | 14 | 97112 NEUROMUSCULAR RE-EDU | | 722.4 | 1.00 | 35.00 |
| | 02/14/03 | | Check Payment | 2936 | Patient | 02/14/03 | | | -295.00 |
| | 02/21/03 | 0 | SUE,MARGARET | 14 | CTC CALLED TO CANCEL | | 000 | 1.00 | 0.00 |
| | 02/25/03 | 0 | SUE,MARGARET | 14 | 97140 MANUAL THERAPY | | 739.1 | 1.00 | 50.00 |
| | 02/25/03 | 0 | SUE,MARGARET | 14 | 97110 THERAPEUTIC EXERCISE | | 739.1 | 1.00 | 30.00 |
| | 02/25/03 | 0 | SUE,MARGARET | 14 | 97112 NEUROMUSCULAR RE-EDU | | 739.1 | 1.00 | 35.00 |
| | 02/25/03 | | Check Payment | 2945 | Patient | 02/25/03 | | | -115.00 |
| | 03/04/03 | 0 | SUE,MARGARET | 14 | 97140 MANUAL THERAPY | | 722.4 | 1.00 | 50.00 |
| | 03/04/03 | 0 | SUE,MARGARET | 14 | 97110 THERAPEUTIC EXERCISE | | 722.4 | 1.00 | 30.00 |
| | 03/04/03 | 0 | SUE,MARGARET | 14 | 97112 NEUROMUSCULAR RE-EDU | | 722.4 | 1.00 | 35.00 |
| | 03/04/03 | | Check Payment | 021 | Patient | 03/04/03 | | | -115.00 |

```
       TOTALS FOR ACCOUNT 3820    PAYMENTS :   1220.00   ADJUSTS  :       0.00   CHARGES :   1220.00      22.00         0.00
                                  REFUNDS:        0.00
                                             ------------           ------------          ------------            ------------
                                                1220.00                    0.00               1220.00                    0.00
```

KAPLAN CLINIC, P.C.

PHYSICAL THERAPY PROGRESS NOTE

PATIENT NAME: Margaret Sue

3/4/0? — S: Difficult time using ® hand opening jars
opening medicine etc — not pain really
just weak @ tingling i numbness & sometimes
® hand starts to tremor, gets muscle
twitches in arm

5

| Last | First | PF | RF | BP | GH | V | SF | RE | MH | Date |
|------|-------|------|------|------|------|------|------|--------|-------|-----------|
| Sue | Margaret | 40.00 | 0.00 | 50.00 | 45.00 | 5.00 | 0.00 | 100.00 | 36.00 | 1/28/2003 |

6

KAPLAN CLINIC, P.C.

PHYSICAL THERAPY PROGRESS NOTE

PATIENT NAME: Margaret "Sandy" Six

2/25/03  S: Relief from R only lasts ± 1 day. Today @ wo
painful. pain level is low but she just
took a pain killer. also Tingling & numbness
in @ side of face, @ UE. Expressing concern about possible
need for surgery, disappointment that no relief from current.

O: C-Rom        L/R
      Rot    55°/55°        ↑'d tone @ ant., @ scalene, @ scm R > L
      SB     20°/20°

      √  √'d 25%

Rx: ϑ0-⅃ c/ ϑ0 release @ ant scalene C5, C6
     "     "      @ scm @ mastoid
     MFR/STM @ cervical pvm, s.o., scalnes, scm
     Discussed current exercise routine and possible
     incorrect technique ō gym workout that may be
     contributing to neck pain. Also discussed need lumbar
     stabilization & it's contribution to back & neck pain
     - given Level 2 Lumbar stabilization for
     √HEP

A: Cervical & Lumbar DDD/DJD ō chronic pain
   p̄ Rx C-Rom improved @ rot 65°, @ rot 75°

P: Continue — teach body rolling

# Kaplan Clinic Patient History Form

7

Name: M. SANDRA SUE                                Date: 2/14/03

Date of Last exam:_____

Chief Complaints:  What are the main reasons for your visit today? List primary concern first.

