

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| **Name:** Sue, Margaret S. | **History:** 2-358-39-42 |
| **Address:** 1501 Mclean Corner L Lane, Mc Lean VA 22101 | **Visit Date:** 07/14/2003 |
| **Phone:** (703)288-1227 | **Location:** 163A |
| **DOB:** 04/30/1954 | |
| **Race:** Unknown | |
| **Gender:** Female | |
| **Primary Provider:** Belzberg, Allan Joel | |
| **Other Provider:** | **Document No:** 90822810030 |

**Reason for Visit:**

Low back pain.

**History of Present Illness:**

The patient is a 49-year-old female seen at the request of Dr. James Campbell for neurosurgical evaluation.

The patient presents with a chief complaint of pain in the coccyx region and in the low back.

The patient dates her problems back to 04/10/00. At that time, she was involved in a motor vehicle accident. It should be noted that the patient did have surgery once before in the early 90s on her lumbar spine. This was a L4-5 decompression and fusion.

Since the motor vehicle accident, the patient has been plagued by pain in the low back, buttock and coccyx region; however, more recently, the patient has been becoming progressively more severe for her and radiating down the legs, at times the right and at times the left. At present, it is worse on the left. The pain radiates from the buttocks down the posterolateral aspect of the leg to the foot. The patient also notes weakness in the legs with problems ambulating. She states that the legs can give way on her. Her pain is clearly made worse when sitting or moving and is decreased somewhat by laying flat as well as by the use of pain medications.

The patient denies any specific bowel or bladder problems. She denies any urinary incontinence or difficulty initiating urination.

Past medical history is significant for having cervical spine surgery and possibly myelopathy. It is significant for 1 previous back operation.

Medical history includes hepatitis and colitis.

The patient is a nonsmoker, social drinker. Her occupation is in sales. She is currently on disability. She is single with 1 adopted child. She has a family history of cancer.

**Medications:**

OxyContin, Neurontin, Skelaxin, Effexor and lorazepam.

**Allergies:**

The patient has numerous allergies, seasonal. The patient has no allergies to medications.

Sue, Margaret S. (2-358-39-42)            SIGNED DOCUMENT            Printed: 08/19/2005

**Major Findings:**

Physical exam demonstrates an alert and healthy-appearing female. She did present on a stretcher secondary to pain and problems ambulating. The patient is able to ambulate, but is slow secondary to pain. She tends to like to hunch over the stretcher. The patient seems to have proximal weakness at the lowers at the hip joints. She is stronger more distally. This is suggestive of possible myelopathy from residual cervical issues. The patient has brisk reflexes, uppers and lowers, except for ankles that are decreased. There is no clonus, and there is no Babinski. Straight leg raising is negative bilaterally.

Review of the patient's MRI does show lumbar stenosis at L4-5. L5-S1 appears to have been fused and does not appear stenotic.

**Plans:**

The patient is a 49-year-old female who is presenting with 1 previous lumbar surgery at L5-S1 with fusion. She now has a progressive pain in the coccyx region, as well as radiating down the legs. She may have some symptoms suggestive of neurogenic claudication; however, she also may have residual myelopathic findings. At present, she does not have a progressive neurologic deficit or symptoms and signs of cauda equina; therefore, we will take a careful and methodical approach. The patient will undergo a CAT scan and myelogram as well as flexion extension views. She is also going to be reevaluated by the neurology service. I will see her back in clinic once these are performed, and we will decide whether it is reasonable to consider a lumbar decompression.

**CC List:**

Dr. Gary Kaplan; 5275 Lee Highway, Suite 200; Arlington, VA 22207;

**Dictated By:**

BELZBERG, ALLAN JOEL, M.D./801 D: 07/14/2003 T: 07/15/2003

SIGNED BY: BELZBERG, ALLAN
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 08/27/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

| Sue, Margaret S. (2-358-39-42) | SIGNED DOCUMENT | Printed: 08/19/2005 |