

*Kaplan Clinic*

5275 Lee Highway · S. 200
Arlington, Virginia 22207

703.532.4892
fax: 703.237.3105
www.kaplanclinic.com

James Campbell, M.D.
Johns Hopkins University
600 North Wolfe Street
Baltimore, Maryland 21287-9275

February 20, 2003

Dear Jim,

I am referring for your evaluation and treatment Margaret Sandra Sue. Ms. Sue is a 48-year-old woman with neck and arm pain who was involved in a car accident in 2000. Since that time, she has suffered with pain in her neck and throughout her mid and low back, with paresthesias in both hands and some problems in her legs. She also has a constant headache unless she takes medication, which controls it. Examination reveals her to be mildly hyperreflexive throughout with the exception of the left Achilles tendon, which is absent: associated with a prior disc herniation surgery. She has two beat clonus in her right ankle and exhibits some weakness in her left triceps as well as her left quadriceps. An MRI of her cervical spine reveals degenerative changes on multiple levels, however she has two levels of what appear to be mild-to-moderate spinal stenosis. She came to me seeking conservative therapy. Quite frankly, I think she is going to end up a surgical case, and I thought it would be most appropriate to refer her to you.

A copy of her MRIs is enclosed.

Thank you for agreeing to see Ms. Sue and I look forward to your evaluation and recommendations.

Best regards,

Gary Kaplan, D.O.
Gk/cb
Enc

SUE 000641