

## INOVA FAIRFAX HOSPITAL

THOMAS N. WISE, M.D.
Medical Director, Behavioral Health Services
Chairman, Department of Psychiatry
Professor of Psychiatry
Vice Chairman, Department of Psychiatry
Georgetown University School of Medicine

3300 Gallows Road
Falls Church, Virginia 22042-3300

Tel 703 698-3626
Fax 703 698-3029

October 1, 2003

COPY

Margaret M. Clancy, MD
1015 33rd Street, NW
Washington, DC 20007-3253

Re: Margaret S. Sue

Dear Dr. Clancy:

Thank you so much for allowing me to see Ms. Margaret Sue, a very nice, 49-year-old disabled information specialist who notes she has had multiple pain complaints. In 1991, she underwent a back surgical fusion from $L_5$ to $S_1$ due to low back pain. She recovered nicely and went back to work and actually has had a very successful career until her recent medical difficulties. She was in a car accident in April 2000 where she was rearended. Since that time, she has had a variety of severe pain complaints that include pain in her neck, lower back and shoulders. Actually, in addition to the pain, she has had numbness and what sounds like some weakness of her left foot, which has led to occasional falls, as well as numbness in both of her limbs and facial and throat numbness. She was able to seek treatment at a pain management clinic run by Dr. Gary Kaplan who referred her to Dr. James Campbell at Johns Hopkins Hospital. Dr. Campbell did an anterior cervical fusion with a titanium plate from $C_3$ to $C_7$. This greatly improved the numbness but some left numbness persists and she does have facial numbness. She has been left with a variety of pain complaints that both are varied and at times migrate. Specifically, she has low back pain that radiates into the buttocks, which differs from right to left in that the right side is much sharper, whereas the left side is lower and differs in quality. To further complicate matters, Ms. Sue has ulcerative proctitis and takes salicylate enemas for this on a regular basis. Although this may be improving, it is significant in that she has episodes of near incontinence. Her pain and orthopedic complaints have been of such severity that she has been unable to work since her car accident. She is presently taking Duragesic, both patches and lozenges, salicylate enemas and Effexor 150 mg qd. She was taking Vicodin but has fortunately been able to wean herself from most of this. Concurrent with such difficulties, she has had severe trouble sitting and finds that walking or actually sitting in a hot tub has been helpful. She has also been able to construct a brace for herself that does allow some improvement in her ability to sit but this is limited. To this end, she at times has to nap during the day after getting through certain activities of daily living in the morning. Thus, the pain is certainly wearing her out and fatiguing her.

These difficulties occur in a woman who has had a varied but successful occupational career. Raised in Southern Maryland, her father was a psychiatric nurse who held senior administrative jobs. Her mother, also a nurse, is described as a difficult and paranoid woman who at times beat her with a rubber hose. Ms. Sue tends to minimize this but it clearly was an abusive situation. Her mother sounds as if she had a paranoid illness. Ms. Sue has two older brothers and a younger



SUE 000642

Margaret M. Clancy, MD
Re: Margaret S. Sue
October 1, 2003
Page 2

sister. Sadly, the siblings were close until her mother died a year and a half ago and her younger sister basically "stole" from Ms. Sue and her brothers and she is estranged from this woman. This certainly is a loss. Furthermore, despite her mother's illness, this also is a loss. Her father died eight years ago. Fortunately, Ms. Sue has had a supportive and successful relationship with an ongoing partner, a 48-year-old woman who has a successful but stressful job and this is difficult. She also has an eight-year-old daughter who is doing quite well. Her daughter clearly requires a great deal of activity and this is a further source of realistic challenge rather than stress, although it may be translated into a stressful situation. She also has a 31-year-old son who is basically a

stepson who sounds like a very supportive individual who has recently moved in with her to help out. Ms. Sue has had a series of very interesting jobs. Following graduation from the University of Maryland in biologic sciences, she worked for Frito Lay, first as a salesperson, then as a manager. She also worked for a pharmaceutical company as a sales rep and eventually received a Masters Degree in Information Systems and held a very challenging and important job in this area. Due to her injuries, however, she has been unable to work.

On mental state examination, the patient is an alert, cooperative woman who obviously is in a great deal of pain and is far more comfortable standing or lying on the floor. Her brace, however, allows her to sit still for a relatively short period of time. She gives the history in an appropriate and coherent manner. There is no evidence of significant depression except as it relates to the difficulties with her pain and thus would be called an appropriate response to a difficult situation. She is neither suicidal nor psychotic. There is no la belle indifference in this situation. Her mood is slight sad, her affect appropriate, her sensorium intact.

The patient has no history of drug or alcohol abuse. What is interesting is she certainly is using Fentanyl patches and Fentanyl lozenges on a regular basis but actually got herself off Vicodin to a great degree, which suggests she is not addicted to medication.

It seems to me that Ms. Sue's diagnosis would be that of a chronic pain disorder due to musculoskeletal difficulties that include her vertebral system. This is obvious and perhaps the easiest part of the problem; i.e., to diagnose the difficulty. Although DSM has a variety of diagnoses that include pain, basically she is suffering from a chronic pain

disorder. Giving her the diagnosis of adjustment disorder with depression is easy as a category but doesn't really capture the essence of the problem because it suggests that her depression is a greater response than others would experience. All pain is suggestive and I think it is best to say that she is suffering from chronic pain and incapacitation. The psychological aspects are due to a reaction to her disability. In fact, she has been a hardworking and successful individual who has overcome the adversities of some problems as a child.

The above being said, the major challenge is how to improve Ms. Sue's activity and coping, with the recognition that her pain will stay the same or very slowly abate. To do this, I would do the following:

SUE 000643

Margaret M. Clancy, MD
Re: Margaret S. Sue
October 1, 2003
Page 3

First, I would try raising her Effexor to at least 225 mg, if not 300 mg qd. The reason for this is the fact that Effexor at 150 mg qd is merely a serotonin reuptake inhibitor with only moderate nociceptive properties. By getting norepinephrine reuptake inhibition, there is a good chance her pain could improve from this medication. The side effects are primarily watching for a rise in blood pressure, which can occur, and if she does stop the medicine to make sure that this is tapered, as withdrawal symptoms occur with rapid cessation of venlafaxine. A second issue is increasing her activity. I do think a very careful and scheduled behavior modification program should be developed. That is, developing a schedule with Ms. Sue that she follows on a day to day basis. Although this sounds simplistic and something that Ms. Sue can certainly do herself, as she is a very organized individual, I think it is only effective working with a psychiatrist or behavioral specialist. Thus, I would come across with a schedule, look at when pain medicines are taken, what increases and what improves pain, and how there can be a gradual increase in activity. I would emphasize gradual increase in activity because I think if pain does remit to some degree there is a tendency to escalate too quickly. I would bet in Ms. Sue's case, due to her prior active style, she would very quickly escalate her activity, but it must be done on a very, very gradual basis. This would mean drawing up schedules looking at specific behaviors to be done during the day, what are the antecedents to those behaviors and what are the consequences. Linking these both with feeling states of anxiety and depression and medication utilized would be the way to begin. Although this tends to be tedious, I think it will have great value in working with her. She is a very nice person and I am hopeful that these suggestions will be helpful.

As always, I greatly appreciate this referral.

With very best wishes and regards,

Thomas N. Wise, MD
Chairman, Department of Psychiatry

TNW/smp

cc: Gary Kaplan, MD

SUE 000644