# MID-ATLANTIC HEADACHE INSTITUTE
## *A Center for Headache and Neurological Disorders*

*Marcia Ribeiro, M. D.*
*Maureen Moriarty-Sheehan, C.R.N.P.*

NAME:  Margaret Sue                          DATE:     5/17/05
                                             D/BIRTH:  4/30/54

### INITIAL EVALUATION NOTE:

**Chief Complaint:**  51 year old left handed white female with a history of headaches and severe neck and shoulder spasms and pain since 2000, here for evaluation and management.

**History of Present Illness:**  The patient first experienced complaints after her vehicle was rearended in a motor vehicle accident in 2000. Both cars were totalled. She did not lose consciousness but developed immediate extreme pain in the neck radiating down to the shoulders, arms and up to her head. She also developed constant burning in the face, jaw and ears.

The pain has remained severe over five years and radiates around her head as in a band and down to her shoulders and arms accompanied by tingling and numbness. She describes the pain like having "root canal pain" with stabbing and ice pick pain throughout her head as well as spasms and stiffness in the neck and shoulder areas and also in the region between her shoulder blades.

The pain used to be 10 on a 0 to 10 scale but now over the course of the day it reaches 6 to 7.

She has as associated symptoms a pulsation sensation in the ears, tooth pain, hearing loss in one or the other ear and high pitched noises but she denies other accompanying symptoms.

Over the course of the year, she has tried acupuncture, chiropractic manipulation and physical therapy with minimal results. She has had two neck surgeries with some results.

She has tried medications including tricyclic antidepressants from which she gained a substantial amount of weight but had some results and OxyContin, Duragesic patches and other narcotics which caused allergic reactions. She has been over the last two years on a combination of Avinza, Oxycodone and Neurontin with

*Commerce Center West, Suite 104, 1777 Reisterstown Road, Pikesville, MD 21208*
*Telephone: (410) 602-1999   Fax: (410) 602-1966*

SUE 000687

May 17, 2005
Re: Margaret Sue
Page Two

modest results. She continues to experience some degree of side effects from these medications which include constipation, dry mouth and lethargy.

Over the course of the last five years, she has developed difficulty concentrating and focusing, depression and anxiety. She was eventually rendered incapable of continuing working.

She comes in today with multiple records which were reviewed by me including films and notes by Dr. James Campbell, the surgeon who performed both of cervical spine surgeries and a lumbosacral surgery as well as notes from her pain specialist/primary care doctor, Dr. Lillenfield. Her most recent blood work was essentially normal.

**Past Medical History:** Positive for hypothyroidism, seasonal allergies and reaction depression and anxiety since the accident.

**Past Surgical History:** Positive for L4-L5 and L5-S1 laminectomies and fusions, coccyx surgery and two cervical surgeries.

**Gynecological History:** Last menstrual period a year ago, not on HRT, two adopted children.

**Current Medications:** Avinza 120 mg q.d., Oxycodone tablets p.r.n. four to six a day, Neurontin 300 mg three t.i.d., Effexor XL 150 mg b.i.d., Celebrex 200 mg q.d., Skelaxin 800 mg t.i.d., Lorazepam one b.i.d., thyroid supplements 4 to 5 mcg q.d., Claritin p.r.n.

**Allergies:** Demerol, Duragesic patch.

**Social History** is remarkable as follows:
The patient does not smoke or drink, is married, has two adopted children and does not work.

**Family History:** Noncontributory.

**Review of Systems** is significant for depression and anxiety and a 45 pound weight gain and is negative for fevers, sweats, nausea, chest pain, shortness of breath, rashes, bowel or bladder difficulties, visual loss, hearing loss, joint pains, sleep abnormalities, weakness or memory trouble.

**General Physical Examination:** A complete and detailed general medical assessment has been performed with the exception of genital, rectal, and breast exams. Positive findings follow:
**Temperature** was afebrile, **Pulse** of 88, **Blood Pressure** was 110/70 without orthostatic changes, and **Respirations** were 16 to 20.
**Height** was 5 feet, 5 inches and **Weight** was 175 pounds.

SUE 000688

May 17, 2005
Re: Margaret Sue
Page Three

On examination of the patient's neck and shoulder area, the patient has bilateral occipital bundle tenderness as well as decreased range of motion, multiple trigger points and pain on mobilization from side to side and flexion and extension of the neck.

### Neurological Examination:

**Mental Status:** The patient was awake, alert, oriented, and attentive. Thought processes and perceptions were normal. Short-term memory and long-term memory were intact. Fund of knowledge was good. Language functions were normal.

**Cranial Nerves:** Visual fields were full and discs were flat. Pupils were 3 mm reactive to 2 mm. Facial movements and sensation were normal. Hearing, palate, shoulder shrug and tongue were normal. Visual acuity was 20/20 with reading glasses.

**Motor System:** Musculature was of normal bulk, tone and power throughout.

**Reflexes:** Hyperreflexic throughout with beats of clonus on the right ankle and left ankle jerk absent. Toes downgoing.

**Gait/Station:** Gait and station were unimpaired.

**Coordination:** Finger-nose-finger and heel-knee-shin were normal.

**Sensory Exam:** Intact to light touch, pin, temperature, vibration and joint position.

### Impression and Treatment Suggestions:

> Post-traumatic syndrome (clearly the patient has some degree of depression, anxiety and cervical involvement consisting of spasms, limited range of motion, pain on mobilization and examination of the spine, difficulty focusing and concentrating and daily headaches, all part of this complex syndrome).

After extensive conversation we decided considering the patient is already on multiple medications and has experienced considerable side effects and she has failed most other conservative approaches including acupuncture, physical therapy, chiropractic manipulation and two cervical surgeries that Botox would be the most likely to succeed.

I would like to use 200 units applied to her upper back and shoulder area, neck and occipital regions in an attempt to relax the muscles and decrease the triggering of her complaints.

SUE 000689

May 17, 2005
Re: Margaret Sue
Page Four

My hope is that with that approach I will be able to decrease the amount of medications and hopefully taper her off some of them, particularly the narcotics over time.

Other options discussed with the patient today include occipital blocks as a screening for an occipital stimulator in the future.

Literature was given to the patient today for review. She is to instructed to call me with any questions until we obtain approval for her Botox when I plan to proceed as soon as possible with the injections.

Thank you for referring this very interesting patient to me. I will keep you abreast of any further developments.

Marcia C. Ribeiro, M. D.
MCR/ni

Dictated but not read unless signed.

cc: James Campbell, M. D.

   Lisa Lillenfield, M. D.
   5275 Lee Highway, #200
   Arlington, VA  22207
   Phone No.: 703-732-4892
   Fax No.:   703-237-3105

SUE 000690