## Tysons Corner Healing Centre - Patient Visit Form

**Name:** M. Sandra Sue   **Date of Visit:** 7/15/04

To prevent delays in treatment, please insure your full name, date of visit and subjective complaints are completed before you turn in this form.

**Subjective (for the patient):** Describe your condition, as it exists now. Have you been injured since we last saw you? Yes ___ No ___ Have you noticed any change since your last visit? Write something!!!!!

Head/Neck pain remains same as accident on 4/00. FILE

**Objective (for the doctor):**

C   1 2 3 4 5 6 7

T   1 2 3 4 5 6 7 8 9 10 11 12

L   1 2 3 4 5

SI   AI   R   L        short: _____

**Type of Pain**
- A = Ache
- B = Burning
- N = Numbness
- P = Pins & Needles
- S = Stabbing
- O = Other

**Level of Pain/Discomfort**
- 1 = Mild
- 2
- 3
- 4
- 5 = Moderate
- 6
- 7 = Severe
- 8
- 9
- 10 = Extreme

**Assessment**

No Improvement  1  2  3    Mod. Improvement  4  5  6   7  8   Excellent  9  10

| Units | Chiropractic | Units | Exam/New | Notes |  |  |
|---|---|---|---|---|---|---|
| 1 | 98941 – Adjust | | 99201 | | | |
| 1 | 98943 – Extremity | | 99202 | | | |
| Units | Physical Therapy | | 99203 | | | |
| | 97010 Heat/Cold | | 99204 | | | |
| | 97012 – Mechanical Tr | | 99205 | | | |
| | 97014 – EMS | Units | X-Ray | | | |
| 4 | 97110 – ROM PT | | 72040 – 3 VC | | | |
| | 97112 – PNF | | 72050 – 5 VC | | | |
| | 97124 – Massage | | 72052 – 7 VC | | | |
| | 97140 – Manual Tx | | 72070 – Th- 2V | Product | Quantity | Price |
| | | | 72100 – L- 2V | | | |
| Units | Orthotics | | | | | |
| | L3020 - shoes | | | | | |
| | 99002 - shipping | | | | | |
| | 99213 - 1st fitting | Units | Other | | | |
| | 97504 - 2nd fitting | | 97535 – ADL's | | | |
| | 97703 - 3rd fitting | | 97802 – MNT I | | | |
| | | | 97803 – MNT S | | | |
| | | | 99070 – Supplies | | | |
| Units | Examination Re | | 99401 – Prev Med | Total | | |
| | 99211 | | 99402 – Prev Med | Payment | | |
| | 99212 | | | | | |
| | 99213 | | | Cash   CC   CK | | |

cc\Tysons Corner Chiropractic\Forms\Daily Patient Chart     Therapist    (IC)   VC   MW   LC   JC

(41)

SUE 000117