Sibley Memorial Hospital

# Initial Pain Assessment / Inventory
(Check the appropriate response)

SUE, MARGARET        48Y
563-905   SDS     SUR SDS
17774613  AMMERMAN, BRUCE J
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          08/28/2002
04/30/1954

☐ Pain absent or not requiring intervention at this time. Pain will be reassessed regularly.
☐ Presence of Acute Pain (This response requires completion of this form)
☐ Presence of Chronic Pain. (This response requires completion of this form)

Diagnosis / Procedure: _____    Physician Managing pain: _____

| Medication | Dosage and frequency | Period of time on Medication |
|---|---|---|
| Hydrocodone | 10/m gm to tid (5 hrs) | 2 yr |

**PAIN INTENSITY RATING:**
Specify scale used :
☐ Numeric (0 to 10)   ☐ Verbal
☐ Wong Baker          ☐ FLACC
Patient Goal: _____
Current pain rating: _____
Pain rating at rest: 7
Pain rating with activity: 4

**LOCATION: (Mark Drawing)**

**QUALITY:** back neck low
☐ Burning   ☐ Stabbing   ☐ Cramping
☐ Sharp     ☐ Ache

What increases the pain: sitting
What relieves the pain: activity

**EFFECTS OF PAIN:** (check all that apply)
Sleep disturbance:  ☑ Yes ☐ No
Appetite: ☑ Good ☐ Fair ☐ Poor
Concentration: ☐ no affect ☑ poor
Physical activity: ☐ no effect ☑ poor activity tolerance
Side effects: ☐ nausea ☐ constipation ☐ lethargy
Other: _____

Physician Notified: _____

Pain Service Notified ☐ YES ☑ NO
Plan:
Patient/Family Education per standard ☑

RN Signature: _____

13MR (04-02)