# M. THERESA CARLINI, M.D.

**PHYSICAL MEDICINE AND REHABILITATION**
**AND ELECTRODIAGNOSTIC MEDICINE**

8136 Old Keene Mill Road,
Suite A208
Springfield, VA 22152
phone: (703) 866-3004
fax: (703) 866-3610

October 17, 2002

Margaret M. Clancy, M.D.
1015 33rd Street, NW
Washington, DC 20007-3523

Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002

Dear Dr. Clancy:

Margaret Sue is a 48-year-old woman who is seen in consultation for evaluation of chronic neck and low back pain. She has been symptomatic for neck and upper back pain for the past two and one half years and low back pain for the past ten years. She relates onset of neck pain to a motor-vehicle accident in April 2000. She notes that the motor-vehicle accident exacerbated low back pain. According to the patient, impact was to the rear of her vehicle. Both vehicles were "totaled."

Neck and low back pain is described as a constant deep ache with intermittent sharp severe pain. Neck pain is associated with numbness and tingling involving both arms and hands. Neck pain radiates to the trapezius muscles and intrascapularly. She also complains of pain which radiates to the posterior occipital region bilaterally. Low back pain is associated with radicular pain to the left buttock, posterior thigh, and calf and intermittent pain radiating to the lateral aspect of the right hip. She denies lower extremity weakness and paresthesias. She denies bowel/bladder dysfunction.

Current medication regimen for pain management includes hydrocodone 5/500 mg t.i.d., Neurontin 100 mg b.i.d., and Gabitril 4 mg q.h.s. She is also treated with Effexor 75 mg 2 q.a.m. and 1 at h.s. and lorazepam 1 mg three to four times a day. Following the motor-vehicle accident she was taking up to eight hydrocodone per day. She has decreased the dosage to three per day over the past four months. She has increased the dosage of hydrocodone for occasional flare-ups of pain.

Pain symptoms are fairly well controlled with the current regimen. However, she feels that recent additions of Gabitril and Neurontin have not significantly enhanced pain relief. Prior treatment with Pamelor was most beneficial in alleviating pain. However, she complained of side effect of 30-pound weight gain.

She is status post two lumbar steroid epidural blocks, October 4th and October 11th. She notes that epidural blocks alleviated right hip pain but have been ineffective in alleviating left sciatic symptoms. She is scheduled for nerve root block under fluoroscopy.

(Continued)



SUE 000292

Letter to Margaret M. Clancy, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002
Page Two

She is status post left lumbar laminectomy/discectomy in 1991 for disc herniation. Postoperatively she noted improvement but not resolution of left lumbar radiculopathy symptoms. She was treated with physical therapy for lumbar and left leg strengthening postoperatively. She continues physical therapy on a weekly basis for myotherapy, deep tissue massage.   **NOTE**

She exercises routinely. Her exercise regimen includes strengthening, swimming, water aerobics, and stretching.

She has been evaluated by Dr. Bruce Ammerman and Dr. Alex Powers (neurosurgeons). She has been referred for a cervical and lumbar MRI and a cervical and lumbar myelogram. Cervical MRI July 2002 is reviewed with the patient. Multiple-level degenerative disc disease is noted at C4-5 through C6-7. Disc bulge is noted at C4-5, C5-6, and C6-7. There is no evidence of cord impingement. Lumbar MRI 05/30/2000 demonstrates postoperative changes at L5/S1 with markedly decreased disc space. Disc bulge is noted at L5-S1. Facet arthritis is noted at L4-5.   **NOTE**

REVIEW OF SYMPTOMS: As above. Complains of disturbed sleep pattern, colitis symptoms. Denies fever, chills, rash, chest pain, palpitations, dyspnea, abdominal pain, diffuse joint pain, joint redness/swelling.

PAST MEDICAL HISTORY: Hypercholesterolemia, hepatitis, asthma, colitis, depression.

PREVIOUS SURGERIES: L5/S1 laminectomy/discectomy 1991.

FAMILY HISTORY: Cancer.

SOCIAL HISTORY: The patient is employed in sales. She is single with one child. Tobacco negative. ETOH moderate.

MEDICATIONS: Hydrocodone 5/500 mg t.i.d. p.r.n. pain, lorazepam 1 mg t.i.d. to q.i.d., Neurontin 100 mg b.i.d., Gabitril 4 mg q.h.s., Effexor 75 mg 2 p.o. q.a.m., 1 p.o. q.h.s., Rowasa, Asacol.

ALLERGIES:

PHYSICAL EXAMINATION: On physical exam, generally she is a well-developed female alert, oriented x3 in no acute distress. Cervical range of motion is within normal limits for flexion and extension, limited 20 to 30 percent lateral bending to the left and right, 30 to 40 percent lateral rotation to the left and right. Spurling's and Lhermitte's are negative. Lumbar range of motion is painful at 40 degrees' flexion. There is increase in lumbar discomfort with 15 degrees' extension and lateral bending to the left and right. There is tenderness involving the cervical, lumbar paraspinous and periscapular muscles with diffuse palpable tender trigger points in the periscapular muscles. Straight leg raising is negative bilaterally. Motor strength is 5/5. Deep tendon reflexes are 2+ at the biceps, triceps, brachioradialis, patellar, right Achilles, 0-1+ at the left Achilles tendons. Sensory examination is diminished in the left S1 dermatome, otherwise intact throughout. Gait is intact.

(Continued)

SUE 000293

Letter to Margaret M. Clancy, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002
Page Three

IMPRESSION:

1. Cervical degenerative disc disease/bulge.
2. Cervical myofascial pain.
3. Occipital neuralgia.
4. Left sciatica/residual left lumbar radiculopathy.
5. Lumbar disc bulge, L4/5.
6. Status post left L5/S1 laminectomy/discectomy.
7. Depression.

PLAN:

1. Reviewed current treatment regimen. Recommend continuing exercise regimen, range of motion /stretching, strengthening, aquatic exercises, aerobic/cardiovascular.
2. Follow up for scheduled transforaminal nerve root block for left sciatic pain.
3. Trial of Pamelor 10 mg 1-3 at h.s. Rx #90, five refills. Monitor weight weekly. Effexor may counteract effect of weight gain with Pamelor. If not, consider trial of Wellbutrin 150 mg SR b.i.d. with Pamelor.
4. Continue myotherapy for deep tissue massage.
5. Follow up for trigger point injections for myofascial pain symptoms.
6. She may also be a candidate for occipital nerve blocks.

Thank you for the opportunity to participate in the care of your patient.

Sincerely,

M. Theresa Carlini, M.D.

MTC/imj

cc: David W. Patterson, M.D.

SUE 000294