## M. THERESA CARLINI, M.D.

PHYSICAL MEDICINE AND REHABILITATION
AND ELECTRODIAGNOSTIC MEDICINE

8136 Old Keene Mill Road,
Suite A208
Springfield, VA 22152
phone: (703) 866-3004
fax: (703) 866-3610

April 1, 2003

Re: Margaret Sue
Date of Birth: 04/30/1954

To Whom it May Concern:

Margaret Sue has been under my care for neck/low back pain and coccygodynia. She has been diagnosed with cervical disc disease and cervical myelopathy. She has been unable to work since 10/17/2002 because of the severity of her symptoms. She now has weakness and decreased sensation in both hands secondary to cervical myelopathy and right carpal tunnel syndrome.

She is unable to sit for prolonged periods secondary to coccygodynia pain. She is unable to type and work at the computer because of upper extremity weakness and sensory loss. She is also unable to lift because of cervical disc disease and upper extremity weakness. Ms. Sue's present job involves business travel. According to the patient, travel demands include lifting, climbing stairs, stooping, kneeling, crouching. Ms. Sue is unable to perform these functional activities.

Ms. Sue has been referred to Dr. Campbell, a neurosurgeon at Johns Hopkins University in Baltimore. She is scheduled for cervical discectomy and fusion. It is my medical opinion that she is unable to return to work until released by her neurosurgeon.

Sincerely,

M. Theresa Carlini, M.D.

MTC/imj

SUE 000330