M. Theresa Carlini, M.D.
Medical History

E: _M. SANDRA Sue_                    DATE OF BIRTH: _4/30/54_ AGE: _48_

REFERRING DOCTOR: _Dr. M Clancy + Dr David Patterson_
You are: _____ Right-handed   _✓_ Left-handed

REASON FOR VISIT: _Head, neck, shoulder, low back, bottom - severe pain in arms/legs_
SITTING - major problem
How long have you had the current problem? _2½ yr - Upper Body     10 yr lower butt - by 4/or activity_

The current problem is the result of a(n): Check all that apply: _✓_ Car Accident   ____ Work Accident   ____ Accident   ____ Other

PAST MEDICAL HISTORY: Check all that apply:

| | | | | |
|---|---|---|---|---|
| ____ Heart Disease | _X_ Liver Disease | _✓_ Bowel Problems | ____ Cancer:____ | _✓_ Headaches |
| ____ High Blood Pressure | _✓_ Hepatitis | ____ Ulcers | ____ Substance Abuse | _✓_ Seizures/Fainting Spells |
| _✓_ High Cholesterol | ____ Lung Disease | ____ Anemia | _✓_ Depression | ____ Disorientation |
| ____ Stroke | _✓_ Asthma | ____ HIV/AIDS | ____ Arthritis | _✓_ Memory Problems |
| ____ Diabetes | ____ Kidney Disease s/p | ____ Blood Transfusion | ____ Skin Disease | ____ Difficulty w/speech |
| ____ Thyroid Disease | ____ Urinary Problems | ____ Breast Disease | ____ Nausea/Vomiting | ____ Double or Blurred Vision |

| SURGERIES | YEAR | CURRENT MEDICATIONS | ALLERGIES |
|---|---|---|---|
| L5-S1 Laminectomy (major) | 1991 | Hydrocodone 5/500 | None Known |
| | | Lorazepam 1mg 3-4 x day | |
| | | Neurontin 100 BID | |
| | | Gabatrol hs | |
| | | Effexor 75 T Am T hs | |
| | | Revasil/Agucol | Colitis |

FAMILY HISTORY: Check all that apply:

____ Rheumatoid Arthritis   ____ Lupus   _✓_ Cancer   ____ Heart Disease   ____ Diabetes Mellitus

SOCIAL HISTORY:

Occupation: _Sales_          Marital Status: _✓_ Single   ____ Married   ____ Divorced   ____ Widowed

Do you have children? _✓_ Yes   ____ No   How many? _1_   Do you live alone? ____ Yes   _✓_ No

Do you smoke?        ____ Yes, I smoke _____ packs of cigarettes per day for the past _____ years.
                     _✓_ No, I have never smoked.
                     ____ No, I quit _____ years ago.

Do drink alcohol?    ____ No, never.
                     ____ Rarely.
                     _✓_ Yes:   ____ Daily   _X_ 1 or more times a week   ____ 1 or more times a month

above information is accurate to the best of my knowledge.

PATIENT SIGNATURE: _M. Sandra Sue_                    DATE: _10, 17, 02_

Physician Signature after review: _____    DATE: ___/___/___

SUE 000353