**DAVID W. PATTERSON, M.D.**
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

## INTERNAL MEDICINE                                                                       PROGRESS NOTES

Name  SUE,M.Sandra                        DOB:  4-30-54                        Age: 48

12-17-02  M. Sandra Sue presents today for evaluation of persistent pain. She is having such pain that she cannot sit down. She looked up coccygodynia and she thinks that is what she has. She would like to see someone at Mayo who can diagnosis this. I will call and find out who that might be. She also was recently laid off from her job and is trying to negotiate a settlement with them. She does not feel that she can work right now. Her short-term disability was discontinued since she was laid off. She needs a refill for her meds, which we were able to provide. I will find out from Mayo who the best person is and let her know.

DWP  David W. Patterson, M.D./kb
(Dictation date 12-17-02)

1/10/03 pt called c/o head, neck, low back pain, coccydenia. has taken #10 hydrocodone s relief. per b/a →apply heat + ice (alternating), contact d/w on monday. uncomfortable rxing more meds due to current hx. /kb

1-14-03  Sandra Sue is having back pain. She sent me a fax concerning getting a caudal epidural, which I think is reasonable. She will go ahead and arrange for a visit at Sibley.

DWP  David W. Patterson, M.D./kb
(Dictation date 1-14-03)

SUE 0001465