The George Washington University Hospital

EMERGENCY DEPARTMENT
MEDICAL RECORD I

75368

E/R   INS  T01
SUE, MARGARET
A: 107962461  MR 2036771
01-30-1954   DOS 04-10-00
725 NEWTON ST NW      DC
WASHINGTON            20010000

### PHYSICIAN'S REPORT

45 y/o ♀ s/p MVA from behind
Restrained passenger. ⊘ LOC. Hit
⊘ t/ head. Paramedics put pt in
c-collar b/c c/o neck pain.
c/o (L) Buttock/sacral pain. ⊘ other
injuries

PERRLA
motor s/t throughout
sensation intact
C-spine tenderness, ⊘ T-L spine
tenderness, ⊘ abrasions
Pelvis stable

RRR
CTAB
S, NT, ~D, NABS

**ALLERGIES:** NKDA
**MEDICATIONS:** effexor, celebrex, niacin, screen
**SOCIAL HX:** ⊘
**FAMILY HX:**
**PMH:** ruminations (fires 65-51)
UC, Depression
**R.O.S. CONSTITUTIONAL:**
**EYES/ENT:** ⊘
**CV:** ⊘
**RESP:** ⊘
**GI:** ⊘
**GU:**
**ENDOCRINE:**
**NEURO:**
**HEMA/ALLERGY:**
**MUSC/SKEL:** As per HPI
**SKIN:** ⊘
**PSYCH:**

### PHYSICIAN OBSERVATIONS | CASE ANALYSIS / REASON FOR ADMISSION

ATTENDING PHYSICIAN NOTE:

☐ CHART DICTATED  ☐ SEE ADDENDUM  ☐ CODOVIX ADDENDUM

HOUSESTAFF SIGNATURE
ATTENDING SIGNATURE

75-368 (11/97) PSHS              MEDICAL RECORDS

SUE 00014