09/16/2002 16:32 FAX            Cigna                        ☒001/001

# *Facsimile Transmission Cover Sheet*

PLEASE RESPOND WITHIN 3 DAYS. THANK YOU.



CIGNA IntegratedCare
P.O. Box 2052
Tarrytown, NY 10591
800.376.0725

**CIGNA**

| Transmit to FAX number | Date | Total number of pages: |
|---|---|---|
| 202-364-4362 | SEPTEMBER 16, 2002 | 1 |

| To | From |
|---|---|
| @ Dr. Amerman | PAMELA MOORE @ CIGNA Disability Management Solutions |
|  | Telephone: 800.376.0725 X1232   Fax: 800-377-4286 |

RE: Margaret Sue  SS#: 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  DATE OF BIRTH: 4/30/45

Dear Dr. Amerman:

I am currently processing a Short-Term Disability claim filed by the patient referenced above. In order to make a determination of the disability benefits, I need to obtain the information listed below. Please complete this form & fax it back along with the **corresponding medical notes from 7/2002 to current date**. Please call me at the telephone number above if you are unable to provide this information within 3 working days.

* Diagnosis __Cervical/lumbar disc disease__  ICD9 Code(s) __722.4/722.52__
* Prognosis    Favorable
* First date claimant was unable to work due to disability __7__/__22__/__02__
* First date of treatment or disability __8__/__8__/__02__
* Most recent date of treatment for disability __9__/__12__/__02__   Next scheduled appt/eval __Upon completion of block__
* Was claimant hospitalized?  Yes   No   If yes, From ___/___/___ through ___/___/___
* If a surgical procedure was done please indicate date of surgery and type of procedure (if applicable):
  ___/___/___  _____
* Do you consider this condition work related?  Yes _____    No __X__
* Medications prescribed: __Amitriptyline__
* Current treatment plan:  Outpatient epidural blocks

* Restrictions/limitations that prevent patient from being able to work (please be specific):
    Upon completion of outpatient blocks, she will be reevaluated and a determination made regarding work status.
* Released to return to work on ___/___/___ (please provide approximate date if undetermined)

**\*\*Please include copies of office notes/reports for period of disability\***
I hereby submit the above information is support of a work absence claim filed by the patient, and certify that the information is true and correct.

Physician name: __Bruce J. Ammerman  MD__       Specialty: __Neurological Surgery__
Physician Signature: _____         Date: __9/30/02__
Physician address: __3301 New Mexico Avenue, NW__  Phone: __(202) 966-6300__
                   __Washington, D.C. 20016__

**Thank you for your assistance.**

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York