MARGARET M. CLANCY, M.D., P.C.
1015 33RD STREET, N. W.
WASHINGTON, D. C. 20007
TELEPHONE 202 - 338-5842

June 1, 2003

Disability Determination Services
Commonwealth of Virginia
Department of Rehabilitative Services
Northern Virginia Regional Office
11150 Main Street – Suite 200
Fairfax, VA 22030-9929

In re: Margaret S. Sue
SSN – 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

To whom it may concern:

Ms. Margaret Sue has been my patient since April 2001, for the treatment of depression secondary to medical problems.

Ms. Sue was already experiencing back and neck pain when she was involved in an automobile accident in April, 2000. The injuries sustained in the accident severely exacerbated her existing problems and additionally generated new back and neck difficulties. She has been quite diligent in attempting to get treatment for these conditions, but the treatment was not very successful. I recommended that she see David Patterson, MD, an internist, because I felt she needed a physician who could appreciate all her different illnesses and coordinate her treatment. I also referred her to Margaret T. Carlini, MD, a specialist in physical medicine in an attempt to relieve some of her acute and chronic pain. Dr. Carlini again confirmed the diagnoses of Degenerative Disc Disease, Neuralgia, and Radiculopathy. When the combination of physical treatment and medication still proved unsuccessful in alleviating her pain, Ms. Sue underwent surgery at Johns Hopkins Hospital just a few weeks ago.

Ms. Sue was treated by me for the depression that arose as a consequence of her multiple, incapacitating spinal injuries. I prescribed Effexor, 225 mg per day, Neurontin 200mg per day, and Gabitril, 4mg per day to attempt to alleviate her depression and her pain. I also saw her in

MARGARET M. CLANCY, M.D., P.C.
1015 33RD STREET, N. W.
WASHINGTON, D. C. 20007
TELEPHONE 202 - 338-5842

weekly individual psychotherapy on an outpatient basis until her pain became so severe that she could no longer come to my office.

Please feel free to contact me if I may provide you with any additional information or clarification.

Margaret M. Clancy, M.D.