To :      Dr. Margaret Clancy   202.337.0910
From :    Sandra Sue
Subject : Status and STD

---

August 9, 2002

Dear Dr. Patterson,

Yesterday I saw Dr. Bruce Ammerman, to whom I was referred by my lawyer (car accident). I am scheduled for cervical and lumbar myelograms at Sibley, on 8/28/02. I will schedule an appointment with Dr. Alex Powers following the mylograms.

Currently I am out of work, on short term disability, due to the following :

- Colitis
- Severe head and neck pain

I continue to reduce the amount of hydrocodone – currently 1.5 pills/day. Dr. Robert Fischer (GI) will need to scope at some point, and I need to be off of hydrocodone for the procedure.

Dr. Fisher recieved a short term disability form from Cigna. Dr. Clancy suggests the STD be managed by you, rather than various specialists. When I speak with Dr. Fisher this afternoon concerning the colitis, I will with your permission, inform him that you will manage the STD.

Please let me know if any further information is required from me.

Best regards,


Sandra Sue

Cc    Dr. Margaret Clancy
      Dr. Robert Fischer