UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 05-1355 (JR) |
| ) | ECF |
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE OF FILING OF EXHIBITS UNDER SEPARATE DOCKET NUMBER

The defendant notes that exhibits 1-26 for its Motion for Summary Judgment were filed as attachments 1-26 to its Motion to Dismiss, ECF docket number 9.

Respectfully submitted,

KENNETH L. WAINSTEIN, #451058
United States Attorney

R. CRAIG LAWRENCE, #171538
Assistant United States

HEATHER PHILLIPS
Assistant United States Attorney
555 4th Street, N.W., Room E4212
Washington, D.C. 20530
(202) 514-7139