# TRAFFIC ACCIDENT REPORT

Metropolitan Police Department, Washington, D.C.

Complaint No. 045-322

**Date of Accident:** 4-10-00  **Time:** 1455  **Day:** Mon  **Date Reported:** 4-10-00

**Location:** Roosevelt Bridge East Bound

### Driver 1
- Name: Osume Ginge Wray
- DOB: 1-19-79
- Address: 5010 Lee Jay Ct #101, Capitol Hts MD
- SSN: 509-669-1968
- OLN: W-600-650-116-090 MD
- Phone: 728-6900
- Vehicle: 2dr Volvo 87 4D Grey, Tag 317-269/00 MD, VIN 1AX8803H124765
- Owner: Marilyn Thomas, 3401 Ronnel St SE, Phone 583-2376

### Driver 2
- Name: Sue Margaret S.
- DOB: 4-30-54
- Address: 1725 Newton St NW
- SSN: 234-40-23  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 DC
- Phone: 754-7522
- Vehicle: Ford 92 S/W Maroon, Tag 831-244/DC, VIN RCPS547NA2727
- Owner: Sue Margaret S., 1725 Newton St NW, Phone 234-4023

**Restrained:** None

### Persons Involved
| Name | Age | Sex | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 pmt AS-D-1 | 26 | M | 1 | 01 | 04 | 03 | 00 | 01 |
| 5 pmt AS-D-2 | 43 | F | 2 | 01 | 03 | 03 | 01 | 01 |

### Injured to Hospital
| Name of Injured Person | Where Taken | By Whom | Status |
|---|---|---|---|
| D-2 | GW Hosp | AMB-2 | Released |

### Vehicle 1
- Direction: East Bound to Bridge
- Towed by: ABC
- Location towed to: 1515-17th F St SW

### Vehicle 2
- Direction: West Bound - Bridge
- Towed by: ABC Towing
- Location towed to: 1515 Half St SW

**Diagram:** Theodore Roosevelt Bridge, 30 MPH, V-2, V-1

EXHIBIT 2

SUE 0001203

| No. | NCIC/UNDI Number | Charge (Arrest must support the charge.) | DC/Superior Court Hearing Date | Complaint No. 045-322 |
|---|---|---|---|---|
| 1 | 9593876 2-3 | Full Time + Attention | | OFW AO-1 Issued? YES / What Traffic Sign Present? NONE |

**NARRATIVE:**

D-2 STATED WHILE TRAVELING WEST ON ROOSEVELT BRIDGE AND ATTEMPTING TO TAKE THE EXIT V-1 STRUCK HER VEHICLE IN THE REAR.

---

CONTINUATION SHEET

SUE 0001204