**The George Washington University Hospital**
WASHINGTON DC

**EMERGENCY DEPARTMENT**
**NURSING RECORD I**

75082A

E/R  INS  T01
SUE, MARGARET
A# 102962461  MR 20...
04-30-1954  005  04-...
1725 NEWTON ST NW   DC
WASHINGTON          200100000

PATIENT IDENTIFICATION

Accompanied by: Self / Relative / Friend / Other
Triage category: I II III IV
Prehosp: splints / c-collar-splints
Arrival Mode: W.C. / Ambulatory / Paramedic/BLS: rescue #
IV Solution _____ Amt _____ Site/Size _____
Oxygen: Cannula _____ l/min  Mask _____ %  PMD _____ Meds PTA _____

Allergies: none / Unknown
Past Med Hx: _____
Med: none / Unknown
Learning Barriers: Language / Physical / Cognitive / Sensory: Visual/Auditory / Other

LNMP: _____
Gravida/Para/Ab _____
Last Tetanus: _____   Wt: _____ kg
Other: _____

**Chief Complaints:**
Triage Time: 1045 /pt s/p MVC — rear ended — sitting front pass. in car. C/O back + neck pain — burn outside of neck, pain down back + to legs. ⊕ HA but no LOC.

Time Back: 1150    CLINICAL MAP/PATHWAYS:    NURSE SIGNATURE:

**Nursing Assessment**

1100 Motrin + Tylenol C #3 50 mg
X-ray per Dr. _____

| Time | BP | P | RR | Temp | GCS | PULSE OX |
|------|-----|----|----|------|-----|----------|
| 1510 | 137/74 | 80 | 16 | 37.3 | 15 | |
| 1200 | 131/72 | 84 | 16 | | 15 | |

Time | Medications | Int.

Time | IV fluids | Int.

Time | Intake | Time | Output

**DISPOSITION**
Discharged / Admitted / Transferred / Left AMA / AWOL / Elope   TIME 1700
Report given to: _____
□ Admit Room # _____ /Transfer IV _____ /Monitor _____ O₂ _____
NURSING INTENSITY  1/2/3,4,5   CRITICAL CARE   ☑ Pt/family aware of need for admission/transfer and agree.
DISPOSITION CATEGORY I, II, III, IV
OUTCOME
INITIALS _____ NURSE SIGNATURE _____
Discharged via: □ Walk □ W/C □ Carried □ Ambulance □ Other
□ D/C'd: IV  Foley  NG tube
☑ Aftercare information sheet(s) provided
☑ Discharge teaching provided / Interpreter ☑ Discharge instructions understood by patient / significant other / parent
☑ Discharged/Admitted by: _____

75-082A (3/97)    MEDICAL RECORD

SUE 00013

**EXHIBIT 3**