REPORT ON:                                MARGARET, SUE

DATE OF EXAMINATION:              April 26, 2000

SUBJECTIVE: A 45 year old female presents complaining of neck pain and lower back pain for approximately two and a half weeks. The patient states that on April 10, 2000 she was in a motor vehicle accident in which she was rear ended. She presents complaining of neck pain, shoulder pain and lower back pain. She does states that she feels some mild tingling in her fingertips of her left hand. She denies any bowel or bladder problems. She does admit to her lower back pain radiating to her buttocks. She has tried acupuncture and ice for the relief of pain.

PAST MEDICAL HISTORY: She states in '91 she had surgery with Dr. Delenick for her lower back.

MEDICATIONS: Flaxen, Loratab, Ifexer, Celebrax

ALLERGIES: No known drug allergies.

PHYSICAL EXAMINATION: X-rays were taken which revealed no abnormalities. Neck was symmetrical without ecchyomosis or swelling. There was tenderness to palpation at the area C6, C7. [illegible] and tricep reflexes intact bilateral. Sensation intact at fingertips. Lumbar spine was symmetrical without ecchyomosis or swelling. There was tenderness to palpation at the area of the L5 S1 area. Patella and ankle reflexes are intact. The straight leg raise was positive for pain, negative for radiculopathy.

PLAN: The patient is going to have an MRI ordered of her cervical spine and lumbar spine. She was told to report back on completion of that test or earlier of she is having any problems or complications. She was also given a prescription for Flexural 10 mg, 1 tab TID for 10 days, #40, no refills.

Paul T. Maginnis, PA-C

for Dr. Delenick

PTM/mlb

**EXHIBIT 4**

SUE 00035

Zurich US
P.O. Box 28777
Baltimore, MD 21240
DOI: 4/10/2000
Claim # 266 011 7761

REPORT ON:                                SUE, MARGARET

DATE OF EXAMINATION:                      May 8, 2000

SUBJECTIVE: The patient returns for a follow-up after being referred to Dr. Edward Lang for cervical spondalosis C-4 through C-7, cervical strain, acute and cervical myofascial pain syndrome. The patient states that they're taking conservative measures. She is currently on a Medrol Dosepak and soft cervical collar, Flexoril, and Lortab as well as ultra sound and heat through a physical therapist. She is to follow up back with him in three weeks to reassess the situation. (Surgical intervention does seem likely to be avoided.) The patient is without complaints. She states that the Medrol Dosepak is providing mild relief.

PHYSICAL EXAMINATION: The patient still appears to be holding the neck somewhat stiff. She has limited range of motion. Triceps and biceps reflexes are intact.

PLAN: The patient was told to continue with her follow-up with Dr. Lang. She was told to call immediately if she is having any problems or complications. She was asked to follow-up with us in two weeks.

                                          Paul T. Maginnis, PA-C

                                          for Dr. Delenick

PTM/mlb

SUE 00036