# EDWARD R. LANG, M.D., F.A.C.S.
## Neurosurgery

1715 North George Mason Drive, Suite 102
Arlington, Virginia 22205-3637
Telephone (703) 528-5100
FAX (703) 528-5102

May 10, 2000

Peter J. Delenick, M.D.
1715 N. George Mason Drive
Suite 201
Arlington, VA 22205

RE: Margaret Sue

Dear Peter:

Thank you very much for your kind referral of Ms. Margaret Sue, whom I examined in the office on 5-10-00. As you recall, Ms. Sue is a 46-year-old lady who was involved in an automobile accident on 4-10-00. Apparently, she was the driver of a vehicle traveling around 35 miles an hour, which was struck from the rear by another, faster-moving vehicle. She tells me that both cars were considered total wrecks. She believes that the other car accelerated while trying to pass her, resulting in the accident. She did go to George Washington University Emergency Room for initial evaluation, since the accident occurred on the Roosevelt Bridge. Initially, she had sudden burning sensation in her head and neck. The pain did radiate up into the temporal area as well. Since then, the pain has settled primarily into her neck and has been a continued problem. She had some initial massage therapy and saw her primary physician. An appointment was scheduled with you and, in fact, I believe she was examined by your physician assistant who ordered the MRI scan.

The patient states that the pain does go down the left arm and also that she has a feeling of hot and cold in the arm at times. The patient is in general good health. She has had a problem with colitis which has been under good control for an extended period of time. The only regular medication which she takes is Celebrex on a daily basis. Previous surgery is restricted to a laminectomy and fusion which you performed nine years ago.

On examination, the patient has a normal gait and station. She moves about the office satisfactorily, however appears to be holding her neck somewhat stiff. She has normal strength and tone in the upper extremities. Reflexes and sensation were also intact. Neck movements were mildly limited in rotation, however she can put her chin on her chest and extends her neck rather well.

Review of the MRI scan indicates that she has definite cervical degenerative disk disease at C4 through C7. I suspect that this is primarily secondary to osteophytes rather than soft disk herniation.

**EXHIBIT 6**   SUE 00045

Peter J. Delenick, M.D.
RE: Margaret Sue
May 10, 2000
Page Two

IMPRESSION: Cervical spondylosis, C4 through C7; cervical strain, acute; cervical myofascial pain syndrome.

RECOMMENDATION: At this time I advised conservative measures to include the following:

1. Plain x-rays with obliques of the C-spine.
2. A Medrol Dose Pak.
3. A soft cervical collar.
4. Renewal of her prescription for Flexeril and Lortabs.
5. Further short course of ultrasound and heat through a physical therapist.

She was to return here in several weeks to reassess the situation. At this point, it seems relatively likely that the patient will be able to avoid surgical intervention.

Very truly yours,

Edward R. Lang, M.D.

ERL/ajs

SUE 00046