# EDWARD R. LANG, M.D., F.A.C.S.
## Neurosurgery

1715 North George Mason Drive, Suite 102
Arlington, Virginia 22205-3637
Telephone (703) 528-5100
FAX (703) 528-5102

May 31, 2000

Peter J. Delenick, M.D.
1715 N. George Mason Drive
Suite 201
Arlington, VA 22205

RE: Margaret Sue

Dear Peter:

Ms. Margaret Sue returned to the office today for follow-up. She brought in a set of plain x-rays which had recently been taken. These films clearly show that she has extensive cervical spondylosis and degenerative disk disease from C4 through C7. The disk spaces are extremely narrow and there are large osteophytes at each level. She has had several physical therapy treatments and has already shown significant improvement. She is taking very little medication and is working.

On exam today, the patient has an excellent range of motion of her neck. She can bring her chin down to her chest and can rotate through about 80° to either side. Extension is also done nicely with minimal limitation.

IMPRESSION: My impression is that she continues to show good progress.

RECOMMENDATION: Continue conservative treatment. She is to use her collar as needed and to continue working at least on a limited basis. The patient will have a few more physical therapy treatments which I have given a prescription for. She will then return for follow-up after the therapy is completed.

Very truly yours,

*Edward Lang*

Edward R. Lang, M.D.

ERL/ajs

**EXHIBIT 7**   SUE 00047