May 22, 2000

Edward Lang, MD
1715 N. George Mason Drive, #102
Arlington, VA 22205

Re: Sue, M. Sandra

Dear Dr. Lang:

This 46-year-old female who presents with cervical strain was initially seen for physical therapy on May 16, 2000.

HISTORY
On April 10, Ms. Sue was rear ended in her vehicle as she was driving. She states that she was going 35 mph at the time she was struck from behind. She was taken to the hospital where they found no fractures. An MRI was ordered and the patient was given pain killers and a referral to a neurosurgeon. After she was struck, she felt pain in her neck and upper back. The pain has gotten progressively worse. At this time she rates her pain an 8/10. She describes her pain as a burning sensation with the left side being worse than the right. The pain is constant. Ice and recumbency seem to improve how she feels whereas movement and lifting aggravate symptoms. She complains of disturbed sleep but states the medicines given to her permit her to sleep. She is currently taking Lortab, hydrocordone, and Flexeril. Upon awakening in the morning she feels pain immediately. She has tried massage therapy since the accident and it seems to have helped. As of now, Ms. Sue is unable to lift things, clean, or sit for periods of time in front of her computer. Aside from this problem, the patient normally enjoys good health. However, she does have history of lower back surgery 9 year ago.

ASSESSMENT
Ms. Sue is currently wearing a cervical collar. Her standing and sitting posture is militaristic in style due to guarding of pain.

Cervical range of motion:
Forward flexion: 4 fingers breadth
Extension: 25%
Cervical rotation: Right is 40 degrees, Left is 45 degrees
Side bending: Right is 28 degrees, Left is 32 degrees

**EXHIBIT 8**

SUE 00061

Sue, M. Sandra

| Shoulder range of motion: | Right | Left |
|---|---|---|
| Flexion | 115 | 110 |
| Abduction | 87 | 90 |
| Hand to scapula | Reaches T10 bilaterally | |
| Hand to mouth | Reaches right ear | Reaches crown |

Compression, distraction, dermatomes, hypermobility factor were not tested at this time due to the acute condition of the patient. Sensation is expressed as either hot or cold. Tingling is present in the left arm and shoulder. Grip strength on the left is 25kgs and on the right is 40kgs. Testing grip strength caused pain in the neck. On palpation there is tenderness over the SCM, scalene, upper trapezius, supraspinatus, and infraspinatus. Though tender, the patient states it is not painful.

TREATMENT PLAN
Ms. Sue will be treated per your orders of ultrasound and heat to the cervical area twice weekly for the next 3 weeks.

Thank you very much for the referral of this pleasant patient. If you have any questions please do not hesitate to contact me.

Kindest regards,

Alexandra H. Rouse, PT

SUE 00062