DAVID W. PATTERSON, M.D.
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

INTERNAL MEDICINE                                                    PROGRESS NOTES

 me SUE, Margaret S.              DOB: 4-30-54                Age: 47

01-09-02  M. Sandra Sue is a 47-year-old WF who presents for follow-up examination. She was referred by her psychiatrist, Dr. Marge Clancy. She has been having problems with chronic back pain and memory changes. She has a long history of upper and lower back pain and in fact had surgery on L5-S1 approximately 10 years ago. She had a laminectomy and fusion. At the time of the surgery she already had nerve damage and lost the Achilles reflex on the left side. She has continued to have at least a low level of pain since then. She was told that she would have the pain and she works hard with physical activity and staying slim to try to keep the pain at bay. However, in April of 2000 [2000] she was in a motor vehicle accident. She was rear-ended and both cars were totaled. She did not pass out. She did not hit her head but she did sustain a lot of musculoskeletal trauma. Her neck hurt the worst after the accident. She was seen by another physician and started on **HYDROCODONE** for pain. She has gotten up to about 6 per day just to keep the pain at bay and now is trying to taper off. She had gotten up to as many as 6 or 8 and two weeks ago she started to taper with the hopes of getting off completely. Dr. Clancy has been helping her to decrease this. She notes that she is beginning to have intermittent memory problems and there is a concern that it might be from medications. One afternoon she actually forgot to pick up her 6-year-old daughter at the bus stop, which is unusual for her. Her memory is better with the decrease in the pain meds but she still is having some forgetfulness so she is trying to put more structure and order in her day so that she does not have so much to remember. There is no family history of Alzheimer's or memory loss.

**REVIEW OF SYSTEMS** She notes that she gets allergy shots. She is allergic to pollen, grasses and tress. She has been getting shots for some time. There is a family history of high cholesterol, therefore, she follows a strict diet and exercise.

**PAST MEDICAL HISTORY** The patient had back surgery with Dr. Peter Delenick, an orthopedic surgeon, along with a neurosurgeon who assisted. Her daughter is adopted at the age of 3 months. Her name is Anna. The patient is very athletic having participated most of her life in gymnastics and sports. She swims to work out at least an hour per day. She mixes it up with water aerobics, rowing, weight lifting, etc. It very much helps her back. She had an accident in April of 2001 [2000] as mentioned but did not have any head trauma. She had mumps, measles and chicken pox as a child. She had hepatitis at the age of 6. She denies a recent tetanus booster. She rarely travels internationally. Her GYN is Dr. McCant, whom she sees once a year. Pap smears have been normal except for one where she required cryosurgery. Last year she had a mammogram, which showed some fibrocystic changes but nothing serious. She is taking **HYDROCODONE, NEURONTIN** 100 mg 2 tablets b.i.d.; **EFFEXOR XR** 75 mg 2 tablets in the morning and one in the evening, **LORAZEPAM** 1 mg ½ in the morning and one at night and **MINOCIN** 100 mg per day for acne. She has no known drug allergies. She does

**EXHIBIT 11**          SUE 0001464

BRYAN J. ARLING, M.D., F.A.C.P.
DAVID W. PATTERSON, M.D.
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

INTERNAL MEDICINE                                                                                          PROGRESS NOTES

Name SUE, Margaret S.                      DOB: 4-30-54                           Age: 47

**01-09-02 (cont.)** not smoke. She drinks occasional alcohol. Her dentist is Dr. Dewitt, whom she sees every six months. Her eye doctor is Dr. Snively, whom she sees once a year. She does wear her safety belts when she is in the car and there are smoke detectors in the home. She works in sales out of her home specializing in health care data. She is a graduate of University of Maryland undergraduate and has an MIS degree from GW. She is originally from Maryland. She is single. She has been with the same partner for 13 years. Her father died at the age of 70 from emphysema. He had smoked until his early thirties and quit. Her mother is in her seventies and is very athletic and healthy but has some psychiatric issues. Her mother had colon cancer 10 years ago but has done well. The patient has had a colonoscopy several times because she has a history of proctitis. Her gastroenterologist is Bob Fisher. She has 2 older brothers one of whom has colitis and one younger sister.

**PHYSICAL EXAM** Pleasant WF, weight 138 lb, height 5'5", BP 110/70, pulse 80. There are no worrisome skin lesions and no adenopathy. HEENT exam is unremarkable. The neck is supple full range of motion without thyromegaly. Carotid pulses are 2+ bilaterally without bruits. The lungs are clear. PMI is nondisplaced with a normal S1 and S2 with a normal S1 and S2. She has a ½ out of 6 systolic ejection murmur heard best at the left lower sternal border without radiation. There are no associated gallops, clicks or rubs. Breasts are without lesions. Abdomen is benign. She has tenderness of the lower spine and of the neck but good range of motion and no changes whatsoever on her neurological examination except for the absence of a left ankle jerk. Strength is excellence. Memory tested at 5 minutes and long-term memory seems to be normal.

**IMPRESSION** 1. Memory loss 2. Back pain

**PLAN** We will complete the exam with an SMA6-12, CBC, urinalysis, lipid profile, thyroid function test, EKG, spirometry, audiometry and TB skin test. I will discuss her work up further with Dr. Clancy. [I also think she will do well with a good physical therapist and I will try to get her in to see Pam Woods in northern Virginia.]

_DWP_ David W. Patterson, M.D./kb
(Transcription date 01-09-02)

**01-11-02** M. Sandra Sue was informed of her labs and [encouraged to go ahead and make an appointment with either Pam Wood or Diane Stroud the physical therapists in Northern Virginia] I will also speak more with Dr. Clancy in reference to her work up.

_DWP_ David W. Patterson, M.D./kb
(Transcription Date 01-11-02)

SUE 0001462