**DAVID W. PATTERSON, M.D.**
2440 M St., NW, Suite 817
Washington, D.C. 20037-1404

## INTERNAL MEDICINE                                                       PROGRESS NOTES

Name    SUE, M. Sandra               DOB:   4-30-54            Age:   47

01-17-02  I spoke to Marge Clancy today in reference to Ms. Sue. I told her that I had sent her to physical therapy and that we would continue to try to taper her pain medicines and we will proceed according to her response.

3/25/02 pt informed to set up appt for F/U after PT sessions   kb

_DWP_  David W. Patterson, M.D./kb
(Transcription date 01-17-02)

07-22-02  M. Sandra Sue is a 48-year-old WF who presents for follow-up. Her mother died recently of colon cancer. She had been a patient of Bob Fisher. Ms. Sue's colonoscopy was done recently with Dr. Fisher. She saw him last week for a follow-up of her colitis. She also has had some numbness in her hands and face that is worse when she is working at the computer. She has also noted left greater than right symptoms. She is on **HYDROCODONE, EFFEXOR, NEURONTIN, LORAZEPAM AND MINOCIN.** She has to go off the **HYDROCODONE** because of a planned repeat colonoscopy. She has no known drug allergies.

**PHYSICAL EXAM**  She has tenderness in the neck with full flexion and extension. There is no Crepitance and no muscle spasms. She is slightly weaker in the left arm in grip strength than she is in her right. Otherwise the exam is normal.

**IMPRESSION**  Upper extremity weakness and numbness

**PLAN**  We will get an MRI of the neck and head without contrast at WRA.   _DWP_  David W. Patterson, M.D./kb
(Dictation Date 07-22-02)

8-5-02  Sandra Sue was informed today of her MRI results. I referred her to Alex Powers for further evaluation.

8/6/02 MRI & PT Rx faxed emailed to 703-527-0446 kb   _DWP_  David W. Patterson, M.D./kb
(Dictation Date 8-5-02)

10-03-02  M. Sandra Sue is a 48-year-old WF who presents for evaluation and follow-up. She has an appointment scheduled with Dr. Powers. Dr. Clancy has referred her to a physiatrist, Dr. Carlini. Her neck is still bothering her. She saw Dr. Amermon and had a myelogram and he told her that there were osteophytes and narrowing that would explain her symptoms but she was not a surgical candidate. She is scheduled tomorrow for epidural nerve block at Sibley. She has not been able to sleep on her right side because it is flared up with pain as well. Dr. Clancy prescribed **GABITRIL** 4 mg with dinner and that is helping the pain and helping her sleep. She has a history of bronchitis recently. She was placed on **DURATUSS G, NASONEX, CLARINEX AND TEQUIN** by the emergency medicine clinic. She has had no production with her cough. The congestion is mostly in her head.

**PHYSICAL EXAM**  She has clear sinuses. Temperature is 98.6. posterior pharynx is clear. There is no adenopathy. The lungs are clear. The neck is tender and stiff. She is walking gingerly. Her neurological exam is unchanged.

**IMPRESSION**  1. Neck pain  2. Resolving upper respiratory infection

**PLAN**  I wished her well with her epidural. She will call me after she has seen Dr. Powers with a progress report.

**EXHIBIT 13**

_DWP_  David W. Patterson, M.D./kb

SUE 0001466