WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. · 5100 NEW MEXICO AVE. N.W. · WASHINGTON, D.C. 20016

## FOLLOW-UP NOTE

<u>SUE, Margaret S.</u>                                   September 12, 2002

The patient returns for follow-up discussion, having undergone myelogram and post myelogram CT scan, 8/28/02, Sibley Memorial Hospital revealing, "Bony osteophytes, C3-C4, C5-C6, and C6-C7. Most pronounced at C6-C7. Bulging midline disc, C4-C5. Bulging, L4-L5 disc with borderline spinal stenosis."

I have discussed with the patient various alternatives, including surgical intervention, which I would rather not proceed with at this time, as well as the possibility of outpatient lumbar epidural blocks, which I believe would be quite helpful. She is familiar with these from a number of years ago. A prescription and brochure were given for Sibley Memorial Hospital. She will return after the blocks.

She has also noted difficulty sleeping at night. I have given her a prescription for Amitriptyline 10 mg. Side effects were discussed.

Bruce J. Ammerman, M.D.

BJA/cls

**EXHIBIT 15**                                   SUE 00024