

**WASHINGTON BRAIN & SPINE INSTITUTE**
A PROFESSIONAL CORPORATION

John W. Barrett, MD • F. Donald Cooney, MD • Jeff Jacobson, MD • Alexandros D. Powers, MD
Edward F. Aulisi, MD • Zachary T. Levine, MD • Donald C. Wright, MD

## NEUROSURGICAL CONSULTATION

SUE, Margaret                                    16 October 2002

<u>CHIEF COMPLAINT</u>: Neck, shoulder and upper extremity sensory changes.

<u>HISTORY OF PRESENT ILLNESS</u>: The patient is a 48-year-old left-hand predominant ambidextrous woman who has had a lumbar laminectomy approximately 11 years ago (see below). She comes to the office for evaluation of symptoms referable to the cervical spine. Apparently she had been diagnosed with cervical disc changes several year ago after being involved in a severe motor vehicle accident. Following this event, she had onset of neck and shoulder discomfort that has progressed in frequency, intensity, severity, and distribution. These symptoms involve the paraspinal muscles of the neck extending towards the shoulder and intrascapular area. She has provided a detailed description of the distribution of symptoms, and has provided a series of drawings of the distribution of pain which has occurred over the course of the day. There is a lesser component of numbness which can extend into the upper extremities with involvement of all of the fingers of the hand. Whenever there is significant tightness of the paraspinal muscles she will also note shooting pain over the occipital area of the head extending to the vertex. The discomfort is made worse with increasing physical activities and can improve when she lies down for one to two hours. She also notes some improvement with use of lorazepam, although she is still limited with the residual discomfort. Her family physician, Dr. Patterson, has initiated conservative modalities, after obtaining a series of imaging studies. These have included initiation of a series of blocks at Sibley Hospital as well as referral to a physiatrist with whom she has her initial appointment tomorrow.

As mentioned above, she states that she had a lumbar laminectomy approximately 11 years ago to address a three-year history of lumbar disc problems. She alludes to the fact that there was some debate as to the diagnosis and etiology of her pain, but postoperatively there was noticed improvement in her symptomatology. Unfortunately she was left with residual symptomatology including atrophy of the musculature of the left leg, as well as residual discomfort. The residual sensory changes were successfully treated with nortriptyline, but she needed to stop this medication secondary to side effects which were associated with significant weight gain.

<u>PAST MEDICAL HISTORY</u>:
1. L5,S1 laminectomy and fusion.
2. Dyspnea.
3. Asthma.

NEUROSURGICAL CONSULTATION
RE: SUE, Margaret
16 October 2002
Page Two

4. Depression.
5. Anxiety.
6. Colitis.
7. Denies other major surgeries or medical problems such as diabetes mellitus, hypertension, thyroid disease, pulmonary disease, heart disease, other GI/GU disease.

**MEDICATIONS**: Effexor XP capsules 75 mg (2 tablets qam and one tablet qpm), Neurontin 300 mg bid, Gabitril 8 mg qam and 4 mg qpm, lorazepam 1 mg q6-8 and Vicodin q3-6.

**ALLERGIES**: Denied.

**PHYSICAL EXAMINATION**: On physical examination, the patient is a well-developed, well-nourished, pleasant slender woman who walks and sits without obvious guarding from discomfort. Neck range of motion is slightly reduced consistent with her complaints of discomfort. Motor strength in the upper and lower extremities is symmetric and full bilaterally, although slight reinforcement is required. Sensory examination is symmetric to tactile modalities in the upper extremities and shows a slight decrease on the left-hand side which is consistent with her baseline dysfunction following her lumbar spine problems. Reflex examination is symmetric at +1/2 in the upper and lower extremities. There is no Hoffmann's or clonus and tone is within normal limits. It also should be noted that cranial nerve examination is symmetric and full throughout.

**NEUROIMAGING STUDIES**: A series of imaging studies of the brain and spinal column were available for review. The cranial images are from July of this year and show no evidence of structural abnormalities, mass affects, edema, acute or chronic pathology. It should be noted that the radiologist's interpretation is also that of a normal noncontrast MRI of the brain. An MRI scan of the cervical spine showed evidence of multilevel disc changes with the most significant being at C5,6 and C6,7 and lesser changes at C3,4 and C4,5. Despite this, sagittal and axial views showed no evidence of stenosis, cord compression or compromise of the exiting nerve structures in the neural foramina. A myelogram of this area confirmed this clinical compression without evidence of nerve root cutoff, stenosis, or cord compression.

Lumbar spine images showed the previous operative area as well as slight disc changes across the L4,5 region. There is no evidence of nerve root cutoff or canal stenosis. Myelographic report of this area concurs with this impression.

**IMPRESSION**:
1. Mechanical neck pain with underlying disc changes as described above.
2. Residuals from previous lumbar spine surgery.

SUE 000287

NEUROSURGICAL CONSULTATION
RE: SUE, Margaret
16 October 2002
Page Three

RECOMMENDATIONS: I had a lengthy discussion with the patient regarding her symptomatology. I reviewed the available imaging studies and illustrated the relevant findings. Although there is evidence of disc change in the cervical and lumbar spine, I would not recommend consideration of surgical interventions. It is my opinion that symptomatology of mechanical pain with underlying spondylosis is best treated through aggressive nonsurgical modalities. I also explained that it is my opinion that this can most efficiently be delivered under the direction of a physiatrist. As noted earlier, the initial appointment has been scheduled for tomorrow. I also explained that I usually defer to the physiatrist for coordination of medication adjustments as well as scheduling of adjuvant therapy such as selective injections, blocks, etc. She states that this issue had been raised and she had tentatively canceled the remainder of the blocks at Sibley Hospital until completion of the physiatry consultation. In any case, she is going to continue in an effort to maximize conservative modalities in lieu of consideration of surgical interventions.

If I can be of further assistance, or additional neurosurgical questions arise, I will be more than glad to see her in follow-up. Otherwise, she will return only on an as-needed basis.

Parenthetically, as part of our office visit, I did reviewed with her considerations that might incorporate surgical treatments. I explained the near and long-term limitations of such an approach including the possibility of perpetuation or worsening of her symptomatology. We also reviewed newer technologies which currently are in clinical trial such as the artifical disc prosthetic device. She appeared to understand these points fully.

Alexandros D. Powers, M.D.

ADP:lc

(Transcribed - 10/22/02)

cc:   David Patterson, M.D.