M. THERESA CARLINI, M.D.
PHYSICAL MEDICINE AND REHABILITATION
AND ELECTRODIAGNOSTIC MEDICINE

8136 Old Keene Mill Road,
Suite A208
Springfield, VA 22152
phone: (703) 866-3004
fax: (703) 866-3610

October 17, 2002

David W. Patterson, M.D.
2440 M. Street, NW, #817
Washington, DC 20037-1404

Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002

Dear Dr. Patterson:

Margaret Sue is a 48-year-old woman who is seen in consultation for evaluation of chronic neck and low back pain. She has been symptomatic for neck and upper back pain for the past two and one half years and low back pain for the past ten years. She relates onset of neck pain to a motor-vehicle accident in April 2000. She notes that the motor-vehicle accident exacerbated low back pain. According to the patient, impact was to the rear of her vehicle. Both vehicles were "totaled."

Neck and low back pain is described as a constant deep ache with intermittent sharp severe pain. Neck pain is associated with numbness and tingling involving both arms and hands. Neck pain radiates to the trapezius muscles and intrascapularly. She also complains of pain which radiates to the posterior occipital region bilaterally. Low back pain is associated with radicular pain to the left buttock, posterior thigh, and calf and intermittent pain radiating to the lateral aspect of the right hip. She denies lower extremity weakness and paresthesias. She denies bowel/bladder dysfunction.

Current medication regimen for pain management includes hydrocodone 5/500 mg t.i.d., Neurontin 100 mg b.i.d., and Gabitril 4 mg q.h.s. She is also treated with Effexor 75 mg 2 q.a.m. and 1 at h.s. and lorazepam 1 mg three to four times a day. Following the motor-vehicle accident she was taking up to eight hydrocodone per day. She has decreased the dosage to three per day over the past four months. She has increased the dosage of hydrocodone for occasional flare-ups of pain.

Pain symptoms are fairly well controlled with the current regimen. However, she feels that recent additions of Gabitril and Neurontin have not significantly enhanced pain relief. Prior treatment with Pamelor was most beneficial in alleviating pain. However, she complained of side effect of 30-pound weight gain.

She is status post two lumbar steroid epidural blocks, October 4th and October 11th. She notes that epidural blocks alleviated right hip pain but have been ineffective in alleviating left sciatic symptoms. She is scheduled for nerve root block under fluoroscopy.

(Continued)

**EXHIBIT 17**    SUE 000295

Letter to David W. Patterson, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 10/17/2002
Page Three

IMPRESSION:

1. Cervical degenerative disc disease/bulge.
2. Cervical myofascial pain.
3. Occipital neuralgia.
4. Left sciatica/residual left lumbar radiculopathy.
5. Lumbar disc bulge, L4/5.
6. Status post left L5/S1 laminectomy/discectomy.
7. Depression.

PLAN:

1. Reviewed current treatment regimen. Recommend continuing exercise regimen, range of motion /stretching, strengthening, aquatic exercises, aerobic/cardiovascular.
2. Follow up for scheduled transforaminal nerve root block for left sciatic pain.
3. Trial of Pamelor 10 mg 1-3 at h.s. Rx #90, five refills. Monitor weight weekly. Effexor may counteract effect of weight gain with Pamelor. If not, consider trial of Wellbutrin 150 mg SR b.i.d. with Pamelor.
4. Continue myotherapy for deep tissue massage.
5. Follow up for trigger point injections for myofascial pain symptoms.
6. She may also be a candidate for occipital nerve blocks.

Thank you for the opportunity to participate in the care of your patient.

Sincerely,

M. Theresa Carlini, M.D.

MTC/imj

cc: Margaret M. Clancy, M.D.

SUE 000296