WASHINGTON NEUROSURGICAL ASSOCIATES, P.C. 3301 NEW MEXICO AVE. N.W. WASHINGTON D.C. 20016

## FOLLOW-UP NOTE

<u>SUE, Margaret</u>                                   November 6, 2002

The patient returns having had three epidural blocks with as she believes 20% improvement. She now able to lie on her right side. The possibility of a caudal block has been recommended by Dr. Cernea and I think this is reasonable.

She has seen Dr. Theresa Carlini and I believe continued conservative care including possibly acupuncture or biofeedback may be helpful. The patient continues disabled currently.

Bruce J Ammerman, M.D.

BJA/sp

**EXHIBIT 18**           SUE 00025