M. THERESA CARLINI, M.D.

PHYSICAL MEDICINE AND REHABILITATION
AND ELECTRODIAGNOSTIC MEDICINE

8136 Old Keene Mill Road,
Suite A208
Springfield, VA 22152
phone: (703) 866-3004
fax: (703) 866-3610

December 18, 2002

David W. Patterson, M.D.
2440 M Street, NW, #817
Washington, DC 20037-1404

Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 12/18/2002

Dear Dr. Patterson:

Margaret Sue is seen in follow-up. She is seen for trigger point injections for cervical myofascial pain symptoms. She has been symptomatic for neck pain which radiates to the trapezius muscles and intrascapularly. She has also been symptomatic for headache which radiates to the posterior occipital and parietal region. Headache symptoms are bilateral. She denies light sensitivity and nausea with headaches. Neck and periscapular pain symptoms were alleviated following trigger point injections. She also benefited from myotherapy for deep tissue massage.

The patient had previously been treated with physical therapy for low back pain and sciatic symptoms. Today she is most symptomatic for coccyx pain. She notes that this has been present for several years. She has been researching coccygodynia and has found that Mayo Clinic has a protocol for treatment.

PHYSICAL EXAMINATION: On physical exam, generally she is a well-developed female alert, oriented x3 in no acute distress. There are palpable tender trigger points involving the left C5 paraspinous, bilateral upper trapezius, and left rhomboid muscle. Motor strength is 5/5. Sensory examination is intact. On rectal examination, there is tenderness involving the coccyx.

IMPRESSION:

1. Cervical myofascial pain, improving.
2. Muscle tension headaches.
3. Cervical degenerative disc disease/bulge.
4. Occipital neuralgia, improving.
5. Coccygodynia.

(Continued)

**EXHIBIT 19**   SUE 000304

Letter to David W. Patterson, M.D.
Re: Margaret Sue
Date of Birth: 04/30/1954
Date of Service: 12/18/2002
Page Two

PLAN:

1. Using the sterile technique, right and left upper trapezius, left rhomboid, left cervical paraspinous trigger points were injected with 1 cc of 1% Xylocaine.
2. Sitz baths 30 minutes daily.
3. Coccyx cushion.
4. Vioxx 25 mg q.d. Rx #30, one refill.
5. The patient was referred to a physical therapist who specializes in pelvic floor disorders for treatment of coccygodynia.
6. She will follow up for weekly trigger point injections.

Sincerely,

M. Theresa Carlini, M.D.

MTC/imj

cc: Margaret M. Clancy, M.D.