

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| **Name:** Sue, Margaret S. | **History:** 2-358-39-42 |
| **Address:** 1501 Mclean Corner L Lane, Mc Lean VA 22101 | **Visit Date:** 03/07/2003 |
| **Phone:** (703)288-1227 | |
| **DOB:** 04/30/1954 | **Location:** 163A |
| **Race:** Unknown | |
| **Gender:** Female | |
| **Primary Provider:** Campbell, James N | |
| **Other Provider:** | **Document No:** 29128610030 |

### Reason for Visit:

This is a 48-year-old woman who presents with a chief complaint of left neck pain. She is accompanied by a friend who is present throughout the history and exam.

### History of Present Illness:

The patient presents with a chief complaint of neck pain especially in the left. The patient also has complaints of low back pain and pain in the back of her thighs. The patient was treated sometime ago with an L5-S1 fusion. In 04/00, she began having serious neck pain. This followed an auto accident. Prior to this, she had some neck pain but it was not a serious problem. After the auto accident, she went to the emergency room and x-rays apparently were taken which did not show any acute changes. The neck pain is continued to be a problem and in her estimation has worsened in particular over the last year. She describes difficulty with writing and opening jars of late as well, and she is concerned that the overall problem of weakness emanating from the cervical spine problems. She describes her pain level as an 8 or a 9 on an average without medications, but with medications she says the pain level may be brought down to a level of 7.

She indicates that walking, swimming, prescription medicines may help her pain, where as sitting and being stationary may actually increase her pain. She feels somewhat better in the morning.

The review of systems is contained in my record. She complains of inability to sleep and fatigue. She also complains of some ringing in the ears. She has a history of proctitis and apparently she has had some rectal bleeding. She takes Asacol and Rowasa for this. Apparently her colitis is under good control at this time. Her other problems include a history of hepatitis at age 6. She has no other findings on review of systems. She has not had problems with prior anesthesia.

### Medications:

She takes Neurontin, OxyContin, hydrocodone, Skelaxin, Effexor, and lorazepam.

### Major Findings:

Examination discloses that the patient has mild hyperreflexia throughout. The left ankle jerk reflex is absent.

She has some tenderness along the cervical spine and she has pain with neck hyperextension. I cannot be absolutely certain that she has normal strength in the upper extremities as she may have some 4/5 distal weakness. She has several beats of clonus in the right ankle.

### Assessments:

Sue, Margaret S. (2-358-39-42)    SIGNED DOCUMENT    Printed: 09/12/2005

EXHIBIT 20    SUE 000394

The patient has, on MR scan, multilevel spondylotic disease involving principally C4-C5, C5-C6, and C6-C7.

I agree with Dr. Gary Kaplan that this patient has significant cervical spondylotic disease. There is evidence on exam of a myelopathy. This is consistent with the mild pressure on the spinal cord from the spondylotic disease. I think the patient should undergo an anterior cervical discectomy and fusion at the involved level's. The nature of the surgery and risks and benefits were explained carefully to the patient. She wishes to proceed with surgery and we will go ahead accordingly.

CC List:

Gary Kaplan, M.D.; 5275 Lee Highway, Suite 200; Arlington, VA 22207;

Margaret Sandra Sue (patient)

Dictated By:

CAMPBELL, JAMES N, M.D./005   D: 03/07/2003   T: 03/11/2003

SIGNED BY: CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 03/17/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)        SIGNED DOCUMENT        Printed: 09/12/2005

SUE 000395