

## Johns Hopkins Hospital

*Operative Report*

| | |
|---|---|
| Name: Sue, Margaret S. | History: 2-358-39-42 |
| Address: 1501 Mclean Corner L Lane, Mc Lean VA 22101 | Date of Operation: 04/09/2003 |
| Phone: (703)288-1227 | |
| DOB: 04/30/1954 | Service: NUS |
| Race: Unknown | |
| Gender: Female | |
| Attending Surgeon: Campbell, James N | |
| Assistant(s): Lawson, Herman Christopher | Document No. 62067300020 |

**Title of Operation:**

Anterior discectomy and fusion at C4-5, C5-6, C6-7.

Use of tricortical allograft bone.

Application of cervical locking plates (C4-7).

**Preoperative Diagnosis:**

Cervical radiculomyelopathy.

Cervical deformity with loss of cervical lordosis.

**Postoperative Diagnosis:**

Cervical radiculomyelopathy.

Cervical deformity with loss of cervical lordosis.

**Anesthesia:**

General endotracheal anesthesia.

**Surgeons Narrative:**

Description of Procedure: The patient was placed under general anesthesia. The neck was prepped and draped with the neck in a gently hyperextended position. A curvilinear incision parallel to the sternocleidomastoid muscle on the medial side was made, and dissection proceeded down through the usual planes to the prevertebral fascia. The 4-5, 5-6, 6-7 spaces were identified and needles were placed for X-ray confirmation. Once this was done, the longus colli muscles were dissected away, exposing the disc spaces. The anterior osteophytes at 4-5, 5-6 and 6-7 were removed.

The procedure started at 4-5. This space was completely collapsed and I was not able initially to place the smallest of the curets into this space. Accordingly, I used the high speed drill and drilled into the space and then used the intervertebral spreader to open this further. Most of the dissection was done with the high speed drill, drilling away the osteophytes. We worked down to the area of the posterior longitudinal ligament which was partly unpacked. We worked on the uncovertebral joints to open those as well. The bony impingement was particularly present on the right side at 4-5. Gradually, the entire space was mobilized and I removed the entire osteophyte.

Sue, Margaret S. (2-358-39-42)        SIGNED DOCUMENT        Printed: 09/12/2005

**EXHIBIT 21**

SUE 000396

Attention was then directed to the 5-6 space, and the same procedure was done here.

Finally, attention was directed to the 6-7 space, and again a complete osteophytectomy was accomplished. The disc was degenerated to the point that it was hardly evident at any of the levels.

At this point I placed the tricortical graft in place. I dissected these so that they were 13 mm deep. They were countersunk into position at the 4-5 5-6, 6-7 interspaces. I then selected a 54 mm long cervical locking plate, and applied this with eight screws, two in each of the vertebral bodies, C4, C5, C6, C7. I obtained an X-ray and this showed that I had reestablished the cervical lordosis and plate and screws were in ideal position. To achieve the lordosis, I anchored the superior and the inferior screws first with the plate bent at the desired lordotic curve. The middle screws were then placed to pull the cervical spine up into the lordotic position. I then placed an 1/8 inch drain and proceeded to close the wound in routine fashion.

The patient tolerated the procedure well.

CLINICAL STAGE OF TUMOR:

CC List:

CTATED BY: CAMPBELL, JAMES N, M.D./432  D: 04/09/2003  T: 04/10/2003

SIGNED BY: CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 04/17/2003

Dictated By:

CAMPBELL, JAMES N, M.D./432  D: 04/09/2003  T: 04/10/2003

SIGNED BY: CAMPBELL, JAMES

DATE SIGNED: 04/17/2003

Note: This operative note provides information pertaining only to the patient's most recent hospitalization. A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)          SIGNED DOCUMENT          Printed: 09/12/2005

SUE 000397