

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| **Name:** Sue, Margaret S. | **History:** 2-358-39-42 |
| **Address:** 1501 Mclean Corner L Lane | **Visit Date:** 05/01/2003 |
| Mc Lean VA 22101 | |
| **Phone:** (703)288-1227 | |
| **DOB:** 04/30/1954 | **Location:** 1C3 |
| **Race:** Unknown | |
| **Gender:** Female | |
| **Primary Provider:** Campbell,James N | |
| **Other Provider:** | **Document No:** 45404710030 |

**History of Present Illness:**

The patient returns now 3 weeks status post 3-level ACDF.  The patient is doing well at this time and has had good relief of symptoms.  Her wound is healing well.  She will return in 4 weeks and have cervical spine x-ray repeated at that time. She is not working at this point, and she will begin to consider career options as she continues to recover from surgery.

**CC List:**

Margaret Sue  (patient)

Gary Kaplan, MD  5275 Lee Highway  Ste 200  Arlington, VA.  22207

**Dictated By:**

CAMPBELL, JAMES N, M.D./005 D: 05/01/2003 T: 05/03/2003

SIGNED BY:  CAMPBELL, JAMES
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 05/09/2003

Note:  This clinic note provides information pertaining only to the patient's most recent visit.  A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)          SIGNED DOCUMENT          Printed: 09/12/2005

**EXHIBIT 22**

SUE  000400