

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| Name: Sue, Margaret S. | History: 2-358-39-42 |
| Address: 1501 Mclean Corner L Lane, Mc Lean VA 22101 | Visit Date: 05/01/2003 |
| Phone: (703)288-1227 | |
| DOB: 04/30/1954 | Location: 103 |
| Race: Unknown | |
| Gender: Female | |
| Primary Provider: Campbell, James N | |
| Other Provider: | Document No: 65404710030 |

**History of Present Illness:**

The patient is doing well. She has had relief of her preoperative symptoms. Her wound is healing well. We will get an x-ray of her cervical spine in the next visit which will be in a few weeks. She asked me to come in on causation with regard to her symptoms. It is to be noted that she had an accident on the day of 04/10/00. Prior to this she really had no neck pain. The fact that the neck pain came on with the accident suggests that the accident was causally related to her problem. What we found were degenerative changes but the pain from the degenerative changes probably would not have come about had the accident not occurred. Therefore the accident is likely causally related to her problems.

**Plans:**

In any case the patient is doing well at this point. She will return to see me in a few weeks and we will monitor further her progress. She will gradually increase her activities and she will be back working in a couple weeks.

**CC List:**

Margart Sue (patient)

**Dictated By:**

CAMPBELL, JAMES N, M.D./006 D: 05/01/2003 T: 05/03/2003

SIGNED BY: CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 05/12/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)   SIGNED DOCUMENT   Printed: 09/12/2005