

## JOHNS HOPKINS
M E D I C I N E

Johns Hopkins Medicine                                              *Clinic Note*

| | |
|---|---|
| **Name:** Sue, Margaret S. | **History:** 2-358-39-42 |
| **Address:** 1501 Mclean Corner L Lane, Mc Lean VA 22101 | **Visit Date:** 03/05/2003 |
| **Phone:** (703)288-1227 | **Location:** 163A |
| **DOB:** 04/30/1954 | |
| **Race:** Unknown | |
| **Gender:** Female | |
| **Primary Provider:** Campbell, James N | |
| **Other Provider:** | **Document No:** 20677710030 |

**Reason for Visit:**

The patient is status post 3 level ACDF.

**History of Present Illness:**

Her cervical spine problems are doing well. She is having some lumbar spine problems.

**Plans:**

We will get an MRI scan of the lumbar spine along with plain x-rays. She also has coccyodynia. We will evaluate that when she returns the next time.

Her x-ray of the cervical spine looks good. The screws and plate are in good position. The grafts appear to be incorporating ideally.

**Dictated By:**

CAMPBELL, JAMES N, M.D./717 D: 06/05/2003 T: 06/07/2003

SIGNED BY: CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 06/11/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)          SIGNED DOCUMENT          Printed: 09/12/2005