

# JOHNS HOPKINS
M E D I C I N E

Johns Hopkins Medicine                                                                                   *Clinic Note*

|  |  |  |  |
|---|---|---|---|
| **Name:** | Sue, Margaret S. | **History:** | 2-358-39-42 |
| **Address:** | 1501 Mclean Corner L Lane Mc Lean VA 22101 | **Visit Date:** | 11/13/2003 |
| **Phone:** | (703)288-1227 | **Location:** | 133A |
| **DOB:** | 04/30/1954 |  |  |
| **Race:** | Unknown |  |  |
| **Gender:** | Female |  |  |
| **Primary Provider:** | Campbell, James N |  |  |
| **Other Provider:** |  | **Document No:** | 34505910030 |

**History of Present Illness:**

The patient had a 3 levels C4 through C7 anterior cervical discectomy and fusion by me. She has been helped by that, but still has some upper neck discomfort. In 08/03, she had a flare up of back pain especially going in to the left leg. She was seen by Dr. Belzberg. He ordered a diskogram study and the result of that was that there were nonspecific findings at C3-4 and C4-5, and it appeared that she had a prior fusion at L5-S1 and that level was not evaluated. The patient has been under the care of Dr. Kaplan, and he done facet procedures on the patient percutaneously, and this seems to have help some and this has been pursued both in the lumbar and cervical spine. The patient had an MRI scan of lumbar spine which disclose moderate stenosis at L4-5.

Plain x-rays of the cervical spine show that the fusion that we did C4 through C7 has healed excellently. There is some arthritic change however at C3-4. This may need attention eventually.

The patient has decreased her dose of fentanyl and she now takes 25 mcg as oppose to 150 mcg quite some time ago.

**Plans:**

I will see the patient back in 3 months and at that point we will have plain x-rays of the lumbar spine, and we will review the MRI scan which she did have available today. She may require surgery in the near future regarding her cervical and lumbar spine.

**CC List:**

Margaret Sue (patient)

Dr. Gary Kaplan  5275 Lee Highway  Ste 200  Arlington, VA  22207

**Dictated By:**

CAMPBELL, JAMES N, M.D./005 D: 11/13/2003 T: 11/15/2003

SIGNED BY:  CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 11/25/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)                        SIGNED DOCUMENT                              Printed: 09/12/2005

Page 1 of 1                                                                                              **EXHIBIT 25**

SUE 000408