

# JOHNS HOPKINS
M E D I C I N E

**Johns Hopkins Hospital**               *Operative Report*

| | |
|---|---|
| Name: Sue, Margaret S. | History: 2-358-39-42 |
| Address: 1501 Mclean Corner L Lane, Mc Lean VA 22101 | Date of Operation: 03/31/2004 |
| Phone: (703)288-1227 | Service: NUS |
| DOB: 04/30/1954 | |
| Race: Unknown | |
| Gender: Female | |
| Attending Surgeon: Campbell, James N | |
| Assistant(s): | Document No: 98091400020 |

**Title of Operation:**

Coccygectomy.

**Preoperative Diagnosis:**

Coccydynia.

**Postoperative Diagnosis:**

Coccydynia.

**Anesthesia:**

General.

**Surgeons Narrative:**

Description of Operation: The patient was placed under general anesthesia, then turned to the prone position on the Wilson frame. The coccygeal area was prepped and draped. A midline incision was made vertically over the coccyx. The coccyx was quite moveable at its junction with the sacrum. The coccyx was dissected away from the soft tissue and the sacrum and resected in one piece and submitted to the path lab. The wound was then closed in routine fashion.

The patient tolerated the procedure well.

CLINICAL STAGE OF TUMOR:

**Dictated By:**

CAMPBELL, JAMES N, M.D./994 D: 03/31/2004  T: 04/01/2004

SIGNED BY:  CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 04/06/2004

Note: This operative note provides information pertaining only to the patient's most recent hospitalization. A more

Sue, Margaret S. (2-358-39-42)            SIGNED DOCUMENT            Printed: 09/12/2005

EXHIBIT 26            SUE 000413

detailed medical history is available in the Medical Record.

Sue, Margaret S. (2-358-39-42)         SIGNED DOCUMENT         Printed: 09/12/2005

SUE 000414