

# JOHNS HOPKINS
MEDICINE

## Johns Hopkins Hospital

*Operative Report*

| | |
|---|---|
| Name: Sue, Margaret S. | History: 2-358-39-42 |
| Address: 1501 Mclean Corner L Lane, Mc Lean VA 22101 | Date of Operation: 06/01/2004 |
| Phone: (703)288-1227 | |
| DOB: 04/30/1954 | Service: NUS |
| Race: Unknown | |
| Gender: Female | |
| Attending Surgeon: Campbell, James N | |
| Assistant(s): | Document No: 37272400020 |

**Title of Operation:**

Anterior cervical discectomy and fusion at C3-4 of unusual difficulty secondary to prior surgery at C4-7.

Application of cervical locking plate C3-4.

Decompression of spinal cord.

Application of allograft bone.

**Preoperative Diagnosis:**

Cervical spondylosis C3-4.

**Postoperative Diagnosis:**

Cervical spondylosis C3-4.

**Anesthesia:**

General.

**Surgeons Narrative:**

Description of Operation: The patient had a prior fusion 4-5, 5-6, and 6-7. The patient had severe spondylotic disease at 3-4 associated with neck pain. It was decided to do an arthrodesis, discectomy and decompression of the spinal cord at this level.

After the patient was placed under general anesthesia, the neck was gently hyperextended, and the left neck was prepped and draped. The transverse incision was made below the mandible and dissection proceeded down to the C3-4 interspace. This was of unusual difficulty secondary to scarring from the prior surgery. The rostral part of the plate in the C4 body was exposed. The longus colli muscles were taken down, and the disc was completely dissected so that the disc space could be entered. Rongeurs and curettes were used to remove the disc, and the high-speed drill was used to decompress the spinal cord by removing the bone spur. The posterior longitudinal ligament was intact. The uncovertebral joints were opened.

Once this was done, I took tricortical allograft and shaped this so that it was 13 mm deep and countersunk this into position. The graft was nicely sunk into position. I then selected a 14-mm cervical locking plate. The rostral position of the plate from C4 through 7 made it difficult to place the plate at the C4 body, and I had to use the high-speed drill to burr down part of the plate. Once this was done, I was able to apply the plate at C3-4. This was

Sue, Margaret S. (2-358-39-42)          SIGNED DOCUMENT                    Printed: 09/12/2005

Page 1 of 2

**EXHIBIT 27**

anchored into place, and I then proceeded with irrigating the wound, placing a 1/8-inch Hemovac drain, and closing the wound.

The patient tolerated the procedure well.

CLINICAL STAGE OF TUMOR:

Referring Physician CC List:

Gary E. Kaplan, DO
5275 Lee Highway, Suite 101
Arlington, VA 22207
Phone: (703) 532-4892
Fax: (703) 237-3105

Dictated By:

CAMPBELL, JAMES N, M.D./498  D: 06/02/2004  T: 06/03/2004

SIGNED BY:  CAMPBELL, JAMES
THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.

DATE SIGNED: 06/16/2004

Note: This operative note provides information pertaining only to the patient's most recent hospitalization. A more detailed medical history is available in the Medical Record.

Siue, Margaret S. (2-358-39-42)          SIGNED DOCUMENT                    Printed: 09/12/2005



# JOHNS HOPKINS
MEDICINE

### Johns Hopkins Hospital

*Operative Report*

| | |
|---|---|
| **Name:** Sue, Margaret S. | **History:** 2-358-39-42 |
| **Address:** 1501 Mclean Corner L Lane, Mc Lean VA 22101 | **Date of Operation:** 12/07/2004 |
| **Phone:** (703)288-1227 | |
| **DOB:** 04/30/1954 | **Service:** NSP |
| **Race:** Unknown | |
| **Gender:** Female | |
| **Attending Surgeon:** Campbell, James N | |
| **Assistant(s):** Coon, Alexander L | **Document No:** 62735400020 |

**Title of Operation:**

Laminectomy of L4 5.

Posterior lateral fusion at L4-5.

Use of demineralized bone matrix, cancellous bone chips and autologous bone harvested from the laminectomy site.

**Preoperative Diagnosis:**

Lumbar stenosis and instability of L4 5.

**Postoperative Diagnosis:**

Lumbar stenosis and instability of L4 5.

**Anesthesia:**

General anesthesia.

**Surgeons Narrative:**

Description of Procedure: The patient was placed under general anesthesia and turned to the prone position in the Wilson frame. The lumbar area was opened with the longitudinal incision in the midline and the paraspinous muscles were reflected exposing L3, 4 and 5 lamina. The stenosis was maximum at L4-5. We proceeded to remove the lamina bilaterally using rongeurs and the angled punches and curets. The patient had fairly significant stenosis at 4-5.

The disc was exposed and this was felt not to be an important part of the compression and this was left intact. The exiting nerve root at L4 and L5 nerve root was inspected to make sure that there was no further compression. Facet at L4, 5 was destroyed in order to augment fusion. I was able to save the majority of the facet, however. The X-ray had been obtained in the first part of the case, to confirm the levels.

I proceeded to decorticate the transverse process of 4 and 5, along with the superior facet laterally. I then proceeded with the fusion part of the operation.

We combined the allograft, autologously harvested bone and demineralized bone matrix which was placed posterolaterally at L4-5. 1/4 inch drain was placed and the wound was then closed in routine fashion. The patient tolerated the procedure well.

Sue, Margaret S. (2-358-39-42)    SIGNED DOCUMENT    Printed: 09/12/2005

SUE 000425