# CAPITAL CASE MANAGEMENT, INC.

Kathleen F. Sampeck, MA, CRC, CCM, CLCP
2121 Eisenhower Avenue, Suite 200, Alexandria, Virginia 22314
Post Office Box 2920, Stafford, Virginia 22555-2920
Telephone: 703-551-4123  Fax: 540-720-8833

November 22, 2005

Heather Phillips, Esquire
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

Re: Margaret Sue

At your request I have completed a rehabilitation assessment regarding Ms. Margaret Sue. The purpose of this assessment is to render opinions regarding her future care needs as well as her future employment and earning capacity. I interviewed Ms. Sue in her home on 11/2/05, with her attorney present. I also reviewed the records and file materials provided by you office. This letter will serve as a summary of my opinions in this matter.

## GENERAL BACKGROUND

Since Ms. Sue's medical history is well documented in the file, and is summarized several times by various experts in this matter, I will not repeat the details in this report. Briefly, she is a 51-year-old woman (DOB 4/30/54) who resides with her partner and 10-year-old daughter in McLean, Virginia. She was involved in a motor vehicle accident on 4/10/00, injuring her back and neck. She had a history of low back impairment and surgery in the early 1990's. Since then she has had several surgeries, including a C-3 to C-7 fusion. She complained of neck, back, head, shoulder, ear, and upper extremity pain.

Ms. Sue has a Bachelor's Degree in Biological Sciences from the University of Maryland (1976), and a Masters Degree in Information technology from George Washington University (1996). She reported that she was an excellent student. She was last employed as a Sales Manager for IMS Health, where she managed government contracts for sales of pharmaceutical and medical supply databases. She said she worked for approximately two years after her accident because her employer was flexible and permitted her to do some of her work from home. Ms. Sue indicated that in early 2003 she experienced an exacerbation of symptoms, and she had difficulty traveling for her job because she had to carry her suitcase, laptop and presentation supplies. Medical records

**EXHIBIT 29**

Margaret Sue
November 22, 2005
Page 6 of 6

## Home Care

Ms. Sue requires housekeeping assistance, however 18 hours per week is excessive. I would suggest 8 hours per week with a personal assistant, at $10-12 per hour (as opposed to 18 hours per week at $16.70 per hour. Ms. Sue does not require a certified nursing assistant (implied by the types of agencies contacted by Ms. Flannery).

Also, since there is nothing to suggest that, more likely than not, Ms. Sue will be come non-ambulatory or require assistance with all ADL's, the cost for a live-in home health aide should not be include in this plan, but rather listed as a potential complication. It should be noted that the cost of $184 per day for a live-in attendant is excessive.

## Surgical Intervention/Aggressive Treatment Plan

I concur with the recommendation and projected costs of Botox and Trigger Point Injections. However, Occipital Blocks, Occipital Stimulator, and Denervation Ablation should be listed under potential complications, with no cost assigned.

## CONCLUSION

Ms. Sue is not currently employable, and at present she has experienced a 100% loss of earning capacity. It is difficult to determine with certainty what her employment capacity will be in the future. She will clearly require future treatments, therapies and services in the future, however, I disagree with some of the recommendations and costs projected in the Life Care Plan prepared by Ms. Flannery. My observations and recommendations are outlined in this report.

The opinions I have expressed are within a reasonable degree of professional certainty in the fields of vocational rehabilitation and life care planning. They are based upon the information available to date. I reserve the right to change my opinions and amend this report if additional information is provided. Please feel free to contact me if you have any further questions.

Respectfully Submitted,

Kathleen F. Sampeck, CRC, CRP, CCM, CLCP
Vocational Rehabilitation Consultant and Life Care Planner