COPY

1

```
 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3   - - - - - - - - - - - - x
 4   MARGARET S. SUE,            :
 5              Plaintiff,       :
 6   vs.                         :   Civil Action No. 05-1355(JR)
 7   THE UNITED STATES OF        :
 8   AMERICA,                    :
 9              Defendant.       :
10   - - - - - - - - - - - - x
11                                   Washington, D.C.
12                                   Friday, December 2, 2005
13
14   Whereupon,
15                       BRUCE J. AMMERMAN,
16   the Deponent, called for examination by counsel for the
17   Defendant, pursuant to notice and agreement as to time and
18   place, at 3301 New Mexico Avenue, N.W., Suite 352, Washington,
19   D.C., before David Becker, a Notary Public in and for the
20   District of Columbia.
21
22
23
24
25
```

**EXHIBIT 31**

1   Q   And that's what I'm asking. You were kind enough to
2   delineate everything you have?
3   A   I saw nothing of what I have that I said goodness
4   gracious.
5   Q   Doctor, would you agree with me that as of, let's
6   say even September 12th of 2002, which I believe was the
7   second office visit with Ms. Sue, would you agree with me that
8   at that point it would not have been reasonable for Ms. Sue to
9   believe that she would be having surgery at some point in the
10  future?
11  A   True.
12  Q   Other than congratulating you on your recognition as
13  an alumni in June of this year in GW, I have no more
14  questions.
15  A   Thank you.
16      MS. PHILLIPS: I actually have a couple more.
17                  REDIRECT EXAMINATION
18      BY MS. PHILLIPS:
19  Q   Right now, Mr. Grenier asked you if it was
20  reasonable to think about surgery in September of 2002, right?
21      MR. GRENIER: I'm going to object. That, that
22  wasn't how I phrased the question. I think the record will
23  speak for itself.
24      MS. PHILLIPS: Okay.
25      BY MS. PHILLIPS:

1   Q   I believe, but you can correct me if I'm wrong, that
2 you just said that it was reasonable for Ms. Sue not to expect
3 surgery in September of 2002 when you gave her that last
4 report.
5   A   In other words, what I said to her at the time we
6 were talking about it, I said I -- surgery would not be what I
7 would recommend at this time. I would recommend other
8 conservative treatment which is correct. I wish I could
9 foretell the future. I can't do it. As it turned out, her
10 progression -- her symptoms got worse. Her findings, as noted
11 by Dr. Campbell, were worse the next year and she had surgery
12 which I think was quite reasonable. If I look back at the --
13 in September of '02, I would have still thought that she might
14 not need that. There's no way of knowing and that's why we
15 were trying to treat with what we did.
16   Q   Okay. But right now you just said she might not
17 need that so there is a chance that she wouldn't need surgery?
18   A   Well, that is, that is true and I discussed with
19 her, but it to me was the last option.
20   Q   Okay. And is surgery a possible outcome of, of
21 degenerative disc disease?
22   A   It can be.
23   Q   And if it progresses, is that something that is
24 likely to happen? If your disc disease is progressing, is
25 surgery --