# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS

MAUREEN COSTIGAN

TEL (202) 785-2244

FAX (202) 785-2051

February 28, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:  My Client:            Margaret Sandra Sue
     Your Employee:        Obami Cinge Wray
     Date of Occurrence:   April 10, 2000
                           Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find Dr. David Patterson's report of February 12, 2002, regarding Ms. Sue current medical status.

Additional specials will be forwarded upon receipt.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosure

**EXHIBIT 35**