1

# KENNETH J. ANNIS & ASSOCIATES
### ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

March 19, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:   My Client:           Margaret Sandra Sue
      Your Employee:       Obami Cinge Wray
      Date of Occurrence:  April 10, 2000
                           Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find the recent physical therapy records from Physical Medicine and Rehabilitation along with itemized bills, which total $750.00.

The total amount of specials for Ms. Sandra Sue to date is $25,077.83.

Additional specials will be forwarded upon receipt.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures

**EXHIBIT 36**