1

# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

April 5, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

    Re:  My Client:    Margaret Sandra Sue
         Your Employee:  Obami Cinge Wray
         Date of Occurrence:  April 10, 2000
                                 Federal Tort Claim – See Form 95

Dear Mr. Reed:

    Enclosed, please find Dr. David Patterson's records and bill in the amount of $589.00 regarding Ms. Sue.

    Therefore, the total amount of specials for Ms. Sue to date is $25,666.83.

    Additional specials will be forwarded upon receipt.

                                                 Sincerely,

                                                 Kenneth J. Annis

KJA/mc
Enclosures

**EXHIBIT 37**