1

# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS

MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

September 6, 2002

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

   Re:   My Client:           Margaret Sandra Sue
         Your Employee:       Obami Cinge Wray
         Date of Occurrence:  April 10, 2000
                              Federal Tort Claim – See Form 95

Dear Mr. Reed:

   Enclosed, please find Dr. Bruce Ammerman's report of August 8, 2002, along with his bill in the amount of $375.00.

   As per Dr. Ammerman, Ms. Sue has "evidence of persistent post traumatic cervical and lumbar radiculopathy, as a result of the 4-10-00 motor vehicle accident." Dr. Ammerman referred Ms. Sue for a myelogram.

   The total amount of specials for Ms. Sue to date is $26,041.83.

   Additional specials will be forwarded upon receipt.

   I would appreciate hearing from you at your earliest convenience.

                                             Sincerely,

                                             Kenneth J. Annis

KJA/mc
Enclosures

**EXHIBIT 38**