1

# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

February 20, 2003

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:  My Client:           Margaret Sandra Sue
     Your Employee:       Obami Cinge Wray
     Date of Occurrence:  April 10, 2000
                          Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find the following documents regarding Ms. Sue's recent medical treatment

| | |
|---|---|
| 1. Hand-N-Hand Physical therapy. 1-18-02 through 9-10-02 | $ 2,730.00 |
| 2. Washington Radiology Assoc.<br>    (MRI - brain, cervical spine 7/28/02) | |
| 3. Dr. Bruce Ammerman (reports of 9/21/02 and 11/6/02) | 1,760.00 |
| 4. Sibley Memorial Hospital (myelograms 8/28/02) | 3,602.00 |
| 5. Wash. Brain & Spine Inst. (Dr. A. Powers' Report 10/16/02) | |
| 6. Dr. M. Theresa Carlini's Report of 10/17/02 | |
| 7. Pain Med. Ctr. at Sibley Mem. Hosp | |
| 8. Richard Wirtanen, C.B.S.S., D.C.<br>    (chiro treatment 1/18/02 – 10/7/02) | 3,505.00 |

The total amount of specials for Ms. Sue to date is $34,456.76.

Additional specials will be forwarded upon receipt.

**EXHIBIT 39**

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

I would appreciate hearing from you at your earliest convenience.

Sincerely,

Kenneth J. Annis

KJA/mc
Enclosures