1

# KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW
SUITE 800
1100 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20036

KENNETH J. ANNIS
MAUREEN COSTIGAN

TEL (202) 785-2244
FAX (202) 785-2051

April 7, 2003

Office of the General Counsel
Attn: Donald Reed, Esquire
Department of Commerce
14th & Constitution Avenue, N.W.
Room 5890
Washington, DC 20230

Re:  My Client:           Margaret Sandra Sue
     Your Employee:       Obami Cinge Wray
     Date of Occurrence:  April 10, 2000
                          Federal Tort Claim – See Form 95

Dear Mr. Reed:

Enclosed, please find the following documents regarding Ms. Sue's recent medical treatment:

1. Dr. Gary Kalplan (Pain Management Clinic 1-28-03 to 3-4-03) $1,220.00
2. Dr. James Campbell report of March 7, 2003

Please be advised that as per Dr. Campbell, report of March 7, 2003, Ms. Sue has "significant spondylotic disease involving principally C4-C5, C5-C6 and C6-C7." Dr. Campbell has recommended that Ms. Sue undergo an anterior cervical disectomy and fusion at the involved levels. Ms. Sue's surgery is scheduled for May 14, 2003.

The total amount of specials for Ms. Sue to date is $35,676.76.

Additional specials will be forwarded upon receipt.

**EXHIBIT 40**

KENNETH J. ANNIS & ASSOCIATES
ATTORNEYS AT LAW

    I would appreciate it if you would telephone me upon receipt and review of the foregoing.

                             Sincerely,

                             Kenneth J. Annis

KJA/mc
Enclosures