UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1355 (JR) |
| v. | ) |
| THE UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment on the Issue of Limiting Plaintiff's Damages to $100,000, The Amount of Her Administrative Claim, the Opposition thereto, Plaintiff's Cross-Motion for Summary Judgment on the Issue of Permitting Recovery in Excess of $100,000, any opposition thereto, and the entire record herein, it is this ____ day of _____, hereby

ORDERED that Defendant's motion to dismiss is hereby DENIED; and it is further

ORDERED that Defendant's motion for summary judgment is hereby DENIED; and it is further

ORDERED that Plaintiff's motion for summary judgment is hereby GRANTED and Plaintiff is hereby permitted to recover in excess of $100,000.00 for damages incurred after January 9, 2002.

_____
UNITED STATES DISTRICT JUDGE