**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
MARGARET S. SUE,                  :
                                  :
        Plaintiff,                :
                                  :
    v.                            :  Civil Action No. 05-1355 (JR)
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        Defendant.                :
```

**ORDER**

The government's motion to dismiss [9] and the parties' cross-motions for summary judgment [10, 11] on the issue of limiting plaintiff's damages to the $100,000 she claimed on January 9, 2002 are all **denied**. I expect that one of the central issues for trial will be whether the conditions giving rise to plaintiff's anterior discectomies and fusions, coccygectomy and laminectomy were proximately caused by the accident in question. At the pretrial conference I shall consider whether the jury should receive special interrogatories on this question so that, depending on how they are answered, plaintiff's recovery might be limited to $100,000. It is **SO ORDERED**.

                                    JAMES ROBERTSON
                                 United States District Judge