UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE,            ) | |
| )                            | |
| Plaintiff,        )          | |
| )                            | Civil Action No. 05-1355 (JR) |
| v.                         ) | ECF |
| )                            | |
| THE UNITED STATES OF AMERICA, ) | |
| )                            | |
| Defendant.        )          | |
| )                            | |

### DEFENDANT'S MOTION TO RECONSIDER.

On November 30, 2005, defendant United States of America filed its Motion to Dismiss or in the Alternative for Summary Judgment on the Issue of Limiting Plaintiff's Damages to $100,000, the Amount of Her Administrative Claim ("Defendant's MTD/SJ"). On January 5, 2006, plaintiff filed her Cross-Motion for Summary Judgment and Opposition to Defendant's MTD/SJ ("Plaintiff's Opposition and MSJ"). Defendant's Reply to Plaintiff's Opposition to Defendant's MTD/MSJ was therefore due on January 12, 2006. On January 11, 2006, the Court issued an Order denying both Plaintiff's and Defendant's Motions, noting that "[a]t the pretrial conference I shall consider whether the jury should receive special interrogatories on this question so that, depending on how they are answered, plaintiff's recovery might be limited to $100,000."

### DISCUSSION

Defendant hereby moves the Court to reconsider its January 11, 2006 Order to the extent the Court's decision was based on referring matters for jury consideration. Plaintiff's Complaint seeks relief under the Federal Tort Claims Act. See Complaint. Such claims are not tried before juries. 28 U.S.C. § 2402; Tolson v. United States, 732 F.2d 998, 1003, n. 13 (D.C. Cir. 1984). In addition, Defendant moves the Court to allow it to file its Reply (and Opposition) on January

17, 2006, and for the Court to consider Defendant's MTD/MSJ fully on the merits, in the interests of narrowing the issues and evidence to be presented at trial.

Dated: January 12, 2005.	Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139

## CERTIFICATE OF SERVICE

I certify that on January 12, 2005 a copy of the foregoing motion was served by ECF, the Court's electronic filing system, upon counsel for Plaintiff:

Peter Grenier
Bode & Grenier
1150 Connecticut Ave.

_/s/_____
Heather R. Phillips