UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**THE UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1355 (JR)<br>ECF |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

  Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to file its Pretrial Statement. Defendant requests that the deadline for filing its Pretrial Statement be extended three days, from Friday, January 20, 2006, to Monday, January 23, 2006. Counsel for Plaintiff informed undersigned counsel that he does not oppose an extension of time to file Defendant's Pretrial Statement. The grounds for this request are set forth below, and a proposed order is attached.

  Undersigned counsel is currently preparing Defendant's Pretrial Statement. The discovery in this case, however, consists of approximately 1500 pages of medical documents and other records, and it is taking a significant amount of time to compile a list of trial exhibits and ensure their accuracy. In addition, undersigned counsel was recently assigned to the case of <u>Pamela Henderson v. Norman Mineta</u>, 02-1498 (GK), set for trial on February 1, 2006, and has had to this week file a joint pretrial statement in that case, as well as respond to motions in limine, and prepare for the pretrial conference in that matter, which is scheduled before Judge Kessler on Friday, January 20, 2006, at 4:15 p.m.

  This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to prepare Defendant's Pretrial Statement will aid both the parties and the Court in the development and resolution of this case.

  WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

filing its Pretrial Statement be extended to and including Monday, January 23, 2006.

    Dated: January 19, 2006.

                          Respectfully submitted,

                          /s/
                          KENNETH L. WAINSTEIN, D.C. BAR # 451058
                          United States Attorney

                          /s/
                          R. CRAIG LAWRENCE, D.C. BAR # 171538
                          Assistant United States Attorney

                          /s/
                          HEATHER R. PHILLIPS, CA BAR # 191620
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, N.W. - Civil Division
                          Washington, D.C.  20530
                          (202) 514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE,**         ) | |
|          **Plaintiff,**   ) | |
| **v.**                       ) | Civil Action No. 05-1355 (JR) |
|                              ) | ECF |
| **THE UNITED STATES OF AMERICA,**  ) | |
|          **Defendant.**   ) | |

## ORDER

Upon consideration of defendant's Unopposed Motion for Enlargement to file Pretrial Statement, it is this _____ day of _____, hereby

ORDERED that the defendant's motion is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE