**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARGARET S. SUE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1355 (JR) |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

### ORDER REFERRING TO MAGISTRATE JUDGE

Upon consent of the parties, it is **ORDERED** that this case is referred to Magistrate Judge Facciola of this Court for settlement. It is **FURTHER ORDERED** that all proceedings in this case are stayed for a period of 90 days after the date of this order. And it is **FURTHER ORDERED** that the parties file a status report on or before April 21, 2006.

JAMES ROBERTSON
United States District Judge