```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


MARGARET S. SUE,                     :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :  Civil Action No. 05-1355 (JR)
                                     :
UNITED STATES OF AMERICA,            :
                                     :
        Defendant.                   :
```

## ORDER

The consented motion to extend time to file pretrial statement [15] is **granted**.  The parties are to disregard the stay and reporting provisions of the order issued today that refers this case to mediation: the January 31 and February 21, 2006, dates set for the final pretrial conference and for trial are firm.  The parties will be responsible for advising Magistrate Judge Facciola of their timetable.  It is **SO ORDERED**.


                                          JAMES ROBERTSON
                                     United States District Judge