UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1355 (JR) |
| | ) ECF |
| **THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S EXHIBIT LIST**

| EXHIBIT | MEDICAL DOCUMENTS |
|---|---|
| 1 | MRI at Georgeotown, MRI of the cervical spine (5/24/94), bates 1479-80 (Plaintiff's Production), bates 282-83 (Defendant's Production) |
| 2 | Rehability Center bill (12/23/96), bates 1404 (Plaintiff's Production) |
| 3 | Rocky Run Health History Questionnaire (10/10/96), bates 239 (Defendant's Production) |
| 4 | Clinical Flow Sheet (10/11/96-8/2/01), bates 249 (Defendant's Production) |
| 5 | Rocky Run Progress Notes (10/11/96), bates 275-76 (Defendant's Production) |
| 6 | Rocky Run Progress Note (10/14-25/96), bates 274 (Defendant's Production) |
| 7 | Rocky Run Progress Note (12/4/96), bates 273 (Defendant's Production) |
| 8 | Rocky Run Progress Note (2/4/97), bates 272 (Defendant's Production) |
| 9 | Fairfax Family Practice Center patient notes (4/14/98), bates 271 (Defendant's Production) |
| 10 | Plaintiff's Fax to Dr. Mackey (10/16/98), bates 236 (Defendant's Production) |
| 11 | Medication List (5/99), bates 279 (Defendant's Production) |
| 12 | Fairfax Family Practice Center patient notes (5/4/99), bates 267 (Defendant's Production) |

| 13 | Fairfax Family Practice Center patient notes (11/24/99), bates 266 (Defendant's Production) |
|----|---|
| 14 | Plaintiff's email to Dr. Mackey (1/20/00), bates 264 (Defendant's Production) |
| 15 | DC Fire and EMS Department report (4/10/00), bates 6 (Plaintiff's Production) |
| 16 | GW Hospital Nursing/Medical records (4/10/00), bates 13-15 (Plaintiff's Production) |
| 17 | Examination report by Dr. Peter Delenick (4/26/00), bates 35 (Plaintiff's Production) |
| 18 | IMI of Arlington MRI taken of Cervical spine (5/2/00), bates 43 (Plaintiff's Production) |
| 19 | IMI of Arlington MRI taken of Lumbar spine (5/2/00), bates 44 (Plaintiff's Production) |
| 20 | Examination report by Dr. Peter Delenick (5/8/00), bates 36 (Plaintiff's Production) |
| 21 | Doctor's note by Dr. Peter Delenick (5/8/00), bates 37 (Plaintiff's Production) |
| 22 | Examination report by Dr. Edward Lang (5/10/00), bates 45-46 (Plaintiff's Production) |
| 23 | McLean Physical Therapy session notes (5/16/00, 5/18/00, 6/6/00, 6/8/00, 6/16/00, 6/23/00), bates 57-63 (Plaintiff's Production) |
| 24 | Examination note by Dr. Peter Delenick (5/23/00), bates 38 (Plaintiff's Production) |
| 25 | Doctor's note by Dr. Peter Delenick (5/23/00), bates 39 (Plaintiff's Production) |
| 26 | Examination report by Dr. Edward Lang (5/31/00), bates 47 (Plaintiff's Production) |
| 27 | Radiology Consultants MRI results (2/1/01), bates 75 (Plaintiff's production |
| 28 | Plaintiff's email dated 4/3/01, bates 1444 (Plaintiff's Production) |
| 29 | Bills for Psychotherapy sessions with Dr. Clancy (4/6/01-2/26/04), bates 1507-32 (Plaintiff's Production) |
| 30 | Examination note by Dr. Peter Delenick (8/17/02), bates 40 (Plaintiff's Production) |
| 31 | Examination note by Dr. Peter Delenick (9/7/02), bates 41 (Plaintiff's Production) |

