UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET S. SUE,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**THE UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1355 (JR)<br>ECF |

**AMENDMENT TO DEFENDANT'S PRETRIAL STATEMENT**

Undersigned counsel for Defendant inadvertently omitted the following information from its pretrial statement.  Pursuant to Local Civil Rule 16.5(2), Defendant hereby submits and requests that the Court allow the following amendments to its pretrial statement in this case:

**4. Defendant's Witnesses:**

<u>Will Call</u>:

(1) Obami C. Wray, S.I. International, Rockville, Maryland, (240) 778-1287.  Mr. Wray will testify with respect to car accident of April 10, 2000.  Estimated time for direct: 45 minutes.

(2) *Arthur I. Kobrine, M.D.  Estimated time for direct: 1 ½ hour.

(2) *Ignacio R. Rodriguez, M.D.  Estimated time for direct: 1 ½ hour.  ,

(4) *Kathleen F. Sampeck, M.A., C.R.C., C.C.M., C.L.C.P.  Estimated time for direct examination: 1 hour.

(5) *Brad Schiller, Ph.D.  Estimated time for direct examination: 1 hour.

**<u>May Call</u>:**

(6) *Joel D. Fechter, M.D.  Estimated time for direct examination: 45 minutes.

(7) custodial witnesses necessary to lay proper foundation for any documents such

foundation is not otherwise agreed upon by Plaintiff and Defendant.

(8) Plaintiff reserves the right to call in its case in chief any witness listed by Plaintiff in her Pretrial Statement.

Dated: January 24, 2006.                                Respectfully submitted,


/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139