UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-1355 (JR)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 26(a)(2) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2), and plaintiff and defendant's agreed-upon discovery schedule (and modifications), defendant United States of America hereby discloses the identity of persons who may be used at trial to present evidence under Federal Rules of Evidence 702, 703 and 705:

1. **Joel D. Fechter, M.D.** Dr. Fechter is an orthopaedic surgeon who performed an independent medical exam of plaintiff and reviewed plaintiff's medical records and plaintiff's expert reports, and is expected to provide expert testimony concerning *inter alia*, plaintiff's medical condition and the treatment plaintiff received following the April 10, 2000 accident. A copy of Dr. Fechter's medical report is attached and incorporated per the requirements of FRCP 26(a)(2), along with a copy of his curriculum vitae.

2. **Ignacio R. Rodriguez, M.D.** Dr. Rodriguez is a neurologist who performed an independent medical exam of plaintiff and reviewed plaintiff's medical records and plaintiff's expert reports, and is expected to provide expert testimony concerning, *inter alia*, plaintiff's medical condition and the treatment plaintiff received following the April 10, 2000 accident. A copy of Dr. Rodriguez's medical report is attached and incorporated per the requirements of

FRCP 26(a)(2), along with a copy of his curriculum vitae.

3. **Arthur Kobrine, M.D., PHD** Dr. Kobrine is an neurosurgeon who performed an independent medical exam of plaintiff and reviewed plaintiff's medical records and plaintiffs' expert reports, and is expected to provide expert testimony concerning *inter alia*, plaintiff's medical condition and the treatment plaintiff received following the April 10, 2000 accident. A copy of Dr. Kobrine's medical report is attached and incorporated per the requirements of FRCP 26(a)(2), along with a copy of his curriculum vitae.

4. **Kathy Sampeck, M.A, C.R.D., C.C.M., C.L.C.P., M.C.R.S.P.** Ms. Sampeck is a vocational rehabilitation consultant and certified life care planner who met with plaintiff, reviewed all of plaintiff's medical records and plaintiff's expert reports, and conducted a home visit to assess plaintiff's current medical condition, living condition and work capabilities. Ms. Sampeck is expected to provide expert testimony concerning *inter alia*, plaintiff's future employment capacity and future care needs. A copy of Ms. Sampeck's report is attached and incorporated per the requirements of FRCP 26(a)(2), along with a copy of her curriculum vitae.

5. **Brad Schiller, PHD.** Mr. Schiller is an economist at American University, who is expected to provide expert testimony concerning, *inter alia*, the proper measuring and accounting of plaintiff's future costs and damages that she alleges arose from the April 10, 2000 accident. Pursuant to plaintiff and defendant's agreement to extend the deadline for Mr. Schiller's expert report, Mr. Schiller's expert report will be provided to plaintiff on December 2, 2005.

Defendant also reserves the right to offer qualified opinion testimony from individuals who provided medical services to plaintiff but have not been retained by defendant to provide expert testimony in this case. Such individuals were identified by plaintiff in her disclosures and

2

medical records provided to defendant. Defendant also reserves the right to elicit expert testimony from any of plaintiff's expert witnesses, to the extent not otherwise objectionable.

November 22, 2005

Respectfully submitted,

*Ken Wainstein* by HP
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

*R. Craig Lawrence* by HP
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

HEATHER R. PHILLIPS C.A. BAR #191620
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7139
(202) 514-8780 (facsimile)

I certify that I served plaintiff's counsel, Peter Grenier, with a copy of the foregoing Federal Express overnight mail service to 1150 Connecticut Avenue, N.W., Ninth Floor, Washington, D.C. 20036, this 22nd day of November, 2005

Heather R. Phillips