1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF COLUMBIA
3  --------------------------------X
4  MARGARET S. SUE,                :   ORIGINAL
5           Plaintiff,             :
6      v.                          :  Case No.:
7  THE UNITED STATES OF AMERICA,   :  05-1355(JR)
8           Defendant.             :
9  --------------------------------X
10
11       Deposition of IGNACIO R. RODRIGUEZ, M.D.
12                Silver Spring, Maryland
13             Tuesday, December 13, 2005
14                      3:20 p.m.
15
16
17
18
19
20  Job No.:  1-68180
21  Pages:  1 - 80
22  Reported by:  STEPHANY L. JEROME, RPR



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

14

1   roots in Workers' Compensation, did those exist at any
2   time during this ten-year period when you were
3   working?
4       A   Oh, yes.  Sure.  And the Federal government
5   pays them absolutely no mind.  Everything in the
6   Social Security Administration stems from their own
7   definition of disability is that somebody should be
8   [unable to perform any type of work] for which they are
9   able -- which they're able to perform on the basis of
10  their education, training or experience.  And they
11  don't care about -- so to them you're either
12  [completely disabled from being able to do anything] or
13  you're not.  [There's no halfway mark.  You don't have
14  five percent disability.  You're either disabled or
15  you're not.]
16      Q   So it's binary essentially, yes or no?
17      A   You either receive benefits or you don't.
18  You're either able to perform what they call
19  substantial gainful activity or you're not.
20      Q   To your knowledge, as we sit here today, is
21  that still the standard?
22      A   Yes.  And I say that only -- I haven't done