```
                                                              1
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3    -----------------------------------+
 4    MARGARET S. SUE                    :
                                         :    ORIGINAL
 5                    Plaintiff          :
 6    vs.                                :  Civil Action No.
 7    THE UNITED STATES OF AMERICA       :  05-1355(JR)
 8                    Defendant          :
 9    -----------------------------------+
10           Deposition of ARTHUR KOBRINE, M.D.
11                    Washington, D.C.
12              Monday, December 12, 2005
13                      1:40 p.m.
14    Job No. 1-68565
15    Pages 1 - 107
16    Reported by:  Leanne P. Dotson
```



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF ARTHUR KOBRINE, M.D.
CONDUCTED ON MONDAY, DECEMBER 12, 2005

64

1   A.   Yes.

2   Q.   Do you ever provide percentage disabilities
3   to a particular portion of a person's body and then
4   translate that into a whole body impairment?

5   A.   Yes, but the chart in the book does that for
6   you.  But yes, I use that book for workers' comp cases
7   often.

8   Q.   Do you only assess AMA permanency or assign
9   AMA permanency ratings to workers' comp people whom
10  you evaluate for medical-legal purposes?

11  A.   I assign -- I use that book and assign
12  ratings whenever I'm asked to.

13  Q.   Here you were only asked to perform an IME
14  and not given any specific list of questions?  That's
15  what you said?

16  A.   Yes.

17  Q.   Knowing what you know about Ms. Sue and her
18  current condition, as you sit here today can you
19  assign a permanency rating for any portions of her
20  body?

21  A.   Sure.  I'd have to pull out the book, but
22  sure.  She has a permanency rating for having had a

65

1   previous operation on her back, which -- I forget --
2   is 2 percent, 3 percent for lumbar. She has a
3   permanency rating for having had cervical degenerative
4   disk disease and having had an operation on it, and
5   it's X number of percentages. There is a table that
6   translates that to total body disability. [Sure, she
7   has a permanency rating.]
8       Q.   Would I be correct in my understanding that
9   the presence of surgical hardware in her body
10  automatically constitutes, according to the AMA
11  guidelines, some sort of permanency?
12      A.   I wouldn't argue with that. I'm not sure,
13  but that wouldn't -- it may very well be. Again, it's
14  all -- it's cook book in a table.
15      Q.   Sure. I may have asked you this and I
16  apologize. Were you provided any pre April 10, 2000
17  medical records for Ms. Sue?
18      A.   I don't know. You did ask me that and I may
19  have said no at the time. But the answer is no, I
20  haven't reviewed any pre April 10th records; and I
21  didn't look through every single piece of paper, as
22  I've said earlier, in what was provided to me, so I