**Susan Kerr**
Case Manager
CIGNA Disability Management Solutions



**CIGNA Group Insurance**
Life · Accident · Disability

March 2, 2004

Routing P250
CIGNA Group Insurance
PO Box 22325
Pittsburgh, PA 15222
Telephone 1-800-238-2125, ext. 3025
Facsimile 412-402-3542

Margaret Sue
1501 McLean Corner Lane
McLean, VA 22101

RE:   **Claimant's Name:**        **Margaret Sue**
      **Policy Number:**          **LK 30030**
      **Policyholder:**           **IMS Health**
      **Underwriting Company: Life Insurance Company of North America**

Dear Ms. Sue,

This letter is in reference to your Long Term Disability claim.

We have completed our review to determine if you are totally disabled from performing any occupation. Based on our evaluation, continued disability benefits have been approved at this time.

According to the terms of your contract, we will periodically request from you and your attending physician proof of your continuing total disability from any occupation. The payment of future benefits will depend on this certification, and on other, applicable provisions.

Should you have any questions, please feel free to contact me.

Sincerely,

Susan Kerr
Case Manager
1-800-238-2125, ext. 3025

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.