# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: March 6, 2004
Claim Number: 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HA

0302 MCS,PC7,I,BA,T135,153,281    000019025 03 MB    0.718

MARGARET S SUE
1501 MCLEAN CORNER LN
MCLEAN, VA 22101-4342



You are entitled to monthly disability benefits beginning January 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on July 22, 2002.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is January 2003.

**What We Will Pay And When**

- You will receive $25,639.00 around March 12, 2004.

- This is the money you are due for January 2003 through February 2004.

- Your next payment of $1,862.00, which is for March 2004, will be received on or about the fourth Wednesday of April 2004.

- After that you will receive $1,862.00 on or about the fourth Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C                               See Next Page