Bradley R. Schiller

4323 Hawthorne Street. N.W., Washington, D.C. 20016
(202) 364-1138 Fax (202) 364-8501
Email: Bschill@american.edu

**Education:**

**Harvard University**
Ph.D. in Economics: June 1969
- Dissertation on subject of intergenerational poverty.
- Fields of emphasis: International trade, economics of underdeveloped areas, economic history.
- Recipient, Harvard and resource for the Future fellowships
- Seminar leader, Kennedy Institute of Politics

**University of California, Berkeley**
B.A. in Economics: June 1965
- Graduated with great distinction in economics
- Elected to membership, Phi Beta Kappa
- Designated Regents Scholar

**George August Universitat, Goettingen, German** 1963-1964

**Professional Experience:**
- **American University**
  **Professor of Economics (1980-Present)**
  Responsible for economics component of Public Administration programs: teach core economics course and policy seminars
- **Potomac Institute for Economics Research, President (1978-1992)**
  Designed, evaluated, and operated welfare, employment and training programs for state, local and federal governments.
- **Private Consultant (1971-Present)**
  Experience in legislative, policy, and research design, program analysis and evaluation; forensic economics; management development
- **University of California, Berkeley**
  **Visiting Lecturer (Winter/Spring 1976)**
  Lecturing on intermediate theory, poverty, and discrimination
- **University of California, Santa Cruz**
  **Visiting Lecturer (Winter/Spring 1975)**
  Classes in principles, income distribution and government regulation
- **University of Maryland**
  **Assistant Professor (1970-75, 1976-77)**
  Classes in principles, poverty and discrimination: directed research project on income dynamics.
- **Pacific Consultants Corp**
  **Senior Consultant (1970-1976)**
  Designed and directed several national evaluations of federal programs, also a longitudinal personal interview survey of welfare population
- **Social Security Administration**
  **Economist (1969-1970)**
  Analysis of poverty dynamics, welfare reform
- **Boston Model City Administration**
  **Program Coordinator (1968-1969)**
  Responsible for community liaison, resource development
- **Mobil Oil Company, Genoa, Italy**
  **Economist (1967)**

       Completed comparative marketing and investment analysis of major oil companies operating in Italy
- **Continental Oil Company, New York**
  Economist (1967)
  Developed forecasts of U.S. economy and world oil market; undertook politico-economic analysis of potential foreign investments
- **United Nations Secretariat**
  Intern (1965)
  Analyzed trade prospects for developing countries

## BOOKS

**The Economics of Poverty and Discrimination**, Prentice Hall
First Edition 1973
Second Edition 1976
Third Edition 1980
Fourth Edition 1984
Fifth Edition 1989
Sixth Edition 1995
Seventh Edition 1998
Eighth Edition 2001
Ninth Edition 2004

**The Economy**, Prentice Hall, 1975, test supplements include: A Guide to the Economy (with Lloyd Atkinson) and Instructor's Guide and Text Bank (with Arthur Bayer)

**The Challenge of Economics**, (Random House) May 1977

**The Economy Today**, McGraw Hill
First Edition 1980
Second Edition 1983
Third Edition 1986
Fourth Edition 1989
Fifth Edition 1991
Sixth Edition 1994
Seventh Edition 1997
Eighth Edition 2000
Ninth Edition 2003
Eighth Chinese Edition 2003
Ninth Czech Edition 2004
Tenth Edition 2006

(Also published in paperback splits, i.e. **The Macro Economy Today** and **The Micro Economy Today**)

**Essentials of Economics**, McGraw-Hill
First Edition 1993
Spanish Edition 1994
Canadian Edition 1994
Second Edition 1996
Third Edition 1999
Spanish Third Edition 2001
Fourth Edition 2002
Spanish Fourth Edition 2002
Chinese Fourth Edition 2004
Fifth Edition 2005

## POLICY MONOGRAPHS

**Fact and Fiction of Welfare Reform**
U.S. Department of Labor Research Monograph, September 1972.

**Projecting Costs of Private Pensions Plans: An Analytical Framework**
(with Donald Snyder)
Study prepared for the Joint Economic Committee, U.S. Congress, and Government Printing Office, 1980.

