ARTHUR I. KOBRINE, M.D., PH.D., P.C.
NEUROLOGICAL SURGERY

2440 M STREET, N.W.
WASHINGTON, D.C. 20037
TELEPHONE (202) 293-7136

DIPLOMATE AMERICAN BOARD OF
NEUROLOGICAL SURGERY
FELLOW AMERICAN COLLEGE OF SURGEONS

NEUROSURGICAL CONSULTATION

SUE, Margaret                              21 November 2005

**CHIEF COMPLAINT**: Independent Medical Evaluation

**HISTORY OF PRESENT ILLNESS**: This 52 y.o. left-handed predominant but ambidextrous woman was involved in a motor vehicle accident on 4/10/00. She was the driver of a station wagon traveling around 35 m.p.h. which was struck in the rear by another faster moving vehicle. The patient states she was wearing a seat belt and her air bag did not deploy. She was taken to George Washington University Hospital and sent home after an evaluation in the emergency room. The patient states that she developed immediate pain in her low back which radiated up her spine to her head. She was seen on May 10th by Edward Lang, M.D., a neurosurgeon in Northern Virginia. A cervical MRI had already been obtained and I have reviewed those pictures. They demonstrate chronic degenerative disc disease at C4 C5, C5 C6 and C6 C7. There appeared to be no evidence of an acute herniated disc.

Neurologic examination performed on May 10, 2000 by Dr. Lang was normal. Dr. Lang's impression was cervical spondylosis C4 through C7, cervical strain acute, cervical myofacial pain syndrome. He recommended conservative treatment of the patient. She also had a lumbar MRI performed on 5/2/00 which showed evidence of a previous operation at L5 S1 on the left and minimal degenerative changes at L4 L5 and at L2 L3. She was seen by Dr. David Patterson, an internist, on January 2002, referred by her psychiatrist, Dr. Marge Clancy. Dr. Patterson's physical examination revealed: "No changes whatsoever on her neurological examination except for the absence of a left ankle jerk. Strength is excellent. Memory tested at five minutes and long-term memory seems to be normal." Dr. Patterson recommended physical therapy and arranged for physical therapy. She was seen in evaluation by Dr. Bruce Ammerman, a neurosurgeon, on August 8, 2002. On Dr. Ammerman's examination there was mild restriction of cervical motion with some tenderness. Motor examination was grossly intact. There was no Babinski sign. Reflexes were quite brisk. Hoffman's signs were negative bilaterally. Dr. Ammerman found one to two beats of unsustained clonus on the right and none on the left. There was no atrophy or tremor. Dr. Ammerman arranged for a myelogram and postmyelogram CT to be performed of both the lumbar and cervical spine. This was accomplished on 8/28/02. The findings of the postmyelogram CT of the cervical spine were bony osteophytes C3 C4, C5 C6 and C6 C7 with a midline bulging disc at C4 C5. The report of the postmyelogram CT of the lumbar spine was bulging L4 L5 disc with borderline spinal stenosis. Dr. Ammerman, after reviewing these studies, recommended against

NEUROSURGICAL CONSULTATION
Sue, Margaret
21 November 2005
Page 2

surgery and recommended an outpatient conservative course to include physical therapy. Prior to Dr. Ammerman's evaluation the patient had undergone another MRI of the cervical spine on 7/28/02 that revealed degenerative changes in the cervical spine at multiple levels with no evidence of compression of the cord. Specifically the cervical spinal cord was found to be normal in it's course and caliber. On 16 October 2002 the patient was evaluated by Dr. Alexandros Powers, a neurosurgeon in Washington, DC. He noted a previous history of, (1) L5 S1 laminectomy and fusion, (2) dyspnea, (3) asthma, (4) depression, (5) anxiety, (6) colitis. Dr. Powers' examination revealed an absolutely normal examination with normal reflexes in both the upper and lower extremities, no Hoffman's sign or clonus, and tone was within normal limits. Dr. Powers evaluated all of the diagnostic studies done and recommended against any surgical intervention. His impression was, (1) mechanical neck pain with underlying disc changes as described in the imaging studies and (2) residuals from previous lumbar disc surgery. In Dr. Powers review of the diagnostic studies he stated that there was no evidence of stenosis, cord compression or compromise of the exiting nerve structures in the neuroforaminal area in the cervical spine. On October 17, 2002 the patient was seen and evaluated by Dr. M. Theresa Carlini, a physical medicine and rehabilitation specialist. Her neurological examination revealed an absent ankle jerk on the left and an otherwise normal neurologic evaluation. Dr. Carlini's impression was, (1) cervical degenerative disc disease, (2) cervical myofacial pain, (3) occipital neuralgia, (4) left sciatica/residual left lumbar radiculopathy, (5) lumbar disc bulge L4 L5, (6) status post left L5 S1 laminectomy/diskectomy, (7) depression. On October 29th the patient underwent a lumbar epidural steroid injection at the suggestion of Dr. Ammerman. This was performed by Dr. Cernea at Sibley Memorial Hospital. The patient was then treated by a pain specialist and was prescribed narcotics for her continuing pain in her neck and low back. On 3/7/03 the patient was seen and evaluated by Dr. James Campbell at Johns Hopkins University. At that time she was taking Neurontin, Oxycontin, Hydrocodone, Skelaxin, Effexor, and Lorazepam. Dr. Campbell states that he found mild hyperreflexia throughout. He found a left ankle jerk absent. Dr. Campbell felt that the patient's picture and diagnostic studies were consistent with mild pressure on the spinal cord from spondylitic disease. He recommended a three level anterior cervical diskectomy and fusion and this was carried out shortly thereafter. In 2004 the patient underwent a coccygectomy, an anterior cervical diskectomy and fusion of C3 C4, and an L4 L5 laminectomy. These three different surgical procedures were performed by Dr. Campbell. The patient complains at this time of head pain; neck pain; left shoulder pain; buttock pain bilaterally; left and right posterior thigh pain; numbness in her face; head, left shoulder, arm and hand; numbness in her right arm, elbow and hand. She presently lists as the medicines she takes as Avinza, Neurontin, Cymbalta, Celebrex, Skelaxin, Oxycodone,

