## DRS. MININBERG & FECHTER, P.A.

Harvey N. Mininberg, M.D., A.A.O.S.
Joel D. Fechter, M.D., A.A.O.S.

Practice Limited to Orthopaedic Surgery
Arthroscopic Surgery & Sports Medicine

Doctors Medical Park West
Suite 105A
10301 Georgia Avenue
Silver Spring, Maryland 20902

Office (301) 681-7100
Billing (301) 681-0880
Physical Therapy (301) 681-6884
Fax (301) 681-6146

Bowie Office Park
Suite 104
14300 Gallant Fox Lane
Bowie, Maryland 20715

Office (301) 262-6262

## ORTHOPEDIC REPORT

PATIENT NAME: MARGARET SUE
PATIENT ID: 61192-1
X-RAY #:
D.O.I. 4-10-00

VISIT DATE: 11/09/2005

**CHIEF COMPLAINT:**
Neck, low back, coccyx

**HISTORY OF PRESENT ILLNESS:**
The patient is a 51 year old left hand dominant woman who on 4-10-00 was involved in a motor vehicle accident. She was a seatbelted driver struck from the rear by a Volvo. She was driving a Taurus which she notes was a total loss. She was driving about 30 or 40 miles per hour. She did not hit any other cars. The patient was seen and evaluated the emergency room of George Washington University Hospital. At that time the patient had complaints of neck pain as well as left buttock/sacral pain as well as left buttock/sacral pain. Cervical spine radiographs were taken and felt to be normal. The patient was felt to have sustained neck and shoulder and muscle strain injuries and was asked to follow up with her doctor. The patient was seen and evaluated in the office of her prior orthopedic surgeon, Dr. Delenick, on 4-26-00 at which time the patient was noted to have pain in the neck, shoulder and low back. At that point MRI scans were ordered of the cervical and lumbar spine. She was noted to have had a prior history of surgery in 1991 with Dr. Delenick for her low back. MRI scans were obtained. I have reports dated 5-2-00. Cervical spine, impression: At C5-6 diffuse central left greater than right moderate to marked chronic disc bulge without spinal stenosis. At C4-5 diffuse central moderate to marked chronic disc bulge. At C6-7 there is diffuse central right greater than left moderate chronic disc bulge. Report of the MRI of the lumbar spine from the same date was noted to reveal diffuse central minimal post-operative disc bulge at L5-S1. Minimal degeneration at L2-3. At L4-5 there was very minimal degeneration at the right facet joint. The patient was treated conservatively with pain relieving muscle relaxant medications as well as a Medrol dose pack. The patient was seen in neurosurgical consultation by Dr. Lang on 5-10-00. Dr. Lang noted complaints at that time of pain in the neck. There were complaints of pain going down the left arm. The prior history of the lumbar laminectomy was discussed. Dr. Lang reviewed the MRI scan and felt that it revealed definite cervical degenerative disc disease at C4 through C7. He felt that this was primarily secondary to osteophytes than soft disc herniation. He felt that the patient had cervical spondylosis as well as a cervical strain and cervical myofascial pain syndrome. Dr. Lang thought that it seemed relatively likely that the

patient would be able to avoid surgical intervention.

The patient came under the care of a chiropractor, Dr. Wirtanen, who saw the patient on '-19-01. At that point the patient had complaints of pain and stiffness in the neck as well as headaches and upper mid and low back pain. She was treated with chiropractic therapy through 10-5-01 at which point Dr. Wirtanen felt that she had reached maximum medical improvement. The patient was apparently being seen by a psychiatrist, Dr. Clancy, and was referred to Dr. Patterson who saw the patient initially on 1-9-02. Dr. Patterson noted complaints of chronic back pain and memory changes. She was noted to have a long history of upper and lower back pain and to have had surgery ten years previously at L5-S1. It was noted that at the time of her surgery she had already had nerve damage and lost the achilles reflex on the left side and had continued to have at least a low level of pain since then. It was noted that following her April of 2000 motor vehicle accident her neck hurt the worst. At that point the neck was noted to be supple with full range of motion. There was tenderness of the lower spine and of the neck but good range of motion was noted. She was felt to have memory loss and back pain. The patient was referred for some physical therapy. She was seen by the therapist at Hand-N-Hand Therapy where she was initially seen on 1-18-02. At that point the patient had complaints of pain in the neck and low back with feelings of tingling and coldness in the left distal forearm and left fourth and fifth digits as well as numbness in the bilateral buttocks and left toes. The patient was treated with therapy at Hand-N-Hand in November of 2002. There is an initial description in a note of 11-12-02 of some pain in the tailbone.

