NEUROLOGY

**NEUROLOGY ASSOCIATES**
RAMON B. JENKINS, M.D., P.A.
IGNACIO R. RODRIGUEZ, M.D.
8757 GEORGIA AVENUE, SUITE 430
SILVER SPRING, MARYLAND 20910

TEL: (301) 608-0833

FAX: (301) 608-0835

8415 BELLONA LANE
RUXTON TOWERS - SUITE 204
TOWSON, MARYLAND 21204
(Direct all correspondence to
the Silver Spring Office)

November 21, 2005

Kenneth L. Wainstein, Esquire          RE:   Margaret SUE
United States Attorney                 D/A:  4-10-00
Heather R. Phillips, Esquire
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20530

Dear Mr. Wainstein and Ms. Phillips:

I had the opportunity of performing a neurological independent medical evaluation on Margaret Sue on 11-9-05 in order to evaluate injuries resulting from the accident of 4-10-00. In preparation for this evaluation and subsequently, I reviewed very voluminous medical records from the following medical providers:

1) Robert P. Santangelo, M.D., an endocrinologist;
2) Dana Godbout Laake, MS, an alternative medical provider, who appears to suggest dietary supplement advice;
3) Washington Radiology Associates;
4) Sibley Memorial Hospital Department of Radiology reports noting areas of disk bulging on lumbar myelography at L3-4 and L4-5 on 8-28-02, and areas of bulging disk and/or osteophytes at C3-4 and C4-5 on the same dates;
5) David W. Patterson, M.D., Georgetown University Pain Clinic, report of 2-12-02 in which the patient is begun on a tapering schedule for narcotic medications to help intermittent memory problems;
6) Medical report of Sharif M. Meleka, M.D., the Medical Director of the Pain

Kenneth Wainstein, Esquire        2        RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice        November 21, 2005

Treatment Clinic at Johns Hopkins, Greenspring Station, on 9-27-05, in which the patient was instructed to change over from Effexor to Cymbalta over a period of several weeks. I should note that at this time the patient was taking Oxycodone, 5 mg, four times a day, and Avinza, 120 mg, per day. Avinza is a morphine sulfate extended release capsule;

7) Margaret M. Clancy, M.D., with whom the patient apparently attended psychotherapy for depression from April 2001 through approximately June of 2003 when she wrote a letter to the Office of Disability Determination Services of the Commonwealth of Virginia;

8) James Campbell, M.D., a neurosurgeon, at Johns Hopkins Hospital;

9) MRI scan of the cervical spine report from Georgetown on 5-24-94 indicating evidence of degenerative disk disease at C4-5, C5-6 and C6-7, with a mild annular disk bulge at C4-5 and mild right foraminal narrowing and focal protrusion at C5-6. Focal disk protrusion at C6-7 associated with mild flattening of the spinal cord anteriorly. I would note that the abnormalities noted on this myelogram are similar to those noted following the subject accident at the time of cervical and lumbar myelography at Sibley Hospital on 8-28-02;

10) Medical records of M. Theresa Carlini, M.D.;

11) Psychiatric consultation of Thomas N. Wise, M.D., dated 10-1-03;

12) Operative report of James Campbell, M.D., on 4-9-03, in which the patient underwent anterior diskectomy and fusion at C4-5, C5-6 and C6-7, using tricortical allograft bone as well as application of cervical locking plates, because of the preoperative diagnosis of cervical radiculomyelopathy and cervical deformity with loss of cervical lordosis. The diagnosis was unchanged postoperatively;

13) MRI scan of the lumbosacral spine performed at Georgetown on 5-24-94 in which it is noted that the patient is status post laminectomy at the L5-S1 level. The patient is noted to have loss of normal signal and height at the L5-S1 disk space consistent with degenerative disk disease and no disk displacement noted at this level;

14) Expert witness reports from the following medical providers:
     A) James Campbell, M.D., a neurosurgeon;
     B) Lisa Lillienfield, M.D., a pain medicine specialist;
     C) Marcy Ribeiro, M.D., a neurologist;
     D) Steven Hughes, M.D., an orthopedic surgeon;
     E) Susan Trachman, M.D., a psychiatrist;

Kenneth Wainstein, Esquire     3     RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice     November 21, 2005

    F)     Donna Flannery, MA, a life care planner;
    G)     John Bilotta, an environmental accessability contractor;
    H)     B. Scott Teunis, M.D., a plastic surgeon;
    I)     Phillip Bussey, Ph.D., a rehabilitation counselor;
    J)     Richard Edelman, Ph.D., forensic economist.

