UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1355 (JR) |
| v. | ) |
| THE UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Strike Brad Schiller, any opposition thereto, and the entire record herein, it is this ____ day of _____, hereby

ORDERED that Plaintiff's motion to strike Brad Schiller as an expert in this matter is hereby GRANTED; and it is further

ORDERED that Brad Schiller's testimony regarding medical causation, Margaret S. Sue's disability and employability, Margaret S. Sue's "Loss Range," Margaret S. Sue's life-care plan, and Margaret S. Sue's future health-care needs is hereby STRICKEN.

_____
UNITED STATES  DISTRICT JUDGE