UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET S. SUE | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1355 (JR) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

**AMENDMENT TO PLAINTIFF'S PRETRIAL STATEMENT**

Comes now Plaintiff Margaret Sandra Sue ("Ms. Sue"), through counsel, and submits the following additions to Plaintiff's Pretrial Statement pursuant to LCvR 16.5(a)(2). In light of the Court's clarification at the January 31, 2006 pretrial conference regarding the 28 U.S.C. § 2675(b) issue, Plaintiff submits the following additions to her January 20, 2006 Pretrial Statement.

4. **Schedule of Witnesses**:

Subject to any unforeseen scheduling or availability issues, Plaintiff presently intends to call the following additional witnesses not previously identified in Plaintiff's January 20, 2006 Pretrial Statement:

20.    **Richard A. Wirtanen**, **D.C.**, 8206 Leesburg Pike, Suite #304, Vienna VA 22182, 703-288-1702 (15 minutes direct): Dr. Wirtanen is a chiropractor who treated Plaintiff, and is expected to testify regarding, among other issues: his lack of knowledge and expertise regarding the recommendation and performance of surgery; his lack of knowledge and expertise regarding the prescription of medication; his lack of knowledge and expertise regarding the diagnosis of medical conditions; his knowledge regarding the nature, degree, and permanency of Plaintiff's injuries circa January 9, 2002; the contents of his statements to Plaintiff regarding the nature, degree, and permanency of Plaintiff's injuries; and other subjects set forth in his January 4, 2006 affidavit, which was filed as Exhibit 10 to the January 5, 2006 PLAINTIFF'S

MEMORANDUM IN (1) OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON THE ISSUE OF LIMITING PLAINTIFF'S DAMAGES TO $100,000, THE AMOUNT OF HER ADMINISTRATIVE CLAIM AND (2) SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF PERMITTING RECOVERY IN EXCESS OF $100,000.

21.  **Kenneth J. Annis, Esquire**, 1100 Connecticut Avenue, N.W., Suite 800, Washington, DC 20036, 202-785-2244 (15 minutes direct):  Mr. Annis is Plaintiff's previous counsel, and is expected to testify regarding, among other issues: what was known or reasonably discoverable by him regarding the nature, degree, and permanency of Plaintiff's injuries circa January 9, 2002; the reasonable measures he undertook to ascertain the nature and extent of Plaintiff's damages as far as they were knowable circa January 9, 2002; and other subjects set forth in his January 5, 2006 affidavit, which was filed as Exhibit 33 to the January 5, 2006 PLAINTIFF'S MEMORANDUM IN (1) OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON THE ISSUE OF LIMITING PLAINTIFF'S DAMAGES TO $100,000, THE AMOUNT OF HER ADMINISTRATIVE CLAIM AND (2) SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF PERMITTING RECOVERY IN EXCESS OF $100,000.

5. **Exhibit List**:

Plaintiff may also offer into evidence at trial the following exhibits not previously identified in Plaintiff's January 20, 2006 Pretrial Statement:

97. Claim for Damage, Injury, or Death by Margaret S. Sue (1/9/02)
98. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (1/9/02)
99. Letter from Kenneth J. Annis to the Department of Commerce, including enclosure (2/28/02)
100. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (3/19/02)
101. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (4/5/02)
102. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (9/6/02)
103. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (2/20/03)
104. Letter from Kenneth J. Annis to the Department of Commerce, including enclosures (4/7/03)
105. Letter from Peter C. Grenier to the Department of Commerce (5/4/05)

106. To the extent not listed above, all exhibits to the January 5, 2006 PLAINTIFF'S MEMORANDUM IN (1) OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON THE ISSUE OF LIMITING PLAINTIFF'S DAMAGES TO $100,000, THE AMOUNT OF HER ADMINISTRATIVE CLAIM AND (2) SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF PERMITTING RECOVERY IN EXCESS OF $100,000.

    Respectfully submitted,

    MARGARET SANDRA SUE

    By:    *Peter C. Grenier /s/*
          Peter C. Grenier (D.C. Bar No. 418570)
          Bode & Grenier, L.L.P.
          1150 Connecticut Avenue, N.W.
          Ninth Floor
          Washington, D.C. 20036
          (202) 828-4100
          (202) 828-4130 (fax)
          *Counsel for Plaintiff*

Dated: February 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2006, I served a true and accurate copy of the AMENDMENT TO PLAINTIFF'S PRETRIAL STATEMENT, by electronic case filing and U.S. Mail, postage-prepaid upon:

    Heather R. Phillips, Esquire
    Assistant United States Attorney
    Judiciary Center Building
    Civil Division
    555 4th Street, N.W., Room E-4212
    Washington, D.C. 20530
    (202) 514-7139
    (202) 514-8780 (fax)
    *Counsel for Defendant*



                                                                             Peter C. Grenier