UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET S. SUE,<br><br>        Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)   Civil Action No. 05-1355 (JR)<br>)   ECF<br>)<br>)<br>)<br>) |

## AMENDMENT TO DEFENDANT'S PRETRIAL STATEMENT

Pursuant to Local Civil Rule 16.5(a)(2), Defendant hereby submits and requests that the Court allow the following amendments to its pretrial statement in this case:

**6.  Deposition Testimony:**

Defendant hereby designates the following portions of Plaintiff's testimony for use as substantive evidence:

    p. 14, lines 21-25
    p. 15, lines 1-25
    p. 16, lines 1-25
    p. 17, lines 1-25
    p. 18, lines 1-18
    p. 22, lines 24-25
    p. 23, lines 1-24
    p. 25, lines 2-24
    p. 29, lines 22-23
    p. 35, lines 1-13
    p. 42, lines 15-18
    p. 49, lines 9-25
    p. 50, lines 1-2, 10-25
    p. 51, lines 1-25
    p. 58, lines 8-15
    p. 60, lines 8-25
    p. 68, lines 13-22

Dated: February 6, 2006.                    Respectfully submitted,


/s/
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139