# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARGARET S. SUE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 05-1355 (JR)** |
| | ) | **ECF** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## AMENDMENT TO DEFENDANT'S PRETRIAL STATEMENT

Pursuant to Local Civil Rule 16.5(a)(2), Defendant hereby submits and requests that the Court allow the following amendment to its pretrial statement in this case, given that Plaintiff has now informed Defendant that Dr. Ammerman is unable to testify at trial:

**6.      Deposition Testimony:**

Pursuant to FRCP 32(a)(3) and FRE 106, Defendant hereby designates and cross-designates the following portions of Dr. Ammerman's deposition testimony for use as substantive evidence:

       p. 5, lines 23-25
       p. 6, lines 14-25
       p. 7, lines 1-5, 13-17
       p. 13, lines 2-25
       p. 14, lines 1-25
       p. 15, lines 1-12
       p. 17, lines 4-22
       p. 18, lines 2-25
       p. 19, lines 1-14, 24-25
       p. 20, lines 1-25
       p. 21, lines 1-25
       p. 22, lines 5-25
       p. 23, lines 1-15, 19-25
       p. 24, lines 1-14
       p. 30, lines 8-15
       p. 31, lines 2-25

p. 32, lines 2-25
p. 33, lines 7-10
p. 34, lines 5-14
p. 39, lines 5-25,
p. 40, lines 1-16

In addition, Defendant continues to object to the use of any expert testimony of Dr.

Ammerman unrelated to his actual care of Plaintiff, as Plaintiff failed to provide an expert report

for Dr. Ammerman as required by FRCP 26(a)(2).

Dated: February 8, 2006.              Respectfully submitted,


/s/_____
KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

/s/_____
R. CRAIG LAWRENCE
D.C. Bar # 171538
Assistant United States Attorney

/s/_____
HEATHER R. PHILLIPS
C.A. Bar # 19620
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Rm E4212
Washington, DC 20530
(202) 514-7139