1  Neck

2  Left Arm / Sholder weak

3  Low back

4

---

Have your medications changed since your last visit? [X] Yes [ ] No If yes please explain:_____
     Oxycottin 10 mg 3x/wwk

Do you need refills on any prescriptions? [ ] Yes [X] No   If yes, which ones?_____

---

## History of Present Illness or Pain:

Is this a new problem?  [ ] Yes. [X] No

If yes:  When did the problem start?_____
         What makes it worse?_____
         What makes it better?_____

If no:   Have symptoms changes since last visit? left arm more noticably weak
         Did the last treatment provide any relief? Yes - low back
         How long did the relief last? 1 day

On a scale of 1-10 (0  = no pain, 10= worst possible pain) Mark the number that best describes your problem today?

Area of the body: Neck

0     1     2     3     4     5     6    (7)    8     9     10

Area of the body: Left Sholder / Arm

0     1     2     3     4     5     6     7    (8)    9     10

## Past Medical and Social History

Has your name, address, phone number or insurance changed since your last visit? [ ]Yes [X] No

List serious illnesses in family since last visit:

_____

List any personal illness, personal concerns, procedures or surgeries or changes in medication allergies since last visit:

_____

_____

Do you smoke? [X] no [] yes      Do you drink? [] No [X] Yes (how much?) 3 Buro/w/2

I am currently living:  [ ] alone  [ ] with spouse [ ] with partner [] with family  [ ] with friend

I am: [ ] single [ ] married [X] partnered [ ] widowed [ ]divorced

M. Suh Sue                                          2/14/03

**Patient signature**                                **Date**

---

**Office use only:**

Master Prescription List verified: Initials: _____

Physician signature                                  2/14/03
                                                     Date

KAPLAN CLINIC, P.C.

PHYSICAL THERAPY PROGRESS NOTE

PATIENT NAME: Margaret Sue

2/14/03

S: Neck was better for ~1 day, now tight again
Low back is better ® side of neck w/ ext ® ® shoulder full weak

O C-ROM L/R
Rot 70/60    ↑'d tone ® scalene L > R
SB 25/40°    ⊕ Allen's ⊕ Adson's ® UE

RX1 ST - c/o soreness ® ant & mid. scalene Cy, Ls, ®
MFR/EM ® cervical pm, ® scm ® scalene ® ant
respiratory diaphragm release c̄ myofascial unwinding
of cervical fascia & dura c̄ Mike Hoy assisting
parietal lift
Cry

A: MFP; ↑ Rx ® Rot 70°, ® Rot 80°

P: continue

[signature]

Name: _____  Date: 02-14-03  Account Number: _____

Weight: 150.5  BP: 120/70  Pulse: _____  Temp: _____

Height: _____  Respirations: 11

Current Medications: _____

_____  _____  _____

_____  _____  _____

**Chief Complaint:**

1 back feels better for back.
2 arm painful
3 tenderness @ shoulder & arm
when turn head @ thumb tender
slightly pain

**Past History / Family History:** S/P MVA

**Social History:** 2 daughters age 30 & 7

**Pain Analog:** (0-10, 10 being worst possible pain, 0 being no pain)

Area: _____ = _____  Area: _____ = _____

**Examination:**

_____

_____

_____

| Musculoskeletal Evaluation and Treatment: | | | | | | | | | | Acupuncture/Trigger Point Injections | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FRS | | ERS | | | FRS | | ERS | | | Mega | Hz |
| Area | L | R | L | R | Area | L | R | L | R | | | |
| C1 | | ✓ | | | T8 | | | | ✓ | Sacral | | |
| C2 | | ✓ | | | T9 | | | | ✓ | | | |
| C3 | | | | | T10 | | | | | Pelvis | | |
| C4 | | ✓ | | | T11 | | | | | | | |
| C5 | ✓ | | | | T12 | | | | ✓ | Ribs | | |
| C6 | | | | | L1 | | | | | | | |
| C7 | | | | | L2 | | | | | | | |
| T1 | | | | | L3 | | | | | | | |
| T2 | | | | | L4 | | | | ✓ | Data Reviewed: | | Done: |
| T3 | | | ✓ | | L5 | | | ✓ | | Medications | | |
| T4 | | | ✓ | | | | | | | Old Records | | |
| T5 | | | ✓ | | | | | | | Laboratory Work | | |
| T6 | | | ✓ | | | | | | | X-rays | | |
| T7 | | | | | | | | | | MRI | | |