| 32 | Examination note by Dr. Peter Delenick (9/28/02), bates 42 (Plaintiff's Production) |
|---|---|
| 33 | Dr. Richard Wirtanen, chiropractor, report dated 10/11/2001 (attached to Plaintiff's 1/9/01 letter to DOC). |
| 34 | Clinic notes by Dr. David Patterson (1/9/02, 1/1/02, 1/17/02, 3/5/02, 7/22/02, 8/5/02, 8/6/02, 10/03/02, 12/17/02, 1/10/03, 1/14/03), bates 1464, 1462, 1466, 1465 (Plaintiff's Production) |
| 35 | Hand-N-Hand Therapy letter report (1/18/02), bates 143-44 (Plaintiff's Production) |
| 36 | Hand-N-Hand Therapy treatment notes (1/18/02-1/21/03), bates 154-72 (Plaintiff's Production) |
| 37 | Washington Radiology Associates, MRI of the Cervical Spine (7/28/02), bates 1451-52 (Plaintiff's Production) |
| 38 | Hand-N-Hand Therapy report (7/30/02), bates 145-46 (Plaintiff's Production) |
| 39 | Patient notes from Tysons Corner Healing Center (8/1/02), bates 89 (Plaintiff's Production) |
| 40 | Neurosurgical Consultation by Dr. Bruce Ammerman (8/8/02), bates 634-35 (Plaintiff's Production) |
| 41 | Plaintiff's Email to Dr. Clancy (8/9/02), bates 1494 (Plaintiff's Production) |
| 42 | Sibley Memorial Hospital Radiology Report, cervical and lumbar myelogram (8/28/02), bates 1453 (Plaintiff's Production) |
| 43 | Sibley Memorial Hospital Radiology Report, computerized axial tomography of the cervical spine (8/28/02), bates 1454 (Plaintiff's Production) |
| 44 | Sibley Memorial Hospital Radiology Report, computerized axial tomography of the lumbar spine (8/28/02), bates 1455 (Plaintiff's Production) |
| 45 | Consult note by Dr. Bruce Ammerman (9/12/02), bates 24 (Plaintiff's Production) |
| 46 | Fax to Cigna from Dr. Bruce Ammerman (9/30/02), bates 348 (Plaintiff's Production) |
| 47 | Hand-N-Hand Therapy report (10/1/02), bates 147-48 (Plaintiff's Production) |
| 48 | Neurosurgical Consultation by Dr. Alex Powers (10/16/02), bates 636-38 (Plaintiff's Production) |

| 49 | Letter from Dr. M. Theresa Carlini to Dr. Clancy (10/17/02), bates 1481-83 (Plaintiff's Production) |
|---|---|
| 50 | Medical History (10/17/02), bates 353 (Plaintiff's Production) |
| 51 | Letter Report by Dr. M. Theresa Carlini (10/31/02), bates 639-40 |
| 52 | Consult notes by Dr. Bruce Ammerman (11/6/02), bates 25 (Plaintiff's Production) |
| 53 | Hand-N-Hand Therapy letter report (11/12/02), bates 149-50 (Plaintiff's Production) |
| 54 | Letter from Dr. M. Theresa Carlini (12/18/02), bates 1486-87 (Plaintiff's Production) |
| 55 | Letter from Dr. M. Theresa Carlini (1/9/03), bates 1488-89 (Plaintiff's Production) |
| 56 | Back In Motion Treatment Notes (1/10/03) *bates 364-67 (Plaintiff's Production).* |
| 57 | Back In Motion Treatment Notes (1/13/03-1/29/03) *bates 368-70 (Plaintiff's Production).* |
| 58 | Treatment notes by Dr. M. Theresa Carlini (1/16/03), bates 311 (Plaintiff's Production) |
| 59 | Physical Therapy Evaluation for Kaplan Clinic (2/1/03), bates 810 (Plaintiff's Production) |
| 60 | Fax to Cigna by Dr. Carlini (2/4/03), bates 318-21 (Plaintiff's Production) |
| 61 | Letter by Dr. M. Theresa Carlini regarding treatment (2/4/03), bates 313-14 (Plaintiff's Production) |
| 62 | Letter from Dr. Gary Kaplan, Kaplan Clinic for Pain Management (2/20/03), bates 641 (Plaintiff's Production) |
| 63 | Treatment notes by Dr. M. Theresa Carlini (3/6/03), bates 324 (Plaintiff's Production) |
| 64 | Clinic Note by Dr. James Campbell (3/7/03) bates 394-95 (Plaintiff's Production) |
| 65 | Virginia Hospital Center, Radiology Consultation (4/4/03), bates 561 (Plaintiff's Production) |
| 66 | Pre-anesthesia/Pre-operative Assessment by Dr. Lilienfield (4/4/03), bates 1001 (Plaintiff's Production) |