**Sub National Variations in Industry Growth** (with Amy McCarthy)
U.S. Department of Commerce research monograph, September 1980

**Social Security: A Tax on Labor**
U.S. Small Business Administration, January 1983

**Linkages Between Pensions and Social Security Reform** (with Don Snyder)
A study prepared for the U.S. Senate, Special Committee on Aging
(Government Printing Office, March 1982)

**Black Youth in the Underground Economy**
U.S. Department of Housing and Urban development, October 1982

**Welfare: Too Much Too Little?** McGraw-Hill March 1992

**Owls vs. Loggers: the Economics of Species Preservation**
McGraw-Hill May 1992

**Social Security: The Economics of an Aging Population**
McGraw-Hill September 1992

**Budget Deficits: Outcomes, Process, and Theory**
McGraw-Hill October 1993

**Financial Markets: The Link to Economic Outcomes**
McGraw-Hill January 1994

**Youth employment in the Hospitality Industry**
Employment Policies Institute, May 1995

**The Texas Economy Today** (with John McCall)
McGraw-Hill April 1994

**The California Economy Today** (with Roger Frantz)
McGraw-Hill April 1994

**State and Local finances**, McGraw-Hill November 1994

**Poverty in America**, McGraw-Hill October 1995

**The Economics of Discrimination**, McGraw-Hill November 1995

## CHAPTERS IN BOOKS

"Tinker Toys and Model Building: Some Critical Thoughts" July 1973, in Furstenberg (ed.) Patterns in Racial Discrimination (Lexington: D.C. Health, 1974)

"Program Outcomes", in I. Sawhill, ed., CETA An Analysis of the Issues, National Commission for Manpower Policy, 1978.

"The Impact of Inflation on the Elderly," (With Donald Snyder); in E. Marcus, ed. Inflation Through the Ages: Economic, Social, Psychological and Historical Aspects.

"Employment and Income in the 1980's" in A National Agenda for the 1980's, President's Commission on an Agenda for the 1980's, July 1980.

"Poverty and the Underground Economy," in Lenkowksy and Besharov (eds.) Measuring Poverty: Scientific Controversy and Political Implications, Free Press.

"The Problem of the Working Poor is Overstated" in Poverty: Opposing Viewpoints Greenhaven press, San Diego, CA, 1999 L. Egendorf, (ed)

### Journal Articles

"The Applicability of the Theory of Comparative Cost to the Developing Countries,"
- **Indian Economic Journal**, September 1965.

"Stratified Opportunities: Essence of the Vicious Circle"
- **American Journal of Sociology**, November, 1970.

"Work Incentives of the Poor: A reconsideration," (with R. Hoffman),
- **Review of Economics and Statistics**, November 1970.

"Turnover Rates in Public Assistance Programs,"
- **Welfare in Review**, September, 1970.

"Racial Discrimination vs. Class Discrimination,"
- **Review of Economics and Statistics**, August 1971

"Empirical Studies of Welfare Dependency: A Survey,"
- **The Journal of Human Resources**, January 1973

"Moving Welfare is Not Enough,"
- **Forensic Quarterly**, Winter 1973.

"Help Wanted: Jobs for the Poor?"
- **Manpower**, January 1974.

"Job Search Media, Utilization and Effectiveness,"
- **Quarterly Review of Economics and Business**, Winter 1975.

"WIN Job Search: Patterns and Pay-off,"
- **Manpower**, January 1975.

"Relative Earning Mobility in the United States,"
- **American Economic Review**, December 1977.

"The Impact of Private Pension Plans of Firm Attachment," (with Randall Weiss)
- **Review of Economics and Statistics**, August 1979

"Equality, Opportunity and the 'Good Job',"
- **The Public Interest**, Spring 1976.
- Reprinted in Dialogue vol. 10, no. 1 (1977) Readings in Macroeconomics and Ruth Puth, ed. Currently Issues In the American Economy (D.C. Health, 1978, 1980-1981).

"Horition Alger's Eulogy"
- **Challenge**, November/ December 1976.

"Pensions and Wages: A Test for Equalization Differences" (with Randall Weiss)

- **Review of Economics and Statistics**, November 1980

"Lessons from WIN: A Manpower Evaluation,"
- **Journal of Human Resources**, Fall 1978 (reprinted in Robert Havemen, ed. Policy Studies Review Annual, Vol. 3, Sage Publications, 1979)

"AFDC Tax Rates: Some Further Evidence,"
- **National Tax Journal**, March 1977.

"The Impact of WIN 2: A Comment on Applied Economics,"
- **Journal of Human Resources**, Summer 1977.

"Pay-off to Training for blacks: The WIN Experience,"
- **Review of Black Political Economy**, Fall 1978.

"Income Transfers as a Public good: Racial vs. Class Considerations,"
- **American Economic Review**, December 1978.

"Welfare: Reforming our Expectations,"
- **The Public Interest**, Winter 1981 (reprinted in Paul Sommer (ed.) Welfare Reform in America, Kluwer, Boston, Inc. 1982.

"Restrictive Pension Provisions and the Older Worker" (with D. Snyder),
- **Gerontologist**, December 1982.

"A Smart Retreat from Social Security Reform,"
- **Challenge**, May 1982.

"Reagan Economics and Regionalism"
- **Society**, July 1982

"Corporate Kidnap of Small-business Employees,"
- **The Public Interest**, Summer 1983.