NEUROSURGICAL CONSULTATION
SUE, Margaret
21 November 2005
Page 3

Lorazepam, Botox, Lidoderm patches and ointment. The patient came with a cane to the office but when asked whether she uses the cane or not she stated that she doesn't use it at home but uses it when she's out and near people.

**EXAMINATION:** Examination reveals a healthy appearing female who gets up easily from the chair and stands facing me in a normal position. Cranial nerve exam other than funduscopic exam is normal. Examination of the upper extremities reveals normal strength, tone, reflex and sensory exam. Examination of the lower extremities reveals an absent ankle jerk on the left and one to two beats of unsustained clonus at the right ankle. Patella reflexes are slightly increased. Gait is normal. She is able to walk on heels and toes in a normal fashion. There are no Babinski signs present and no Hoffman signs present. Sensory exam in the lower extremities is normal. The patient does complain of tenderness of palpation of the paraspinal muscles up and down her spine from her neck all the way down to her sacral area.

**IMPRESSION:** After reviewing the extensive records provided to me, interviewing the patient and performing a detailed neurological examination I have come to the following conclusions. The patient was involved in an rear-end motor vehicle accident on 4/10/00 that resulted in a whiplash injury of the cervical spine and perhaps an acute lumbar strain. As a result of these injuries the patient had pain in her neck and pain up and down her spine to her low back. These symptoms should have spontaneously resolved within four to six weeks and were musculoskeletal in origin. The patient's cervical MRI done shortly after the accident showed no evidence of any acute anatomical change but rather mild to moderate chronic degenerative disc changes and osteophyte complexes at multiple levels. The patient was seen by multiple neurosurgeons from the time of her accident until 2003 all of whom thought her neurological exam was normal and did not consider the diagnostic studies indicative of a surgical problem. A repeat cervical MRI done in 2002 did not show any new changes but only the chronic degenerative changes of the cervical spine. Likewise, a myelogram and a postmyelogram CT of the cervical spine did not show any anatomical changes that could be attributable to the accident of 4/10/00. The lumbar MRI that was done immediately after the accident as well as the lumbar myelogram and postmyelogram CT again showed at best a mild bulging disc at L4 L5 and no acute anatomical abnormalities. Her physical examination at this time is essentially unremarkable except for residuals of her lumbar disc surgery of 1991. It is further my opinion that there is absolutely no evidence to suggest that the accident was in any way responsible for any of the symptoms that Dr. Campbell felt important in making his decision to

NEUROSURGICAL CONSULTATION
**SUE, Margaret**
21 November 2005
Page 4

proceed with surgery in 2003. Neither the diagnostic studies available for me to review or the records of the examinations of other physicians would lead me to support the decision to perform the surgery in 2003. If the decision to go forward in 2003 with surgery was based on the degenerative changes in the cervical spine, these changes were clearly not a result of the automobile accident and were present prior to the accident. I do not have up-to-date records to review the surgeries performed in 2004 but based on the all of the records I have reviewed, I find absolutely no evidence whatsoever to support a claim that the 4/10/00 automobile accident would in any way be responsible for the need to proceed in 2005 with the coccygectomy, anterior cervical diskectomy and fusion of C3 C4, or the lumbar laminectomy at L4 L5.

In my opinion the motor vehicle accident of 4/10/00 would have caused self limited (4-6 weeks) symptoms attributable to musculoskeletal soft tissue injuries. I would not anticipate any lasting or disabling symptoms from the accident.

Arthur I. Kobrine, M.D., Ph.D.

AIK:crh

D: 11/21/05
T: 11/22/05