The patient was seen in neurosurgical consultation by Dr. Ammerman on 8-8-02. Dr. mmerman noted complaints of pain in the neck and mid back as well as in the low back with numbness in the left foot and aching into her upper extremities and left anterior chest. Dr. Ammerman felt that the patient had evidence of persistent and post-traumatic cervical and lumbar radiculopathy as a result of the 4-10-00 motor vehicle accident. He recommended CT myelography for further clarification. This was performed on 8-28-02 and was felt to reveal bony osteophytes at C3-4, C5-6 and C6-7 most pronounced at C6-7 as well as a bulging midline disc at C4-5. The lumbar study was noted to reveal a bulging L4-5 disc with borderline spinal stenosis. The patient had an MRI of the brain and repeat MRI of the cervical spine on 7-28-02. MRI of the brain was noted to be normal. MRI of the cervical spine was noted to reveal degenerative changes most pronounced at C5-6 and C6-7 where there were diffuse disc bulges and posterior osseous ridging resulting in moderate spinal canal stenosis. There was also a bilateral neural foraminal narrowing at C4-5 and C5-6 and right sided neural foraminal narrowing at C3-4 largely on the basis of uncovertebral joint and facet joint hypertrophy. Dr. Ammerman discussed various alternatives including surgical intervention which he stated "I would rather not proceed with that at this time," as well as the possibility of outpatient lumbar epidural blocks which he believed would be quite helpful. She did undergo a series of three epidural blocks and was noted by Dr. Ammerman on 11-6-02 to have had about 20% improvement. He recommended continued conservative care with Dr. Carlini.

The patient was seen in neurosurgical consultation by Dr. Powers as well. Dr. Powers w the patient on 10-16-02 and noted complaints of discomfort in the neck and shoulder. Dr. Powers noted the prior history of an L5-S1 laminectomy and fusion. He felt that the patient had mechanical neck pain with underlying disc changes as well as

residuals from previous lumbar spine surgery. He recommended aggressive nonsurgical modalities for treatment under the direction of a physiatrist. The patient was seen by Dr. Carlini on 10-17-02 and was noted to have complaints of pain in the neck and low back. She was felt to have cervical degenerative disc disease/bulge with cervical myofascial pain, left sciatica, residual left lumbar radiculopathy with a lumbar disc bulge at L4-5 status post the L5-S1 laminectomy and discectomy. A plan was made for exercise with stretching and strengthening, nerve root blocks, myotherapy trigger point injections and continued medications. When seen back in follow up on 12-18-02 she was noted to be most symptomatic for coccyx pain which the patient stated had been present for several years. She was felt to have coccygodynia as well.

On 1-10-03 the patient was evaluated by a physical therapist and was noted to have had a 15 year history of coccyx pain possibly from a fall off uneven bars. It was noted that the motor vehicle accident of 4-10-00 had resulted in increased cervical pain, low back pain and worsened coccyx pain.