15) Rehabilitative Therapeutic and Assistive Device List Items, items 1 through 37;
16) George Washington University Hospital;
17) Washington Neurosurgical Associates, Bruce Ammerman, M.D.;
18) Peter Delenick, M.D.;
19) McLean Physical Therapy;
20) IMI of Arlington, radiology reports;
21) Tyson's Corner Chiropractic;
22) Hand-N-Hand Therapy, LLC;
23) Washington Radiology Associates;
24) Washington Brain & Spine Institute, Alexandros Powers, M.D., a neurosurgeon. It is noteworthy that both Dr. Powers and Dr. Ammerman did not consider the patient to be a good candidate for surgery;
25) Back in Motion Physical Therapy;
26) INOVA Fairfax Hospital records;
27) Johns Hopkins Ava Mina Pain Clinic;
28) Tyson's's Corner Diagnostic Imaging;
29) Neurology Center of Fairfax. David Grass, M.D., a neurologist, notes that the patient had been referred to him for evaluation of hyperreflexia. He noted that the patient indeed had hyperreflexia, but that she also had a brisk jaw jerk which he indicates is not consistent with a spinal cord injury, but instead suggests that the patient simply has diffuse hyperreflexia that is not pathological in this case;
30) D.C. Emergency Physicians;
31) McLean Immediate Care;
32) Steven Lebeau, D.D.S., records;
33) MidAtlantic Headache Institute medical records;
34) Kaplan Clinic medical records, Gary Kaplan and Lisa Lillienfield.

The patient arrived on time for her evaluation on 11-9-05. She stated that she is now 51 years of age with a birth date of 4-30-54. The patient states that she lives with her female partner and their 10-year-old daughter. The patient states that she last worked in July of

Kenneth Wainstein, Esquire            4                    RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice                                November 21, 2005

2002 for IMS Health where she worked collecting data on prescribing, data which was bought from pharmacies, largely for sale to pharmaceutical companies to direct their marketing efforts. The patient also managed government business for the FDA, providing them with safety and surveillance from IMS Health. The patient indicates that she graduated with a Masters in Information Systems from George Washington University in 1996. She had previously earned a BS in Biology from the University of Maryland in 1976. The patient states that her current medications are as follows:

1) Neurontin, 900 mg, three times a day;
2) Cymbalta, 90 mg, once a day. Cymbalta is an SSRI antidepressant that has also been licensed for treatment of neuropathic pain, particularly in diabetics;
3) Skelaxin, 800 mg, tid;
4) Oxycodone, 5 mg, po, prn, breakthrough pain, usually used about four times a day;
5) Avinza, a long-acting morphine sulfate preparation, 120 mg, po, daily;
6) Lorazepam, 2 mg, po, hs, for sleep;
7) Methylphenidate (Ritalin), 10 mg, po, prn, to increase alertness for driving, usually used about three times per week;
8) Botox injections to the head, neck and left shoulder, performed by Marcy Ribeiro, M.D., a neurologist at Johns Hopkins. The patient indicates that all the other prescriptions are prescribed by Dr. Lisa Lillienfield at the Kaplan Pain Clinic in Arlington, Virginia.

The patient indicates that she is currently undergoing a trial with a temporary spinal cord stimulator that was inserted by Dr. Dombroski at the Pain Clinic at Georgetown University Hospital.

**Patient's Accident Description:** The patient indicates that on 4-10-00 her car was struck in the rear by a Volvo sedan. She indicates that she felt pain in her neck and head. Her car was said to have been declared a total loss with a residual value of about $5,000.00. The patient was taken to George Washington Hospital where she was treated and released. The actual records from the emergency department at George Washington University indicated that the patient was complaining of pain in the neck, left buttocks and sacrum. She was diagnosed to have neck/shoulder muscle strain and discharged from the emergency room with instructions to use Advil, two or three tablets every six hours as needed, as well as Tylenol with Codeine.

Kenneth Wainstein, Esquire                5                    RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice                                    November 21, 2005

The patient indicates that she had had previous low back surgery in 1991 performed by Dr. Delenick, an orthopedist, at National Orthopedic Hospital, in conjunction with Dr. Bocur, a neurosurgeon. The patient indicates that she underwent diskectomy and fusion with laminectomy at L5-S1 following a disk herniation while lifting a propane tank from a grill. The patient denies other accidents or surgeries. Her only other hospitalization at the end of 2003 was for a narcotic overdose as a result of a Duragesic patch. The patient indicates that she is allergic to trees and grasses. She denies the use of cigarettes or alcohol except for a rare occasion.