**Neurologic Evaluation:**

Cranial Nerves II-XII: ( ✓ ) Grossly Intact   Deep Tendon Reflexes: _____   Sensation: ( ✓ ) Intact   Strength ( ✓ ) Intact

Oriented ( ✓ ) person ( ✓ ) place ( ✓ ) time  Other _____

**Diagnoses:** DDD c-spine & l-spine

_____ ( ) Medication Monitoring

**Treatment:**

( ✓ ) Acupuncture  ( X ) Osteopathic Manipulative Therapy   ( ) Counseling Time Spent _____

**Plan:**

_____

Signature: D.O / M.D _____   recall sent 3/6 re: mind/body CB

## KAPLAN CLINIC, P.C.

### PHYSICAL THERAPY PROGRESS NOTE

PATIENT NAME: _Sandy Sue_

2/11/03

S: Neck as worst today - some pain in R hip

O: C-Rom ↑'d tone R scalenes R>L R ut, R scm
↑'d tone R mid traps rhomboid
Pelvis as for 2/6/03

Rx: st-t/so release R scm, R S.O.
MFR/Strn R cervical spn, R scalens, R scm
" " longus colli
OA release

HEP: wt, low scap stretch (arm behind back)
chin-tuck - head-lift longus colli strengthening

A: DJD/DDD of c-spine c lumbo sacral dysfunction
and HA's p Rx C-Rom ↑

P: Continue - pec doorway stretch
_Steve Simmons_

# Kaplan Clinic Patient History Form

Name: _M. Sandy Sue_  Date: _2/5/03_

Date of Last exam: _N 11/30/03_

Chief Complaints:  What are the main reasons for your visit today? List primary concern first.

1 _Neck_

2 _Pelvis - low back_

3 

4 

Have your medications changed since your last visit? [X] Yes [ ] No If yes please explain: _Change from hydrocodone to oxycotin_

Do you need refills on any prescriptions? [X] Yes [ ] No  If yes, which ones? _hydrocodone for sprain Acute pain_

## History of Present Illness or Pain:

Is this a new problem?  [ ] Yes [X] No  _4/00_

If yes:  When did the problem start? _4/00_

What makes it worse? _living_

What makes it better? _in chine tub, swimming_

If no:  Have symptoms changes since last visit? ___

Did the last treatment provide any relief? ___

How long did the relief last? ___

On a scale of 1-10 (0  = no pain, 10= worst possible pain) Mark the number that best describes your problem today?

Area of the body: _Neck_

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | (7) | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

Area of the body: _low back, pelvis_

| 0 | 1 | 2 | 3 | 4 | 5 | (6) | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

## Past Medical and Social History

Has your name, address, phone number or insurance changed since your last visit? [ ]Yes [X] No

List serious illnesses in family since last visit:

List any personal illness, personal concerns, procedures or surgeries or changes in medication allergies since last visit:

Do you smoke: [X] no [] yes     Do you drink? [X] No [ ] Yes (how much?) _1-2 beers/wine ~ 3-4 x wk_

I am currently living:  [ ] alone  [ ] with spouse [X] with partner [ ] with family  [ ] with friend

I am: [ ] single  [ ] married [X] partnered [ ] widowed [ ]divorced

_M Sgt Sv_                                                        _2/5/03_

Patient signature                                                Date

---

**Office use only:**

Master Prescription List verified: Initials: ___

Physician signature ___                         _2/6/03_   Date

Name: _Margaret Sue_    Date: _2-6-03_    Account Number: _3826_

Weight: _____ BP: _110/80_    Pulse: _96_    Temp: _____

Height: _____ Respirations: _18_

Current Medications:

_____    _____    _____
_____    _____    _____
_____    _____    _____

**Chief Complaint:**

C/o neck pain radiates up into head. Difficulty sleeping
Coccydynia - difficult to sleep, sit
Sitting aggravates.
_____ yellow chart

**Past History / Family History:**    M V A 4/03

**Social History:**

**Pain Analog:** (0-10, 10 being worst possible pain, 0 being no pain)

Area: _____ = _____    Area: _____ = _____

**Examination:**

L Rom L-1 flex-
to 150
_____

**Musculoskeletal Evaluation and Treatment:**

| | FRS | | ERS | | | FRS | | ERS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Area | L | R | L | R | Area | L | R | L | R | | |
| C1 | | | | | T8 | | | | / | Sacral | R on L |
| C2 | | / | | | T9 | | | | | | turn |
| C3 | | | | | T10 | | | | | Pelvis | A hn |
| C4 | | | | | T11 | | | | | | R pub |
| C5 | / | | | | T12 | | | / | | Ribs | |
| C6 | | | | | L1 | | | | | | |
| C7 | | | | | L2 | | | | | Flexn | |
| T1 | | | | | L3 | | | | | | |
| T2 | | | / | | L4 | / | | | | | |
| T3 | | / | | | L5 | / | | | | | |
| T4 | | | | | | | | | | | |
| T5 | | | | | | | | | | | |
| T6 | | | / | | | | | | | | |
| T7 | | | | | | | | | | | |

**Acupuncture / Trigger Point Injections**

| | | Mega | Hz |
|---|---|---|---|
| K 3 — 4th — K 10 | | | |
| K 7 | | | |
| BL 40, 40, 10 | | | |
| GV 3, 9, 14 | | | |
| Data Reviewed: L 2 - L 2 / (L 7) 12 Done: | | | |
| Medications: L 4 - S 4 | | | |
| Old Records | | | |
| Laboratory Work: C 2 - C 2 | | | |
| X-rays: C 4 - C 6 / done | | | |
| MRI | | | |

**Neurologic Evaluation:**

Cranial Nerves II-XII: ( ) Grossly Intact    Deep Tendon Reflexes: _Achilles (L)_    Sensation: ( ) Intact    Strength (✓) Intact

Oriented (✓) person (✓) place (✓) time    Other _____    Strength Triceps L

**Diagnoses:** DJD/DDD C-spine + L-spine
S/P lumbar _____
S/P sciatica

( ✓ ) Medication Monitoring

**Treatment:**

( X ) Acupuncture    ( X ) Osteopathic Manipulative Therapy    ( ✓ ) Counseling Time Spent _30 min_

**Plan:** RTR next wk (C X 2

2. X ___

**Signature: D.O. M.D.** ___



# Kaplan Clinic

5275 Lee Highway • Suite 200
Arlington, Virginia 22207

703.532.4892
fax: 703.237.3105
www.kaplanclinic.com

## Physical Therapy Evaluation

**Name** Margaret "Sandy" Sue     **Date** 2/6/03
**Age** ___  **Sex** F  **Occupation** Not employed currently
**Referring Physician** Dr Garry
**Physician Diagnosis** DJD, DDD C-spine, coccydynia
**Chief Complaint** Intense burning and aching pain across
upper back, neck, back of head and top of head
pain is constant; this daily pain level 8/10
(R) Tingling + numbness in arms & hands
**History** Constant but variable in intensity from
very mild to severe. EXERCISES DAILY TO KEEP PAIN FROM ↑ing
Also c/o sacral/coccyx pain and (R) buttock pain.
No h/o neck pain or problems prior to MVA April 2000
(— mild "tightness" "average" pain relieved by
stretching in the past) nothing has provided

(R) Rear ended by another vehicle

significant relief
for current problem

**Visual pain scale**

0 _____|_____ 10

Also seeing Mary Knoll in Lorton
for Ther. exercise

(R) hand
dominant

Pain
Numbness
Tingling

Had PT @ Hand in Hand
c̄ stephanie - temporary relief only

Gary Kaplan, DO
Anne Kaplan, DO
Kate Lemmerman, MD
Lisa Lilienfield, MD
Robert Umlauf, PhD
Leslie Evers MSN
Duc Quang, PT
Michael Hoy, PT
Carla Reed, PT
Nathalie Depastas
Juliette Thompson, RN