| 67 | Letter from Dr. Lilienfield (4/7/03), bates 824 (Plaintiff's Production) |
|---|---|
| 68 | Hand-N-Hand Therapy letter (4/7/03), bates 151-52 (Plaintiff's Production) |
| 69 | Operative Report by Dr. James Campbell (4/9/03), bates 396-97 (Plaintiff's Production) |
| 70 | Discharge Summary by Dr. James Campbell (4/10/03), bates 398-99 (Plaintiff's Production) |
| 71 | Plaintiff's Email to Dr. Clancy (4/24/03), bates 1472 (Plaintiff's Production) |
| 72 | Clinic Note by Dr. James Campbell (5/1/03), bates 400 (Plaintiff's Production) |
| 73 | Clinic Note by Dr. James Campbell (5/1/03), bates 401 (Plaintiff's Production) |
| 74 | Letter from Dr. Margaret Clancy (6/1/03), bates 1470-71 (Plaintiff's Production) |
| 75 | Clinic Note by Dr. James Campbell (6/5/03), bates 402 (Plaintiff's Production) |
| 76 | MRI Report (7/2/03), bates 619 (Plaintiff's Production) |
| 77 | Clinic note by Dr. Alan Belzberg (7/14/03), bates 403-04 (Plaintiff's Production) |
| 78 | Sibley Memorial Hospital Radiology Report, Lumbar Spine Flexion and Extension (7/28/03), bates 29 (Plaintiff's Production) |
| 79 | Sibley Memorial Hospital Radiology Report, Lumbar Spine w/o Contrast (7/28/03), bates 30 (Plaintiff's Production) |
| 80 | Sibley Memorial Hospital Radiology Report, Lumbar Myelogram (7/28/03), bates 31 (Plaintiff's Production) |
| 81 | Operative Report by Dr. Allan Belzberg (9/8/03), bates 465 (Plaintiff's Production |
| 82 | INOVA Fairfax Hospital, Letter byDr. Thomas Wise, Psychiatrist (10/1/03), bates 642-44 (Plaintiff's Production) |
| 83 | Initial Consultation by Dr. Meleka, Ava Pain Management Clinic (10/15/03), bates 540-41 (Plaintiff's Production) |
| 84 | Vienna Radiology report (11/12/03), bates 562 (Plaintiff's Production) |
| 85 | Clinic notes by Dr. James Campbell (11/13/03), bates 408 (Plaintiff's Document Production). |

| 86 | CT Guided Stereotatic Procedure (11/24/03), bates 445-46 (Plaintiff's Production) |
|---|---|
| 87 | Tysons Corner Diagnostic Imaging, MRI of the Cervical Spine (12/2/03), bates 599-60 (Plaintiff's Production) |
| 88 | Localization Films - Lumbosacral spine-intraoperative lateral (12/7/03), bates 451-52 (Plaintiff's Production) |
| 89 | Neurology Center Fairfax, Report by Dr. David Grass (12/29/03), bates 605-07 (Plaintiff's Production) |
| 90 | Vienna Radiology report (1/9/04), bates 564 (Plaintiff's Production) |
| 91 | Electromyography and Nerve Conduction Study (1/9/04), bates 626 (Plaintiff's Production) |
| 92 | Neurology Center Fairfax, Report by Dr. David Grass (1/12/04), bates 608-09 (Plaintiff's Production) |
| 93 | Clinic notes by Dr. James Campbell (1/15/04), bates 409 (Plaintiff's Production) |
| 94 | Operative Report by Allan Belzberg (2/2/04), bates 471 (Plaintiff's Production) |
| 95 | Clinic note by Dr. James Campbell (3/5/04), bates 412 (Plaintiff's Production) |
| 96 | Operative Report by Dr. James Campbell (3/31/04), bates 413-14 (Plaintiff's Production) |
| 97 | Clinic note by Dr. James Campbell (4/12/04), bates 415 (Plaintiff's Production) |
| 98 | MRI of the Lumbosacral Spine (10/19/04), bates 568-69 (Plaintiff's Production) |
| 99 | Operative Report by Dr. James Campbell (6/1/04), bates 416-17 (Plaintiff's Document Production) |
| 100 | Discharge Report by Dr. James Campbell (6/2/04), bates 418-19 (Plaintiff's Production) |
| 101 | Clinic Note by Dr. James Campbell (6/20/04), bates 420 (Plaintiff's Production) |
| 102 | Clinic note by Dr. James Campbell (7/15/04), bates 421 (Plaintiff's Production) |
| 103 | Vienna Diagnostic Imaging (11/2/04), bates 570 (Plaintiff's Production) |