"Small-Business Training: A Negative Sum Game,"
- **Challenge**, September 1983

"Jumping Ship: Naval Re-enlistment Behavior." (with Paul Flacco and Brent Kroetch)
- **Journal of Economic and Social Measurement**, July 1991.

"Welfare in the 1980's Successes and Limits,"
- **Policy Studies Review**, Summer 1990.

"Minimum Wage Youth:" training and Wage Growth,"
- **Proceedings of the Industrial Relations Research Associations**, 1990.

"The Effects of Workfare Saturation of AFDC Caseloads" (with C. Brasher)
- **Contemporary Policy Issues**, January 1993/

"Moving Up: The Training and Wage Gains of Minimum-Wage Youth"
- **Social Science Quarterly**, September 1994.

"Below-Minimum-Wage Workers: Implications for Minimum-Wage Models"
- **Quarterly Review of Economics and Finance**, Summer 1994.

"State Minimum Wage Laws: Coverage and Impact on Youth,"
- **Journal of Labor Research**, Fall 1994.

"Who are the Working Poor?"
- **The Public Interest**, Spring 1994.

"Relative Earnings Redux: Youth Mobility in the 1980's,"
- **The Review of Income and Wealth**, December 1994.

"Why Welfare Is (still) So Hard to Reform?"
- **Challenge**, November/December 1995.

"Entrepreneurial Origins: A Longitudial Inquiry" (with Philip Crewson)
- **Economic Inquiry**, July 1997.

"State Welfare-Reform Impacts: Content and Enforcement Effects"
- **Contemporary Economic Policy**, April 1999.

## OP ED ARTICLES

"When Welfare Families Know Their Rights," **Wall Street Journal**, July 11, 1978.

"Saving Social Security," **New York Times**, December 13, 1980.

"Reagan and Expectations," **Wall Street Journal**, March 4, 1981.

"A Supply-Side Approach to Social Security," **U.S.A Today**, September 1981.

"Rethinking Re-Industrialization," **Collegiate Forum**, (Dow Jones, Inc), Spring 1981.

"Social Security: The Search for Solutions," **Wall Street Journal**, May 7, 1981.

"Reagan's Social Security Plan: Less for More," **Washington Post** outlook, May 17, 1972.

"Show the Dislocated Where-Not How-to Work," **Wall Street Journal**, April 15, 1983.

"Dislocated Workers-Focus of the 1980's," **Jobs Watch**, August 1983.

"Super Bowl Seats: Lucky Draw Costs a Fortune," **Wall Street Journal**, January 19, 1984.

"The Iron Law of Welfare," **Classrooms and Lunch Rooms**, Prentice-Hall, November 1995.

"The Minimum Wage vs. Supply and Demand," **Wall Street Journal**, April 24, 1996.

"Cuba: Not What Investors Dreams Are Made Of," **Christian Science Monitor** and **Los Angeles Times**, Syndicate, April 26, 1996.

"All Welfare is Local," **New York Times**, January 28, 1997.

"The Deficit Problem is Far From Over," **Los Angeles Times**, May 6, 1997.

"Who Are the Rich?" **Washington Times**, November 2, 2000.

"California: The Free-Lunch State," **Wall Street Journal**, January 24, 2001.

"A Quick Fix on Taxes or Permanent Relief?" **Wall Street Journal**, March 28, 2001.

"Weak Unions Create a Strong Economy," **Wall Street Journal**, February 19, 2002.

## BOOK REVIEWS

Papadimitriou, D. ed, **Aspects of Distribution of Wealth and Income** (St. Martins, 1994). **Eastern Economic Journal** Winter 1996.

Schwartz, John, **Illusions of Opportunity** (Norton, 1997), The Annals of the American Academy of Political Science, January 1999.

## NEWS FLASHES

Synopses of major economic policy developments distributed nationally to college professors at the rate of 4-6 per year since 1980; published and distributed by McGraw-Hill Inc. Recent Issues include:

**"Poverty In America"** April 2000

"The New Budget Politics" September 2000

The Future of Social Security" October 2000

"California: The Free-Lunch State" January 2001

"The Bush Tax Cuts: Macro and Micro Views" February 2001

"The Teetering Economy" September 2001

"Macro Recovery from Terrorist Shocks" October 2001

"Guns and Butter" February 2002

"Different Planets? The Contrasting Views of Economists and the Public" September 2002

"New York City's Costly Smokes" October 2002

"The Tax-Cut Battle Resumes" January 2003

"The Price of Life: The Market for Human Organs" February 2003

"Napster is Back!" October 2003

Viet Fish Attack U.S.!" November 2003

"Deficit Nightmares" February 2004

"The Journey to Mars" March 2004

"The Death Tax" April 2004

"The $49 iPod" September 2004

"Outsourcing Whose Job?" October 2004