On 3-7-03 the patient was seen in neurosurgical consultation by Dr. Campbell at Johns Hopkins. The patient was noted to have a chief complaint of pain in the neck, especially on the left as well as low back pain and pain in the back of the thighs. It was noted that in April of 2000, following an auto accident she began having serious neck pain. It was noted that prior to this the patient had some neck pain but not as a serious problem. On examination she was noted to have mild hyperreflexia throughout and an absent left ankle jerk reflex. The MRI scan was noted to reveal multilevel spondylotic disease involving principally C4-5, C5-6 and C6-7. The patient was felt to have evidence of myelopathy which Dr. Campbell felt was consistent with a mild pressure on the spinal cord from the spondylotic disease. He recommended surgical treatment and the patient was taken to the operating room on 4-9-03 at which time she underwent anterior cervical discectomy and instrumented fusion from C4 through C7. Postoperatively the patient was noted to have had good relief although she had continued pain. On 6-5-03 the patient was noted to also have coccygodynia as well as lumbar spine problems and an MRI scan of the lumbar spine was requested. I have a report dated 7-2-03. Impression: Moderate spinal canal stenosis at L4-5 caused by hypertrophic bone spurs originating from the facet joints and by hypertrophic ligamentum flavum. Mild nonfocal disc bulge at L4-5 contributes to the stenosis. Marked disc degeneration noted at L5-S1. Mild disc degeneration at L2-3, L3-4, and L4-5. No evidence of disc herniation at any level. Degenerative arthritis in the facet joints of the lower lumbar spine more marked at L4-5. Additional images were obtained in the coccyx which failed to demonstrate a definite bony abnormality.

The patient was also seen at Hopkins by Dr. Belzberg who saw the patient on 7-14-03. Dr. Belzberg reviewed the MRI which he felt revealed lumbar stenosis at L4-5. He recommended a CT myelogram and subsequently facet blocks and discography. Lumbar discography was performed on 9-8-03 and was noted to reveal very mild degenerative changes at the L3-4 and L4-5 levels. Neither segment was noted to reproduce any significant pain with injection. It was noted that the L5-S1 level couldn't be studied secondary to the presence of the spinal fusion mass. The patient was also under the care of Dr. Kaplan for her pain. The patient was subsequently felt by Dr. Campbell to have new pain in the neck as well as continued pain in the coccyx. Coccygeal block was recommended as well as cervical discography. Cervical discography was performed by Dr. Belzberg on 2-2-04 and noted to reveal pain sensitive and concordant segment at

C3-4. The patient was ultimately returned to surgery by Dr. Campbell on 3-31-04 at which time she underwent a coccygectomy. Prior to this she had had good relief for about a week following a local injection here. She was returned to surgery as well by Dr. ampbell on 6-1-04 at which time she underwent cervical decompression as well as instrumented fusion at C3-4. There was reported to be some improvement. The patient was returned to surgery again by Dr. Campbell on 12-7-04 at which time she underwent L4-5 laminectomy and posterolateral fusion. The patient reports that each of these surgical procedures was helpful. The patient has had additional imaging studies as well. MRI of the cervical spine on 12-2-03 was noted to have revealed spinal fusion changes at C4-5, C5-6 and C6-7 with solid union and no evidence of recurrent disc herniation. There was disc degeneration at C3-4 with a nonfocal posterior disc bulge and hypertrophic bone spur. The patient also had electrodiagnostic studies.

The patient informs me that she has just undergone placement of the spinal cord stimulator last Tuesday at Georgetown University Hospital. She has had mixed results from this but of course is in the very early postoperative period.

At the present time the patient has had continued significant difficulties with pain in the neck as well as pain radiating into the upper extremities bilaterally to the mid arm on the left and to the shoulder on the right. There is numbness and tingling into the entire left upper extremity as well as on the right side from the elbow to the fingers. There is weakness in the upper extremities bilaterally. The patient has had difficulties with continued pain in the low back and pain radiating down the lower extremities bilaterally as low as the mid thighs. There is numbness and tingling into the left foot which she notes is from her prior surgery in 1991. There has been no bowel or bladder dysfunction. There is continued pain in the coccyx region. The patient has increased pain about the neck and low back with activities. The patient admits to some prior intermittent achy pain in the neck before the motor vehicle accident of 4-10-00 which she reports was present for about two years prior to this. She notes that there was no injury but she thinks she may have mentioned it to her primary care provider. There was a prior history of low back problems that began when she lifted a propane tank out of her back seat. This resulted in a herniated disc apparently that was treated surgically by Dr. Delenick in 1991. She had very good relief although she had some occasional achy pain and residual numbness following this surgery. She didn't need to see doctors for this, however.

The patient was working as a sales person and in marketing at the time of her injury. She was out of work for about six weeks and then worked from home in 2002 or 2003. She stopped working from home secondary to her pain. The patient notes that she quite active prior to the motor vehicle accident of 4-10-00. The patient has been out of work.