**CURRENT COMPLAINTS:** The patient indicates that she has low back pain across her buttocks shooting down both thighs, greater on the right than on the left. The patient most recently underwent surgery with Dr. Campbell at Johns Hopkins for removal of her coccyx in 2004. She had previously undergone operations for laminectomy, fusion and titanium plates at C3-4 and C4 through C7. The patient indicates that she still has continued neck pain on the left side of the neck which is like a constant ice pick that is improved with sitting or laying down. She tries to swim about two hours a day and hopes to become more active after placement of a spinal cord stimulator that is scheduled to be put in on 11-27-05 by Dr. Dombroski.

In the past the patient was treated for Hashimoto's thyroiditis which is continuing under thyroid hormone replacement. The patient indicates that she was diagnosed to have hepatitis A at six years of age, but does not think that this is active anymore.

**PHYSICAL EXAMINATION:** On physical examination, the patient is an alert, middle-aged woman whose appearance is consistent with her stated age of 51. She weighs 168 pounds and is 65 ½ inches tall. Her blood pressure is 108/78. Her pulse is 72.

The patient has evidence of scars in the left anterior neck consistent with the surgical procedures documented at Johns Hopkins. Grip strength is 10 kilograms on the right and 8 kilograms on the left. The head is normocephalic without signs of trauma. The neck is supple without lymphadenopathy. The chest is clear to auscultation and percussion. The heart reveals regular rhythm without murmurs, rubs or gallops. The abdomen and genitalia were not examined.

On musculoskeletal examination, the patient demonstrated limited range of motion in the lumbosacral spine with 5 degrees of extension, 45 degrees of flexion and 10 to 15 degrees

Kenneth Wainstein, Esquire        6        RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice                      November 21, 2005

of side bending. Cervical range of motion was limited to 30 degrees of extension, 20 degrees of flexion and 10 to 15 degrees of side bending with 40 degrees of rotation bilaterally. The patient had an absent left ankle deep tendon reflex which she indicates has been present since 1991. She also notes decreased sensation in the left lateral calf and decreased toe walking has been present since that time. Otherwise, the patient continues to demonstrate hyperreflexia as documented in multiple neurological examinations at least since 2002. She also has a brisk jaw jerk as described by Dr. Grass previously at the Neurology Center of Fairfax. Cranial nerves II through XII are intact including a normal fundoscopic exam. The motor exam is 5/5 throughout without evidence of focal muscle atrophy or weakness. Cerebellar exam is intact to finger-to-nose, heel-to-shin and rapid alternating movements. The gait is narrow based and steady with normal tandem walking.

**IMPRESSION:**

1) Chronic pain syndrome as a result of progressive degenerative disk disease in the cervical and lumbosacral spine as documented by evidence of pre-existing degenerative disk disease documented by MRI scanning at least since 1994 and requiring a previous laminectomy and fusion in 1991;
2) Soft tissue injuries to the cervical and lumbosacral spine occurring as a result of a rearend collision on 4-10-00;
3) History of Hashimoto's thyroiditis requiring thyroid replacement therapy;
4) History of chronic depression.

**DISCUSSION:** An extensive review of the medical evidence in this case as well as a careful examination of the patient, herself, leads me to conclude that this patient has not achieved any tangible benefit by the multiple surgical procedures performed at Johns Hopkins Hospital in this case. This patient continues to require very high doses of narcotic agonists and is even now being prepared for a permanent lumbar spinal cord stimulator.

It is my opinion that this patient's chronic pain syndrome is occurring as a result of chronic degenerative disk disease in the cervical and lumbosacral spine that is not related to the soft tissue injuries that she suffered in the motor vehicle accident of 4-10-00. It is furthermore my opinion that there has been no significant improvement as a result of the extensive surgery performed at Johns Hopkins Hospital. This patient had previously been turned down for surgery by two prior neurosurgeons, Dr. Bruce Ammerman and Dr.

Kenneth Wainstein, Esquire           7              RE: Margaret SUE
Heather Phillips, Esquire
U. S. Department of Justice                         November 21, 2005

Alexandros Powers. At this point it is clear that both these neurosurgeons were correct, that Ms. Sue was not a good surgical candidate.

The above-states medical opinions are offered within a reasonable degree of medical certainty based on not only a careful evaluation of the patient, herself, but an extensive evaluation of the voluminous medical records in this case.

                                        Sincerely yours,

                                        *[signature]* M.D.

                                        Ignacio R. Rodriguez, M.D.

IRR/vlw
m2