**Posture** *head fwd, scapula elevated, protracted, shoulders rounded*

| | | | |
|---|---|---|---|
| cervical curve | *fwd* ✓ | hip | |
| thoracic curve | | knee | |
| lumbar curve | ↑'d | ankle | |
| shoulders | | other | |

| **Bony Landmark** | Standing | Sitting | Supine |
|---|---|---|---|
| ASIS | ®↓ | | |
| PSIS | ®↑ | ®↑ | |
| iliac crest | ®↑ | ®↑ | |
| pubis symphysis | | | |
| sacral sulcus | | | |
| ILA | ® ILA deep | ® ILA deep | |
| other | *Pelvis rotated to ® ® ilium, ® ribs more anterior* | | |

**Palpation**

↑'d tone ® UT, ® scalene, ® scm ® s.c.

**Range Of Motion**

| joint | | AROM | | PROM | Other *L-ROM* |
|---|---|---|---|---|---|
| | C-ROM | L | R | | |
| | Rot | 75 | 50 | | |
| | SB | 20 | 45 | | |
| ↑↓ 25% / FB ↓'d 50% | | | | | No lateral curve in lumbar c̄ LSB or RSB |
| Pain ® UT c̄ ® Rot & R Rot | | | | | |

**Flexibility**

**Strength**

| | L | R | | L | R | | L | R |
|---|---|---|---|---|---|---|---|---|
| shoulder abd | | | upper trap | | | hip flex | | |
| flex | | | mid trap | | | ext | | |
| ER | | | lower trap | | | abd | | |
| IR | | | rhomboid | | | add | | |
| elbow flex | | | supraspinatus | | | knee flex | | |
| ext | | | abdominals | | | ext | | |
| wrist flex | | | other | | | dorsiflex | | |
| ext | | | | | | plantarflex | | |
| | | | | | | EHL | | |

pt. name SUE, SANDY

## Special Tests

| sensation | intact | | other | | |
|---|---|---|---|---|---|
| DTR's | C5 _2+_ C6 _2+_ C7 ___ L4 _3+_ S1 ___ | | | | |
| SLR | neg | +L | +R | | |
| VAT | neg | +L | +R | | |

| | | | | | Hawkins | +L | +R |
|---|---|---|---|---|---|---|---|
| standing flexion | +L | +R | =B | +B | Hawkins | +L | +R |
| seated flexion | +L | +R | =B | +B | Neer | +L | +R |
| SIJ gapping | neg | +L | +R | +B | Empty can | +L | +R |
| SIJ compression | neg | +L | +R | +B | Allen test | +L | +R |
| | | | | | Adson test | +L | +R |

FABER        (+L)  (+R)
Ober          +L    +R          Other
Thomas      (+L)  (+R)

VCT - Moderate buckle c̄ mild pressure

| Compression (C L) | neg | pos |
|---|---|---|
| Distraction (C L) | neg | pos |

ULTT

| | L | R |
|---|---|---|
| Median | ++ | ++ |
| Ulna | ++ | +- |
| Radial | - | + |

## Assessment

Poor posture, poor flexibility, ↓'d lumbar stability and structural misalignment of pelvis contribute to pain

| Short Term Goals | Long Term Goals |
|---|---|
| 1 ↑ (R) ROT to ≥ 65° | 1 (−) ULTT for median, ulnar |
| 2 ↑ (L) SB to ≥ 30° | 2 (−) Thomas & Faber tests |
| 3 pt (I) in HEP | 3 Baseline pain level ↓'d to ≤ 4/10 |

**Plan of Care**  MFR/STM, joint mob. Neuromuscular re-ed and instruction in HEP

Therapist _Julie Kenner_  Date _2/6/03_

pt. name  Sue, Sandy

10.

KAPLAN CLINIC, P.C.