| | |
|---|---|
| 104 | Clinic note by Dr. James Campbell, neurosurgeon (11/11/04), bates 423-24 |
| 105 | Clinic note by Dr. James Campbell, neurosurgeon (11/11/04), bates 422 |
| 106 | Pre-anesthesia/Pre-operative Assessment by Dr. Lilienfield (11/30/04), bates 1034 (Plaintiff's Production) |
| 107 | Operative Report by Dr. James Campbell (12/7/04), bates 494-95 (Plaintiff's Production) |
| 108 | Discharge summary by Dr. James Campbell (12/12/04), bates 428-29 (Plaintiff's Production) |
| 109 | Vienna Diagnostic Imaging (1/12/05), bates 571 (Plaintiff's Production) |
| 110 | Clinic Note by Dr. James Campbell (1/13/05), bates 499 (Plaintiff's Production) |
| 111 | Initial Evaluation note by Dr. Marcia Ribeiro - MidAtlantic Headache Clinic (5/17/05), bates 687-90 (Plaintiff's Production) |
| 112 | Vienna Diagnostic Imaging (6/14/05), bates 572 (Plaintiff's Production) |
| 113 | Clinic note by Dr. James Campbell (6/15/05), bates 500 (Plaintiff's Production) |
| 114 | McLean Physical Therapy statement (8/16/05) bates 65 (Plaintiff's Production) |
| 115 | Billing statements by Dr. Richard Wirtanen (7/10/03 and 9/7/05), bates 135-41 (Plaintiff's Production) |
| 116 | Operative Report by Dr. John F. Dombrowski (11/22/05), bates 1804 (Plaintiff's Production |
| | |
| | **MEDICAL (OTHER)** |
| 117 | Multiple MRI *films* (as opposed to written reports, indicated above), all produced by Plaintiff in discovery |
| | |
| | **TAX RETURNS** |
| 118 | Plaintiff's 1998 Tax Return, bates 1601-1618 (Plaintiff's Production) |
| 119 | Plaintiff's 1999 Tax Return, bates 1217-1231 (Plaintiff's Production) |
| 120 | Plaintiff's 2000 Tax Return, bates 1232-1248 (Plaintiff's Production) |

| 121 | Plaintiff's 2001 Tax Return, bates 1249-1264 (Plaintiff's Production) |
|---|---|
| 122 | Plaintiff's 2002 Tax Return, bates 1265-1289 (Plaintiff's Production) |
| 123 | Plaintiff's 2003 Tax Return, bates 1281-1296 (Plaintiff's Production) |
|  |  |
|  | **OTHER** |
| 124 | 4/10/00 Police Report, bates 1203-04 (Plaintiff's Production) |
| 125 | Photos of Plaintiff's car post-accident, bates 1363-68 (Plaintiff's Production) |
| 126 | Motor Vehicle Accident Report (4/12/00), bates 4-6 (Defendant's Production) |
| 127 | Report of Accident (4/19/00), bates 8 (Defendant's Production) |
| 128 | Standard Form 95 Submitted by Plaintiff (1/9/02), bates 43-44 (Defendant's Production) |
| 129 | State Farm Insurance Company documentation (8/13/01), bates 14-42 (Defendant's Production) |
| 130 | Plaintiff's Letter and accompanying documentation (1/9/02), bates 45-120 (Defendant's Production) |
| 131 | Plaintiff's Letter and accompanying documentation (2/28/02), bates 121-22 (Defendant's Production) |
| 132 | Plaintiff's Letter and accompanying documentation (3/19/02), bates 123-43 (Defendant's Production) |
| 133 | Plaintiff's Letter and accompanying documentation (4/5/02), bates 144- (Defendant's Production) |
| 134 | Plaintiff's Letter and accompanying documentation (9/6/02), bates 160-63 (Defendant's Production) |
| 135 | Plaintiff's Letter and accompanying documentation (2/20/03), bates 164-213 (Defendant's Production) |
| 136 | Plaintiff's Letter and accompanying documentation (4/7/03), bates 214-33 (Defendant's Production) |
| 137 | Plaintiff's Letter from new counsel (5/4/05), bates 234-35 (Defendant's Production) |
| 138 | Plaintiff's Affidavit, attached as Exhibit 5 to her cross-motion for Summary Judgment |

| | |
|---|---|
| 139 | Plaintiff's Responses to Defendant's Interrogatories and Requests for Admissions |
| 140 | Defendant's Expert Reports and C.V.s for Dr, Arthur Kobrine, Dr. Joel Fechter, Dr. Ignacio Rodriguez, Kathy Sampeck, and Dr. Brad Schiller |
| | |
| | Defendant reserves the right to supplement this list of exhibits with other medical records and documents provided by Plaintiff during discovery, as the need arises.  In addition, to the extent not listed above, exhibits listed by Plaintiff in her Pretrial Statement may be used by Defendant at trial. |
| | |