PAST MEDICAL HISTORY:
Thyroid dysfunction. History of colitis.

PAST SURGICAL HISTORY:
As above.

DICATIONS:
dication include Lorasepam, Neurontin, Ocycodone, Lidoderm patches, Avinza, Skelaxin, Cymbalta, Armour. The patient notes additionally that she gets Botox injections to her head, neck and shoulder about every three months. This is done at

Johns Hopkins by Dr. Rubiero and is helpful.

ALLERGIES:
easonal allergies.

PREGNANCY:
She is not pregnant.

PHYSICAL EXAM:
General inspection: The patient is lying on her side with her eyes closed during most of the history.

Examination of the cervical spine reveals well healed anterior left sided neck scars. There is no bruising, discoloration or abrasion. There is tenderness to the paracervical musculature bilaterally, more marked on the left side than the right. There is pain with shoulder mobility. There is pain with limited cervical motion. The pain is more marked in the left paracervicals than the right. There is no spasm. Forward flexion is 30 degrees. Extension 30. Right lateral flexion 25. Left lateral flexion 15. Right axial rotation 65. Left axial rotation 60. There is some give way weakness on strength testing in the arms bilaterally. On doing her strength testing she says that this will cause numbness to her whole face. The upper extremity neurological exam is otherwise intact.

Examination of the lumbar spine reveals a dressing from her recent spinal cord stimulator insertion. There is tenderness to the paralumbar musculature bilaterally. ere is no bruising, discoloration, or abrasion. There is tenderness to the coccyx. There is no frank spasm appreciated. Forward flexion is 35 degrees. Extension 0. Right lateral flexion 20. Left lateral flexion. Straight leg raising on the right at 65 degrees produces low back pain radiating into the ipsilateral lower extremities. Straight leg raising on the left at 55 degrees produces low back pain radiating into the ipsilateral lower extremity. There is diffuse weakness with some give way findings in the lower extremities bilaterally. There is some decreased sensation noted to light touch to the left leg posteriorly, medially, and laterally but not anteriorly. There is decreased sensation to light touch to the whole left foot as well. There is a dropped left ankle jerk reflex which the patient notes has been present since 1991. There is some increased symmetric reflexes in the lower extremities bilaterally. Lower extremity neurologic exam is otherwise intact.

RADIOGRAPHS:
Radiographs are refused by the patient. She thinks that she cannot have them with her spinal cord stimulator.

MEDICAL RECORDS: I have reviewed medical records regarding Ms. Sue from D.C. Fire & Emergency Medical Services Department, George Washington University emergency room, Dr. Ammerman's office, Dr. Delenick's office, IMI of Arlington, McLean Physical Therapy, Tyson's Corner Chiropractic, Hand-N-Hand Therapy, Washington Radiology Associates, Sibley Memorial Hospital, Dr. Powers, Dr. Carlini, Back in Motion Physical erapy, Inova Fairfax Hospital, Dr. Campbell, John's Hopkins, Dr. Belzberg, Tyson's Corner Diagnostic Imaging, Neurology Center of Fairfax, Drs. Groover, Christie & Merritt, NES D.C. Emergency Physicians, McLean Immediate Care, Stephen Lebeau, MidAtlantic Headache Institute, and the Kaplan Clinic.

EVALUATION:

On 4-10-00 the patient was involved in a motor vehicle accident in which she sustained injury to her neck and back. I would defer opinions regarding the surgical treatment of her cervical and lumbar spine to a qualified neurosurgeon. With regard to the patient's coccygeal pain, there are notations in the medical records that the patient had a prolonged history of coccygeal pain prior to the motor vehicle accident of 4-10-00. The first notation I see, however, of pain in the tail bone or coccyx is over 2 1/2 years following the motor vehicle accident. I am not able to find evidence in the medical records of an acute coccygeal injury related to the motor vehicle accident of 4-10-00. I am unable to causally relate the surgical coccygectomy to the motor vehicle accident of 4-10-00.

JOEL D. FECHTER, M.D.

JDF/jdf
(Signed but not reviewed)
cc:   Heather Phillips
      FAX 202-514-8780