PATIENT NAME: *Margaret Sundra Sale*

1 28 03

Exercise · swim - 1¾ a week

Diet — vomit — could not well Red meat, most

vegetable

**KAPLAN CLINIC, P.C.**

PATIENT NAME: Margaret Sue

17

1/28/03 — car accident April 2002. She was rear-ended while traveling on Roosevelt Bridge. She immediately felt pain in [through] her neck & head which [has] never improved. She was taken to U [Hosp] and [released]. She saw Dr [Referro] to [a] neurosurgeon [told] her there was [nothing] they could do. She then went [to] see Dr Margaret Clancy who [referred] her [to] Dr Patterson [who] [referred] [her to] Dr Bruce Ammerman to [power]. She had [migraines], epidural nerve blocks X3 for her [LBP] [with] [temporary] help. She [hasn't] received any [cervical] block. Prior to accident she [was] [having] low [back] [pain] [with] [radiation] to [other]. The accident. The LBP got [progressively] worse. She has been on a number of different medications — Hydrocodone 5mg, 6/[day] Now Vioxx 1/day, Neurontin 600 TID [same] [dose] [Klonopin] [1/2] 3-4/day, B Flexeril XR 150/30 [and] [her] [other] [toffee] [tab] [Klonopin] [1/2] QAM + 9PM, Keflex 400 #60 [Roxane] [60] PRN for [breakthrough] [CTS] [Gel] [to] [Asacol] 6CC [TID]; [was] tried on [Panadol] but [had] meds [with] [very] [poor] [relief] [doesn't] [help] [pain] [else] [etc] [distress] [to] Nurse [Serena] SS [with] [variable] [results]. [Here] [Rx] Neck pain 8   midback [0]   Low Back - 9 Pain [radiates] [into] both legs [with] [to] Low [knees]. Tingles Arms & hands [though] [Rub] [with] [diff] [HA] constant [with] meds she is in [severe] [constant] pain "I'd [probably] be [curled] up in fetal position without [Vioxx]" Has also [worked] [with] [Dr Carbone]. She [rates] her [average] [pain]...

GI — [0] Clearing [cdiff] — in remission — Dr [Fissler] [0] [low grade] Nausea, [0] V, [0] C, [0] Hx GI [0] [0] Hep A as a child, [0] GERD [0] PUD

GU — [0] [UTI] Menses regular [0] [dysmenorrhea] [0] PMS [0] Kidney [dz] [0] STI

H/M — [0] [occasional] [palpitation] [0] chest pain [0] HTN [0] HRD [0] [cold]

[drug] — [0] ASTHMA, [0] environmental allergies. [0] [pneumonia] [0] [smoke] [former] smoker

Sleep — [taking] x hrs generally falls asleep [by] 2AM   sleeps with [Propulsid] [bed] [woke] [every] [hr or so] all [asleep] [awakes] ~7AM never [rested]

[0]  off work current [short term] disability in [Gay] [Rampford] she [was] a sales manager for [TMS] [a] [major] [market] [technology] co. off work since July '02. Single —
[lives] [with] her partner + 7 yr old daughter who [she] [adopted] at 3 [yrs] of age.
Mother ↓ 70y/o [lymphoma]   [other] [depression] [Rel] [0]
Father ↓ 72y/o COPD   [TB] [0]
2 Brothers 36 y/o + 32y/o GH
1 Sister 41y/o

# History and Physical

Name: _Margaret Sue_      Date: _1/28/03_

BP: _100/66_ Temperature: _96.0_ Respirations: _20_ Pulse: _20_ Height: _65½"_ Weight: _149_

Complaints: _Neck, low pain + Lft. arm_
_[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_

Skin: [✓] Intact _____

Eyes: [✓] Pupils equal and reactive to light _____

Ears: _____
Nose: _____
Throat: _____
Heart: [✓] Regular rate and rhythm _____
Breast / Thorax: _____
Lungs: [✓] Clear to auscultation _____
Abdomen/ Viscera: [✓] Soft [ ] Non-tender   [ ] No evidence of organomegally
         [ ] No evidence of mass   [✓] Normal bowel sounds

Genito-Urinary: _____

Rectum: Hemacult : [ ] Negative [ ] Positive _____
Neurologic Examination: [✓] Alert [✓] Oriented x 3 _[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_
Musculoskeletal: _____

_[illegible handwriting]_

Impressions: _[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_

Plan: _[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_
_[illegible handwriting]_

_____, D.O. /M.D.

Signature



## Johns Hopkins Medicine

## *CLINIC NOTE*

| | | | |
|---|---|---|---|
| **Name:** | Sue, Margaret Sandra | **History:** | 2-358-39-42 |
| **Address:** | 1501 Mclean Corner Lane | **Visit Date:** | 03/07/2003 |
| : | Mclean VA 22101 | | |
| **Phone:** | (703)288-1227 | | |
| **Dob:** | 04/30/1954 | **Location:** | 163A |
| **Race:** | Unknown | **Document No:** | 29128610030 |
| **Sex:** | Female | | |

**Primary Provider:** Campbell, James N

~~Other Provider:~~

**Reason for Visit:**

This is a 48-year-old woman who presents with a chief complaint of left neck pain. She is accompanied by a friend who is present throughout the history and exam.

**History of Present Illness:**

The patient presents with a chief complaint of neck pain especially in the left. The patient also has complaints of low back pain and pain in the back of her thighs. The patient was treated sometime ago with an LS-S1 fusion. In 04/00, she began having serious neck pain. This followed an auto accident. Prior to this, she had some neck pain but it was not a serious problem. After the auto accident, she went to the emergency room and x-rays apparently were taken which did not show any acute changes. The neck pain is continued to be a problem and in her estimation has worsened in particular over the last year. She describes difficulty with writing and opening jars of late as well, and she is concerned that the overall problem of weakness emanating from the cervical spine problems. She describes her pain level as an 8 or a 9 on an average without medications, but with medications she says the pain level may be brought down to a level of 7.

She indicates that walking, swimming, prescription medicines may help her pain, where as sitting and being stationary may actually increase her pain. She feels somewhat better in the morning.

The review of systems is contained in my record. She complains of inability to sleep and fatigue. She also complains of some ringing in the ears. She has a history of proctitis and apparently she has had some rectal bleeding. She takes Asacol and Rowasa for this. Apparently her colitis is under good control at this time. Her other problems include a history of hepatitis at age 6. She has no other findings on review of systems. She has not had problems with prior anesthesia.

**Medications:**

She takes Neurontin, OxyContin, hydrocodone, Skelaxin, Effexor, and lorazepam.

March 17, 2003                                    *FINAL DOCUMENT*

Patient: Sue, Margaret Sandra                    2                    History # 2-358-39-42

20

**Allergies:**

**Major Findings:**

Examination discloses that the patient has mild hyperreflexia throughout. The left ankle jerk reflex is absent.

She has some tenderness along the cervical spine and she has pain with neck hyperextension. I cannot be absolutely certain that she has normal strength in the upper extremities as she may have some 4/5 distal weakness. She has several beats of clonus in the right ankle.

**Assessments:**

The patient has, on MR scan, multilevel spondylotic disease involving principally C4-C5, C5-C6, and C6-C7.

I agree with Dr. Gary Kaplan that this patient has significant cervical spondylotic disease. There is evidence on exam of a myelopathy. This is consistent with the mild pressure on the spinal cord from the spondylotic disease. I think the patient should undergo an anterior cervical discectomy and fusion at the involved levels. The nature of the surgery and risks and benefits were explained carefully to the patient. She wishes to proceed with surgery and we will go ahead accordingly.

**Problems/Diagnosis:**

**Procedures and Immunizations:**

**Plans:**

**Medication Changes:**

**CC List:**

Gary Kaplan, M.D.; 5275 Lee Highway, Suite 200; Arlington, VA 22207;

Margaret Sandra Sue (patient)

DICTATED BY: CAMPBELL, JAMES N, M.D./005 D: 03/07/2003 T: 03/11/2003

Provider        CAMPBELL, JAMES                    03/17/2003
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the medical record.

March 17, 2003                    *FINAL DOCUMENT*